UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JAMES FRANKLIN PERRY,
by BETTIE A. RODGERS, Special Administrator,
and JAMES FRANKLIN PERRY JR. (A Minor)
Plaintiffs,
v.

CHERYL WENZEL, R.N., et al,
Defendants.

Case No. 12-CV-0664

## PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES

NOW COMES the above-named Plaintiffs, The Estate of James Franklin Perry and James Franklin Perry Jr., by their attorneys, GENDE LAW OFFICES, S.C., and JUDGE LANG & KATERS, LLC, for their required disclosures pursuant to this Court's Scheduling Order, and identify the following experts to be called at the time of trial:

### RETAINED EXPERT WITNESSES

1. Robert Prevot, Martinelli & Associates, 27475 Ynez Road, Suite 716, Temecula, California, 92591, 951-719-1450. Mr. Prevot has over thirty-three years of experience in the field of law enforcement and detention. See **Exhibit A**.

2. Rachel Waldron, M.D., Danbury Hospital Emergency Department, 10 Preston Avenue, Sea Cliff, New York, 11579, 516-241-3769. Dr. Waldron has over eighteen years of experience in the field of emergency medicine. See **Exhibit B**.

### NON-RETAINED EXPERT WITNESSES

3. Christopher K. Poulos, M.D., Maricopa County Medical Examiner's Office, 701 W. Jefferson Street, Phoenix, Arizona, 85007, 602-506-3322. Dr. Poulos was the Assistant Medical Examiner for the Milwaukee County Medical Examiner's Office who performed the autopsy of decedent James Franklin Perry.

1

4. Paul Coogan, M.D., Aurora Sinai Medical Center, 945 N. 12th Street, Milwaukee, Wisconsin, 53233, 414-219-2000. Dr. Coogan was one of James Franklin Perry's treating emergency physicians at Aurora Sinai Medical Center on September 13, 2010.

5. Renee Jahnke, M.D., Aurora Sinai Medical Center, 945 N. 12th Street, Milwaukee, Wisconsin, 53233, 414-219-2000. Dr. Jahnke was one of James Franklin Perry's treating emergency physicians at Aurora Sinai Medical Center on September 13, 2010.

6. Rebecca Potterton, M.S.N., R.N., Aurora Sinai Medical Center, 945 N. 12th Street, Milwaukee, Wisconsin, 53233, 414-219-2000. Nurse Potterton was the nurse who attended to James Perry at Aurora Sinai Medical Center on September 13, 2010.

7. Monica Pope-Wright, Milwaukee County Criminal Justice Facility, 949 N. 9th Street, Milwaukee, Wisconsin, 53233, 414-226-7134. Ms. Pope-Wright was the Director of Nursing for the Milwaukee County Sheriff's Office and Criminal Justice Facility in September of 2010.

Dated at Wauwatosa, Wisconsin this 1st day of December, 2014.

> JUDGE, LANG & KATERS, LLC
> Attorney for Plaintiffs
>
> By: /s/ Christopher P. Katers
> Christopher P. Katers
> State Bar No. 1067557

**MAILING ADDRESS:**
8112 W. Bluemound Rd. Ste. 71
Wauwatosa, WI 53213
Telephone: 414.777.0778
Facsimile: 414.777.0776
Email: ckaters@jlg-law.com

2

Case 2:12-cv-00664-JPS   Filed 12/01/14   Page 2 of 2   Document 72