## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JAMES FRANKLIN PERRY,
by BETTIE A. RODGERS, Special Administrator,
and JAMES FRANKLIN PERRY JR. (A Minor)
                Plaintiffs,
     v.
CHERYL WENZEL, R.N., et al,
      Defendants.

Case No. 12-CV-0664

---

### PLAINTIFFS' MOTION FOR RELIEF FROM ORDER PURSUANT
### TO FED. R. CIV. P. 60(b)(6)

---

NOW COMES, the Plaintiffs, by and through their attorneys, and respectfully request this Honorable Court grant relief pursuant to Fed. R. Civ. P. 60(b)(6) by setting aside that part of this Court's Order dated January 26, 2015, ordering sanctions against Attorney James Gende. The basis for the requested relief is set forth in the accompanying Memorandum of Law.

Dated this 10th day of February, 2015

Respectfully Submitted

/s/ David J. Lang
**David J. Lang**
Judge Lang & Katers, LLC
8112 W. Bluemound Rd. Ste. 71
Wauwatosa, WI 53213
Phone: 414.777.0778
Fax: 414.777.0776
Wisconsin State Bar No. 1001218
Email: dlang@jlk-law.com

1