

First Responder Review

Inservice training
2007 - 2008
Session #2
11/27/07 to 1/8/08

## The EMS System

- Emergency Medical Services System
  - Accessing EMS
  - Levels of Care
  - Continuity of Care

the right CALL
POLICE FIRE MEDICAL

## Levels of Training

- First Responder
- EMT-B
- EMT-I
- EMT-Paramedic

## First Responder

- First at the scene
- Limited equipment use
- Emphasis is on
  1. activating EMS
  2. controlling the scene
  3. providing immediate care for life-threatening injuries (i.e. CPR, uncontrolled bleeding, etc.)
  4. preparing for arrival of ambulance
- CPR / AED

## EMT-B

- Minimum certification requirements for ambulance personnel
- Medical & trauma emergency care
- Patient assessment
- Airway care and maintenance
- Complex stabilization of spinal and extremity injuries

## EMT-I

- Some advanced life support
  - start IV's
  - advanced airways
  - administer some medications

## EMT-Paramedic

- Relatively invasive field care
  - ET tubes
  - IV's
  - Variety of medications
  - ECGs

Call
Activate EMS
Call for additional resources
Radio
Telephone
Dispatcher needs:
Gender
Age
Conscious, breathing
Nature of illness / injury
In custody or not

Care
For life-threatening conditions

Responsibilities of the First Responder
?

## Legal Issues

- Scope of care
- Medical control
- Duty to Act
- Good Samaritan Law

## Medical Control

1. Medical director
2. Medical control, direct and indirect
3. First Responder as designated agent of medical director

## Duty to Act

- Legal responsibility:
  - Breach of duty
  - Injury occurred
  - Direct link between this breach and the injury

## Good Samaritan Laws

- Limited legal protection
- Encouragement to help others in emergency situations
- Use of common sense and reasonable skill
- Depends on level of training
- Assumes each person will do their best to save a life

## Patient consent

- Competence
- Expressed
- Implied
- Children & mentally incompetent adults
- Advance Directives / DNR
- Provide appropriate care if consent is given

## Patient Refusal

- Criminal act
- Still activate EMS system
- Emergency Detention

## Medical Emergencies

- Stroke
- Seizure
- Diabetic emergency
- Poisoning and allergic reaction

## STROKE

Signs and Symptoms of a Stroke:

1.) Sudden numbness or weakness of the face, arm, or leg, especially on one side of the body.
2.) Sudden confusion, trouble speaking or understanding.
3.) Sudden trouble seeing in one or both eyes.
4.) Sudden trouble walking, dizziness, loss of balance or coordination.
5.) Sudden severe headache with no known cause.

## SEIZURE

Signs and Symptoms of a Seizure:

1.) The person experiencing a seizure may cry out or make some sound, stiffen for some seconds, then have rhythmic movements of the arms and legs.
2.) The person may not appear to be breathing.
3.) The person is often breathing deeply after an episode.
4.) Loss of urine is common.

## Diabetic Emergency

Signs and Symptoms of a Diabetic Emergency:
1.) Hyperglycemia – This dangerous diabetes complication happens when blood sugar gets too high and the body becomes severely dehydrated.

2.) Hypoglycemia – Low blood sugar can cause shakiness, anxiety, and coma, if untreated.

## Poisoning

Signs and Symptoms of Poisoning:
1.) Some poisons enlarge the pupils, while some poisons shrink them.
2.) Some poisons cause excessive drooling, while some poisons cause the mouth and skin to become dry.
3.) Some poisons speed up the heart, while other poisons slow the heart down.
4.) Some poisons cause hyperactivity, while other poisons cause drowsiness.

## Allergic Reactions

Signs and Symptoms of Allergic Reactions:
1.) Rash, itchy or watery eyes, congestion.
2.) Difficulty breathing.
3.) Abdominal pain, cramps, vomiting.
4.) Diarrhea, mental confusion or dizziness.
5.) Varying degrees of swellings that can make breathing and swallowing difficult.

## Cold – Related Emergencies

Signs and Symptoms of Hypothermia:

1.) Low body temperature is a life-threatening condition.
2.) Slurred speech, sluggishness, and confusion.
3.) Shallow, slow breathing and unusual behavior.
4.) Slow irregular heartbeat.

## Cold – Related Emergencies

Signs and Symptoms of Frostbite:

1.) In superficial frostbite, you may experience burning, numbness, tingling, itching, or clod sensations in the affected.
2.) In deep frostbite, there is an initial decrease in sensation that is eventually completely lost. Swelling and blood-filled blisters are noted over white or yellow skin that looks waxy and turns purplish blue as it warms up.

## Heat – Related Emergencies

Signs and Symptoms of Heat Stroke:

1.) Heat Stroke is a life threatening condition.
2.) High body temperature, the absence of sweating, with hot red or flushed dry skin.
3.) Rapid pulse, difficulty breathing, strange behavior or hallucinations.
4.) Confusion, agitation, disorientation, seizure or coma.

## Heat – Related Emergencies

Signs and Symptoms of Heat Cramps:

1.) Heat cramps usually involve muscles that are fatigued by heavy work such as calves, thighs, and shoulders.
2.) Muscle spasms.
3.) Muscle pain.

## Heat – Related Emergencies

Signs and Symptoms of Heat Exhaustion:

1.) Heavy sweating, paleness, tiredness or weakness.
2.) Dizziness or headache
3.) Nausea or vomiting.
4.) Fainting.

## Shock

Types of Shock:

1.) Hypovolemic Shock – significant loss of body fluids.
2.) Hemorrhagic Shock – significant loss of blood.
3.) Cardiogenic Shock – heart attack.
4.) Neurogenic Shock – significant brain or spinal injury.
5.) Hypoglycemic Shock or Hyperglycemic Shock – associate with diabetes.

## Soft Tissue Injuries

Soft – Tissue Injuries closed or open:

1.) Laceration
2.) Avulsion
3.) Abrasion
4.) Contusion
5.) Puncture

## First Responder Check list

1.) Body Substance Isolation (BSI), (i.e., gloves, mask, and the use of protective barriers).
2.) Activate EMS.
3.) Airway, Breathing and Circulation (ABC's).
4.) Care for life-threatening conditions.
5.) Keep victim comfortable.
6.) Look for medical ID bracelet
7.) Beware of possible spinal cord injuries.
8.) Maintain safety.