Temporary Holding Facility Train-The-Trainer
10/17/05 to 10/20/05
32 Hours





# *24-40 Hour*

# Temporary Holding Facility Course

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 1 of 50   Document 95-13

MPD01109

# Table of Contents

COURSE INTRODUCTION..................................................................... 7

ACKNOWLEDGEMENTS ....................................................................... 8

MODEL COMPONENTS .......................................................................... 9

INTRODUCTION TO INSTRUCTORS ................................................... 10

    Instructional Information ...................................................................... 10

    Instructional Methods .......................................................................... 11

    Teaching Techniques .......................................................................... 13

    Adult Learning .................................................................................... 14

    Entry Voice .......................................................................................... 15

    Outside Voice....................................................................................... 16

    Cynical Voice....................................................................................... 16

    Straddling Voice .................................................................................. 17

    Inclusion Voice .................................................................................... 17

    Glossary ............................................................................................... 25

COURSE MONITOR FORM................................................................... 29

    Content ................................................................................................. 29

    Organization......................................................................................... 29

    Interaction ............................................................................................ 29

    Verbal/Nonverbal................................................................................ 30

    Use of Media ....................................................................................... 30

    Suggestions for Improvement ............................................................. 30

DAY ONE................................................................................................ 31

    OBJECTIVES ...................................................................................... 31

    TRAINING ACTIVITIES .................................................................. 32

    MODULE 1: Ideal Booker Traits ....................................................... 32

        MODULE OVERVIEW ............................................................. 33

            OBJECTIVE 1: BOOKER ATTITUDE ....................................... 33

            OBJECTIVE 2: SPECIFIC PRINCIPLES OF

            COMMUNICATION.................................................................. 33

            OBJECTIVE 3: TRAITS ........................................................... 34

            TRAINING ACTIVITIES ......................................................... 36

    MODULE 2: Legal Guidelines............................................................ 36

        MODULE OVERVIEW ............................................................. 37

            OBJECTIVE 1: LEGAL TERMS - CIVIL

            LIABILITY/TORTS/DELIBERATE INDIFFERENCE.............. 37

            OBJECTIVES 2 – 4: CASE LAW/COURT

            DECISIONS/SOP/FORMS ........................................................ 38

            TRAINING ACTIVITIES ......................................................... 40

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 2 of 50   Document 95-13

MPD01110

MODULE 3: ARREST / BOOKING PROCESS
OF THE MILWAUKEE POLICE DEPARTMENT (MPD) ................................. 40
   MODULE OVERVIEW ..................................................................... 41
     OBJECTIVE 1:  BOOKING PROCESS ...................................... 41
     PERSON IS LAWFULLY STOPPED ........................................ 41
       Person is Greeted ...................................... 41
       Discovery of Probable Cause (PC) for Arrest.................... 42
       Arrestee Perception of Status............................. 42
       Search Incidental to Arrest............................... 42
       Arresting Officer Responsibilities ...................... 43
       Issue of Concern – Data Integrity ...................... 43
       Prisoner Safety Search ................................ 43
       Conveying Officers Responsibilities ................ 44
       Communication – Opposite Sex Prisoner Transports ....... 44
       Prisoner Safety Search .................................. 44
       Transporting Concerns ................................ 45
       Secure Sally Port ...................................... 45
       Secure Weapons ....................................... 46
       Notification of Shift Commander ..................... 46
       Booking Process....................................... 47
       Medical Monitor ...................................... 47
       Identification ........................................ 48
       Prisoner Possessions Inventoried/Bagged........................ 48
       Recommendation ...................................... 48
       Cell Assignment....................................... 48
       Transfer / Release of a Prisoner from District/PPS .......... 49
       Decision of Release Criteria ........................... 50
       Release Process....................................... 50
       Recommended Procedure for Release ........................... 50
       Pertinent Release Information........................... 51
       Criminal Justice Facility (CJF) Accepts Prisoners .......... 51
       Milwaukee County Sheriffs Office Reasons for Prisoner
       Rejection ........................................... 51
     OBJECTIVE 2: SOP/PROCESS AND PROCEDURE/STATE
     STATUTES/REGULATIONS ..................................... 52
     TRAINING ACTIVITIES ....................................... 54
   MODULE 4: Search and Seizure........................................................ 54
   MODULE OVERVIEW ..................................................................... 55
     OBJECTIVE 1:  EXTENT OF SEARCH AND SEIZURE.......... 55
     OBJECTIVE 2:  PROPER SEARCH TECHNIQUES ................. 55
     OBJECTIVE 3:  DESCRIBE SOP/STORAGE ........................... 55
     TRAINING ACTIVITIES ....................................... 57

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 3 of 50   Document 95-13

MPD01111

MODULE 5: Strip Search................................................................ 57
    MODULE OVERVIEW ........................................................... 58
        OBJECTIVE 1:  DEFINE STRIP SEARCH ............................. 58
        OBJECTIVE 2:  STRIP SEARCH PROCEDURES ................... 59
        OBJECTIVE 3:  PRISONER CONTROL .................................... 59
        TRAINING ACTIVITIES .......................................... 61
MODULE 6: Body Cavity Search Protocols ...................................... 61
    MODULE OVERVIEW ........................................................... 62
        OBJECTIVE 1:  BODY CAVITY SEARCH .............................. 62
        OBJECTIVE 2:  SPECIAL PERMISSION ................................. 62
        TRAINING ACTIVITIES .......................................... 64
MODULE 7: Property Inventory ...................................................... 64
    MODULE OVERVIEW ........................................................... 65
        OBJECTIVE 1: PROPERTY INVENTORY ........................... 65
        OBJECTIVE 2: CLASSIFICATION.......................................... 65
        OBJECTIVE 3: BAGGING...................................................... 65
        TRAINING ACTIVITIES .......................................... 67
MODULE 8: Utilization of Body Restraint Devices ........................... 67
    MODULE OVERVIEW ........................................................... 68
        OBJECTIVE 1: POSITIONAL ASPHYXIA ............................. 68
        OBJECTIVE 2: RESTRAINT .................................................. 68
        TRAINING ACTIVITIES .......................................... 70
MODULE 9: Utilization of Self Contained Breathing Apparatus (SCBA).......... 70
    MODULE OVERVIEW ........................................................... 71
        OBJECTIVE 1: POLICY.......................................................... 71
        OBJECTIVE 2: SCBA EQUIPMENT........................................ 71
        TRAINING ACTIVITIES .......................................... 73
MODULE 10: Review of Evacuation Procedures ............................... 73
    MODULE OVERVIEW ........................................................... 74
        OBJECTIVE 1: ENTER EMERGENCY AREA ........................ 74
        OBJECTIVE 2: EVACUATION ............................................... 74
DAY TWO.................................................................................... 76
    OBJECTIVES ..................................................................... 76
    TRAINING ACTIVITIES ....................................................... 77
MODULE 11: Assess and Monitor Physical Condition and Mental State........... 77
    MODULE OVERVIEW ........................................................... 78
        OBJECTIVE 1: FORM COMPLETION ................................... 78
        OBJECTIVE 2: VARIABLES................................................... 78
        OBJECTIVE 3: RECOMMENDED RESPONSES.................... 79
        TRAINING ACTIVITIES .......................................... 81

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 4 of 50   Document 95-13

MPD01112

MODULE 12: Suicide Indicators and Prevention ................................. 81
    MODULE OVERVIEW ...................................................... 82
        OBJECTIVE 1: PROBLEM ...................................... 82
        OBJECTIVE 2: PROFILE ......................................... 82
            Scenario Number One.......................................... 83
            Scenario Number Two ........................................ 84
            Scenario Number Three ...................................... 84
            Guiding Questions .............................................. 84
            General Observations of Subject ....................... 85
            Arrest Scene ....................................................... 85
            Conveyance......................................................... 85
            Booking............................................................... 85
        OBJECTIVE 2: BEHAVIOR .................................. 85
        OBJECTIVE 4: COMMUNICATION ........................ 86
        OBJECTIVE 5: LIFE EVENTS .............................. 86
        OBJECTIVE 6: CELL ENVIRONMENT .................... 87
        OBJECTIVE 7: MONITORING PRISONER BEHAVIOR ........ 87
        OBJECTIVE 8: FIRST AID .................................... 89
    TRAINING ACTIVITIES ................................................ 91
MODULE 13: First Responder Refresher .................................... 91
    MODULE OVERVIEW ...................................................... 92
        OBJECTIVES 1-2: HEALTH /MEDICAL CONDITIONS......... 92
        OBJECTIVE 3: FIRST RESPONDER ...................... 92
        TRAINING ACTIVITIES .................................... 94
MODULE 14: CPR Refresher ........................................ 94
    MODULE OVERVIEW ...................................................... 95
        OBJECTIVE 1: Policy.......................................... 95
        OBJECTIVE 2-3: TECHNIQUES/DEMONSTRATION ........... 95
DAY THREE ........................................................ 97
  OBJECTIVES ................................................................ 97
  TRAINING ACTIVITIES ................................................ 98
    MODULE 15: Ethics/Diversity Issues.................................. 98
    MODULE OVERVIEW ................................................. 99
        OBJECTIVE 1: ENVIRONMENT......................... 99
        OBJECTIVE 2: DECREASE ETHICAL INCIDENTS ... 99
        OBJECTIVE 3: TRANSPARENCY ................................ 99
        TRAINING ACTIVITIES .............................................. 101
    MODULE 16: Professional Communications ......................... 101
    MODULE OVERVIEW ............................................... 102
        OBJECTIVE 1: PRINCIPLES........................... 102
        OBJECTIVE 2: TECHNIQUES ....................... 102
        TRAINING ACTIVITIES .............................................. 105

