# Major Incident Report

| Date: | 09132010 | Time: | 2040 Hours | Page | 1 | Of | 2 |
|---|---|---|---|---|---|---|---|
| Type of Incident: | Death of MPD Prisoner at Milwaukee County Jail | | | CAD Incident # | | | |

| Location: | CJF, 949 N. 9th Street, Milwaukee, WI 53233, Pre Book Area |
|---|---|
| Reporting Officer: | Sergeant Fatrena Hale S28 |
| Supervisor(s) on Scene: | Captain Melissa Elliott |

| Detective/Officer(s) on Scene | Name | Squad # | Assignment |
|---|---|---|---|
| | 1. CO Abie Douglas | | Assisting CO |
| | 2. CO Anthony Arndt | | Assisting CO |
| | 3. CO David Mordeszewski | | Scribe |
| | 4. CO Sheila Jeff | | Assisting CO |
| | 5. CO Kelly Kieckbusch | | Coordinate Medical |
| | 6. CO Darius Holmes | | Pre Book Officer |
| | 7. MPD Frank Salinski | | Transport |
| | 8. MPD Richard Lopez | | Transport |
| | 9. RN Nicole Virgo | | Assessment |
| | 10. RN Cheryl Wenzel | | Assessment |
| | 11. RN Supervisor Tina Watts | | Medical Supervisor |
| | 12. Engine #2 | | EMS |
| | 13. Paramedic Unit #6 | | EMS |
| | 14. MPD SGT David Feldmeier | | Neighborhood Task Force |
| | 15. MPD CPT Michael Dubis | | Watch Commander |
| | 16. SGT James Bunker | | Line Supervisor |
| | 17. Eugene Williams | | ME Forensic Investigator |
| | 18. Joanne Hardtke | | Assistant District Attorney |
| | 19. Anna Linden | | ADA Investigator |
| | 20. James Thomas | | ADA Investigator |
| | 21. MPD Patrick Pajot | | CID Detective |
| | 22. MPD Rochelle Gawina | | CID Sergeant |
| | 23. MPD Dale Borman | | CID Detective |
| | 24. Scott LaFleur | | CID Lieutenant |
| | 25. Tom Anglim | | ME Transporter |
| | 26. Michael Bunzel | | ME Transporter |

## Subjects Involved

| Name | Sex/Race | DOB | Arrest | Charges |
|---|---|---|---|---|
| 1. MPD Prisoner James Franklin Perry | M/B | 04-18-69 | Y | Robbery X 2, Battery X 2 |
| 2. | | | | |
| 3. | | | | |

## Injuries - Citizens/Officers/Suspects

| Name | |
|---|---|
| 1. None | |
| 2. | |

Routing:    Shf_Major_Incident:



PLAINTIFF'S EXHIBIT B

# Major Incident Report

## Notification

| Sheriff: | Yes | Time: | Notified By: |
|---|---|---|---|
| Inspector: | Yes | | CPT Melissa Elliott |
| DI: | Yes | | CPT Melissa Elliott |
| PIO: | Yes | | |
| CID: | Yes | | Inspector Richard Schmidt |
| IA: | No | | |

## Vehicles

| Type | Plate | Towed | Towing Company | Owner |
|---|---|---|---|---|
| 1. NA | | | | |
| 2. | | | | |

## Evidence/Property

| Evidence/Property Seized | Type | Street Value |
|---|---|---|
| NA | | |
| | | |

**Narrative**: On Monday, September 13, 2010, MPD notified Pre-Book that they were transporting a combative. Pre-Book Officer Darius Holmes notified me.

**2040 hours**: MPD Officers Frank Salinski and Richard Lopez escorted prisoner Franklin into Pre-Book in leg restraints, handcuffed behind back and wearing a spit mask. Blood was seeping from the spit mask.

**2045 hours**: RN Nicole Virgo assessed prisoner Franklin and determined he would be a refusal and needed to be transported to hospital for further treatment.

**2048 hours**: Sergeant Fatrena Hale called Master Control requesting an ambulance.

**2051 hours**: RN Cheryl Wenzel requested the spit mask removed to further assess prisoner Franklin.

**2052 hours**: Sergeant Hale requested additional security staff, additional nurses, EAD, orange bag, nurse supervisor, and estimated time of arrival for paramedics.

**2053 hours**: Officers Salinski and Lopez assisted prisoner Franklin to the floor as RN Virgo and Wenzel began CPR.

**2056 hours**: Milwaukee Fire Department Engine #2 arrived and took over administering CPR.
**2102 hours**: Paramedic Unit #6 arrived.

Routing: Shf_Major_Incident:

# Major Incident Report

**2121 hours:** Paramedic Unit #6 in contact with Dr. Kathryn Sullivanvillie pronounced prisoner Franklin deceased.

**2128 hours:** MPD SGT David Feldmeier from Neighborhood Task Force arrives. The scene was officially turned over to SGT Feldmeier.

**2203 hours:** MPD CPT Michael Dubis, Watch Commander, arrives.

**2219 hours:** MPD SGT James Bunker arrives on scene.

**2230 hours:** Forensic Investigator Eugene Williams arrived.

**2233 hours:** Assistant District Attorney Joanne Hardtke arrives.

**2237 hours:** ADA Investigators Anna Linden and James Thomas.

**2255 hours:** MPD Detective Patrick Pajot (#9555), MPD SGT Rochelle Gawina and ID Technician Scott Kempinski (#1825) arrived.

**2300 hours:** MPD Detective Dale Borman and Lieutenant Scott LaFleur arrived.

**2342 hours:** Medical Examiner staff Tom Anglim and Michael Bunzel arrived with cart to transport body.

**2346 hours:** Medical Examiner removed body from premises.

Per Lieutenant LaFleur, the Medical Examiner will perform an autopsy 9-15-2010.

Sergeant Fatrena Hale S28
Detention Services Bureau
(414) 226 – 7044
fhale@milwcnty.com

**Name of Submitting Officer: Sergeant Fatrena Hale S28**

Routing:    Shf_Major_Incident:

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 3 of 3   Document 120-2