# United States District Court
## Eastern District of Wisconsin

---

## Estate of Perry v. Wenzel
### 12-CV-664



Video Deposition of
## Karl Robbins
Recorded 02/06/2014 in Milwaukee, WI
10:17 am - 1:51 pm, 164 mins. elapsed

---

### Magne-Script
(414) 352-5450



PLAINTIFF'S
EXHIBIT
D

*20314 Condensed transcript with index*

| Page 1 |
|---|

Witness
Karl Robbins

Thursday 02/06/2014 at 10:15 by: Claire Ziffer

Milwaukee City Attorneys Office
841 N. Broadway #716
Milwaukee, WI 53202

Estate of Perry v. Wenzel
12-CV-664
United States District Court
Eastern District of Wisconsin

| Page 3 |
|---|

1   Michael L. Johnson
2   Otjen, Gendelman, Zitzer, Johnson & Weir, S.C.
3   20935 Swenson Dr. #310
4   Waukesha, WI 53186
5   On behalf of Aurora Healthcare Metro, Inc.
6
7   Mark E. Larson
8   Gutglass, Erickson, Bonville & Larson
9   735 N. Water St. #1400
10  Milwaukee, WI 53202-4267
11  On behalf of Paul Coogan, M.D.
12
13  Patrick D. McNally
14  Borgelt, Powell, Peterson & Frauen, S.C.
15  735 N. Water St. #1500
16  Milwaukee, WI 53202
17  On behalf of Injured Patients and Families Compensation
18  Fund
19
20
21
22
23
24
25

| Page 2 |
|---|

1           A P P E A R A N C E S
2   James J. Gende
3   Gende Law Office, S.C.
4   N28 W23000 Roundy Dr.
5   Pewaukee, WI 53072
6   On behalf of the Plaintiffs
7
8   Christopher P. Katers
9   Judge, Lang & Glynn, S.C.
10  8112 W. Bluemound Rd. #71
11  Milwaukee, WI 53213
12  On behalf of the Plaintiffs
13
14  Charles H. Bohl
15  Whyte Hirschboeck Dudek S.C.
16  555 E. Wells St. #1900
17  Milwaukee, WI 53202
18  On behalf of the Milwaukee County Defendants
19
20  Susan E. Lappen
21  Milwaukee City Attorneys Office
22  841 N. Broadway #716
23  Milwaukee, WI 53202
24  On behalf of the City of Milwaukee Defendants
25

| Page 4 |
|---|

1                I N D E X
2   EXAMINATION BY                        PAGE NO.
3   Mr. Gende . . . . . . . . . . . . . . . . . . .      4
4   EXHIBIT NO.                           PAGE NO.
5   47 - Amended notice of deposition . . . . . . . .    10
6   48 - SOP MPD. . . . . . . . . . . . . . . . . . .    13
7   49 - MPD incident report Bates 67-69. . . . . . .    62
8          (The exhibits were retained by Mr. Gende)
9   (The sealed original transcript was sent to Mr. Gende)
10
11            E X A M I N A T I O N
12   BY MR. GENDE:
13   Q   Sir, please state your name and spell your last name
14       for the record?
15   A   Karl Robbins. Robbins, R-o-b-b-i-n-s.
16   Q   Mr. Robbins, I'm going to ask you a series of
17       questions regarding your involvement with Mr. Perry on
18       the day that he died. If you don't understand my
19       question, please tell me so and I'll attempt to
20       rephrase it in a manner that's more clear. Okay?
21   A   Okay.
22   Q   If you answer my question, I will assume that you
23       understood it. Is that fair?
24   A   Yes.
25   Q   All your answers must be in a verbal manner because

### Page 5

1    the court reporter cannot take down nods of the head
2    or shrugs of the shoulders. Okay?
3  A    Okay.
4  Q    Finally, please allow me to ask my entire question
5    before you attempt to answer, and I will afford you
6    the same courtesy so that we may keep the record
7    clear. Fair enough?
8  A    I hope so.
9  Q    Can you give me an overview of your educational
10    background?
11  A    Oh my God. Okay.
12  Q    After high school.
13  A    After high school. Yes. I have a associate degree
14    from MATC. I have a bachelor's degree from Concordia
15    University. I have a bachelor's degree from UWM.
16    Would you like to know what they are in, entail?
17  Q    Sure.
18  A    Okay. The associate degree was in police science.
19    The bachelor degree from Concordia University is in
20    criminal justice. The bachelor degree from UWM is in
21    theater. Plus, I have a master degree from Marquette
22    University in the administration of justice and a
23    graduate certificate in leadership studies.
24  Q    I'm sorry. The master's at Marquette was in regards
25    to?

### Page 6

1  A    Administration of justice, criminal justice,
2    basically.
3  Q    When did you get your theater degree from UWM?
4  A    In 1999.
5  Q    Have you done any movies?
6  A    I did some movies, theater, stage work, commercials.
7  Q    What would you list as the top 5 credits for your
8    theater career?
9  A    Well, if you go to New York -- New York City, I did a
10    -- Well, I would say the commercial. I did a national
11    commercial, PowerHouse candy bar commercial. I don't
12    know if anybody still is probably young, too young to
13    remember that.
14        INTERCOM: Ms. Lappen, please call 4802, Ms.
15    Lappen.
16        MS. LAPPEN: Excuse me.
17        MR. GENDE: Should we go off the record?
18        MS. LAPPEN: Yeah, please.
19        MR. GENDE: Off the record.
20        THE REPORTER: Off the record.
21        (Off the record 10:19 - 10:19)
22        THE REPORTER: We're back on the record.
23  BY MR. GENDE:
24  Q    Sir, when did you become employed with the Milwaukee
25    Police Department?

### Page 7

1  A    March 11, 1985.
2  Q    And can you give me a brief overview of your
3    employment history for the five years prior to your
4    appointment to the MPD?
5  A    I was assigned as a patrol officer in -- When I first
6    came on I -- Five years? Basically, I did -- You
7    know, my duties were traffic stops, walking the beat
8    in the comm-- in the community, community policing.
9    Plus, I was assigned plainclothes vice-squad work,
10    undercover drug buys. Generally, traffic duties and
11    community policing, walking the beat, vice-squad,
12    until I got promoted.
13  Q    That was your first five years on the police
14    department.
15  A    Right.
16  Q    Prior to your appointment on the police department,
17    the five years before, can you give me an overview of
18    what your employment history was? Before you came on.
19  A    Oh, before I came on?
20  Q    Correct.
21  A    Oh, I was a lifeguard for the Milwaukee County
22    Lifeguard Corps.
23  Q    From 1980 to '85?
24  A    1975 to '85.
25  Q    When you were promoted in 1990, what was the

### Page 8

1    promotion?
2  A    I was a -- That would be 1993. I was a police
3    sergeant.
4  Q    And did your duties change?
5  A    Could you repeat?
6  Q    Did your duties change --
7  A    Oh, yes.
8  Q    -- when you became a sergeant?
9  A    Definitely. I had to supervise people, employees,
10    officers.
11  Q    And how long were you a sergeant?
12  A    I was a sergeant until 2006.
13  Q    And then what promotion did you receive?
14  A    A lieutenant.
15  Q    And did your duties change?
16  A    Yes.
17  Q    And tell me how your duties changed.
18  A    I was more of an administrative person, not going out
19    on the streets. I would stay in and review reports,
20    making sure I was responsible for sergeants and police
21    officers, civilian employees. More or less
22    administrative.
23  Q    When were you first assigned to the Prisoner
24    Processing Section? I don't need a specific date.
25    General will work.

# Video Deposition of Karl Robbins  2/6/2014

## Page 9

1   A   I would have to look at a reports. I can't tell you
2       exactly when I was -- As a sergeant, I was assigned
3       there in 1995. As a lieutenant, I can't recall the
4       date.
5   Q   Do you know if it was in 2009?
6   A   Yeah. Mm-hmm. 2009. That seem to be accurate.
7   Q   And tell me how your duties were different as a
8       sergeant at PPS as opposed to a lieutenant at PPS.
9   A   It wasn't different. It was similar. I mean, you had
10      to review all the prisoners reports, making sure the
11      prisoners were secure and safe, not mistreated. The
12      duties were similar.
13  Q   Do you recall a sergeant being on duty September 13th,
14      2010, when Mr. Perry was at the PPS?
15  A   Yes.
16  Q   And what do you recall the sergeant's name being?
17  A   I think that was Sergeant Tayo Adeneken. He was in
18      charge when I arrived to work that day.
19  Q   And then when he relieved of his duties when you
20      arrived?
21  A   Yes.
22  Q   So you took over for him as the --
23  A   Right. Because he works first shift and I work second
24      shift.
25  Q   And then you became the commanding officer?

## Page 10

1   A   Yes.
2   Q   Who was next in the line of command on that evening,
3       after yourself?
4   A   I was in charge. I'm in charge of the jail once I
5       took over.
6           (Exhibit 47 identified)
7   Q   Okay. Sir, I'd like to show you what we've marked as
8       Exhibit No. 47, which is the Amended Notice of
9       Deposition requiring your appearance here today. Had
10      you seen this document prior to it being amended?
11  A   No.
12  Q   Pursuant to this document, you were required to bring
13      with you anything you reviewed in preparation for your
14      deposition. Did you do that?
15          MS. LAPPEN: Did you leave it in the office?
16          THE WITNESS: Yes. It's still in the
17      office.
18          MS. LAPPEN: Okay. I'll go get it.
19          MR. GENDE: Let's go off the record.
20          THE REPORTER: Off the record.
21          (Off the record 10:24 - 10:25)
22          THE REPORTER: We're back on the record.
23      BY MR. GENDE:
24  Q   Sir, it appears that you have in front of you
25      documents that you reviewed in preparation for your

## Page 11

1       deposition today, correct?
2   A   That's correct.
3   Q   Other than the documents that you have in front of
4       you, did you review anything else in preparation for
5       your deposition here today?
6   A   No.
7   Q   Did you meet with Ms. Lappen in preparation for your
8       deposition?
9   A   Yes.
10  Q   On how many occasions?
11  A   Twice.
12  Q   When was the first occasion?
13  A   That -- I believe that was on January 3rd.
14  Q   And how long did you meet with her for?
15  A   I would say about approximately an hour.
16  Q   Was anybody else present?
17  A   Yes.
18  Q   Who else was present?
19  A   Two other officers.
20  Q   Do you recall their names?
21  A   I don't recall their names.
22  Q   And the second time you met with Ms. Lappen was when?
23  A   Today.
24  Q   And how long were you meeting with Ms. Lappen this
25      morning?

## Page 12

1   A   About 30 minutes.
2   Q   Was there anybody else present at that time?
3   A   No.
4   Q   May I see the documents that you have in front of
5       you...
6   A   Yes.
7   Q   ...that you reviewed in preparation? Thank you. Have
8       you reviewed any deposition testimony in this case?
9   A   No.
10  Q   Have you spoke to any other officers about this case
11      after their depositions?
12  A   No.
13  Q   Did you review the internal investigation as it
14      relates to your involvement with Mr. Perry?
15  A   No.
16  Q   Did you review the video at PPS that showed you and
17      other officers and their interaction with Mr. Perry?
18  A   Yes, briefly.
19  Q   And when did you review that video?
20  A   I -- When I had an internal deposition.
21  Q   Internal Affairs?
22  A   Right.
23  Q   Okay. And that would have been in 2012?
24  A   Yes.
25  Q   Was that the first time you had seen that video?

Magne-Script Video Court Reporting                    414-352-5450

## Page 13

1   A   Yes.
2   Q   And was that the last time you've seen that video?
3   A   That's the last time, yes.
4   Q   Sir, I'm going to show you what we've marked as
5       Exhibit No. 48. Can you describe that document for
6       the record? Can you describe that document for the
7       record? What is it, sir?
8                   (Exhibit 48 identified)
9   A   Yeah. It's a SOPs, standard operating procedure.
10      Part of our SOPs for the Milwaukee Police Department.
11  Q   How were you trained on SOPs for the Milwaukee Police
12      Department?
13  A   You basically, I mean, you read it, you go over --
14      review the SOPs. Every time you go to a different
15      division or a different location, it's by reading,
16      reading the SOPs and some -- And during in-services --
17      in-service during training, we go over SOPs. So it's
18      updating. And SOPs are constantly being updated, so
19      we constantly read them as they come to our attention.
20  Q   And you would agree that all police officers at the
21      Milwaukee Police Department, their conduct is governed
22      by the department's standard operating procedures,
23      correct?
24  A   Yes.
25  Q   This particular SOP, Bates stamped MPD00429, discusses

## Page 14

1       prisoner processing and screening, correct?
2   A   Correct.
3   Q   And it apparently amends a prior general order that
4       was dating back to October 15th, 2010. Does that look
5       correct, under the "Action" paragraph?
6   A   I don't quite understand.
7   Q   Do you know if this SOP was in force on the day that
8       Mr. Perry died?
9   A   Yes, it was in force.
10  Q   Pursuant to this procedure, the PPS supervisor in
11      charge was responsible for the well being of all
12      prisoners at PPS and had the authority to reject
13      prisoners for medical reasons, correct?
14  A   Yes.
15  Q   Including those on investigative holds, true?
16  A   True.
17  Q   And that would have been equally true on September
18      13th, 2010?
19  A   Yes.
20  Q   Have you ever received training on how to identify a
21      medical emergency for an individual who is under your
22      custody and control?
23  A   I'm not a doctor, if that's what you're asking.
24  Q   No, I'm not asking if you're a doctor. I'm asking if
25      you have received training in being able to identify a

## Page 15

1       medical emergency for an individual that's under your
2       custody and control.
3   A   Be more specific.
4   Q   Is there a SOP that a police officer follows to
5       determine whether or not an individual that they
6       observe is in jeopardy of suffering from a medical
7       emergency?
8   A   I don't think it's a specific SOP. It's -- Can I
9       explain?
10  Q   Please.
11  A   Okay. If a prisoner comes in, we go through a medical
12      screening with the prisoner. We ask him questions.
13      The questions could be, you know, "Are you ill?" "Are
14      you suffering for anything?" If he says, "I have
15      asthma. I left my pump at home." If I -- "I'm a
16      diabetic. I need my insulin shots right now, or my
17      pills," at that point, that help us make a
18      determination whether this person need medical
19      assistance. You know, if he needs medical assistance,
20      we basically call the fire department. The fire
21      department responds, they take blood pressure. If he
22      needs to be conveyed -- If they make a decision he
23      needs to be conveyed to the hospital, then he goes to
24      the hospital.
25          So by asking him medical questions, that help us

## Page 16

1       make a determination. But to -- If I see a person
2       besides physically fall out and go through seizures,
3       that's obvious he needs medical -- that he's going
4       through a crisis, he needs medical attention. That's
5       no problem. But as far as if he comes in asking
6       questions, medical questions, and he needs medical
7       attention, then we'll -- we'll provide that for him.
8   Q   In addition to the verbal inquiry that you've
9       described, you mentioned a visual type --
10  A   Right.
11  Q   -- inspection; that if you saw somebody pass out --
12  A   Right.
13  Q   -- or seize, that it would be obvious that they needed
14      medical attention, correct?
15  A   Correct.
16  Q   Do you do any further or other type of visual
17      inspection for individuals to determine whether or not
18      they're in need of medical attention?
19  A   No.
20  Q   So if an individual came in bleeding from the mouth or
21      nose, that wouldn't suggest to you a medical
22      emergency?
23  A   Not a medical emergency, no.
24  Q   If a person came in who was bleeding from their chest
25      or their rectum, would that suggest a medical

## Page 17

1    emergency to you?
2  A  Hopefully not, because I would have been upset with
3    the officer that brought him in here. He would have
4    went back. He would have been told, instructed to
5    take him to the hospital.
6  Q  So in your opinion, the only visual inspection which
7    would suggest a medical emergency would be if a person
8    loses consciousness in your presence or suffers a
9    seizure in your presence, correct?
10  A  Correct.
11  Q  Are you aware of any policy or procedure in which
12    either yourself or Milwaukee police officers are
13    trained that once a person who was sent to the
14    emergency room for a medical emergency while they were
15    in Milwaukee Police Department's custody and care,
16    that upon release they could not suffer from another
17    medical emergency?
18  A  There is no policy or procedure for that.
19  Q  Is that a general understanding at the Milwaukee
20    Police Department that if somebody in their care and
21    custody has a medical emergency, is sent to the
22    emergency room, is medically cleared to return to the
23    police department --
24  A  Right.
25  Q  -- that that person could no longer suffer from a

## Page 18

1    medical emergency?
2  A  No.
3        MS. LAPPEN: Objection as to the form of the
4    question.
5        But go ahead and answer.
6  A  No. Has it ever happened? Sure. We -- We return
7    him, you know, we return him right back to the
8    hospital.
9    BY MR. GENDE:
10  Q  So when you say "has that ever happened," what you're
11    telling me is that you have seen or been part of
12    identifying a medical emergency for an inmate,
13    correct?
14  A  Right.
15  Q  Sending them to the hospital for care, correct?
16  A  Right.
17  Q  That individual subsequently being released and sent
18    back to the police department, correct?
19  A  Right. Correct.
20  Q  And then that person having a subsequent medical
21    emergency requiring additional care.
22  A  Sure.
23  Q  And you recall being personally involved in those
24    situations.
25  A  Twenty-eight years of experience. Oh, that's -- That

## Page 19

1    occurs often.
2  Q  Can you describe for me some of the occasions that you
3    recall that occurrence happening?
4  A  Sure. A person basically was given -- is a asthmatic,
5    comes back, I mean, it's not the correct medicine.
6    You know, then we took him back out. A diabetic,
7    insulin didn't work. His sugar is still low.
8    Seizures. You know what I mean, a person basically
9    still suffering from seizures, still collapsing.
10    We'll take that person back to the hospital. I've
11    seen that occur.
12  Q  And on those occasions when additional medical
13    emergencies emerged after the individual had been
14    cleared by the emergency room, were you able to
15    visually observe the deteriorated condition of that
16    individual?
17  A  Yes.
18  Q  When you had an opportunity to review the reports as
19    it relates to your preparation for this deposition and
20    Mr. Perry's care while he was in the custody and
21    control of the Milwaukee Police Department, did you
22    find any of the information contained therein to be
23    inaccurate or untruthful?
24  A  No.
25  Q  And I apologize if I asked you this. Did you review

## Page 20

1    the Internal Affairs investigation, the paper, in
2    regards to your role in Mr. Perry's treatment?
3  A  No.
4  Q  Have you ever seen the paper for the internal
5    investigation?
6  A  No.
7  Q  When you arrived at the police station on September
8    13th, 2010, or rather the PPS, what do you recall, if
9    anything, about information being provided as it
10    relates to Mr. Perry?
11  A  I arrive at work I'd say approximately 2:50, 2:51.
12    When I got off the elevator, I was met by an officer.
13    And he's -- And I was looking in the room -- so I'd
14    seen the fire department, so I noticed what's going on
15    in the bullpen. The bullpen, that's where we keep the
16    majority of our prisoners in, and sometimes it can be
17    over 150 prisoners at one time. So I seen that door
18    wide open, I seen the fire department open.
19        And then I just seen one prisoner inside laying
20    on the stretcher of one of the fire department. So I
21    said -- And he told me that a prisoner had some
22    seizures, collapsed, and hit his head on the bullpen
23    floor.
24        So I immediately go inside to visually, you know
25    -- you know, see how he was doing. You know, what's

## Page 21

1  going on, whether, you know, conscious or breathing.
2  At this time, he was conscious and breathing.
3  Q  Did you ask him any questions?
4  A  Yeah, I asked him questions. "What's going on?" I
5  mean, "Are you on any medication?" He said, "Yes." I
6  said, "For what?" You know, "For seizures." I said,
7  "Have you been taking your medication?" "No."
8  Q  Was he able to look at you and respond to --
9  A  Yes. Yeah.
10  Q  -- your verbal inquiries?
11  A  Like me and you talking.
12  Q  Okay. So --
13  A  We having a normal conversation.
14  Q  He was conscious --
15  A  Right.
16  Q  -- and seemed coherent, correct?
17  A  Right.
18  Q  Okay.
19  A  Mm-hmm.
20  Q  Had he urinated or defecated on himself at that time?
21  A  No.
22  Q  Did he appear resistant in any fashion?
23  A  No.
24  Q  Was he shackled at the arms or the legs?
25  A  No.

## Page 22

1  Q  Had a spit mask been applied at that time?
2  A  No.
3  Q  What do you recall as to how you ended the
4  conversation with Mr. Perry at that point?
5  A  The fire department was still working with him, so
6  that was my end of the conversation. That, I mean, we
7  wanted to get him to the hospital as soon as possible,
8  because we don't know what type of injuries he
9  sustained from the fall, so....
10  Q  Did you question him about his head injury?
11  A  No.
12  Q  Did you observe any injury to his head or other part
13  of his body?
14  A  No, I didn't -- I didn't see anything visually
15  regarding his head, or anything like that.
16  Q  Did you see any blood anywhere on his body?
17  A  No.
18  Q  Did the police department tell you that he had an
19  abnormal pulse or blood pressure or respiratory rate?
20  A  No.
21  Q  Did you have to sign any forms allowing Mr. Perry to
22  be conveyed to the emergency room?
23  A  Not me.
24  Q  Who would be required to sign forms to release Mr.
25  Perry from PPS and be conveyed to the emergency room?

## Page 23

1  A  The officers that will -- that would go along with him
2  to convey him out. It's two ways we handle that. If
3  we have officers from PPS that's assigned to PPS,
4  might go out with him, or we assign different officers
5  from different districts to go out with him. They are
6  responsible for filing we call a "conveyance form."
7  Q  Do those officers have to get permission from you to
8  remove the inmate from PPS and convey that inmate to
9  the emergency room?
10  A  Yes.
11  Q  And is that request verbally?
12  A  Yes. Over the radio, over the telephone.
13  Q  And then once you give that permission, is there any
14  paperwork you need to fill out?
15  A  No.
16  Q  Mr. Perry appeared to be in good health when he was
17  released to go to the hospital, correct?
18  A  I'm not a doctor, so I can't determine whether he was
19  in good health. I didn't, you know, take x-rays or
20  anything like that. He -- All I can say, he was
21  conscious and talking when he left.
22  Q  He was conscious, coherent.
23  A  Right.
24  Q  He hadn't urinated or defecated on himself.
25  A  Correct.

## Page 24

1  Q  No blood. No sign of visible injury.
2  A  Correct.
3  Q  He was able to have conversations with you, correct?
4  A  Right. There's nothing unusual when prisoners -- I
5  mean, like I said before, it's been numerous times
6  that prisoners had seizures and collapsed in the
7  bullpen. To me, that's nothing that -- That's common
8  in a prisoner setting.
9  Q  Would you agree, then, the reason that Mr. Perry was
10  subsequently taken to the emergency room was more of a
11  precautionary measure in the event that he may suffer
12  more seizures, or he just needed to be checked out
13  because he struck his head?
14  A  Right.
15  MR. LARSON: I'm going to object to the
16  foundation for the question.
17  MS. LAPPEN: Go ahead and answer.
18  MR. GENDE: All right. He did answer.
19  Q  Based on the objection, I'll ask it in a different
20  way. Was it your opinion, prior to Mr. Perry leaving,
21  that his conveyance was a precautionary method or
22  decision to make sure that he didn't suffer any
23  further seizures?
24  A  Yes.
25  Q  After Mr. Perry was conveyed to the emergency room,

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 7 of 54   Document 120-4

## Page 25

1    what's the next piece of information you received in
2    regard to his well being?
3  A  My people started to call me from the hospital, that
4    he started to kick, he was uncooperative, allude to
5    this guy is getting a little bit combative, won't
6    cooperate with the doctors.  Periodically, I was
7    getting updates regarding his behavior.
8  Q  When you said your people, are you referring to --
9  A  PPS.
10  Q  -- Officer Kroes?
11  A  Yeah.  Right.
12  Q  Kroes and Jacks?
13  A  Right.  It's been a while, and these are the young
14    officers, so I don't recall the names, or whatever,
15    but....
16  Q  Do you recall speaking to a male or female who was
17    giving you updates?
18  A  I think male.  We had females and males working at the
19    same time.  Some were on the floor while I was there,
20    so I was talking to a lot of people.  But mostly
21    males.
22  Q  I'm sure your attorneys advised you that you're not
23    going to recall all details --
24  A  Right.
25  Q  -- and we have the reports in front of us.  So we just

## Page 26

1    want to know what you know, and don't worry if you
2    can't recall names.  I may --
3  A  Right.  Okay.
4  Q  -- prompt you like I just did.  Do you specifically
5    recall Corey Kroes?  Does that name ring any bells?
6  A  No.
7  Q  Can you put a face to it?  Okay.  When you were
8    getting the periodic updates from the police officer
9    who had transported or conveyed Mr. Perry to the
10    emergency room, what was your response when you were
11    receiving the information?
12  A  At this time, when I was getting these -- Have the,
13    you know, was a doctor treating him at this point.
14    They said no, but, you know, they had to -- he was
15    still basically -- I'm not going to say the word
16    "combative," he haven't got that bad yet.  But he was
17    still kicking, uncooperative, so the doctor has -- did
18    not treat him as of yet, or let's say seen him.  We
19    always say, "Did he see him yet," you know.  They said
20    "no."  I said, "Well, you know, you got to wait till
21    he" -- you know -- "the doctor see him."
22  Q  Were you informed that Mr. Perry suffered from more
23    seizures while at the emergency room?
24  A  I don't recall.
25  Q  Did the officers that were giving you updates, or the

## Page 27

1    officer, indicate to you that Mr. Perry seemed to be
2    deteriorating while he was at the emergency room?
3  A  Not deteriorating, but becoming more agitated,
4    frailing, you know, with his hand [demonstrating].
5  Q  Flailing around?
6  A  Right.  Right.
7  Q  What happened next, after you got this information?
8  A  He just said -- I mean, at this point, he's where he's
9    supposed to be.  He's, you know, he's got to be
10    treated by the doctor, so I wasn't really concerned at
11    that point.  He's at Mount Sinai, waiting to be seen
12    by a doctor.
13  Q  Is Mount Sinai the only emergency room where Milwaukee
14    Police Department personnel will convey a prisoner who
15    suffers a medical emergency while in custody at PPS?
16  A  Yeah.  Ninety-nine percent of the time, yes.  It's
17    shorter distance.  The doctors and the nurses are very
18    familiar with us.  I mean, they well trained.  For
19    example, that if we had somebody that was sexually
20    assaulted, you're not going to take him to Saint
21    Mary's.  You're going to take him to Mount Sinai,
22    because they trained.  The doctors are trained and the
23    nurses are trained.  They handle sexual assaults.  So
24    99 percent of the time, if we have a prisoner that
25    need medical attention, that's where we going to send

## Page 28

1    them, because it's closest.
2  Q  And when you say the medical personnel at Mount Sinai
3    are trained, do you mean they know how to deal with
4    prisoners?
5  A  Right.  They -- They know when a prisoner come in that
6    if we have a person shackled, the person refuse to be
7    uncooperative [sic], we not going to get this, "Get
8    him out of here," you know, and, "We got other
9    patients here."  We don't get that.  They understand
10    our job and familiar with it.
11    So you might get a combative prisoner coming in,
12    they understand that, okay, this -- as long as we got
13    somebody standing by, I mean, a police officer
14    standing by to make sure this person don't harm
15    anybody else, any doctors or nurses or any patients,
16    they're okay with it.  So they familiar with, "Uh-oh,
17    here come the MPD."  You know, it's -- It's no shock
18    when we come there with prisoners.
19  Q  Based on your experience with Mount Sinai and sending
20    prisoners there in need of medical attention, are you
21    confident in their ability to address those prisoners'
22    medical needs when they arrive?
23  A  Very confident.
24  Q  Okay.  And after this incident with Mr. Perry, did
25    that shake your confidence in any way?

