DATE OCCURRED: 3/7/00　TIME: 7:38PM

[ ] SUDDEN DEATH　[ ] INJURED PERSON
[X] SUICIDE　[ ] ATTEMPT SUICIDE　[ ] SICK PERSON

VICTIM (LAST NAME/FIRST/MIDDLE): BRODELL, Michael D.
ALIAS:

Marital Status: [X] SINGLE　[ ] MARRIED　[ ] SEPARATED
[ ] DIVORCED　[ ] WIDOWER　[ ] WIDOW

ADDRESS: 6628 23rd St., Kenosha, WI

RACE: [X] Wh.　[ ] Blk.　[ ] AMER. INDIAN/ALASKAN NATIVE　[ ] ASIAN/PACIFIC ISLANDER
ETHNIC ORIGIN: [ ] HISPANIC　[X] NON-HISPANIC　SEX: MALE

AGE: 41　D.O.B. 8/16/58　P.O.B. MATTON, ILL
Height: 5'8"　Weight: 140 LBS.　Hair: BROWN　Eyes: BLUE

SCARS/MARKS, ETC. BIG VERTICAL SCAR ON STOMACH

MISC. NO.　B of I No.　FBI NO.　Soc. Sec. No.:　DR. LIC. No.　F.P. CLASS
　　　　　　307257　　　　　　　　　　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　　　　　　　　　　B634-5445-8296-08

CLOTHING WORN: Brown t-shirt, Black denim jeans, blk. high top leather boots

VICTIM'S OCCUPATION:　　　　　　　　　　EMPLOYED AT
LABORER

PROPERTY ON PERSON (valuables):　　DISPOSITION OF PROPERTY　　　INVENTORY NO.

VEHICLE MAKE　　　　MODEL　　　　　LICENSE　　　　　VIN　　　　　DISPOSITION

LOCATION: District #3, 4715 W. Vliet St.

Day & Date (on/from)　　　Time　　　　　　(to) Day & Date:　　　Time:
Tues., 3/7/00　　　　　　7:38PM

BODY DISCOVERED BY　　　ADDRESS:　　　　　D.O.B.　　　　　PHONE:
P.O. ELSER　　　　　　　4715 W. VLIET ST.　　　　　　　　935-7301

REPORTED BY:　　　　　　ADDRESS:　　　　　D.O.B.　　　　　PHONE:

REPORTED TO:　　　　　　DIST/BUR:　　　　DAY/DATE:　　　　TIME:
DET. DENNIS KUCHENREUTHER　CIB/EARLY　　　TUES., 3/7/00　　8:00PM

INJURIES: PROBABLE CAUSE [X] DEATH　[X] INJURIES:　　Ligature strangulation, hung himself

ATTENDING PHYSICIAN　　　ADDRESS　　　　　　　　　　　　PHONE

PREVIOUSLY TREATED BY:　　ADDRESS:　　　　　　　　　　　PHONE:

REASON FOR TREATMENT:

MEDICAL PERSONNEL AT SCENE:　　　　　　　　　　　　　　SQUAD NO.
Milwaukee Fire Department　　　　　　　　　　　　　　　MED #5

CONVEYED BY:　　　　SQUAD NO.　　　　　CONVEYED TO
PATTON TRANSFER　　　　　　　　　　　　M.E.'S OFFICE

PLAINTIFF'S EXHIBIT

SD 0871

DATE OCCURRED: 12/27/01  TIME: 10:35PM

[X] SUDDEN DEATH  [ ] INJURED PERSON
[ ] SUICIDE  [ ] ATTEMPT SUICIDE  [ ] SICK PERSON

VICTIM (LAST NAME/FIRST/MIDDLE): MALLETT, Mario Christopher
ALIAS:

Marital Status: [ ] SINGLE  [X] MARRIED  [ ] SEPARATED
[ ] DIVORCED  [ ] WIDOWER  [ ] WIDOW

ADDRESS:

RACE: [ ] Wh.  [X] Blk.  [ ] AMER. INDIAN/ALASKAN NATIVE  [ ] ASIAN/PACIFIC ISLANDER
ETHNIC ORIGIN: [ ] HISPANIC  [X] NON-HISPANIC  SEX: Male

AGE: 29  D.O.B. 12/5/72  P.O.B. Milwaukee, WI
Height: 6'1"  Weight: 170 lbs.  Hair: black  Eyes: brown

SCARS/MARKS, ETC.