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 5 of 50   Document 95-13

MPD01113

MODULE 17: Principles of Subject Control – Combative Prisoner ...... 105
INTAKE ................................................................................................. 105
    MODULE OVERVIEW ....................................................... 106
        OBJECTIVE 1: TRANSPORTING CIRCUMSTANCES
        ............................................................................... 106
        OBJECTIVE 2: CIRCUMSTANCES ............................ 106
        OBJECTIVE 3: TACTICS ............................................. 106
        TRAINING ACTIVITIES ............................................. 108
MODULE 18: Principles of Subject Control – Combative Prisoner ...... 108
SEARCH ............................................................................................... 108
    MODULE OVERVIEW ....................................................... 109
        OBJECTIVE 1: CIRCUMSTANCES ............................ 109
        OBJECTIVE 2: TACTICS ............................................. 109
        TRAINING ACTIVITIES ............................................. 111
MODULE 19: Principles of Subject Control – Combative Prisoner ...... 111
CELL .................................................................................................... 111
    MODULE OVERVIEW ....................................................... 112
        OBJECTIVE 1: CIRCUMSTANCES ............................ 112
        OBJECTIVE 2: TACTICS ............................................. 112
APPENDICES (PICTURES) ................................................................. 114
EXHIBIT FORM 1 – BENCHMARK SUICIDE PREVENTION QUESTIONS .... 133
RESOURCE MATERIALS .................................................................... 134

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 6 of 50   Document 95-13

MPD01114

## COURSE INTRODUCTION

The Milwaukee Police Department (MPD) has an interest in ensuring that police temporary holding facilities adhere to department rules, procedures, and policies. The prisoner population managed by our municipal lockup personnel is transient and afflicted by a statistically significant level of mental and physical problems. Of primary concern is that district and the prisoner processing section lock-up environments can be perceived as detrimental enough by prisoners so that unfortunate and tragic periodic incidents of attempted or completed suicide occur.

As a result, the Milwaukee Police Department approached and was approved a ten thousand dollar grant funding by the Wisconsin Department of Justice to develop this temporary housing facility course to address the previously stated lockup concerns. The curriculum presented in this course is designed to provide department personnel assigned to district and PPS booking duties with the basic knowledge they require to be fully competent to meet obligations they have in fulfilling this critical job. It is designed to set professional standards of performance for department municipal lockup facilities.

Generally, most literature that addresses booking issues primarily comes from the area of longer term incarceration (jails) and not from short term detention. This course focuses on the short term holding cell and/or detention room. For the purpose of the course this is defined as "a confinement area at a municipal police station designed to safely hold prisoner(s) for a temporary period of time". Finally, we have targeted reviewing and integrating into the course policies and procedures used by officers during a "normal" arrest of one to two people. It is understood that abnormal circumstances (riots, protests, etc.) may require deviation from "normal" booking requiring permission from higher command. But the focus of this training is the normal booking procedures and processes.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 7 of 50   Document 95-13

MPD01115

## ACKNOWLEDGEMENTS



Many o rganizations c ontributed t o t he d evelopment o f t his p rogram o f instruction. A critical focus of this work has been a commitment to investigate police practices that can lead to diminished arrestee health during the period of time an arrestee is held in departmental custody. The data gathered to assemble the content of this course involved drawing on the accumulated knowledge and experience of a wide range of diverse stakeholders. This included participation by the following agencies:

1. Milwaukee Police Department
2. Milwaukee County Sheriffs Department
3. Milwaukee County Jail
4. Office of District Attorney for Milwaukee County
5. Milwaukee City Attorney Office
6. Milwaukee County Crises Line/Mobil Team
7. Milwaukee County Department of Mental Health
8. City of Glendale Police
9. Greendale Police Department
10. West Allis Police Department
11. Milwaukee Medical Examiners Office
12. Wisconsin Department of Justice
13. Wisconsin Department of Corrections

The curriculum design and text writing was done by Dr. Thomas Lifvendahl. Editing and vetting for accuracy was completed by the Milwaukee Police Academy personnel.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 8 of 50   Document 95-13

MPD01116

# MODEL COMPONENTS

This course of instruction contains three major components which include:

1.     A **Twenty-four Hour Training Program** for police officers assigned as departmental bookers in Lock-up Procedures with a specific focus on Suicide Prevention. The key elements of this program are: 1) Instructors Manual; 2) Suicide Prevention Video Tape, and 3) Officer Course Book.

2.     A **Resource Material** on a CD-ROM that can be used to support learning after the course has been completed.

3.     A **Series of Instructional Modules** that include:

    a.   An **Overview** of Instructional Methods, Teaching Techniques, Definitions, and Course Monitor Form utilized in this program.

    b.   **Day One**
      Upon completion of the module, each officer should be able to:

        i.   Define the traits of the "ideal" booking officer.
        ii.   Define appropriate legal guidelines pertinent to the Arrest / Booking Sequence.
        iii.   Define the extent to which civil liability impacts his/her activities as a Lock-Up Officer.
        iv.   Correctly accomplish the Booking Process.

    c.   **Day Two**
      Upon completion of the module, each officer should be able to:

        i.   Correctly fill-out appropriate forms in order to define, assess, and evaluate prisoner health at the time of lock-up.
        ii.   Describe prisoner behaviors that indicate suicidal tendencies.
        iii.   Apply appropriate First Responder techniques to aid an injured prisoner after a suicide attempt.
        iv.   Complete a First Responder Refresher Course and Basic First Aid (ABC Assessment).
        v.   Respond to physically abnormal booking situations.

    d.   **Day Three**
      Upon completion of the module, each officer should be able to:

        i.   Demonstrate proficiency after a review of Ethics/Diversity Issues, Professional Communications, Cell Extraction, and Principles of Subject Control (POSC).
        ii.   Complete Final Exam that evaluates knowledge, skill and ability to perform the responsibilities of a Lock-Up Officer.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 9 of 50   Document 95-13

MPD01117

# INTRODUCTION TO INSTRUCTORS

This course has been developed in response to the suicide of Mr. Michael A. Gardipee on January 19, 2003 in a holding cell of the 2nd District of the Milwaukee Police Department. Of primary concern to all stakeholders is that the environment of these cells can become detrimental to the point that there are all-too-frequent incidents of suicide. It is this fact that led to the State of Wisconsin to fund the creation of the 24-40 Hour Temporary Holding Facility Course you are about to instruct.

## Instructional Information

| | |
|---|---|
| **Time Frame:** | 24 Hours |
| **Space Requirements:** | Classroom Style sufficient for all participants |

**Instructor Materials & Equipment:**
1. Training Curriculum
2. Video Projector
3. Laptop or Desktop Computer
4. Chalk Boards or any other assorted visual support materials

**Trainee Materials:**
1. Writing Materials
2. Pen or Pencil
3. Any other materials deemed important by the instructor

**Teaching Methods:**
1. As listed in this course

Case 2:12-cv-00664-JPS  Filed 12/01/15  Page 10 of 50  Document 95-13

MPD01118

## Instructional Methods

The education of adults requires sensitivity to the fact that participants are also practicing police officers. Their expectation will be that you, as the instructor, will honor their professionalism and integrate that hard earned knowledge into this learning experience. Therefore it is suggested that you approach teaching in a manner that integrates <u>three specific spheres of knowledge</u> (Lifvendahl, 2004) into a coherent whole. These include:

1. **Theory** – the <u>specific information</u> that is needed by participants to successfully pass this course. This sphere presupposes that intelligent and comprehensive understanding of theory supports rational decision making. This includes policies and procedures, statutes, laws, and various guidelines produced by departments and associated entities to inform individuals as to what they should or should not do.

2. **Practice** – the formal and informal methods police professionals employ to successfully accomplish departmental objectives. This sphere encompasses the extent to which one feels competent at accomplishing tasks. It is also dependent on the level of knowledge acquired by officers to apply practiced methods to "real world" situations. These methodological procedures are in a constant state of flux but can be presented, in the classroom, as a <u>set of common themes</u> through which participants filter and analyze ever changing data.