## Page 29

1  A   No.
2  Q   For instance, after the bad outcome with Mr. Perry,
3      that didn't prevent you from having prisoners conveyed
4      to Mount Sinai?
5  A   He -- What's the bad outcome?
6  Q   Well, he passed away.
7  A   I'm sorry to hear that.
8  Q   You knew that he had passed away, correct?
9  A   Yes.
10 Q   You would agree that's a bad outcome, correct?
11 A   Sure, it's a bad outcome.
12 Q   That's not the outcome that Milwaukee Police
13     Department wants to happen for individuals in their
14     care, custody, and control, true?
15 A   Right.
16 Q   Okay.  So after further definition of my question,
17     after Mr. Perry passed away, did that affect your
18     confidence in Mount Sinai and your decision or ability
19     to convey prisoners there for medical needs?
20 A   No.
21 Q   At some point in time, there was a decision about what
22     to do with Mr. Perry or where to take him after he was
23     discharged from Mount Sinai, correct?
24 A   No.
25 Q   Nobody had to make a decision as to where to transport

## Page 30

1      Mr. Perry from Mount Sinai?
2  A   After he was released by a doctor?
3  Q   Correct.
4  A   Yeah.  He was just coming -- He was coming back to the
5      City jail.
6  Q   Why is that?
7  A   That's protocol.  There's no policy or procedure.
8      That's protocol.  Because he -- He wasn't done, I
9      don't believe -- you know, I am not speaking for the
10     detectives, because they not here -- but he wasn't
11     done being interviewed, because, I mean, he had a
12     serious charge on him, so he had to come back.  The
13     detectives wasn't done interviewing him at that point.
14 Q   Was there paperwork necessary that was incomplete
15     which would have allowed Mr. Perry to be transported
16     directly from Mount Sinai to the Criminal Justice
17     Facility?
18 A   Could you repeat that?
19 Q   Sure.
20         THE REPORTER:  Off the record briefly.
21         (Off the record 10:52 - 10:52)
22         THE REPORTER:  We're back on the record.
23     BY MR. GENDE:
24 Q   I think you asked that I would repeat the question?
25 A   Yes.

## Page 31

1  Q   All right.  Let me try and rephrase it.  Was there any
2      paperwork that had to be completed, which was yet
3      incomplete, which would have allowed Mr. Perry to be
4      taken directly from Mount Sinai to the Criminal
5      Justice Facility?
6  A   Yes.
7  Q   And what paperwork was that, sir?
8  A   I believe that was the CR2 and the PA45.
9  Q   And were those documents that you were looking for so
10     Mr. Perry's file could be completed and he could be
11     taken to CJF?
12 A   I don't recall what information was missing in the
13     reports, but the Criminal Justice Facility don't take
14     incomplete, inaccurate reports.
15 Q   Let me ask it this way.  Was there a problem with Mr.
16     Perry's paperwork after he was medically cleared from
17     Mount Sinai?
18 A   Yes.
19 Q   What was the problem with his paperwork?
20 A   I don't recall.
21 Q   And I believe you also testified that he couldn't be
22     taken to CJF at that time because he needed to be
23     interviewed further about the --
24 A   That's correct.
25 Q   -- reasons of the --

## Page 32

1  A   That was my understanding.
2  Q   And how did you come to that understanding?
3  A   I always stay in contact with the Criminal Just-- I
4      mean, stay in contact with our detectives from MPD.
5  Q   Are there any medical facilities at PPS?
6  A   No.
7  Q   Do -- well, strike that.  As a lieutenant in charge of
8      PPS, would you rely on the sheriff's department or the
9      Criminal Justice Facility to provide medical care to
10     an inmate who is in need or has a medical emergency?
11 A   No.  I would call -- You know, the fire department
12     would always respond, a first responder.  I mean, if
13     there's a crisis, like you explained, I definitely
14     will call the fire department.  They'll respond first.
15     And if he needs to go to the hospital, we will convey
16     him to the hospital.
17 Q   Had any detectives or other interviewing police
18     personnel told you that they wanted to see Mr. Perry
19     before he was taken to CJF?
20 A   As far as I know -- I don't recall that.  As far as I
21     know, that they wanted to re-interview him.  Which
22     detectives stated that?  I can't recall.
23 Q   Well, do you recall somebody telling you that, or did
24     you gather that opinion from reviewing Mr. Perry's
25     file?

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 9 of 54   Document 120-4

## Page 33

1   A   No. I was told that. I mean, because the time that
2       he sustained his fall, injured -- had the seizures, he
3       wasn't interviewed yet. The detectives haven't
4       interviewed him yet.
5   Q   Okay.
6   A   So you see, when he just got -- I think he'd just
7       probably had been there for an hour, a couple hours,
8       and the detective bureau haven't interviewed him yet.
9       So when he went to the hospital for his seizures when
10       he fell, they didn't interview him then.
11   Q   Was there a detective waiting at PPS when Mr. Perry
12       was returned from the emergency room?
13   A   No. They don't work like that.
14   Q   Did you make detectives aware that Mr. Perry --
15   A   Sure. Once he's back. Because we -- Basically, our
16       goal is to convey him to the Criminal Justice Facility
17       as soon as possible. If -- If there's medical issues,
18       issues that maybe this guy is uncooperative or this
19       woman is uncooperative, our goal is to convey them to
20       the County as soon as possible. Like you said, we
21       don't -- This is not -- We don't have a medical
22       facility. We don't have nurses. The County jail have
23       nurses. Our goal is to make sure they conveyed as
24       soon as possible.
25   Q   Well, you're the Prisoner Processing Section. You

## Page 34

1       don't look to keep inmates in the processing section.
2       You want to process them, process them and move them
3       out, right?
4   A   Correct.
5   Q   And if there's a medical issue --
6   A   Right.
7   Q   -- you want to move them out of PPS to CJF --
8   A   Right.
9   Q   because there's nurses on duty, right?
10   A   Right.
11   Q   And those nurses you know have access to doctors,
12       correct?
13   A   Correct.
14   Q   There's no --
15   A   And I --
16   Q   Go ahead.
17   A   I just want to let you know, it's not uncommon for
18       mistakes on paperwork. It happens often.
19   Q   Why wasn't Mr. Perry interviewed by detectives -- or
20       why wasn't that interview completed after he was
21       returned from Mount Sinai to the PPS?
22   A   I can't answer that.
23   Q   Do you have any idea? It looks like you have an
24       opinion. What's your opinion?
25   A   I mean, it's -- It's the process. It's -- I mean,

## Page 35

1       Milwaukee Police Department is very busy. I mean,
2       detectives are the same detectives, basically, that
3       did the investigation. We have three shifts. We have
4       the first, second, and third shift. Sometimes, if you
5       call detectives on the first shift, they don't have --
6       they'll -- well, the thing is they'll -- they'll
7       interview, they'll put two hours or three hours in the
8       interview, and then you got to have a second shift
9       detective interview him. So you -- Sometimes you have
10       probably two shifts involved in the interview.
11   Q   But I understood that Mr. Perry was returned so an
12       interview could be completed, and yet no interview was
13       completed, and he was taken to CJF fairly quickly,
14       true?
15   A   Right. Because of his behavior at that -- at that
16       particular time. Once he was brought back to the
17       hospital, his behavior, he started to spitting at the
18       officers, kicking. And at that point, you not going
19       to interview him at that point. You're not going to
20       get any cooperation out of him. He's not talking.
21   Q   Do you know if he was able to respond to inquiries at
22       that time?
23   A   Not -- Not at that time. He just wouldn't cooperate.
24       He wouldn't comply to --
25   Q   Let me ask you this. You observed Mr. Perry being

## Page 36

1       returned to PPS --
2   A   Yes.
3   Q   -- after he was cleared at the ER, correct?
4   A   Yes.
5   Q   And tell me how his physical condition had changed
6       from earlier in the evening when he went out the door
7       to Mount Sinai and you had had a conversation with him
8       and visually inspected him.
9   A   Mm-hmm.
10   Q   He was coherent, talking, had not urinated or
11       defecated on himself, seemed to have his faculties,
12       responsive to inquiries, no visible injuries. How had
13       that changed until he was returned at PPS?
14   A   I couldn't explain that to you, but I have a --
15       Generally, when you have a lot of -- When you have
16       prisoners that's able to get out of the jail system,
17       we call it "jailitis." "I don't want to be locked
18       up." They'll play games. I mean, some will say "I
19       need medication" just to get out, out of the jail
20       system or -- yeah. Some have opportunity and once you
21       take them to the hospital, that's why we have to have
22       them shackled.
23       They always say, "Hey, let's go to the" -- "Can I
24       go to the bathroom?" I mean, we have, in my 28 years,
25       a couple prisoners escape, you know, out of the

## Page 37

1  bathroom window when we put them in the bathroom,
2  because they -- It's just, the thing is, nobody wants
3  to be incarcerated inside a jail. I'm going to find a
4  way to get out, even if it's for an hour or two hours.
5      To claim, hey, if they got diabetes, I need
6  asthma [medication], we don't question that. The
7  thing is, if they say they need medical treatment, we
8  convey them to a hospital, even though we know it
9  might be a game, "jailitis," "I don't want to be
10  locked up."
11 Q  Do you believe that Mr. Perry faked a seizure and
12     striking his head?
13 A  No. I -- Well, I don't believe that. I believe that
14     was true. But I'm just explaining to you that
15     prisoners do -- don't want to be locked up, and
16     they'll play games, you know what I mean? But do,
17     because they play games, we not -- we don't take them
18     to the hospital? No. We do that.
19 Q  Well, right now I just want to talk about Mr. Perry.
20 A  Okay.
21 Q  When Mr. Perry was originally conveyed to the
22     emergency room, did you have any doubt that he had
23     suffered a seizure and struck his head?
24 A  No, I had no doubt.
25 Q  When you spoke to him and observed him before he was

## Page 38

1  conveyed, did you have any concern that he was playing
2  games and --
3 A  No.
4 Q  -- suffering from --
5 A  I don't.
6 Q  -- "jailitis"?
7 A  No.
8 Q  Did you have any concern that he was an escape risk at
9     that time?
10 A  That's why, you know, that's why you go along with
11     other officers, to make sure that doesn't happen.
12 Q  But he wasn't taken out in arm and leg shackles,
13     correct?
14 A  Correct.
15 Q  And then when Mr. Perry returned, tell me how his
16     physical and mental condition had changed, if at all.
17     What was different?
18 A  He was kicking, spitting at officers.
19 Q  Was he able to walk under his own power?
20 A  No.
21 Q  Was he able to --
22 A  They had to shackle him.
23 Q  Were you able to have a intelligent conversation with
24     him?
25 A  No.

## Page 39

1 Q  Did you attempt to inquire as to --
2 A  Yes.
3 Q  -- what his problem was?
4 A  Yeah. What was going on.
5      MS. LAPPEN: Just make sure you wait till he
6      is done with his questions --
7      THE WITNESS: Okay.
8      MS. LAPPEN: -- before you answer, because
9      it's difficult for the court reporter.
10      THE WITNESS: Oh, so -- Okay.
11      MS. LAPPEN: You're anticipating.
12      THE WITNESS: Okay.
13      MS. LAPPEN: You know? So --
14      THE WITNESS: Okay.
15      MS. LAPPEN: Thanks.
16 BY MR. GENDE:
17 Q  You're doing a good job of anticipating, but it
18     doesn't make for a clear record.
19 A  Okay.
20 Q  So when Mr. Perry returned, he was unable to walk
21     under his own power, correct?
22 A  Correct.
23 Q  He was kicking, correct?
24 A  Correct.
25 Q  Did you see him try and kick anybody in particular?

## Page 40

1 A  No.
2 Q  You said he was spitting.
3 A  Yes.
4 Q  Was he spitting as he walked in the door? At some
5     point later? Describe that for me.
6 A  When I -- I came upon him [demonstrating].
7 Q  He spit at you?
8 A  Yeah. Spin on my pants.
9 Q  All right. Was he walking at that time?
10 A  No.
11 Q  Tell me how he was being transported. Was there an
12     officer on either arm, holding him up?
13 A  I believe so.
14 Q  And then did you ask him any questions when he --
15 A  No.
16 Q  -- took that action?
17 A  No.
18 Q  Okay. What happened next?
19 A  One of the officers requested a spit mask.
20 Q  And where was Mr. Perry taken at that point in time?
21 A  At that point, I don't know if he went to -- we tried
22     to process him, the booking process, or we took him to
23     the cell right away. I -- I really don't know. But I
24     think we tried to process him, take fingerprints, and,
25     you know, hopefully he was going to cooperate. But he

## Page 41

1     wasn't cooperating, so we took him to the cell.
2  Q  How many cells are available at PPS?
3  A  We have about 100 cells.
4  Q  Where was cell A3 in relation to the spot where Mr.
5     Perry was sat down and dealt with by Milwaukee Police
6     Department?
7  A  Cell A3? Oh, it's way [gesturing], I would say --
8     Visually, you can't see it. It's way off from --
9     Compared to where the lieutenant's door is, it's way
10    in the back.
11  Q  Is A3 a special cell? Is it different from the other
12    cells?
13  A  No.
14  Q  Okay. Does it --
15  A  Well, it's different from the bullpen. A bullpen, we
16    put all the prisoner. We can put 100 prisoner in the
17    bullpen, if that's what you saying. But it -- A3 is a
18    separate cell.
19  Q  Is the configuration of A3 different than the
20    configuration of other cells at PPS?
21  A  No.
22  Q  Tell me the configuration of A3, if you recall.
23  A  Just a regular cell. You -- I mean, it's a single
24    cell. You put a prisoner in there, and he sits --
25    He's got a bench, a metal bench. He sits down in it.

## Page 42

1  Q  Is there a stool?
2  A  I believe so.
3  Q  Is there a sink?
4  A  Yes.
5  Q  Is there a bed?
6  A  Yes.
7  Q  And all of the cells on that -- or in that section are
8    configured the same way.
9  A  Right. Similar, yes.
10  Q  Why was Mr. Perry taken to one of the furthest cells,
11    if you know?
12  A  No.
13  Q  Do you know if anybody had occupied that cell earlier
14    in the evening?
15  A  No.
16  Q  You don't know, or nobody had occupied it? That was a
17    poorly worded question.
18  A  Yeah. I don't know. I don't know.
19  Q  Are there records which would show whether that cell
20    had been occupied prior to Mr. Perry being put there?
21  A  It should be.
22  Q  You mentioned that you tried to have a conversation
23    with Mr. Perry, correct?
24  A  Yes.
25  Q  When did you attempt that conversation?

## Page 43

1  A  When he was brought in on -- lying on the floor,
2    trying to get him to comply, to cooperate so we can
3    move him on to the CJF, you know. I mean, that's my
4    job, you know, "Cooperate. Let's" -- you know,
5    "What's going on with you," or I don't know, "Stand
6    up," so we can through a -- take him through photos
7    and prints and get him processed so we can, you know,
8    move him on toward the County jail.
9  Q  And when you were having this conversation with him,
10    asking that he cooperate, asking him what's going on,
11    things of that nature, how did Mr. Perry respond?
12  A  No response.
13  Q  Was he able to look at you? Did you make eye contact
14    with him?
15  A  No. He had just a spit mask on him. I tried talking
16    to him, looking at him.
17  Q  When he had the spit mask on, were you able to see
18    through the mask and look at his eyes?
19  A  No.
20  Q  Were you able to look at his nose or mouth to see if
21    he was bleeding anywhere?
22  A  No.
23  Q  Did you see any blood on his person before he was
24    placed in cell A3?
25  A  No.

## Page 44

1  Q  Do you know if he had urinated or defecated on
2    himself?
3  A  Yes.
4  Q  And do you know if that occurred while he was at PPS?
5    Strike that. Do you know if that occurred after he
6    returned to PPS?
7  A  No.
8  Q  So when Mr. Perry was carried into PPS, do you recall
9    smelling the foul smell of urine and feces?
10  A  No.
11  Q  When do you first recall smelling Mr. Perry's bodily
12    functions?
13  A  After he'd been there for about maybe 15, 10 minutes.
14  Q  Did you inquire as to why he had made a mess of
15    himself?
16  A  No.
17  Q  Did you hear any officers inquire as to why he made a
18    mess of himself?
19  A  No.
20  Q  What, if anything, did you hear Mr. Perry say while
21    you were present and before he was put into A3?
22  A  Nothing.
23  A  Nothing intelligent.
24  A  No.
25  Q  Okay. Did you ever hear him call out for help?

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 12 of 54   Document 120-4

# Video Deposition of Karl Robbins  2/6/2014

## Page 45

1  A  No.
2  Q  Did you -- I'm sorry?
3  A  No, I didn't hear it.
4  Q  Did you ever hear him call out that he was having
5     difficulty breathing?
6  A  I didn't hear that.
7  Q  Did you ever hear him call out for help from God?
8  A  No.
9  Q  Did you overhear any officers speaking with him?
10 A  We were just -- Sure.  We were trying to get him to
11    calm -- calm down, to comply to our directives.
12 Q  Did you ever hear any officers inquire of Mr. Perry
13    whether or not he needed medical attention?
14 A  No.
15 Q  Did you overhear any officers offer medical attention
16    to Mr. Perry?
17 A  No.
18 Q  Did you overhear any officers ask Mr. Perry whether he
19    needed to return to the emergency room?
20 A  No.
21 Q  Were there any other inmates in the bullpen area that
22    were in need of medical attention while Mr. Perry was
23    being dealt with?
24 A  No.
25 Q  Do you recall any other inmates causing any problems

## Page 46

1     in the bullpen while Mr. Perry was being dealt with?
2  A  No.
3  Q  Is it fair to say that on that evening Mr. Perry was
4     the number one concern of you as the supervisor and
5     the police personnel that were dealing with him?
6  A  Yes.
7  Q  Were you getting frustrated with the process as it
8     relates to Mr. Perry?
9  A  No.
10 Q  Tell me what prompted you to make a comment to Mr.
11    Perry that if he was going to act like an animal, he
12    would be treated like he was in prison?
13 A  To stop the -- the behavior.  To stop his actions.  I
14    mean, sometimes you have to use words to get people to
15    comply, and that was -- The only reason I made that
16    statement is to get him to cooperate, to take the
17    photos, take the prints, to walk.  You know, I use it
18    as -- I mean, sometimes words can shock a person into,
19    "Okay," you know [demonstrating].  If there was any
20    playing games or any "jailitis" and whatever,
21    sometimes people will snap out of it when you make
22    statements like that.
23 Q  So a statement like that was your attempt to gain
24    compliance, correct?
25 A  Correct.

## Page 47

1  Q  And you'd used it in the past to kind of shock
2     somebody out of their game-playing "jailitis" in the
3     event they were playing, correct?
4  A  Correct.
5  Q  How did that work with Mr. Perry?
6  A  It didn't.
7  Q  It had no effect on him whatsoever?
8  A  No.
9  Q  At that point in time, in the event you had any
10    concerns that he was faking or suffering from
11    "jailitis," those concerns were addressed by your
12    shocking statement that didn't work on him, true?
13 A  True.
14 Q  Let me ask you this.  Did you have any concerns that
15    Mr. Perry was suffering from "jailitis"?
16 A  You always -- You have concerns where people, you
17    know, don't want to be locked up and -- but it doesn't
18    affect how you feel and what you do.  If they need
19    medical assistance, we give it to them.
20 Q  Let's just --
21 A  It don't matter how I feel.
22 Q  Let's just focus on Mr. Perry.  Did you have concerns
23    when he was spitting and flailing and nonresponsive to
24    officers' commands and that he had urinated and
25    defecated on himself that he may be suffering from

## Page 48

1     what you've described as "jailitis"?
2  A  Yes.
3  Q  And up to the point in time when you used your shock
4     and awe statement about "if you're going to act like
5     an animal, we'll treat you like you're in prison," you
6     continued to have those concerns, correct?
7  A  Yes.
8  Q  And then after you used your statement to gain
9     compliance, Mr. Perry had no reaction whatsoever,
10    you no longer were of the opinion that he was
11    suffering from "jailitis," correct?
12 A  Rephrase your question.
13 Q  Let me try and be more clear.  Do I need to ask the
14    prior questions leading up, or just the last question?
15 A  Just the last question.
16 Q  Okay.  You used your statement, "If you're going to
17    act like an animal, we'll treat you like you're in
18    prison," correct?
19 A  Yeah.  After he was -- After he's spitting and
20    kicking.
21 Q  I understand.
22 A  Okay, then.
23 Q  You used that statement to try and gain compliance for
24    an uncooperative prisoner, correct?
25 A  Correct.

Magne-Script Video Court Reporting                   414-352-5450

| Page 49 |
|---|

1  Q   And you had concerns that Mr. Perry may be faking or
2      suffering from "jailitis" because he didn't want to be
3      there, true?
4  A   Correct.
5  Q   And you've used that type of shock and awe statement
6      in the past to try and break people out of their
7      "jailitis" syndrome, true?
8  A   True.
9  Q   And it's worked in the past for you, correct?
10 A   Sure.
11 Q   With Mr. Perry, it didn't work, right? He continued
12     to be noncompliant.
13 A   Yes.
14 Q   So my question is, at that point in time, were you
15     still concerned that Mr. Perry was suffering from
16     "jailitis," or were you convinced that he was having a
17     problem?
18 A   What kind of problem? A medical problem, or something
19     like that?
20 Q   Well, a problem --
21 A   I didn't think it was a medical problem. What kind of
22     problem?
23 Q   A problem where Mr. Perry was not complying with
24     police officers' directions and commands. What was
25     his problem?

| Page 50 |
|---|

1  A   Like all -- Like some persons have a problem. Every
2      prisoner don't cooperate with police. So that -- it
3      didn't -- It wasn't usual if he didn't, you know, if
4      he didn't cooperate, if that's what you're asking.
5  Q   You used your shock and awe statement.
6  A   Right.
7  Q   It didn't work.
8  A   Right. You use everything to get a person to comply.
9  Q   And he didn't comply.
10 A   Right.
11 Q   So what did you determine the issue was with his
12     noncompliance?
13 A   I didn't -- didn't -- I didn't determine anything.
14 Q   Did it ever cross your mind that he may be suffering
15     from a medical emergency?
16 A   No.
17 Q   Never crossed your mind?
18 A   Never crossed my mind.
19 Q   So when he had urinated and defecated on himself, he
20     was unable to walk under his own power, he was
21     nonresponsive to verbal inquiries, he had a spit mask
22     placed on him, and you were unable to see his mouth,
23     his nose, or his eyes, you had no concern that he may
24     be having a medical problem, correct?
25 A   Nothing unusual about that.

| Page 51 |
|---|

1  Q   When he was taken to the cell, at whose direction was
2      that? Was it your decision for him to be put in a
3      cell?
4  A   That's where they go. And that's where mister --
5      that's -- Sure.
6  Q   It was your decision --
7  A   Sure.
8  Q   -- to put him in a cell.
9  A   Right.
10 Q   And why did you decide to have him put in a cell?
11 A   Because that's where prisoners go.
12 Q   He had been in the bullpen where you can handle up to
13     100 prisoners, right?
14 A   Right.
15 Q   Why didn't he stay in the bullpen?
16 A   We wanted to keep an eye on him, and when you in a
17     separate cell -- plus we had open separate cells. We
18     thought it would be a better opportunity to keep a eye
19     on him when he's in a separate cell than in the
20     bullpen. Because he just, you know, he just had
21     seizures. And if he had another seizure, he'll fall
22     and, you know, bump his head again on the concrete.
23     We didn't want that to happen. So putting him in the
24     cell where you have a bed area where he can sit and
25     rest, we can keep a eye in on him.

| Page 52 |
|---|

1  Q   Was there nowhere for him to sit and rest in the
2      bullpen area?
3  A   No -- Sure. He can sit down on concrete. But if
4      there's other prisoners, numerous other prisoners, it
5      would be difficult.
6  Q   Were there numerous other prisoners that evening?
7  A   I don't recall.
8  Q   Was there more than ten in the bullpen or less than
9      ten?
10 A   I don't recall.
11 Q   Was there more than 50 or less than 50 in the bullpen?
12 A   I don't recall.
13 Q   Do you recall if it was a busy evening that night in
14     the bull--
15 A   It's always busy at the City jail.
16 Q   And "busy" means what to you? How many people in the
17     bullpen is "busy"?
18 A   Ten, twelve. Even if it's five, it's busy.
19 Q   Do you know if any of the other jail cells at PPS were
20     occupied when Mr. Perry was placed in A3?
21 A   I don't recall specifically what cells.
22 Q   After Mr. Perry's noncompliance and after your shock
23     and awe statement, you decided to have him put in a
24     cell so personnel could keep a closer eye on him,
25     correct?

## Page 53

1  A  Sure.
2  Q  And did you instruct personnel to keep a closer eye on
3     him?
4  A  They knew how to -- They knew when we have a prisoner
5     that's combative, kicking, spitting, to keep a eye on
6     him. Generally, we make checks every 15 minutes.
7     They know to make checks probably more often than
8     that.
9  Q  My question to you is, do you recall instructing --
10 A  No.
11 Q  -- an officer to keep a closer eye on Mr. Perry?
12 A  No. I don't have to instruct them.
13 Q  Do you know what officer was assigned to keep a closer
14    eye on Mr. Perry?
15 A  No.
16 Q  Do you know Officer Diaz-Berg?
17 A  Yes, I do.
18 Q  Do you know if she was the officer who was making cell
19    checks on Mr. Perry?
20 A  It could -- It could have been.
21 Q  Do you know how long Mr. Perry was kept in A3?
22 A  No.
23 Q  Why wasn't Mr. Perry transferred to CJF instead of put
24    in A3?
25 A  The paperwork was incomplete, the PA45 and CR215. And

## Page 54

1     plus, like I said, the detectives didn't do the
2     interview yet.
3  Q  Did the detectives complete the interview while Mr.
4     Perry was in A3?
5  A  I don't recall.
6  Q  Why was he taken out of A3 and taken to CJF?
7  A  The paperwork must have been completed.
8  Q  And who was responsible for ensuring the paperwork was
9     completed before he was transferred to CJF?
10 A  I would review the paperwork, sign it, and then he
11    would be taken over.
12 Q  And where did you find that paperwork at?
13 A  Somebody either brought it up once it was complete --
14    Because when the detectives are dealing with a felony
15    suspect, they take the paperwork with them. Because
16    they got to do the interview, so they have to fill it
17    out when they doing the interview and bring it up.
18    They'll take it downstairs with them, because it's
19    another part of the building.
20 Q  Did you -- strike that. Did any officer that
21    undertook the duty to keep a closer eye on Mr. Perry
22    while he was in A3 report back to you regarding his
23    condition?
24 A  I don't recall a specific officer, but --
25 Q  Do you recall getting any updates as to Mr. Perry's

## Page 55

1     physical or mental health --
2  A  Yes.
3  Q  -- while he was in A3?
4  A  Diaz-Berg would say, "He's doing okay. I'm still
5     looking at him and watching him." But that probably,
6     from what I -- that the paperwork was done. He was
7     probably gone probably at that time.
8  Q  I'm sorry. When the paperwork was done, he was
9     already gone?
10 A  I don't know. I don't recall. But are you saying if
11    I -- Do I get updates? Sure, I get updates. How many
12    updates I got that day? I don't know.
13 Q  Was Mr. Perry transferred to CJF before the paperwork
14    was complete?
15 A  I don't recall. That's a while ago.
16 Q  Do you normally transfer prisoners --
17 A  No. You -- She's -- The paperwork was complete.
18    That's the only way they going to take them, with the
19    paperwork complete. It has to be completed. And it
20    has to be accurate.
21 Q  How many officers did it take to carry Mr. Perry from
22    the bullpen area of PPS to A3, which was a ways away?
23 A  I think about three or four.
24 Q  And tell me what you observed during that process.
25    Who was carrying him? How was he positioned?

## Page 56

1  A  His -- His -- He was on his -- I guess they were -- He
2     was on his back and his face was straight up, hands up
3     like this [demonstrating], and they had him -- had
4     each leg, each arm, you know.
5  Q  Was Mr. Perry able to hold his head up?
6  A  Yes.
7  Q  Did you hear him talking to anybody?
8  A  No.
9  Q  Up till this point in time, had anybody offered Mr.
10    Perry assistance in removing his garments that were
11    soiled?
12 A  No.
13 Q  Anybody offer assistance to Mr. Perry in either
14    allowing him to clean up or giving him an opportunity
15    to clean up?
16 A  No.
17 Q  Were you walking behind or in front of the group of
18    officers that were carrying Mr. Perry to his cell?
19 A  Behind.
20 Q  Do you understand that one of the inmates at PPS on
21    the night in question observed Mr. Perry being dropped
22    as he entered the cell?
23 A  No.
24 Q  You've never been provided with that information?
25 A  No.