MISC. NO.    B of I No.    FBI NO.    Soc. Sec. No.:    DR. LIC. No.    F.P. CLASS
             309180        483992AB5  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       M430-5437-2495-03

CLOTHING WORN: Blue tank top shirt, black Tommy Hilfiger stretch pants, black socks

VICTIM'S OCCUPATION:                           EMPLOYED AT

PROPERTY ON PERSON (valuables):   DISPOSITION OF PROPERTY    INVENTORY NO.
$43.00                                                        181626

VEHICLE MAKE    MODEL         LICENSE         VIN             DISPOSITION

LOCATION: 9200 W. Wisconsin Ave.

Day & Date (on/from)        Time            (to) Day & Date:     Time:
Thurs., 12/27/01            10:35PM

BODY DISCOVERED BY          ADDRESS:         D.O.B.              PHONE:
PO. JEFFREY COOK            2339 N. 49th St.                     935-7232

REPORTED BY:                ADDRESS:         D.O.B.              PHONE:
PO. CARLOS RUTHERFORD       2100 W. Wells St.                    935-7866

REPORTED TO:                DIST/BUR:        DAY/DATE:           TIME:
DET. DOUGLAS WILLIAMS       CIB/EARLY        Thurs., 12/27/01    10:15PM

INJURIES: PROBABLE CAUSE [X] DEATH  [ ] INJURIES:  to be determined

ATTENDING PHYSICIAN         ADDRESS                              PHONE
Dr. Steven HARGARTEN        9200 W. Wisconsin Ave.               259-3000

PREVIOUSLY TREATED BY:      ADDRESS:                             PHONE:

REASON FOR TREATMENT:

MEDICAL PERSONNEL AT SCENE:                                      SQUAD NO.
MFD                                                              Engine #32

CONVEYED BY:        SQUAD NO.              CONVEYED TO
Milwaukee Police    39                     Froedtert Hospital

ADMITTED AT:        DATE:         000021   TREATED BY:

M-
HOMICIDE #     for 2001

## MAJOR INCIDENT REPORT

**\*\*FOR LAW ENFORCEMENT PURPOSES ONLY -- CONFIDENTIAL\*\***

NON-DISCLOSURE FORM FILED WITH M.E. - YES NO
                                                  [ ] [ ] BY WHOM _____

O.R. NUMBER: **02-236-3064**

OFFENSE: __OBSTRUCTING AN OFFICER__

DAY: __SATURDAY__    DATE: __8-24-02__    TIME: __12:00 AM__

LOCATION: __1121 N. 12th Street__    DISTRICT: __1__

VICTIM/SUSPECT: __DOE, John__    R/S: __H/M__ AGE: ___ DOB: ___

ADDRESS: _____ ID # _____

HAS RECORD: [ ] Yes   [ ] No   ON PAROLE [ ]   PROBATION [ ]

INJURIES: __Cranial injuries, bleeding on brain__

CONVEYED BY: __MFD MED #1__    CONVEYED TO: __Mt. Sinai Hospital__

CONDITION: __Extremely Guarded, Admitted at 1:05 AM, 8-24-02__
            __Treated by Dr. Jeff VILLWOCK, Admitted to Neuro-__
            __Intensive Care Unit__

PRONOUNCED DEAD BY: _____ AT _____

                                                                 Yes    No
WEAPON USED __None__             Recovered [ ] [ ]

                                                            INVENTORY # _____

VICTIM I.D.'d BY: _____ AT _____

**NEXT-OF-KIN NOTIFIED:** __None_____
                         (Name)        (Address)        (Phone #)

VICTIM I.D.'D THRU FINGERPRINTS: Yes [ ]   No [ X ]

**KEY WITNESS:** __MORGAN, Vernishia W.__ R/S: __B/F__ AGE: __22__ DOB: __3-8-80__

__4126 N. 50th Street, (871-2186)__
(NAME/ADDRESS/PHONE)

BODY DISCOVERED BY: _____

ADDRESS: _____

Case 2:12-cv-00664-JPS    Filed 01/18/16    Page 3 of 12    Document 123-15
**CONFIDENTIAL**        **MPD05987**

DATE OCCURRED: 9/14/2002  TIME: 6:35 AM

[X] SUDDEN DEATH  [ ] INJURED PERSON
[ ] SUICIDE  [ ] ATTEMPT SUICIDE  [ ] SICK PERSON

VICTIM (LAST NAME/FIRST/MIDDLE): THURMAN, NAPOLEAN PETER
ALIAS: PLAYER

Marital Status: [X] SINGLE  [ ] MARRIED  [ ] SEPARATED
[ ] DIVORCED  [ ] WIDOWER  [ ] WIDOW

ADDRESS: 902 S. 13TH ST., WILMAR, ARKANSAS

RACE: [ ] Wh.  [X] Blk.  [ ] AMER. INDIAN/ALASKAN NATIVE  [ ] ASIAN/PACIFIC ISLANDER
ETHNIC ORIGIN: [ ] HISPANIC  [X] NON-HISPANIC  SEX: MALE