3. **Personal Experience** – the <u>lived lives</u> of class participants. Each person attending your class is a police professional. He or she brings to the class a wide range of collective knowledge and tested perceptions acquired by field experience that you, as the instructor, need to integrate into your teaching. Fully doing so will enrich participant understanding and enliven your teaching.

In order to make the teaching process appropriate to the content presented the following information is included in each learning module:

1. List of Performance Objectives for Module
2. Guidance on Application of Support Information
3. Suggested Method of Instruction with Examples (The main body of the Module)
4. Monitor Instrument(s) (i.e. Quiz, Test, Observation Criteria)

This course manual is designed around performance outcomes that are focused on observable behavior and conditions of performance that require the student do demonstrate proficiency in a way that can be measured for speed, accuracy, quality, or

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 11 of 50   Document 95-13

MPD01119

level of success. The outcomes are also designed to test the level of cognitive development (thinking skills), affective change (attitudes and values) and psychomotor achievement (increased physical skills).

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 12 of 50   Document 95-13

MPD01120

## Teaching Techniques

As a law enforcement officer and instructor of policing professionals you wear two hats. You are expected to be a content expert. It is assumed that you have significant experience in your chosen field and you have been given your instructional position on the recommendation of command based on skills you have developed over your career. This course is designed around that assumption. The other hat you wear is as a teacher of adults. It is here that the content of this segment is focused. Police officers, as students, are naturally skeptical. They weigh what you say against their own personal experience. Your job as an instructor is to overcome that natural skepticism and replace it with a desire to learn. On this fact the following information is provided to help you become the best instructor you can be.

*In order to facilitate teaching this program there will be a "train-the-trainer" workshop designed to guide conversion of the module objectives and associated course materials into units of instruction tailored to your teaching style. This course is designed so that your expertise is captured and made available to the broader law enforcement community throughout the State of Wisconsin.*

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 13 of 50   Document 95-13

MPD01121

## Adult Learning

### Methods for Enhancing Adult Learning

As an educator of police officers you have an opportunity to convey your unique knowledge and experience. In order to effectively impart this information you need to be reminded of the mental learning references many of your students bring to the classroom. Officers come to your class room with a range of preconceptions, self-images, and past educational experience that range from high academic success to barely passing work. They also attend your classes as adults. They expect that whatever they learn will be immediately useful in the field. They are also older. Inherent with this statement is diminishing speed and mental ability to retain learning coupled with decreased perceptual abilities that impair acquisition of information (i.e. decreased hearing and eyesight).

Police officers come to your classroom as mature, self directed adults. They naturally seek learning situations that honor this self-informed status. Integrating their professional knowledge into the classroom is crucial to creating a dynamic educational experience. Living within an action oriented profession requires that you, as an instructor, seek to create an "action oriented" learning environment. Decreased learning is directly connected to passive instruction; that is, you lecture and they listen. Diminishing reliance on this teaching style is a good first step in increasing your classroom teaching effectiveness.

A key to successful instruction is to present your expectations of successful learning early and often throughout the classroom experience. Clearly stated outcomes, goals, and performance standards are crucial to providing instructional feedback to all stakeholders (students, instructors, and institutional supervisors). The classroom thus becomes a place for honoring excellence that also supports an environment for free and open exchange of information. Instructor and students both equally gain from the experience.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 14 of 50   Document 95-13

MPD01122

Your students are entering the classroom with rich life experiences. This fact makes them different then younger learners. Their lived lives inform the ways in which they interpret the information you present. This information can, when properly used, enrich not only your teaching but will enhance their learning experience. Integrating this lived experience into all phases of your teaching will make you job of instruction easier. Presenting information and new skills in ways that require learners to challenge their past experience against new knowledge creates a powerful learning dynamic. Integrating teaching techniques such as: group discussions and focus groups; interactive demonstrations and role-plays; and any modality of learning that closely replicates "street situations" should demonstrably enhance the classroom experience.

Adults enter the classroom with a set of "fixed beliefs"; skills and techniques for living life acquired over time. Your job as an instructor is to challenge those fixed beliefs in ways that demonstrate to the learner that holding onto old ways of doing things costs more mental and physical energy then doing the new, improved policing technique your teaching. Diminishing learner desire to hold onto old belief systems and "patterns of response" is the key to successful instruction. Adults also enter classrooms with a range of feelings driven by past experience of failure or success. Your job is to create a classroom dynamic that recognizes success through meeting short-term goals that build learning to an overall achievable outcome.

### Adult Learner Belief Structures

Adult learners come into the classroom with mental preconceptions. Your job as an instructor is to both understand those preconceptions and use them to enhance learning. These "views of learning" include:

### Entry Voice

1. Value theoretical knowledge. This learner is a new recruit; they are responsive to what is presented to them without being hindered by many preconceptions.

2. Feedback is important. This learner seeks to know if he/she is doing the "right thing".

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 15 of 50   Document 95-13

MPD01123

3. Instructor is successful when he or she guides learners and provides clear measures of success.

4. Successful instructor/student relationships are based on helping learners pass the program.

## Outside Voice

1. Value real world knowledge. This learner is a veteran officer; they respond to instruction that directly relates to the value of their personal experience and appreciate instruction that acknowledges this "school of hard knocks" information.

2. Reinforce and validate individual expertise. This learner is constantly listening to confirm or deny their field experience.

3. Instructor integrates the learner's valuable expertise with new course provided information.

4. Successful instructor integrates both to increase work competencies.

## Cynical Voice

1. Theoretical knowledge is not highly valued. This learner is also a veteran officer; he or she comes into the classroom wanting the instructor to "prove" the value of the information being presented to them.

2. Participate because he/she has to in order to gain a credential or check off what she/he need for a promotion.

3. Instructor is not seen as an expert. This learner believes that their field experience far outweighs instructor knowledge. The instructor needs to "prove" that what he or she is teaching is worth learning.

4. Non-interactive in the classroom. Getting this person to interact with other students and yourself in the classroom is like pulling teeth. He or she sits in the back and almost dares the instructor to teach them.

5. Desires non-graded activities. The instructor must work to integrate learner resistance into the classroom experience so that this learner directs themselves to become motivated to fully participate in the class activities.

6. Values only real-world knowledge. The instructor provides evidence from the activities of working cops to overcome cynical resistance. Showing how a given theory or practice works well in the field can decrease learner resistance.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 16 of 50   Document 95-13

MPD01124

## Straddling Voice

1. Values both theoretical and real world knowledge. This learner is a veteran officer; he or she comes into the classroom with a practical frame of mind. This officer is open to learning new concepts as long as their field experience is valued and integrated into learning.

2. Desires class activities that connect both. This learner seeks opportunities in the classroom to test what he/she has learned in the field against well articulate theory.

3. The successful instructor integrates both into the course learning experience

4. Desires collaborative learning that synthesizes and critiques his/her perceptions of themselves as effective police officers.

5. Engaged with many different types of learning groups. The instructor may discover that this person loves to learn and is constantly seeking others who will support them in this process.

## Inclusion Voice

1. Values learning and is constantly seeking new information. This can be either a veteran officer or a new recruit. He or she comes to the classroom motivated to learn and will push instructors to provide the "latest" information or techniques.

2. Develops complex world views. This is the officer who can think "sideways"; they see things as a system of interacting events and enjoy creating a new way of doing something.

3. The instructor acts as a co-learner in all phases of learning. Because of the dynamic nature of these students it is important that their enthusiasm be well directed but that their views should be valued and used in class discussion.

4. Theory, Practice, and Personal Experience are all intertwined. This learner naturally creates a classroom dynamic where all critical phases of an instruction are fully integrated into the learning experience. Everyone benefits from the class activities.

5. The learner enjoys intellectually challenging activities. He or she seeks to package their learning into understandable documents that can be used to better inform all classroom participants. She or he seeks to contribute new ways of doing things to increase the effectiveness of otherwise routine activities.

6. Values all outlets that lead to intellectual growth. This is an officer who does not limit their life to just police work. He or she is active in their community and

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 17 of 50   Document 95-13

MPD01125

seek to have an impact on residential life beyond protecting and serving their fellow residents.

Adapted from: Kasworm, C. (Feb, 2003).