Magne-Script Video Court Reporting                   414-352-5450

## Page 57

1  Q   Your officers are not trained to drop inmates prior to
2      depositing them in cells, are they?
3  A   Correct.
4  Q   Were you aware of any condition of Mr. Perry prior to
5      him being put in the cell which would have resulted in
6      blood coming from parts of his body?
7  A   No.
8  Q   How was Mr. Perry left in A3? What position was he
9      left in? Face up, face down, sitting, standing?
10 A   When I seen him, I seen him faced up.
11 Q   On his back?
12 A   Yes.
13 Q   Were the shackles removed?
14 A   I don't recall.
15 Q   Can you think of any reason, as we sit here today, why
16     up to that point in time nobody from the Milwaukee
17     Police Department offered to assist Mr. Perry relative
18     to his soiled body and clothing?
19 A   No.
20 Q   Do you believe that a failure to offer assistance to
21     somebody who had soiled themselves was treating that
22     person with dignity and respect?
23 A   He was combative.
24 Q   So he deserved to sit in his soiled garments?
25 A   What did you want the officers to do when he's kicking

## Page 58

1      and spitting?
2  Q   I wasn't the lieutenant there at the time, sir.
3  A   Right.
4  Q   I'm just asking you.
5  A   Right.
6  Q   According to reports his arm restraints and leg
7      shackles were removed in A3. Any reason to dispute
8      that?
9  A   I don't recall.
10 Q   Was he combative once he was placed in A3? Was he
11     kicking or swinging while he laid on the floor face
12     up?
13 A   I don't recall that.
14 Q   In the --
15 A   I just -- Yeah.
16 Q   In the event that he was not kicking or swinging and
17     his restraints had been removed while he was lying
18     face up in A3, any reason why at that point in time
19     officers could not assist Mr. Perry in either helping
20     him get cleaned up, give him the opportunity to get
21     cleaned up, removing his soiled garments? What
22     prevented them from doing that?
23         MS. LAPPEN: Objection. That's been asked
24     answered.
25         But go ahead and answer again.

## Page 59

1  A   He was combative.
2      BY MR. GENDE:
3  Q   Okay. Well, I'm asking you if you recall him being
4      combative at that moment in time.
5  A   No, I don't recall that.
6  Q   Other than being combative, any other reason why Mr.
7      Perry wouldn't be offered assistance at that point in
8      time when he's placed in the cell and his leg
9      restraints and arm restraints are removed?
10 A   The safety of the officers.
11 Q   What safety would you be concerned about at that
12     point?
13 A   Spitting, kicking.
14 Q   He has his spit mask on, right? Correct?
15 A   Correct.
16 Q   So the spitting concern was removed, right?
17 A   Right.
18 Q   He had to be carried by his arms and legs into the
19     cell because he was unable to walk under his own
20     power, right?
21 A   Right.
22 Q   Somebody believed that he was safe enough in the cell
23     to remove his leg restraints and arm restraints,
24     correct?
25 A   I don't recall.

## Page 60

1  Q   Well, let's rely on the report that says his leg
2      restraints and arm restraints were removed. Okay?
3  A   Right. But I don't -- I don't know what's in that
4      officer's mind, why he removed them.
5  Q   What's the last thing you observed of Mr. Perry before
6      that cell door was closed?
7  A   I -- I left and went back to my duties, normal duties.
8  Q   Did you see the cell door close?
9  A   No.
10 Q   Who decided it was time for Mr. Perry to be
11     transferred to CJF?
12 A   Once the paperwork is completed, I guess I am.
13 Q   Did you give somebody an order to transfer Mr. Perry?
14 A   Yes.
15 Q   Do you recall who you told to undertake that duty?
16 A   No.
17 Q   Did you give them any special instruction as it
18     relates to Mr. Perry?
19 A   No.
20 Q   When Mr. Perry was removed from the cell, where were
21     you?
22 A   I think I was in the -- the lieutenant's office.
23 Q   Did you assist in removing Mr. Perry?
24 A   No.
25 Q   Did you go to the cell at any point in time when Mr.

## Page 61

1     Perry was being removed?
2 A  I don't recall, but I don't think so.
3 Q  Do you recall observing the cell after Mr. Perry had
4     been removed?
5 A  Yes.
6 Q  Do you recall seeing blood in the cell?
7 A  Yes.
8 Q  And where did you see the blood in the cell?
9 A  I think it was on the floor.
10 Q  Where Mr. Perry had been laying?
11 A  Yeah. Spots of blood.
12 Q  Did you make any attempt to determine where Mr. Perry
13     was bleeding from?
14 A  No.
15 Q  Did you instruct any officers when you saw blood on
16     the cell to inspect Mr. Perry to see if he was
17     suffering from a head wound?
18 A  No.
19 Q  You would agree that in the event the prisoner was
20     being truthful when he told an investigating detective
21     that he saw Mr. Perry dropped before he was put in
22     that cell, dropped on his face, that such a drop could
23     cause bleeding from somewhere in the face for Mr.
24     Perry, correct?
25 A  Could you repeat the question?

## Page 62

1 Q  Sure. Let me clean the question up. Assuming for
2     purposes of this question that the inmate who was
3     interviewed on the evening Mr. Perry died truthfully
4     told the investigating detective that he observed Mr.
5     Perry dropped on his face before he was placed in A3,
6     you would agree that such a drop could result in
7     bleeding from Mr. Perry's head and explain what the
8     blood on the cell was from.
9 A  Yes, if it happened.
10 Q  Okay. Can you give me any other explanation as we sit
11     here today why Mr. Perry's blood was on the floor of
12     the cell where he was laying?
13 A  No, I can't give you any explanation.
14 Q  Did you see how Mr. Perry was taken out of PPS? Did
15     you observe that?
16 A  No.
17 Q  After Mr. Perry was placed in the cell and you went
18     back to your office, did you ever see Mr. Perry again?
19 A  No.
20           (Exhibit 49 identified)
21 Q  I'm going to show you what we've marked as Exhibit No.
22     49. This is one of the documents you reviewed in
23     preparation for your deposition here today. This is
24     Bates 67 through 69 and is a incident report from the
25     Milwaukee Police Department setting forth an interview

## Page 63

1     with yourself, Karl Robbins, correct?
2 A  Mm-hmm.
3 Q  Is that a yes?
4 A  Yes.
5 Q  And this interview was done on September 13th at 10:54
6     p.m., correct?
7 A  Yes.
8 Q  And when you provided this information, it was in
9     relation to Mr. Perry's in-custody death, correct?
10 A  Correct.
11 Q  And you understood that the investigating officer
12     wanted to get truthful and accurate information,
13     right?
14 A  Correct.
15 Q  And you provided truthful and accurate information,
16     considering you were somebody who had had contact with
17     Mr. Perry prior to his death, correct?
18 A  Correct.
19 Q  As a matter of fact, you were the person most
20     responsible for Mr. Perry's health, safety, and
21     welfare while he was at PPS, correct?
22 A  Correct.
23 Q  Do you know -- well, strike that. Per this report,
24     you were informed that Mr. Perry had struck his head
25     earlier in the evening, correct?

## Page 64

1 A  Yes. In the bullpen.
2 Q  All right. And did you relay that information to any
3     of the other officers at PPS once Mr. Perry had
4     returned from Mount Sinai?
5 A  Like what other officers?
6 Q  Any other officers at PPS. Do you recall informing
7     them that Mr. Perry went to the emergency room because
8     he had a seizure and had struck his head?
9 A  I don't have to do that.
10 Q  I'm just asking you if you did.
11 A  No.
12 Q  And by the way, as you observed Mr. Perry in the
13     bullpen and him being carried to A3, you didn't see
14     him bleeding from anyplace on his body, did you?
15 A  No.
16 Q  So before he went in the cell, he wasn't bleeding,
17     right?
18 A  I don't know.
19 Q  Did you see any blood anywhere?
20 A  I didn't see any blood, no.
21 Q  No blood on his body?
22 A  No.
23 Q  No blood in his spit mask.
24 A  Right.
25 Q  Do you know if Mr. Perry's spit mask was removed once

## Page 65

```
1      he was in A3?
2   A  No.
3   Q  You don't know, or it wasn't removed?
4   A  I don't know.
5   Q  I'll have to stop asking those bad questions.
6         Would there be any reason why Mr. Perry's spit
7      mask would be removed once he was placed in A3?
8   A  If he stopped spitting.
9   Q  Tell me, at the moment Mr. Perry was placed in A3,
10     based on your observations his physical state of
11     health had changed from when you had spoke to him
12     earlier in the night prior to him being conveyed to
13     the emergency room?
14  A  I don't understand the question.
15  Q  Were you able to identify any change in his condition
16     from when you had spoke to him earlier in the night to
17     the point where he was being carried into A3?
18  A  I didn't observe him being carried into A3.
19  Q  What did you observe as to how he entered A3?
20  A  I was -- I told you I went back to my office.
21  Q  Did you see Mr. Perry being carried down the hall to
22     the cell?
23  A  Yes.
24  Q  All right.
25  A  Yes.
```

## Page 66

```
1   Q  All right. From your last contact with Mr. Perry at
2      whatever point in time it was, tell me how he was
3      different from your first contact with him earlier in
4      the evening.
5   A  He was still the same way. He was still acting the
6      same way. He was still kicking, he was still moving
7      his head, he was still active.
8   Q  Let's look at page 2 of 3 of your report. The first -
9      - Page 2 of 3, sir. Second page. The first full
10     paragraph, starting with, "Robbins stated he observed
11     that Perry..." Are you with me as to where I'm at?
12        MS. LAPPEN: [Indicating]
13        THE WITNESS: Mm-hmm.
14  BY MR. GENDE:
15  Q  Can you read that paragraph into the record, please?
16  A  I ain't got my glasses. What paragraph are you
17     talking?
18  Q  First full paragraph. "Robbins stated he observed
19     that Perry..."
20  A  "Robbins stated he observed that Perry was conscious
21     and breathing, that he, Robbins, asked Perry if he had
22     any preexisting medical problems. Robbins relayed
23     that Perry, who had a ventilation mask, responded that
24     he had seizures, that he has not been talking" --
25     taking -- "taking his medication. Lieutenant Robbins
```

## Page 67

```
1      stated that Perry advised him that he's supposed to
2      take the medication for his condition twice a day."
3   Q  Immediately prior to that paragraph, you had told the
4      investigator that you did not see any injuries on Mr.
5      Perry, correct?
6   A  This is regarding the bullpen incident I'm talking
7      about. Talking to him when he was in the bullpen.
8   Q  Okay. This is what I'm trying to make clear for the
9      record.
10  A  Okay.
11  Q  So from your first contact with Mr. Perry, relative to
12     what you just read into the record --
13  A  Mm-hmm.
14  Q  -- until your last contact with Mr. Perry as he was
15     being taken down the hallway to A3 --
16  A  Right.
17  Q  -- tell me how his physical condition had changed.
18  A  I don't understand what you're asking me. What you
19     mean, "physical condition changed."
20  Q  What had changed as it relates to Mr. Perry from your
21     first contact when he was laying in front of you, had
22     a mask on, you didn't observe any injuries, and he was
23     responding to your inquiries, until the last contact
24     you had with him where he was nonresponsive, had
25     urinated and defecated on himself, needed assistance
```

## Page 68

```
1      in moving, and was shackled at the arms and legs?
2   A  Well, you have prisoners [sic] carrying him and he was
3      moving.
4   Q  Did you --
5   A  To the bullpen.
6   Q  Okay. Do you believe there was any change in physical
7      condition from your first contact with him earlier in
8      the evening --
9   A  No.
10  Q  -- until your last contact with him?
11  A  No.
12  A  He was the same man.
13  A  Same man.
14  Q  Did he have to be carried by his arms and legs out of
15     PPS after his seizure?
16  A  I don't recall.
17  Q  Did he have a spit mask on before he left PPS?
18  A  I don't recall.
19  Q  Had he urinated or defecated on himself before he left
20     PPS?
21  A  I don't recall.
22  Q  Did he have any injuries before he left PPS?
23  A  I don't recall.
24  Q  Well, let's look at your report. Okay? We'll start
25     on the second page again. It might be easier to start
```

## Page 69

1  at the first page, last sentence.  I'll read it into
2  the record for you.  "Lieutenant Karl A. Robbins
3  stated he did not see any other prisoners in the
4  bullpen at the time the prisoner identified as James
5  F. Perry, Jr., was being treated by the Milwaukee Fire
6  Department.  Robbins further related that he did not
7  see any injuries on Perry."  Did I read that
8  correctly?
9  A  Yes.
10 Q  Does that refresh your recollection as to whether you
11    observed any injuries on Mr. Perry?
12 A  Right.  No injuries.
13 Q  And despite the fact that he'd had a seizure and had
14    fallen and struck his head, you saw no injuries on his
15    head, correct?
16 A  No injuries.
17 Q  He wasn't bleeding from his mouth --
18 A  No.
19 Q  -- his nose, or his ears, correct?
20 A  No.
21 Q  Then you read into the record that you observed Perry
22    was conscious and breathing, correct?
23 A  Correct.
24 Q  That you had asked Mr. Perry regarding preexisting
25    medical conditions, right?

## Page 70

1  A  Correct.
2  Q  That Mr. Perry was able to converse with you through
3     the ventilation mask, correct?
4  A  Correct.
5  Q  He was able to respond coherently, correct?
6  A  Correct.
7  Q  And he even talked about whether he had taken his
8     medication on that day, true?
9  A  Correct.
10 Q  After he was returned to PPS and you were trying to
11    have a discussion with him, tell me what coherent
12    conversation you had --
13 A  We didn't.
14 Q  -- with Mr. Perry.
15 A  We didn't.
16 Q  Is that a change in condition?
17 A  In behavior.
18 Q  How about the urination and defecation?  Is that a
19    change in condition?
20 A  I guess so.
21 Q  What attempt did you make to determine whether or not
22    Mr. Perry's urination and defecation was a voluntary
23    or involuntary act on his part?
24 A  Involuntary?  I mean, I'm just trying to get -- to
25    understand why it would be involuntary.

## Page 71

1  Q  He either meant to do it or he didn't mean to do it,
2     right?
3  A  It's common when prisoners voluntary defecate on
4     themself.  That's not unusual in a prison setting.
5  Q  Okay.  You agree it's possible that Mr. Perry lost
6     control of his bodily functions, and that's why he
7     urinated and defecated on himself, true?
8  A  I'm not a doctor.
9  Q  Is it possible that he didn't do it on purpose?
10 A  I'm not a doctor.
11 Q  Well, how do you know he did it on purpose?
12 A  Well, I didn't say -- I'm just telling you.  You
13    saying it's involuntary.  I'm saying maybe it's
14    voluntary.
15 Q  Maybe my question wasn't clear.
16 A  It's not clear.
17 Q  All right.  Let me try and be clear.
18 A  Right.  I'm not a doctor.
19 Q  I'm asking what attempt you made with Mr. Perry to
20    determine whether he voluntarily urinated and
21    defecated on himself?
22 A  Nothing.
23 Q  So you don't know whether it was voluntary or
24    involuntary.
25 A  Correct.

## Page 72

1  Q  And are you aware of any officers in your presence or
2     who told you later that they attempted to determine --
3     they attempted to determine whether Mr. Perry
4     voluntarily soiled himself or that it was some
5     involuntary act that resulted in him soiling himself?
6     Any officers tell you anything in that regard?
7  A  No.
8  Q  And you never heard any officer inquire, correct?
9  A  No.
10 Q  You would agree that a change in condition where
11    somebody involuntarily soils themself could be an
12    indication of a medical emergency, correct?
13 A  I'm not a doctor.  I can't make that determination.
14 Q  Well, you're not a doctor, but you are -- One of your
15    duties is to visually observe and inquire if you
16    believe somebody under your care, custody, and control
17    is suffering from a medical emergency, right?  That's
18    one of your duties?  You don't have to be a doctor,
19    right?
20 A  Still, you have to make that determination if you're a
21    doctor.  I'm not a doctor, so I can't make that
22    determination, whether he's -- he's suffering from a
23    crisis.
24 Q  Have you ever called for medical assistance in your
25    career as --

# Video Deposition of Karl Robbins  2/6/2014

**Page 73**

1  A  Sure.
2  Q  -- a police officer?  So you were able to make a
3     determination when somebody appeared to be suffering
4     from a medical emergency, right?
5  A  Right.
6  Q  Were you a doctor at that point in time?
7  A  No.
8  Q  Why did you have to become a doctor in order to make a
9     judgment call as to whether or not Mr. Perry
10    was suffering from a medical condition on the night in
11    question?
12  A  He had just came from the hospital.
13  Q  Meaning what?
14  A  Meaning he was released from the hospital.  He was
15    provided with medical assistance.
16  Q  When he went to the hospital, he had not soiled
17    himself, right?
18  A  We don't know that.
19  Q  Well, you know that because you wrote a report, or at
20    least you provided --
21  A  Right.
22  Q  -- information.  And did you tell the investigating
23    officer after Mr. Perry's death that when he was first
24    conveyed he had soiled himself?
25  A  No.

**Page 74**

1  Q  So according to the report, we know he was coherent,
2     noncombative --
3  A  Mm-hmm.
4  Q  -- no injuries visible, and had not soiled himself,
5     correct?
6  A  Right.
7  Q  When he returns to PPS, I believe your prior testimony
8     was you did not smell excrement --
9  A  Right.
10  Q  -- or urine, correct?
11  A  Correct.
12  Q  So we know once he gets back to PPS, at some point in
13    time, he soils himself, right?
14  A  It's possible.
15  Q  Do you know where else he might have soiled himself?
16  A  [Shaking head]
17  Q  And in the event that he soiled himself at PPS, you
18    would agree that somebody involuntarily or unable to
19    control their bodily functions might be suffering from
20    a medical emergency, true?
21  A  Possible.
22     MS. LAPPEN:  Objection as to the form
23  objection.
24     Go ahead and answer.
25     MR. GENDE:  Okay.

**Page 75**

1  Q  Let me ask it in a different way.  An inmate under
2     your care, custody, and control who soils themself and
3     didn't mean to could be suffering from a medical
4     emergency, correct?
5     MS. LAPPEN:  Objection as to the form of the
6     question, and it calls for speculation.
7     Go ahead and answer.
8  A  It hasn't happened since I ever dealt with prisoners
9     that they soil themself involuntary.
10  BY MR. GENDE:
11  Q  But you made no attempt with Mr. Perry to determine
12    whether it was a voluntary or involuntary regarding
13    soiling himself on the night in question, correct?
14  A  Correct.
15  Q  And you agree that's a change in physical condition,
16    correct?
17  A  Yes.
18  Q  Let's return to the report.  You told the
19    investigating officer that you received a call from
20    Officer Jacks, who told you Perry was refusing to walk
21    after being treated, correct?
22  A  Yes.
23  Q  And he was released from Aurora Sinai, and you advised
24    that they request additional squads to assist in
25    transporting Perry back to PPS, correct?

**Page 76**

1  A  Yes.
2  Q  And that was because Mr. Perry was not walking of his
3     own power?
4  A  Right.  And other reasons.
5  Q  What other reasons?
6  A  He was -- I was told that he was combative, he was
7     kicking, he was spitting.
8  Q  Then you go on to tell the investigating officer,
9     "Robbins related that due to the required paperwork
10    regarding Perry's arrest not being complete, he was
11    unable to have Perry transported to the Milwaukee
12    County Criminal Justice Facility."  Is that a true
13    statement?
14  A  Correct.
15  Q  So in the event that Perry's paperwork had been
16    complete, he would have gone directly to the Criminal
17    Justice Facility, true?
18  A  Yes.
19  Q  A little further down the report it states, "Robbins
20    stated he went out to the booking area hallway and
21    observed the officers with Perry and that Perry was on
22    the floor by the bench moaning, having a spit mask
23    over his face."  Is that a true statement?
24  A  Yes.
25  Q  Was Mr. Perry groaning when you had seen him earlier

Magne-Script Video Court Reporting                   414-352-5450

## Page 77

1    in the evening and were talking to him before being
2    transported to the emergency?
3  A  During the time -- During the bullpen?  Is that what -
4    - what you stating?
5  Q  No, I --
6  A  I want to -- I just want to clarify it --
7  Q  Yeah.
8  A  -- to make sure that's what you stating.
9  Q  I'm talking about before he was transferred to the
10    emergency room as opposed to once he returned to PPS.
11    Okay?
12  A  No.
13  Q  I'm distinguishing --
14  A  No moan-- No moaning and groaning.
15  Q  No moaning before he left, right?
16  A  Right.
17  Q  Before he left to the emergency room?  Okay.  You go
18    on to state that "Robbins continued to relate that
19    Perry was conscious and breathing but was somewhat
20    incoherent in his actions."  Is that true?
21  A  True.
22  Q  Okay.  So was Perry incoherent in his actions when you
23    were speaking to him before he was transferred to the
24    emergency room?
25  A  No.

## Page 78

1  Q  You further relate to the investigator, "Robbins
2    stated he observed that Perry had defecated and
3    urinated on himself, as his clothing was soiled and an
4    odor was emitting from him."  Is that a true
5    statement?
6  A  Yes.
7  Q  Okay.  Had you observed that prior to Mr. Perry
8    leaving for the emergency room?
9  A  No.
10  Q  So that was another change in his condition, right?
11       MR. BOHL:  Object to the form of the
12    question.
13  A  Yes.
14  BY MR. GENDE:
15  Q  So when he's returned from the emergency room and you
16    observe or hear him moaning, you observe or determine
17    he is incoherent in his actions, and that he had
18    urinated and defecated on himself and there was a foul
19    odor emitting from him, did he appear to be in a
20    better state of physical health or worse state of
21    physical health than when you had sent him to the
22    emergency room?
23       MS. LAPPEN:  Objection as to foundation.
24    But go ahead and answer.
25  A  I'm not a doctor.

## Page 79

1  BY MR. GENDE:
2  Q  Well, based on your -- How many years have you been in
3    the police department?
4  A  Too long.
5  Q  I'm sorry?
6  A  Twenty-eight years.
7  A  Based on your 28 years --
8  A  Right.
9  Q  -- experience in the police department and your
10    professional judgment that you're required to use
11    every day, especially as a supervising --
12  A  Mm-hmm.
13  Q  -- officer most responsible for Mr. Perry's health,
14    welfare, and safety while he's in your custody and
15    control, did you have an opinion as to whether he
16    appeared to be in better shape or worse shape than
17    when he had left for the emergency room?
18  A  Same ways.  The way he left -- When he came in, you
19    know, it seemed like, yeah, he was basically -- his
20    behavior was -- he was combative.  That's all I can
21    tell you.  I'm not a doctor to judge, I mean, his
22    physical condition.
23  Q  You were able to make your observations regarding a
24    change in physical condition, correct?
25  A  Mm-hmm.  Right.

## Page 80

1  Q  And you made those observations --
2  A  Mm-hmm.
3  Q  -- and you related them -- you relayed them to the
4    investigating detective, correct?
5  A  Mm-hmm.
6  Q  Is that a yes?
7  A  Yes.
8  Q  And you relayed those observations truthfully,
9    correct?
10  A  Correct.
11  Q  So you observed three changes in his physical
12    condition, correct?
13       MS. LAPPEN:  Objection to foundation.  Form.
14    Go ahead.  Answer.
15  A  Correct.
16  BY MR. GENDE:
17  Q  And based on those changes that you observed, that he
18    was on the bench moaning, he was incoherent, and he
19    had urinated and defecated on himself, did he appear,
20    in your opinion with 28 years experience and the
21    supervisor most responsible for his health, safety,
22    and welfare on the night in question, to be in better
23    shape or worse shape than when you had sent him to the
24    emergency room earlier in the evening?
25       MS. LAPPEN:  Objection as to --

## Page 81

1    A   I can't --
2        MS. LAPPEN:  -- as to the form of the
3        question.
4        But go ahead and answer.
5    A   I can't answer that question.
6        BY MR. GENDE:
7    Q   You have no opinion?
8    A   Right.  No opinion.
9    Q   A little further down in your report you state,
10       "Robbins related that he made attempts to get the
11       paperwork regarding the arrest of James F. Perry
12       expedited.  And as soon as the paperwork was
13       completed, he called Communications and requested a
14       prisoner conveyance from PPS to the Milwaukee County
15       Criminal Justice Facility."  Is that a true statement?
16   A   That's correct.
17   Q   Why did you make attempts to get the paperwork
18       regarding Mr. Perry expedited?
19   A   So --
20   Q   Why was that important to you?
21   A   To get -- To get the person over to CJF -- I mean, to
22       the County, because they have a nurse.
23   Q   Any other reasons why you attempted to get --
24   A   That was the only reason.  Medical reasons.  Because,
25       like I said, we ain't a facility.  We don't have

## Page 82

1        nurses, we don't have doctors.  Our goal is to convey
2        prisoners, to get them over to the County jail because
3        they have nurses to help them.  If he's going through
4        a crisis -- If he's going through a crisis, we don't
5        have a doctor.  I ain't a doctor.
6    Q   You weren't attempting to expedite anybody else's
7        paperwork --
8    A   Right.
9    Q   -- that evening, correct?
10   A   True.
11   Q   You expedited Mr. Perry's paperwork because you were
12       concerned about his crisis and wanted the nurses to
13       handle it, right?
14   A   Right.  He was having -- Yeah.
15   Q   He was in crisis.  He --
16   A   No, I didn't --
17   Q   You saw --
18   A   No, I didn't say he was in crisis.  I'm saying he's
19       having -- His behavior is unusual.  We try to get rid
20       of people that basically maybe -- that's having --
21       what's the word, right word -- inappropriate behavior.
22       So you try to get rid of that person.
23   Q   And you expedited Perry's paperwork to get him to CJF
24       because they had nurses there, right?
25   A   Right.

## Page 83

1    Q   Do you know Officer Richard Lopez and Frank Salinsky?
2        Do you know them personally?
3    A   No.
4    Q   Did you meet them at PPS when they responded for
5        Perry's transport to CJF?
6    A   I don't recall.
7    Q   The next paragraph in your report to the investigating
8        detective sets forth that Lopez and Salinsky came for
9        the transport or conveyance, correct?
10   A   Yes.
11   Q   That's a true statement, right?
12   A   Mm-hmm.
13   Q   Yes?
14   A   Yes.
15   Q   And that when they arrived at CJF, they went to A3 to
16       get Mr. Perry, correct?
17   A   Correct.
18   Q   And then you state in the last sentence of that
19       paragraph, "Police Officer Alexander Ayala, PS014096,
20       and Police Officer Luke Lee, PS017099, assisted
21       getting Perry from the cell."  That was a true
22       statement, right?
23   A   Correct.
24   Q   And that you, Robbins, "stood by and observed the
25       removal of Perry from the cell."  Is that a true

## Page 84

1        statement?
2    A   Yes.
3    Q   Tell me what you observed of Mr. Perry being removed
4        from the cell.
5    A   He was being removed from the cell.  He's flaying.  I
6        mean, he's okay with me.  I mean, I don't see any
7        need.
8    Q   Any need for what?
9    A   Any problems, or anything like that.  They're removing
10       him from the cell.
11   Q   Was he able to walk?
12   A   No, I don't -- I don't believe so.
13   Q   Were you able to have a coherent conversation with
14       him?
15   A   No, I didn't have a conversation with him.
16   Q   Did you hear him have a coherent conversation with
17       anybody?
18   A   No.
19   Q   And then once you saw the aforementioned officers
20       carry Mr. Perry out of cell A3, what did you do?
21   A   I went back to my duties as administrative lieutenant.
22   Q   Well, isn't it a fact that you went into the cell and
23       observed blood at that time?
24   A   Oh [nodding].
25   Q   Is that true?

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 22 of 54   Document 120-4

## Page 85

1 A   No. That was after the -- after the person was taken
2      to CJF.
3 Q   So after Perry left PPS, you went back in the cell and
4      observed blood. Is that your testimony?
5 A   No. After the person deceased and a investigation
6      started, I went back in the cell at that point.
7 Q   So you didn't go into the cell until after you heard
8      Mr. Perry had expired, correct?
9 A   Correct.
10 Q   You go on to relate what your observations were as it
11      relates to Mr. Perry in the next paragraph,
12      "Lieutenant Robbins stated that Perry was ordered to
13      his stomach, which he complied." Is that a true
14      statement?
15 A   Yes.
16 Q   He wasn't being combative or resistive at that time,
17      right?
18 A   Yes.
19 Q   He was not being combative or resistive, correct?
20 A   Correct.
21 Q   You observed Perry then being handcuffed and shackled
22      and picked up from the floor by the officers, correct?
23 A   Yes.
24 Q   And then you observed Perry being walked out of the
25      cell into the elevator, correct?