AGE: 32  D.O.B. 3/15/70  P.O.B.
Height: 5'6"  Weight: 175 LBS.  Hair: BLACK  Eyes: BROWN

SCARS/MARKS, ETC. DARK COMPLECTED, TATTOO OF A ROSE ON LEFT UPPER ARM

MISC. NO.    B of I No.   FBI NO.      Soc. Sec. No.:   DR. LIC. No.   F.P. CLASS
             204823       766761PA8

CLOTHING WORN: BLACK T-SHIRT W/WHITE & RED DESIGNS

VICTIM'S OCCUPATION:                    EMPLOYED AT

PROPERTY ON PERSON (valuables):   DISPOSITION OF PROPERTY      INVENTORY NO.

VEHICLE MAKE       MODEL           LICENSE           VIN            DISPOSITION

LOCATION: 2130 W. CAPITOL DR.

Day & Date (on/from)         Time              (to) Day & Date:        Time:
SATURDAY 9/14/2002           5:28 AM

BODY DISCOVERED BY           ADDRESS:          D.O.B.                  PHONE:
P.O. Joel O'BRIEN            6929 W. SILVER SPRING DR.                 935-7242

REPORTED BY:                 ADDRESS:          D.O.B.                  PHONE:
P.O. Sarah PROHASKA          6929 W. SILVER SPRING DR.                 935-7242

REPORTED TO:                 DIST/BUR:                    DAY/DATE:               TIME:
SGT. Tony HENDRIX            DIST. #5                     SATURDAY 9/14/02        5:40 AM

INJURIES: PROBABLE CAUSE [ ] DEATH  [X] INJURIES:   SWOLLEN LEFT EYE, LACERATIONS
                                                    TO THE BACK OF HIS HEAD,
                                                    LACERATION TO HIS CHEEK NEAR
                                                    THE RIGHT EAR, LACERATION ON RT
                                                    HIS SHOULDER

ATTENDING PHYSICIAN          ADDRESS                                     PHONE
DR. Paul COOGAN              ST. MICHAEL'S HOSPITAL 2400 W. VILLARD AVE.

PREVIOUSLY TREATED BY:       ADDRESS:                                    PHONE:

REASON FOR TREATMENT: MEDICAL EMERGENCY

MEDICAL PERSONNEL AT SCENE:                                              SQUAD NO.
MED 4-PARAMEDICS LT. Edward SCHOTT/PARAMEDIC Matthew BRYANT              ENGING #36, MED #4
MFD ENGINE CO. #36, CAPTAIN SCHWARK, FIRE-FIGHTERS Joe MACK, Michael CAUSEY, John HUNLEY,
Ezra AITCH

000001

DATE OCCURRED: FRIDAY, 9/20/2002  TIME: 8:20 PM

[ ] SUDDEN DEATH  [ ] INJURED PERSON
[X] SUICIDE  [X] ATTEMPT SUICIDE  [ ] SICK PERSON

VICTIM (LAST NAME/FIRST/MIDDLE): DOMBROWSKI, Edward K.
ALIAS:

Marital Status: [X] SINGLE  [ ] MARRIED  [ ] SEPARATED
[ ] DIVORCED  [ ] WIDOWER  [ ] WIDOW

ADDRESS: 3970 S. QUIMBY

RACE: [X] Wh.  [ ] Blk.  [ ] AMER. INDIAN/ALASKAN NATIVE  [ ] ASIAN/PACIFIC ISLANDER
ETHNIC ORIGIN: [ ] HISPANIC  [X] NON-HISPANIC  SEX: MALE

AGE: 21  D.O.B. 8/4/81  P.O.B. USA
Height: 6'  Weight: 180 LBS.  Hair: BLACK  Eyes: BROWN

SCARS/MARKS, ETC.

MISC. NO.    B of I No.    FBI NO.    Soc. Sec. No.:    DR. LIC. No.    F.P. CLASS

CLOTHING WORN:

VICTIM'S OCCUPATION:                    EMPLOYED AT

PROPERTY ON PERSON (valuables):    DISPOSITION OF PROPERTY    INVENTORY NO.