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 18 of 50   Document 95-13

MPD01126

### Adult Learner Ability

Research has shown that "memory functioning peaks around the late teens or early 20s and slowly declines into the 70s. Recall shortly after learning reduces the amount of forgetting, and spaced or distributed practice further facilitates retention". In essence, use it or lose it. As adults and as instructors of adults we all have the experience of learning something new and having not used it, losing the skill. Practice, over time, does make for perfection. We all can recall the impact that frequent marksmanship training has on performance. Without practice you are lucky if you hit the target, much less the "bulls eye". Your job is to create opportunities for performance that reinforce learning over the long term. You should seek to create frequent "bulls eye" opportunities. Changing learner behavior is hard. It can be likened to changing the behavior of a "loved one"…if its hard getting that loved partner to quit some undesired habit, how hard is it to change student behavior. Remember, you do not unlearn bad habits; you extinguish bad behavior by replacing it with new learned patterns of conduct.

As we get older we physically change. We do not hear as well as we used to. Seeing up close or far away without visual aids becomes difficult. Our bodies do not respond as quickly to unnerving events. And, maybe most importantly for learning, our bodies can not take being in one place over an extended period of time without moving. Adults naturally seek comfort. Our job as instructors is to create a learning environment that honors our physical needs as adult learners without diminishing training effectiveness. As we all have experienced, warm classrooms, long periods of sitting, and droning lecturing are a great way of inducing sleep. Get your students up and about. Take frequent breaks and limit lecturing to no more the 20 minutes a session.

As an instructor of adults one needs to decrease as many barriers to learning as possible. Decent lighting, not too warm rooms, and audio visual support go a long way to enhance the instructional environment. There is an expanding body of literature that focuses on improving learner cognition but suffice it to say that there are some simple techniques one can apply to "packaging" your instruction:

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 19 of 50   Document 95-13

MPD01127

1. Use simple and precise visual aids. We have all experienced the instructor who copied a page from a book (6-8pt type), made an overhead and then presented it as part of an instructional package. It could not be clearly read from the first row of the classroom, much less then from the back. Solve this problem by creating presentations with large legible type and limited to no more the seven lines containing 6-7 words per line. If writing on a chalk board; write big, so your work can be seen from the back of the room.

2. The older we become the less we hear. Use audio support. There is nothing wrong with speaking loudly and clearly, at a level that even the person in the back of the room can hear you. Insure this by asking if they can hear what you are saying. If doing this is not your style use audio amplification and write what you are saying on a board or overhead to reinforce learning. Tie audio and visual content together as much as possible. Research indicates that the more senses you involve in instruction, the greater the impact of your presentation.

3. Finally, do as much as possible to create a dialogue between you and your learners. Ensure that everyone hears what you say, see what you want them to see, and have time to question what they don't understand.

Adapted from: Kennedy, R.C. (April, 2003).

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 20 of 50   Document 95-13

MPD01128

### Learning Styles

Learning and teaching are interrelated activities. Adult learners have definite preferences for both the method of teaching you employ and activities you guide your students through. The dominant style that many instructors use is based on abstract thinking; discussions, lectures, or other oral methods. Many action oriented students (police officers are typical of this type) prefer doing something over talking about something. Active participation, application, and directed exercises are a preferred method of learning. The more you vary your teaching methods and provide interactive activities to reinforce learning the better off you are.

Police instructors tend to create structured environments for learning. Police officers are used to this and expect the instructor to predetermine learning and package it for consumption. In order to foster a new dynamic in your classroom you need to structure your teaching around the following questions:

1. What are the key skills and information that your students need to learn (this document gives you specific objectives and learning outcomes that must be achieved)?
2. What portion of these skills and information do your students know before they enter your classroom?
3. What methods can you use to efficiently bridge the gap between the two?
4. What kinds of class activities effectively support information exchange while still achieving course outcomes and goals?
5. What aspects of the learning environment hinder information exchange?

### Physical Environment

Adult learners seek comfort. Within reason, we should provide a comfortable place to learn. Some key questions that need to be addressed include:

1. Is the room temperature and ventilation set at a comfortable level?
2. Are chairs and tables sufficiently large for adults?
3. Is the lighting bright and adequate to see all visual materials to be used during instruction?
4. It the room neither too crowded nor too spacious for the number of participants?
5. Can the furniture be easily moved to facilitate a variety of learning activities?

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 21 of 50   Document 95-13

MPD01129

### Increase Participant Involvement

As an instructor of adults you are facilitating learning through processes that challenge participants to fully engage in class activities. In order to do these you need to keep in mind that:

1. Actively engaged adults are fully participating when they question what they are taught. Encourage discussion.

2. If you ask them a question don't answer it yourself. Many instructors feel driven to cover content at all costs. We all have experienced sitting in a classroom where the instructor asks for your comments and then does not pause to "wait for it"; giving the student time to compose an answer in their mind. No one wants to be seen as "dumb" in answering a question therefore pause your teaching and give folks time to properly answer the question.

3. Provide constant reinforcement to your students. Police officers are no different then any other learner; they like to know if they are doing well. Continually take the opportunity to reinforce proper student behavior.

4. Match teaching methods to group capabilities. We all have experienced classroom instruction where the instructor talks above or below our capacity to understand. Ask questions periodically to ensure student comprehension. If you believe that students do not understand, stop and review. Assume nothing.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 22 of 50   Document 95-13

MPD01130

## Commonly Used Police Teaching Methods

Brainstorming – A problem-solving technique in which members of a group suggest solutions to problems without interruption or discussion by other members of the group.

Buzz Groups – A teaching and learning technique in which members of a class briefly discuss in small groups a point that has been raised during the session.

Concept Mapping – A method to visualize idea and perceptual interrelationships in order to enhance learning in a given unit of instruction.

Cooperative Group Work – A method to harness individual experience and knowledge to achieve a common goal of instruction.

Debates – A teaching methods whereby two or more people make opposing presentations so that the breadth of an issue may be examined.

Demonstrations with Discussions – A method of teaching that allows for an interactive learning environment in which an instructor shows precisely how to complete a procedure while still allowing for interactive communication between instructor and student.

Discussion Group – A teaching method whereby the group is divided into small units in order to share interests, concerns, insights or to solve problems. A common adult education teaching method since it enables the expertise of all course participants to be utilized. It is assumed that the instructor has the skills to practice this technique.

Documented Problem/Set Solution Technique – A directed learning event in which a specific incident is stage in order to elicit a programmed response (used to evaluate compliance with SOPs).

Feedback – The process of giving information about an inquiry, piece of work, or performance. Research shows that this is necessary if effective learning is to occur.

Fishbowl – A teaching and learning technique in which group discussion is employed in two different ways. Initially a small group from the larger class sits in the middle of the class and discusses a specific subject, while the remainder of the class sits around the central group and observes and listens to the interaction. Thereafter the whole class discusses what occurred within the smaller group.

Guest Interviews – A method of instruction in which content experts are brought into class or interviewed by students in order to gather information pertinent to instruction.

Journal Writing – A method of record keeping in which students' record their observations about learning and reflections they make on their own learning styles.

Case 2:12-cv-00664-JPS Filed 12/01/15 Page 23 of 50 Document 95-13

MPD01131

Laboratory or hands on Training Exercises – A method of instruction that is designed to replicate "real world" working conditions in order to enrich the learning experience.

Learning Contracts – A formal agreement between instructor and learner to learn certain knowledge. Skill, attitude or value required by the learners. The agreement is frequently made in writing, but this is not essential to this form of learning. Usually, the contract specifies that objectives, the methods used, the objectives, the methods used, the resources, the date by which the contract will be met, the criteria by which it will be evaluated.

Learning Styles – Psychological preferences for presentation of information utilized by a given student in a classroom situation. The term sometimes refers to the characteristic and preferred approaches to learning other than the cognitive, such as strategies adopted to learn more effectively, but it also refers to the individual differences in the way that people think and learn.

Lecture (Basic Format) – A formal presentation that is primarily one direction (instructor presents with little if no time for student questioning.

Simulation – A teaching method in which a real-life situation is recreated in the teaching and learning process so that learners can have the opportunity to practice their responses, or their learning, prior to performing it in reality. This technique is used in many forms of affective education to assist learners in reflecting upon their emotional response to situations. The process is to be as safe as possible but still allow the student to practice and be tested in applied tactics and decision-making abilities, under a wide range of circumstances.

Socratic Questioning – After the Greek philosopher Socrates who was noted for this method of teaching through posing questions and building dialogue between instructor and student based on the response(s) provided by students. This is a teacher-led method of instruction,

Student Presentations – A method of monitor in which student learning is formally communicated within specific evaluative objectives.

Video/Realia/Pictures – The use of actual objects or visual information to support student learning.

*Note: All adult education terminology and teaching methods were reviewed by Captain Michael Massa for the Milwaukee Police Department, and found in conformance with departmental Instructor Development Standard.*

Case 2:12-cv-00664-JPS  Filed 12/01/15  Page 24 of 50  Document 95-13

MPD01132

## Glossary

The following definitions are to be utilized as a support for class discussions. They include a mix of legal, psychological, and law enforcement terms commonly used by police officers in fulfilling work related responsibilities.