## Page 86

1 A   Yes.
2 Q   You then state that you observed that there was blood
3      in the cell that Perry was in while he was being
4      removed from the cell. Is that a true statement?
5 A   Right.
6 Q   Is that a true statement, sir?
7 A   Yes.
8 Q   Okay. You then go on to relate -- Why don't you read
9      that into the record, the next paragraph, sir?
10 A   What paragraph are you looking at now?
11 Q   The one that begins with, "Robbins related that Squad
12      1290..."
13 A   "Robbins related that Squad 1290 left with Perry, and
14      approximately five minutes later he received a
15      telephone call from officers relating that the nursing
16      staff at CJF was refusing to medically approve Perry's
17      admittance to the facility, citing that Perry was
18      spitting up blood. Robbins related later he received
19      a call from Police Officer Floyd Harriell, who told
20      him that Perry collapsed in the sally port of CJF and
21      that the nursing staff was performing CPR on Perry."
22 Q   You would agree that when you give information to an
23      officer in a in-custody death investigation that
24      you're trying to be accurate and truthful, correct?
25 A   Sure.

## Page 87

1 Q   And as a police officer, when you relay information in
2      an accurate and truthful manner, it's in a
3      chronological order so as not to confuse time periods,
4      correct?
5 A   I don't understand that.
6 Q   Well, tell me, when you write a report, do you try and
7      do it in chronological order?
8 A   Yes.
9 Q   Why?
10 A   Why?
11 Q   That's my question.
12 A   What's your point? I mean, tell me what you asking.
13 Q   As a lieutenant with 28 years experience --
14 A   Right.
15 Q   -- on the police department --
16 A   I -- I'm not going --
17 Q   -- I'm inquiring as to why you would do reports in a
18      chronological fashion.
19 A   What that's got to -- What's the relevancy regarding
20      this case here? I'm not going to tell you how to --
21      how to write reports for the police department. You
22      wouldn't understand.
23 Q   Try me.
24 A   Right. Right.
25      MS. LAPPEN: Answer the best you can.

## Page 88

1 A   You just write reports. That's all I can tell you.
2      That's how we trained.
3      MR. BOHL: It's 12 o'clock. This might be a
4      good time for a break.
5      MR. GENDE: No, it's not a good time.
6      THE WITNESS: Right.
7      MR. GENDE: We're going to complete this
8      line of questioning.
9 A   We're trained to write reports that way.
10 Q   In a chronological fashion.
11 A   Right.
12 Q   Why?
13 A   That's how we trained.
14 Q   Based on your 28 years in the police department --
15 A   Right.
16 Q   -- why do you think it's important to write reports in
17      a chronological fashion?
18 A   People -- So people can understand the reports.
19 Q   People can understand the timing and sequence --
20 A   Right. Right.
21 Q   -- of how events occurred, correct?
22 A   Mm-hmm.
23 Q   That's a yes?
24 A   Yes.
25 Q   And you don't want that timing and sequence out of

## Page 89

1    order --
2  A  Right.
3  Q  -- because it could be confusing, correct?
4  A  Right.
5  Q  And you're not trying to confuse people when you're
6     writing reports, correct?
7  A  Correct.
8  Q  When you received the phone call that Mr. Perry had
9     died at CJF less than ten minutes after he left your
10    supervision and control, what was your reaction?
11 A  I was calm.
12 Q  You were okay?
13 A  Yes.
14 Q  Weren't concerned about an inmate who had just been
15    under your custody and control having expired minutes
16    later?
17 A  Right.
18 Q  No concern?
19 A  Sure, you concerned.  You concerned about the family.
20    Surprised.
21 Q  What was surpris--
22 A  Was concerned about the family.
23 Q  What were you surprised about?
24 A  That he passed away.
25 Q  Were you surprised when you found blood in his cell?

## Page 90

1  A  No.
2  Q  Why did you expect to find blood in Mr. Perry's cell?
3  A  I was -- I was surprised of his death.  I was
4     concerned about it, I was concerned about his family.
5     Nobody wants to see that a family member has passed
6     away.
7  Q  Now I want to talk about the blood in his cell.  And
8     you said you weren't surprised to find it.  Why
9     weren't you surprised to find it?
10 A  Oh, I mean, I wasn't surprised about his death, I mean
11    -- I mean, as far as I experience death a lot on this
12    job, so that's what I mean when I'm telling you that.
13    Death come often on the police department, so I was
14    calm.
15 Q  Let's talk about the blood you found in his cell.
16 A  Spots of blood.  I mean, that was after the
17    investigation started.  That's all I, you know, I
18    know.
19 Q  Well, let's just read -- go back to the report so we
20    have the right chronology of time here.  We'll start
21    at the area where it says, "Robbins related that
22    Police Officer Alexander Ayala and Police Officer Luke
23    assisted getting Perry from the cell, and he" --
24    meaning Robbins -- "stood by and observed the removal
25    of Perry from the cell."

## Page 91

1       Next paragraph: "Lieutenant Robbins stated that
2     Perry was ordered to his stomach, which he complied.
3     Perry was then handcuffed and shackled and picked up
4     from the floor by the officers, who then walked Perry
5     out of the cell and to the elevator.  Robbins related
6     that he observed that there was blood in the cell that
7     Perry was in while he was being removed from the
8     cell."  Those were all true statements, correct?
9  A  Correct.
10 Q  Next paragraph: "Robbins related that Squad 1290 left
11    with Perry and that approximately five minutes later
12    he received a telephone call from an officer relating
13    that the nursing staff at CJF was refusing to
14    medically approve Perry's admittance to the facility,
15    citing that Perry was spitting up blood."  Is that a
16    true statement?
17 A  Yes.
18 Q  Okay.  When you told the investigating officer as Mr.
19    Perry was being taken out of the cell that you
20    observed blood in the cell while he was being removed,
21    were you surprised or not surprised when you observed
22    that blood?
23 A  Not surprised -- I mean surprised.
24 Q  And where do you say in your report --
25 A  I didn't say anything.

## Page 92

1  Q  -- that there was only spots of blood there?
2         MS. LAPPEN:  Objection as to the form.  It
3     isn't his report.
4         But go ahead and answer.
5  A  It's not in the report.
6     BY MR. GENDE:
7  Q  And when you were surprised to find blood in the cell
8     where Mr. Perry was while he was being removed, tell
9     me why that surprised you.
10 A  Because I didn't see any blood on him when he came in.
11 Q  And when you were surprised to see blood in the cell
12    where Mr. Perry was while he was being removed, tell
13    me who you relayed that information to.
14 A  No one.
15 Q  Kept it to yourself.
16 A  I didn't lay -- relay it to anyone.
17 Q  So you kept it to yourself, correct?
18 A  Right.
19 Q  Any reason why you kept that --
20 A  No.
21 Q  -- important information to yourself?
22 A  No.
23 Q  And what activity did you undertake at that point in
24    time when you saw blood in the cell where Mr. Perry
25    was while he was being removed to determine what the

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 24 of 54   Document 120-4

| Page 93 | Page 95 |
|---|---|

**Page 93**

1    cause of that blood was? Nothing, correct?
2 A Correct.
3 Q And you didn't instruct any of your officers, as the
4    supervising lieutenant on the scene, to undertake any
5    investigation as to why there was blood in the cell
6    where Mr. Perry was that you observed while he was
7    being removed, correct?
8 A I don't -- That's not my job. That's the job of the
9    detectives investigating a in-death custody death. I
10    have nothing to do with that.
11 Q I'm talking about the moment in question. You are the
12    supervising lieutenant most --
13 A Right.
14 Q -- responsible for the health, safety --
15 A Right.
16 Q -- and welfare, right?
17 A But you don't under--
18 Q And I'm just asking you.
19 A The thing is -- Right.
20 Q Correct?
21 A Right.
22 Q All right. And when you observed --
23 A I --
24 Q -- blood and were surprised, and as lieutenant --
25 A Right.

**Page 94**

1 Q -- most responsible for the health, safety, and
2    welfare of Mr. Perry --
3 A Right.
4 Q -- you provided no direction or command to the
5    officers carrying him out to try and determine --
6 A They not investigators.
7 Q -- what the source of the blood was.
8 A They not investigators. You don't know what was said
9    when the detectives came to investigate.
10 Q The question is, did you provide direction to your
11    officers under your command --
12 A No.
13 Q -- to investigate why Mr. Perry left blood in his
14    cell?
15 A Right. What he -- He wasn't --
16 Q Did you or did you not?
17 A He wasn't dead.
18 Q He had to be dead before you would investigate the
19    source of the blood? Is that your testimony?
20 A Well, you can barely see the blood.
21 Q Did you say in the report that you could barely see
22    the blood?
23 A No. There's nothing like that in the report.
24 Q Do you know that a janitor went in and told the --
25 A No, I don't.

**Page 95**

1 Q -- investigating officer that there was gobs of blood,
2    spit, and feces in the cell? Did you know that?
3 A No, I don't.
4 Q You would agree that blood on the floor of a cell
5    where an inmate is being removed may be suggestive of
6    a medical emergency, wouldn't you? Somebody who is
7    bleeding from an unknown source could be suffering
8    from a medical emergency, right?
9 A It's possible.
10 Q And what, if anything, did you do to inquire or
11    investigate or determine whether at that point in time
12    Mr. Perry was suffering from a medical emergency?
13 A Nothing.
14       MR. GENDE: Okay. Now is a good time to
15    take a break. Thank you, Lieutenant.
16       THE REPORTER: We're off the record.
17       (Off the record 12:10 - 12:56)
18       THE REPORTER: We're back on the record.
19    BY MR. GENDE:
20 Q Lieutenant Robbins, earlier this morning you had
21    testified that you are not a doctor and therefore you
22    can't provide medical opinions, correct?
23 A True.
24 Q And because you're not a doctor, you would agree that
25    if you are concerned that somebody is suffering from a

**Page 96**

1    medical emergency --
2 A Right.
3 Q -- you are required to seek medical assistance for
4    them over and above what you're capable --
5 A True.
6 Q -- of supplying, correct?
7 A True.
8 Q And you would agree that your policy and procedure
9    when observing what you believe to be a medical
10    emergency is to either call the fire department,
11    correct?
12 A Correct.
13 Q Or an ambulance for conveyance, true?
14 A Correct.
15 Q Okay. After you were advised that Mr. Perry had died
16    at the Criminal Justice Facility, did you have any
17    discussions with any of the other police officers
18    involved with Mr. Perry at PPS?
19 A No. When you mean "other police officers," are you
20    talking about the officers I work with at PPS or the
21    detectives? I want to make that clear.
22 Q I am talking about the officers that you were
23    supervising and who had contact with Mr. Perry on the
24    evening in question.
25 A No.

Page 97

1  Q  Other than the investigating detective regarding the
2     in-custody death, did you have a discussion with
3     anybody about Mr. Perry's death on the evening in
4     question?
5  A  No.
6  Q  When you were informed that Mr. Perry had passed away
7     at the Criminal Justice Facility less than ten minutes
8     after he had left PPS, did you think back on the
9     events of the evening and what could have been done
10    differently to maybe change the ultimate outcome?
11  A  No. Can I expound on the "No"?
12  Q  You may.
13  A  From the reviewing the reports, I — From reviewing
14    the reports, I recall -- it's two years ago -- I do
15    recall that Mr. Perry did walk out. When I seen the
16    blood, the reason I didn't -- I didn't call any fire
17    department or anything like that, because when you
18    send him over to CJF facility, they have nurses at
19    that time. When he was walking out, he never said to
20    me personally or in front of my officers that was
21    escorting him out that "Hey, I need medical
22    attention," "I'm hurting," or anything like that. I
23    recall that at that point after -- after I thought
24    about it. When I seen the blood and I knew he was
25    going over to CJF where they have nurses, I knew he

Page 98

1     was going to get medical attention. That's why I
2     didn't call anybody right away.
3  Q  Did you inform CJF that you had a prisoner being
4     conveyed in need of medical attention who had been
5     bleeding in his cell prior to transport?
6  A  Nothing about the cell. But we always call CJF to
7     say, "Hey, we got a combative," or a person that's in
8     medical need. That's always a communication between.
9  Q  And did you make that phone call? Do you recall
10    making that phone call?
11  A  I can't recall. I made that -- They knew of the
12    prisoner prior to me calling. Did I call that
13    immediately right at that point? No. But I -- They
14    knew of Perry coming because we had talked about that
15    prisoner I think probably all day. And we discussed
16    the paperwork, that the paperwork was inaccurate,
17    because they told me that they didn't have enough
18    information, that the paperwork was inaccurate, CJF's.
19    That's why they didn't take him. So we was talking
20    about Perry periodically all day. I say, "Well, he
21    needs, I mean, he needs you guys to take him whether
22    the paperwork is not complete," so....
23  Q  You told CJF that they needed to take Perry even
24    though his paperwork was not complete? Is that your
25    testimony?

Page 99

1  A  I knew they wasn't going to do it, so no. My
2     testimony was they saying that his paperwork complete
3     [sic], that's why we wasn't going to take him. And I
4     said, "Hey," I mean — And I don't recall whether the
5     information missing in the report was because of the
6     detectives didn't put enough in the report, or
7     whatever. But it was — We had to find the report,
8     and we believed the detectives had the report. They
9     couldn't find the report. So I was searching for the
10    report so I can sign it so we can move him towards
11    CJF, because it wasn't going to happen if I didn't
12    have my signature on it and we couldn't find the
13    report.
14  Q  I want to focus on the phone call, if any, that you
15    made after you observed blood in Perry's cell and
16    before you were informed he had died on the floor of
17    the Criminal Justice Facility. Did you make a phone
18    call to anybody at CJF during that time period?
19  A  No.
20  Q  You were concerned about Perry to the extent that you
21    wanted to expedite his conveyance to CJF, correct?
22  A  Yes.
23  Q  And was your concern heightened or lessened when you
24    observed blood on the floor of his cell as he was
25    being removed?

Page 100

1  A  Normal concern, like, you know, any other prisoner
2     that basically comes in that we know, okay, he got
3     high blood pressure, I mean, the person is bleeding,
4     whatever, same concern for everybody. Prison. No
5     different.
6        My concern wasn't no different than any prisoner,
7     any other prisoner that probably I knew that had, you
8     know, that had some type of medical emergency.
9     Because, number one, like you saying, I never -- When
10    he came in, I had never seen him bleeding, he never
11    complained verbally to the officers or me.
12       My officers, generally when you have a prison,
13    they see a prisoner probably in distress or in crisis
14    complain, for example, a prisoner might say, "Hey, I'm
15    going to hang myself or kill myself." They'll come to
16    me right away to give me that information. They
17    wouldn't never keep any information like that away
18    from me.
19  Q  You did not identify any area of his body where he was
20    bleeding before the cell door was closed in A3,
21    correct?
22  A  Correct.
23  Q  You had concern about Mr. Perry at that time because
24    you wanted him in the cell so a closer eye could be
25    kept on him, correct?

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 26 of 54   Document 120-4

| Page 101 | Page 103 |
|---|---|
| 1  A  True. | 1  going to act like an animal, we're going to treat you |
| 2  Q  All right. You then went to your office to make sure | 2  like you're in prison"? Was that one way you |
| 3  paperwork was expedited so you could get Mr. Perry to | 3  expressed your concern to him? |
| 4  CJF because they had nurses there, right? | 4  MS. LAPPEN: Objection. That's been asked |
| 5  A  Correct. | 5  and answered, and it's argumentative. |
| 6  Q  All right. Then when the cell door opened and you | 6  Go ahead and answer. |
| 7  were observing Mr. Perry being removed from the cell, | 7  A  It was a concern if he was playing games, "jailitis," |
| 8  you saw blood on the floor, correct? | 8  that's what we call it, didn't want to be in prison. |
| 9  A  Correct. | 9  Maybe that would have snapped him out of it, gave him |
| 10  Q  At that point in time -- | 10  a, "Okay," you know, "I'm going to jump up, I'm going |
| 11  A  It -- | 11  to cooperate with you guys, you know, I'm playing my |
| 12  Q  At that -- | 12  games." That's what I thought it was going to do to |
| 13  A  Okay. | 13  him. It was going to shock him into complying to our |
| 14  Q  -- point in time, did your concern level from what | 14  -- my directives, to the officers' directives so we |
| 15  you'd previously had based on the information | 15  can process him and move him on to CJF. That was the |
| 16  available to you heighten or decrease when you saw | 16  goal. If you asking was that a concern? Yes. I |
| 17  blood on the floor of the cell? | 17  wanted to make sure that he moved on to his next -- to |
| 18  A  No. Because at that time, from what I recall and I | 18  the processing, CJF. That was my concern. |
| 19  recall now, that when he was going toward the elevator | 19  BY MR. GENDE: |
| 20  door, he was walking. And I knew he was going over to | 20  Q  Now, you've mentioned in your testimony this afternoon |
| 21  CJF. So was I concerned about him? Yes, I was | 21  that you now recall that Mr. Perry was walking out of |
| 22  concerned about him. I mean, I'm concerned about any | 22  the cell. |
| 23  -- any prisoners. Like you said, my job is to make | 23  A  Yes. |
| 24  sure they safe, they healthy, and they maintain they | 24  Q  Okay. Is that testimony different from what you |
| 25  health when they leave my prisoner [sic]. I mean, | 25  recalled earlier this morning? |

| Page 102 | Page 104 |
|---|---|
| 1  it's on my watch. It didn't change, because now he's | 1  A  It's something I didn't recall because this was two |
| 2  walking, so it was a care concern. | 2  years ago. |
| 3  Q  And when you said to Mr. Perry, "If you're going to | 3  Q  What sparked your recollection between -- |
| 4  act like an animal, we'll treat you like in prison," | 4  A  Looking at the report. Okay. Go ahead. |
| 5  was that one way you were expressing this concern for | 5  Q  -- from between when we left for lunch and returned |
| 6  his health, safety, and welfare? | 6  for this testimony this afternoon? |
| 7  MS. LAPPEN: Objection. Argumentative. | 7  A  Looking at the report. |
| 8  Go ahead and answer. | 8  Q  And you had reviewed that report. That was one of the |
| 9  BY MR. GENDE: | 9  documents reviewed in preparation for -- |
| 10  Q  You can answer. | 10  A  Right. |
| 11  A  He wasn't complying. He was spitting, he was kicking. | 11  Q  -- your deposition, correct? |
| 12  I -- All I tried to do -- Like I said, words sometimes | 12  A  Right. |
| 13  change a person's negative behavior into a positive | 13  Q  Okay. So you didn't recall it when you reviewed the |
| 14  behavior, to comply with. Like you said, did he | 14  report in preparation for the deposition. |
| 15  change his behavior? No, he didn't. But I thought it | 15  A  Right. |
| 16  was going to work. | 16  Q  But when you reviewed it over lunch with your |
| 17  Q  You are testifying for the record how you had | 17  attorney, you then recalled the allegation that Mr. |
| 18  significant concern for Mr. Perry. And I'm asking you | 18  Perry was able to walk -- |
| 19  specifically, was one way you expressed that | 19  A  Yes. |
| 20  significant amount of concern for Perry saying to him | 20  Q  -- out of his cell of his own accord? |
| 21  while he had a spit mask on, while he was on the | 21  MS. LAPPEN: Objection. That's really |
| 22  ground after he had urinated and defecated on himself, | 22  inappropriate questioning, you know. |
| 23  while he was unable -- | 23  So don't answer the question. |
| 24  A  Mm-hmm. | 24  BY MR. GENDE: |
| 25  Q  -- to respond coherently to inquiries, "If you're | 25  Q  Was your attorney present when you reviewed this |

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 27 of 54   Document 120-4

## Page 105

1    report again over lunch?
2  A  Yes.
3  Q  And was that the moment when you recalled anew or that
4     you recalled Mr. Perry now walked out of his cell
5     under his own power?
6  A  He was escorted. He still had officers on both sides
7     of him walk him out.
8  Q  Was his head up or down?
9  A  His head was up, walking.
10 Q  Was he talking to the officers?
11 A  No.
12 Q  Do you know whether any of the officers that went in
13    the cell to remove Mr. Perry observed the gobs of
14    blood, spit, and feces on the floor?
15 A  No.
16 Q  Did you smell any odor emitting from the cell when Mr.
17    Perry was removed?
18 A  I smelled that he had defecated, that smell.
19 Q  Was it a different smell than from what you had
20    smelled earlier in the evening when he was on the
21    floor of PPS --
22 A  No.
23 Q  -- and before he was put in the cell?
24 A  No.
25 Q  When did it become important in your mind the

## Page 106

1    observation of blood on the cell that you made as Mr.
2    Perry was being removed from the cell?
3         MS. LAPPEN: Objection to the form of the
4    question.
5         Go ahead and answer.
6  A  Can you repeat that? I didn't hear it.
7  BY MR. GENDE:
8  Q  When did it become important in your mind the
9     observation of Mr. Perry's blood in the cell when he
10    was removed from the cell?
11        MS. LAPPEN: Same objection. Form.
12        Go ahead and answer if you can.
13 A  It was always important. It's always important.
14    Every prisoner that I deal with in the jail, City
15    jail, every prisoner is important.
16 BY MR. GENDE:
17 Q  Was your observation of blood in Mr. Perry's cell as
18    he was being removed important enough to convey to any
19    of the officers that were transporting him to CJF?
20 A  He was being conveyed to CJF. I mean, that was --
21 Q  So --
22 A  Did I convey that to officers as far as the importance
23    of it?
24 Q  No. That's not my question.
25 A  Okay.

## Page 107

1  Q  Was the information that you gathered when you
2     observed blood in Mr. Perry's cell as he was being
3     removed important enough to tell the other officers
4     that were transporting him to CJF?
5  A  He was being -- I don't know how to phrase that
6     question for you. But it was important because he
7     already -- he was being conveyed to CJF. Did I -- If
8     you asking me did I give them that information, no, I
9     didn't.
10 Q  So it wasn't important enough in your mind to tell the
11    transporting officers, "Hey, I'm the lieutenant. I
12    saw blood in the cell. Take care of this gentleman"?
13 A  Yes.
14 Q  It was not important enough, correct?
15 A  Not important enough? Everything -- Everything I do
16    as far as with a prisoner was important. No, I didn't
17    convey. If you asking me, no, I didn't convey that
18    information to the officers.
19 Q  Was it important enough for you to convey that
20    information to CJF prior to Mr. Perry being conveyed
21    there?
22 A  No.
23 Q  Why was it important enough for you to include that
24    information when the investigating detective asked you
25    questions about your observations on the evening Mr.

## Page 108

1    Perry died while he was in custody of the Milwaukee
2    Police Department?
3  A  They didn't ask the information. They didn't ask.
4  Q  You just volunteered the information to the detective
5     that you observed blood on the floor?
6  A  Yeah, what I observed. The information, yeah. I
7     mean....
8  Q  Okay. Let's go back to the statement you gave to the
9     detective on September 13th, 2010, at 10:54 p.m.
10    We've marked it as Exhibit No. 49. We're at the
11    second page, and I quote, "Lieutenant Robbins stated
12    that Perry was ordered to his stomach, which he
13    complied. Perry was then handcuffed and shackled and
14    picked up from the floor by the officers who then
15    walked Perry out of the cell into the elevator.
16    Robbins related that he observed that there was blood
17    in the cell that Perry was in while he was being
18    removed from the cell." That was a true statement,
19    correct?
20 A  Yes.
21 Q  Why did you feel it was important to tell the
22    detective that you observed blood in the cell
23    regarding this in-custody death investigation?
24 A  Because that's what I observed.
25 Q  Why did you feel it was important to tell the

## Page 109

1  detective but you kept that information to yourself
2  before Mr. Perry died?
3  A  Because the question was asked.  That's all I can tell
4  you.
5  Q  What question was asked that --
6  A  I mean, I gave --
7  Q  -- prompted you -- Excuse me, sir.
8  A  Right.
9  Q  What question --
10  A  I gave them the information regarding the blood.
11  Q  What question was asked that prompted you --
12  A  I don't recall.  I don't recall.
13  Q  -- to explain to the detective that you observed blood
14  in the cell as Mr. Perry was being removed?
15  A  I don't recall.
16  Q  Is that the first person you told that you had seen
17  blood in Mr. Perry's cell?
18  A  Yeah.  It was during the investigation.
19  Q  I'm just asking if that's the first person you told.
20  A  I don't recall.
21  Q  Tell me who else you recall telling, other than the
22  detective, after Mr. Perry died?
23  A  I don't recall.
24  Q  Can you name one person?
25  A  I talked to the detectives.  That's the first --

## Page 110

1  Detectives doing the investigation, that's who I told.
2  Q  And you're unable to provide me an explanation as to
3  why the first time you relayed you observed blood in
4  Mr. Perry's cell as he was being removed to the
5  detective after Mr. Perry died?
6  A  Yes.
7  Q  You can't tell me why you didn't tell anybody else,
8  correct?
9  A  Correct.
10  Q  Was the information to you as the supervising
11  lieutenant most responsible for Mr. Perry's safety,
12  welfare, and health while he was at PPS important that
13  there was blood in his cell as he was being removed?
14        MS. LAPPEN:  Objection as to the form of the
15  question.
16        Go ahead and answer.
17  A  Yes, it was important.
18  BY MR. GENDE:
19  Q  And tell me what you did with that important
20  information that you gathered through your
21  observations as Mr. Perry was being removed --
22  A  He got first aid.
23  Q  By whom?
24  A  CJF.
25  Q  He got first aid --

## Page 111

1  A  Right.  He was -- He's -- Don't forget, he was already
2  in the hospital.  He came to us, we conveyed him to
3  CJF.
4  Q  But you didn't tell CJF that he was bleeding while he
5  was in the cell.  So how did they -- How were they
6  able to respond to that important information?
7  A  Bleeding?  I didn't tell you he was bleeding in the
8  cell.  I said I observed blood.
9  Q  Tell me how you determined where that blood came from
10  A  I don't know.
11  Q  Did you attempt to determine it?
12  A  I'm not a investigator.  I'm, you know, I just make
13  sure the prisoners are safe and make sure they receive
14  first aid if they injured.
15  Q  If a prisoner is bleeding in your cell, does that
16  suggest he might be injured?
17  A  Right.
18  Q  Is that "yes"?
19  A  I didn't observe him bleeding.
20  Q  The question is, if a prisoner is bleeding in one of
21  your cells, would that suggest to you he might be
22  injured?
23  A  Yes.  And we'll call the Milwaukee Fire Department,
24  they'll respond, and he'll be conveyed.
25  Q  When you observed blood in Mr. Perry's cell as he was

## Page 112

1  being removed, did you have any information that it
2  was blood other than Mr. Perry's?
3  A  No.
4  Q  Did you call the Milwaukee Fire Department --
5  A  No.
6  Q  -- when you observed that blood?
7  A  No.
8  Q  Did you call CJF and say we had a inmate where there
9  was blood in the cell?
10  A  No.  He was on his way to CJF.
11  Q  Did you warn CJF --
12  A  He was on his way to CJF.
13  Q  -- that you had an inmate that was bleeding?
14  A  He was on his way to CJF.  He wasn't bleeding.
15  Q  Where did the blood come from?
16  A  I don't know.
17  Q  In the event that one of the Milwaukee Police
18  Department janitors told an investigating --
19  investigating detective the same night that Mr. Perry
20  died that janitor found gobs of blood, spit, and
21  feces on the floor of the jail cell, would you have
22  any information to contradict that finding by the
23  janitor?
24  A  I didn't observe gob or spit in the cell block.  I
25  can't contradict it.  If he -- If that's his

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 29 of 54   Document 120-4

## Page 113

1 statement, that's his statement.
2 Q Do you dispute his statement?
3 A I cannot dispute it.
4 Q Do you have any reason to believe as we sit here today
5 that that janitor would provide information --
6 A No.
7 Q -- to an investigating police detective that would be
8 anything other than truthful?
9 A No.
10 Q When you said to Mr. Perry that he was acting like an
11 animal and he was going to be treated like he was in
12 prison, did any of the other officers in the immediate
13 vicinity respond to that comment by you?
14 A No.
15 Q Did you say it under your breath?
16 A No.
17 Q You said it in a forceful manner to shock Mr. Perry
18 into compliance, correct?
19 A Yes.
20 Q Was there any reason why the officers in the immediate
21 vicinity would be unable to hear your forceful command
22 to Mr. Perry that if he was going to act an animal,
23 we'd treat him like he was in prison?
24 A I'm pretty sure they heard me.
25 Q Why are you sure they heard you, sir?