VEHICLE MAKE    MODEL    LICENSE    VIN    DISPOSITION

LOCATION: 2920 N. 4TH ST. (DISTRICT #5)

| Day & Date (on/from) | Time | (to) Day & Date: | Time: |
|---|---|---|---|
| FRIDAY, 9/20/02 | 8:20 PM | | |

BODY DISCOVERED BY: P.O. LEMKE
ADDRESS: 2920 N. 4TH ST.
D.O.B.
PHONE: 935-7252

REPORTED BY: P.O. LEMKE
ADDRESS: 2920 N. 4TH ST.
D.O.B.
PHONE: 935-7252

REPORTED TO: SGT. Tony HENDRIX
DIST/BUR: #5-EARLY
DAY/DATE: FRIDAY, 9/20/02  8:20 PM
TIME:

INJURIES: PROBABLE CAUSE [ ] DEATH  [X] INJURIES:  ATTEMPT SUICIDE HANGING

ATTENDING PHYSICIAN    ADDRESS    PHONE

PREVIOUSLY TREATED BY:    ADDRESS:    PHONE:

REASON FOR TREATMENT:

MEDICAL PERSONNEL AT SCENE: MFD     SQUAD NO.

CONVEYED BY: MFD
SQUAD NO.: MED UNIT
CONVEYED TO: MT. SINAI HOSPITAL

ADMITTED AT:    DATE:    TREATED BY:

```
PS-17 Rev. 8/00          MILWAUKEE POLICE DEPARTMENT
```

| DATE OCCURRED 01-19-2003 | TIME 1:38 AM | | SUDDEN DEATH | | INJURED PERSON |
|---|---|---|---|---|---|
| (FORWARD REPORT-DETECTIVE BUREAU) | | X SUICIDE | | ATTEMPT | SICK PERSON |

**VICTIM:** (LAST NAME) GARDIPEE   (FIRST) Michael   (MIDDLE) Dewayne

Alias _____    **MARITAL STATUS** — SINGLE / MARRIED / SEPARATED / DIVORCED / WIDOWED / WIDOW

Address: 535 B W. Mitchell St.    Victim's Occupation: None

Race: ☒ Wh ☐ Blk ☐ Amer. Indian or Alaskan Native ☐ Asian or Pacific Islander

ETHNIC ORIGIN ☐ Hispanic ☐ Not Hispanic   Sex: Male    Employed at: None

Age 41   D.O.B. 08/27/61   P.O.B. Milwaukee, WI

Height 5'-4"   Weight 110 lb.   Hair Brn   Eyes Blu   Property on person (valuables): None

MARKS, scars, deformities, amputations/Skintone/Peculiarities _____

DISPOSITION OF PROPERTY _____

Misc. No. _____   B of I No. 138439   INVENTORY NO. _____

FBI. No. _____   Soc. Sec. No. 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   VEHICLE Make _____

Dr. Lic. No. G631-5446-1307-01 / WI /    Model _____

FP Class _____    License _____

CLOTHING WORN: Black Sweatshirt & pants   Vin # _____

DISPOSITION _____

LOCATION: 245 W. Lincoln Ave.

Day & Date: (on/from) Sun, 1/19/2003   20___   Time 1:38 AM (to) Day & Date ___ 20___ Time ___

BODY DISCOVERED BY: P.O. Eric Fjeld   Address 245 W. Lincoln Ave.   D.O.B. ___   Phone 935-7222

REPORTED BY: Lt. Allen Johnson   Address 245 W. Lincoln Ave.   D.O.B. ___   Phone 935-7221

REPORTED TO: Lt. of Det. Kenneth Grams   Dist/Bur CIB   Day & Date Sun., 1-19-2003   20___   Time 1:57 AM

INJURIES (TYPE AND NATURE): Self inflicted - Hanging

PROBABLE CAUSE ☐ DEATH ☒ INJURIES   restricted airway due to hanging

ATTENDING PHYSICIAN: Dr. Michelle Hiebert   Address 2900 W. Okalhoma   Phone 649-6000

PREVIOUSLY TREATED BY: _____   Address _____   Phone _____

REASON FOR TREATMENT: Self Inflicted Hanging

MEDICAL PERSONNEL AT SCENE: MFD Lt. Terry Lucas   SQUAD NO. Med 15

CONVEYED BY: MFD   SQUAD NO. Med 15   TO St. Lukes Hospital

ADMITTED AT 2:26 A.M.   DATE 1-19-03   TREATED BY Dr. Michelle Hiebert

CONDITION: Grave   PRONOUNCED DEAD BY Dr. Mecham

Time 1:56PM   M. Date Jan 21st, 2003   Place St. Lukes Medical Center

BODY IDENTIFIED BY: _____   WAS BODY POSTED ☐ YES ☐ NO

FINGERPRINTS & PHOTO TAKEN BY IDENT. TECH. _____   Date/Time _____

DET. BUR. NOTIFIED BY: Lt. Allen Johnson   Time 1:57 AM   To Whom Lt. Det. Grams

MEDICAL EXAMINER NOTIFIED BY: Lt./Det. Keith Balash   Time 2:40PM   To Whom Inv Gene Penn