Arrest – To take or detain a person by word or action so as to subject their liberty to the actual control and will of the person making the arrest. (Handbook, p. 9)

Bi-polar Disorder – Is characterized by cycling mood changes: severe highs (mania) and lows (depression). Sometimes the mood switches are dramatic and rapid, but most often they are gradual. When in the depressed cycle, an individual can have any or all of the symptoms of a depressive disorder. When in the manic cycle, the individual may be overactive, over-talkative, and have a great deal of energy. Mania often affects thinking, judgment, and social behavior in ways that cause serious problems and embarrassment. For example, the individual in a manic phase may feel elated, full of grand schemes that might range from unwise business decisions to romantic sprees. Mania, left untreated, may worsen to a psychotic state. (NIH Website)

Body Restraint – A body wrap [used for] controlling, containing, and transporting violent and uncooperative arrestees. It usually requires two or three officers to apply and literally warps the arrestee inside a bag with straps circling the bag to further control movement of his [her] extremities. (IACP, Transportation of Prisoners, p. 3)

Book – A compilation of the known facts regarding something or someone. The process of intake and data input required of lock-up personnel in order to properly place an arrested person into a holding cell. (Webster's)

Cell Check – A periodic check of arrestees held in holding cells usually done in a staggered, 10-15 minute interval. (Hayes, p. 26)

CPR – Cardio Pulmonary Resuscitation, emergency procedure for reviving heart and lung function, involving special physical techniques often the use of electrical and mechanical equipment. (Webster's)

Civil Liability – Liability for actions seeking enforcement of personal rights. (Lectric)

CJF – Criminal Justice Facility (SOP 3/100.15)

Conveyance Vehicle – a vehicle specifically designed for the secure transportation of prisoners. (Webster's and SOP 3/1040.50)

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 25 of 50   Document 95-13

MPD01133

Custodial Search – Any person arrested or taken into custody may lawfully be thoroughly searched by the jailer, in addition to the search which may have been incident to arrest by the officer in the field (Handbook, p. 25.)

Delusions – False or irrational beliefs maintained despite clear evidence to the contrary (APA Glossary).

Depression – A depressive disorder is an illness that involves the body, mood, and thoughts. (NIH Website)

The American Psychological Association states that depression is: "A mood disorder...characterized by depressed mood or loss of interest in pleasure in nearly all activities. At least four of the following additional symptoms should be present: changes in sleep, appetite, decreased energy; feelings of worthlessness or guilt; difficulty thinking, concentrating or manifestations of recurrent thought of death or suicidal ideation, plans or attempts." (APA)

Deliberate Indifference – The conscious or reckless disregard of the consequences of one's acts or omissions. (Lectric)

Emergency Response Knife – A special "hooked" knife originally designed to cut seat belts in an emergency situation issued to holding cell / booking officers for use in freeing arrestees in suicide attempts. Its design makes it difficult to use as a stabbing knife and thus applicable to jail / holding cell facility use.

Expectorant Shield – To eject or expel matter, as phlegm, from the throat or lungs by coughing or hawking or spitting. (Webster's) The shield is a device placed on a detained individual head and used to protect law enforcement personnel from arrestee spittle.

Flex-cuffs – Disposable restraint used by the law-enforcement community. It is fabricated from materials specifically designed to prevent injuries. Nylon construction offers dimensional stability as well as flexibility. And a smooth inside surface, combined with rounded edges, minimizes the chance of abrasion or tissue damage. Individual restraints provide maximum containment of the wrist, arm, leg or ankle. (Police Supply, Website and IACP Transportation of Prisoners, p. 3)

First Responder – Those individual who in the early stages of an incident are responsible for the protection and preservation of live, property, evidence, and the environment, including emergency providers as defined in section 2 of the Homeland Security Act of 2002 (6U.S.C. 101) as well as emergency management, public health, clinical care, public works, and other skilled support personnel (such as equipment operators) that provide immediate support services during prevention, response, and recovery operations.

Hallucinations – False perceptions that occur in the absence of objective stimulation (APA Glossary).

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 26 of 50   Document 95-13

MPD01134

Handcuffs – Temporary restraining device. (Defensive…DOJ, p. 101).

Holding Cell – A secure room used for the temporary incarceration of arrested individuals. They are intended for short-term, pre-arraignment detention. (US DOJ, p. 2

Leg Irons – Temporary leg restraining device. Leg, the lower limb of a human being from the knee to the ankle. (Webster's)

Monitoring – To oversee, supervise, or regulate; to watch closely for purposes of control, surveillance, etc.: keep track of; check continually. (Webster's)

Paranoia – a mental disorder characterized by systematized delusions and the projection of personal conflicts, which are ascribed to the supposed hostility of others, sometimes progressing to disturbances of consciousness and aggressive acts believed to be performed in self-defense or as a mission. (APA Website)

Pat Down – A limited search of a person's outer clothing and nothing more, unless an object is found that might be a weapon. (Handbook, p. 21.)

POSC – Principles of Subject Control (Klugiewicz)

Probable Cause – A reasonable belief that a person has committed a crime. The test the court of appeals employs to determine whether probable cause existed for purposes of arrest is whether facts and circumstances within the officer's knowledge are sufficient to warrant a prudent person to believe a suspect has committed, is committing, or is about to commit a crime. (Lectric Law Library & Handbook, p. 10))

Negligence – The failure to exercise that degree of care that, in the circumstances, the law requires for the protection of other persons or those interests of other persons that may be injuriously affected by the want of such care. Pertaining to or involving a civil action for compensation for damages filed by a person who claims to have suffered an injury or loss in an accident caused by another's negligence. (Webster's)

Sally Port – A postern gate, or a passage underground, from the inner to the outer works, to afford free egress for troops in a sortie. In the case of a police station this is a secure transfer location having an entrance and exit that can both be closed during prisoner transferal. In most cases the sally port area will also house a gun locker that can safely store the police officer(s) sidearm(s) during prisoner transfer.

SCBA – Self Contained Breathing Apparatus (SOP 3/090.95.i.3.)

Strict Liability – Liability even when there is no proof of negligence. Often applicable in product liability cases against manufacturers, who are legally responsible for injuries caused by defects in their products, even if they were not negligent. (Lectric Law Library)

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 27 of 50   Document 95-13

MPD01135

Strip Search – A search in which a detained person's genitals, pubic area, buttock or anus, or a detained female person's breast, is uncovered and either is exposed to view or is touched by a person conducting the search. (ss 968.255 and Handbook, p.53)

Tort – A wrongful act, not including a breach of contract or trust, that results in injury to another person, property, reputation, or the like, and for which the injured party is entitled to compensation (Lecric Law Library)

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 28 of 50   Document 95-13

MPD01136

# COURSE MONITOR FORM

Name of Instructor:_____

                 Last           First            MI

Course Title:_____

Date of Class:_____/_____/_____      Location:_____

## Content

                                    (5) Excellent/ Poor (1)

| | |
|---|---|
| Main Ideas were clear and specific | 5 4 3 2 1 |
| All Lesson Outcomes were clear | 5 4 3 2 1 |
| Information was presented in a variety of ways | 5 4 3 2 1 |
| Related course information to prior practices | 5 4 3 2 1 |
| Related course information to prior experience | 5 4 3 2 1 |
| Definitions were provided | 5 4 3 2 1 |
| Instructor summarized lesson | 5 4 3 2 1 |

## Organization

                                    (5) Excellent/ Poor (1)

| | |
|---|---|
| Used a variety of appropriate media and teaching aids | 5 4 3 2 1 |

## Interaction

                                    (5) Excellent/ Poor (1)

| | |
|---|---|
| Provided sufficient time for students to answer questions | 5 4 3 2 1 |
| Provided informative feedback | 5 4 3 2 1 |
| Maintained student attention | 5 4 3 2 1 |
| Used appropriate humor at logical places of instruction | 5 4 3 2 1 |
| Used appropriate praise to encourage learning | 5 4 3 2 1 |
| Restated questions and answers when necessary | 5 4 3 2 1 |
| Integrated student practice and knowledge into the module | 5 4 3 2 1 |

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 29 of 50   Document 95-13

MPD01137

## Verbal/Nonverbal

|  | (5) Excellent/ Poor (1) |
|---|---|
| Language was understandable | 5 4 3 2 1 |
| Articulation, pronunciation and projection was clear | 5 4 3 2 1 |
| Absence of verbalized pauses (you know, ah, etc.) | 5 4 3 2 1 |
| Projected a friendly demeanor | 5 4 3 2 1 |
| Displayed enthusiasm in teaching | 5 4 3 2 1 |
| Respected learners | 5 4 3 2 1 |

## Use of Media

|  | (5) Excellent/ Poor (1) |
|---|---|
| Overheads, PowerPoints™ or Chalkboards clear and organized | 5 4 3 2 1 |
| Visual Aids and Handouts easy to read | 5 4 3 2 1 |
| Handout information relevant to topic | 5 4 3 2 1 |

## Suggestions for Improvement

What were the instructor's major strengths in teaching?