## Page 114

1 A I got a loud voice.
2 Q Nobody took issue with it, did they?
3 A No.
4 Q Nobody said after Mr. Perry died, "Jeez, Lieutenant,
5 you said we were going to treat this guy like an
6 animal and he's dead"? Anybody come up to you and
7 express concern about those comments you made?
8 A No.
9 MS. LAPPEN: Objection as to form of the
10 question.
11 Go ahead and answer.
12 BY MR. GENDE:
13 Q Were you concerned about the comments that you made
14 that Mr. Perry was going to be treated like an animal
15 and he died ten minutes later at the Criminal Justice
16 Facility?
17 A No.
18 MS. LAPPEN: Objection as to the form of the
19 question.
20 Go ahead and answer.
21 A No.
22 BY MR. GENDE:
23 Q How did you become aware that Internal Affairs was
24 going to investigate you for the conduct on the night
25 in question?

## Page 115

1 A I guess I was called to come to their location.
2 Q Okay. And what did they say to you?
3 A Well, basically they showed me a video the day of
4 2010. I don't know the exact date.
5 Q How much of the video did they show you?
6 A The part of the statement I made to the prisoner.
7 Q And did you clearly hear yourself make that statement?
8 A Yes.
9 Q Was there any question in your mind whether you made
10 that statement or somebody else, one of the other
11 officers had made that statement?
12 A No.
13 Q And your response to making that statement when being
14 investigated by Internal Affairs was what?
15 A I stated that the prisoner was kicking, spitting, had
16 spit on my pants, and I made the statement to change
17 his behavior, basically to shock him, to get him to
18 comply with that, what I just repeated to you.
19 Q Did you see anywhere in the video where Mr. Perry
20 directed spit towards you?
21 A No.
22 Q Did you tell anybody on the evening in question that
23 Mr. Perry had spit on you?
24 A No.
25 Q Why did it become important a couple of years later

## Page 116

1 when you were being investigated by Internal Affairs
2 to suggest that Mr. Perry had spit on you?
3 MS. LAPPEN: Objection. Argumentative.
4 Form of the question.
5 Go ahead and answer.
6 A Because that's what happened.
7 BY MR. GENDE:
8 Q That piece of information that you relayed several
9 years after Mr. Perry's death about him allegedly
10 spitting on you was not relayed on the night you were
11 interviewed relative to his in-custody death, correct?
12 A Correct.
13 Q So at least on the night you were interviewed when Mr.
14 Perry died, the information that he allegedly spit on
15 you was not important enough to give to the
16 investigating detective, true?
17 MS. LAPPEN: Objection as to form and
18 argumentative.
19 Go ahead and answer.
20 A That's correct.
21 BY MR. GENDE:
22 Q Well, can you explain to me why you didn't tell the
23 detective who interviewed you the night Mr. Perry died
24 why you failed to inform him that Mr. Perry allegedly
25 spit on you?

| Page 117 | Page 119 |
|---|---|

**Page 117**

1  A  Because the investigation wasn't directed towards me.
2  Q  Was there anything that prevented you from observing
3  blood or feces or spit in Mr. Perry's cell on the
4  evening in question?
5  A  No.
6  Q  It was properly illuminated, the cell, correct?
7  MS. LAPPEN: Objection as to form of the
8  question.
9  Go ahead and answer.
10  A  The cell block is dim. I didn't observe any feces.
11  BY MR. GENDE:
12  Q  Is cell A3 illuminated?
13  A  Yes, I believe so.
14  Q  And were the lights working that evening?
15  A  Yes.
16  Q  I'm going to show you what we've marked as Exhibit No.
17  36. Do you know a gentleman by the name of Andrew J.
18  Puechner, P-u-e-c-h-n-e-r?
19  A  No.
20  Q  At page 3 of 6 of this report done on the evening Mr.
21  Perry died, Custodian II, Puechner -- there, about
22  halfway down the page -- stated that when he went to
23  cell 3, he saw that there were "gobs of spit, blood,
24  and fecal matter on the cell floor." Do you see where
25  I read that?

**Page 118**

1  A  Yes.
2  Q  He goes on to state that he was mopping the cell floor
3  until he was told to stop. Do you know who told him
4  to stop mopping the cell floor?
5  A  No.
6  Q  Was it you?
7  A  No.
8  Q  Do you know why he was told to stop?
9  A  No.
10  Q  Do you think that -- Considering a man had died
11  minutes after leaving PPS and the cell that had blood
12  and feces and spit on it, do you think that cell
13  should have been cleaned?
14  A  No.
15  Q  Did you go into that cell after you were informed Mr.
16  Perry had died and try and preserve any evidence?
17  A  No.
18  Q  Did you give an order to anybody under your
19  supervision and control to preserve evidence in that
20  cell where a man had been less than ten minutes ago
21  and now had died on the floor of CJF?
22  A  I believe Diaz-Berg, I think after he was pronounced
23  dead at CJF, that she stayed, she made sure that
24  nobody else went into the cell block.
25  Q  Do you know if there was any internal investigation

**Page 119**

1  surrounding the in-custody death of Mr. Perry?
2  A  No, I don't.
3  Q  You were not involved in a internal investigation.
4  A  I believe not. I don't....
5  Q  Do you what positional aphyxia is?
6  MS. LAPPEN: That's "asphyxia."
7  MR. GENDE: Thank you for being -- for
8  correcting me again.
9  Q  Do you know what positional asphyxia is?
10  A  No. I would have to ask a doctor specifically what.
11  Q  Have you ever received any training from the Milwaukee
12  Police Department about positional asphyxia?
13  A  I think we watched a video years ago, 10 or 15 years
14  ago, but I don't recall.
15  Q  That doesn't refresh your reco--
16  A  No. No.
17  Q  -- recollection as to what it is? Did anybody inform
18  you on the evening in question that Mr. Perry was
19  having difficulty breathing?
20  A  No.
21  Q  In the event that Mr. Perry was expressing that he was
22  having difficulty breathing to your police officers,
23  how would you expect them to handle that?
24  A  They would call the fire department immediately.
25  Q  And why would you expect them to do that?

**Page 120**

1  A  Because the person is having a crisis, a medical
2  crisis.
3  Q  In the event that Mr. Perry was complaining that he
4  couldn't breathe in the presence of your police
5  officers and they failed to call for medical
6  attention, were they inside department policies and
7  procedures or outside department policies and
8  procedures?
9  A  Both.
10  Q  Okay. Tell me why it's both.
11  A  Well, I mean, it can turn out to be a criminal
12  investigation for failure to provide medical
13  assistance, and plus it's an internal investigation,
14  which we have a policy on that, SOPs, to render first
15  aid. Uhh -- Oh, nothing.
16  Q  Were you aware of a unwritten policy with the
17  Milwaukee Police Department that if an inmate was
18  complaining of difficulty breathing that the response
19  was from the officers, "If you're talking, you're
20  breathing"? Is that an unwritten policy at the
21  Milwaukee Police Department?
22  A  What you said, "if you're talking that you're
23  breathing," could you explain that? I don't....
24  Q  Was that an unwritten policy at the Milwaukee Police
25  Department when Mr. Perry passed away?

## Page 121

1  A  I don't understand.
2  Q  Have you ever heard that phrase before --
3  A  No.
4  Q  -- used by Milwaukee police officers?
5  A  No.
6  Q  Just so we're clear on the record, if Mr. Perry was
7     complaining of difficulty breathing and your police
8     officers surrounding him heard him say that, if they
9     failed to get or seek medical assistance for him,
10    would they be inside or outside the policies and
11    procedures of the Milwaukee Police Department?
12 A  Inside, outside? Are you saying would they be guilty
13    of some charge, or something like that or...?
14 Q  Let me try and make the question more clear. If Mr.
15    Perry was complaining of difficulty breathing in the
16    presence of your officers --
17 A  Mm-hmm.
18 Q  -- and they heard him say that and they failed to get
19    him medical attention, would they be in compliance or
20    out of compliance with policies and procedures of the
21    Milwauk--
22 A  Out of compliance.
23 Q  And why would that be?
24 A  Because they have to provide medical assistance for
25    him.

## Page 122

1  Q  In the event that you had heard Mr. Perry say, "I
2     can't breathe," how would you have responded?
3  A  Call the fire department immediately.
4  Q  And why would you have done that, Lieutenant?
5  A  Because that's the -- the proper thing to do. I'm
6     providing medical assistance, and plus, a person is in
7     distress.
8  Q  And you're not a doctor, correct?
9  A  That's correct.
10 Q  So you'd want him to get the medical attention that he
11    needs because he can't breathe.
12 A  Correct.
13 Q  Do you know if any of your officers attempted to
14    assist Mr. Perry in breathing better when he
15    complained that he was unable to breathe?
16 A  Did he -- I don't know whether he complained. Is
17    there a statement or something that he complained of
18    breathing? He didn't complain in front of me.
19 Q  Let's assume for purposes of my question that on the
20    video you can hear Mr. Perry complaining that he can't
21    breathe. Okay?
22 A  Okay.
23 Q  Are you aware whether any of your officers attempted
24    to put him in a more comfortable position, allowing
25    him to breathe?

## Page 123

1  A  No.
2  Q  Do you know if the spit mask that had been applied to
3     him was creating a problem with Mr. Perry's breathing?
4  A  No, because it's thin. You can still breathe in it.
5     It's a -- like a cotton cup where you still can
6     breathe in it.
7  Q  Now we're going to go back to the internal
8     investigation regarding your statement to Mr. Perry a
9     couple of years later. Were you provided any other
10    officers' statements either corroborating or denying
11    your conduct on the night in question or the statement
12    that you had made?
13        MS. LAPPEN: Objection as to the form of the
14    question. It's multiple and vague.
15        But go ahead and answer.
16 A  Are you saying have another officer...?
17 BY MR. GENDE:
18 Q  Let me ask it a different way. You know that
19    officers' statements were taken regarding your comment
20    to Mr. Perry, correct?
21 A  Yes.
22 Q  Were you provided those statements as part of the
23    investigation process?
24 A  Yes.
25 Q  And when you reviewed those officers' statements

## Page 124

1     regarding your comment to Mr. Perry that "if you're
2     going to act like an animal, we're going to treat you
3     like you're in prison," did you find any of the
4     information those officers provided to be inaccurate
5     or untruthful?
6  A  No.
7  Q  Do you know what the result of the investigation was
8     into your statement?
9  A  Yes.
10 Q  What was the result?
11        MS. LAPPEN: Answer the question.
12        THE WITNESS: Right.
13 A  Well, I was basically told to retire or I'll be
14    demoted.
15 BY MR. GENDE:
16 Q  How much time did the department give you to retire
17    before the demotion would take effect?
18 A  A month.
19 Q  And your demotion was going to be from lieutenant to
20    sergeant?
21 A  Correct.
22 Q  And would that have affected your pension benefits?
23 A  Yes.
24 Q  And to what extent? Did you run the numbers?
25 A  No.

## Page 125

1  Q  Who told you from the police department that you were
2     going to either retire or be demoted?
3  A  A captain of Internal Affairs Division.
4  Q  And what was your response to that?
5  A  I was upset.
6  Q  Did you make a comment in response?
7  A  Yes, I did.
8  Q  And what was your comment in response?
9  A  Right. Well, me and the chief of police didn't get
10    along anyway, so....
11 Q  I'm asking you about your comment.
12 A  Right. You want -- That was the response. I mean, if
13    you ask me was I surprised? No.
14 Q  I'm not asking if you were surprised. When the
15    captain sat you down and said, "The results of our
16    investigation confirm that you made the statement in
17    question, and that you spoke inhumanely to a inmate in
18    your custody --"
19 A  Right.
20 Q  "-- care and control," right?
21 A  Right.
22 Q  And then that captain said, "As a result, you're
23    either going to retire, Lieutenant Robbins, or you're
24    going to be demoted in 30 days to sergeant." Are you
25    with me so far?

## Page 126

1  A  Right.
2  Q  What did you say to the captain?
3  A  Unfair.
4  Q  Why did you think it was unfair?
5  A  Right. Well, things are always said to prisoners to
6     get them to comply.
7  Q  Did you tell the investigating detective from Internal
8     Affairs that it was kind of your common standard and
9     practice to use words to that effect with inmates to
10    gain compliance?
11 A  Not common, but those words is -- sometimes I use
12    them. All officers, especially, I would say, from
13    years back, used those comments to get prisoners to
14    comply.
15 Q  So it wasn't the first time you had made comments like
16    that to an inmate, correct?
17 A  That's correct.
18 Q  And you had worked in the jail in the '90s, correct?
19 A  Yes.
20 Q  And when you worked in the jail in the '90s, how many
21    times did you use that kind of language to get your
22    inmates to comply?
23 A  Not often.
24 Q  How about as a lieutenant of the Prisoner Processing
25    Section for the Milwaukee Police Department? How many

## Page 127

1     times did you use --
2  A  That was just one time. One time.
3  Q  Are you currently employed?
4  A  Yes, I am.
5  Q  And where are you working at now?
6  A  MATC.
7  Q  In what capacity?
8  A  A lieutenant, security.
9  Q  You mentioned a few moments ago that you and the chief
10    of police don't get along. What was the dispute
11    between you and Chief Flynn?
12        MS. LAPPEN: I'll just object as to
13    relevance.
14        THE WITNESS: Yeah.
15        MS. LAPPEN: But go ahead and answer.
16        MR. GENDE: Well, he brought it up. Opened
17    the door.
18 A  Probably -- Probably his leadership.
19 Q  You have issues with Chief Flynn's leadership?
20 A  Yeah, you know -- Yeah.
21 Q  To what extent? Does he not properly train his
22    people? Is he unfair to --
23 A  Unfair.
24 Q  -- minorities?
25 A  Unfair. I ain't going to say to minorities. In

## Page 128

1     general.
2  Q  How is he unfair?
3  A  Just like I think he prefer youth over veterans, you
4     know, so....
5        MR. GENDE: I don't think I have anything
6     further. At this time, I'm going to confer with
7     counsel, and there may be some other questions
8     from the other attorneys.
9        THE REPORTER: Off the record.
10       (Off the record 1:39 - 1:44)
11       THE REPORTER: We're back on the record.
12 BY MR. GENDE:
13 Q  Lieutenant, did you find anything amusing on the
14    evening in question as it relates to Mr. Perry's
15    condition or his stay at PPS?
16 A  No.
17 Q  Did you ever observe on the video you walking around
18    the corner of the hallway, seeing Mr. Perry surrounded
19    by police officers, and then walking away?
20 A  Yeah, I walked away. You know, I was talking to -- If
21    you looking at something amusing, you know, if you
22    observe the video, I was standing, talking to another
23    officer who was sitting at the process desk and
24    generally with the computer [demonstrating], and we
25    were having a conversation.

Page 129

1 Q Were you laughing about something?
2 A It's something that she said. Probably, yes. But
3 nothing directed toward the prisoner.
4 Q Do you recall a conversation with Officer Jacks or
5 Kroes while they were at the emergency room where
6 either one of those officers told you, "We don't think
7 Mr. Perry should be released," or words to that
8 effect?
9 A If they would have told me that, there's no way I
10 would have -- I mean, at that point, there's no way --
11 He would have stayed there. No. That was never given
12 to my attention. Why would I bring up -- If they
13 saying that he's not ready to be released, why would I
14 tell them to bring him back? That wouldn't make no
15 sense to me.
16 Q Well, I'm just asking you. So if Officer --
17 A It was never given -- If they -- I rely -- Like you
18 saying, I rely on their information to tell me he's
19 not ready to come back. There's no way I'm going to
20 bring him back to my facility, I mean, and jeopardize
21 this person, you know, collapsing or dying in my
22 facility.
23 Q So --
24 A The City jail.
25 Q -- if Officer Kroes or Jacks either put in a report or

Page 130

1 testify that when they called you and said they didn't
2 think Mr. Perry should be released, you deny --
3 A I --
4 Q -- receiving that information.
5 A I deny receiving that information.
6 Q Because in the event that Officer Jacks or Kroes
7 believe that Mr. Perry --
8 A Right.
9 Q -- should not be released, then you as the supervisor
10 would say he must stay there, do not convey him
11 anywhere else.
12 A Not -- Speaking from a doctor's standpoint, if the
13 doctor said, "Hey, I'm not going to treat him, he's
14 being released," I can't make -- I can't make -- I
15 can't make that determination from a doctor's
16 standpoint. But if they saying, "Well, look, he can't
17 be released," the doctor -- I mean, they must have
18 talked to the doctor, not me. But I never heard that
19 comment coming from them.
20 Q Do you recall Jacks calling you and you telling Jacks
21 that if the hospital released Perry, there was nothing
22 the Milwaukee Police Department can do, and that they
23 should bring Mr. Perry back the best they can?
24 A Yeah. I recall that. I told them -- Yeah, I mean, if
25 the doctor release him, there's nothing we can do.

Page 131

1 That's true.
2 Q Do you recall either one of those conveying officers
3 informing you that Perry was spitting while he was at
4 the hospital?
5 A Yes.
6 Q Do you recall whether those officers told you that
7 Perry was kicking while he was at the hospital?
8 A Yes.
9 Q Do you recall whether those officers told you that
10 Perry was being combative while at the hospital?
11 A Kicking, spitting. Yes.
12 Q Do you recall whether those officers expressed to you
13 whether they believed Perry was in a better state of
14 health when he was released from the hospital as
15 opposed to the time when he was taken to the emergency
16 room?
17 A They didn't make a statement like that. But they just
18 saying that he was combative, spitting, kicking.
19 Q Do you know how long Officer Kroes and Jacks waited in
20 the sally port once they returned from the emergency
21 room to PPS before they brought Mr. Perry up to PPS?
22 A I would say about an hour.
23 Q Do you know why they were waiting for an hour in the
24 sally port?
25 A No, I don't. I think maybe -- I mean, at the hospital

Page 132

1 -- in the sally port?
2 Q Yes.
3 A No, I don't. Generally, it can be a lot of reasons.
4 Sometimes CJF can get busy with other prisoners. The
5 suburbs bring they prisoners to the County jail. But
6 I'm speculating at that point.
7 Q Okay. We don't want you to speculate.
8 A Right.
9 Q And finally, if officers in the presence of Mr. Perry
10 heard him say, "I can't breathe," or, "I think you're
11 killing me," or, "Someone help me," or words to that
12 effect, do those officers have an obligation to report
13 that information to you as their supervising
14 lieutenant?
15 A True.
16 Q And why do they have that obligation?
17 A I mean, it's -- I mean, number one, it's SOPs, and
18 number two, it's the right thing to do.
19 Q It's the right thing to do because in the event that
20 that inmate is actually having trouble breathing --
21 A Right.
22 Q -- or feels like he might be dying as a result of the
23 officers' actions, or needs help --
24 A Right.
25 Q -- then it's the Milwaukee Police Department's

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 34 of 54   Document 120-4

Page 133

1    philosophy and policy and procedure to get medical aid
2    for that person.
3  A  Sure.  And seeing they're in -- before they call me,
4    and I always tell them, before they call me, a
5    Milwaukee Police Department rescue team should be on
6    they way.
7  Q  And that's my next question.  The police officers that
8    we're talking who were involved with Mr. Perry,
9    whether inside or outside your presence, they don't
10   have to ask for your permission to call for medical
11   assistance in the event they believe someone is in
12   need of medical attention, correct?
13  A  Correct.
14  Q  Every police officer on the department can make the
15   call if they think it's necessary, right?
16  A  Correct.  We on the same page with that.
17       MR. GENDE:  Okay.  I don't have anything
18   further.  Thank you for your time, Lieutenant.
19       THE WITNESS:  No problem.
20       THE REPORTER:  Is there anything further?
21   There being nothing further for the record, the
22   deposition is concluded at 1:51.  Off the record.

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 35 of 54   Document 120-4

**A**

ability 28:21 29:18
able 14:25 19:14 21:8 24:3 35:21 36:16 38:19,21 38:23 43:13,17 43:20 56:5 65:15 70:2,5 73:2 79:23 84:11,13 104:18 111:6
abnormal 22:19
access 34:11
accord 104:20
accurate 9:6 55:20 63:12,15 86:24 87:2
act 46:11 48:4,17 70:23 72:5 102:4 103:1 113:22 124:2
acting 66:5 113:10
action 14:5 40:16
actions 46:13 77:20,22 78:17 132:23
active 66:7
activity 92:23
addition 16:8
additional 18:21 19:12 75:24
address 28:21
addressed 47:11
Adeneken 9:17
administration 5:22 6:1
administrative 8:18,22 84:21
admittance 86:17 91:14
advised 25:22 67:1 75:23 96:15
Affairs 12:21 20:1

114:23 115:14 116:1 125:3 126:8
affect 29:17 47:18
afford 5:5
aforementioned 84:19
afternoon 103:20 104:6
agitated 27:3
ago 55:15 97:14 104:2 118:20 119:13,14 127:9
agree 13:20 24:9 29:10 61:19 62:6 71:5 72:10 74:18 75:15 86:22 95:4,24 96:8
ahead 18:5 24:17 34:16 58:25 74:24 75:7 78:24 80:14 81:4 92:4 102:8 103:6 104:4 106:5,12 110:16 114:11,20 116:5 116:19 117:9 123:15 127:15
aid 110:22,25 111:14 120:15 133:1
ain't 66:16 81:25 82:5 127:25
Alexander 83:19 90:22
allegation 104:17
allegedly 116:9,14 116:24
allow 5:4
allowed 30:15 31:3
allowing 22:21 56:14 122:24
allude 25:4
ambulance 96:13

amended 4:5 10:8 10:10
amends 14:3
amount 102:20
amusing 128:13 128:21
Andrew 117:17
anew 105:3
animal 46:11 48:5 48:17 102:4 103:1 113:11,22 114:6,14 124:2
answer 4:22 5:5 18:5 24:17,18 34:22 39:8 58:25 74:24 75:7 78:24 80:14 81:4,5 87:25 92:4 102:8,10 103:6 104:23 106:5,12 110:16 114:11 114:20 116:5,19 117:9 123:15 124:11 127:15
answered 58:24 103:5
answers 4:25
anticipating 39:11,17
anybody 6:12 11:16 12:2 28:15 39:25 42:13 56:7,9,13 82:6 84:17 97:3 98:2 99:18 110:7 114:6 115:22 118:18 119:17
anyplace 64:14
anyway 125:10
aphyxia 119:5
apologize 19:25
apparently 14:3
appear 21:22 78:19 80:19

appearance 10:9
appeared 23:16 73:3 79:16
appears 10:24
applied 22:1 123:2
appointment 7:4 7:16
approve 86:16 91:14
approximately 11:15 20:11 86:14 91:11
area 45:21 51:24 52:2 55:22 76:20 90:21 100:19
argumentative 102:7 103:5 116:3,18
arm 38:12 40:12 56:4 58:6 59:9 59:23 60:2
arms 21:24 59:18 68:1,14
arrest 76:10 81:11
arrive 20:11 28:22
arrived 9:18,20 20:7 83:15
asked 19:25 21:4 30:24 58:23 66:21 69:24 103:4 107:24 109:3,5,11
asking 14:23,24 14:24 15:25 16:5 43:10,10 50:4 58:4 59:3 64:10 65:5 67:18 71:19 87:12 93:18 102:18 103:16 107:8,17 109:19 125:11,14

129:16
asphyxia 119:6,9 119:12
assaulted 27:20
assaults 27:23
assign 23:4
assigned 7:5,9 8:23 9:2 23:3 53:13
assist 57:17 58:19 60:23 75:24 122:14
assistance 15:19 15:19 47:19 56:10,13 57:20 59:7 67:25 72:24 73:15 96:3 120:13 121:9,24 122:6 133:11
assisted 83:20 90:23
associate 5:13,18
assume 4:22 122:19
Assuming 62:1
asthma 15:15 37:6
asthmatic 19:4
attempt 4:19 5:5 39:1 42:25 46:23 61:12 70:21 71:19 75:11 111:11
attempted 72:2,3 81:23 122:13,23
attempting 82:6
attempts 81:10,17
attention 13:19 16:4,7,14,18 27:25 28:20 45:13,15,22 97:22 98:1,4 120:6 121:19 122:10 129:12 133:12

attorney 104:17
  104:25
attorneys 1:6 2:21
  25:22 128:8
Aurora 3:5 75:23
authority 14:12
available 41:2
  101:16
aware 17:11
  33:14 57:4 72:1
  114:23 120:16
  122:23
awe 48:4 49:5
  50:5 52:23
Ayala 83:19 90:22
A3 41:4,7,11,17
  41:19,22 43:24
  44:21 52:20
  53:21,24 54:4,6
  54:22 55:3,22
  57:8 58:7,10,18
  62:5 64:13 65:1
  65:7,9,17,18,19
  67:15 83:15
  84:20 100:20
  117:12

B
bachelor 5:19,20
bachelor's 5:14
  5:15
back 6:22 10:22
  14:4 17:4 18:7
  18:18 19:5,6,10
  30:4,12,22
  33:15 35:16
  41:10 54:22
  56:2 57:11 60:7
  62:18 65:20
  74:12 75:25
  84:21 85:3,6
  90:19 95:18
  97:8 108:8
  123:7 126:13
  128:11 129:14
  129:19,20

130:23
background 5:10
bad 26:16 29:2,5
  29:10,11 65:5
bar 6:11
barely 94:20,21
based 24:19 28:19
  65:10 79:2,7
  80:17 88:14
  101:15
basically 6:2 7:6
  13:13 15:20
  19:4,8 26:15
  33:15 35:2
  79:19 82:20
  100:2 115:3,17
  124:13
Bates 4:7 13:25
  62:24
bathroom 36:24
  37:1,1
beat 7:7,11
becoming 27:3
bed 42:5 51:24
begins 86:11
behalf 2:6,12,18
  2:24 3:5,11,17
behavior 25:7
  35:15,17 46:13
  70:17 79:20
  82:19,21 102:13
  102:14,15
  115:17
believe 11:13 30:9
  31:8,21 37:11
  37:13,13 40:13
  42:2 57:20 68:6
  72:16 74:7
  84:12 96:9
  113:4 117:13
  118:22 119:4
  130:7 133:11
believed 59:22
  99:8 131:13
bells 26:5
bench 41:25,25

76:22 80:18
benefits 124:22
best 87:25 130:23
better 51:18
  78:20 79:16
  80:22 122:14
  131:13
bit 25:5
bleeding 16:20,24
  43:21 61:13,23
  62:7 64:14,16
  69:17 95:7 98:5
  100:3,10,20
  111:4,7,7,15,19
  111:20 112:13
  112:14
block 112:24
  117:10 118:24
blood 15:21 22:16
  22:19 24:1
  43:23 57:6 61:6
  61:8,11,15 62:8
  62:11 64:19,20
  64:21,23 84:23
  85:4 86:2,18
  89:25 90:2,7,15
  90:16 91:6,15
  91:20,22 92:1,7
  92:10,11,24
  93:1,5,24 94:7
  94:13,19,20,22
  95:1,4 97:16,24
  99:15,24 100:3
  101:8,17 105:14
  106:1,9,17
  107:2,12 108:5
  108:16,22
  109:10,13,17
  110:3,13 111:8
  111:9,25 112:2
  112:6,9,15,20
  117:3,23 118:11
Bluemound 3:19
bodily 44:11 71:6
  74:19
body 22:13,16