MEDICAL EXAMINER AT SCENE: N/A

NEXT OF KIN NOTIFICATION: Ruth M. Depotsie (Mother)

ADDRESS: 535 #B W. Mitchell St.   Time 5:30 A.M.   Date 1-19-2003

NOTIFIED BY WHOM: Det. Donald Ours   Time 5:30 A.M.   Date 1-19-2003

000001

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 6 of 12   Document 123-15
**CONFIDENTIAL**   MPD06502

## MAJOR INCIDENT REPORT

**\*\*FOR LAW ENFORCEMENT PURPOSES ONLY -- CONFIDENTIAL\*\***

NON-DISCLOSURE FORM FILED WITH M.E. - YES  NO
                                                [x] [ ]
                                                BY Detective WESOLOWSKI

O.R. NUMBER: _____

OFFENSE: __SUDDEN DEATH (IN CUSTODY)__

DAY: __THURSDAY__   DATE: __07-24-03__   TIME: __9:50 AM__

LOCATION: __749 W. STATE ST.(PPS)__   DISTRICT: __1__

VICTIM: __HOPGOOD,FELIX L.__   R/S: __B/M__ AGE: __40__ DOB: __03-18-63__

ADDRESS: __6730 W. KEEFE AVE. APT. #4__   ID # __195506__

HAS RECORD: [X]Yes  [ ]No   ON PAROLE[ ]  PROBATION[ ]

INJURIES: __NONE__

CONVEYED BY: __MFD MED.UNIT 6__  CONVEYED TO: __SINAI SAMARITAN__

CONDITION: __DECEASED__

PRONOUNCED DEAD BY: __DR. MORTADA__   AT __9:50 AM__

                                                                  Yes      No
WEAPON USED __NONE__   Recovered [ ]   [ ]

                                                                 INVENTORY # _____

VICTIM I.D.'d BY: _____   AT _____

**NEXT-OF-KIN NOTIFIED:** __ROSIE M.HOPGOOD__,__2942 N. 48TH ST.__ __PH-449-9842__
                      (Name)           (Address)    (Phone #)

VICTIM I.D.'D THRU FINGERPRINTS:  Yes [X]  No [ ]

**KEY WITNESS:** __ELI JACKSON__   R/S: __B/M__ AGE: __24__ DOB: __11-16-78__

__3058 N. 10TH LANE- PH- 873-1291__
NAME/ADDRESS/PHONE)

DATE OCCURRED: 11/14/2004   TIME: 7:55 AM

[ ] SUDDEN DEATH   [ ] INJURED PERSON
[ ] SUICIDE   [x] ATTEMPT SUICIDE   [ ] SICK PERSON

**VICTIM (LAST NAME/FIRST/MIDDLE):** JOHNSON, Christopher H.

**ALIAS:**

**MARITAL STATUS:** [X] SINGLE  [ ] MARRIED  [ ] SEPARATED
[ ] DIVORCED  [ ] WIDOWER  [ ] WIDOW

**ADDRESS:** 2919 N. Downer Ave., Milwaukee, WI 53211

**RACE:** [x] Wh.  [ ] Blk.  [ ] AMER. IND./ALASKAN NATIVE  [ ] ASIAN/PAC. ISLANDER
**ETHNIC ORIGIN:** [ ] HISPANIC  [x] NON-HISPANIC   **SEX:** M

**AGE:** 40   **DOB:** 08/08/1964   **POB:** Tehran, Iran
**HEIGHT:** 6'0"   **WEIGHT:** 175#   **HAIR:** Auburn   **EYES:** Gray

**SCARS/MARKS, ETC.:**

**MISC. No.:**   **B of I No.:** 357773   **FBI No.:** 678896WB5   **SOC. SEC. No.:**   **DR. LIC. No.:** J525-1086-4288-04   **F.P. CLASS:**

**CLOTHING WORN:**
Green & blue plaid shirt over white T-shirt, blue jeans, red plaid boxer underwear, white cotton socks