What suggestions would you make to improve instruction?

Any other useful comments?

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 30 of 50   Document 95-13

MPD01138

# DAY ONE

## OBJECTIVES

Upon completion of this Module, each officer should be able to:

1. <u>Define</u> the traits of the "ideal" booking officer.

2. <u>Define</u> appropriate legal guidelines pertinent to the Arrest / Booking Sequence:

    a. State Department of Corrections Administrative Codes
    b. State Statutes
    c. City Ordinances
    d. Departmental Standard Operating Procedures
    e. Policies and Procedures

3. <u>Define</u> the extent to which civil liability impacts his/her activities as a Lock-Up Officer.

4. <u>Correctly accomplish</u> the Booking Process including:

    a. Search and Seizure Protocols
    b. Strip Search Protocols
    c. Body Cavity Search Protocols
    d. In Custody Prisoner Property Inventory
    e. Principles of Subject Control (POSC) Techniques
    f. Utilization of Body Restraint Devices
    g. Utilization of Self Contained Breathing Apparatus (SCBA)
    h. Review of Evacuation Procedures

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 31 of 50   Document 95-13

MPD01139

## MODULE 1: Ideal Booker Traits

**List of Performance Objectives for Module**

Upon completion of module the participant should be able to:

1. Define the ideal attitude a booker must exhibit to be successful.

2. Describe methods of effective principles of communication management that foster a positive holding facility environment.

3. List the traits department supervisory staff seeks in assigning booker responsibilities to police officers.

Instructor Notes:

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 32 of 50   Document 95-13

MPD01140

> A special note on the importance of *trusting subjective judgment*
> [my emphasis]: One potential hijacker was turned back by an
> immigrations inspector as he tired to enter the United States. The
> inspector relied on intuitive experience to ask questions more than
> he relied on any objective factor that could be detected by "scores"
> or a machine. *Good people who have worked in such jobs for a
> long time understand this phenomenon well* [my emphasis]. Other
> evidence we obtained confirmed the importance of letting
> experience gate agents or security screeners ask questions and use
> their judgment. This is not an invitation to arbitrary exclusions.
> But any effective system has to grant some scope perhaps in a little
> extra inspection or one more check, to the instincts and discretion
> of well trained human beings. (Kean, p. 553).

As the 9/11 Commission Report so aptly points out, there is no substitute for experience and the well honed instinct of veteran officers cannot be overestimated. The responsibility of booking an arrestee and monitoring his/her safety while held in a departmental booking facility requires police officers possessing specific personal attributes and the ability to make subjective decisions within a complex booking environment.

## Objective 1: Booker Attitude

The attitude of the booking officer as he or she fulfills their daily responsibilities is crucial to the successful supervision of prisoners. The most appropriate behavior a booking officer can exhibit is to show "respect". The "best way to get others to respect you is to respect them [arrestees] first. Unless you convey this attitude, you will not get accurate information from the [arrestee] about his [her] situation...and this makes his safety and the officer's all the more difficult...Keys to attitude: Be respectful; be considerate; be direct." (Rowan, 13-1)

## Objective 2: Specific Principles of Communication

Controlling arrestee behavior in a holding cell environment requires specific principles of communication management. These principles can be described as:

MPD01141

1. Exhibiting fairness;
2. Showing no favoritism;
3. Keeping promises;
4. Referring to "we" instead of "I";
5. Ordering only when necessary;
6. Avoid condescending language;
7. Answering arrestee questions directly; and
8. Practicing open, two way communications at all times.

Finding police officers who possess these traits is a key to proper assignment of departmental bookers.

**Objective 3:  Traits**
The ideal booker should have the following traits which include:

1. <u>Experience</u>.  The ideal booker is a veteran officer, not on probation that by age, appearance and demeanor is seen as a steady influence on everyone around them.

2. <u>Knowledge</u>.  The ideal booker knows their job.  They are well versed in departmental procedures and State codes that impact their work.

3. <u>Skills</u>.  The ideal booker posses specific administrative skills that include:
   a. Meticulous completion of forms and documents.
   b. The ability to write clear reports.
   c. Careful administration of identification and photographing of arrestees.
   d. Utilization of appropriate search and force application techniques at appropriate times.
   e. Application of appropriate first responder techniques to ensure arrestee health.

4. <u>Maturity</u>.  The ideal booker has a reputation for acting in a stable and responsible way throughout their law enforcement career.

Adapted from:  Rowan, 13 1-8.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 34 of 50   Document 95-13

MPD01142

**Guidance on Application of Support Information**

This module can be taught by a police officer or Sergeant. The support information can be found in Rowan, *Training Curriculum* and the experience of officers you train. Ideally, you will be able to use the experience of your participants to build on as you teach this module.

**Suggested Methods of Instruction**

- ☐ Demonstrations with Discussions
- ☒ Discussion Group
- ☐ Documented Problem/Set Solution Technique
- ☒ Lecture (Basic Format)
- ☐ Simulation
- ☐ Video/Realia/Photos

**Monitor Instrument(s) (i.e. Quiz, Test, Observation Criteria)**

Overall test will be administered at the end of the course.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 35 of 50   Document 95-13

MPD01143

## MODULE 2: Legal Guidelines

**List of Performance Objectives for Module**

Upon completion of module the participant should be able to:

1. Review the following legal terms:
   a. Civil Liability
   b. Torts and their various level of proof
   c. Deliberate Indifference

2. Describe applicable case law and court decisions as to why this training is necessary.

3. Describe the departmental policies and procedures specifically instituted to decrease liability and ensure proper officer conduct.

4. Describe appropriate Wisconsin Department of Corrections (DOC) administrative codes and State Statutes.

5. Define how a holding cell officer can lessen departmental liability.

6. Review / complete all departmental forms used in "booking" arrestees.

| Instructor Notes: |
| --- |
|  |

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 36 of 50   Document 95-13

MPD01144

## MODULE OVERVIEW

It is no secret that policing is a highly regulated activity. Anytime an individual is given the power to take the freedom granted to every American citizen away he or she takes on an all encompassing custodial responsibility. The purpose of this unit of instruction is to introduce the participant to the range of legal guidelines and associated departmental liabilities that govern his or her policing actions. Federal, State, and local court legal interventions should be reviewed. Emphasis will be place on types of violations, the typical circumstances that led to these violations and applicable institutional remedies.

### Objective 1: Legal Terms - Civil Liability/Torts/Deliberate Indifference

The failure of police department personnel to perform their duties, act in a negligent manner or abuse their authority creates a situation where civil liability exists. Liability cases are tried in civil court and a wide range of court cases can be cited for causing injury or damage to an individual. Lock-up officers must remain aware that all their activities can be scrutinized in great detail when a prisoner has been injured or commits suicide in a departmental holding cell.

It is useful that students are reminded of legal terminology. There are three types of torts (unintentional violation of a persons rights, usually caused by negligence). These include: strict liability (sever injury or damage at a level where law dispenses with the need to prove intent or mental state); intentional tort (knowingly engaging in a behavior that was substantially certain to bring about injury); and negligence (an inadvertent act or failure to acted creating an unreasonable risk to an individual). With regard to holding cells and the prisoners placed within them the police agency is primarily concerned with ensuring that holding cell officers never allow a gross accumulation of neglect to ever reach a level that constitutes "deliberate indifference". The key to ascertaining this level of negligence centers on examining the decision making processes police personnel make every day and the consequences of those decisions on arrestee/prisoner health and safety.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 37 of 50   Document 95-13

MPD01145

A key reason for this course is to ensure that all holding cell supervisors and lock up officers are fully trained prior to entrusting them with performing their duties. This course has been designed to set a high standard of training and application of knowledge sufficient to minimize departmental civil liability.

### Objectives 2 – 4:  Case Law/Court Decisions/SOP/Forms

The course workbook you are using is supported by both print and electronic documents. This unit of instruction on the Booking Process delineates the appropriate reference materials. It is important that you review the SOPs, policies and procedures, Wisconsin Department of Justice and Department of Corrections regulations, and local ordinances that directly impact booking processes.