57:6,18 64:14
  64:21 100:19
Bohl 2:14 78:11
  88:3
Bonville 3:8
booking 40:22
  76:20
Borgelt 3:14
break 49:6 88:4
  95:15
breath 113:15
breathe 120:4
  122:2,11,15,21
  122:25 123:4,6
  132:10
breathing 21:1,2
  45:5 66:21
  69:22 77:19
  119:19,22
  120:18,20,23
  121:7,15 122:14
  122:18 123:3
  132:20
brief 7:2
briefly 12:18
  30:20
bring 10:12 54:17
  129:12,14,20
  130:23 132:5
Broadway 1:7
  2:22
brought 17:3
  35:16 43:1
  54:13 127:16
  131:21
building 54:19
bull 52:14
bullpen 20:15,15
  20:22 24:7
  41:15,15,17
  45:21 46:1
  51:12,15,20
  52:2,8,11,17
  55:22 64:1,13
  67:6,7 68:5 69:4
  77:3

bump 51:22
bureau 33:8
busy 35:1 52:13
  52:15,16,17,18
  132:4
buys 7:10

C
C 2:1
call 6:14 15:20
  23:6 25:3 32:11
  32:14 35:5
  36:17 44:25
  45:4,7 73:9
  75:19 86:15,19
  89:8 91:12
  96:10 97:16
  98:2,6,9,10,12
  99:14,18 103:8
  111:23 112:4,8
  119:24 120:5
  122:3 133:3,4
  133:10,15
called 72:24 81:13
  115:1 130:1
calling 98:12
  130:20
calls 75:6
calm 45:11,11
  89:11 90:14
candy 6:11
capable 96:4
capacity 127:7
captain 125:3,15
  125:22 126:2
care 17:15,20
  18:15,21 19:20
  29:14 32:9
  72:16 75:2
  102:2 107:12
  125:20
career 6:8 72:25
carried 44:8
  59:18 64:13
  65:17,18,21
  68:14

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 37 of 54   Document 120-4

carry 55:21 84:20
carrying 55:25
  56:18 68:2 94:5
case 12:8,10 87:20
cause 61:23 93:1
causing 45:25
cell 40:23 41:1,4,7
  41:11,18,23,24
  42:13,19 43:24
  51:1,3,8,10,17
  51:19,24 52:24
  53:18 56:18,22
  57:5 59:8,19,22
  60:6,8,20,25
  61:3,6,8,16,22
  62:8,12,17
  64:16 65:22
  83:21,25 84:4,5
  84:10,20,22
  85:3,6,7,25 86:3
  86:4 89:25 90:2
  90:7,15,23,25
  91:5,6,8,19,20
  92:7,11,24 93:5
  94:14 95:2,4
  98:5,6 99:15,24
  100:20,24 101:6
  101:7,17 103:22
  104:20 105:4,13
  105:16,23 106:1
  106:2,9,10,17
  107:2,12 108:15
  108:17,18,22
  109:14,17 110:4
  110:13 111:5,8
  111:15,25 112:9
  112:21,24 117:3
  117:6,10,12,23
  117:24 118:2,4
  118:11,12,15,20
  118:24
cells 41:2,3,12,20
  42:7,10 51:17
  52:19,21 57:2
  111:21
certificate 5:23

change 8:4,6,15
  65:15 68:6
  70:16,19 72:10
  75:15 78:10
  79:24 97:10
  102:1,13,15
  115:16
changed 8:17 36:5
  36:13 38:16
  65:11 67:17,19
  67:20
changes 80:11,17
charge 9:18 10:4
  10:4 14:11
  30:12 32:7
  121:13
Charles 2:14
checked 24:12
checks 53:6,7,19
chest 16:24
chief 125:9 127:9
  127:11,19
Christopher 2:8
chronological
  87:3,7,18 88:10
  88:17
chronology 90:20
citing 86:17 91:15
City 1:6 2:21,24
  6:9 30:5 52:15
  106:14 129:24
civilian 8:21
CJF 31:11,22
  32:19 34:7
  35:13 43:3
  53:23 54:6,9
  55:13 60:11
  81:21 82:23
  83:5,15 85:2
  86:16,20 89:9
  91:13 97:18,25
  98:3,6,23 99:11
  99:18,21 101:4
  101:21 103:15
  103:18 106:19
  106:20 107:4,7

107:20 110:24
  111:3,4 112:8
  112:10,11,12,14
  118:21,23 132:4
CJF's 98:18
claim 37:5
Claire 1:4
clarify 77:6
clean 56:14,15
  62:1
cleaned 58:20,21
  118:13
clear 4:20 5:7
  39:18 48:13
  67:8 71:15,16
  71:17 96:21
  121:6,14
cleared 17:22
  19:14 31:16
  36:3
clearly 115:7
close 60:8
closed 60:6
  100:20
closer 52:24 53:2
  53:11,13 54:21
  100:24
closest 28:1
clothing 57:18
  78:3
coherent 21:16
  23:22 36:10
  70:11 74:1
  84:13,16
coherently 70:5
  102:25
collapsed 20:22
  24:6 86:20
collapsing 19:9
  129:21
combative 25:5
  26:16 28:11
  53:5 57:23
  58:10 59:1,4,6
  76:6 79:20
  85:16,19 98:7

131:10,18
come 13:19 28:5
  28:17,18 30:12
  32:2 90:13
  100:15 112:15
  114:6 115:1
  129:19
comes 15:11 16:5
  19:5 100:2
comfortable
  122:24
coming 28:11
  30:4,4 57:6
  98:14 130:19
comm 7:8
command 10:2
  94:4,11 113:21
commanding 9:25
commands 47:24
  49:24
comment 46:10
  113:13 123:19
  124:1 125:6,8
  125:11 130:19
comments 114:7
  114:13 126:13
  126:15
commercial 6:10
  6:11,11
commercials 6:6
common 24:7
  71:3 126:8,11
communication
  98:8
Communications
  81:13
community 7:8,8
  7:11
Compared 41:9
Compensation
  3:17
complain 100:14
  122:18
complained
  100:11 122:15
  122:16,17

complaining
  120:3,18 121:7
  121:15 122:20
complete 54:3,13
  55:14,17,19
  76:10,16 88:7
  98:22,24 99:2
completed 31:2
  31:10 34:20
  35:12,13 54:7,9
  55:19 60:12
  81:13
compliance 46:24
  48:9,23 113:18
  121:19,20,22
  126:10
complied 85:13
  91:2 108:13
comply 35:24
  43:2 45:11
  46:15 50:8,9
  102:14 115:18
  126:6,14,22
complying 49:23
  102:11 103:13
computer 128:24
concern 38:1,8
  46:4 50:23
  59:16 89:18
  99:23 100:1,4,6
  100:23 101:14
  102:2,5,18,20
  103:3,7,16,18
  114:7
concerned 27:10
  49:15 59:11
  82:12 89:14,19
  89:19,22 90:4,4
  95:25 99:20
  101:21,22,22
  114:13
concerns 47:10,11
  47:14,16,22
  48:6 49:1
concluded 133:22
Concordia 5:14

5:19
concrete 51:22
  52:3
condition 19:15
  36:5 38:16
  54:23 57:4
  65:15 67:2,17
  67:19 68:7
  70:16,19 72:10
  73:10 75:15
  78:10 79:22,24
  80:12 128:15
conditions 69:25
conduct 13:21
  114:24 123:11
confer 128:6
confidence 28:25
  29:18
confident 28:21
  28:23
configuration
  41:19,20,22
configured 42:8
confirm 125:16
confuse 87:3 89:5
confusing 89:3
conscious 21:1,2
  21:14 23:21,22
  66:20 69:22
  77:19
consciousness
  17:8
considering 63:16
  118:10
constantly 13:18
  13:19
contact 32:3,4
  43:13 63:16
  66:1,3 67:11,14
  67:21,23 68:7
  68:10 96:23
contained 19:22
continued 48:6
  49:11 77:18
contradict 112:22
  112:25

control 14:22
  15:2 19:21
  29:14 71:6
  72:16 74:19
  75:2 79:15
  89:10,15 118:19
  125:20
conversation
  21:13 22:4,6
  36:7 38:23
  42:22,25 43:9
  70:12 84:13,15
  84:16 128:25
  129:4
conversations
  24:3
converse 70:2
convey 23:2,8
  27:14 29:19
  32:15 33:16,19
  37:8 82:1
  106:18,22
  107:17,17,19
  130:10
conveyance 23:6
  24:21 81:14
  83:9 96:13
  99:21
conveyed 15:22
  15:23 22:22,25
  24:25 26:9 29:3
  33:23 37:21
  38:1 65:12
  73:24 98:4
  106:20 107:7,20
  111:2,24
conveying 131:2
convinced 49:16
Coogan 3:11
cooperate 25:6
  35:23 40:25
  43:2,4,10 46:16
  50:2,4 103:11
cooperating 41:1
cooperation 35:20
Corey 26:5

corner 128:18
Corps 7:22
correct 7:20 11:1
  11:2 12:13,23 14:1
  14:2,5,13 16:14
  16:15 17:9,10
  18:13,15,18,19
  19:5 21:16
  23:17,25 24:2,3
  29:8,10,23 30:3
  31:24 34:4,12
  34:13 36:3
  38:13,14 39:21
  39:22,23,24
  42:23 46:24,25
  47:3,4 48:6,11
  48:18,24,25
  49:4,9 50:24
  52:25 57:3
  59:14,15,24
  61:24 63:1,6,9
  63:10,14,17,18
  63:21,22,25
  67:5 69:15,19
  69:22,23 70:1,3
  70:4,5,6,9 71:25
  72:8,12 74:5,10
  74:11 75:4,13
  75:14,16,21,25
  76:14 79:24
  80:4,9,10,12,15
  81:16 82:9 83:9
  83:16,17,23
  85:8,9,19,20,22
  85:25 86:24
  87:4 88:21 89:3
  89:6,7 91:8,9
  92:17 93:1,2,7
  93:20 95:22
  96:6,11,12,14
  99:21 100:21,22
  100:25 101:5,8
  101:9 104:11
  107:14 108:19
  110:8,9 113:18
  116:11,12,20

117:6 122:8,9
  122:12 123:20
  124:21 126:16
  126:17,18
  133:12,13,16
correcting 119:8
correctly 69:8
corroborating
  123:10
cotton 123:5
counsel 128:7
County 2:18 7:21
  33:20,22 43:8
  76:12 81:14,22
  82:2 132:5
couple 33:7 36:25
  115:25 123:9
court 1:12 5:1
  39:9
courtesy 5:6
CPR 86:21
creating 123:3
credits 6:7
criminal 5:20 6:1
  30:16 31:4,13
  32:3,9 33:16
  76:12,16 81:15
  96:16 97:7
  99:17 114:15
  120:11
crisis 16:4 32:13
  72:23 82:4,4,12
  82:15,18 100:13
  120:1,2
cross 50:14
crossed 50:17,18
CR2 31:8
CR215 53:25
cup 123:5
currently 127:3
Custodian 117:21
custody 14:22
  15:2 17:15,21
  19:20 27:15
  29:14 72:16
  75:2 79:14

89:15 93:9
  108:1 125:18

**D**

D 3:13 4:1
date 8:24 9:4
  115:4
dating 14:4
day 4:18 9:18
  14:7 55:12 67:2
  70:8 79:11
  98:15,20 115:3
days 125:24
dead 94:17,18
  114:6 118:23
deal 28:3 106:14
dealing 46:5
  54:14
dealt 41:5 45:23
  46:1 75:8
death 63:9,17
  73:23 86:23
  90:3,10,11,13
  93:9 97:2,3
  108:23 116:9,11
  119:1
deceased 85:5
decide 51:10
decided 52:23
  60:10
decision 15:22
  24:22 29:18,21
  29:25 51:2,6
decrease 101:16
defecate 71:3
defeated 21:20
  23:24 36:11
  44:1 47:25
  50:19 67:25
  68:19 71:7,21
  78:2,18 80:19
  102:22 105:18
defecation 70:18
  70:22
Defendants 2:18
  2:24

definitely 8:9
32:13
definition 29:16
degree 5:13,14,15
5:18,19,20,21
6:3
demonstrating
27:4 40:6 46:19
56:3 128:24
demoted 124:14
125:2,24
demotion 124:17
124:19
deny 130:2,5
denying 123:10
department 6:25
7:14,16 13:10
13:12,21 15:20
15:21 17:20,23
18:18 19:21
20:14,18,20
22:5,18 27:14
29:13 32:8,11
32:14 35:1 41:6
57:17 62:25
69:6 79:3,9
87:15,21 88:14
90:13 96:10
97:17 108:2
111:23 112:4,18
119:12,24 120:6
120:7,17,21,25
121:11 122:3
124:16 125:1
126:25 130:22
133:5,14
department's
13:22 17:15
132:25
depositing 57:2
deposition 4:5
10:9,14 11:1,5,8
12:8,20 19:19
62:23 104:11,14
133:22
depositions 12:11

describe 13:5,6
19:2 40:5
described 16:9
48:1
deserved 57:24
desk 128:23
despite 69:13
details 25:23
detective 33:8,11
35:9 61:20 62:4
80:4 83:8 97:1
107:24 108:4,9
108:22 109:1,13
109:22 110:5
112:19 113:7
116:16,23 126:7
detectives 30:10
30:13 32:4,17
32:22 33:3,14
34:19 35:2,2,5
54:1,3,14 93:9
94:9 96:21 99:6
99:8 109:25
110:1
deteriorated
19:15
deteriorating
27:2,3
determination
15:18 16:1
72:13,20,22
73:3 130:15
determine 15:5
16:17 23:18
50:11,13 61:12
70:21 71:20
72:2,3 75:11
78:16 92:25
94:5 95:11
111:11
determined 111:9
diabetes 37:5
diabetic 15:16
19:6
Diaz-Berg 53:16
55:4 118:22

died 4:18 14:8
62:3 89:9 96:15
99:16 108:1
109:2,22 110:5
112:20 114:4,15
116:14,23
117:21 118:10
118:16,21
different 9:7,9
13:14,15 23:4,5
24:19 38:17
41:11,15,19
66:3 75:1 100:5
100:6 103:24
105:19 123:18
differently 97:10
difficult 39:9 52:5
difficulty 45:5
119:19,22
120:18 121:7,15
dignity 57:22
dim 117:10
directed 115:20
117:1 129:3
direction 51:1
94:4,10
directions 49:24
directives 45:11
103:14,14
directly 30:16
31:4 76:16
discharged 29:23
discussed 98:15
discusses 13:25
discussion 70:11
97:2
discussions 96:17
dispute 58:7
113:2,3 127:10
distance 27:17
distinguishing
77:13
distress 100:13
122:7
District 1:12,13
districts 23:5

division 13:15
125:3
doctor 14:23,24
23:18 26:13,17
26:21 27:10,12
30:2 71:8,10,18
72:13,14,18,21
72:21 73:6,8
78:25 79:21
82:5,5 95:21,24
119:10 122:8
130:13,17,18,25
doctors 25:6
27:17,22 28:15
34:11 82:1
doctor's 130:12
130:15
document 10:10
10:12 13:5,6
documents 10:25
11:3 12:4 31:9
62:22 104:9
doing 20:25 39:17
54:17 55:4
58:22 110:1
door 20:17 36:6
40:4 41:9 60:6,8
100:20 101:6,20
127:17
doubt 37:22,24
downstairs 54:18
Dr 2:4 3:3
drop 57:1 61:22
62:6
dropped 56:21
61:21,22 62:5
drug 7:10
Dudek 2:15
due 76:9
duties 7:7,10 8:4
8:6,15,17 9:7,12
9:19 60:7,7
72:15,18 84:21
duty 9:13 34:9
54:21 60:15
dying 129:21

132:22

**E**

E 2:1,1,16,20 3:7
4:1,11
earlier 36:6 42:13
63:25 65:12,16
66:3 68:7 76:25
80:24 95:20
103:25 105:20
ears 69:19
easier 68:25
Eastern 1:13
educational 5:9
effect 47:7 124:17
126:9 129:8
132:12
either 17:12 40:12
54:13 56:13
58:19 71:1
96:10 123:10
125:2,23 129:6
129:25 131:2
elevator 20:12
85:25 91:5
101:19 108:15
else's 82:6
emerged 19:13
emergencies
19:13
emergency 14:21
15:1,7 16:22,23
17:1,7,14,14,17
17:21,22 18:1
18:12,21 19:14
22:22,25 23:9
24:10,25 26:10
26:23 27:2,13
27:15 32:10
33:12 37:22
45:19 50:15
64:7 65:13
72:12,17 73:4
74:20 75:4 77:2
77:10,17,24
78:8,15,22

79:17 80:24
95:6,8,12 96:1
96:10 100:8
129:5 131:15,20
**emitting** 78:4,19
105:16
**employed** 6:24
127:3
**employees** 8:9,21
**employment** 7:3
7:18
**ended** 22:3
**ensuring** 54:8
**entail** 5:16
**entered** 56:22
65:19
**entire** 5:4
**equally** 14:17
**ER** 36:3
**Erickson** 3:8
**escape** 36:25 38:8
**escorted** 105:6
**escorting** 97:21
**especially** 79:11
126:12
**Estate** 1:10
**evening** 10:2 36:6
42:14 46:3 52:6
52:13 62:3
63:25 66:4 68:8
77:1 80:24 82:9
96:24 97:3,9
105:20 107:25
115:22 117:4,14
117:20 119:18
128:14
**event** 24:11 47:3,9
58:16 61:19
74:17 76:15
112:17 119:21
120:3 122:1
130:6 132:19
133:11
**events** 88:21 97:9
**everybody** 100:4
**evidence** 118:16

118:19
**exact** 115:4
**exactly** 9:2
**EXAMINATION**
4:2
**example** 27:19
100:14
**excrement** 74:8
**Excuse** 6:16 109:7
**Exhibit** 4:4 10:6,8
13:5,8 62:20,21
108:10 117:16
**exhibits** 4:8
**expect** 90:2
119:23,25
**expedite** 82:6
99:21
**expedited** 81:12
81:18 82:11,23
101:3
**experience** 18:25
28:19 79:9
80:20 87:13
90:11
**expired** 85:8
89:15
**explain** 15:9
36:14 62:7
109:13 116:22
120:23
**explained** 32:13
**explaining** 37:14
**explanation** 62:10
62:13 110:2
**expound** 97:11
**express** 114:7
**expressed** 102:19
103:3 131:12
**expressing** 102:5
119:21
**extent** 99:20
124:24 127:21
**eye** 43:13 51:16
51:18,25 52:24
53:2,5,11,14
54:21 100:24

**eyes** 43:18 50:23

## F

**F** 69:5 81:11
**face** 26:7 56:2
57:9,9 58:11,18
61:22,23 62:5
76:23
**faced** 57:10
**facilities** 32:5
**facility** 30:17 31:5
31:13 32:9
33:16,22 76:12
76:17 81:15,25
86:17 91:14
96:16 97:7,18
99:17 114:16
129:20,22
**fact** 63:19 69:13
84:22
**faculties** 36:11
**failed** 116:24
120:5 121:9,18
**failure** 57:20
120:12
**fair** 4:23 5:7 46:3
**fairly** 35:13
**faked** 37:11
**faking** 47:10 49:1
**fall** 16:2 22:9 33:2
51:21
**fallen** 69:14
**familiar** 27:18
28:10,16
**Families** 3:17
**family** 89:19,22
90:4,5
**far** 16:5 32:20,20
90:11 106:22
107:16 125:25
**fashion** 21:22
87:18 88:10,17
**fecal** 117:24
**feces** 44:9 95:2
105:14 112:21
117:3,10 118:12

**feel** 47:18,21
108:21,25
**feels** 132:22
**fell** 33:10
**felony** 54:14
**female** 25:16
**females** 25:18
**file** 31:10 32:25
**filing** 23:6
**fill** 23:14 54:16
**finally** 5:4 132:9
**find** 19:22 37:3
54:12 90:2,8,9
92:7 99:7,9,12
124:3 128:13
**finding** 112:22
**fingerprints**
40:24
**fire** 15:20,20
20:14,18,20
22:5 32:11,14
69:5 96:10
97:16 111:23
112:4 119:24
122:3
**first** 7:5,13 8:23
9:23 11:12
12:25 32:12,14
35:4,5 44:11
66:3,8,9,18
67:11,21 68:7
69:1 73:23
109:16,19,25
110:3,22,25
111:14 120:14
126:15
**five** 7:3,6,13,17
52:18 86:14
91:11
**flailing** 27:5 47:23
**flaying** 84:5
**floor** 20:23 25:19
43:1 58:11 61:9
62:11 76:22
85:22 91:4 95:4
99:16,24 101:8

101:17 105:14
105:21 108:5,14
112:21 117:24
118:2,4,21
**Floyd** 86:19
**Flynn** 127:11
**Flynn's** 127:19
**focus** 47:22 99:14
**follows** 15:4
**force** 14:7,9
**forceful** 113:17
113:21
**forget** 111:1
**form** 18:3 23:6
74:22 75:5
78:11 80:13
81:2 92:2 106:3
106:11 110:14
114:9,18 116:4
116:17 117:7
123:13
**forms** 22:21,24
**forth** 62:25 83:8
**foul** 44:9 78:18
**found** 89:25 90:15
112:20
**foundation** 24:16
78:23 80:13
**four** 55:23
**frailing** 27:4
**Frank** 83:1
**Frauen** 3:14
**front** 10:24 11:3
12:4 25:25
56:17 67:21
97:20 122:18
**frustrated** 46:7
**full** 66:9,18
**functions** 44:12
71:6 74:19
**Fund** 3:18
**further** 16:16
24:23 29:16
31:23 69:6
76:19 78:1 81:9
128:6 133:18,20

133:21
**furthest** 42:10

**G**
**gain** 46:23 48:8
48:23 126:10
**game** 37:9
**games** 36:18
37:16,17 38:2
46:20 103:7,12
**game-playing**
47:2
**garments** 56:10
57:24 58:21
**gather** 32:24
**gathered** 107:1
110:20
**Gende** 2:2,3 4:3,8
4:9,12 6:17,19
6:23 10:19,23
18:9 24:18
30:23 39:16
59:2 66:14
74:25 75:10
78:14 79:1
80:16 81:6 88:5
88:7 92:6 95:14
95:19 102:9
103:19 104:24
106:7,16 110:18
114:12,22 116:7
116:21 117:11
119:7 123:17
124:15 127:16
128:5,12 133:17
**Gendelman** 3:2
**general** 8:25 14:3
17:19 128:1
**generally** 7:10
36:15 53:6
100:12 128:24
132:3
**gentleman** 107:12
117:17
**gesturing** 41:7
**getting** 25:5,7

26:8,12 46:7
54:25 83:21
90:23
**give** 5:9 7:2,17
23:13 47:19
58:20 60:13,17
62:10,13 86:22
100:16 107:8
116:15 118:18
124:16
**given** 19:4 129:11
129:17
**giving** 25:17
26:25 56:14
**glasses** 66:16
**Glynn** 2:9
**go** 6:9,17 10:18,19
13:13,14,17
15:11 16:2 18:5
20:24 23:1,4,5
23:17 24:17
32:15 34:16
36:23,24 38:10
51:4,11 58:25
60:25 74:24
75:7 76:8 77:17
78:24 80:14
81:4 85:7,10
86:8 90:19 92:4
102:8 103:6
104:4 106:5,12
108:8 110:16
114:11,20 116:5
116:19 117:9
118:15 123:7,15
127:15
**goal** 33:16,19,23
82:1 103:16
**gob** 112:24
**gobs** 95:1 105:13
112:20 117:23
**God** 5:11 45:7
**goes** 15:23 118:2
**going** 4:16 8:18
13:4 16:3 20:14
21:1,4 24:15

25:23 26:15
27:20,21,25
28:7 35:18,19
37:3 39:4 40:25
43:5,10 46:11
48:4,16 55:18
62:21 82:3,4
87:16,20 88:7
97:25 98:1 99:1
99:3,11 100:15
101:19,20 102:3
102:16 103:1,1
103:10,10,12,13
113:11,22 114:5
114:14,24
117:16 123:7
124:2,2,19
125:2,23,24
127:25 128:6
129:19 130:13
**good** 23:16,19
39:17 88:4,5
95:14
**governed** 13:21
**graduate** 5:23
**groaning** 76:25
77:14
**ground** 102:22
**group** 56:17
**guess** 56:1 60:12
70:20 115:1
**guilty** 121:12
**Gutglass** 3:8
**guy** 25:5 33:18
114:5
**guys** 98:21 103:11

**H**
**H** 2:14
**halfway** 117:22
**hall** 65:21
**hallway** 67:15
76:20 128:18
**hand** 27:4
**handcuffed** 85:21
91:3 108:13

**handle** 23:2 27:23
51:12 82:13
119:23
**hands** 56:2
**hang** 100:15
**happen** 29:13
38:11 51:23
99:11
**happened** 18:6,10
27:7 40:18 62:9
75:8 116:6
**happening** 19:3
**happens** 34:18
**harm** 28:14
**Harriell** 86:19
**head** 5:1 20:22
22:10,12,15
24:13 37:12,23
51:22 56:5
61:17 62:7
63:24 64:8 66:7
69:14,15 74:16
105:8,9
**health** 23:16,19
55:1 63:20
65:11 78:20,21
79:13 80:21
93:14 94:1
101:25 102:6
110:12 131:14
**Healthcare** 3:5
**healthy** 101:24
**hear** 29:7 44:17
44:20,25 45:3,4
45:6,7,12 56:7
78:16 84:16
106:6 113:21
115:7 122:20
**heard** 72:8 85:7
113:24,25 121:2
121:8,18 122:1
130:18 132:10
**heighten** 101:16
**heightened** 99:23
**help** 15:17,25
44:25 45:7 82:3

132:11,23
**helping** 58:19
**hey** 36:23 37:5
97:21 98:7 99:4
100:14 107:11
130:13
**he'll** 51:21 111:24
**high** 5:12,13
100:3
**Hirschboeck** 2:15
**history** 7:3,18
**hit** 20:22
**hold** 56:5
**holding** 40:12
**holds** 14:15
**home** 15:15
**hope** 5:8
**hopefully** 17:2
40:25
**hospital** 15:23,24
17:5 18:8,15
19:10 22:7
23:17 25:3
32:15,16 33:9
35:17 36:21
37:8,18 73:12
73:14,16 111:2
130:21 131:4,7
131:10,14,25
**hour** 11:15 33:7
37:4 131:22,23
**hours** 33:7 35:7,7
37:4
**hurting** 97:22

**I**
**idea** 34:23
**identified** 10:6
13:8 62:20 69:4
**identify** 14:20,25
65:15 100:19
**identifying** 18:12
**II** 117:21
**ill** 15:13
**illuminated** 117:6
117:12

immediate 113:12
113:20
immediately
20:24 67:3
98:13 119:24
122:3
importance
106:22
important 81:20
88:16 92:21
105:25 106:8,13
106:13,15,18
107:3,6,10,14,15
107:16,19,23
108:21,25
110:12,17,19
111:6 115:25
116:15
inaccurate 19:23
31:14 98:16,18
124:4
inappropriate
82:21 104:22
incarcerated 37:3
incident 4:7 28:24
62:24 67:6
include 107:23
Including 14:15
incoherent 77:20
77:22 78:17
80:18
incomplete 30:14
31:3,14 53:25
indicate 27:1
Indicating 66:12
indication 72:12
individual 14:21
15:1,5 16:20
18:17 19:13,16
individuals 16:17
29:13
inform 98:3
116:24 119:17
information
19:22 20:9 25:1
26:11 27:7

31:12 56:24
63:8,12,15 64:2
73:22 86:22
87:1 92:13,21
98:18 99:5
100:16,17
101:15 107:1,8
107:18,20,24
108:3,4,6 109:1
109:10 110:10
110:20 111:6
112:1,22 113:5
116:8,14 124:4
129:18 130:4,5
132:13
informed 26:22
63:24 97:6
99:16 118:15
informing 64:6
131:3
inhumanely
125:17
injured 3:17 33:2
111:14,16,22
injuries 22:8
36:12 67:4,22
68:22 69:7,11
69:12,14,16
74:4
injury 22:10,12
24:1
inmate 18:12 23:8
23:8 32:10 62:2
75:1 89:14 95:5
112:8,13 120:17
125:17 126:16
132:20
inmates 34:1
45:21,25 56:20
57:1 126:9,22
inquire 39:1
44:14,17 45:12
72:8,15 95:10
inquiries 21:10
35:21 36:12
50:21 67:23