**VICTIM'S OCCUPATION:** Unknown    **EMPLOYED at:** Unemployed

**PROPERTY on PERSON (valuables):**   **DISPOSITION of PROPERTY:**   **INVENTORY No.:** 275287

**VEHICLE MAKE:**   **MODEL:**   **LICENSE:**   **VIN:**   **DISPOSITION:**

**LOCATION:**
MPD Dist. 5, 2920 N. 4th St., Cell #8

**DAY & DATE (on/from):** Sunday 11/14/2004   **TIME:** 7:55 AM   **(To) DAY & DATE:**   **TIME:**

**BODY DISCOVERED by:** SIMONOS, Kenneth D.   **ADDRESS:** 3043 N. Holton St., Milwaukee, WI 53212   **DOB:** 07/12/1983   **PHONE:** 264-1833

**REPORTED by:** P.O. Thomas LIESKE (Dist. 5, payroll #67766)   **ADDRESS:**   **DOB:**   **PHONE:**

**REPORTED to:** Det. Victor WONG   **DIST/BUR:** CIB-days   **DAY/DATE:** 11/14/2004   **TIME:**

**INJURIES:**
Redness to front of neck,
2 small lacerations to right forehead

**PROBABLE CAUSE** [ ] DEATH [x] INJURIES:
Ligature marks to front of neck

**ATTENDING PHYSICIAN:** Dr. Laurie BENSON   **ADDRESS:** Sinai Samaritan Medical Center, 945 N. 12th St., Milwaukee, WI 53233   **PHONE:** 219-6666

**PREVIOUSLY TREATED by:** Dr. Baugerd   **ADDRESS:**   **PHONE:**

**REASON for TREATMENT:**
Injuries sustained by self-inflicted hanging

DATE OCCURRED:   TIME:

[x] SUDDEN DEATH   [ ] INJURED PERSON
[ ] SUICIDE   [ ] ATTEMPT SUICIDE   [ ] SICK PERSON

VICTIM (LAST NAME/FIRST/MIDDLE): FORD, VANESSA M.
ALIAS: JACKSON

Marital Status: [ ] SINGLE   [X] MARRIED   [ ] SEPARATED
[ ] DIVORCED   [ ] WIDOWER   [ ] WIDOW

ADDRESS:

RACE: [ ] Wh.   [X] Blk.   [ ] AMER. INDIAN/ALASKAN NATIVE   [ ] ASIAN/PACIFIC ISLANDER
ETHNIC ORIGIN: [ ] HISPANIC   [X] NON-HISPANIC   SEX: FEMALE

AGE: 45   D.O.B. 12/19/60   P.O.B. MILWAUKEE
Height: 5'6   Weight: 230LBS   Hair: BLK   Eyes: BRO

SCARS/MARKS, ETC.

MISC. NO.   B of I No.   FBI NO.   Soc. Sec. No.:   DR. LIC. No.   F.P. CLASS
            187394        137244DC0

CLOTHING WORN:   BLACK BLOUSE, BLUE JEANS

VICTIM'S OCCUPATION:                          EMPLOYED AT

PROPERTY ON PERSON (valuables): DISPOSITION OF PROPERTY   INVENTORY NO.

VEHICLE MAKE   MODEL   LICENSE   VIN   DISPOSITION

LOCATION: 3333 N. 76th ST APT 4

Day & Date (on/from)           Time           (to) Day & Date:           Time:
FRIDAY 12/30/05 FROM 4:25PM                   FRIDAY 12/30/05 TO 5:14PM

BODY DISCOVERED BY   ADDRESS:           D.O.B.   PHONE:
P.O. ALEX MANTAY DIST 7

REPORTED BY:         ADDRESS:           D.O.B.   PHONE:
OFFICER ALEX MANTAY

REPORTED TO:         DIST/BUR:          DAY/DATE:   TIME:
LIEUTENANT JEFFREY POINT CIB                ON FRIDAY 12/30/05 AT 5:45PM

INJURIES: PROBABLE CAUSE [X] DEATH   [X] INJURIES:   DECEASED

ATTENDING PHYSICIAN       ADDRESS                                 PHONE
DR. JONATHAN RUBIN
FROEDTERT HOSPITAL
PREVIOUSLY TREATED BY:    ADDRESS:                                PHONE:

REASON FOR TREATMENT:   NON BREATHER

MEDICAL PERSONNEL AT SCENE:                                        SQUAD NO.