A list of appropriate booking forms used by the Milwaukee Police Department follows. Be sure and cover each based upon the experience of the students you are teaching.

| Form Name | Number | Revision Date |
|---|---|---|
| **Milwaukee Police Department** | | |
| Arrest-Detention Report | PA-45 | 6/99 |
| Authorization for Strip search | PS-7 | 2/81 |
| Bails for Other Jurisdictions (Cash Disbursement) | PB-14 | 11/02 |
| Custody Receipt | PC-7 | 02/01 |
| Daily Arrest List | PA-8 | 6/98 |
| Daily Cell Block Check | PD-4 | 8/96 |
| Emergency Medical Services Report | PF-3 | 1/79 |
| Inmate Property Register | PI-20 | 2/00 |
| Medical Intake Screening Report | PP-51 | 11/02 |
| Order for Detention | PO-3 | 11/00 |
| Order for Property | PO-5 | 10/02 |
| Order for Release | PO-4 | 8/88 |
| Property Receipt | PP-33 | 02/01 |
| Protective Custody or Transfer of Prisoner for Medical Care | PP-42 | 03/03 |
| Sudden Death / Suicide | PS-17 | 8/00 |
| **Milwaukee Municipal Court** | | |
| Cash Bail/Personal Recognizance Bond | MC656 | 10/98 |
| **State of Wisconsin, Circuit Court, Milwaukee County** | | |
| Statement of Emergency Detention by Law Enforcement Officer | PE-18 | 01/02 |

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 38 of 50   Document 95-13

MPD01146

## Guidance on Application of Support Information

This module can be taught by an attorney and/or a police officer or Sergeant. The support information will be current departmental SOP, State Statutes and other information. This will need to be continually updated to reflect policy at the time of instruction.

## Suggested Methods of Instruction

- ☐ Demonstrations with Discussions
- ☒ Discussion Group
- ☐ Documented Problem/Set Solution Technique
- ☒ Lecture (Basic Format)
- ☐ Simulation
- ☐ Video/Realia/Photos

## Monitor Instrument(s) (i.e. Quiz, Test, Observation Criteria)

Overall test will be administered at the end of the course.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 39 of 50   Document 95-13

MPD01147

**TRAINING ACTIVITIES**

## MODULE 3: Arrest / Booking Process of the Milwaukee Police Department (MPD)

**List of Performance Objectives for Module**

Upon completion of module the participant should be able to:

1. Define the process of booking from arrest to release.

2. Describe pertinent Milwaukee Police Department SOPs, process and procedures, and State Statutes / DOC/DOJ regulations that affect the performance of booking.

Instructor Notes:

Case 2:12-cv-00664-JPS    Filed 12/01/15    Page 40 of 50    Document 95-13

MPD01148

## MODULE OVERVIEW

### Objective 1:  Booking Process

The process you are about to present has been vetted by MPD command and legal personnel and acts as a benchmark for your teaching.  It is realized that all departments in the State of Wisconsin do not employ all parts of this process in the sequence herein illustrated.   This being the case, use your discretion in facilitating review of the arrest/booking process and adapt your discussions to meet the needs of your class.

## ARRESTING OFFICER

### A.  Person is Lawfully Stopped

1. The police officer (PO) conducts a stop of a person for suspected behavior/violation.
   a.  Field Interview.
   b.  Call for Service.
2. The PO is mindful of his/her safety and the observed behavior of the suspect throughout this process.
3. At this point monitoring of individual health commences.

> **Legal References:**
> Arrest Citation Procedures
> 3/070.15
> WLEOCLH Page 55
> (Wisconsin Law Enforcement
> Criminal Law Handbook)

### B.  Person is Greeted

1. The PO provides a proper "greeting" and questions the individual.  The greeting includes:
   a.  Good Morning, Afternoon, or Evening.
   b.  PO identification of self.
   c.  Reason for stop.
2. Open questioning designed to discover why he/she commits a suspected behavior/violation.
3. Request for identification.
4. Throughout this process the PO shall <u>maintain control</u> over suspect's actions.

> **Legal References:**
> Arrest Citation Procedures
> 3/070.20.2

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 41 of 50   Document 95-13

MPD01149

### C. Discovery of Probable Cause (PC) for Arrest

1. The PO checks to see if there is a:
   a. Verified outstanding warrant for the suspect and/or.
   b. PC witnesses suspect behavior that is in violation of the law sufficient for <u>Summary Arrest</u>..
2. Suspect is arrested.

> **Legal References:**
> WLEOCLH Page 11.
> MPD Rules and Procedures 3/070.10
> MPD Rules and Procedures 3/070.20

### D. Arrestee Perception of Status

Definition of Arrest: To take or detain a person "by word or action so as to subject their liberty to the actual control and will of the person making the arrest".

1. No formal declaration of arrest is needed.
2. At this point in the process the arrested person believes they <u>cannot leave</u>.
3. They are <u>In Custody</u>.

> **Legal References:**
> WLEOCLH Pages 11, 42.
> MPD Rules and Procedures 3/070.10 Arrest Defined
> MPD Rules and Procedures 3/070.20

### E. Search Incidental to Arrest

1. The PO requests the suspect to assume a searchable position.
2. The PO "may contemporaneously conduct a complete search of the person and area readily accessible to the arrested person" (Handbook, p. 15.)
3. This is defined as a thorough search for potential evidence, weapons, and/or contraband prior to conveyance within reason.
4. Having established "probable cause" (Handbook, p. 4) the suspect is informed of the reason(s) for his/her lawful arrest; or as soon as practicable.
5. The suspect is "handcuffed" behind his/her back.

> **Legal References:**
> WLEOCLH p. 4, 15
> MPD Rules and Procedures 3/090.5.c

Note: Some prisoners, because of physical size, age or gender require specialized handcuffing.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 42 of 50   Document 95-13

MPD01150

## F.  Arresting Officer Responsibilities

1.  Once arrested the PO is <u>responsible for monitoring arrestee's physical condition</u>.
2.  Proper prisoner conveyance vehicle is summoned by the arresting officer or prisoner is transported by the officer using his/her patrol car.

> **Legal References:**
> MPD Rules and Procedures 3/080.00
> MPD Rules and Procedures 3/080.10
> MPD Rules and Procedures 3/090.95.5.a
> MPD Rules and Procedures 3/100.10

## G.  Issue of Concern – Data Integrity

Throughout the arrest, conveyance, and transport of prisoners there is an overriding concern to monitor arrestee health.  The following Exhibit can be used to help explain this concern:



## H.  Prisoner Safety Search

1.  Each time prisoner changes hands, receiving officer(s):
    a.  Conduct a full search of prisoner.
    b.  Monitor arrestee mental and physical well being.
    c.  Observations of arrestee condition should be recorded.
2.  Any medical emergency should be immediately reported to dispatch and transported to appropriate medical facility.

> **Legal References:**
> MPD Rules and Procedures 3/080.00
> MPD Rules and Procedures 3/090.05

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 43 of 50   Document 95-13

MPD01151

## I.  Conveying Officers Responsibilities

1. Once transferred to conveying PO, he/she is <u>responsible for monitoring</u> prisoner physical condition.
2. The prisoner is transported to district station where arrest occurred.

> **Legal References:**
> MPD Rules and Procedures 3/080.00
> MPD Rules and Procedures 3/090.95.5.a
> MPD Rules and Procedures 3/100.10

## J.  Communication – Opposite Sex Prisoner Transports

1. Radio dispatch is informed of the following information:
   a. Location of departure.
   b. Odometer reading.
2. Upon arrival at destination, dispatcher is again notified of:
   a. Location of arrival.
   b. Odometer reading.
   c. Any delays or detours.  Such data is also logged by PO(s) in memo book.

> **Legal References:**
> MPD Rules and Procedures 3/080.00.e

## K.  Prisoner Safety Search

1. Each time prisoner changes hands, receiving officer(s):
   a. Conduct a full search of prisoner.
   b. Monitor Prisoner mental and physical well being.
2. Any medical emergency should be immediately reported to dispatch and transported to appropriate medical facility.

> **Legal References:**
> MPD Rules and Procedures 3/072.15.e
> MPD Rules and Procedures 3/080.00
> MPD Rules and Procedures 3/090.040
> MPD Rules and Procedures 3/100.10.a.1

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 44 of 50   Document 95-13

MPD01152

## L. Transporting Concerns

1. Any change in prisoner condition requires immediate communication with dispatch:
   a. Observed change in physical health requires emergency intervention.
   b. Observed change in mental condition may require Ch. 51 detention.
2. The transporting PO(s) responsibility for prisoner well-being ceases upon acceptance of person to lock-up facility (i.e. District Station, PPS or CJF).
3. Adult male and generally all juvenile prisoners are normally conveyed to district station.
4. All underline adult female prisoners are conveyed directly to Prisoner Processing Section (PPS), except for exceptional cases (i.e. female OAI, etc.).
5. Combative prisoners transported directly to Criminal Justice Facility (CJF).

| Legal References: |
|---|
| MPD Rules and Procedures 3/080.05 |
| MPD Rules and Procedures 3/080.15 |
| MPD Rules and Procedures 3/100.10 |

## M. Secure Sally Port

It is of utmost importance that departmental booking areas are entered through a dedicated Sally Port. It should have entry and exit doors that can both be closed once a conveyance vehicle has entered. It should ensure prisoner control throughout the process of moving an arrestee from the street to the booking area. This type of system decreases the opportunities for a prisoner to escape custody.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 45 of 50   Document 95-13

MPD01153

### N. Secure Weapons

1. Upon arrival, transporting PO(s) are required to secure weapons (pistol) in a designated lock box. No officer should be allowed in to the booking area carrying a pistol or other firearm.
2. Conveying PO(s) are to assist booking officer and provide arrest information to booker.