102:25
inquiring 87:17
inquiry 16:8
inside 20:19,24
37:3 120:6
121:10,12 133:9
inspect 61:16
inspected 36:8
inspection 16:11
16:17 17:6
instance 29:2
instruct 53:2,12
61:15 93:3
instructed 17:4
instructing 53:9
instruction 60:17
insulin 15:16 19:7
intelligent 38:23
44:23
interaction 12:17
INTERCOM
6:14
internal 12:13,20
12:21 20:1,4
114:23 115:14
116:1 118:25
119:3 120:13
123:7 125:3
126:7
interview 33:10
34:20 35:7,8,9
35:10,12,12,19
54:2,3,16,17
62:25 63:5
interviewed 30:11
31:23 33:3,4,8
34:19 62:3
116:11,13,23
interviewing
30:13 32:17
investigate 94:9
94:13,18 95:11
114:24
investigated
115:14 116:1
investigating

61:20 62:4
63:11 73:22
75:19 76:8 80:4
83:7 91:18 93:9
95:1 97:1
107:24 112:18
112:19 113:7
116:16 126:7
investigation
12:13 20:1,5
35:3 85:5 86:23
90:17 93:5
108:23 109:18
110:1 117:1
118:25 119:3
120:12,13 123:8
123:23 124:7
125:16
investigative
14:15
investigator 67:4
78:1 111:12
investigators 94:6
94:8
involuntarily
72:11 74:18
involuntary 70:23
70:24,25 71:13
71:24 72:5 75:9
75:12
involved 18:23
35:10 96:18
119:3 133:8
involvement 4:17
12:14
in-custody 63:9
86:23 97:2
108:23 116:11
119:1
in-death 93:9
in-service 13:17
in-services 13:16
issue 34:5 50:11
114:2
issues 33:17,18
127:19

| J |
| --- |

J 2:2 117:17
Jacks 25:12 75:20
129:4,25 130:6
130:20,20
131:19
jail 10:4 30:5
33:22 36:16,19
37:3 43:8 52:15
52:19 82:2
106:14,15
112:21 126:18
126:20 129:24
132:5
jailitis 36:17 37:9
38:6 46:20 47:2
47:11,15 48:1
48:11 49:2,7,16
103:7
James 2:2 69:4
81:11
janitor 94:24
112:20,23 113:5
janitors 112:18
January 11:13
Jeez 114:4
jeopardize 129:20
jeopardy 15:6
job 28:10 39:17
43:4 90:12 93:8
93:8 101:23
Johnson 3:1,2
Jr 69:5
judge 2:9 79:21
judgment 73:9
79:10
jump 103:10
justice 5:20,22 6:1
6:1 30:16 31:5
31:13 32:9
33:16 76:12,17
81:15 96:16
97:7 99:17
114:15

| K |
| --- |

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 43 of 54   Document 120-4

**Karl** 1:2 4:15 63:1
  69:2
**Katers** 2:8
**keep** 5:6 20:15
  34:1 51:16,18
  51:25 52:24
  53:2,5,11,13
  54:21 100:17
**kept** 53:21 92:15
  92:17,19 100:25
  109:1
**kick** 25:4 39:25
**kicking** 26:17
  35:18 38:18
  39:23 48:20
  53:5 57:25
  58:11,16 59:13
  66:6 76:7
  102:11 115:15
  131:7,11,18
**kill** 100:15
**killing** 132:11
**kind** 47:1 49:18
  49:21 126:8,21
**knew** 29:8 53:4,4
  97:24,25 98:11
  98:14 99:1
  100:7 101:20
**know** 5:16 6:12
  7:7 9:5 14:7
  15:13,19 18:7
  19:6,8 20:24,25
  20:25 21:1,6
  22:8 23:19 26:1
  26:1,13,14,19,20
  26:21 27:4,9
  28:3,5,8,17 30:9
  32:11,20,21
  34:11,17 35:21
  36:25 37:8,16
  38:10 39:13
  40:21,23,25
  42:11,13,16,18
  42:18 43:3,4,4,5
  43:7 44:1,4,5
  46:17,19 47:17

50:3 51:20,22
  52:19 53:7,13
  53:16,18,21
  55:10,12 56:4
  60:3 63:23
  64:18,25 65:3,4
  71:11,23 73:18
  73:19 74:1,12
  74:15 79:19
  83:1,2 90:17,18
  94:8,24 95:2
  100:1,2,8
  103:10,11
  104:22 105:12
  107:5 111:10,12
  112:16 115:4
  117:17 118:3,8
  118:25 119:9
  122:13,16 123:2
  123:18 124:7
  127:20 128:4,20
  128:21 129:21
  131:19,23
**Kroes** 25:10,12
  26:5 129:5,25
  130:6 131:19

**L**
**L** 3:1
**laid** 58:11
**Lang** 2:9
**language** 126:21
**Lappen** 2:20 6:14
  6:15,16,18
  10:15,18 11:7
  11:22,24 18:3
  24:17 39:5,8,11
  39:13,15 58:23
  66:12 74:22
  75:5 78:23
  80:13,25 81:2
  87:25 92:2
  102:7 103:4
  104:21 106:3,11
  110:14 114:9,18
  116:3,17 117:7

119:6 123:13
  124:11 127:12
  127:15
**Larson** 3:7,8
  24:15
**laughing** 129:1
**Law** 2:3
**lay** 92:16
**laying** 20:19
  62:12 67:21
**leadership** 5:23
  127:18,19
**leading** 48:14
**leave** 10:15
  101:25
**leaving** 24:20
  78:8 118:11
**Lee** 83:20
**left** 15:15 23:21
  57:8,9 60:7
  68:17,19,22
  77:15,17 79:17
  79:18 85:3
  86:13 89:9
  91:10 94:13
  97:8 104:5
**leg** 38:12 56:4
  58:6 59:8,23
  60:1
**legs** 21:24 59:18
  68:1,14
**lessened** 99:23
**let's** 10:19 26:18
  36:23 43:4
  47:20,22 60:1
  66:8 68:24
  75:18 90:15,19
  108:8 122:19
**level** 101:14
**lieutenant** 8:14
  9:3,8 32:7 58:2
  66:25 69:2
  84:21 85:12
  87:13 91:1 93:4
  93:12,24 95:15
  95:20 107:11

108:11 110:11
  114:4 122:4
  124:19 125:23
  126:24 127:8
  128:13 132:14
  133:18
**lieutenant's** 41:9
  60:22
**lifeguard** 7:21,22
**lights** 117:14
**line** 10:2 88:8
**list** 6:7
**little** 25:5 76:19
  81:9
**location** 13:15
  115:1
**locked** 36:17
  37:10,15 47:17
**long** 8:11 11:14
  11:24 28:12
  53:21 79:4
  131:19
**longer** 17:25
  48:10
**look** 9:1 14:4 21:8
  34:1 43:13,18
  43:20 66:8
  68:24 130:16
**looking** 20:13
  31:9 43:16 55:5
  86:10 104:4,7
  128:21
**looks** 34:23
**Lopez** 83:1,8
**loses** 17:8
**lost** 71:5
**lot** 25:20 36:15
  90:11 132:3
**loud** 114:1
**low** 19:7
**Luke** 83:20 90:22
**lunch** 104:5,16
  105:1
**lying** 43:1 58:17
  61:10

**M**
**M** 4:11
**maintain** 101:24
**majority** 20:16
**making** 8:20 9:10
  53:18 98:10
  115:13
**male** 25:16,18
**males** 25:18,21
**man** 68:12,13
  118:10,20
**manner** 4:20,25
  87:2 113:17
**March** 7:1
**Mark** 3:7
**marked** 10:7 13:4
  62:21 108:10
  117:16
**Marquette** 5:21
  5:24
**Mary's** 27:21
**mask** 22:1 40:19
  43:15,17,18
  50:21 59:14
  64:23,25 65:7
  66:23 67:22
  68:17 70:3
  76:22 102:11
  123:2
**master** 5:21
**master's** 5:24
**MATC** 5:14 127:6
**matter** 47:21
  63:19 117:24
**McNally** 3:13
**mean** 9:9 13:13
  19:5,8 21:5 22:6
  24:5 27:8,18
  28:3,13 30:11
  32:4,12 33:1
  34:25,25 35:1
  36:18,24 37:16
  41:23 43:3
  46:14,18 67:19
  70:24 71:1 75:3
  79:21 81:21

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 44 of 54   Document 120-4

84:6,6 87:12
90:10,10,11,12
90:16 91:23
96:19 98:21
99:4 100:3
101:22,25
106:20 108:7
109:6 120:11
125:12 129:10
129:20 130:17
130:24 131:25
132:17,17
**meaning** 73:13,14
90:24
**means** 52:16
**meant** 71:1
**measure** 24:11
**medical** 14:13,21
15:1,6,11,18,19
15:25 16:3,4,6,6
16:14,18,21,23
16:25 17:7,14
17:17,21 18:1
18:12,20 19:12
27:15,25 28:2
28:20,22 29:19
32:5,9,10 33:17
33:21 34:5 37:7
45:13,15,22
47:19 49:18,21
50:15,24 66:22
69:25 72:12,17
72:24 73:4,10
73:15 74:20
75:3 81:24 95:6
95:8,12,22 96:1
96:3,9 97:21
98:1,4,8 100:8
120:1,5,12
121:9,19,24
122:6,10 133:1
133:10,12
**medically** 17:22
31:16 86:16
91:14
**medication** 21:5,7

36:19 37:6
66:25 67:2 70:8
**medicine** 19:5
**meet** 11:7,14 83:4
**meeting** 11:24
**member** 90:5
**mental** 38:16 55:1
**mentioned** 16:9
42:22 103:20
127:9
**mess** 44:14,18
**met** 11:22 20:12
**metal** 41:25
**method** 24:21
**Metro** 3:5
**Michael** 3:1
**Milwauk** 121:21
**Milwaukee** 1:6,8
2:11,17,18,21,23
2:24 3:10,16
6:24 7:21 13:10
13:11,21 17:12
17:15,19 19:21
27:13 29:12
35:1 41:5 57:16
62:25 69:5
76:11 81:14
108:1 111:23
112:4,17 119:11
120:17,21,24
121:4,11 126:25
130:22 132:25
133:5
**mind** 50:14,17,18
60:4 105:25
106:8 107:10
115:9
**minorities** 127:24
127:25
**minutes** 12:1
44:13 53:6
86:14 89:9,15
91:11 97:7
114:15 118:11
118:20
**missing** 31:12

99:5
**mistakes** 34:18
**mister** 51:4
**mistreated** 9:11
**Mm-hmm** 9:6
21:19 36:9 63:2
66:13 67:13
74:3 79:12,25
80:2,5 83:12
88:22 102:24
121:17
**moan** 77:14
**moaning** 76:22
77:14,15 78:16
80:18
**moment** 59:4 65:9
93:11 105:3
**moments** 127:9
**month** 124:18
**mopping** 118:2,4
**morning** 11:25
95:20 103:25
**Mount** 27:11,13
27:21 28:2,19
29:4,18,23 30:1
30:16 31:4,17
34:21 36:7 64:4
**mouth** 16:20
43:20 50:22
69:17
**move** 34:2,7 43:3
43:8 99:10
103:15
**moved** 103:17
**movies** 6:5,6
**moving** 66:6 68:1
68:3
**MPD** 4:6,7 7:4
28:17 32:4
**MPD00429** 13:25
**multiple** 123:14
**M.D** 3:11

_____
**N**
_____
**N** 1:7 2:1,22 3:9
3:15 4:1,11,11

**name** 4:13,13
9:16 26:5
109:24 117:17
**names** 11:20,21
25:14 26:2
**national** 6:10
**nature** 43:11
**necessary** 30:14
133:15
**need** 8:24 15:16
15:18 16:18
23:14 27:25
28:20 32:10
36:19 37:5,7
45:22 47:18
48:13 84:7,8
97:21 98:4,8
133:12
**needed** 16:13
24:12 31:22
45:13,19 67:25
98:23
**needs** 15:19,22,23
16:3,4,6 28:22
29:19 32:15
98:21,21 122:11
132:23
**negative** 102:13
**never** 50:17,18
56:24 72:8
97:19 100:9,10
100:10,17
129:11,17
130:18
**New** 6:9,9
**night** 52:13 56:21
65:12,16 73:10
75:13 80:22
112:19 114:24
116:10,13,23
123:11
**Ninety-nine** 27:16
**nodding** 84:24
**nods** 5:1
**noncombative**
74:2

**noncompliance**
50:12 52:22
**noncompliant**
49:12
**nonresponsive**
47:23 50:21
67:24
**normal** 21:13
60:7 100:1
**normally** 55:16
**nose** 16:21 43:20
50:23 69:19
**notice** 4:5 10:8
**noticed** 20:14
**number** 46:4
100:9 132:17,18
**numbers** 124:24
**numerous** 24:5
52:4,6
**nurse** 81:22
**nurses** 27:17,23
28:15 33:22,23
34:9,11 82:1,3
82:12,24 97:18
97:25 101:4
**nursing** 86:15,21
91:13
**N28** 2:4

_____
**O**
_____
**O** 4:11
**object** 24:15
78:11 127:12
**objection** 18:3
24:19 58:23
74:22,23 75:5
78:23 80:13,25
92:2 102:7
103:4 104:21
106:3,11 110:14
114:9,18 116:3
116:17 117:7
123:13
**obligation** 132:12
132:16
**observation** 106:1

106:9,17
**observations**
65:10 79:23
80:1,8 85:10
107:25 110:21
**observe** 15:6
19:15 22:12
62:15 65:18,19
67:22 72:15
78:16,16 111:19
112:24 117:10
128:17,22
**observed** 35:25
37:25 55:24
56:21 60:5 62:4
64:12 66:10,18
66:20 69:11,21
76:21 78:2,7
80:11,17 83:24
84:3,23 85:4,21
85:24 86:2
90:24 91:6,20
91:21 93:6,22
99:15,24 105:13
107:2 108:5,6
108:16,22,24
109:13 110:3
111:8,25 112:6
**observing** 61:3
96:9 101:7
117:2
**obvious** 16:3,13
**occasion** 11:12
**occasions** 11:10
19:2,12
**occupied** 42:13,16
42:20 52:20
**occur** 19:11
**occurred** 44:4,5
88:21
**occurrence** 19:3
**occurs** 19:1
**October** 14:4
**odor** 78:4,19
105:16
**offer** 45:15 56:13

57:20
**offered** 56:9
57:17 59:7
**office** 1:6 2:3,21
10:15,17 60:22
62:18 65:20
101:2
**officer** 7:5 9:25
15:4 17:3 20:12
25:10 26:8 27:1
28:13 40:12
53:11,13,16,18
54:20,24 63:11
72:8 73:2,23
75:19,20 76:8
79:13 83:1,19
83:20 86:19,23
87:1 90:22,22
91:12,18 95:1
123:16 128:23
129:4,16,25
130:6 131:19
133:14
**officers** 8:10,21
11:19 12:10,17
13:20 17:12
23:1,3,4,7 25:14
26:25 35:18
38:11,18 40:19
44:17 45:9,12
45:15,18 47:24
49:24 55:21
56:18 57:1,25
58:19 59:10
61:15 64:3,5,6
72:1,6 76:21
84:19 85:22
86:15 91:4 93:3
94:5,11 96:17
96:19,20,22
97:20 100:11,12
103:14 105:6,10
105:12 106:19
106:22 107:3,11
107:18 108:14
113:12,20

115:11 119:22
120:5,19 121:4
121:8,16 122:13
122:23 123:10
123:19,25 124:4
126:12 128:19
129:6 131:2,6,9
131:12 132:9,12
132:23 133:7
**officer's** 60:4
**Oh** 5:11 7:19,21
8:7 18:25 39:10
41:7 84:24
90:10 120:15
**okay** 4:20,21 5:2
5:3,11,18 10:7
10:18 12:23
15:11 21:12,18
26:3,7 28:12,16
28:24 29:16
33:5 37:20 39:7
39:10,12,14,19
40:18 41:14
44:25 46:19
48:16,22 55:4
59:3 60:2 62:10
67:8,10 68:6,24
71:5 74:25
77:11,17,22
78:7 84:6 86:8
89:12 91:18
95:14 96:15
100:2 101:13
103:10,24 104:4
104:13 106:25
108:8 115:2
120:10 122:21
122:22 132:7
133:17
**once** 10:4 17:13
23:13 33:15
35:16 36:20
54:13 58:10
60:12 64:3,25
65:7 74:12
77:10 84:19

131:20
**open** 20:18,18
51:17
**opened** 101:6
127:16
**operating** 13:9,22
**opinion** 17:6
24:20 32:24
34:24,24 48:10
79:15 80:20
81:7,8
**opinions** 95:22
**opportunity**
19:18 36:20
51:18 56:14
58:20
**opposed** 9:8 77:10
131:15
**order** 14:3 60:13
73:8 87:3,7 89:1
118:18
**ordered** 85:12
91:2 108:12
**original** 4:9
**originally** 37:21
**Otjen** 3:2
**outcome** 29:2,5
29:10,11,12
97:10
**outside** 120:7
121:10,12 133:9
**overhear** 45:9,15
45:18
**overview** 5:9 7:2
7:17
**o'clock** 88:3

**_P_**
**P** 2:1,1,8
**page** 4:2,4 66:8,9
66:9 68:25 69:1
108:11 117:20
117:22 133:16
**pants** 40:8 115:16
**paper** 20:1,4
**paperwork** 23:14

30:14 31:2,7,16
31:19 34:18
53:25 54:7,8,10
54:12,15 55:6,8
55:13,17,19
60:12 76:9,15
81:11,12,17
82:7,11,23
98:16,16,18,22
98:24 99:2
101:3
**paragraph** 14:5
66:10,15,16,18
67:3 83:7,19
85:11 86:9,10
91:1,10
**part** 13:10 18:11
22:12 54:19
70:23 115:6
123:22
**particular** 13:25
35:16 39:25
**parts** 57:6
**pass** 16:11
**passed** 29:6,8,17
89:24 90:5 97:6
120:25
**patients** 3:17 28:9
28:15
**Patrick** 3:13
**patrol** 7:5
**Paul** 3:11
**PA45** 31:8 53:25
**pension** 124:22
**people** 8:9 25:3,8
25:20 46:14,21
47:16 49:6
52:16 82:20
88:18,18,19
89:5 127:22
**percent** 27:16,24
**performing** 86:21
**period** 99:18
**periodic** 26:8
**periodically** 25:6
98:20

periods 87:3
permission 23:7
 23:13 133:10
Perry 1:10 4:17
 9:14 12:14,17
 14:8 20:10 22:4
 22:21,25 23:16
 24:9,20,25 26:9
 26:22 27:1
 28:24 29:2,17
 29:22 30:1,15
 31:3 32:18
 33:11,14 34:19
 35:11,25 37:11
 37:19,21 38:15
 39:20 40:20
 41:5 42:10,20
 42:23 43:11
 44:8,20 45:12
 45:16,18,22
 46:1,3,8,11 47:5
 47:15,22 48:9
 49:1,11,15,23
 52:20 53:11,14
 53:19,21,23
 54:4,21 55:13
 55:21 56:5,10
 56:13,18,21
 57:4,8,17 58:19
 59:7 60:5,10,13
 60:18,20,23
 61:1,3,10,12,16
 61:21,24 62:3,5
 62:14,17,18
 63:17,24 64:3,7
 64:12 65:9,21
 66:1,11,19,20,21
 66:23 67:1,5,11
 67:14,20 69:5,7
 69:11,21,24
 70:2,14 71:5,19
 72:3 73:9 75:11
 75:20,25 76:2
 76:11,21,21,25
 77:19,22 78:2,7
 81:11,18 83:16

83:21,25 84:3
84:20 85:3,8,11
85:12,21,24
86:3,13,17,20,21
89:8 90:23,25
91:2,3,4,7,11,15
91:19 92:8,12
92:24 93:6 94:2
94:13 95:12
96:15,18,23
97:6,15 98:14
98:20,23 99:20
100:23 101:3,7
102:3,18,20
103:21 104:18
105:4,13,17
106:2 107:20
108:1,12,13,15
108:17 109:2,14
109:22 110:5,21
112:19 113:10
113:17,22 114:4
114:14 115:19
115:23 116:2,14
116:23,24
117:21 118:16
119:1,18,21
120:3,25 121:6
121:15 122:1,14
122:20 123:8,20
124:1 128:18
129:7 130:2,7
130:21,23 131:3
131:7,10,13,21
132:9 133:8
Perry's 19:20
 20:2 31:10,16
 32:24 44:11
 52:22 54:25
 62:7,11,63:9,20
 64:25 65:6
 70:22 73:23
 76:10,15 79:13
 82:11,23 85:5
 86:16 90:2
 91:14 97:3

99:15 106:9,17
107:2 109:17
110:4,11 111:25
112:2 116:9
117:3 123:3
128:14
person 8:18 15:18
 16:1,24 17:7,13
 17:25 18:20
 19:4,8,10 28:6,6
 28:14 43:23
 46:18 50:8
 57:22 63:19
 81:21 82:22
 85:1,5 98:7
 100:3 109:16,19
 109:24 120:1
 122:6 129:21
 133:2
personally 18:23
 83:2 97:20
personnel 27:14
 28:2 32:18 46:5
 52:24 53:2
persons 50:1
person's 102:13
Peterson 3:14
Pewaukee 2:5
philosophy 133:1
phone 89:8 98:9
 98:10 99:14,17
photos 43:6 46:17
phrase 107:5
 121:2
physical 36:5
 38:16 55:1
 65:10 67:17,19
 68:6 75:15
 78:20,21 79:22
 79:24 80:11
physically 16:2
picked 85:22 91:3
 108:14
piece 25:1 116:8
pills 15:17
placed 43:24

50:22 52:20
 58:10 59:8 62:5
 62:17 65:7,9
plainclothes 7:9
Plaintiffs 2:6,12
play 36:18 37:16
 37:17
playing 38:1
 46:20 47:3
 103:7,11
please 4:13,19 5:4
 6:14,18 15:10
 66:15
plus 5:21 7:9
 51:17 54:1
 120:13 122:6
point 15:17 22:4
 26:13 27:8,11
 29:21 30:13
 35:18,19 40:5
 40:20,21 47:9
 48:3 49:14 56:9
 57:16 58:18
 59:7,12 60:25
 65:17 66:2 73:6
 74:12 85:6
 87:12 92:23
 95:11 97:23
 98:13 101:10,14
 129:10 132:6
police 5:18 6:25
 7:13,16 8:2,20
 13:10,11,20,21
 15:4 17:12,15
 17:20,23 18:18
 19:21 20:7
 22:18 26:8
 27:14 28:13
 29:12 32:17
 35:1 41:5 46:5
 49:24 50:2
 57:17 62:25
 73:2 79:3,9
 83:19,20 86:19
 87:1,15,21
 88:14 90:13,22

90:22 96:17,19
108:2 112:17
113:7 119:12,22
120:4,17,21,24
121:4,7,11
125:1,9 126:25
127:10 128:19
130:22 132:25
133:5,7,14
policies 120:6,7
 121:10,20
policing 7:8,11
policy 17:11,18
 30:7 96:8
 120:14,16,20,24
 133:1
poorly 42:17
port 86:20 131:20
 131:24 132:1
position 57:8
 122:24
positional 119:5,9
 119:12
positioned 55:25
positive 102:13
possible 22:7
 33:17,20,24
 71:5,9 74:14,21
 95:9
Powell 3:14
power 38:19
 39:21 50:20
 59:20 76:3
 105:5
PowerHouse 6:11
PPS 9:8,8,14
 12:16 14:10,12
 20:8 22:25 23:3
 23:3,8 25:9
 27:15 32:5,8
 33:11 34:7,21
 36:1,13 41:2,20
 44:4,6,8 52:19
 55:22 56:20
 62:14 63:21
 64:3,6 68:15,17

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 47 of 54   Document 120-4

68:20,22 70:10
74:7,12,17
75:25 77:10
81:14 83:4 85:3
96:18,20 97:8
105:21 110:12
118:11 128:15
131:21,21
**practice** 126:9
**precautionary**
24:11,21
**preexisting** 66:22
69:24
**prefer** 128:3
**preparation**
10:13,25 11:4,7
12:7 19:19
62:23 104:9,14
**presence** 17:8,9
72:1 120:4
121:16 132:9
133:9
**present** 11:16,18
12:2 44:21
104:25
**preserve** 118:16
118:19
**pressure** 15:21
22:19 100:3
**pretty** 113:24
**prevent** 29:3
**prevented** 58:22
117:2
**previously** 101:15
**prints** 43:7 46:17
**prior** 7:3,16 10:10
14:3 24:20
42:20 48:14
57:1,4 63:17
65:12 67:3 74:7
78:7 98:5,12
107:20
**prison** 46:12 48:5
48:18 71:4
100:4,12 102:4
103:2,8 113:12

113:23 124:3
**prisoner** 8:23
14:1 15:11,12
20:19,21 24:8
27:14,24 28:5
28:11 33:25
41:16,16,24
48:24 50:2 53:4
61:19 69:4
81:14 98:3,12
98:15 100:1,6,7
100:13,14
101:25 106:14
106:15 107:16
111:15,20 115:6
115:15 126:24
129:3
**prisoners** 9:10,11
14:12,13 20:16
20:17 24:4,6
28:4,18,20,21
29:3,19 36:16
36:25 37:15
51:11,13 52:4,4
52:6 55:16 68:2
69:3 71:3 75:8
82:2 101:23
111:13 126:5,13
132:4,5
**probably** 6:12
33:7 35:10 53:7
55:5,7,7 98:15
100:7,13 127:18
127:18 129:2
**problem** 16:5
31:15,19 39:3
49:17,18,18,20
49:21,22,23,25
50:1,24 123:3
133:19
**problems** 45:25
66:22 84:9
**procedure** 13:9
14:10 17:11,18
30:7 96:8 133:1
**procedures** 13:22

120:7,8 121:11
121:20
**process** 34:2,2,25
40:22,22,24
46:7 55:24
103:15 123:23
128:23
**processed** 43:7
**processing** 8:24
14:1 33:25 34:1
103:18 126:24
**professional**
79:10
**promoted** 7:12,25
**promotion** 8:1,13
**prompt** 26:4
**prompted** 46:10
109:7,11
**pronounced**
118:22
**proper** 122:5
**properly** 117:6
127:21
**protocol** 30:7,8
**provide** 16:7 32:9
94:10 95:22
110:2 113:5
120:12 121:24
**provided** 20:9
56:24 63:8,15
73:15,20 94:4
123:9,22 124:4
**providing** 122:6
PS014096 83:19
PS017099 83:20
**Puechner** 117:18
117:21
**pulse** 22:19
**pump** 15:15
**purpose** 71:9,11
**purposes** 62:2
122:19
**Pursuant** 10:12
14:10
**put** 26:7 35:7 37:1
41:16,16,24

42:20 44:21
51:2,8,10 52:23
53:23 57:5
61:21 99:6
105:23 122:24
129:25
**putting** 51:23
P-u-e-c-h-n-e-r
117:18
**p.m** 63:6 108:9

**Q**
**question** 4:19,22
5:4 18:4 22:10
24:16 29:16
30:24 37:6
42:17 48:12,14
48:15 49:14
53:9 56:21
61:25 62:1,2
65:14 71:15
73:11 75:6,13
78:12 80:22
81:3,5 87:11
93:11 94:10
96:24 97:4
104:23 106:4,24
107:6 109:3,5,9
109:11 110:15
111:20 114:10
114:19,25 115:9
115:22 116:4
117:4,8 119:18
121:14 122:19
123:11,14
124:11 125:17
128:14 133:7
**questioning** 88:8
104:22
**questions** 4:17
15:12,13,25
16:6,6 21:3,4
39:6 40:14
48:14 65:5
107:25 128:7
**quickly** 35:13

**quite** 14:6
**quote** 108:11

**R**
**R** 2:1
**radio** 23:12
**rate** 22:19
**Rd** 2:10
**reaction** 48:9
89:10
**read** 13:13,19
66:15 67:12
69:1,7,21 86:8
90:19 117:25
**reading** 13:15,16
**ready** 129:13,19
**really** 27:10 40:23
104:21
**reason** 24:9 46:15
57:15 58:7,18
59:6 65:6 81:24
92:19 97:16
113:4,20
**reasons** 14:13
31:25 76:4,5
81:23,24 132:3
**recall** 9:3,13,16
11:20,21 18:23
19:3 20:8 22:3
25:14,16,23
26:2,5,24 31:12
31:20 32:20,22
32:23 41:22
44:8,11 45:25
52:7,10,12,13,21
53:9 54:5,24,25
55:10,15 57:14
58:9,13 59:3,5
59:25 60:15
61:2,3,6 64:6
68:16,18,21,23
83:6 97:14,15
97:23 98:9,11
99:4 101:18,19
103:21 104:1,13
109:12,12,15,20