CONVEYED BY:   SQUAD NO.          CONVEYED TO

CONFIDENTIAL                                                MPD07800

PS-17 Rev. 8/00

# MILWAUKEE POLICE DEPARTMENT

| DATE OCCURRED 09/19/07 | TIME 0100 | ☒ SUDDEN DEATH | ☐ INJURED PERSON |
|---|---|---|---|
| (FORWARD REPORT-DETECTIVE BUREAU) | ☐ SUICIDE | ☐ ATTEMPT | ☐ SICK PERSON |

**VICTIM:** (LAST NAME) Stewart  (FIRST) Ronald  (MIDDLE) Lee

| Alias | MARITAL STATUS | SINGLE ☒ | SEPARATED ☐ | WIDOWED ☐ |
|---|---|---|---|---|
| | | MARRIED ☐ | DIVORCED ☐ | WIDOW ☐ |

Address: 10942 W. Wildwood Dr Apt #D308
Victim's Occupation: Machine Operator

Race: ☐ Wh ☒ Blk ☐ Amer. Indian or Alaskan Native ☐ Asian or Pacific Islander

ETHNIC ORIGIN ☐ Hispanic ☒ Not Hispanic   Sex: Male

Employed at: JNL Fiber Serv.

Age 33   D.O.B. 11-29-73   P.O.B.
Height 6'3   Weight 275   Hair Blk   Eyes Bro

Property on person (valuables): Cell Phone, $1.62 in coins

MARKS, scars, deformities, amputations/Skintone/Peculiarities ____

DISPOSITION OF PROPERTY: Evidence

Misc. No.   B of I No. 233252
FBI No.   Soc. Sec. No. 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

INVENTORY NO. 389710, 394825, 394826

Dr. Lic. No.
FP Class
CLOTHING WORN: Black t-shirt, Blue jeans, multi colored boxers, white socks, Nike Air tennis shoes (red, white, & blue in color)

VEHICLE Make
Model
License
Vin #

LOCATION: 2323 N. Lake Dr.
DISPOSITION

Day & Date: (on/from) 09-19-2007   Time 0100   (to) Day & Date  20   Time
BODY DISCOVERED BY: Det. Willie Huerta   Address 749 W. State St.   D.O.B.   Phone 935-7411
REPORTED BY:   Address   D.O.B.   Phone
REPORTED TO   District/Bur   Day & Date  20   Time

DATE OF REPORT: 07SD0848

INJURIES (TYPE AND NATURE) Overdose/Seizure- Death

PROBABLE CAUSE ☒ DEATH ☐ INJURIES

ATTENDING PHYSICIAN   Address   Phone
PREVIOUSLY TREATED BY:   Address   Phone
REASON FOR TREATMENT: Prisoner felt sick while in booking line, admitted to swallowing an 8 ball of cocaine, had a seizure
MEDICAL PERSONNEL AT SCENE: Engine 20 & Med Unit #7   SQUAD NO.
CONVEYED BY: Med unit #7 Lt. Ellen Spatt   SQUAD NO. 7   TO St. Mary's Hospital
ADMITTED AT 12:05am A.M./P.M.   DATE 09-19-07   TREATED BY Dr. Gunnar Gundersen
CONDITION   PRONOUNCED DEAD BY Dr. Gunner Gundersen
Time 01:00AM.   DATE 09-19-07   PLACE St. Mary's Hospital 2323 N. Lake Dr.
BODY IDENTIFIED BY: Det. Dolores Applegate   WAS BODY POSTED ☐ YES ☐ NO
FINGERPRINTS & PHOTO TAKEN BY IDENT. TECH.   DATE/TIME

DET. BUR. NOTIFIED BY Lt. John Kaltenbrun   TIME 11:45pM.   To Whom Capt. Michael Dubis
MEDICAL EXAMINER NOTIFIED BY Rn Allen Shepard   TIME 01:30AM.   To Whom M.E. Gene Williams
MEDICAL EXAMINER AT SCENE
NEXT OF KIN NOTIFICATION: Stewart, Judy L (B/F 11-07-58) Mother
ADDRESS 10942 W. Wildwood Dr. Apt. D308, West Allis WI 53227   TIME 05:30AM   A.M./P.M. Date 09-19-07
NOTIFIED BY WHOM Det. Dolores Applegate   TIME 05:30AM   A.M./P.M. Date 09-19-07

000001

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 10 of 12   Document 123-15
**CONFIDENTIAL**   MPD08671

M-
HOMICIDE #     For

# MAJOR INCIDENT REPORT

**\*\*FOR LAW ENFORCEMENT PURPOSES ONLY -- CONFIDENTIAL\*\***

NON-DISCLOSURE FORM FILED WITH M.E. - ☒ YES ☐ NO

BY WHOM Det. Tarver

O.R. NUMBER: 102270010

OFFENSE: Critical Incident- In-Custody Death

DAY: Saturday      DATE: 8-14-10      TIME: 6:30PM

LOCATION: 2224 W. Clarke St.      DISTRICT: Three

VICTIM: Bean, Tony W.      R/S: B/M    AGE: 43    DOB: 6/27/67

ADDRESS: 3815 N. 38th St.      ID # 226980

HAS RECORD: ☒ YES ☐ NO      ON PAROLE ☐    PROBATION ☐

INJURIES: Deceased

CONVEYED BY: MFD Med 7      CONVEYED TO: St. Joseph's Hosp.