**Legal References:**
MPD Rules and Procedures
3/100.10.4
MPD Rules and Procedures
3/100.10.5

### O. Notification of Shift Commander

1. Shift commander or PPS supervisor notified of arrestee arrival.
2. Upon arrival, appropriate supervisor visually evaluates prisoner physical and mental condition.
3. Supervisor also responsible for viewing via video screen the "booking" process.

**Legal References:**
MPD Rules and Procedures
3/100.10.3
MPD Rules and Procedures
3/100.10.5
MPD Rules and Procedures
3/100.13.c

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 46 of 50   Document 95-13

MPD01154

## P. Booking Process

1. Booking officer is responsible for entire receiving process and status of prisoner health.
2. Booking officer is unarmed and carries only necessary keys during his/her shift and has access to Emergency Response Knife.
3. Prisoners are "booked" one-at-a-time.
4. All other prisoners are held in a designated secure area.
5. Booking officer is charged with conducting thorough prisoner search.
6. Booking officer logs onto 2-Finger Fast Identification device and directs prisoner to place left and right index fingers on same.
7. Booking officer, with the help of the arresting and/or conveying PO(s), enter physical and evidentiary information in the On-Line Arrest Data Entry System.
8. Prisoner is photographed utilizing "Digital Mug Shot System" with any prominent scars etc. noted.
9. Booking officer removes and inventories prisoner property.
10. He/she then oversees proper bagging, documentation, and storage of prisoner possessions.
11. Additional information can be entered by booking officer upon completion of formal data entry at a later time with the cooperation of the arresting officer.

## Q. Medical Intake Screening

1. Completion of the Prisoner Medical Intake Screening Report (Form PP-51).
2. Supplementary data on prisoner health must be written carefully back of form. Note number of question against comment for clarity.
3. Bring all YES answers to the attention of the supervisor.

**Legal References:**
MPD Rules and Procedures
3/080.00.f
MPD Rules and Procedures
3/080.20
MPD Rules and Procedures
3/080.20.e
MPD Rules and Procedures
3/090.95
MPD Rules and Procedures
3/090.95.e
MPD Rules and Procedures
3/100.10.1
MPD Rules and Procedures
3/100.10.2
MPD Rules and Procedures
3/100.10.6
MPD Rules and Procedures
3/100.10.7
MPD Rules and Procedures
3/100.15
DOC 349.17 Inmate Health Screening Care
DOC 349.18 Suicide Prevention
DOC 349.19 Control and Administration of Medications
DOC 349.20 Communicable Disease Control
DOC 349.21 Detention of Juveniles
DOC 349.09 Health Care
Wisconsin State Statutes
301.37
302.095
302.30
302.31
302.37.1.b
302.37.3.b
938.209(2m)

MPD01155

## R.  Identification

1. The prisoner is initially identified using the 2 Finger ID. (Note:  This may be done before medical monitoring is conducted).
2. Prisoner is finger and palm printed using the live-scan fingerprint system.
3. The prisoner is photographed using the digital mug shot system.
4. Any alteration of prisoner appearance is noted.
5. Scars and identifying marks are documented.

**Legal References:**
MPD Rules and Procedures 3/090.95.c.3
MPD Rules and Procedures 3/100.10.9
MPD Rules and Procedures 3/100.10.10

Note: Special circumstances (disabilities) require Supervisor advisement.

## S.  Prisoner Possessions Inventoried/Bagged

1. Booker searches prisoner.
2. Possessions are inventoried
3. Possessions are sealed in "see through" bags.
4. All done in presence of prisoner who signs inventory form.

**Legal References:**
MPD Rules and Procedures 3/090.95
MPD Rules and Procedures 3/100.10.5

## T.  Recommendation

Integrate into the screening process the use of the **Suicide Prevention Questionnaire (Exhibit Form 1)** provided in this course.  This will systematize the suicide prevention methods necessary to ensure NO suicides in department holding cells.  Note:  This recommendation is not included in the Student Manual but the form is.

**Legal References:**
MPD Rules and Procedures 3/090.50.h.5
MPD Rules and Procedures 3/090.95.15.i.1
MPD Rules and Procedures 3/090.95.15.i.2
MPD Rules and Procedures 3/090.35
MPD Rules and Procedures 3/100.10.b.1
MPD Rules and Procedures 3/100.10.b.11
DOC 349.08 Cell Sanitation
DOC 349.12 Security
DOC 349.18 Suicide Prevention

## U.  Cell Assignment

1. Booking officer is "held accountable for prisoner well being" until throughout the booking process during his/her "tour of duty" until the properly relieved.
2. Prisoner communication with the outside world is dependent on command permission.
3. The prisoner is placed in "opposite facing cells to minimize possibility" of self-harm.
4. Booking officer is responsible for monitoring prisoner behavior throughout his/her tour of duty by

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 48 of 50   Document 95-13

MPD01156

conducting cell checks four times each hour at staggered intervals.

5. Booking officer shall move prisoner one <u>at a time</u> only with the help of another PO.

## V.  Transfer / Release of a Prisoner from District/PPS

1. Booking Officer gathers prisoner possessions, medical records, and other appropriate data.
2. This material is "packaged" for prisoner conveyance to PPS.
3. MPD conveying officer(s) transport the prisoner and his/her package to the County Jail Facility (CJF).
4. As with the District level processing, the conveying officer locks up complete duty belt and all related equipment including side arms, OC, batons, knives (ex. pocketknife, Leatherman™ , etc.) in a Sheriff's Department locker before entering the booking area.
5. The handcuffed prisoner is escorted by the conveying officer(s) into the CJF booking area.
6. MPD conveying officer(s) remain with the prisoner in the CJF pre-booking area while jail receiving deputy reviews ADR and triage nurse conducts prisoner medical assessment.
7. MPD conveying officer(s) escort prisoner to jail and remain in this room until search completion.  All reports and packaged prisoner possessions remain at CJF.
8. Upon completion of jail booking MPD conveying officer(s) will record signature and payroll number to ensure disbursement.

| Legal References: |
| --- |
| MPD Rules and Procedures 3/090.60 |
| MPD Rules and Procedures 3/090.95.f.14 |
| MPD Rules and Procedures 3/090.95.k.2 |
| MPD Rules and Procedures 3/090.95.k.3 |
| MPD Rules and Procedures 3/090.95.k.3.a.1 |
| MPD Rules and Procedures 3/090.95.k.3.a.2 |
| MPD Rules and Procedures 3/100.25 |
| MPD Rules and Procedures 3/100.35 |

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 49 of 50   Document 95-13

MPD01157

## W.  Decision of Release Criteria

The following criteria must be present in order for the MPD to release a prisoner:

1. Evidence of payment of Bail.
2. Confirmation of a Future Court Date.
3. Commanding officer and shift commander may release a prisoner with no further action.
4. Transfer and admittance of prisoner at hospital.

> **Legal References:**
> MPD Rules and Procedures 3/075.15.a
> MPD Rules and Procedures 3/090.60
> MPD Rules and Procedures 3/090.95.15.k.6
> MPD Rules and Procedures 3/100.35
> MPD Rules and Procedures 3/100.50

## X.  Release Process

1. MPD District /PPS supervisor confirms that prisoner is "properly identified" to confirm that the person being released is the correct person.
2. Release is actionable when needed form processing has been completed.
3. Booker notified by supervisor to release prisoner.
4. Booker responsible for ensuring that the holding cell is searched for any unauthorized property or contraband.

> **Legal References:**
> MPD Rules and Procedures 3/090.95.k
> MPD Rules and Procedures 3/100.15
> MPD Rules and Procedures 3/100.05
> MPD Rules and Procedures 3/210.65.a
> DOC 349.08(2)

## Y.  Recommended Procedure for Release

1. Booker retrieves prisoner from holding cell.
2. Prisoner property retrieved.
3. Prisoner and booking officer review inventory to ensure that all prisoner property is accounted for.
4. Once he/she has property the booker is responsible for "walking" the person out.
5. Both booker and supervisor are responsible for initiating proper cell decontamination to ensure prisoner and officer health.  The decontamination /sanitization process shall be completed before another prisoner is allowed to use the holding cell.

Case 2:12-cv-00664-JPS   Filed 12/01/15   Page 50 of 50   Document 95-13

MPD01158