109:21,23
119:14 129:4
130:20,24 131:2
131:6,9,12
**recalled** 103:25
104:17 105:3,4
**receive** 8:13
111:13
**received** 14:20,25
25:1 75:19
86:14,18 89:8
91:12 119:11
**receiving** 26:11
130:4,5
**reco** 119:15
**recollection** 69:10
104:3 119:17
**record** 4:14 5:6
6:17,19,20,21,22
10:19,20,21,22
13:6,7 30:20,21
30:22 39:18
66:15 67:9,12
69:2,21 86:9
95:16,17,18
102:17 121:6
128:9,10,11
133:21,22
**records** 42:19
**rectum** 16:25
**referring** 25:8
**refresh** 69:10
119:15
**refuse** 28:6
**refusing** 75:20
86:16 91:13
**regard** 25:2 72:6
**regarding** 4:17
22:15 25:7
54:22 67:6
69:24 75:12
76:10 79:23
81:11,18 87:19
97:1 108:23
109:10 123:8,19
124:1

**regards** 5:24 20:2
**regular** 41:23
**reject** 14:12
**relate** 77:18 78:1
85:10 86:8
**related** 69:6 76:9
80:3 81:10
86:11,13,18
90:21 91:5,10
108:16
**relates** 12:14
19:19 20:10
46:8 60:18
67:20 85:11
128:14
**relating** 86:15
91:12
**relation** 41:4 63:9
**relative** 57:17
67:11 116:11
**relay** 64:2 87:1
92:16
**relayed** 66:22
80:3,8 92:13
110:3 116:8,10
**release** 17:16
22:24 130:25
**released** 18:17
23:17 30:2
73:14 75:23
129:7,13 130:2
130:9,14,17,21
131:14
**relevance** 127:13
**relevancy** 87:19
**relieved** 9:19
**rely** 32:8 60:1
129:17,18
**remember** 6:13
**removal** 83:25
90:24
**remove** 23:8
59:23 105:13
**removed** 57:13
58:7,17 59:9,16
60:2,4,20 61:1,4

64:25 65:3,7
84:3,5 86:4 91:7
91:20 92:8,12
92:25 93:7 95:5
99:25 101:7
105:17 106:2,10
106:18 107:3
108:18 109:14
110:4,13,21
112:1
**removing** 56:10
58:21 60:23
84:9
**render** 120:14
**repeat** 8:5 30:18
30:24 61:25
106:6
**repeated** 115:18
**rephrase** 4:20
31:1 48:12
**report** 4:7 54:22
60:1 62:24
63:23 66:8
68:24 73:19
74:1 75:18
76:19 81:9 83:7
87:6 90:19
91:24 92:3,5
94:21,23 99:5,6
99:7,8,9,10,13
104:4,7,8,14
105:1 117:20
129:25 132:12
**reporter** 5:1 6:20
6:22 10:20,22
30:20,22 39:9
95:16,18 128:9
128:11 133:20
**reports** 8:19 9:1
9:10 19:18
25:25 31:13,14
58:6 87:17,21
88:1,9,16,18
89:6 97:13,14
**request** 23:11
75:24

**requested** 40:19
81:13
**required** 10:12
22:24 76:9
79:10 96:3
**requiring** 10:9
18:21
**rescue** 133:5
**resistant** 21:22
**resistive** 85:16,19
**respect** 57:22
**respiratory** 22:19
**respond** 21:8
32:12,14 35:21
43:11 70:5
102:25 111:6,24
113:13
**responded** 66:23
83:4 122:2
**responder** 32:12
**responding** 67:23
**responds** 15:21
**response** 26:10
43:12 115:13
120:18 125:4,6
125:8,12
**responsible** 8:20
14:11 23:6 54:8
63:20 79:13
80:21 93:14
94:1 110:11
**responsive** 36:12
**rest** 51:25 52:1
**restraints** 58:6,17
59:9,9,23,23
60:2,2
**result** 62:6 124:7
124:10 125:22
132:22
**resulted** 57:5 72:5
**results** 125:15
**retained** 4:8
**retire** 124:13,16
125:2,23
**return** 17:22 18:6
18:7 45:19

75:18
**returned** 33:12
34:21 35:11
36:1,13 38:15
39:20 44:6 64:4
70:10 77:10
78:15 104:5
131:20
**returns** 74:7
**review** 8:19 9:10
11:4 12:13,16
12:19 13:14
19:18,25 54:10
**reviewed** 10:13,25
12:7,8 62:22
104:8,9,13,16,25
123:25
**reviewing** 32:24
97:13,13
**re-interview**
32:21
**Richard** 83:1
**rid** 82:19,22
**right** 7:15 9:23
12:22 15:16
16:10,12 17:24
18:7,14,16,19
21:15,17 23:23
24:4,14,18
25:11,13,24
26:3 27:6,6 28:5
29:15 31:1 34:3
34:6,8,9,10
35:15 37:19
40:9,23 42:9
49:11 50:6,8,10
51:9,13,14 58:3
58:5 59:14,16
59:17,20,21
60:3 63:13 64:2
64:17,24 65:24
66:1 67:16
69:12,25 71:2
71:17,18 72:17
72:19 73:4,5,17
73:21 74:6,9,13

76:4 77:15,16
78:10 79:8,25
81:8 82:8,13,14
82:21,24,25
83:11,22 85:17
86:5 87:14,24
87:24 88:6,11
88:15,20,20
89:2,4,17 90:20
92:18 93:13,15
93:16,19,21,22
93:25 94:3,15
95:8 96:2 98:2
98:13 100:16
101:2,4,6
104:10,12,15
109:8 111:1,17
124:12 125:9,12
125:19,20,21
126:1,5 130:8
132:8,18,19,21
132:24 133:15
**ring** 26:5
**risk** 38:8
**Robbins** 1:2 4:15
4:15,16 63:1
66:10,18,20,21
66:22,25 69:2,6
76:9,19 77:18
78:1 81:10
83:24 85:12
86:11,13,18
90:21,24 91:1,5
91:10 95:20
108:11,16
125:23
**role** 20:2
**room** 17:14,22
19:14 20:13
22:22,25 23:9
24:10,25 26:10
26:23 27:2,13
33:12 37:22
45:19 64:7
65:13 77:10,17
77:24 78:8,15

78:22 79:17
80:24 129:5
131:16,21
**Roundy** 2:4
**run** 124:24
**R-o-b-b-i-n-s** 4:15

---

**S**

**S** 2:1
**safe** 9:11 59:22
101:24 111:13
**safety** 59:10,11
63:20 79:14
80:21 93:14
94:1 102:6
110:11
**Saint** 27:20
**Salinsky** 83:1,8
**sally** 86:20 131:20
131:24 132:1
**sat** 41:5 125:15
**saw** 16:11 61:15
61:21 69:14
82:17 84:19
92:24 101:8,16
107:12 117:23
**saying** 41:17
55:10 71:13,13
82:18 99:2
100:9 102:20
121:12 123:16
129:13,18
130:16 131:18
**says** 15:14 60:1
90:21
**scene** 93:4
**school** 5:12,13
**science** 5:18
**screening** 14:1
15:12
**sealed** 4:9
**searching** 99:9
**second** 9:23 11:22
35:4,8 66:9
68:25 108:11
**section** 8:24 33:25

34:1 42:7
126:25
**secure** 9:11
**security** 127:8
**see** 12:4 16:1
20:25 22:14,16
26:19,21 32:18
33:6 39:25 41:8
43:17,20,23
50:22 60:8 61:8
61:16 62:14,18
64:13,19,20
65:21 67:4 69:3
69:7 84:6 90:5
92:10,11 94:20
94:21 100:13
115:19 117:24
**seeing** 61:6
128:18 133:3
**seek** 96:3 121:9
**seen** 10:10 12:25
13:2 18:11
19:11 20:4,14
20:17,18,19
26:18 27:11
57:10,10 76:25
97:15,24 100:10
109:16
**seize** 16:13
**seizure** 17:9 37:11
37:23 51:21
64:8 68:15
69:13
**seizures** 16:2 19:8
19:9 20:22 21:6
24:6,12,23
26:23 33:2,9
51:21 66:24
**send** 27:25 97:18
**sending** 18:15
28:19
**sense** 129:15
**sent** 4:9 17:13,21
18:17 78:21
80:23
**sentence** 69:1

83:18
**separate** 41:18
51:17,17,19
**September** 9:13
14:17 20:7 63:5
108:9
**sequence** 88:19,25
**sergeant** 8:3,8,11
8:12 9:2,8,13,17
124:20 125:24
**sergeants** 8:20
**sergeant's** 9:16
**series** 4:16
**serious** 30:12
**sets** 83:8
**setting** 24:8 62:25
71:4
**sexual** 27:23
**sexually** 27:19
**shackle** 38:22
**shackled** 21:24
28:6 36:22 68:1
85:21 91:3
108:13
**shackles** 38:12
57:13 58:7
**shake** 28:25
**Shaking** 74:16
**shape** 79:16,16
80:23,23
**sheriff's** 32:8
**shift** 9:23,24 35:4
35:5,8
**shifts** 35:3,10
**shock** 28:17 46:18
47:1 48:3 49:5
50:5 52:22
103:13 113:17
115:17
**shocking** 47:12
**shorter** 27:17
**shots** 15:16
**shoulders** 5:2
**show** 10:7 13:4
42:19 62:21
115:5 117:16

**showed** 12:16
115:3
**shrugs** 5:2
**sic** 28:7 68:2 99:3
101:25
**sides** 105:6
**sign** 22:21,24 24:1
54:10 99:10
**signature** 99:12
**significant** 102:18
102:20
**similar** 9:9,12
42:9
**Sinai** 27:11,13,21
28:2,19 29:4,18
29:23 30:1,16
31:4,17 34:21
36:7 64:4 75:23
**single** 41:23
**sink** 42:3
**sir** 4:13 6:24 10:7
10:24 13:4,7
31:7 58:2 66:9
86:6,9 109:7
113:25
**sit** 51:24 52:1,3
57:15,24 62:10
113:4
**sits** 41:24,25
**sitting** 57:9
128:23
**situations** 18:24
**smell** 44:9 74:8
105:16,18,19
**smelled** 105:18,20
**smelling** 44:9,11
**snap** 46:21
**snapped** 103:9
**soil** 75:9
**soiled** 56:11 57:18
57:21,24 58:21
72:4 73:16,24
74:4,15,17 78:3
**soiling** 72:5 75:13
**soils** 72:11 74:13
75:2

somebody 16:11
  17:20 27:19
  28:13 32:23
  47:2 54:13
  57:21 59:22
  60:13 63:16
  72:11,16 73:3
  74:18 95:6,25
  115:10
somewhat 77:19
soon 22:7 33:17
  33:20,24 81:12
SOP 4:6 13:25
  14:7 15:4,8
SOPs 13:9,10,11
  13:14,16,17,18
  120:14 132:17
sorry 5:24 29:7
  45:2 55:8 79:5
source 94:7,19
  95:7
sparked 104:3
speaking 25:16
  30:9 45:9 77:23
  130:12
special 41:11
  60:17
specific 8:24 15:3
  15:8 54:24
specifically 26:4
  52:21 102:19
  119:10
speculate 132:7
speculating 132:6
speculation 75:6
spell 4:13
spit 22:1 40:7,8
  40:19 43:15,17
  50:21 59:14
  64:23,25 65:6
  68:17 76:22
  95:2 102:21
  105:14 112:20
  112:24 115:16
  115:20,23 116:2
  116:14,25 117:3

117:23 118:12
  123:2
spitting 35:17
  38:18 40:2,4
  47:23 48:19
  53:5 58:1 59:13
  59:16 65:8 76:7
  86:18 91:15
  102:11 115:15
  116:10 131:3,11
  131:18
spoke 12:10 37:25
  65:11,16 125:17
spot 41:4
spots 61:11 90:16
  92:1
Squad 86:11,13
  91:10
squads 75:24
St 2:16 3:9,15
staff 86:16,21
  91:13
stage 6:6
stamped 13:25
Stand 43:5
standard 13:9,22
  126:8
standing 28:13,14
  57:9 128:22
standpoint 130:12
  130:16
start 68:24,25
  90:20
started 25:3,4
  35:17 85:6
  90:17
starting 66:10
state 4:13 65:10
  77:18 78:20,20
  81:9 83:18 86:2
  118:2 131:13
stated 32:22
  66:10,18,20
  67:1 69:3 76:20
  78:2 85:12 91:1
  108:11 115:15

117:22
statement 46:16
  46:23 47:12
  48:4,8,16,23
  49:5 50:5 52:23
  76:13,23 78:5
  81:15 83:11,22
  84:1 85:14 86:4
  86:6 91:16
  108:8,18 113:1
  113:1,2 115:6,7
  115:10,11,13,16
  122:17 123:8,11
  124:8 125:16
  131:17
statements 46:22
  91:8 123:10,19
  123:22,25
states 1:12 76:19
stating 77:4,8
station 20:7
stay 8:19 32:3,4
  51:15 128:15
  130:10
stayed 118:23
  129:11
stomach 85:13
  91:2 108:12
stood 83:24 90:24
stool 42:1
stop 46:13,13 65:5
  118:3,4,8
stopped 65:8
stops 7:7
straight 56:2
streets 8:19
stretcher 20:20
strike 32:7 44:5
  54:20 63:23
striking 37:12
struck 24:13
  37:23 63:24
  64:8 69:14
studies 5:23
subsequent 18:20
subsequently

18:17 24:10
suburbs 132:5
suffer 17:16,25
  24:11,22
suffered 26:22
  37:23
suffering 15:6,14
  19:9 38:4 47:10
  47:15,25 48:11
  49:2,15 50:14
  61:17 72:17,22
  73:3,10 74:19
  75:3 95:7,12,25
suffers 17:8 27:15
sugar 19:7
suggest 16:21,25
  17:7 111:16,21
  116:2
suggestive 95:5
supervise 8:9
supervising 79:11
  93:4,12 96:23
  110:10 132:13
supervision 89:10
  118:19
supervisor 14:10
  46:4 80:21
  130:9
supplying 96:6
supposed 27:9
  67:1
sure 5:17 8:20
  9:10 18:6,22
  19:4 24:22
  25:22 28:14
  29:11 30:19
  33:15,23 38:11
  39:5 45:10
  49:10 51:5,7
  52:3 53:1 55:11
  62:1 73:1 77:8
  86:25 89:19
  101:2,24 103:17
  111:13,13
  113:24,25
  118:23 133:3

surpris 89:21
surprised 89:20
  89:23,25 90:3,8
  90:9,10 91:21
  91:21,23,23
  92:7,9,11 93:24
  125:13,14
surrounded
  128:18
surrounding
  119:1 121:8
Susan 2:20
suspect 54:15
sustained 22:9
  33:2
Swenson 3:3
swinging 58:11,16
syndrome 49:7
system 36:16,20
S.C 2:3,9,15 3:2
  3:14

_____
          T

T 4:11
take 5:1 15:21
  17:5 19:10
  23:19 27:20,21
  29:22 31:13
  36:21 37:17
  40:24 43:6
  46:16,17 54:15
  54:18 55:18,21
  67:2 95:15
  98:19,21,23
  99:3 107:12
  124:17
taken 24:10 31:4
  31:11,22 32:19
  35:13 38:12
  40:20 42:10
  51:1 54:6,6,11
  62:14 67:15
  70:7 85:1 91:19
  123:19 131:15
talk 37:19 90:7,15
talked 70:7 98:14

109:25 130:18
**talking** 21:11
  23:21 25:20
  35:20 36:10
  43:15 56:7
  66:17,24 67:6,7
  77:1,9 93:11
  96:20,22 98:19
  105:10 120:19
  120:22 128:20
  128:22 133:8
**Tayo** 9:17
**team** 133:5
**telephone** 23:12
  86:15 91:12
**tell** 4:19 8:17 9:1
  9:7 22:18 36:5
  38:15 40:11
  41:22 46:10
  55:24 65:9 66:2
  67:17 70:11
  72:6 73:22 76:8
  79:21 84:3 87:6
  87:12,20 88:1
  92:8,12 107:3
  107:10 108:21
  108:25 109:3,21
  110:7,7,19
  111:4,7,9
  115:22 116:22
  120:10 126:7
  129:14,18 133:4
**telling** 18:11
  32:23 71:12
  90:12 109:21
  130:20
**ten** 52:8,9,18 89:9
  97:7 114:15
  118:20
**testified** 31:21
  95:21
**testify** 130:1
**testifying** 102:17
**testimony** 12:8
  74:7 85:4 94:19
  98:25 99:2

103:20,24 104:6
**Thank** 12:7 95:15
  119:7 133:18
**Thanks** 39:15
**theater** 5:21 6:3,6
  6:8
**themself** 71:4
  72:11 75:2,9
**thin** 123:4
**thing** 35:6 37:2,7
  60:5 93:19
  122:5 132:18,19
**things** 43:11
  126:5
**think** 9:17 15:8
  25:18 30:24
  33:6 40:24
  49:21 55:23
  57:15 60:22
  61:2,9 88:16
  97:8 98:15
  118:10,12,22
  119:13 126:4
  128:3,5 129:6
  130:2 131:25
  132:10 133:15
**third** 35:4
**thought** 51:18
  97:23 102:15
  103:12
**three** 35:3,7 55:23
  80:11
**Thursday** 1:4
**till** 26:20 39:5
  56:9
**time** 11:22 12:2
  12:25 13:2,3,14
  20:17 21:2,20
  22:1 25:19
  26:12 27:16,24
  29:21 31:22
  33:1 35:16,22
  35:23 38:9 40:9
  40:20 47:9 48:3
  49:14 55:7 56:9
  57:16 58:2,18

59:4,8 60:10,25
  66:2 69:4 73:6
  74:13 77:3
  84:23 85:16
  87:3 88:4,5
  90:20 92:24
  95:11,14 97:19
  99:18 100:23
  101:10,14,18
  110:3 124:16
  126:15 127:2,2
  128:6 131:15
  133:18
**times** 24:5 126:21
  127:1
**timing** 88:19,25
**today** 10:9 11:1,5
  11:23 57:15
  62:11,23 113:4
**told** 17:4 20:21
  32:18 33:1
  60:15 61:20
  62:4 65:20 67:3
  72:2 75:18,20
  76:6 86:19
  91:18 94:24
  98:17,23 109:16
  109:19 110:1
  112:18 118:3,3
  118:8 124:13
  125:1 129:6,9
  130:24 131:6,9
**top** 6:7
**traffic** 7:7,10
**train** 127:21
**trained** 13:11
  17:13 27:18,22
  27:22,23 28:3
  57:1 88:2,9,13
**training** 13:17
  14:20,25 119:11
**transcript** 4:9
**transfer** 55:16
  60:13
**transferred** 53:23
  54:9 55:13

60:11 77:9,23
**transport** 29:25
  83:5,9 98:5
**transported** 26:9
  30:15 40:11
  76:11 77:2
**transporting**
  75:25 106:19
  107:4,11
**treat** 26:18 48:5
  48:17 102:4
  103:1 113:23
  114:5 124:2
  130:13
**treated** 27:10
  46:12 69:5
  75:21 113:11
  114:14
**treating** 26:13
  57:21
**treatment** 20:2
  37:7
**tried** 40:21,24
  42:22 43:15
  102:12
**trouble** 132:20
**true** 14:15,16,17
  29:14 35:14
  37:14 47:12,13
  49:3,7,8 70:8
  71:7 74:20
  76:12,17,23
  77:20,21 78:4
  81:15 82:10
  83:11,21,25
  84:25 85:13
  86:4,6 91:8,16
  95:23 96:5,7,13
  101:1 108:18
  116:16 131:1
  132:15
**truthful** 61:20
  63:12,15 86:24
  87:2 113:8
**truthfully** 62:3
  80:8

**try** 31:1 39:25
  48:13,23 49:6
  71:17 82:19,22
  87:6,23 94:5
  118:16 121:14
**trying** 43:2 45:10
  67:8 70:10,24
  86:24 89:5
**turn** 120:11
**twelve** 52:18
**Twenty-eight**
  18:25 79:6
**twice** 11:11 67:2
**two** 11:19 23:2
  35:7,10 37:4
  97:14 104:1
  132:18
**type** 16:9,16 22:8
  49:5 100:8

U

**Uhh** 120:15
**Uh-oh** 28:16
**ultimate** 97:10
**unable** 39:20
  50:20,22 59:19
  74:18 76:11
  102:23 110:2
  113:21 122:15
**uncommon** 34:17
**uncooperative**
  25:4 26:17 28:7
  33:18,19 48:24
**undercover** 7:10
**understand** 4:18
  14:6 28:9,12
  48:21 56:20
  65:14 67:18
  70:25 87:5,22
  88:18,19 121:1
**understanding**
  17:19 32:1,2
**understood** 4:23
  35:11 63:11
**undertake** 60:15
  92:23 93:4

undertook 54:21
unfair 126:3,4
    127:22,23,25
    128:2
United 1:12
University 5:15
    5:19,22
unknown 95:7
untruthful 19:23
    124:5
unusual 24:4 50:3
    50:25 71:4
    82:19
unwritten 120:16
    120:20,24
updated 13:18
updates 25:7,17
    26:8,25 54:25
    55:11,11,12
updating 13:18
upset 17:2 125:5
urinated 21:20
    23:24 36:10
    44:1 47:24
    50:19 67:25
    68:19 71:7,20
    78:3,18 80:19
    102:22
urination 70:18
    70:22
urine 44:9 74:10
use 46:14,17 50:8
    79:10 126:9,11
    126:21 127:1
UWM 5:15,20 6:3

_____
          V
_____
v 1:10
vague 123:14
ventilation 66:23
    70:3
verbal 4:25 16:8
    21:10 50:21
verbally 23:11
    100:11
veterans 128:3

vice-squad 7:9,11
vicinity 113:13,21
video 12:16,19,25
    13:2 115:3,5,19
    119:13 122:20
    128:17,22
visible 24:1 36:12
    74:4
visual 16:9,16
    17:6
visually 19:15
    20:24 22:14
    36:8 41:8 72:15
voice 114:1
voluntarily 71:20
    72:4
voluntary 70:22
    71:3,14,23
    75:12
volunteered 108:4

_____
          W
_____
W 2:10
wait 26:20 39:5
waited 131:19
waiting 27:11
    33:11 131:23
walk 38:19 39:20
    46:17 50:20
    59:19 75:20
    84:11 97:15
    104:18 105:7
walked 40:4 85:24
    91:4 105:4
    108:15 128:20
walking 7:7,11
    40:9 56:17 76:2
    97:19 101:20
    102:2 103:21
    105:9 128:17,19
want 26:1 34:2,7
    34:17 36:17
    37:9,15,19
    47:17 49:2
    51:23 57:25
    77:6,6 88:25

90:7 96:21
99:14 103:8
122:10 125:12
132:7
wanted 22:7
    32:18,21 51:16
    63:12 82:12
    99:21 100:24
    103:17
wants 29:13 37:2
    90:5
warn 112:11
wasn't 9:9 27:10
    30:8,10,13 33:3
    34:19,20 38:12
    41:1 50:3 53:23
    58:2 64:16 65:3
    69:17 71:15
    85:16 90:10
    94:15,17 99:1,3
    99:11 100:6
    102:11 107:10
    112:14 117:1
    126:15
watch 102:1
watched 119:13
watching 55:5
Water 3:9,15
Waukesha 3:4
way 24:20 28:25
    31:15 37:4 41:7
    41:8,9 42:8
    55:18 64:12
    66:5,6 75:1
    79:18 88:9
    102:5,19 103:2
    112:10,12,14
    123:18 129:9,10
    129:19 133:6
ways 23:2 55:22
    79:18
Weir 3:2
welfare 63:21
    79:14 80:22
    93:16 94:2
    102:6 110:12

Wells 2:16
went 17:4 33:9
    36:6 40:21 60:7
    62:17 64:7,16
    65:20 73:16
    76:20 83:15
    84:21,22 85:3,6
    94:24 101:2
    105:12 117:22
    118:24
Wenzel 1:10
weren't 82:6
    89:14 90:8,9
we'll 16:7,7 19:10
    48:5,17 68:24
    90:20 102:4
    111:23
we're 6:22 10:22
    30:22 88:7,9
    95:16,18 103:1
    108:10 121:6
    123:7 124:2
    128:11 133:8
we've 10:7 13:4
    62:21 108:10
    117:16
whatsoever 47:7
    48:9
Whyte 2:15
WI 1:8 2:5,11,17
    2:23 3:4,10,16
wide 20:18
window 37:1
Wisconsin 1:13
Witness 1:1 10:16
    39:7,10,12,14
    66:13 88:6
    124:12 127:14
    133:19
woman 33:19
word 26:15 82:21
    82:21
worded 42:17
words 46:14,18
    102:12 126:9,11
    129:7 132:11

work 6:6 7:9 8:25
    9:18,23 19:7
    20:11 33:13
    47:5,12 49:11
    50:7 96:20
    102:16
worked 49:9
    126:18,20
working 22:5
    25:18 117:14
    127:5
works 9:23
worry 26:1
worse 78:20 79:16
    80:23
wouldn't 16:21
    35:23,24 59:7
    87:22 95:6
    100:17 129:14
wound 61:17
write 87:6,21 88:1
    88:9,16
writing 89:6
wrote 73:19
W23000 2:4

_____
          X
_____
X 4:1,11
x-rays 23:19

_____
          Y
_____
yeah 6:18 9:6 13:9
    21:4,9 25:11
    27:16 30:4
    36:20 39:4 40:8
    42:18 48:19
    58:15 61:11
    77:7 79:19
    82:14 108:6,6
    109:18 127:14
    127:20,20
    128:20 130:24
    130:24
years 7:3,6,13,17
    18:25 36:24
    79:2,6,7 80:20
    87:13 88:14

97:14 104:2
115:25 116:9
119:13,13 123:9
126:13
**York** 6:9,9
**young** 6:12,12
25:13
**youth** 128:3

**Z**
**Ziffer** 1:4
**Zitzer** 3:2

**#**
**#1400** 3:9
**#1500** 3:15
**#1900** 2:16
**#310** 3:3
**#71** 2:10
**#716** 1:7 2:22

**0**
**02/06/2014** 1:4

**1**
**1:39** 128:10
**1:44** 128:10
**1:51** 133:22
**10** 4:5 44:13
119:13
**10:15** 1:4
**10:19** 6:21,21
**10:24** 10:21
**10:25** 10:21
**10:52** 30:21,21
**10:54** 63:5 108:9
**100** 41:3,16 51:13
**11** 7:1
**12** 88:3
**12-CV-664** 1:11
**12:10** 95:17
**12:56** 95:17
**1290** 86:12,13
91:10
**13** 4:6
**13th** 9:13 14:18
20:8 63:5 108:9

**15** 44:13 53:6
119:13
**15th** 14:4
**150** 20:17
**1975** 7:24
**1980** 7:23
**1985** 7:1
**1990** 7:25
**1993** 8:2
**1995** 9:3
**1999** 6:4

**2**
**2** 66:8,9
**2:50** 20:11
**2:51** 20:11
**2006** 8:12
**2009** 9:5,6
**2010** 9:14 14:4,18
20:8 108:9
115:4
**2012** 12:23
**20935** 3:3
**28** 36:24 79:7
80:20 87:13
88:14

**3**
**3** 66:8,9 117:20,23
**3rd** 11:13
**30** 12:1 125:24
**36** 117:17

**4**
**4** 4:3
**47** 4:5 10:6,8
**48** 4:6 13:5,8
**4802** 6:14
**49** 4:7 62:20,22
108:10

**5**
**5** 6:7
**50** 52:11,11
**53072** 2:5
**53186** 3:4
**53202** 1:8 2:17,23

3:16
**53202-4267** 3:10
**53213** 2:11
**555** 2:16

**6**
**6** 117:20
**62** 4:7
**67** 62:24
**67-69** 4:7
**69** 62:24

**7**
**735** 3:9,15

**8**
**8112** 2:10
**841** 1:7 2:22
**85** 7:23,24

**9**
**90s** 126:18,20
**99** 27:24