CONDITION: Grave

PRONOUNCED DEAD BY: Dr. Fiji- St. Joseph's Hosp.      AT 4:10AM

WEAPON USED NA      Recovered ☐ Yes ☐ No

INVENTORY # ____

VICTIM I.D.'d BY: NOK- wife- see below      AT 9:00PM

**NEXT-OF-KIN NOTIFIED:** Bean, Teresa D. F/B 3-30-68, 3815 N 38th St.
                           (Name)           (Address)           (Phone #)

VICTIM I.D.'D THRU FINGERPRINTS: ☐ Yes ☒ No

**KEY WITNESS:** Hayes, Sheresa L.      R/S: B/F    AGE: 20    DOB: 4/30/90

2224 W. Clarke St. 265-9322
(NAME/ADDRESS/PHONE)

BODY DISCOVERED BY: NA

ADDRESS: ____

000C62

**CONFIDENTIAL**      MPD08974

# Incident Report
# MILWAUKEE POLICE DEPT

2333 N. 49TH ST

Milwaukee, WI 53210

(414)935-7502

**111870046** Supplement No
ORIG

Reported Date
07/06/2011
Nature of Call
SUDDNDEATH
Officer
HENSLEY, JAMES J

## Administrative Information

| Agency | Incident No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| MILWAUKEE POLICE DEPT | 111870046 | ORIG | 07/06/2011 | 00:36 | 111870095 |

| Status | Nature of Call | Location |
|---|---|---|
| REPORT TO FOLLOW | SUDDEN DEATH | 2744 N BUFFUM ST |

| City | ZIP Code | Rep Dist | District | Squad | From Date | From Time |
|---|---|---|---|---|---|---|
| MILWAUKEE | 53212 | 3037 | 5 | 540 | 07/06/2011 | 01:41 |

| Officer | Assignment |
|---|---|
| 010013/HENSLEY, JAMES J | METROPOLITAN INVESTIGATIONS DIVISION |

| Entered by | Assignment | Confidential | RMS Transfer | Property? |
|---|---|---|---|---|
| 010013 | METROPOLITAN INVESTIGATIONS DIVISION | HOMICIDE | Successful | Yes |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 006472 | 07/26/2011 | 21:05:03 |

**MFD AT SCENE**
MFD MED UNIT #6 AND ENGINE #21

| MFD RANK/FULL NAME | MFD SHIFT (RD,GRN,BLU) |
|---|---|
| LT. JAMES ARPS OF MED 6 AND CAPT. STEVEN RIEGG OF ENGINE 21 | RED SHIFT |

| CAD PRINTOUT | DNA | LATENT PRINTS | PHOTOGRAPHS |
|---|---|---|---|
| Yes | Yes | Yes | Yes |

| # Offenses | Offense | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|
| 1 | WELFARE CHK-SDN DEATH | Sudden Death | O | | | | |

| #Pr | MOE | Act | Weapon/Force | IBRS | No |
|---|---|---|---|---|---|
| | | | | | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| VIC | POI | 1 | WILLIAMS, DEREK M | B | M | 01/23/1989 |
| RPR | ORO | 1 | HENSLEY, JAMES | W | M | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ORO | 1 | P | HENSLEY, JAMES | 1766023 | W | M | |
| POI | 1 | I | WILLIAMS, DEREK M | 1925483 | B | M | 01/23/1989 |

## Narrative

The deceased was observed by uniformed police officers committing an armed robbery (implied weapon). Upon trying to arrest him for the robbery, he fled on foot. After a foot chase, the deceased was found hiding in a yard and was taken into custody without incident. Shortly after being placed inside the back of a Milwaukee Police squad, the deceased went unresponsive and unconscious, and died a short time later.

He died on Wednesday, 07-06-11, at 1:41 a.m.

*Related Incident*
*IR# 11187 0026*
*CAD# 11187 0095*

| Report Officer | Printed At | |
|---|---|---|
| 010013/HENSLEY, JAMES J | 08/31/2011 10:20 | Page 1 of 3 |

000002

Case 2:12-cv-00664-JPS  Filed 01/18/16  Page 12 of 12  Document 123-15
CONFIDENTIAL
MPD08983