# United States District Court
## Eastern District of Wisconsin

---

## Estate of Perry v. Wenzel
### 12-CV-664



Video Deposition of
## Crystal Jacks
Recorded 05/22/2014 in Milwaukee, WI

10:29 am - 1:21 pm, 158 mins. elapsed

---

## Magne-Script

(414) 352-5450



20474 Condensed transcript with index

# Video Deposition of Crystal Jacks  5/22/2014

## Page 1

Witness
Crystal Jacks

Thursday 05/22/2014 at 10:00 by: Jeff Joseph

Milwaukee City Attorneys Office
841 N. Broadway #716
Milwaukee, WI  53202

Estate of Perry v. Wenzel
12-CV-664
United States District Court
Eastern District of Wisconsin

## Page 3

1       I N D E X
2   EXAMINATION BY                        PAGE NO.
3   Mr. Gende . . . . . . . . . . . . . . . . . .      3
4   Ms. Lappen. . . . . . . . . . . . . . . . . .    107
5   EXHIBIT NO.                           PAGE NO.
6   75 - Notice of Deposition . . . . . . . . . . .      6
7   76 - SOP 090 policy and procedure . . . . . . . .     72
8   77 - Jacks statement to investigators . . . . . .    98
9       (The sealed original transcript was sent to Mr. Gende)
10
11      E X A M I N A T I O N
12      BY MR. GENDE:
13   Q   Ma'am, please state your name and spell your last name
14      for the record?
15   A   Crystal Jacks. Last name J-a-c-k-s.
16   Q   Officer Jacks, I'm going to ask you a series of
17      questions regarding your knowledge of the events
18      surrounding Mr. Perry's death.  If you don't
19      understand my question, please tell me so and I'll
20      attempt to rephrase it in a manner that's more clear.
21      Okay?
22   A   Okay.
23   Q   If you answer my question, I will assume that you
24      understood it.  Is that fair?
25   A   Fair enough.

## Page 2

1           A P P E A R A N C E S
2   James J. Gende
3   Gende Law Office, S.C.
4   N28 W23000 Roundy Dr.
5   Pewaukee, WI  53072
6   On behalf of the Plaintiffs
7
8   Andrew A. Jones
9   Whyte Hirschboeck Dudek S.C.
10   555 E. Wells St. #1900
11   Milwaukee, WI  53202
12   On behalf of the Milwaukee County Defendants
13
14   Susan E. Lappen
15   Milwaukee City Attorneys Office
16   841 N. Broadway #716
17   Milwaukee, WI  53202
18   On behalf of the City of Milwaukee Defendants
19
20
21
22
23
24
25

## Page 4

1   Q   All your answers must be in a verbal manner because
2      the court reporter cannot take down nods of the head
3      and shrugs of the shoulders.  Okay?
4   A   Okay.
5   Q   Please allow me to ask my entire question before you
6      attempt to answer, and I'll afford you the same
7      courtesy so we may keep the record clear.  Okay?
8   A   Okay.  All right.
9   Q   Ma'am, what is your current employment?
10   A   I'm employed with the City of Milwaukee Police
11      Department as a police officer.
12   Q   For how long?
13   A   Thirteen years.
14   Q   And can you give me a brief overview of your
15      employment history before you became a police officer?
16   A   Before I became a police officer, I worked in a
17      nursing home.  Before that, I worked at K-Mart, and
18      before that, I worked at McDonald's.
19   Q   What was your job when you worked at the nursing home?
20   A   Taking care of elderly patients.
21   Q   Did you have some medical training in order to be
22      qualified for that job?
23   A   Yes.  Well, they gave me the training.
24   Q   All right. What type of training did you receive for
25      taking care of elderly patients?

## Page 5

1  A  Basically, getting them dressed, bathing them, helping
2     them feed them, helping them to use the bathroom.
3  Q  Did you receive any type of certification, like a --
4     not a registered nurse, but a nursing assistant or
5     something along those lines?
6  A  Closer to a nursing assistant.
7  Q  And how about a overview of your educational
8     background, please?
9  A  How far back do you want me to go, or....
10 Q  Let's start after high school.
11 A  Okay. After high school, I didn't go to college right
12    away until after I was on the department, my
13    department, the Milwaukee Police Department, and I
14    went to Marian College.
15 Q  When did you attend Marian?
16 A  I do not know the exact dates.
17 Q  Did you receive a degree?
18 A  I received 60 college credits, which would be
19    equivalent to an associate's.
20 Q  When was the last time you were going to Marian?
21 A  I would say at least seven years ago.
22 Q  Did you review any documents in preparation for your
23    deposition this morning?
24 A  Yes, I did.
25 Q  What documents did you review?

## Page 6

1  A  The initial paperwork that you gave me about being...
2  Q  Appearing?
3  A  ...sued. And the police reports from the day of this
4     incident.
5        (Exhibit 75 identified)
6  Q  I'm going to show you what we've marked as Exhibit No.
7     75, which was your notice to appear at a prior date,
8     entered and continued to this date. As part of that
9     notice, we asked that you bring with you any documents
10    you reviewed in preparation for your deposition here
11    today. Do you have those documents with you?
12 A  No, I do not.
13 Q  Do you know where they're at?
14 A  Probably in my work locker.
15 Q  Did you review any deposition testimony before
16    appearing?
17 A  No.
18 Q  Did you speak to any of the other defendants who I've
19    deposed in this case about their depositions?
20 A  Yes. My partner, Officer Kroes.
21 Q  Okay. And when did you speak to Officer Kroes about
22    his deposition?
23 A  It was the day after he did his deposition with you.
24 Q  Is he still your partner?
25 A  No.

## Page 7

1  Q  Okay. Was he your partner at the time you had this
2     conversation about his deposition?
3  A  For that particular day, we were partners, but he's
4     not somebody who I would work with every day.
5  Q  Not regularly assigned with him?
6  A  Correct.
7  Q  And who brought out the conversation about his
8     deposition at that time?
9  A  Officer Kroes.
10 Q  Okay. And tell me what you talked about.
11 A  Just basically he told me what types of questions that
12    you had asked him.
13 Q  What do you recall about the questions he relayed to
14    you?
15 A  Basically, as the condition of which Mr. Perry was
16    from the hospital, back to our Prisoner Processing
17    Section.
18 Q  How long did you talk to Officer Kroes about those
19    questions that he was asked at his deposition?
20 A  Two or three minutes.
21 Q  Did you talk to any of the other officers that have
22    been deposed about their depositions?
23 A  Yes, I did.
24 Q  Who else did you speak with?
25 A  Stephon Bell.

## Page 8

1  Q  And when did you have that conversation with Officer
2     Bell?
3  A  Probably around the exact date as when he did his
4     deposition. I believe how that came up is that his
5     first appointment to do this had been cancelled.
6  Q  Were you assigned with Officer Bell at that time as
7     well?
8  A  No.
9  Q  Okay.
10 A  No.
11 Q  So where did this conversation take place?
12 A  On a cell phone. On my cell phone.
13 Q  Did you call him or did he call you?
14 A  I do not know.
15 Q  Was the purpose of the cell phone call to discuss the
16    deposition or some other reason?
17 A  No. Just to -- we asked how -- I asked him how the
18    deposition went, and he had told me that it had been
19    rescheduled.
20 Q  Did you then talk to Officer Bell about his deposition
21    after he took it?
22 A  No.
23 Q  Other than meeting with your attorney, have you had
24    any discussions in preparation for your deposition
25    with anybody else?

## Page 9

1  A  No.
2  Q  And what police reports do you recall reviewing in
3     preparation for your deposition?
4  A  The statement that I had given to the detectives on
5     the actual night of when this occurred.
6  Q  And when did you review that report?
7  A  I do not know the exact date, but I did have a meeting
8     with Sue Lappen, and I would say that was at least two
9     or three months ago.
10 Q  When you met with Ms. Lappen, did you review any
11    documents other than the statement you gave to
12    detectives?
13 A  No.
14 Q  And I think you mentioned the complaint that named you
15    as a defendant, right?
16 A  Correct.
17 Q  How long did you meet with Ms. Lappen for?
18 A  An hour.
19 Q  Were any other people present?
20 A  Officer Kroes.
21 Q  Have you subsequently met with Ms. Lappen to prepare
22    for your deposition here today?
23 A  I've only had one meeting with Sue Lappen...
24 Q  Okay.
25 A  ...regarding this deposition.

## Page 10

1  Q  What was your assignment on September 13th, 2010?
2  A  You mean a squad number or what...?
3  Q  What were you assigned to do that day?
4  A  My --
5  Q  What was your job responsibility?
6  A  Police officer, and to convey a prisoner from the
7     Prisoner Processing Section to the hospital.
8  Q  Were you specifically assigned to conveyance on that
9     day, or was it just an assignment that you got while
10    you were out patrolling?
11 A  It was a dispatch assignment.
12 Q  So you were patrolling that day?
13 A  No. I didn't even get a chance to patrol.
14 Q  And what assignment do you recall receiving?
15 A  It came over as a take a prisoner for a medical from
16    Prisoner Processing Section to the hospital for a
17    seizure.
18 Q  And when you received that dispatch, where were you
19    at?
20 A  Sitting in my squad car.
21 Q  Near the police station or somewhere else?
22 A  In our garage.
23 Q  Were you just preparing to go out on patrol with
24    Officer Kroes?
25 A  Correct.

## Page 11

1  Q  Okay. Where did you first see Mr. Perry?
2  A  I first saw Mr. Perry when he was in the back of Bell
3     Ambulance.
4  Q  Do you know who had put Mr. Perry in the back of the
5     ambulance?
6  A  Who actually loaded him?
7  Q  Yes.
8  A  I do not.
9  Q  When you first saw Mr. Perry, tell me what you recall
10    seeing.
11 A  It was just a quick glance, but he was on a cot, and
12    that's really about -- I mean, I really couldn't -- it
13    was just a quick glance of what I saw.
14 Q  Was he sitting up, laying down?
15 A  The cot was in a -- sitting up.
16 Q  And did he appear conscious or unconscious?
17 A  Conscious.
18 Q  Did he have any type of breathing apparatus on him?
19 A  No.
20 Q  Were you able to converse with him at that time?
21 A  No, because Officer Kroes, we had made the decision
22    that he would ride with him to the hospital and I
23    would follow behind in my squad car.
24 Q  Did it appear that Mr. Perry was being resistant or
25    combative...

## Page 12

1  A  No.
2  Q  ...at that time?
3  A  No.
4  Q  Did it appear that Mr. Perry had any visible signs of
5     injury on his body?
6  A  No.
7  Q  Did it appear that Mr. Perry had urinated or defecated
8     on himself at that time?
9  A  No.
10 Q  Did you hear him mumbling or groaning or yelling out
11    in pain at all?
12 A  From when before we even left to the hospital? No.
13 Q  Okay.
14 A  No.
15 Q  Would you describe the physical condition that you
16    observed of Mr. Perry as anything other than normal
17    the first time you saw him?
18 A  He looked normal to me.
19 Q  Officer Kroes then went with Mr. Perry in the back of
20    the ambulance and you followed with the squad,
21    correct?
22 A  Correct.
23 Q  When you arrived at the hospital, tell me what
24    happened with Mr. Perry.
25 A  The -- I parked my squad car and let the dispatcher

| Page 13 | Page 15 |
|---|---|

**Page 13**

1   know that we were 23, which means basically we were at
2   the hospital. He was taken out of the back of the
3   ambulance and put into a room.
4   Q   Who removed Mr. Perry from the ambulance?
5   A   The paramedics.
6   Q   Was he rolled out of the ambulance on the cot?
7   A   Correct.
8   Q   And then was the cot rolled into the hospital?
9   A   Correct.
10   Q   Had Mr. Perry's condition changed at all during that
11   conveyance?
12   A   No.
13   Q   So when you saw him removed from the ambulance, you
14   would still describe him as normal, true?
15   A   Yes.
16   Q   And Mr. Perry, as he was being rolled into the
17   hospital on the cot by hospital staff, appear to be
18   resistant or combative at that time?
19   A   No.
20   Q   Was he moaning or groaning in pain?
21   A   No.
22   Q   Had he urinated or defecated on himself?
23   A   No.
24   Q   Once he was rolled into the hospital and assigned to a
25   room, did you observe his condition change at all at

**Page 15**

1   A   I did. This was after the hospital staff took their
2   initial assessment, blood pressure, any type of med--
3   they asked him if he takes any type of medication.
4   Q   Did you see hospital staff undertake a assessment that
5   included vital signs for Mr. Perry?
6   A   Correct.
7   Q   And what did you see them do in that regard?
8   A   They took his blood pressure, they put something on
9   his -- I don't know the exact name of it, but they put
10   something on your finger, which I believe monitors
11   your oxygen, oxygen, how you're breathing, your heart
12   rate.
13   Q   Did anybody on staff tell you after Mr. Perry's vitals
14   were taken that they were abnormal?
15   A   No.
16   Q   All right. Tell me a little bit more about the
17   inquiry that you made of Mr. Perry after hospital
18   staff made their first assessment and found Mr. Perry
19   to be essentially in normal condition.
20   A   I basically asked him does he know what happened. I
21   asked him if he knew what date it was. I asked if he
22   knew how long he had been in custody. And I asked him
23   when he was originally arrested, did they bring his
24   medication for seizures with him when he was arrested.
25   Q   Did he appear generally responsive?

| Page 14 | Page 16 |
|---|---|

**Page 14**

1   that point in time?
2   A   No.
3   Q   What happened next, after Mr. Perry was put into the
4   hospital room?
5   A   They started taking off the straps that hold them in
6   so they don't fall off the cot, took off the blanket,
7   and they started asking him basically what was his
8   reason for coming to the hospital that day.
9   Q   Was he able to respond to hospital staff?
10   A   Yes, he answered their questions.
11   Q   Did he appear coherent at that time?
12   A   Yes.
13   Q   Had he lost consciousness at any point in time up
14   until he was answering hospital staff questions?
15   A   No.
16   Q   And just to be clear, I mean from the moment you first
17   saw him in the back of the ambulance until he was
18   assigned to a hospital room.
19   A   He never lost consciousness.
20   Q   Did either yourself or Officer Kroes make any inquiry
21   of Mr. Perry up until the point of time where he was
22   answering questions for hospital staff, if you know?
23   A   What do you -- quir-- I'm not....
24   Q   Did you ask him any questions of like how was he
25   doing?

**Page 16**

1   A   Yes.
2   Q   Was he spitting at that time?
3   A   No.
4   Q   Had he urinated or defecated on himself?
5   A   No.
6   Q   Did he appear to be bleeding from any part of his body
7   at that point in time?
8   A   No.
9   Q   Had he lost consciousness up to that point in time
10   that you're aware of?
11   A   No.
12   Q   How did you become advised that he needed medications
13   for seizure issues?
14   A   I wasn't notified that he needed specific medicine. I
15   was notified to take him to the hospital for treatment
16   of a seizure.
17   Q   And then as a result, you inquired as to whether he
18   needed medications for his seizure activity?
19   A   No, I did not inquire.
20   Q   Well, you mentioned having as part of your discussion
21   with him questions about his seizure medications,
22   correct?
23   A   Correct.
24   Q   How did that come to pass? Did he tell you, "I need
25   seizure medications"? Did you ask him?

## Page 17

1  A  No. I asked him, when he was arrested, if the
2     medication -- I asked him if he takes it on a regular
3     basis, and when he was arrested, did they bring that
4     medication with him.
5  Q  And his response was what?
6  A  He said he did not -- they did not bring any
7     medication with him.
8  Q  When you were talking to Mr. Perry and he was
9     generally responsive, was he able to look you in the
10    eye and respond?
11 A  Yes.
12 Q  Did he appear to be losing consciousness at all during
13    that process?
14 A  No.
15 Q  How long did you remain at Mr. Perry's side during
16    this initial conference that you've discussed?
17 A  At least a half an hour.
18 Q  And during this half an hour time period, did you
19    continue to closely monitor Mr. Perry?
20 A  I sat right there in a chair.
21 Q  Did discussion cease and the two of you just sit next
22    to each other for a majority of that half hour after
23    your initial conversation?
24 A  It did.
25 Q  So he didn't try to engage further conversation with

## Page 18

1     you and you didn't try to engage further conversation
2     with him?
3  A  He had asked -- He said he needed to use the bathroom.
4  Q  Was he allowed to do that?
5  A  He was.
6  Q  And tell me how that process went forward.
7  A  Basically, while I was sitting there with him, he said
8     that he needed to use the bathroom. And I asked him
9     number one or number two, and that I would go get
10    Officer Kroes to go with him.
11 Q  And by the way, during this half-hour time period that
12    you've described, was Mr. Perry restrained in any
13    manner to the hospital bed he was in?
14 A  No.
15 Q  Had no cuffs on?
16 A  No.
17 Q  Had no leg shackles on?
18 A  No.
19 Q  And spit mask had not -- or an expectorant shield had
20    not been applied at that time, true?
21 A  Correct.
22 Q  And during this half-hour time period where Mr. Perry
23    was unsecured in the hospital bed, did --
24 A  He had -- He had a handcuff to the bed, but...
25 Q  That's what I'm looking for.

## Page 19

1  A  Okay.
2  Q  All right. So he's handcuffed to the bed, correct?
3  A  Mm-hmm. Mm-hmm.
4     MS. LAPPEN: Is that a yes?
5  BY MR. GENDE:
6  Q  Is that a yes?
7  A  Yes.
8     MS. LAPPEN: Okay.
9  BY MR. GENDE:
10 Q  And while he's handcuffed to the bed, did he appear or
11    make any movement like he wanted to escape or leave
12    the hospital?
13 A  No.
14 Q  In order to go to the restroom, was the handcuff
15    removed from the bed?
16 A  Yes.
17 Q  And did Officer Kroes do that?
18 A  I do not know which one of us took the handcuff off.
19 Q  And once the handcuff was removed, was Mr. Perry then
20    handcuffed at his arms before he went to the restroom?
21 A  He didn't still have the cuffs on, because we walked
22    him to the bathroom.
23 Q  So both --
24 A  We'd escort him.
25 Q  Both you and Officer Kroes escorted him to the

## Page 20

1     bathroom, correct?
2  A  Correct.
3  Q  Was he able to walk on his own at that point?
4  A  Yes.
5  Q  Did he appear to be wobbly or have an unsteady gait?
6  A  No.
7  Q  He had not urinated or defecated on himself at that
8     point, correct?
9  A  Correct.
10 Q  He was still responsive to your inquiries?
11 A  Yes.
12 Q  And was there a particular reason why handcuffs were
13    not reapplied after Mr. Perry was let off the hospital
14    bed to go to the restroom?
15 A  I -- It's kind of hard to use the bathroom with
16    handcuffs on, I would imagine, as a man, a male.
17 Q  So in order that he can use the bathroom without
18    complications, handcuffs were not put back on,
19    correct?
20 A  Correct.
21 Q  Did you feel that Mr. Perry was a safety risk without
22    his handcuffs on as he was being escorted to the
23    bathroom?
24 A  I wouldn't say he was totally a flight risk or
25    anything like that. I would say there's no such thing

| Page 21 | Page 23 |
|---|---|

**Page 21**

1    as a safe prisoner.
2   Q   Let me put it this way. When you have somebody in
3    custody, you're always concerned for your own safety
4    as an officer, correct?
5   A   Correct.
6   Q   And that's something that you vigilantly monitor
7    because you don't want to be injured and you don't
8    want to see anybody else injured from the prisoner,
9    correct?
10   A   Correct.
11   Q   But at this point in time, Mr. Perry did not present
12    such a risk that you felt it necessary to have him
13    handcuffed as he was escorted to the bathroom, true?
14   A   Right. Right.
15   Q   In your opinion, did Officer Kroes feel the same way,
16    if you know?
17   A   I do not know.
18   Q   Did Officer Kroes say, "Hey, we should cuff Mr. Perry
19    while he goes to the restroom"?
20   A   No.
21   Q   How long was Mr. Perry using the restroom before he
22    was brought back to his hospital bed?
23   A   A couple minutes.
24   Q   And when he came out of the restroom, would you
25    describe his condition as having changed at all

**Page 22**

1    physically?
2   A   No.
3   Q   Still responsive?
4   A   Yes.
5   Q   Still able to walk of his own accord, correct?
6   A   Yes.
7   Q   And then did you have to assist him back to his bed?
8   A   I mean, we were -- escorted him back to the bed, but
9    he didn't need help getting, physically getting into
10    the bed.
11   Q   So he walked on his own, right?
12   A   Correct.
13   Q   Nobody had to hold him up?
14   A   No.
15   Q   And when he got back in the bed, was the cuff then
16    reapplied to him in the bed?
17   A   Correct.
18   Q   Did you stay by his side after he went back in the
19    bed?
20   A   I did.
21   Q   And for how much longer were you by his side while he
22    remained in the bed?
23   A   At least a couple more minutes. After he had came
24    back from the restroom, I asked Officer Kroes to sit
25    with him while I went to get something to drink.

**Page 23**

1   Q   Do you know if Mr. Perry had been administered any
2    medication up to this point in time by hospital staff?
3   A   I don't recall at this point them administering any
4    type of medication.
5   Q   An I.V. did not have to be removed so he could go to
6    the bathroom, correct?
7   A   Correct.
8   Q   And you didn't see Mr. Perry take any medication
9    orally up until the point in time that we have
10    reached, correct?
11   A   Correct.
12   Q   So you left for a couple minutes to get a drink and
13    came back, true?
14   A   Correct.
15   Q   How was Mr. Perry when you returned?
16   A   Still the same.
17   Q   Did Officer Kroes report to you any change in
18    condition of Mr. Perry?
19   A   Officer Kroes had told me that he had another seizure.
20   Q   Had a seizure while you were gone?
21   A   Mm-hmm.
22   Q   Is that a yes?
23   A   Yes.
24   Q   And do you know if medical staff responded to that
25    seizure in your absence?

**Page 24**

1   A   I do not know.
2   Q   Did Officer Kroes tell you whether medical staff had
3    responded to Mr. Perry's seizure in your absence?
4   A   No.
5   Q   When you saw Mr. Perry then after returning from
6    getting something to drink, did you ask him any
7    questions about what had just happened?
8   A   No.
9   Q   Was he having any seizure activity when you returned?
10   A   Yeah. He had another one after, a couple more minutes
11    after I returned.
12   Q   All right. And what did you and/or Officer Kroes do
13    when he had that second seizure in your presence?
14   A   I guess you could say we observed him having a
15    seizure, and we, when the nurse, a nurse came back in
16    and we had told them that he had -- we were basically
17    counting how many seizures that he was having.
18   Q   Do you know if Officer Kroes called for medical
19    assistance when Mr. Perry had that seizure in your
20    absence?
21   A   I do not.
22   Q   Did you ask him if he called for medical assistance?
23   A   No.
24   Q   And when Mr. Perry started the second seizure in your
25    presence, did you or Officer Kroes call for medical

## Page 25

1    assistance?
2  A  Basically when a nurse came back in, we had told them
3    that he had another seizure.
4  Q  Well, my question is, as you were observing the
5    seizure activity, did you press any buttons or called
6    for the nurse requesting medical assistance?
7  A  I did not.
8  Q  When the nurse returned and you informed her that Mr.
9    Perry had had two seizures in their absence, what, if
10   anything, was done at that time?
11  A  I -- I can't remember what they did.
12  Q  How much time elapsed from the second seizure that you
13   observed until the nurse came back in to check on Mr.
14   Perry's status?
15  A  I do not know the exact time, how much time elapsed.
16  Q  More than five minutes, less than five minutes?
17  A  More than five minutes.
18  Q  More than half an hour, less than half an hour?
19  A  Less than half an hour.
20  Q  When that nurse came back in, do you recall her name
21   or what she looked like?
22  A  I don't recall her name. I could -- the only thing I
23   remember, that was a white female.
24  Q  What color hair?
25  A  I can't remember.

## Page 26

1  Q  Older, younger?
2  A  Mid 20s.
3  Q  When the nurse came back in, you informed her of the
4   seizure activity, what did she do next?
5  A  At this point, they're starting to -- they're going to
6   -- an I.V.
7  Q  They put a I.V. into Mr. Perry?
8  A  They were trying to.
9  Q  And other than the seizure activity, how would you
10   describe Mr. Perry's condition having changed, if at
11   all?
12  A  It didn't.
13  Q  So he had the second seizure, he was still responsive
14   to inquiry?
15  A  After each -- After the second seizure, he started to
16   get -- to me, he looked drowsy.
17  Q  And when you say "drowsy," did you see his eyes
18   rolling back in his head, did his eyelids go to half-
19   mast, was his head slumping forward? How would you
20   describe it?
21  A  No. He -- he looked sleepy, to me.
22  Q  Did you inquire of him at that time how he was
23   feeling, anything of that nature?
24  A  No.
25  Q  There was no conversation between either you and Mr.

## Page 27

1    Perry or Mr. Perry and Officer Kroes after the second
2    seizure?
3  A  I know I didn't have -- I didn't talk to him again.
4  Q  Were nursing staff eventually able to get an I.V. into
5    Mr. Perry?
6  A  Yes.
7  Q  How much time did that take? Approximately.
8  A  Half hour.
9  Q  And during that time period, did Mr. Perry have any
10   further seizure activity?
11  A  He had one more after the I.V. was put in.
12  Q  Were nursing staff present when that occurred?
13  A  No, they were not. It was just me and Officer Kroes.
14  Q  Did you ever see a doctor come in and observe Mr.
15   Perry while you were present?
16  A  Yeah. At least once.
17  Q  When Mr. Perry had the third seizure, did either you
18   or Officer Kroes call for medical assistance, push a
19   button, call out for a nurse?
20  A  After the nurse came back in, every time a nurse came
21   in to check on him, we let them know he had another
22   seizure.
23  Q  What was their response, if any?
24  A  I don't remember the exact verbal response each time
25   that we were telling this, but I know she was, a

## Page 28

1    nurse, she was like, "Okay. I'll let the doctor
2    know."
3  Q  Why did you and Officer Kroes remain in the presence
4   of Mr. Perry during this time period? Why did you
5   stay with the prisoner?
6  A  Because we can't leave prisoners alone by themselves.
7  Q  Is that standard operating procedure for the Milwaukee
8   Police Department?
9  A  Correct.
10  Q  All right. Is there any observation requirements for
11   somebody who is being physically restrained that
12   you're aware of?
13  A  Yeah. We have to stay with our prisoner. We can't
14   leave him even at the hospital or -- they can't be
15   left alone.
16  Q  Did your concern for Mr. Perry's deteriorate -- well,
17   strike that. Did you feel that Mr. Perry's condition
18   was deteriorating during these series of seizures?
19  A  Yes, I did.
20  Q  And did your concern level for his well-being go up or
21   go down as you were observing his seizure activity?
22  A  It went up.
23  Q  Do you know if Officer Kroes became more concerned or
24   less concerned as Mr. Perry continued to have seizure
25   activity?

## Page 29

1   A   I do not know how -- if Officer Kroes was -- I don't
2       know.
3   Q   Did you know that Officer Kroes had medical training
4       as a paramedic before coming onto the police
5       department?
6   A   I did.
7   Q   Did he express to you any medical opinions about what
8       may be happening with Mr. Perry in the absence of
9       nurses and while Mr. Perry was having seizure
10      activity?
11  A   Are you asking me if Officer Kroes was trying to give
12      his diagnosis of what happened or what he thought was
13      going on with Mr. Perry, or....
14  Q   Not necessarily a diagnosis, but was he providing you
15      an opinion as, "This is not right.  This is bad.  We
16      need a nurse here.  Medications need to be
17      administered," things of that nature.
18  A   No.
19  Q   After the third seizure and the nurse returned, what
20      discussions were had about Mr. Perry's condition?
21  A   Between who?
22  Q   Between yourselves and hospital staff.
23  A   I wouldn't really say there was a discussion, other
24      than that we kept -- every seizure that we have, we
25      would tell the medical staff, either the nurse, and

## Page 30

1       she just kept telling us, "I'll let the doctor know."
2   Q   Up until that point in time, had you ever expressed to
3       medical staff that you believe Mr. Perry was faking
4       any of his conditions?
5   A   No.
6   Q   Up until that point in time, had Officer Kroes
7       expressed to any medical staff that Mr. Perry was
8       faking his conditions?
9   A   No.
10  Q   Did you or Officer Kroes up until that point in time
11      have a conversation that Mr. Perry appeared to be
12      faking any of his conditions?
13  A   No.
14  Q   After the third seizure and the nurse returned, do you
15      know if any medication was administered?
16  A   There was something put into a I.V., but I don't know
17      what it was.
18  Q   Did hospital staff ever advise what type of
19      medications they were administering to Mr. Perry?
20  A   No.
21  Q   Did --
22  A   I wasn't advised of the exact medication, what he was
23      given, until towards the end of -- just before we got
24      ready to transport him.
25  Q   After the third seizure and after you saw medications

## Page 31

1       being administered to Mr. Perry, how much time elapsed
2       before he left the hospital?
3   A   One hour.
4   Q   And during that one hour time period, did you see Mr.
5       Perry have any additional seizure activity?
6   A   No.
7   Q   Were you able to converse normally with him during
8       that one hour time period?
9   A   I did speak with him, and it was not the way -- me and
10      him, we weren't speaking exactly.  He wasn't the same
11      condition as when we first got there, and I asked him
12      if he knew what had happened.  It had changed.
13  Q   Did he appear to be less coherent?
14  A   Yes.
15  Q   Was he in and out of consciousness?
16  A   It's hard to describe.  I've never -- I do not know if
17      he was conscious or unconscious.  The best way I can
18      describe it is that he could hear what we were saying
19      to him, but he could not give us a direct answer.
20  Q   Was he able to look you in the eye like he had earlier
21      in the evening?
22  A   He did not look me in my eye.
23  Q   Was he able to hold his head up, was it slumped
24      forward?
25  A   It wasn't slumped forward.

## Page 32

1   Q   Was he laying down in bed or had he been propped up?
2   A   He was propped up.
3   Q   During that one hour time period after the third
4       seizure and after some additional medication had been
5       administered, did your concern level for Mr. Perry's
6       condition continue to go up, remain the same, go down?
7   A   I was always concerned for him.  I had asked
8       specifically what medication he was given, and I had
9       felt after he was given medication that his condition
10      should have been improving.
11  Q   And did you observe improvement?
12  A   No.
13  Q   During that one hour time period, were you and Officer
14      Kroes discussing Mr. Perry's declining condition?
15  A   I -- Yes.
16  Q   And tell me about those discussions.
17  A   We were basically wondering why there wasn't -- why he
18      wasn't improving.
19  Q   Why he appeared to be getting worse?
20  A   I don't know if it was worse, but it was different
21      from when he first arrived.
22  Q   Did Officer Kroes offer any opinions?
23  A   No.
24  Q   How often were hospital staff checking on Mr. Perry
25      during this one hour time period after the third

## Page 33

1  seizure and during the course of your conversations
2  with Officer Kroes about Mr. Perry not improving?
3  A   How long were the hospital staff coming in or how
4  frequent?
5  Q   How many -- yeah.  How frequent did they come in and
6  check?
7  A   I don't know exact number.
8  Q   And when they would come back in and check, did you
9  and Officer Kroes express to them your concern that
10  Mr. Perry seemed to be getting worse as opposed to
11  better?
12  A   Yes.
13  Q   And how did they respond?
14  A   The -- It was -- When we had told them about it, it
15  seemed -- it was really brief.  I told them about
16  what, you know, I basically asked what was going on
17  with him, why his condition was so different, and
18  eventually the only thing that they -- "Well, it's
19  just from the medication that we gave him."
20  Q   And when you say his condition was so different,
21  describe that for me.  How was it so different?
22  A   It was different than, when he first got there, he was
23  talking to me, he knew what date it was, he knew where
24  he was, and towards the end of our visit, he like --
25  he was sleepy, drowsy.  At this point, if he -- we had

## Page 34

1  to get him dressed before we left the hospital.
2  Q   Who had undressed him when he arrived at the hospital?
3  A   The hospital staff.  Well, he wasn't -- his shirt was
4  taken off and a gown was placed on him.
5  Q   Then when you left the hospital, how did he need to be
6  dressed?
7  A   We had to put his shoes back on and his shirt.
8  Q   And when you were putting his shoes back on and his
9  shirt, was Mr. Perry conscious or unconscious?
10  A   It was the same thing, the same what I had told you
11  before, that it's hard to -- I don't know if he was
12  conscious or unconscious.  It was the same thing I
13  said earlier, that he could hear us but he couldn't
14  give us a direct response.
15  Q   Did you or Officer Kroes inquire or request that Mr.
16  Perry put on his own shirt or put on his own shoes?
17  A   Yes.
18  Q   And did he respond?
19  A   Not verbally.
20  Q   How did he respond?
21  A   Initially, he started -- he picked his shirt up and
22  put his hands and arms in it, and was, I guess you
23  could say, trying to put the shirt on, but it -- yeah,
24  he couldn't.
25  Q   Did Mr. Perry remain cuffed during this one hour time

## Page 35

1  period that we've discussed, restrained to the
2  hospital bed?
3  A   He was cuffed with the exception of taking the cuffs
4  off so that he could put his arms in the shirt.
5  Q   During this one hour time period after the third
6  seizure and before the discharge, did you, as part of
7  your discussions with Officer Kroes, suggest that Mr.
8  Perry may be faking?
9  A   No.
10  Q   How did the discharge process unfold?  Tell me what
11  happened.
12  A   I was concerned because obviously, as I said before,
13  his condition wasn't better, and I expressed that to
14  the nurse and the doctor.  And I had asked the doctor
15  what exactly what did they give him, what type of
16  medication, why is he -- why was he acting like this,
17  why can't -- I was basic-- I asked the doctor to
18  explain to me what exactly what treatment they gave
19  him.
20  Q   Was the doctor responsive?
21  A   Yes.
22  Q   And were you satisfied with the doctor's explanation
23  as to what treatment Mr. Perry received?
24  A   No.
25  Q   Why were you unsatisfied with that?

## Page 36

1  A   Because I expected him -- his condition should have
2  been the same as when he arrived.
3  Q   Had Mr. Perry done anything to anger or upset you
4  during the period that you had transported him to the
5  hospital and while you were monitoring him in the
6  emergency room?
7  A   No.
8  Q   Had he taken any actions whatsoever which suggests
9  that he was resistive or combative to being in your
10  and Officer Kroes's custody?
11  A   He did not try and kick us or hit us or anything like
12  that.  But at the same time we were, you know -- I'm
13  instructing him to put your shoes on, put your shirt
14  on, and he just -- he couldn't do it.
15  Q   After your conversation with the doctor where you
16  expressed your elevated concern and demanded that he
17  provide some explanation as to the treatment that Mr.
18  Perry had received, was Officer Kroes engaged in this?
19  Was he asking questions as well?
20  A   He was standing next to me.
21  Q   At the end of the conversation where the doctor
22  responded to your inquiries and you were not
23  satisfied, did you tell the doctor you were not
24  satisfied?
25  A   I did not specifically.  I didn't use that verbiage

| Page 37 | Page 39 |
|---|---|

**Page 37**

1    that I wasn't satisfied.
2  Q  So was the doctor telling you he's going to be
3    discharged?
4  A  Yes.
5  Q  And your response was, "He's worse. We don't
6    understand why he's worse. He should be better," or
7    words to that effect?
8  A  I -- Yes.
9  Q  Did the doctor give you any discharge instructions,
10    saying, "Well, he should be monitored for X, Y, Z. If
11    he gets worse, bring him back," things of that nature?
12  A  After we -- I had expressed my concern about what
13    exactly treatment he gave Mr. Perry, he had told me
14    that it was just from the medication that they gave
15    him, it was going to make him sleepy, and that he
16    could sleep it off on a bench.
17  Q  Were any nurses present when this conversation took
18    place?
19  A  No.
20  Q  Did the doctor ever express to you during the course
21    of this conversation that he believed Mr. Perry was
22    faking his conditions?
23  A  No.
24  Q  Did you or Officer Kroes during the course of this
25    conversation tell the doctor, "We believe Mr. Perry is

**Page 38**

1    faking his condition"?
2  A  No.
3  Q  What happened after the conversation with the doctor
4    ended?
5  A  He, after the -- when he had told us it was the
6    medication that we just gave him making him sleepy, he
7    offered -- he basically had told us he's still going
8    to be discharged, and if we wanted to, we could stay
9    there a little bit longer with Mr. Perry so that he
10    could rest.
11  Q  And did you do that?
12  A  After the -- yes, we did. We did stay there longer.
13  Q  How much longer?
14  A  At least a half an hour.
15  Q  And during that 30 more minutes, did you closely
16    monitor Mr. Perry?
17  A  I was right there. I never left the room. I was
18    right there.
19  Q  Did he appear to be getting better or worse, in your
20    opinion?
21  A  It was the same.
22  Q  Did hospital staff continue to check in on him?
23  A  No.
24  Q  And then --
25  A  After offering that if we wanted to -- so that he

**Page 39**

1    could rest, no, they did not.
2  Q  Then after this 30-minute or so time period, what
3    happened next?
4  A  I called the supervisor that was working at the
5    Prisoner Processing Section that day.
6  Q  And by the way, during that 30 minutes after the
7    conversation with the doctor where you expressed your
8    dissatisfaction with Mr. Perry's physical condition
9    and he said -- and the doctor said he's going to be
10    discharged, did your concern level go up, go down, or
11    remain the same as it relates to Mr. Perry?
12  A  It remained the same.
13  Q  And would you say that was a high level of concern,
14    based on what you had observed over the last two to
15    three hours?
16  A  I certainly called the supervisor to let him -- let
17    them know what was going on.
18  Q  Supervisor being Lieutenant Robbins?
19  A  Yes.
20  Q  Did you know Lieutenant Robbins before September 13th,
21    2010?
22  A  Not personally. Just through work.
23  Q  And your purpose in calling Lieutenant Robbins was
24    what?
25  A  To let him know what Mr. Perry's condition was, how --

**Page 40**

1    what we were seeing at the hospital.
2  Q  Which was what?
3  A  I explained to the supervisor that his condition, it
4    wasn't the same as when we first got there, and that I
5    asked if we could take him to the Criminal Justice
6    Facility instead of taking him to the Prisoner
7    Processing Section.
8  Q  Did you express concern to Lieutenant Robbins that Mr.
9    Perry seemed to be worse than when he went to the
10    emergency room?
11  A  I didn't specifically say that it was worse, but I let
12    him know that he -- I had specifically told Lieutenant
13    Robbins that he couldn't -- he can't -- he couldn't
14    walk. He -- I let him know that we had to get him
15    dressed.
16  Q  Did you express any other concerns to Lieutenant
17    Robbins at that time?
18  A  No.
19  Q  Why did you request permission of your supervising
20    lieutenant to take Mr. Perry directly to the CJF?
21  A  I, with his condition being different, I thought it
22    would be -- basically, I wanted him to be monitored by
23    a nurse, a registered nurse.
24  Q  So it was your position that Mr. Perry would have
25    better medical supervision being taken directly to CJF

## Page 41

1  as opposed to being returned to the Prisoner
2  Processing Section?
3  A  A nurse has more training than we do, so....
4  Q  You knew there were nurses at CJF, right?
5  A  Yes.
6  Q  Was there any reason why you did not request taking
7     Mr. Perry to another hospital for further evaluation?
8  A  No, there was not a specific reason.
9  Q  Are you discouraged from taking an inmate from one
10    hospital to another hospital in the event you're
11    unsatisfied with their condition upon discharge?
12 A  No, we're not discouraged. I've never encountered a
13    situation where if we felt that the prisoner wasn't
14    given the proper treatment, I've never been faced with
15    that position. But, no, we're not discouraged.
16 Q  How did Lieutenant Robbins respond to your concerns
17    and expressions that Mr. Perry could not walk, that he
18    was unable to dress himself, that he was in worse
19    condition than when he had shown up at the emergency
20    room?
21 A  Lieutenant Robbins was -- it sounded like he was
22    looking at some paperwork, I'm assuming probably to
23    see where exactly he was in the arrest process, and he
24    informed me that he had to come back to the Prisoner
25    Processing Section. His paperwork wasn't complete yet

## Page 42

1     for -- enough for us to transport him over to the
2     Criminal Justice Facility.
3  Q  Did you express to Lieutenant Robbins that your
4     purpose for getting Mr. Perry directly to CJF was so
5     he could have closer medical supervision by nursing
6     staff?
7  A  I didn't specifically, no.
8  Q  Lieutenant Robbins said, "You have to bring him back
9     because we don't have the paperwork complete," or
10    words to that effect?
11 A  Correct.
12 Q  Do you recall Lieutenant Robbins giving you any other
13    instruction?
14 A  No.
15 Q  What happened next?
16 A  Me and Officer Kroes, we finished dressing him, put
17    him in a wheelchair, we took him out to our squad.
18 Q  When you put Mr. Perry in the wheelchair, did he
19    appear to be able to ambulate on his own?
20 A  No.
21 Q  Tell me what the transfer process was to get Mr. Perry
22    in the wheelchair.
23 A  Basically, me and Officer Kroes -- he wasn't able to
24    get in a wheelchair on his own.
25 Q  Once you and Officer Kroes put him in the wheelchair,

## Page 43

1     did you have any further contact with medical staff?
2  A  No.
3  Q  Who was provided the discharge instructions for Mr.
4     Perry? Did you receive those or Officer --
5  A  The paperwork?
6  Q  Yes.
7  A  I do not know which one of us got the paperwork.
8  Q  When you received the paperwork, which would include
9     discharge instructions for Mr. Perry, did a nurse or a
10    doctor say anything about what to look out for as it
11    relates to Mr. Perry's condition?
12 A  I don't remember a specific nurse or doctor telling me
13    the exact words, but I remember looking at the
14    paperwork and it said if his condition changed, to
15    bring him back to the hospital.
16 Q  Who pushed Mr. Perry out in the wheelchair?
17 A  I -- I don't know.
18 Q  Was he able to hold his head up at that point in time?
19 A  I don't remember if he was holding his head up.
20 Q  Do you know if he was conscious or unconscious?
21 A  His condition, what you asked me before, it didn't
22    change. It was still the same. He wasn't -- it was
23    the same.
24 Q  He wasn't bleeding from anywhere.
25 A  No.

## Page 44

1  Q  He hadn't urinated or defecated on himself yet.
2  A  No.
3  Q  He had no signs of visible injury that you could see,
4     right?
5  A  Correct.
6  Q  He hadn't started spitting yet, true?
7  A  Correct.
8  Q  Had he made any complaints of difficulty with
9     breathing up to that point in time?
10 A  No.
11 Q  Had he said anything to the extent that somebody was
12    trying to kill him or hurt him?
13 A  No.
14 Q  Were additional officers assigned to transport Mr.
15    Perry back to PPS?
16 A  There were more officers. It was -- from -- Yes,
17    there were more officers to help transport Mr. Perry
18    back to Prisoner Processing Section.
19 Q  Did they show up at the emergency room?
20 A  No.
21 Q  Tell me how Mr. Perry was transferred to the squad
22    from the wheelchair.
23 A  Me and Officer Kroes pretty much put him in there. We
24    picked, I mean....
25 Q  Was he able to walk on his own accord?

## Page 45

1  A  Not 100 percent.
2  Q  Did you instruct him to get into the vehicle?
3  A  I did.
4  Q  And what was his response?
5  A  I was asking him to -- because he wasn't really
6     offering to help us get him in the chair, so I asked
7     him, "Can you stand up? Stand up."
8  Q  Did you believe he was faking any of his conditions at
9     this time?
10  A  No.
11  Q  Did Officer Kroes tell you that he thought Mr. Perry
12     was faking any of his conditions at this time?
13  A  No.
14  Q  Tell me why you didn't believe Mr. Perry was faking
15     his condition at this time.
16  A  It's not -- How can you -- There's no -- It doesn't
17     matter if, I mean....
18  Q  Well, you've been --
19  A  I'm not a doctor. I mean, who am I to say if he's
20     faking or not?
21  Q  Well, you'd been observing him for two or three hours,
22     correct?
23  A  Yeah.
24  Q  And you saw his condition deteriorate, correct?
25  A  Yeah. It changed.

## Page 46

1  Q  It changed while he was at the emergency room. And
2     based on your observations, you didn't believe he was
3     faking any of his conditions, correct?
4  A  Correct.
5  Q  Did somebody at the emergency room tell you that Mr.
6     Perry was faking his condition?
7  A  No.
8  Q  Never heard a nurse say, "He's fine. He's faking," or
9     words to that extent?
10  A  No.
11  Q  When Mr. Perry was put in the back of the squad, was
12     he cuffed?
13  A  He would have been hand-- I can't remember
14     specifically if he was handcuffed in the back or in
15     the front.
16  Q  But his hands were cuffed.
17  A  Mm-hmm.
18  Q  Yes.
19  A  Yes.
20  Q  And then when he was put in the back of the squad, was
21     he belted?
22  A  Yeah.
23  Q  Was he able to belt himself?
24  A  No.
25  Q  Did you belt him?

## Page 47

1  A  Yes, I did.
2  Q  And when you belted him, was he responsive to any
3     movements that you made?
4  A  I put the seatbelt on him and....
5  Q  He wasn't resistant at that time?
6  A  No.
7  Q  He didn't try and use his head to head-butt you or
8     flail his arms or his legs, correct?
9  A  Correct.
10  Q  Do you know if his eyes were open or closed?
11  A  I do not.
12  Q  Did he try to spit on you at that time?
13  A  No.
14  Q  Did he appear resistant or combative in any way,
15     shape, or form when you were belting him into the back
16     of the squad?
17  A  No, he did not try to strike me.
18  Q  Who drove the squad back to PPS?
19  A  I do not remember if it was me or my -- Officer Kroes.
20  Q  Do you recall observing Mr. Perry in the back of the
21     squad during that conveyance?
22  A  I can't -- No. And that's only because I can't
23     remember who drove the squad car. So I'm assuming
24     whoever would have drove, the other person would have
25     specifically looked at him or monitored Mr. Perry.

## Page 48

1  Q  Up until this point in time in your deposition --
2  A  Mm-hmm.
3  Q  -- has there been any suggestion that you're aware of,
4     by anybody involved in this lawsuit, that Mr. Perry
5     was faking his condition at the emergency room or upon
6     his discharge?
7  A  No.
8  Q  So that term, "faking it," is not something that
9     you've heard up until your deposition?
10  A  Correct.
11  Q  How much time elapsed from conveying Mr. Perry from
12     the emergency room back to PPS?
13  A  Few minutes.
14  Q  Short trip?
15  A  Yeah. Yes.
16  Q  And then you arrived at PPS. Did you remain in the
17     squad for a period after getting back to PPS?
18  A  Yes.
19  Q  For how long?
20  A  A couple minutes. We were waiting for the other
21     officers to respond so that we could get him from the
22     garage upstairs to the fifth floor.
23  Q  And during that time period, were you closely
24     monitoring Mr. Perry?
25  A  I was right next to Mr. Perry.

## Page 49

1 Q Was he moaning or groaning in pain?
2 A No.
3 Q Was he calling out for help in any way?
4 A No.
5 Q Was he complaining of difficulty breathing?
6 A No.
7 Q Had he urinated or defecated on himself during the
8   conveyance process?
9 A I did not see any -- No. Once we arrived at the
10   garage, no.
11 Q You couldn't smell anything.
12 A No.
13 Q And as you were closely monitoring him, did you see
14   him bleeding from anywhere?
15 A No.
16 Q Had he started to spit on himself?
17 A No.
18 Q Had he become combative or resistive while in the back
19   seat during the conveyance?
20 A No.
21 Q As you waited in the garage for several minutes for
22   additional officers, did Mr. Perry's condition change?
23 A It did not.
24 Q When the other officers showed up, do you recall who
25   they were?

## Page 50

1 A I remember two officers.
2 Q And when they showed up, was there any discussion
3   about Mr. Perry's condition between you, Officer
4   Kroes, and the two supporting officers?
5 A No.
6 Q Did they ask any questions about Mr. Perry's
7   condition?
8 A They had asked where we had come from, and I told them
9   the hospital.
10 Q Was there any delay in then removing Mr. Perry from
11   the back of the squad?
12 A No.
13 Q And how was Mr. Perry removed from the back of the
14   squad?
15 A Each officer kind of took an arm or a leg, and we
16   physically picked him up.
17 Q Did any officer direct Mr. Perry to exit the vehicle
18   on his own?
19 A No.
20 Q Was it apparent, at least to you, that Mr. Perry was
21   not going to be able to exit the vehicle under his own
22   power?
23 A Yes.
24 Q And tell me how that was apparent to you.
25 A It was apparent to me because the way -- from the

## Page 51

1   transport from the hospital to the garage, it was --
2   it didn't change as far as what -- he wasn't really
3   assisting us to -- we had to do everything for him.
4 Q When you and Officer Kroes were bringing Mr. Perry
5   back to PPS, did you have any discussion about, "He
6   just doesn't seem right. He shouldn't have been
7   released. We should take him right to CJF," anything
8   of that nature?
9 A Again, that -- Discussing about how we felt he was
10   cared for or...?
11 Q Discussions about Mr. Perry as you're taking him back
12   to PPS relative to any concerns you had regarding his
13   medical condition or his physical condition.
14 A No.
15 Q So you two were quiet as you returned to PPS?
16 A Yeah. We were busy -- we were carrying him.
17 Q I'm talking about when he was in the vehicle and being
18   driven back to PPS, any discussion between you and
19   Officer Kroes?
20 A I can't remember.
21 Q And then when the supporting or assisting officers
22   showed up to remove Mr. Perry from the vehicle, did
23   you express to them any of the concerns you had
24   previously regarding discharge from the emergency
25   room?

## Page 52

1 A No.
2 Q Any particular reason why you didn't express concerns
3   to those assisting POs that showed up to remove Mr.
4   Perry from the squad?
5 A I basically had told them that they were there to help
6   us carry him from the squad to the hospital.
7 Q Carry him from the squad to PPS, you mean?
8 A Yes.
9 Q Do you need to take a break?
10 A Yes.
11 Q Okay. Let's take a break. Why don't we take -- is
12   five minutes enough?
13 A Yeah, that's fine.
14 Q Okay.
15   THE REPORTER: Off the record.
16   (Off the record 11:33 - 11:45)
17   THE REPORTER: We're back on the record.
18 BY MR. GENDE:
19 Q Officer Jacks, we're now at the point where four
20   officers are carrying Mr. Perry into PPS, correct?
21 A Correct.
22 Q An elevator had to be taken up to the Prisoner
23   Processing Section, correct?
24 A Correct.
25 Q In your deposition, you've previously told me that you

## Page 53

1 had increasing concern for Mr. Perry's health and
2 welfare during his stay at the emergency room,
3 correct?
4 A Yes.
5 Q And that remained at the same level during his return
6 to PPS, true?
7 A Correct.
8 Q All right. You did not express that concern to the
9 officers that assisted in bringing Mr. Perry into PPS,
10 correct?
11 A Correct.
12 Q Did you express that concern to any officers or
13 supervisors once Mr. Perry was in the Prisoner
14 Processing Section?
15 A No.
16 Q Did you hear Officer Kroes express any of the concerns
17 that you also had to either the officers that assisted
18 in bringing Mr. Perry into PPS or anybody in PPS once
19 Mr. Perry was up there?
20 A No, I did not.
21 Q I apologize. That was a long question. Did you
22 understand it?
23 A Yes.
24 Q Okay. Did you remain by Mr. Perry's side while he was
25 brought back into PPS and before he was put into cell

## Page 54

1 A3?
2 A Yes.
3 Q And why did you do that?
4 A That was my assignment for the day.
5 Q So you were not relieved from your assignment to hold
6 Mr. Perry in custody and monitor him up until he was
7 put into cell A3?
8 A I'm sorry. Can you repeat that?
9 Q You were not relieved of your assignment to keep Mr.
10 Perry in custody and monitor him until he was put into
11 cell A3?
12 A Correct.
13 Q Tell me how Mr. Perry's condition changed once he
14 entered PPS.
15 A Once we had got him up to PPS, his condition was still
16 the same, which I described earlier, with the -- as
17 far as being that he could hear us but couldn't give
18 us a direct response. It was still like that. We had
19 him -- he was sitting on the ground with his legs
20 extended out in front of him, and now this is -- I see
21 saliva, spit, coming out of his mouth.
22 Q Let me ask you this way. When you and three other
23 officers carried Mr. Perry from the squad, into the
24 elevator, up to PPS, and then put him on the floor at
25 PPS, had he urinated or defecated on himself?

## Page 55

1 A Once -- Yeah, when he was -- we had him seated on the
2 floor, I smelled some -- yeah. I --
3 Q But listen to the question. From the time that he was
4 removed from the vehicle, carried to the elevator,
5 went up the elevator, and then was brought into PPS,
6 do you know if he had urinated or defecated on
7 himself?
8 A I do not know the exact point when he urinated or
9 defecated on himself, but once the expectorant shield,
10 had asked for that, I noticed that his, yeah, his
11 pants were wet.
12 Q We'll get to the expectorant shield.
13 A Okay.
14 Q I'm just talking about a very specific time period.
15 A Okay.
16 Q So as you were coming up in the elevator --
17 A Mm-hmm.
18 Q -- had Mr. Perry urinated or defecated on himself?
19 Did you smell anything?
20 A No.
21 Q Did you see anything?
22 A No.
23 Q Did you see any blood on his mouth, his ear, his
24 shirt, near his groin area?
25 A No.

## Page 56

1 Q Was he complaining of difficulty breathing?
2 A I remember him yelling, he said, "Help me."
3 Q I want to talk about just in the elevator.
4 A Okay. No.
5 Q So when he was coming up in the elevator, he was not
6 complaining of difficulty breathing.
7 A I do not remember hearing him verbally say that he
8 couldn't breathe.
9 Q He wasn't calling out for help.
10 A I do not remember him calling out for help.
11 Q He wasn't saying words to the effect that "You
12 officers are killing me," or, "You're killing me"?
13 A No.
14 Q Okay. Wasn't calling to God for assistance, correct?
15 A On the elevator, no.
16 Q And from the moment he exited the elevator until he
17 sat or was positioned on the ground, had any of those
18 conditions changed? Do you want me to run through
19 them again?
20 A Right.
21 Q Okay. Had he uri--
22 A So now you're asking about his condition once he's off
23 the elevator.
24 Q Once he's off the elevator and at the moment he's sat
25 on the ground...

## Page 57

1  A  Mm-hmm.
2  Q  ...do you know if he'd urinated or defecated himself?
3  A  Once he was sitting on the ground, yeah, I knew that
4     it was -- yeah, he had urinated or defecated.
5  Q  Was he bleeding from any portion of his body?
6  A  I did not see any blood.
7  Q  Was he, at the moment he sat down or was put down on
8     the ground, complaining of difficulty breathing?
9  A  I do not remember him complaining that he couldn't
10    breathe.
11 Q  Was he calling out for help either to God or anybody?
12 A  I remember him once saying, asking, "Help me."
13 Q  When he was brought into PPS, was an expectorant
14    shield immediately applied or was that done at some
15    point later?
16 A  At some point later.
17 Q  And when you assisted with three other officers in
18    carrying Mr. Perry into PPS, was he able to walk of
19    his own accord?
20 A  No.
21 Q  Do you know if his head was down or up?
22 A  While we were carrying him?
23 Q  Yes.
24 A  He was face up. His head, I don't remember how his
25    head was positioned while we were carrying him.

## Page 58

1  Q  So his back was facing the ground?
2  A  Correct.
3  Q  And one officer was on each appendage: a leg, a leg,
4     an arm, an arm?
5  A  Correct.
6  Q  And so was Mr. Perry able to hold his head up, or was
7     it leaning towards the ground?
8  A  I don't know how his head was positioned while he was
9     being carried to the cell.
10 Q  Did he appear conscious or unconscious at that time?
11    I'm not talking about the cell.
12 A  Okay. This is while we're -- from when he's sitting
13    on the ground to being -- before being placed in the
14    cell.
15 Q  I'm glad you asked for clarification. I'm talking --
16    I'm still at the elevator...
17 A  Okay.
18 Q  ...and going to the sitting position.
19 A  Okay.
20 Q  How was he carried from the elevator and deposited on
21    the floor?
22 A  The same. An officer to each appendage.
23 Q  Okay. And do you know if his head was leaned back
24    towards the ground, was he able to hold it up under
25    his own power?

## Page 59

1  A  I do not remember how his head was while we were
2     carrying him.
3  Q  Do you know if he was conscious or unconscious?
4  A  It was the same as -- the same way. It never changed.
5  Q  It hadn't changed since sometime during the emergency
6     room until you arrived at PPS, correct?
7  A  His condition was the same from when we left the
8     hospital to when we arrived at PPS, the same where he
9     was -- the same thing, where he could hear us but he
10    couldn't give me a direct response.
11 Q  He's nonresponsive. Nonresponsive to verbal commands?
12 A  Correct.
13 Q  Nonresponsive to verbal inquiries?
14 A  Correct.
15 Q  Before he was placed in cell A3, did you hear any
16    officers ask him, ask Mr. Perry if he needed medical
17    assistance?
18 A  No.
19 Q  Did you hear any officers provide -- I'm sorry. Did
20    you hear any officers offer medical assistance to Mr.
21    Perry?
22 A  No.
23 Q  Did you hear any officers offer to remove Mr. Perry's
24    clothing that had feces and urine on it?
25 A  No.

## Page 60

1  Q  From the moment that you helped carry Mr. Perry into
2     PPS until he was put on the floor of cell A3, did you
3     hear any officers offer Mr. Perry comfort or
4     reassurances?
5  A  No.
6  Q  Did you hear Lieutenant Robbins speak to Mr. Perry or
7     yell at Mr. Perry?
8  A  No.
9  Q  Did you hear Officer Bungert tell -- or say anything
10    to Mr. Perry?
11 A  I remember Officer Bungert asking him if he'd pooped
12    his pants.
13 Q  And did Mr. Perry reply?
14 A  I can't remember if he replied or what he said.
15 Q  Did you hear Officer or see Officer Bungert apply a
16    compression hold to Mr. Perry?
17 A  No.
18 Q  Did you hear Officer Kroes tell Mr. Perry, "If you're
19    talking, you're breathing," or words to that effect?
20 A  No.
21 Q  Did you hear Mr. Perry complain of difficulty
22    breathing?
23 A  I -- No, I do not remember hearing that.
24 Q  Did you become nauseous and vomit at some point?
25 A  After Mr. Perry was placed in the -- yes.

## Page 61

1  Q  After he was placed in cell A3?
2  A  Mm-hmm.
3  Q  Is that a yes?
4  A  Yes.
5  Q  And what caused your nausea and vomiting?
6  A  The smell of feces and Officer Kroes had sprayed Lysol
7     all over his handcuffs.
8  Q  When you heard Mr. Perry call out for help, did you
9     see anybody at PPS offer him help?
10 A  No.
11 Q  Before Mr. Perry was placed into cell A3, did you see
12    him bleeding from anywhere on his body?
13 A  No.
14 Q  Did he have the expectorant shield on when he was
15    placed into cell A3?
16 A  He did.
17 Q  He was cuffed at his arms and shackled at his legs?
18 A  I don't remember if he was shackled, but, yeah, he was
19    still cuffed and he had the expectorant shield.
20 Q  Were you -- strike that. Are you aware of another
21    inmate providing a statement to investigating
22    detectives that Mr. Perry was dropped on his head
23    before he went into cell A3?
24 A  I did hear something to that effect, but I don't -- I
25    can't remember exactly how.

## Page 62

1  Q  Other than the inmate's report to the detective who
2     was investigating Mr. Perry's death on the night in
3     question, other than that inmate saying Mr. Perry was
4     dropped on his head before he was put in cell A3, are
5     you able to give me any information as to what other
6     action may have caused Mr. Perry's blood that was
7     found on his spit mask, on the expectorant shield?
8  A  No.
9  Q  Did you advise -- strike that. Do you know Officer
10    Diaz-Berg?
11 A  Through work, yes.
12 Q  Did you know that she was assigned to monitoring
13    inmates in the cells on the evening in question?
14 A  No.
15 Q  When you got to PPS, did you have any discussions with
16    Lieutenant Robbins?
17 A  Other than giving him his discharge paperwork? That
18    was it.
19 Q  When you provided Lieutenant Robbins Mr. Perry's
20    discharge paperwork, did you advise Lieutenant Robbins
21    of what Mr. Perry should be monitored or observed for
22    while he remained at PPS?
23 A  I did not specific -- No, I did not tell him
24    specifically what he should be monitored for.
25 Q  Did you read the discharge instructions?

## Page 63

1  A  Not thoroughly.
2  Q  Did Officer Kroes read them, if you know?
3  A  I do not know.
4  Q  Where was Officer Kroes when you handed the discharge
5     instructions to Lieutenant Robbins?
6  A  I can't remember.
7  Q  Was he standing by your side?
8  A  I don't remember seeing him. I don't know where he
9     was.
10 Q  Did you advise Officer Diaz-Berg that she should
11    monitor Mr. Perry at any level based on the concerns
12    you had dating back to your period with Mr. Perry in
13    the emergency room?
14 A  I did not -- I did not tell her specifically --
15    that was her job for the day, so I don't under-- She
16    would -- She should know. It doesn't matter. If
17    she's assigned to keep an eye on prisoners, I
18    shouldn't have to tell her to do that.
19 Q  Keep an eye on him?
20 A  Yeah.
21 Q  You didn't express any of your concerns to her about
22    Mr. Perry's condition, correct?
23 A  Other than telling her that we came -- just came from
24    the hospital.
25 Q  What did you observe of Mr. Perry before the cell door

## Page 64

1     to A3 was closed, if anything?
2  A  Just that he was starting -- there was spit coming out
3     of his mouth.
4  Q  Through the expectorant shield?
5  A  No. While he was sitting on the -- well, while we had
6     him sitting on the floor is when I started noticing
7     like spit coming out.
8  Q  Was it bloody?
9  A  No.
10 Q  And when you say you noticed spit coming out, was that
11    before the expectorant shield was put on?
12 A  Correct.
13 Q  And then once he was placed in the cell, the handcuffs
14    were removed, right?
15 A  Correct.
16 Q  The leg shackles were removed, correct?
17 A  Everything was taken off.
18 Q  Do you specifically remember the expectorant shield
19    being removed? Because -- let me tell you before you
20    answer that question, and I'll go through the police
21    reports -- every other officer says that the
22    expectorant shield remained on.
23 A  I don't remember him being -- the shield being taken
24    off.
25 Q  Okay. I'm going to show you what we've previously

## Page 65

1  marked as Exhibit No. 34. Have you seen this document
2  before? It's a statement taken of Tyrone Evans by one
3  of the investigating detectives?
4  A  I was shown it, but I don't remember the specific
5  details.
6  Q  On the second page of this exhibit, Tyrone Evans
7  quotes or states, "Related once the officers got to
8  the cell door, he observed the officer on the right
9  side of the male dropped the male, causing him to fall
10  on the face -- fall on the floor and hit his face."
11  That's the first paragraph?
12  A  Okay.
13  Q  Do you specifically recall seeing this information
14  before today?
15        MS. LAPPEN: Objection as to form. Vague.
16        But go ahead and answer.
17  A  I'm sorry. Can you rephrase that?
18  BY MR. GENDE:
19  Q  Do you recall seeing this information before today?
20  A  I, yes, I did see this report, but like I -- some of
21  the -- I don't remember the specific details.
22  Q  Did anybody question you as to whether or not Mr.
23  Perry was dropped on his face before being put in the
24  cell?
25  A  If someone -- If another prisoner is alleging that he

## Page 66

1  was dropped on -- a prisoner was dropped on his head,
2  yeah, I would have been questioned about something
3  like that.
4  Q  Do you recall being questioned?
5  A  No.
6  Q  I'm going to show you what we've marked as Exhibit No.
7  36. This is more statements taken of Milwaukee police
8  officers by investigating detectives, and on the
9  second page, towards the bottom, Officer Diaz-Berg
10  states, "That at this point, for Perry's safety, the
11  decision was made to put Perry in cell A3 that has no
12  bed and only a toilet for Perry's safety." Do you see
13  where I read that, at the bottom of the page?
14  A  The last paragraph, or one up?
15  Q  Yeah. Correct. Diaz-Berg, "Stated that Perry had the
16  handcuffs and ankle shackles taken off, but the spit
17  mask was left on as Perry was placed into a cell."
18  A  Okay.
19  Q  Do you have any reason to dispute her recollection of
20  that event?
21  A  When he was placed in his cell and we picked him up,
22  put him in there, he still had the cuffs, the
23  shackles, and the spit mask. I do not remember if the
24  spit mask -- I don't remember if it remained on him or
25  what they did with it after that.

## Page 67

1  Q  On the next page of Diaz-Berg's statement, the second
2  paragraph from the top, "Diaz-Berg stated that a short
3  time later Perry was taken out of his cell with his
4  hands placed behind his back, handcuffed, ankle
5  shackles, and the spit mask still on his face, being
6  escorted from the cell by both arms." Do you have any
7  reason to dispute that his spit mask was still on when
8  he was removed from the cell?
9  A  I wasn't there when he was removed from the cell.
10  Q  So you would have no reason to dispute that statement
11  by Officer Diaz-Berg?
12  A  I don't know what she saw. I wasn't there when he was
13  taken out of the cell.
14  Q  I'm going to show you what we've marked as Exhibit No.
15  30, statements of Milwaukee police officers given to
16  investigating detectives, and I'd like you to look at
17  the last page of that statement.
18  A  Okay.
19  Q  The detective notes, and we're looking at the second
20  to last paragraph, "There was confusion of what cell
21  to place Perry. For ten minutes, Perry was held by
22  Kroes, Jacks, Bungert, Santiago, and Ayala." Do you
23  recall that happening?
24  A  The -- I believe it really wasn't confusion. I think
25  they were trying to figure out if they wanted to put

## Page 68

1  him back in the male holding area or in a single cell.
2  Q  The investigating off-- or detective then notes, "They
3  carried him upright to a cell. He was unhandcuffed,
4  unshackled, and searched. Someone from PPS gave Kroes
5  his handcuffs and told him to get out of the cell.
6  Kroes departed the cell area. He heard the cell door
7  shut." Any reason to dispute that only the handcuffs
8  and leg shackles were removed when Mr. Perry was
9  placed in cell A3?
10  A  No.
11  Q  Based on this information? Okay. I'm going to show
12  you what we've marked as Exhibit No. 51. Do you know
13  Officer Salinsky?
14  A  Yes.
15  Q  He gave a statement to investigating detectives, and
16  I'd like you to look at, in the lower right-hand
17  corner, there's a Bates stamp, it says 9465.
18  A  What page?
19  Q  9465. Lower right-hand corner?
20  A  No. I'm asking you what page on here. Page....
21  Q  Page 3 of 4.
22  A  Oh.
23  Q  For Santiago's statement. So at the top it says,
24  "Interview of Police Officer Frank Salinsky," and then
25  about halfway down the fourth paragraph, I'll read to

## Page 69

1    you, "Police Officer Salinsky stated that Perry, upon
2    his arrival, already had a spit mask on, but the spit
3    mask was on the back of his neck at the time he
4    arrived." Do you see where I'm reading?
5  A   "...walking Perry..." Yes.
6  Q   It continues, "Police Officer Salinsky stated that one
7    of the officers he believed to be Police Officer
8    Ayala, during the handcuffing, did put the spit mask
9    on properly in front in an attempt to keep Perry from
10    spitting at officers. Police Officer Salinsky stated
11    that officers then stood up Perry."
12  A   What page -- I'm sorry. What --
13  Q   That was the next sentence. Do you see where I read
14    that?
15  A   Unh-unh. I'm sorry. No. You're on page 4, or 3 of
16    4?
17  Q   Three of four.
18  A   Mm-hmm.
19  Q   And I read into the record the sentence starting with,
20    "Police Officer Salinsky stated that Perry, upon his
21    arrival, already had a spit mask on." It's about
22    halfway down, three-quarters of the way down that
23    fourth paragraph.
24        MR. JONES: The big paragraph in the middle
25    of the page.

## Page 70

1  A   Oh. Here we go. "...stated that when he
2    arrived...did show him...Perry was walked."
3        MR. GENDE: Let's go off the record for a
4    moment.
5        THE WITNESS: Okay.
6        THE REPORTER: Off the record.
7        (Off the record 12:11 - 12:11)
8        THE REPORTER: We're back on the record.
9    BY MR. GENDE:
10  Q   Okay. Officer, we took a moment for you to review the
11    paragraph that I'm referring to, and you would agree
12    that this is Officer Salinsky's recitation of what
13    happened when they went to remove Perry from cell A3,
14    correct?
15        MS. LAPPEN: And just for clarification, you
16    had her start about three-quarters of the way
17    into the paragraph, so I don't think she read the
18    whole paragraph. I think she just read from
19    where you told her to start, so....
20    BY MR. GENDE:
21  Q   Yeah. That's why we went off the record so you could
22    look at the whole thing.
23  A   You pointed out this part.
24  Q   Yes.
25  A   Towards the bottom. That's what I read.

## Page 71

1  Q   Okay. And now have you read the whole paragraph?
2  A   No.
3  Q   Okay. Let's take a moment to read it. We'll go off
4    the record.
5        THE REPORTER: Off the record.
6        (Off the record 12:12 - 12:13)
7        THE REPORTER: We're back on the record.
8    BY MR. GENDE:
9  Q   Okay. Officer, now you've had a chance to read the
10    paragraph in full that I'm referring to, right?
11  A   Correct.
12  Q   Were you present when Mr. Perry was removed from A3?
13  A   No.
14  Q   Officer Salinsky, as part of his recitation of events,
15    states that when Mr. Perry was removed from A3, his
16    spit mask was still on, correct?
17  A   According to this paragraph, yes.
18  Q   But had to be repositioned so it would actually do the
19    job it was supposed to do, right?
20  A   I wasn't there. I don't know what his -- I wasn't
21    there for -- for this part of this. I....
22  Q   Do you have any information or evidence as we sit here
23    today that would contradict Officer Salinsky's
24    recitation that Mr. Perry still had his spit mask on
25    when he was being removed from cell A3?

## Page 72

1  A   No.
2        (Exhibit 76 identified)
3  Q   I'm going to show you what we've marked as Exhibit No.
4    76, which are policies and procedures as it relates to
5    prisoners, specifically SOP 090, effective May 19th,
6    2010. Do you see that at the top?
7  A   Yes.
8  Q   Were you trained on these policies and procedures as
9    of September 2010?
10  A   Yes.
11        MS. LAPPEN: Is one of these an extra copy
12    for me?
13        MR. GENDE: There might be an extra copy
14    attached.
15        MS. LAPPEN: Yeah. Could you hand me that
16    one. I could read it with you.
17        MR. GENDE: There you go.
18        MS. LAPPEN: Thank you.
19    BY MR. GENDE:
20  Q   Under "Purpose," this SOP states, "To identify the
21    department's responsibilities and procedures as it
22    relates to prisoners and the processing of persons in
23    custody," right?
24  A   Correct.
25  Q   And this policy and procedure is something that's

## Page 73

1    mandatory.  Officers don't have the discretion to
2    ignore this, true?
3  A   Correct.
4  Q   So what this policy says is what you are required to
5    do as an officer as it relates to prisoners, right?
6  A   Correct.
7  Q   And there's a section on treatment of prisoners, and
8    then it talks about physical restraint of prisoners,
9    correct?
10  A   Correct.
11  Q   And there are multiple ways a prisoner can be
12    physically restrained, true?
13  A   Correct.
14  Q   Sets forth several paragraphs as you go onto the next
15    page about restraints, right?
16  A   Correct.
17  Q   One way to restrain a prisoner is through flexicuffs,
18    right?
19  A   Correct.
20  Q   Another way is leg irons, right?
21  A   Correct.
22  Q   Another way is a bodyguard restraint system, right?
23  A   They don't use that anymore.
24  Q   Well, at least as of September 2010, it was a
25    bodyguard restraint, right?

## Page 74

1  A   Correct.
2  Q   And finally, an expectorant shield, true?
3  A   Correct.
4  Q   And these can be used individually as a restraint or
5    they can be combined, right?
6  A   Correct.
7  Q   And then there's a paragraph that talks about
8    precautions when physical restraints are being used,
9    right?
10  A   Correct.
11  Q   And you would agree that Mr. Perry, while at PPS, was
12    physically restrained with handcuffs at one point?
13  A   Yes.
14  Q   With leg irons at one point?
15  A   Yes.
16  Q   With an expectorant shield at one point, right?
17  A   Yes.
18  Q   And then at one point, he had all those on, true?
19  A   Correct.
20  Q   And then once he was placed in cell A3, by the
21    accounts that I've read into the record of other
22    police officers, the handcuffs were removed, right?
23  A   Yes.
24  Q   The leg irons were removed, correct?
25  A   Yes.

## Page 75

1  Q   But the expectorant shield remained on, right?
2  A   I don't remember the expectorant shield being taken
3    off or what exactly what was done with it.
4  Q   I understand you may not recall, but I took the time
5    --
6  A   It would be the expectation, yes.  They should have
7    take all that stuff out.
8  Q   Okay.  But I'm not --
9  A   Off.
10  Q   I'm not asking if they should have taken it off.
11  A   Okay.
12  Q   I'm asking, by the other officers' accounts --
13  A   Mm-hmm.
14  Q   -- the expectorant shield remained on, and you told me
15    you had no reason to dispute that as we sit here
16    today, true?
17  A   Mm-hmm.
18  Q   Is that a yes?
19  A   True.
20  Q   All right.  And the expectorant shield would be a type
21    of physical restraint, true?
22  A   True.
23  Q   So under "Precautions for Physical Restraints," it
24    says, "One, all persons in restraints of any kind
25    shall be continually monitored," true?

## Page 76

1  A   Correct.
2  Q   Did you continually monitor Mr. Perry once he was
3    placed in cell A3 and continued to have an expectorant
4    shield on?
5  A   No.
6  Q   Did you advise any other officers, first of all, based
7    on your concerns regarding his condition upon release
8    from the emergency room, and secondly the fact that he
9    continued to have an expectorant shield on, that they
10    needed to continually monitor Mr. Perry while he was
11    in cell A3?
12  A   Did I specifically tell them that he needed to be
13    monitored while he was in cell 3?
14  Q   Yes.
15  A   No.
16  Q   Did you hear Lieutenant Robbins or any other officer
17    take a position that Mr. Perry should be continually
18    monitored while he continued to physically restrained
19    by a expectorant shield?
20  A   No.
21  Q   Under paragraph 2 on the third page it states,
22    "Members shall remain cognizant of any changes in the
23    condition of an arrestee that would require medical
24    treatment."  Is that true?
25  A   Correct.

## Page 77

1  Q   Is that optional for police officers?
2  A   No.
3  Q   That's a requirement, right?
4  A   Yes.
5  Q   "If medical treatment becomes necessary, member shall
6      immediately request medical assistance by telephone or
7      radio," right?
8  A   Correct.
9  Q   Is that optional or a requirement?
10 A   A requirement.
11 Q   You don't have any discretion into whether or not you
12     follow that instruction.
13 A   Correct.
14 Q   It goes on to say, "It cannot be overemphasized that
15     members shall continually monitor and remain cognizant
16     of the condition of a person in custody, especially
17     when he or she is in restraints," right?
18 A   Correct.
19 Q   That is a requirement.  It's not discretionary for
20     police officers.  True?
21 A   Correct.
22 Q   It goes on to state, "The arrestee may encounter
23     immediate or delayed physical reactions that may be
24     triggered by the change in physical or environmental
25     factors; therefore caution and awareness on the part

## Page 78

1      of the officer is constantly required," true?
2  A   True.
3  Q   The "caution and awareness on the part of the officers
4      constantly requires" -- "required" means it's not
5      discretionary.  You must remain constantly cautious
6      and aware of a prisoner in physical restraints, true?
7  A   Correct.
8  Q   Any reason why that didn't apply to Mr. Perry on the
9      evening in question?
10 A   At what point?
11 Q   At any point in time when he returned from PPS.
12 A   Okay.
13 Q   Would there be any reason why this policy and
14     procedure did not apply to Mr. Perry?
15 A   I didn't say that it didn't.
16 Q   I'm just asking you if you can think of any reason as
17     we sit here today why that would not apply to Mr.
18     Perry after he was returned to PPS.
19 A   Mr. Perry just came from the hospital, so it was
20     expected that he -- his condition never changed.
21     Given that, I mean, everybody knew that was involved
22     that he had just came from the hospital.  At any
23     point, an officer could have if they -- take him back,
24     take him back to the hospital, they could have.
25 Q   Including yourself.

## Page 79

1  A   Yes.
2  Q   I appreciate your being candid; however, my question
3      remains.  The policy and procedure that we have just
4      read into the record --
5  A   Mm-hmm.
6  Q   -- regarding constantly monitoring a prisoner --
7  A   Okay.
8  Q   -- in physical restraints, specifically paragraph
9      number 2 that I went sentence by sentence by.
10 A   Okay.
11 Q   My question to you is, as we sit here today --
12 A   Mm-hmm.
13 Q   -- is there any reason that you can think of why this
14     would have applied to Mr. Perry on the evening in
15     question while he was at PPS?
16 A   Because he just came from treatment in the hospital.
17 Q   So he should not have been constantly monitored?
18 A   He should have been constantly monitored regardless.
19 Q   Now I understand what you're saying.  So even if he
20     wasn't in physical restraints, it's your opinion that,
21     based on his release from the hospital, he should have
22     been constantly monitored for any condition change,
23     right?
24 A   Correct.
25 Q   In the event there was a condition change, you believe

## Page 80

1      police training was anybody could have called for
2      medical assistance or taken him to a hospital, right?
3  A   Correct.
4  Q   The fact that he remained in physical restraints and
5      based on this SOP that he should be constantly
6      monitored, you would agree that applied to Mr. Perry
7      on the evening in question.
8          MS. LAPPEN:  Objection as to the form of the
9      question.  It's multiple and vague.
10         But go ahead and answer.
11 A   Mr. Perry should have been constantly monitored.
12     BY MR. GENDE:
13 Q   Do you have any evidence or information as we sit here
14     today when Mr. Perry started bleeding from any part of
15     his body?
16 A   I did not see Mr. Perry bleeding from any part of his
17     body.
18 Q   And that was at the moment he was placed into cell A3
19     and --
20 A   I did not see.
21 Q   -- the door was closed, right?
22 A   I never seen any blood.
23 Q   And the last contact you had with Mr. Perry was after
24     he was placed on the floor of cell A3, correct?
25 A   Correct.

## Page 81

1  Q  How was Mr. Perry placed on the cell, of A3? Strike
2     that. How was Mr. Perry placed on the floor of cell
3     A3?
4  A  We carried him.
5  Q  And was he placed face down, on his back? How would
6     you describe it?
7  A  The same way before. We even took him in there on --
8     he was sitting on his butt with his legs extending
9     outward.
10 Q  Did you ever -- strike that. Were you ever provided
11    any information that when Mr. Perry was removed from
12    the cell, a city janitor found gobs of spit, blood,
13    and feces in the spot where he was laying?
14 A  Nobody had -- has specifically told me that, no.
15 Q  Did you become aware of that at some point in time
16    after Mr. Perry passed away, that in the area where he
17    was laying in cell A3 was covered in spit, blood, and
18    feces?
19 A  No.
20 Q  Was Mr. Perry covered in spit, blood, and feces when
21    you saw him placed into cell A3?
22 A  Mr. Perry, there was spit coming out of his mouth; I
23    didn't see any blood. His pants were wet, and I
24    didn't -- one could -- his pants were wet, so yes, he
25    probably did urinate or defecate himself. But I

## Page 82

1     wouldn't -- "covered." When I think of "covered,"
2     your entire body. No, I did not see feces from head
3     to toe or blood.
4  Q  You would agree that a prisoner can suffer from a
5     change in condition if he goes from not bleeding to
6     bleeding, right?
7  A  Do I consider that to be a change? Yes, I do.
8  Q  You would consider a change in condition on a prisoner
9     somebody who hasn't soiled himself to somebody who has
10    soiled himself, correct?
11       MS. LAPPEN: Objection as to form.
12       But go ahead and answer.
13 BY MR. GENDE:
14 Q  That's a change in condition, is it not?
15 A  It -- Yes, it is.
16 Q  What effort did you make, if any, to determine whether
17    or not Mr. Perry voluntarily urinated and defecated on
18    himself or it happened as a result of an involuntary
19    process?
20 A  Can you repeat that?
21 Q  Sure. What effort, if any, did you make to determine
22    whether Mr. Perry intended and voluntarily urinated
23    and defecated on himself after he returned to PPS --
24 A  Well, I didn't ask him if he --
25 Q  -- or it occurred as a result of some involuntary

## Page 83

1     process?
2  A  I did not specifically ask how that happened.
3  Q  So you did not know whether Mr. Perry voluntarily
4     soiled himself or it happened as a result of an
5     involuntary process, correct?
6  A  Correct.
7  Q  And you made no effort to distinguish between those
8     two while you were in contact with Mr. Perry.
9  A  Correct.
10 Q  Did you hear any other officers attempt to determine
11    with Mr. Perry whether he had voluntarily soiled
12    himself or that process had occurred as a result of
13    some involuntary action?
14 A  Are you asking me if any other officers asked him how
15    that happened?
16 Q  Yes.
17 A  Or -- No.
18 Q  Are you aware of any other officers taking any steps
19    to distinguish whether Mr. Perry had voluntarily
20    urinated and defecated on himself or whether that
21    occurred as a result of some involuntary process?
22 A  No.
23 Q  If a prisoner complains of difficulty breathing and
24    actually has difficulty breathing, you would consider
25    that a change in condition, true?

## Page 84

1  A  Correct.
2  Q  As we sit here today, are you aware -- and if I
3     already asked you this, I apologize -- as to when Mr.
4     Perry's condition changed as it relates to the
5     bleeding process that was subsequently identified when
6     he was removed from the cell?
7  A  I did not -- I didn't see any blood. I didn't know
8     anything about blood.
9  Q  If we can go back to Exhibit Number --
10 A  This one says 76.
11 Q  -- 76, and in the event that Mr. Perry was not
12    continually monitored after he was placed in cell A3
13    with an expectorant shield applied to him, why he was
14    not continuously monitored?
15       MS. LAPPEN: Objection as to form and --
16 BY MR. GENDE:
17 Q  Do you understand my question?
18       MS. LAPPEN: -- calls for speculation.
19 A  I don't know what steps were taken after I -- to
20    monitor him. I wasn't -- I don't know what they --
21    after I left, I don't know what they specifically did
22    to monitor him.
23 BY MR. GENDE:
24 Q  Well, I will represent to you that I took Officer
25    Diaz-Berg's deposition several weeks ago.

## Page 85

1  A  Okay.
2  Q  And she told me on the record that she made four cell
3     checks an hour.
4  A  Okay.
5  Q  Staggered at 15-minute intervals, give or take.  Okay?
6  A  Okay.
7  Q  Does that sound like continual monitoring to you?
8         MS. LAPPEN:  Objection.  Foundation and it
9     calls for speculation.
10        But go ahead and answer.
11 A  It sounds like monitoring to me.  I don't know what
12    their -- how PPS, what they consider as monitoring.  I
13    don't work up there.  I don't know what they do to --
14    up there to monitor prisoners.
15 BY MR. GENDE:
16 Q  Well, you know what "continually monitoring" is
17    because you did it with Mr. Perry over a period of
18    several hours, true?
19 A  Correct.
20 Q  You stood by his side from almost the moment he got
21    into the emergency room until he was placed on the
22    floor of cell A3, correct?
23 A  Yes.
24 Q  Other than leaving his side for several minutes to get
25    something to drink and while another officer remained

## Page 86

1     in his presence, you continually monitored Mr. Perry,
2     right?
3  A  Yes, I did.
4  Q  You didn't come back every 15 minutes in a staggered
5     approach to see whether he was getting better or
6     worse, right?
7  A  No.
8  Q  So based on your prior testimony, you know what
9     "continually monitoring" means because you told me you
10    did it, right?
11 A  It's --
12        MS. LAPPEN:  Objection.
13 A  -- different from mon--
14        MS. LAPPEN:  Objection to the form of the
15    question, and it's argumentative, and it lacks
16    foundation.  It calls for speculation as well.
17        But go ahead.
18 A  The way that I monitor Mr. Perry is different from the
19    way Officer Diaz-Berg monitored him.
20 BY MR. GENDE:
21 Q  Yeah.  We understand that.  But I'm talking to you
22    right now about your continual monitoring of Mr.
23    Perry, right?  You continually monitored him, right?
24 A  I was physically in his presence, yes.
25 Q  And you observed him carefully and closely during that

## Page 87

1     entire time, right?
2  A  Yes.
3  Q  And based on your observations, you were very
4     concerned about his deteriorating condition, right?
5  A  I didn't say it was deteriorating.
6  Q  Well, it had deteriorated from the moment you brought
7     him there, to the emergency room, to the moment he was
8     discharged, right?
9  A  I didn't -- I said his -- it was different.
10 Q  Well, he was better or worse when he was discharged
11    now?
12 A  His condition never -- from the time that he was
13    discharged to the time that he got to PPS, it didn't
14    change.  It was the same with the not being able to
15    directly give us a response.  The only thing that
16    changed was the -- when he was sitting on the floor
17    and saliva started coming out.
18 Q  That's not my question.  I'm talking about the
19    approximately three hours you spent with Mr. Perry at
20    the emergency room, right?
21 A  Uh-huh.  Yes.
22 Q  And we went over that in detail --
23 A  Okay.
24 Q  -- at the start of your deposition, correct?
25 A  Correct.

## Page 88

1  Q  And we established that when you took Mr. Perry there,
2     he seemed normal, right?  And I'm talking about the
3     emergency room.
4  A  From the outside, yes.
5  Q  And when Mr. Perry left the emergency room, you were
6     very concerned about his condition to the extent where
7     you questioned the doctor about him being discharged,
8     right?
9  A  Did I question the -- yes, I did ask the doctor what
10    -- what they did.
11 Q  And you asked because you were very concerned about
12    what appeared to you as a deterioration of Mr. Perry's
13    condition while he was at --
14 A  I didn't say it was deteriorating.  I asked the doctor
15    to explain to me why they gave him, why -- and why
16    was condition -- his condition different from the time
17    when he first got there.
18 Q  Different as in better or worse?
19 A  Bizarre.
20 Q  Bizarre in a good way?  He was happy and able to walk
21    on his own and communicating --
22 A  Bizarre that I have never seen someone, that type of
23    reaction.
24 Q  That type of reaction from what?  Three seizures?
25 A  I've never seen anybody in a state like his eyes

## Page 89

1    weren't closed but he could still hear us.  He wasn't
2    totally unconscious where -- I've just never seen
3    anything like that before.
4  Q  Well, I thought --
5  A  He was in the middle --
6  Q  I thought we established that you were concerned
7    because Mr. Perry got worse at the emergency room.  Am
8    I incorrect?
9  A  I didn't say he was worse.
10 Q  So --
11 A  I said it was different.
12 Q  And you were concerned because he was different?  That
13   was your concern?
14 A  I'm expecting when he leaves the hospital, he should
15   be better.
16 Q  And was he better when he left the hospital?
17 A  It wasn't the same as when he came in.
18 Q  He wasn't able to walk.
19 A  He didn't fully -- He wasn't fully walking on his own.
20   He needed assistance.
21 Q  Just so the record is clear because I'm confused based
22   on your earlier testimony, did you think Mr. Perry got
23   better while he was at the emergency room, or were you
24   concerned upon discharge that he was worse?
25 A  His condition was -- I expected Mr. Perry, that he

## Page 90

1    should have been the same condition as when we
2    arrived.
3  Q  And was he?
4  A  No.
5  Q  And based on what you observed by closely and
6    constantly monitoring him at the emergency room, you
7    were concerned at discharge and raised those concerns
8    with the doctor, right?
9  A  Yes, I did.
10 Q  "Continually monitoring" to you means what?
11 A  It means I was pretty much sitting right next to him
12   through the whole time he was at the hospital.
13 Q  As a police officer and based on these standard
14   operating procedures that we've read into the record,
15   do you have any reason to tell me that continually
16   monitoring the way you continually monitored is any
17   different from the continually monitoring that's set
18   forth in these policies and procedures?
19 A  Because it was two different environments.
20 Q  So tell me how continually monitoring at PPS is
21   different than continually monitoring that you did
22   while at the emergency room, while in the vehicle
23   bringing Mr. Perry back, while assisting in bringing
24   Mr. Perry up in the elevator, and setting him on the
25   floor at PPS.

## Page 91

1  A  It's different because, at that point, my assignment
2    is just to strictly monitor Mr. Perry at that time.  I
3    don't work up at PPS.  I don't know how many, the time
4    frame.  I don't know how many checks they're supposed
5    to do.  I don't know -- I don't know if they
6    physically are supposed to sit in there with the
7    prisoners.  I....
8  Q  Well, let me ask you this.  Look at 090 that we've
9    talked about --
10 A  Okay.
11 Q  -- at length now and tell me where it says continually
12   monitoring only pertains to PPS.  Where does that say
13   that in this --
14 A  Prisoners need to be monitored at all times.
15 Q  I'm asking you to look at your required policies and
16   procedures --
17 A  Mm-hmm.
18 Q  -- and tell me where it says that this continually
19   monitoring requirement only happens at PPS.
20 A  It doesn't say it's only supposed to happen at PPS.
21 Q  As a matter of fact, if somebody is physically
22   restrained, including the use of an expectorant
23   shield, that person "shall be continually monitored,"
24   right?
25 A  Yep.

## Page 92

1  Q  And continually monitored, whether it's in PPS, in the
2    emergency room, or the back of a squad car, are you
3    telling me that those are different?
4  A  It's two different places so, yes, it is different.
5  Q  So you would continually monitor somebody in an
6    emergency room differently than you would continually
7    monitor somebody in the back of your car, or back of
8    your squad?
9  A  It's different as -- the way that I monitored him at
10   the hospital is different from the way Officer Diaz-
11   Berg monitored him at PPS.
12 Q  I understand that.
13 A  Okay.
14 Q  Because she told us she did 15-minute shifts.
15 A  Okay.  But I didn't do 15-minute shifts.
16 Q  You continually monitor.
17 A  I stayed with him.
18 Q  Meaning what?  You did or didn't continually monitor
19   him?
20 A  I was in his presence the whole time we went to the
21   hospital.
22 Q  Do you feel that you fulfill -- Do you feel that you
23   fulfilled the requirements of standard operating
24   procedure 090?
25 A  Yes, I do.

## Page 93

1   Q   So you feel that you continually monitored him while
2       he was in your custody and physical restraints were
3       being used.
4   A   I -- From up until the point, yes, the original
5       assignment, to after he was placed in the cell, no, I
6       didn't stay with him after he was placed in the cell.
7   Q   But up until that point in time, you fulfilled the
8       requirements of SOP 090 and continually monitored him,
9       true?
10   A   Yes, I did.
11   Q   Do you know if after you left Mr. Perry in the cell of
12       A3 that he continued to be continually monitored by
13       anybody in accord with this policy and procedure?
14            MS. LAPPEN: Objection. Foundation and it
15       calls for speculation.
16            But go ahead and answer.
17   A   I don't know what they did for Mr. Perry after I left.
18   BY MR. GENDE:
19   Q   Do you have any evidence or information as we sit here
20       today that Mr. Perry was continually monitored after
21       you placed him on the cell floor of A3?
22            MS. LAPPEN: Same objections.
23            But go ahead and answer.
24   A   I don't know what they did for him after I left. I
25       don't know how they monitored him or what was done

## Page 94

1       with him.
2   BY MR. GENDE:
3   Q   So the simple answer to my question is, no, you have
4       no evidence or information as we sit here today that
5       Mr. Perry was continually monitored while he remained
6       in a physical restraint after being placed in cell A3,
7       true?
8            MS. LAPPEN: Same --
9   A   Correct.
10            MS. LAPPEN: Same objection and form of the
11       question.
12   BY MR. GENDE:
13   Q   How were you advised that Mr. Perry had passed away?
14       Who told you?
15   A   How it came about is after me and Officer Kroes had
16       left the building, we were probably three or four
17       blocks away, on the radio I heard a request for
18       another conveyance from -- for a male prisoner from
19       PPS to CJF. I felt that that particular, when I heard
20       it, that assignment, I was thinking, I looked at
21       Officer Kroes and I felt that was probably our same
22       prisoner. Officer Bungert is the one that had told me
23       he had passed away.
24   Q   And what did Officer Bungert tell you?
25   A   He didn't go into specific detail, but he was the one

## Page 95

1       who had told me. I thought that he was -- I didn't
2       believe him when he had told me.
3   Q   Did you have further conversation with Officer Bungert
4       about Mr. Perry's death?
5   A   No.
6   Q   Did you discuss it with Officer Krowz -- Kroes
7       [Kruiz]?
8   A   He was sitting right there. He heard the
9       conversation. And then I called Lieutenant Robbins.
10   Q   And what did you say to him?
11   A   I asked him what had happened.
12   Q   And what did Lieutenant Robbins tell you?
13   A   That Mister -- yes, Mr. Perry had passed away.
14   Q   And what did you talk to Officer Kroes about then at
15       that point as it relates to Mr. Perry?
16   A   There really -- nothing. There was -- They were
17       trying to dispatch us to another assignment, but I
18       already knew that we were going to need to go back to
19       the District regarding this assignment.
20   Q   What was your reaction to the news that Mr. Perry had
21       passed away shortly after leaving PPS, other than
22       disbelief?
23   A   I was mad and upset.
24   Q   You were mad about what?
25   A   That Mr. Perry had passed away.

## Page 96

1   Q   And you were upset about what?
2   A   Because Mr. Perry passed away.
3   Q   Who were you mad and upset with that Mr. Perry had
4       passed away?
5   A   There was -- there wasn't a particular one person that
6       I could say was responsible for him passing away.
7   Q   Did you reflect on the events of the evening and the
8       hours that you had spent with Mr. Perry on the evening
9       he died about what could have been done differently to
10       change that course of events?
11            MS. LAPPEN: Objection. It calls for
12       speculation.
13            But go ahead and answer.
14   A   You're asking me if I thought about what I could have
15       done differently to prevent this outcome?
16   BY MR. GENDE:
17   Q   I'm not asking about what you would have done
18       differently. I'm asking in general if you reflected
19       on the events of the evening and the hours that you
20       spent with Mr. Perry prior to his death about what
21       could have been done differently to change that course
22       of events?
23            MS. LAPPEN: Same objection. It calls for
24       speculation, and foundation as well.
25            But go ahead and answer.

# Video Deposition of Crystal Jacks 5/22/2014

**Page 97**

1  A  I don't know what could have been done differently to
2    prevent that.
3  BY MR. GENDE:
4  Q  So when you reflected back on your participation --
5  A  Okay.
6  Q  -- in monitoring Mr. Perry on the evening in question,
7    it's your opinion that there is no action you could
8    have taken that would have resulted in some different
9    ending for Mr. Perry?
10      MS. LAPPEN:  Same objections.
11      Go ahead and answer.
12  A  I don't know what else I could have done differently.
13    I haven't been -- If a prisoner is injured or sick in
14    any type of way, we've been trained to took him -- to
15    take them to the hospital, which is what I did.
16  BY MR. GENDE:
17  Q  Could you have expressed your concerns about Mr.
18    Perry's condition to any of the officers at PPS once
19    Mr. Perry was returned?
20      MS. LAPPEN:  Same objections.
21      But go ahead and answer.
22  A  I'm -- Repeat that?
23  BY MR. GENDE:
24  Q  Could you have expressed your concerns about Mr.
25    Perry's condition upon discharge to any of the

**Page 98**

1    officers at PPS when Mr. Perry was returned?
2  A  Are you asking about how the -- his treatment at the
3    hospital, could I have told them what I thought
4    personally, or....
5  Q  No.  I'm asking you -- you testified that you were
6    concerned enough to talk to the doctor --
7  A  Yes, I did.
8  Q  -- upon Mr. Perry's discharge.
9  A  Yes, I did.
10  Q  You didn't think he should be discharged, right?
11  A  I -- No.
12  Q  What prevented you from expressing those concerns to
13    any officers at PPS when you returned Mr. Perry there?
14  A  There was nothing that prevented me.
15  Q  What prevented you from reading Mr. Perry's discharge
16    instructions that would require he get immediate
17    medical attention in the event certain things occurred
18    with him?
19  A  If Mr. Perry would have asked me to read his discharge
20    papers to him, I would have.
21  Q  Was Mr. Perry responsive to any of your inquiries once
22    he left the emergency room?
23  A  No.
24      (Exhibit 77 identified)
25  Q  I'm going to show you what we've just marked as

**Page 99**

1    Exhibit No. 77.  This is a statement that you provided
2    to the investigating detective when Mr. Perry passed
3    away.  You reviewed this statement in preparation for
4    your deposition, correct?
5  A  Yes.
6  Q  Did you find any information contained therein to be
7    inaccurate or untruthful?
8  A  I did not.  There were some parts of this as of the
9    statement that I didn't remember, things that had
10    happened that I didn't remember.
11  Q  And when you reviewed the statement, did it help
12    refresh your recollection as it relates to those
13    things that you previously did not remember?
14  A  No.  Even after I read it, there were still some parts
15    of my statement that I do not remember.
16  Q  What parts in this statement do you not remember
17    occurring?
18  A  There -- I --
19      MS. LAPPEN:  Why don't you start from the
20      beginning and go through it?
21      THE WITNESS:  Okay.
22  A  I couldn't remember what he was arrested for.  I did
23    not remember where I -- it says him becoming very
24    quiet and then yelled out, "Hey."
25      I did not remember a nurse coming in to --

**Page 100**

1    rubbing his chest to get up to go to the bathroom.
2      Some parts of the conveyance part, I couldn't
3    remember if we -- if me and Officer Kroes had -- if he
4    was taken back to PPS in our squad car or from -- or a
5    wagon.
6  BY MR. GENDE:
7  Q  Any other areas?
8  A  No.
9  Q  At the bottom of page 2 of your statement, the
10    detective documented you stating, "That Perry was
11    carried face up during the time they were transporting
12    him to the cell."  Were you asked by the detective how
13    Mr. Perry was carried, or did you just provide that
14    information voluntarily?
15  A  I was asked specifically how -- Yes, he asked me
16    specifically how he was carried.
17  Q  And then the detective goes on to relate that -- I'm
18    sorry.  In the sentence before, you related that "As
19    he was carried to the cell, he was still in handcuffs
20    and shackles.  Perry was never dropped by anyone."  Do
21    you see where I read that?
22  A  Towards the bottom of page 2?
23  Q  Yes.
24  A  Correct.
25  Q  Did the detective inquire as to whether or not Mr.

## Page 101

1   Perry was dropped, or did you voluntarily relay that
2   information?
3   A   I don't remember.
4   Q   And I'm almost done.  Did you ever tell anyone that
5   you thought Mr. Perry was faking his condition?
6   A   No.
7   Q   Was any follow-up interview done after you provided
8   the information contained in Exhibit No. 77?
9   A   Are you asking me if I was interviewed again after
10   this original statement?
11   Q   Yes.
12   A   No.
13   Q   Were you ever interviewed as it relates to statements
14   Lieutenant Robbins --
15   A   Yes.
16   Q   -- made?  And what do you recall about that interview
17   process?
18   A   I was -- they had asked me if I heard a particular
19   comment that Lieutenant Robbins had made.
20   Q   And how did you respond?
21   A   I told that I didn't hear this comment, but I thought
22   it was unprofessional.
23   Q   Did Officer Krowz ever tell you -- I'm sorry --
24   Officer Kroes ever tell you that Mr. Perry should not
25   have been discharged from the emergency room in his

## Page 102

1   opinion?
2   A   No.
3   Q   When did you first hear Mr. Perry start moaning and
4   groaning?
5   A   After we got off the elevator.
6   Q   And did you or any other officer in your presence
7   inquire as to whether or not Mr. Perry was suffering
8   from any physical conditions?
9   A   I'm sorry.  Can you repeat that?
10   Q   Did you or any other officer in response to Mr.
11   Perry's moaning and groaning inquire as to whether or
12   not Mr. Perry was suffering from a medical or physical
13   problem?
14   A   Did we ask him why he was moaning and groaning?  No.
15   Q   What, if anything, did you do to determine why Mr.
16   Perry had started moaning and groaning?
17   A   No, I did not inquire specifically why he was moaning
18   and groaning.
19   Q   I'm asking what, if anything, did you do?  Did you do
20   anything to determine why Mr. Perry was moaning and
21   groaning once he was brought back into PPS?
22   A   He was making noises.  It was -- I didn't know why.
23   Q   And what did you do to determine why he was making
24   those noises, if anything?
25   A   No, I did not specifically ask him why he was moaning

## Page 103

1   and groaning.
2   Q   Other than not --
3   A   Or what may have caused his....
4   Q   Other than not asking, did you take any other action
5   to try and determine why Mr. Perry was moaning or
6   groaning?
7   A   No.
8   Q   Did you observe any other officer either inquire or
9   take some action as to why Mr. Perry was moaning and
10   groaning?
11   A   No.
12   Q   Officer Kroes told me at his deposition that he didn't
13   hear exactly what your conversation was with
14   Lieutenant Robbins at the time Mr. Perry was being
15   discharged, but he thought you said something to the
16   extent, "Look, you know he's not even walking.  We
17   told the hospital staff we don't think this is right."
18   Do you recall saying words to that effect to
19   Lieutenant Robbins?
20   A   Yes, I did.
21   Q   And do you recall Lieutenant Robbins saying words to
22   this effect, "Well, if you have the paperwork and
23   they're saying he's discharged, there's not much more
24   else we can do.  So bring him back the safest way you
25   can, and we'll deal with it from there"?

## Page 104

1   A   Yes.
2   Q   Were you advised by anyone that the condition you
3   observed -- strike that.
4       Did anybody at the hospital advise you that the
5   condition you had observed as it relates to Mr. Perry
6   during the several hours he was in the hospital was
7   solely related to medication?
8   A   That's what the nurse had -- Yes, that's what she told
9   me, and I can't remember, is it Dr. Coogan or Coonan,
10   I don't know how to pronounce his last name.
11   Q   Do you recall specifically talking to Dr. Coogan at
12   discharge?
13   A   Yes.
14   Q   And how do you know it was Dr. Coogan?
15   A   I believe -- He had a lab coat on, or some type --
16   like a jacket.
17   Q   Let me ask you this.  Was the same doctor who talked
18   to you at discharge the same doctor who had checked in
19   on Mr. Perry over the course of the evening?
20   A   There -- We were there with him after a -- we didn't
21   leave right away after he was discharged.  I asked him
22   what he had gave him, why is he acting like this.  I
23   basically -- okay, well, what I asked him, what did
24   you -- what did you give him, why is he like this.
25       MR. GENDE:  Can you read the question back,

## Page 105

1    please?
2         THE REPORTER: Yes. Stand by.
3         (Question played back 1:00 - 1:01)
4         THE REPORTER: Stand by. Okay. Please
5    continue.
6    BY MR. GENDE:
7    Q    And I'm sorry. Was your answer yes or no?
8    A    My answer was I only had contact with one doctor.
9    Q    Did Officer Kroes ever tell you that he thought Mr.
10   Perry was faking?
11   A    No.
12   Q    Did anybody at PPS, I mean any officer, any
13   supervisor, ever say to you say in your presence
14   they believe Mr. Perry was faking his condition?
15   A    No, I do not remember anybody telling me that he
16   thought Mister -- or that he was faking.
17   Q    And I'm talking about after the emergency room and
18   when he was returned to PPS.
19   A    Correct.
20   Q    After you were advised that Mr. Perry had passed away,
21   was there any discussion amongst any officers that
22   you're aware of, including yourself, that Mr. Perry
23   was faking his condition while he was at PPS?
24   A    No.
25   Q    Was there a debrief that included the officers who

## Page 106

1    were on duty on the shift that Mr. Perry died?
2    A    Was there a debrief about Mr. Perry passing away?
3    Q    Yes.
4    A    Not -- not like a group debriefing. I talked to my
5    captain the next day about it.
6    Q    Was anything mentioned at roll call about Mr. Perry's
7    passing?
8    A    No.
9    Q    And when you talked to your captain about it, was
10   there any discussion that Mr. Perry had been faking
11   his condition?
12   A    No.
13   Q    Was there any grief counseling offered to anyone as it
14   relates to Mr. Perry's death?
15   A    No.
16   Q    Did you seek any grief counseling independently as it
17   relates to Mr. Perry's death?
18   A    No.
19   Q    At moments during this deposition, you have appeared
20   to express some sorrow or sadness or grief as it
21   relates to Mr. Perry's death. Do you feel some grief
22   in that regard?
23   A    Yes.
24   Q    Has any other prisoner that you've closely monitored
25   passed away on your watch?

## Page 107

1    A    No.
2    Q    Have any other officers that you're aware of expressed
3    grief as it relates to Mr. Perry's death?
4    A    No.
5    Q    Have any officers expressed to you, or in your
6    presence, what might have been done differently that
7    would have prevented Mr. Perry's death or led to a
8    less permanent outcome?
9         MS. LAPPEN: Calls for speculation.
10        But go ahead and answer.
11   A    No.
12        MR. GENDE: Okay. I don't think I have
13   anything further. Thank you, Officer.
14        MS. LAPPEN: I just have a little
15   clarification.
16        THE REPORTER: Ms. Lappen.
17        MS. LAPPEN: Thank you.
18        E X A M I N A T I O N
19   BY MS. LAPPEN:
20   Q    Officer Jacks, if you could just keep Exhibit 77 in
21   front of you. I just want to clarify. You were
22   interviewed by I believe it's Detective Fortune on the
23   same night of Mr. Perry's death, correct?
24   A    Correct.
25   Q    And at the time he interviewed you, am I correct that

## Page 108

1    you gave him information to the best of your ability?
2    A    Yes.
3    Q    And you tried to relay to him as much detail as
4    possible in response to his questions, correct?
5    A    Yes.
6    Q    Okay. Do you think that the memory that you had
7    regarding any of the events involving your interaction
8    with Mr. Perry that night, that you think you -- do
9    you think that your recollection at the time that you
10   spoke with Detective Fortune was better than your
11   recollection is today?
12   A    Yes.
13   Q    Okay. I just want to point out to page 2 of this
14   exhibit, the fourth paragraph, and it starts with,
15   "Officer Jacks relates that while waiting for the
16   doctor, Perry stated that he had to use the bathroom.
17   She relates that he subsequently did go to the
18   bathroom alone, and when he was done, he was recuffed
19   and walked back to his hospital bed." Do you recall
20   giving that information to Detective Fortune?
21   A    Yes.
22   Q    And you had stated earlier in your deposition today
23   that when -- after Mr. Perry had indicated to you that
24   he needed to use the bathroom, that you called Officer
25   Kroes in to assist with that process?

## Page 109

1  A   Correct.
2  Q   Did Officer Kroes go with him to the bathroom?
3  A   We both -- yes, we both went with him.
4  Q   Okay.  Okay.  So while he used the bathroom by
5      himself, he was supervised by you and Officer Kroes up
6      until the point that he went into the bathroom,
7      correct?
8  A   We walked into the bathroom.  Officer Kroes was
9      physically in the bathroom with him, and I was
10     standing outside the door.
11 Q   Okay.  And just -- was this bathroom, was it attached
12     to the hospital room in which Mr. Perry was placed, or
13     did you have to go into the hospital hallway and then
14     to a different location to the bathroom?
15 A   We had to go into a hallway.
16 Q   Can you estimate, you know, how far it was to get to
17     that bathroom from the hospital room?
18 A   Twenty feet.  It wasn't....
19 Q   Okay.  So fairly close down the hallway.
20 A   Yes.
21 Q   Okay.  Then you stated, the last sentence in that
22     paragraph reads, "Officer Jacks relates Perry then
23     began asking about his charges."  Do you recall making
24     that statement to Detective Fortune?
25 A   No.

## Page 110

1  Q   Sitting here today, do you recall Mr. Perry having any
2      kind of discussion with you or asking about the
3      charges, the criminal charges that he was facing that
4      night?
5  A   I don't remember specific charges, but I remember him
6      asking what it was he going to go from after the
7      hospital.
8  Q   Okay.  Then the next paragraph, so that would be the
9      fifth paragraph on the second page of the exhibit, it
10     reads, "Officer Jacks relates that Perry then became
11     very quiet for a while."  Sitting here today, do you
12     recall that happening?
13 A   No.
14 Q   Okay.  Do you have any sense how long of a period of
15     time it was wherein Mr. Perry became very quiet?
16 A   Do I know the specific time?  A couple minutes.
17 Q   Okay.  And then, well, the paragraph continues by
18     saying that "She," meaning you, "She states that all
19     of a sudden he yelled out 'Hey,' then went into what
20     Officer Jacks believes was another seizure."  So you
21     do recall being present, though, when Mr. Perry went
22     into a seizure while in the hospital room, correct?
23 A   Mm-hmm.
24 Q   Is that a yes?
25 A   Yes.

## Page 111

1  Q   Okay.  Then it continues, "Officer Jacks relates that
2      the nurse was called and subsequently arrived and
3      tried to give Perry an I.V.  It was unsuccessful."  Do
4      you recall that happening, meaning the nurse coming in
5      the room and trying to get an I.V. going but being
6      unsuccessful in that process?
7  A   Yes.
8  Q   And did you have an understanding when that was
9      happening what the issue was with the I.D. -- I mean,
10     excuse me -- the I.V. and not getting it going?
11 A   From what I saw, she -- the needle, she kept the
12     needle -- it was -- she was pulling the needle like in
13     and out, and he had track marks what I believe was
14     from shooting up drugs.  And so it's -- it scars the
15     tissue.  It makes like holes on your skin and it's
16     hard to get anything in.
17 Q   Okay.  So from your observation, it appeared that she
18     was simply physically, with the needle, having
19     difficulty penetrating the skin to get that I.V. set
20     up.
21 A   Correct.
22 Q   Okay.  Then it continues, "She," meaning you, "She
23     relates that the nurse left the room, returned with
24     other medical personnel.  The insertion of the I.V.
25     was successful, and the nurse told them that he will

## Page 112

1      be ready to go in approximately 30 minutes and will
2      not be admitted."  Do you recall that series of events
3      happening?
4  A   Correct.
5  Q   When the nurse came back in the hospital room, do you
6      recall how many other people came in with her?
7  A   To -- as far as with the problems with the I.V.?
8  Q   Right.
9  A   At least one other person.
10 Q   Okay.  And did it appear to you that the other person,
11     or at least one other person, kind of took over,
12     attempting to set the I.V. and that the other person
13     was successful?
14 A   Yes.
15 Q   Okay.  Then that paragraph completes by stating, "The
16     nurse related to" -- you -- "Officer Jacks that the
17     medication that was given to him will make him a
18     little drowsy."  Do you recall the nurse telling you
19     that that day?
20 A   Yes.
21 Q   And did she give you any indication as to how long she
22     suspected or thought that it might take for the drug
23     to have that effect, meaning before you would see the
24     effect of Mr. Perry becoming drowsy?
25 A   No.

## Page 113

1  Q   Okay. Continuing with the next paragraph, it reads,
2      "Officer Jacks relates that the nurse then tried to
3      wake Perry up by arousing him, rubbing his chest,
4      telling him to get up and go to the bathroom." And I
5      think you stated earlier that sitting here today you
6      don't recall that chest rub?
7  A   Correct.
8  Q   Do you recall, though, after the I.V. was set up, but
9      prior to medical personnel coming back in the room,
10     that Mr. Perry did in fact get drowsy? Or appear to
11     be drowsy?
12 A   Yes.
13 Q   Okay. That paragraph continues by reading, "Officer
14     Jacks relates that she and her partner, Officer Kroes,
15     tried to escort him to the bathroom, but by that time
16     he had urinated and defecated on himself." Do you
17     remember sitting here today that occurring?
18 A   No.
19 Q   Okay. Do you have any really -- any reason to believe
20     that when this information was provided to Detective
21     Fortune on the night of the incident that it was
22     incorrect?
23 A   No.
24 Q   Okay. Then that paragraph continues by reading, "She
25     relates that they then escorted him back to his

## Page 114

1      hospital bed," and continuing with, "Officer Jacks
2      relates that moments later, Perry began acting unusual
3      by pulling on the covers." Do you recall this unusual
4      behavior regarding pulling on the covers?
5  A   No.
6  Q   Just moving forward in the report, the last paragraph
7      on the second page, about middle way, it reads, "She
8      relates that Perry then began to spit at them, and
9      they subsequently placed a spit mask on him. Officer
10     Jacks relates that as they carried him to a single
11     cell, still in handcuffs and shackles, Perry was never
12     dropped by anyone." Sitting here today, do you -- do
13     you have a recollection as to the route of travel from
14     the area where Mr. Perry was first brought into the
15     PPS facility to his ultimate location in the cell that
16     he was put into?
17 A   No, I do not remember the exact path that we took.
18 Q   Okay. But with regard to the -- you were involved
19     with the process of carrying him to the cell, correct?
20 A   Correct.
21 Q   And so sitting here today, do you recall looking back
22     on those events regarding that transport process that
23     you did not -- strike that -- that Mr. Perry was not
24     dropped in any way?
25         MR. GENDE: Objection. Form.

## Page 115

1  A   Right, I did relate to the -- that he was not dropped.
2  BY MS. LAPPEN:
3  Q   Okay. And as Mr. Perry was being carried back to that
4      cell, did you physically have your hands on him?
5  A   Yes, I did.
6  Q   Okay. At any point in time, did you lose your grip
7      with Mr. Perry?
8  A   No.
9  Q   At any time did you observe any other officer lose
10     their grip with Mr. Perry?
11 A   No.
12 Q   And did you observe anybody, you know, in any way
13     falter or stumble as they were carrying Mr. Perry down
14     the hallway and to the jail cell?
15 A   It was -- I mean, it was -- he was heavy and, I mean,
16     we were all four, we were different size officers, so
17     it was kind of -- it's hard carrying somebody down a
18     hallway.
19 Q   But do you recall any movement or motion on behalf of
20     anybody which indicated to you that Mr. Perry had been
21     dropped?
22 A   No.
23         MR. GENDE: Objection. Asked and answered.
24 BY MS. LAPPEN:
25 Q   I'm sorry. Your answer was?

## Page 116

1  A   No.
2  Q   Okay. Thanks.
3         MR. GENDE: Same objection.
4         MS. LAPPEN: Okay. Nothing further. Do you
5      have anything?
6         MR. JONES: I don't have any questions.
7         MR. GENDE: I do.
8              E X A M I N A T I O N
9  BY MR. GENDE:
10 Q   Officer.
11 A   Mm-hmm.
12 Q   In the event that Mr. Perry did urinate and defecate
13     himself --
14 A   Mm-hmm.
15 Q   -- while at the hospital, any reason why you wouldn't
16     offer him some assistance?
17 A   What could I have poss-- there was -- what do you
18     mean?
19 Q   Did you offer for him to clean himself up?
20 A   No, I did not.
21 Q   Did you offer for him to wear a smock from the
22     hospital?
23 A   I don't know where they keep their supplies. I don't
24
25 Q   The question is did you offer to --

## Page 117

1   A   A smock? No, I did not.
2   Q   So in the event that he did urinate and defecate on
3       himself at the hospital, is there any reason why you
4       failed to offer him any assistance from the moment you
5       took him from the hospital back to PPS and sat him
6       down on the floor at PPS?
7           MS. LAPPEN: Objection. Argumentative and
8       it misstates the witness's prior testimony.
9           But go ahead and answer.
10  A   I don't know where the hospital keeps its supplies. I
11      don't -- what could we have -- We have to take him
12      back out from the hospital to PPS. What could we have
13      put on him? He need -- we couldn't walk him out
14      naked.
15  BY MR. GENDE:
16  Q   So in answer to my question, you did --
17  A   I had no problem if there would have been something
18      right there that I could have put on to help him clean
19      him up. I put on his shoes and his shirt. If they
20      would have had spare clothes laying around, I would
21      have dressed him. It's not a problem.
22  Q   You didn't clean him up and you didn't offer to clean
23      him up, correct?
24  A   No, I did not offer to clean him up.
25  Q   And you didn't ask Mr. Perry if he'd like to clean

## Page 118

1       himself up, in the event that he did urinate and
2       defecate on himself at the hospital.
3   A   If he would have asked me that he needed help, I would
4       probably have asked the hospital staff to offer him
5       something to clean himself up.
6   Q   So in the event that he did urinate and defecate on
7       himself at the hospital, you would have asked staff to
8       do something so he wouldn't have to be transported in
9       his own urine and excrement, right?
10  A   I could have. I don't know what they would have did
11      for him. They....
12  Q   Did you ask anybody at the hospital to try and clean
13      Mr. Perry up in the event that he had urinated and
14      defecated on himself while at the emergency room?
15  A   No, I did not.
16  Q   Do you believe as we sit here today that he did
17      urinate and defecate on himself while at the emergency
18      room?
19  A   I don't remember him defecating or -- I don't know
20      what point that happened, and so when we were at PPS,
21      when we brought him back, then I smelled it.
22  Q   That was the first time you smelled it.
23  A   Mm-hmm.
24  Q   At PPS, right?
25  A   Yes.

## Page 119

1   Q   So your report to the officers -- I'm sorry -- to the
2       detective that he urinated and defecated on himself
3       while at the hospital --
4   A   I don't remember at what point he did that.
5   Q   Well, does that sound accurate to you, as we sit here
6       today, that he urinated and defecated on himself at
7       the hospital and you didn't offer to clean him up,
8       didn't offer for Mr. Perry to clean him up, and didn't
9       ask somebody at the hospital to clean him up before he
10      was transferred?
11  A   What could they have done for him -- with his clothes?
12  Q   That's not my question.
13  A   They don't have any spare -- I mean, I'm thinking
14      about him on the -- not to mention the fact a female
15      officer, what -- I don't -- I'm pretty sure my
16      supervisor would prefer I not strip him naked and --
17      no. I could have, but --
18  Q   You're not --
19  A   And at the most they -- we don't have spare clothes.
20      The only thing that they, had he asked, is a paper
21      jump suit.
22  Q   That's not my question.
23  A   Okay.
24  Q   I'm asking you, as we sit here today, in the event
25      that Mr. Perry had urinated or defecated on himself at

## Page 120

1       the hospital, does it seem likely that you wouldn't
2       have done anything to address that, you would not have
3       offered Mr. Perry to do anything to address that, and
4       you would not have asked the hospital staff to do
5       anything to address urine and feces on Mr. Perry
6       before you took him back to PPS?
7   A   You're -- sorry. I don't understand what you're
8       saying. I don't even recall when he had defecated and
9       urinated on himself.
10  Q   Well, you're telling your attorney that it happened
11      while he was at --
12  A   I don't know when it -- I know I -- I told her when I
13      noticed it.
14  Q   All right. And I'm --
15  A   I don't know at what -- I can't remember what
16      specifically, when he did that.
17  Q   All right. And I'm asking you that if he did do it --
18  A   Mm-hmm.
19  Q   -- while at the hospital, you would have taken some
20      action to try and correct it in the event you could,
21      right?
22  A   I could have. Yeah, I could have.
23  Q   You don't want to transport somebody that's full of
24      urine and feces, right?
25  A   No, I don't, nor do I want to transport somebody in

Page 121

1    only a hospital gown.
2  Q    And do you want to put somebody in the back of your
3      squad who has urinated and defecated on himself?
4  A    No, I don't. But it won't be the first time and it
5      won't be the last.
6  Q    When you put Mr. Perry in the back of your squad, you
7      told me you and Officer Krowz -- Kroes had to pick him
8      up and put him in the squad, right?
9  A    Mm-hmm.
10  Q    You recall that in detail, correct?
11  A    Correct.
12  Q    Did he have urine or feces on him at that time?
13  A    I don't remember any urine or feces on him.
14  Q    Did you smell it when you put him in the back of the
15      squad?
16  A    No.
17  Q    Did you smell it when you were driving him back to the
18      facility?
19  A    No.
20  Q    Did you smell him -- smell that when you removed Mr.
21      Perry from the back of the squad?
22  A    No.
23  Q    Did you smell it when you picked up Mr. Perry from the
24      squad and walked over to the elevator?
25  A    No.

Page 122

1  Q    Did you smell it on the way up in the confined

2      elevator with four other officers?

3  A    No.

4        MR. GENDE: I don't have anything further.

5      Thank you.

6        MS. LAPPEN: No, nothing further. Thank

7      you.

8        THE REPORTER: Okay. There being no further

9      questions, the deposition is concluded at 1:21

10      p.m. Off the record.

**A**

ability 108:1
able 11:20 14:9
  17:9 20:3 22:5
  27:4 31:7,20,23
  42:19,23 43:18
  44:25 46:23
  50:21 57:18
  58:6,24 62:5
  87:14 88:20
  89:18
abnormal 15:14
absence 23:25
  24:3,20 25:9
  29:8
accord 22:5 44:25
  57:19 93:13
accounts 74:21
  75:12
accurate 119:5
acting 35:16
  104:22 114:2
action 62:6 83:13
  97:7 103:4,9
  120:20
actions 36:8
activity 16:18
  24:9 25:5 26:4,9
  27:10 28:21,25
  29:10 31:5
actual 9:5
additional 31:5
  32:4 44:14
  49:22
address 120:2,3,5
administered
  23:1 29:17
  30:15 31:1 32:5
administering
  23:3 30:19
admitted 112:2
advise 30:18 62:9
  62:20 63:10
  76:6 104:4
advised 16:12
  30:22 94:13

104:2 105:20
afford 4:6
ago 5:21 9:9 84:25
agree 70:11 74:11
  80:6 82:4
ahead 65:16 80:10
  82:12 85:10
  86:17 93:16,23
  96:13,25 97:11
  97:21 107:10
  117:9
alleging 65:25
allow 4:5
allowed 18:4
ambulance 11:3,5
  12:20 13:3,4,6
  13:13 14:17
ambulate 42:19
Andrew 2:8
and/or 24:12
anger 36:3
ankle 66:16 67:4
answer 3:23 4:6
  31:19 64:20
  65:16 80:10
  82:12 85:10
  93:16,23 94:3
  96:13,25 97:11
  97:21 105:7,8
  107:10 115:25
  117:9,16
answered 14:10
  115:23
answering 14:14
  14:22
answers 4:1
anybody 8:25
  15:13 21:8 48:4
  53:18 57:11
  61:9 65:22 80:1
  88:25 93:13
  104:4 105:12,15
  115:12,20
  118:12
anymore 73:23
apologize 53:21

84:3
apparatus 11:18
apparent 50:20
  50:24,25
appear 6:7 11:16
  11:24 12:4,7
  13:17 14:11
  15:25 16:6
  17:12 19:10
  20:5 31:13
  38:19 42:19
  47:14 58:10
  112:10 113:10
appeared 30:11
  32:19 88:12
  106:19 111:17
appearing 6:2,16
appendage 58:3
  58:22
applied 18:20
  57:14 79:14
  80:6 84:13
apply 60:15 78:8
  78:14,17
appointment 8:5
appreciate 79:2
approach 86:5
approximately
  27:7 87:19
  112:1
area 55:24 68:1,6
  81:16 114:14
areas 100:7
argumentative
  86:15 117:7
arm 50:15 58:4,4
arms 19:20 34:22
  35:4 47:8 61:17
  67:6
arousing 113:3
arrest 41:23
arrested 15:23,24
  17:1,3 99:22
arrestee 76:23
  77:22
arrival 69:2,21

arrived 12:23
  32:21 34:2 36:2
  48:16 49:9 59:6
  59:8 69:4 70:2
  90:2 111:2
asked 6:9 7:12,19
  8:17,17 15:3,20
  15:21,21,22
  17:1,2 18:3,8
  22:24 31:11
  32:7 33:16
  35:14,17 40:5
  43:21 45:6 50:8
  55:10 58:15
  83:14 84:3
  88:11,14 95:11
  98:19 100:12,15
  100:15 101:18
  104:21,23
  115:23 118:3,4
  118:7 119:20
  120:4
asking 14:7 29:11
  36:19 45:5
  56:22 57:12
  60:11 68:20
  75:10,12 78:16
  83:14 91:15
  96:14,17,18
  98:2,5 101:9
  102:19 103:4
  109:23 110:2,6
  119:24 120:17
assessment 15:2,4
  15:18
assigned 7:5 8:6
  10:3,8 13:24
  14:18 44:14
  62:12 63:17
assignment 10:1,9
  10:11,14 54:4,5
  54:9 91:1 93:5
  94:20 95:17,19
assist 22:7 108:25
assistance 24:19
  24:22 25:1,6

27:18 56:14
  59:17,20 77:6
  80:2 89:20
  116:16 117:4
assistant 5:4,6
assisted 53:9,17
  57:17
assisting 51:3,21
  52:3 90:23
associate's 5:19
assume 3:23
assuming 41:22
  47:23
attached 72:14
  109:11
attempt 3:20 4:6
  69:9 83:10
attempting
  112:12
attend 5:15
attention 98:17
attorney 8:23
  120:10
Attorneys 1:6
  2:15
aware 16:10
  28:12 48:3
  61:20 78:6
  81:15 83:18
  84:2 105:22
  107:2
awareness 77:25
  78:3
Ayala 67:22 69:8
A3 54:1,7,11
  59:15 60:2 61:1
  61:11,15,23
  62:4 64:1 66:11
  68:9 70:13
  71:12,15,25
  74:20 76:3,11
  80:18,24 81:1,3
  81:17,21 84:12
  85:22 93:12,21
  94:6

**B**

back 5:9 7:16
11:2,4 12:19
13:2 14:17
20:18 21:22
22:7,8,15,18,24
23:13 24:15
25:2,13,20 26:3
26:18 27:20
33:8 34:7,8
37:11 41:24
42:8 43:15
44:15,18 46:11
46:14,20 47:15
47:18,20 48:12
48:17 49:18
50:11,13 51:5
51:11,18 52:17
53:25 58:1,23
63:12 67:4 68:1
69:3 70:8 71:7
78:23,24 81:5
84:9 86:4 90:23
92:2,7,7 95:18
97:4 100:4
102:21 103:24
104:25 105:3
108:19 112:5
113:9,25 114:21
115:3 117:5,12
118:21 120:6
121:2,6,14,17,21
background 5:8
bad 29:15
based 39:14 46:2
63:11 68:11
76:6 79:21 80:5
86:8 87:3 89:21
90:5,13
basic 35:17
basically 5:1 7:11
7:15 13:1 14:7
15:20 18:7
24:16 25:2
32:17 33:16
38:7 40:22

42:23 52:5
104:23
basis 17:3
Bates 68:17
bathing 5:1
bathroom 5:2
18:3,8 19:22
20:1,15,17,23
21:13 23:6
100:1 108:16,18
108:24 109:2,4
109:6,8,9,11,14
109:17 113:4,15
becoming 99:23
112:24
bed 18:13,23,24
19:2,10,15
20:14 21:22
22:7,8,10,15,16
22:19,22 32:1
35:2 66:12
108:19 114:1
began 109:23
114:2,8
beginning 99:20
behalf 2:6,12,18
115:19
behavior 114:4
believe 8:4 15:10
30:3 37:25 45:8
45:14 46:2
67:24 79:25
95:2 104:15
105:14 107:22
111:13 113:19
118:16
believed 37:21
69:7
believes 110:20
Bell 7:25 8:2,6,20
11:2
belt 46:23,25
belted 46:21 47:2
belting 47:15
bench 37:16
Berg 92:11

best 31:17 108:1
better 33:11
35:13 37:6
38:19 40:25
86:5 87:10
88:18 89:15,16
89:23 108:10
big 69:24
bit 15:16 38:9
Bizarre 88:19,20
88:22
blanket 14:6
bleeding 16:6
43:24 49:14
57:5 61:12
80:14,16 82:5,6
84:5
blocks 94:17
blood 15:2,8
55:23 57:6 62:6
80:22 81:12,17
81:20,23 82:3
84:7,8
bloody 64:8
body 12:5 16:6
57:5 61:12
80:15,17 82:2
bodyguard 73:22
73:25
bottom 66:9,13
70:25 100:9,22
break 52:9,11
breathe 56:8
57:10
breathing 11:18
15:11 44:9 49:5
56:1,6 57:8
60:19,22 83:23
83:24
brief 4:14 33:15
bring 6:9 15:23
17:3,6 37:11
42:8 43:15
103:24
bringing 51:4
53:9,18 90:23

90:23
Broadway 1:7
2:16
brought 7:7 21:22
53:25 55:5
57:13 87:6
102:21 114:14
118:21
building 94:16
Bungert 60:9,11
60:15 67:22
94:22,24 95:3
busy 51:16
butt 81:8
button 27:19
buttons 25:5

**C**

C 2:1
call 8:13,13,15
24:25 25:5
27:18,19 61:8
106:6
called 24:18,22
39:4,16 80:1
95:9 108:24
111:2
calling 39:23 49:3
56:9,10,14
57:11
calls 84:18 85:9
86:16 93:15
96:11,23 107:9
cancelled 8:5
candid 79:2
captain 106:5,9
car 10:20 11:23
12:25 47:23
92:2,7 100:4
care 4:20,25
cared 51:10
carefully 86:25
carried 54:23
55:4 58:9,20
68:3 81:4
100:11,13,16,19

114:10 115:3
carry 52:6,7 60:1
carrying 51:16
52:20 57:18,22
57:25 59:2
114:19 115:13
115:17
case 6:19
caused 61:5 62:6
103:3
causing 65:9
caution 77:25
78:3
cautious 78:5
cease 17:21
cell 8:12,12,15
53:25 54:7,11
58:9,11,14
59:15 60:2 61:1
61:11,15,23
62:4 63:25
64:13 65:8,24
66:11,17,21
67:3,6,8,9,13,20
68:1,3,5,6,6,9
70:13 71:25
74:20 76:3,11
76:13 80:18,24
81:1,2,12,17,21
84:6,12 85:2,22
93:5,6,11,21
94:6 100:12,19
114:11,15,19
115:4,14
cells 62:13
certain 98:17
certainly 39:16
certification 5:3
chair 17:20 45:6
chance 10:13 71:9
change 13:25
23:17 43:22
49:22 51:2
77:24 79:22,25
82:5,7,8,14
83:25 87:14

96:10,21
changed 13:10
21:25 26:10
31:12 43:14
45:25 46:1
54:13 56:18
59:4,5 78:20
84:4 87:16
changes 76:22
charges 109:23
110:3,3,5
check 25:13 27:21
33:6,8 38:22
checked 104:18
checking 32:24
checks 85:3 91:4
chest 100:1 113:3
113:6
city 1:6 2:15,18
4:10 81:12
CJF 40:20,25
41:4 42:4 51:7
94:19
clarification
58:15 70:15
107:15
clarify 107:21
clean 116:19
117:18,22,22,24
117:25 118:5,12
119:7,8,9
clear 3:20 4:7
14:16 89:21
close 109:19
closed 47:10 64:1
80:21 89:1
closely 17:19
38:15 48:23
49:13 86:25
90:5 106:24
closer 5:6 42:5
clothes 117:20
119:11,19
clothing 59:24
coat 104:15
cognizant 76:22

77:15
coherent 14:11
31:13
college 5:11,14,18
color 25:24
combative 11:25
13:18 36:9
47:14 49:18
combined 74:5
come 16:24 27:14
33:5,8 41:24
86:4
comfort 60:3
coming 14:8 29:4
33:3 54:21
55:16 56:5 64:2
64:7,10 81:22
87:17 99:25
111:4 113:9
commands 59:11
comment 101:19
101:21
communicating
88:21
complain 60:21
complaining 49:5
56:1,6 57:8,9
complains 83:23
complaint 9:14
complaints 44:8
complete 41:25
42:9
completes 112:15
complications
20:18
compression
60:16
concern 28:16,20
32:5 33:9 36:16
37:12 39:10,13
40:8 53:1,8,12
89:13
concerned 21:3
28:23,24 32:7
35:12 87:4 88:6
88:11 89:6,12

89:24 90:7 98:6
concerns 40:16
41:16 51:12,23
52:2 53:16
63:11,21 76:7
90:7 97:17,24
98:12
concluded 122:9
condition 7:15
12:15 13:10,25
15:19 21:25
23:18 26:10
28:17 29:20
31:11 32:6,9,14
33:17,20 35:13
36:1 38:1 39:8
39:25 40:3,21
41:11,19 43:11
43:14,21 45:15
45:24 46:6 48:5
49:22 50:3,7
51:13,13 54:13
54:15 56:22
59:7 63:22 76:7
76:23 77:16
78:20 79:22,25
82:5,8,14 83:25
84:4 87:4,12
88:6,13,16,16
89:25 90:1
97:18,25 101:5
104:2,5 105:14
105:23 106:11
conditions 30:4,8
30:12 37:22
45:8,12 46:3
56:18 102:8
conference 17:16
confined 122:1
confused 89:21
confusion 67:20
67:24
conscious 11:16
11:17 31:17
34:9,12 43:20
58:10 59:3

consciousness
14:13,19 16:9
17:12 31:15
consider 82:7,8
83:24 85:12
constantly 78:1,4
78:5 79:6,17,18
79:22 80:5,11
90:6
contact 43:1
80:23 83:8
105:8
contained 99:6
101:8
continual 85:7
86:22
continually 75:25
76:2,10,17
77:15 84:12
85:16 86:1,9,23
90:10,15,16,17
90:20,21 91:11
91:18,23 92:1,5
92:6,16,18 93:1
93:8,12,20 94:5
continue 17:19
32:6 38:22
105:5
continued 6:8
28:24 76:3,9,18
93:12
continues 69:6
110:17 111:1,22
113:13,24
continuing 113:1
114:1
continuously
84:14
contradict 71:23
conversation 7:2
7:7 8:1,11 17:23
17:25 18:1
26:25 30:11
36:15,21 37:17
37:21,25 38:3
39:7 95:3,9

103:13
conversations
33:1
converse 11:20
31:7
convey 10:6
conveyance 10:8
13:11 47:21
49:8,19 94:18
100:2
conveying 48:11
Coogan 104:9,11
104:14
Coonan 104:9
copy 72:11,13
corner 68:17,19
correct 7:6 9:16
10:25 12:21,22
13:7,9 15:6
16:22,23 18:21
19:2 20:1,2,8,9
20:19,20 21:4,5
21:9,10 22:5,12
22:17 23:6,7,10
23:11,14 28:9
42:11 44:5,7
45:22,24 46:3,4
47:8,9 48:10
52:20,21,23,24
53:3,7,10,11
54:12 56:14
58:2,5 59:6,12
59:14 63:22
64:12,15,16
66:15 70:14
71:11,16 72:24
73:3,6,9,10,13
73:16,19,21
74:1,3,6,10,19
74:24 76:1,25
77:8,13,18,21
78:7 79:24 80:3
80:24,25 82:10
83:5,6,9 84:1
85:19,22 87:24
87:25 94:9 99:4

100:24 105:19
107:23,24,25
108:4 109:1,7
110:22 111:21
112:4 113:7
114:19,20
117:23 120:20
121:10,11
**cot** 11:11,15 13:6
13:8,17 14:6
**counseling** 106:13
106:16
**counting** 24:17
**County** 2:12
**couple** 21:23
22:23 23:12
24:10 48:20
110:16
**course** 33:1 37:20
37:24 96:10,21
104:19
**court** 1:12 4:2
**courtesy** 4:7
**covered** 81:17,20
82:1,1
**covers** 114:3,4
**credits** 5:18
**criminal** 40:5
42:2 110:3
**Crystal** 1:2 3:15
**cuff** 21:18 22:15
**cuffed** 34:25 35:3
46:12,16 61:17
61:19
**cuffs** 18:15 19:21
35:3 66:22
**current** 4:9
**custody** 15:22
21:3 36:10 54:6
54:10 72:23
77:16 93:2

---

**D**

**D** 3:1
**date** 6:7,8 8:3 9:7
15:21 33:23

**dates** 5:16
**dating** 63:12
**day** 6:3,23 7:3,4
10:3,9,12 14:8
39:5 54:4 63:15
106:5 112:19
**deal** 103:25
**death** 3:18 62:2
95:4 96:20
106:14,17,21
107:3,7,23
**debrief** 105:25
106:2
**debriefing** 106:4
**decision** 11:21
66:11
**declining** 32:14
**defecate** 81:25
116:12 117:2
118:2,6,17
**defecated** 12:7
13:22 16:4 20:7
44:1 49:7 54:25
55:6,9,18 57:2,4
82:17,23 83:20
113:16 118:14
119:2,6,25
120:8 121:3
**defecating** 118:19
**defendant** 9:15
**defendants** 2:12
2:18 6:18
**degree** 5:17
**delay** 50:10
**delayed** 77:23
**demanded** 36:16
**departed** 68:6
**department** 4:11
5:12,13,13 28:8
29:5
**department's**
72:21
**deposed** 6:19 7:22
**deposited** 58:20
**deposition** 3:6
5:23 6:10,15,22

6:23 7:2,8,19
8:4,16,18,20,24
9:3,22,25 48:1,9
52:25 84:25
87:24 99:4
103:12 106:19
108:22 122:9
**depositions** 6:19
7:22
**describe** 12:15
13:14 21:25
26:10,20 31:16
31:18 33:21
81:6
**described** 18:12
54:16
**detail** 87:22 94:25
108:3 121:10
**details** 65:5,21
**detective** 62:1
67:19 68:2 99:2
100:10,12,17,25
107:22 108:10
108:20 109:24
113:20 119:2
**detectives** 9:4,12
61:22 65:3 66:8
67:16 68:15
**deteriorate** 28:16
45:24
**deteriorated** 87:6
**deteriorating**
28:18 87:4,5
88:14
**deterioration**
88:12
**determine** 82:16
82:21 83:10
102:15,20,23
103:5
**diagnosis** 29:12
29:14
**Diaz** 92:10
**Diaz-Berg** 62:10
63:10 66:9,15
67:2,11 86:19

**Diaz-Berg's** 67:1
84:25
**died** 96:9 106:1
**different** 32:20
33:17,20,21,22
40:21 86:13,18
87:9 88:16,18
89:11,12 90:17
90:19,21 91:1
92:3,4,4,9,10
97:8 109:14
115:16
**differently** 92:6
96:9,15,18,21
97:1,12 107:6
**difficulty** 44:8
49:5 56:1,6 57:8
60:21 83:23,24
111:19
**direct** 31:19 34:14
50:17 54:18
59:10
**directly** 40:20,25
42:4 87:15
**disbelief** 95:22
**discharge** 35:6,10
37:9 41:11 43:3
43:9 48:6 51:24
62:17,20,25
63:4 89:24 90:7
97:25 98:8,15
98:19 104:12,18
**discharged** 37:3
38:8 39:10 87:8
87:10,13 88:7
98:10 101:25
103:15,23
104:21
**discouraged** 41:9
41:12,15
**discretion** 73:1
77:11
**discretionary**
77:19 78:5
**discuss** 8:15 95:6
**discussed** 17:16

35:1
**discussing** 32:14
51:9
**discussion** 16:20
17:21 29:23
50:2 51:5,18
105:21 106:10
110:2
**discussions** 8:24
29:20 32:16
35:7 51:11
62:15
**dispatch** 10:11,18
95:17
**dispatcher** 12:25
**dispute** 66:19
67:7,10 68:7
75:15
**dissatisfaction**
39:8
**distinguish** 83:7
83:19
**District** 1:12,13
95:19
**doctor** 27:14 28:1
30:1 35:14,14
35:17,20 36:15
36:21,23 37:2,9
37:20,25 38:3
39:7,9 43:10,12
45:19 88:7,9,14
90:8 98:6
104:17,18 105:8
108:16
**doctor's** 35:22
**document** 65:1
**documented**
100:10
**documents** 5:22
5:25 6:9,11 9:11
**doing** 14:25
**door** 63:25 65:8
68:6 80:21
109:10
**Dr** 2:4 104:9,11
104:14

dress 41:18
dressed 5:1 34:1,6
  40:15 117:21
dressing 42:16
drink 22:25 23:12
  24:6 85:25
driven 51:18
driving 121:17
dropped 61:22
  62:4 65:9,23
  66:1,1 100:20
  101:1 114:12,24
  115:1,21
drove 47:18,23,24
drowsy 26:16,17
  33:25 112:18,24
  113:10,11
drug 112:22
drugs 111:14
Dudek 2:9
duty 106:1

**E**
E 2:1,1,10,14 3:1
  3:11 107:18
  116:8
ear 55:23
earlier 31:20
  34:13 54:16
  89:22 108:22
  113:5
Eastern 1:13
educational 5:7
effect 37:7 42:10
  56:11 60:19
  61:24 103:18,22
  112:23,24
effective 72:5
effort 82:16,21
  83:7
either 14:20 26:25
  27:17 29:25
  53:17 57:11
  103:8
elapsed 25:12,15
  31:1 48:11

elderly 4:20,25
elevated 36:16
elevator 52:22
  54:24 55:4,5,16
  56:3,5,15,16,23
  56:24 58:16,20
  90:24 102:5
  121:24 122:2
emergency 36:6
  40:10 41:19
  44:19 46:1,5
  48:5,12 51:24
  53:2 59:5 63:13
  76:8 85:21 87:7
  87:20 88:3,5
  89:7,23 90:6,22
  92:2,6 98:22
  101:25 105:17
  118:14,17
employed 4:10
employment 4:9
  4:15
encounter 77:22
encountered
  41:12
ended 38:4
engage 17:25 18:1
engaged 36:18
entered 6:8 54:14
entire 4:5 82:2
  87:1
environmental
  77:24
environments
  90:19
equivalent 5:19
escape 19:11
escort 19:24
  113:15
escorted 19:25
  20:22 21:13
  22:8 67:6
  113:25
especially 77:16
essentially 15:19
established 88:1

89:6
Estate 1:10
estimate 109:16
evaluation 41:7
Evans 65:2,6
evening 31:21
  62:13 78:9
  79:14 80:7 96:7
  96:8,19 97:6
  104:19
event 41:10 66:20
  79:25 84:11
  98:17 116:12
  117:2 118:1,6
  118:13 119:24
  120:20
events 3:17 71:14
  96:7,10,19,22
  108:7 112:2
  114:22
eventually 27:4
  33:18
everybody 78:21
evidence 71:22
  80:13 93:19
  94:4
exact 5:16 8:3 9:7
  15:9 25:15
  27:24 30:22
  33:7 43:13 55:8
  114:17
exactly 31:10
  35:15,18 37:13
  41:23 61:25
  75:3 103:13
EXAMINATION
  3:2
exception 35:3
excrement 118:9
excuse 111:10
exhibit 3:5 6:5,6
  65:1,6 66:6
  67:14 68:12
  72:2,3 84:9
  98:24 99:1
  101:8 107:20

108:14 110:9
exit 50:17,21
exited 56:16
expectation 75:6
expected 36:1
  78:20 89:25
expecting 89:14
expectorant 18:19
  55:9,12 57:13
  61:14,19 62:7
  64:4,11,18,22
  74:2,16 75:1,2
  75:14,20 76:3,9
  76:19 84:13
  91:22
explain 35:18
  88:15
explained 40:3
explanation 35:22
  36:17
express 29:7 33:9
  37:20 40:8,16
  42:3 51:23 52:2
  53:8,12,16
  63:21 106:20
expressed 30:2,7
  35:13 36:16
  37:12 39:7
  97:17,24 107:2
  107:5
expressing 98:12
expressions 41:17
extended 54:20
extending 81:8
extent 44:11 46:9
  88:6 103:16
extra 72:11,13
eye 17:10 31:20
  31:22 63:17,19
eyelids 26:18
eyes 26:17 47:10
  88:25

**F**
face 57:24 65:10
  65:10,23 67:5

81:5 100:11
faced 41:14
facility 40:6 42:2
  114:15 121:18
facing 58:1 110:3
fact 76:8 80:4
  91:21 113:10
  119:14
factors 77:25
failed 117:4
fair 3:24,25
fairly 109:19
faking 30:3,8,12
  35:8 37:22 38:1
  45:8,12,14,20
  46:3,6,8 48:5,8
  101:5 105:10,14
  105:16,23
  106:10
fall 14:6 65:9,10
falter 115:13
far 5:9 51:2 54:17
  109:16 112:7
feces 59:24 61:6
  81:13,18,20
  82:2 120:5,24
  121:12,13
feed 5:2
feel 20:21 21:15
  28:17 92:22,22
  93:1 106:21
feeling 26:23
feet 109:18
felt 21:12 32:9
  41:13 51:9
  94:19,21
female 25:23
  119:14
fifth 48:22 110:9
figure 67:25
finally 74:2
find 99:6
fine 46:8 52:13
finger 15:10
finished 42:16
first 8:5 11:1,2,9

12:17 14:16
15:18 31:11
32:21 33:22
40:4 65:11 76:6
88:17 102:3
114:14 118:22
121:4
**five** 25:16,16,17
52:12
**flail** 47:8
**flexicuffs** 73:17
**flight** 20:24
**floor** 48:22 54:24
55:2 58:21 60:2
64:6 65:10
80:24 81:2
85:22 87:16
90:25 93:21
117:6
**follow** 11:23
77:12
**followed** 12:20
**follow-up** 101:7
**form** 47:15 65:15
80:8 82:11
84:15 86:14
94:10 114:25
**forth** 73:14 90:18
**Fortune** 107:22
108:10,20
109:24 113:21
**forward** 18:6
26:19 31:24,25
114:6
**found** 15:18 62:7
81:12
**foundation** 85:8
86:16 93:14
96:24
**four** 52:19 69:17
85:2 94:16
115:16 122:2
**fourth** 68:25
69:23 108:14
**frame** 91:4
**Frank** 68:24

**frequent** 33:4,5
**front** 46:15 54:20
69:9 107:21
**fulfill** 92:22
**fulfilled** 92:23
93:7
**full** 71:10 120:23
**fully** 89:19,19
**further** 17:25
18:1 27:10 41:7
43:1 95:3
107:13 116:4
122:4,6,8

_____
**G**
**gait** 20:5
**garage** 10:22
48:22 49:10,21
51:1
**Gende** 2:2,3 3:3,9
3:12 19:5,9
52:18 65:18
70:3,9,20 71:8
72:13,17,19
80:12 82:13
84:16,23 85:15
86:20 93:18
94:2,12 96:16
97:3,16,23
100:6 104:25
105:6 107:12
114:25 115:23
116:3,7,9
117:15 122:4
**general** 96:18
**generally** 15:25
17:9
**getting** 5:1 22:9,9
24:6 32:19
33:10 38:19
42:4 48:17 86:5
111:10
**give** 4:14 29:11
31:19 34:14
35:15 37:9
54:17 59:10

62:5 85:5 87:15
104:24 111:3
112:21
**given** 9:4 30:23
32:8,9 41:14
67:15 78:21
112:17
**giving** 42:12
62:17 108:20
**glad** 58:15
**glance** 11:11,13
**go** 5:9,11 10:23
18:9,10 19:14
20:14 23:5
26:18 28:20,21
32:6,6 39:10,10
64:20 65:16
70:1,3 71:3
72:17 73:14
80:10 82:12
84:9 85:10
86:17 93:16,23
94:25 95:18
96:13,25 97:11
97:21 99:20
100:1 107:10
108:17 109:2,13
109:15 110:6
112:1 113:4
117:9
**gobs** 81:12
**God** 56:14 57:11
**goes** 21:19 77:14
77:22 82:5
100:17
**going** 3:16 5:20
6:6 26:5 29:13
33:16 37:2,15
38:7 39:9,17
50:21 58:18
64:25 66:6
67:14 68:11
72:3 95:18
98:25 110:6
111:5,10
**good** 88:20

**gown** 34:4 121:1
**grief** 106:13,16,20
106:21 107:3
**grip** 115:6,10
**groaning** 12:10
13:20 49:1
102:4,11,14,16
102:18,21 103:1
103:6,10
**groin** 55:24
**ground** 54:19
56:17,25 57:3,8
58:1,7,13,24
**group** 106:4
**guess** 24:14 34:22

_____
**H**
**hair** 25:24
**half** 17:17,18,22
25:18,18,19
26:18 27:8
38:14
**halfway** 68:25
69:22
**half-hour** 18:11
18:22
**hallway** 109:13,15
109:19 115:14
115:18
**hand** 46:13 72:15
**handcuff** 18:24
19:14,18,19
**handcuffed** 19:2
19:10,20 21:13
46:14 67:4
**handcuffing** 69:8
**handcuffs** 20:12
20:16,18,22
61:7 64:13
66:16 68:5,7
74:12,22 100:19
114:11
**handed** 63:4
**hands** 34:22 46:16
67:4 115:4
**happen** 91:20

**happened** 12:24
14:3 15:20 24:7
29:12 31:12
35:11 38:3 39:3
42:15 70:13
82:18 83:2,4,15
95:11 99:10
118:20 120:10
**happening** 29:8
67:23 110:12
111:4,9 112:3
**happens** 91:19
**happy** 88:20
**hard** 20:15 31:16
34:11 111:16
115:17
**head** 4:2 26:18,19
31:23 43:18,19
47:7 57:21,24
57:25 58:6,8,23
59:1 61:22 62:4
66:1 82:2
**head-butt** 47:7
**health** 53:1
**hear** 12:10 31:18
34:13 53:16
54:17 59:9,15
59:19,20,23
60:3,6,9,15,18
60:21 61:24
76:16 83:10
89:1 101:21
102:3 103:13
**heard** 46:8 48:9
61:8 68:6 94:17
94:19 95:8
101:18
**hearing** 56:7
60:23
**heart** 15:11
**heavy** 115:15
**held** 67:21
**help** 22:9 44:17
45:6 49:3 52:5
56:2,9,10 57:11
57:12 61:8,9

99:11 117:18
118:3
**helped** 60:1
**helping** 5:1,2
**Hey** 21:18 99:24
110:19
**high** 5:10,11
39:13
**Hirschboeck** 2:9
**history** 4:15
**hit** 36:11 65:10
**hold** 14:5 22:13
31:23 43:18
54:5 58:6,24
60:16
**holding** 43:19
68:1
**holes** 111:15
**home** 4:17,19
**hospital** 7:16 10:7
10:16 11:22
12:12,23 13:2,8
13:17,17,24
14:4,8,9,14,18
14:22 15:1,4,17
16:15 18:13,23
19:12 20:13
21:22 23:2
28:14 29:22
30:18 31:2
32:24 33:3 34:1
34:2,3,5 35:2
36:5 38:22 40:1
41:7,10,10
43:15 50:9 51:1
52:6 59:8 63:24
78:19,22,24
79:16,21 80:2
89:14,16 90:12
92:10,21 97:15
98:3 103:17
104:4,6 108:19
109:12,13,17
110:7,22 112:5
114:1 116:15,22
117:3,5,10,12

118:2,4,7,12
119:3,7,9 120:1
120:4,19 121:1
**hour** 9:18 17:17
17:18,22 25:18
25:18,19 27:8
31:3,4,8 32:3,13
32:25 34:25
35:5 38:14 85:3
**hours** 39:15 45:21
85:18 87:19
96:8,19 104:6
**hurt** 44:12

**I**
**identified** 6:5
72:2 84:5 98:24
**identify** 72:20
**ignore** 73:2
**imagine** 20:16
**immediate** 77:23
98:16
**immediately**
57:14 77:6
**improvement**
32:11
**improving** 32:10
32:18 33:2
**inaccurate** 99:7
**incident** 6:4
113:21
**include** 43:8
**included** 15:5
105:25
**including** 78:25
91:22 105:22
**incorrect** 89:8
113:22
**increasing** 53:1
**independently**
106:16
**indicated** 108:23
115:20
**indication** 112:21
**individually** 74:4
**information** 62:5

65:13,19 68:11
71:22 80:13
81:11 93:19
94:4 99:6
100:14 101:2,8
108:1,20 113:20
**informed** 25:8
26:3 41:24
**initial** 6:1 15:2
17:16,23
**Initially** 34:21
**injured** 21:7,8
97:13
**injury** 12:5 44:3
**inmate** 41:9 61:21
62:3
**inmates** 62:13
**inmate's** 62:1
**inquire** 16:19
26:22 34:15
100:25 102:7,11
102:17 103:8
**inquired** 16:17
**inquiries** 20:10
36:22 59:13
98:21
**inquiry** 14:20
15:17 26:14
**insertion** 111:24
**instruct** 45:2
**instructing** 36:13
**instruction** 42:13
77:12
**instructions** 37:9
43:3,9 62:25
63:5 98:16
**intended** 82:22
**interaction** 108:7
**intervals** 85:5
**interview** 68:24
101:7,16
**interviewed** 101:9
101:13 107:22
107:25
**investigating**
61:21 62:2 65:3

66:8 67:16 68:2
68:15 99:2
**investigators** 3:8
**involuntary** 82:18
82:25 83:5,13
83:21
**involved** 48:4
78:21 114:18
**involving** 108:7
**irons** 73:20 74:14
74:24
**issue** 111:9
**issues** 16:13
**I.D** 111:9
**I.V** 23:5 26:6,7
27:4,11 30:16
111:3,5,10,19,24
112:7,12 113:8

**J**
**J** 2:2
**jacket** 104:16
**Jacks** 1:2 3:8,15
3:16 52:19
67:22 107:20
108:15 109:22
110:10,20 111:1
112:16 113:2,14
114:1,10
**jail** 115:14
**James** 2:2
**janitor** 81:12
**Jeff** 1:4
**job** 4:19,22 10:5
63:15 71:19
**Jones** 2:8 69:24
116:6
**Joseph** 1:4
**jump** 119:21
**Justice** 40:5 42:2
**J-a-c-k-s** 3:15

**K**
**keep** 4:7 54:9
63:17,19 69:9
107:20 116:23
**keeps** 117:10

**kept** 29:24 30:1
111:11
**kick** 36:11
**kill** 44:12
**killing** 56:12,12
**kind** 20:15 50:15
75:24 110:2
112:11 115:17
**knew** 15:21,22
31:12 33:23,23
41:4 57:3 78:21
95:18
**know** 5:16 6:13
8:14 9:7 11:4
13:1 14:22 15:9
15:20 19:18
21:16,17 23:1
23:24 24:1,18
25:15 27:3,21
27:25 28:2,23
29:1,2,3 30:1,15
30:16 31:16
32:20 33:7,16
34:11 36:12
39:17,20,25
40:12,14 43:7
43:17,20 47:10
55:6,8 57:2,21
58:8,23 59:3
62:9,12 63:2,3,8
63:16 67:12
68:12 71:20
83:3 84:7,19,20
84:21 85:11,13
85:16 86:8 91:3
91:4,5,5 93:11
93:17,24,25
97:1,12 102:22
103:16 104:10
104:14 109:16
110:16 115:12
116:23 117:10
118:10,19
120:12,12,15
**knowledge** 3:17
**Kroes** 6:20,21 7:9

| | | | | |
|---|---|---|---|---|
| 7:18 9:20 10:24 | 116:4 117:7 | 107:14 112:18 | 5:20 | 104:7 112:17 |
| 11:21 12:19 | 122:6 | **loaded** 11:6 | **marked** 6:6 65:1 | **medications** |
| 14:20 18:10 | **Law** 2:3 | **location** 109:14 | 66:6 67:14 | 16:12,18,21,25 |
| 19:17,25 21:15 | **lawsuit** 48:4 | 114:15 | 68:12 72:3 | 29:16 30:19,25 |
| 21:18 22:24 | **laying** 11:14 32:1 | **locker** 6:14 | 98:25 | **medicine** 16:14 |
| 23:17,19 24:2 | 81:13,17 117:20 | **long** 4:12 7:18 | **marks** 111:13 | **meet** 9:17 |
| 24:12,18,25 | **leaned** 58:23 | 9:17 15:22 | **mask** 18:19 62:7 | **meeting** 8:23 9:7 |
| 27:1,13,18 28:3 | **leaning** 58:7 | 17:15 21:21 | 66:17,23,24 | 9:23 |
| 28:23 29:1,3,11 | **leave** 19:11 28:6 | 33:3 48:19 | 67:5,7 69:2,3,8 | **member** 77:5 |
| 30:6,10 32:14 | 28:14 104:21 | 53:21 110:14 | 69:21 71:16,24 | **members** 76:22 |
| 32:22 33:2,9 | **leaves** 89:14 | 112:21 | 114:9 | 77:15 |
| 34:15 35:7 | **leaving** 85:24 | **longer** 22:21 38:9 | **mast** 26:19 | **memory** 108:6 |
| 36:18 37:24 | 95:21 | 38:12,13 | **matter** 45:17 | **mention** 119:14 |
| 42:16,23,25 | **led** 107:7 | **look** 17:9 31:20 | 63:16 91:21 | **mentioned** 9:14 |
| 44:23 45:11 | **left** 12:12 23:12 | 31:22 43:10 | **Ma'am** 3:13 4:9 | 16:20 106:6 |
| 47:19 50:4 51:4 | 28:15 31:2 34:1 | 67:16 68:16 | **McDonald's** 4:18 | **met** 9:10,21 |
| 51:19 53:16 | 34:5 38:17 59:7 | 70:22 91:8,15 | **mean** 10:2 11:12 | **Mid** 26:2 |
| 60:18 61:6 63:2 | 66:17 84:21 | 103:16 | 14:16 22:8 | **middle** 69:24 89:5 |
| 63:4 67:22 68:4 | 88:5 89:16 | **looked** 12:18 | 44:24 45:17,19 | 114:7 |
| 68:6 94:15,21 | 93:11,17,24 | 25:21 26:16,21 | 52:7 78:21 | **Milwaukee** 1:6,8 |
| 95:6,14 100:3 | 94:16 98:22 | 47:25 94:20 | 105:12 111:9 | 2:11,12,15,17,18 |
| 101:24 103:12 | 111:23 | **looking** 18:25 | 115:15,15 | 4:10 5:13 28:7 |
| 105:9 108:25 | **leg** 18:17 50:15 | 41:22 43:13 | 116:18 119:13 | 66:7 67:15 |
| 109:2,5,8 | 58:3,3 64:16 | 67:19 114:21 | **meaning** 92:18 | **minutes** 7:20 |
| 113:14 121:7 | 68:8 73:20 | **lose** 115:6,9 | 110:18 111:4,22 | 21:23 22:23 |
| **Kroes's** 36:10 | 74:14,24 | **losing** 17:12 | 112:23 | 23:12 24:10 |
| **Krowz** 95:6 | **legs** 47:8 54:19 | **lost** 14:13,19 16:9 | **means** 13:1 78:4 | 25:16,16,17 |
| 101:23 121:7 | 61:17 81:8 | **lower** 68:16,19 | 86:9 90:10,11 | 38:15 39:6 |
| **Kruiz** 95:7 | **length** 91:11 | **Lysol** 61:6 | **med** 15:2 | 48:13,20 49:21 |
| **K-Mart** 4:17 | **Let's** 5:10 52:11 | | **medical** 4:21 | 52:12 67:21 |
| | 70:3 71:3 | **M** | 10:15 23:24 | 85:24 86:4 |
| **L** | **level** 28:20 32:5 | **M** 3:11 107:18 | 24:2,18,22,25 | 110:16 112:1 |
| **lab** 104:15 | 39:10,13 53:5 | 116:8 | 25:6 27:18 29:3 | **misstates** 117:8 |
| **lacks** 86:15 | 63:11 | **mad** 95:23,24 | 29:7,25 30:3,7 | **Mister** 95:13 |
| **Lappen** 2:14 3:4 | **lieutenant** 39:18 | 96:3 | 40:25 42:5 43:1 | 105:16 |
| 9:8,10,17,21,23 | 39:20,23 40:8 | **majority** 17:22 | 51:13 59:16,20 | **Mm-hmm** 19:3,3 |
| 19:4,8 65:15 | 40:12,16,20 | **making** 38:6 | 76:23 77:5,6 | 23:21 46:17 |
| 70:15 72:11,15 | 41:16,21 42:3,8 | 102:22,23 | 80:2 98:17 | 48:2 55:17 57:1 |
| 72:18 80:8 | 42:12 60:6 | 109:23 | 102:12 111:24 | 61:2 69:18 |
| 82:11 84:15,18 | 62:16,19,20 | **male** 20:16 65:9,9 | 113:9 | 75:13,17 79:5 |
| 85:8 86:12,14 | 63:5 76:16 95:9 | 68:1 94:18 | **medication** 15:3 | 79:12 91:17 |
| 93:14,22 94:8 | 95:12 101:14,19 | **man** 20:16 | 15:24 17:2,4,7 | 110:23 116:11 |
| 94:10 96:11,23 | 103:14,19,21 | **mandatory** 73:1 | 23:2,4,8 30:15 | 116:14 118:23 |
| 97:10,20 99:19 | **lines** 12:8 | **manner** 3:20 4:1 | 30:22 32:4,8,9 | 120:18 121:9 |
| 107:9,14,16,17 | **listen** 55:3 | 18:13 | 33:19 35:16 | **moaning** 13:20 |
| 107:19 115:2,24 | **little** 15:16 38:9 | **Marian** 5:14,15 | 37:14 38:6 | 49:1 102:3,11 |

102:14,16,17,20
102:25 103:5,9
**moment** 14:16
56:16,24 57:7
60:1 70:4,10
71:3 80:18
85:20 87:6,7
117:4
**moments** 106:19
114:2
**mon** 86:13
**monitor** 17:19
21:6 38:16 54:6
54:10 63:11
76:2,10 77:15
84:20,22 85:14
86:18 91:2 92:5
92:7,16,18
**monitored** 37:10
40:22 47:25
62:21,24 75:25
76:13,18 79:17
79:18,22 80:6
80:11 84:12,14
86:1,19,23
90:16 91:14,23
92:1,9,11 93:1,8
93:12,20,25
94:5 106:24
**monitoring** 36:5
48:24 49:13
62:12 79:6 85:7
85:11,12,16
86:9,22 90:6,10
90:16,17,20,21
91:12,19 97:6
**monitors** 15:10
**months** 9:9
**morning** 5:23
**motion** 115:19
**mouth** 54:21
55:23 64:3
81:22
**movement** 19:11
115:19
**movements** 47:3

**moving** 114:6
**multiple** 73:11
80:9
**mumbling** 12:10

**N**

**N** 1:7 2:1,16 3:1
3:11,11 107:18
107:18 116:8,8
**naked** 117:14
119:16
**name** 3:13,13,15
15:9 25:20,22
104:10
**named** 9:14
**nature** 26:23
29:17 37:11
51:8
**nausea** 61:5
**nauseous** 60:24
**near** 10:21 55:24
**necessarily** 29:14
**necessary** 21:12
77:5
**neck** 69:3
**need** 16:24 22:9
29:16,16 34:5
52:9 91:14
95:18 117:13
**needed** 16:12,14
16:18 18:3,8
59:16 76:10,12
89:20 108:24
118:3
**needle** 111:11,12
111:12,18
**never** 14:19 31:16
38:17 41:12,14
46:8 59:4 78:20
80:22 87:12
88:22,25 89:2
100:20 114:11
**news** 95:20
**night** 9:5 62:2
107:23 108:8
110:4 113:21

**nods** 4:2
**noises** 102:22,24
**nonresponsive**
59:11,11,13
**normal** 12:16,18
13:14 15:19
88:2
**normally** 31:7
**notes** 67:19 68:2
**notice** 3:6 6:7,9
**noticed** 55:10
64:10 120:13
**noticing** 64:6
**notified** 16:14,15
**number** 10:2 18:9
18:9 33:7 79:9
84:9
**nurse** 5:4 24:15
24:15 25:2,6,8
25:13,20 26:3
27:19,20,20
28:1 29:16,19
29:25 30:14
35:14 40:23,23
41:3 43:9,12
46:8 99:25
104:8 111:2,4
111:23,25 112:5
112:16,18 113:2
**nurses** 29:9 37:17
41:4
**nursing** 4:17,19
5:4,6 27:4,12
42:5
**N28** 2:4

**O**

**O** 3:11 107:18
116:8
**objection** 65:15
80:8 82:11
84:15 85:8
86:12,14 93:14
94:10 96:11,23
114:25 115:23
116:3 117:7

**objections** 93:22
97:10,20
**observation** 28:10
111:17
**observations** 46:2
87:3
**observe** 13:25
27:14 32:11
63:25 103:8
115:9,12
**observed** 12:16
24:14 25:13
39:14 62:21
65:8 86:25 90:5
104:3,5
**observing** 25:4
28:21 45:21
47:20
**obviously** 35:12
**occurred** 9:5
27:12 82:25
83:12,21 98:17
**occurring** 99:17
113:17
**offer** 32:22 59:20
59:23 60:3 61:9
116:16,19,21,25
117:4,22,24
118:4 119:7,8
**offered** 38:7
106:13 120:3
**offering** 38:25
45:6
**Office** 1:6 2:3,15
**officer** 3:16 4:11
4:15,16 6:20,21
7:9,18 8:1,6,20
9:20 10:6,24
11:21 12:19
14:20 18:10
19:17,25 21:4
21:15,18 22:24
23:17,19 24:2
24:12,18,25
27:1,13,18 28:3
28:23 29:1,3,11

30:6,10 32:13
32:22 33:2,9
34:15 35:7
36:10,18 37:24
42:16,23,25
43:4 44:23
45:11 47:19
50:3,15,17 51:4
51:19 52:19
53:16 58:3,22
60:9,11,15,15,18
61:6 62:9 63:2,4
63:10 64:21
65:8 66:9 67:11
68:13,24 69:1,6
69:7,10,20
70:10,12 71:9
71:14,23 73:5
76:16 78:1,23
84:24 85:25
86:19 90:13
92:10 94:15,21
94:22,24 95:3,6
95:14 100:3
101:23,24 102:6
102:10 103:8,12
105:9,12 107:13
107:20 108:15
108:24 109:2,5
109:8,22 110:10
110:20 111:1
112:16 113:2,13
113:14 114:1,9
115:9 116:10
119:15 121:7
**officers** 7:21
44:14,16,17
48:21 49:22,24
50:1,4 51:21
52:20 53:9,12
53:17 54:23
56:12 57:17
59:16,19,20,23
60:3 65:7 66:8
67:15 69:7,10
69:11 73:1

Video Deposition of Crystal Jacks  5/22/2014

Page 10

74:22 75:12
76:6 77:1,20
78:3 83:10,14
83:18 97:18
98:1,13 105:21
105:25 107:2,5
115:16 119:1
122:2
**Oh** 68:22 70:1
**okay** 3:21,22 4:3
4:4,7,8 5:11
6:21 7:1,10 8:9
9:24 11:1 12:13
19:1,8 28:1
52:11,14 53:24
55:13,15 56:4
56:14,21 58:12
58:17,19,23
64:25 65:12
66:18 67:18
68:11 70:5,10
71:1,3,9 75:8,11
78:12 79:7,10
85:1,4,5,6 87:23
91:10 92:13,15
97:5 99:21
104:23 105:4
107:12 108:6,13
109:4,4,11,19,21
110:8,14,17
111:1,17,22
112:10,15 113:1
113:13,19,24
114:18 115:3,6
116:2,4 119:23
122:8
**Older** 26:1
**once** 13:24 19:19
27:16 42:25
49:9 53:13,18
54:13,15 55:1,9
56:22,24 57:3
57:12 64:13
65:7 74:20 76:2
97:18 98:21
102:21

**open** 47:10
**operating** 28:7
90:14 92:23
**opinion** 21:15
29:15 38:20
79:20 97:7
102:1
**opinions** 29:7
32:22
**opposed** 33:10
41:1
**optional** 77:1,9
**orally** 23:9
**order** 4:21 19:14
20:17
**original** 3:9 93:4
101:10
**originally** 15:23
**outcome** 96:15
107:8
**outside** 88:4
109:10
**outward** 81:9
**overemphasized**
77:14
**overview** 4:14 5:7
**oxygen** 15:11,11

---

**P**
**P** 2:1,1
**page** 3:2,5 65:6
66:9,13 67:1,17
68:18,20,20,21
69:12,15,25
73:15 76:21
100:9,22 108:13
110:9 114:7
**pain** 12:11 13:20
49:1
**pants** 55:11 60:12
81:23,24
**paper** 119:20
**papers** 98:20
**paperwork** 6:1
41:22,25 42:9
43:5,7,8,14

62:17,20 103:22
**paragraph** 65:11
66:14 67:2,20
68:25 69:23,24
70:11,17,18
71:1,10,17 74:7
76:21 79:8
108:14 109:22
110:8,9,17
112:15 113:1,13
113:24 114:6
**paragraphs** 73:14
**paramedic** 29:4
**paramedics** 13:5
13:4,16 14:3,21
**parked** 12:25
**part** 6:8 16:6,20
35:6 70:23
71:14,21 77:25
78:3 80:14,16
100:2
**participation** 97:4
**particular** 7:3
20:12 52:2
94:19 96:5
101:18
**partner** 6:20,24
7:1 113:14
**partners** 7:3
**parts** 99:8,14,16
100:2
**pass** 16:24
**passed** 81:16
94:13,23 95:13
95:21,25 96:2,4
99:2 105:20
106:25
**passing** 96:6
106:2,7
**path** 114:17
**patients** 4:20,25
**patrol** 10:13,23
**patrolling** 10:10
10:12
**penetrating**
111:19
**people** 9:19 112:6

**percent** 45:1
**period** 17:18
18:11,22 27:9
28:4 31:4,8 32:3
32:13,25 35:1,5
36:4 39:2 48:17
48:23 55:14
63:12 85:17
110:14
**permanent** 107:8
**permission** 40:19
**Perry** 1:10 7:15
11:1,2,4,9,24
12:4,7,16,19,24
13:4,16 14:3,21
15:5,17,18 17:8
17:19 18:12,22
19:19 20:13,21
21:11,18,21
23:1,8,15,18
24:5,19,24 25:9
26:7 27:1,1,5,9
27:15,17 28:4
28:24 29:8,9,13
30:3,7,11,19
31:1,5 32:24
33:2,10 34:9,16
34:25 35:8,23
36:3,18 37:13
37:21,25 38:9
38:16 39:11
40:9,20,24 41:7
41:17 42:4,18
42:21 43:4,9,16
44:15,17,21
45:11,14 46:6
46:11 47:20,25
48:4,11,24,25
50:10,13,17,20
51:4,11,22 52:4
52:20 53:9,13
53:18,19 54:6
54:10,23 55:18
57:18 58:6
59:16,21 60:1,3
60:6,7,10,13,16

60:18,21,25
61:8,11,22 62:3
62:21 63:11,12
63:25 65:23
66:11,15,17
67:3,21,21 68:8
69:1,5,9,11,20
70:2,13 71:12
71:15,24 74:11
76:2,10,17 78:8
78:14,18,19
79:14 80:6,11
80:14,16,23
81:2,11,16,20
81:22 82:17,22
83:3,8,11,19
84:11 85:17
86:1,18,23
87:19 88:1,5
89:7,22,25
90:23,24 91:2
93:11,17,20
94:5,13 95:13
95:15,20,25
96:2,3,8,20 97:6
97:9,19 98:1,13
98:19,21 99:2
100:10,13,20
101:1,5,24
102:3,7,12,16,20
103:5,9,14
104:5,19 105:10
105:14,20,22
106:1,2,10
108:8,16,23
109:12,22 110:1
110:10,15,21
111:3 112:24
113:3,10 114:2
114:8,11,14,23
115:3,7,10,13,20
116:12 117:25
118:13 119:8,25
120:3,5 121:6
121:21,23
**Perry's** 3:18

Magne-Script Video Court Reporting

414-352-5450

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 42 of 49   Document 124-3

13:10 15:13
17:15 24:3
25:14 26:10
28:16,17 29:20
32:5,14 39:8,25
43:11 49:22
50:3,6 53:1,24
54:13 59:23
62:2,6,19 63:22
66:10,12 84:4
88:12 95:4
97:18,25 98:8
98:15 102:11
106:6,14,17,21
107:3,7,23
**person** 47:24
77:16 91:23
96:5 112:9,10
112:11,12
**personally** 39:22
98:4
**personnel** 111:24
113:9
**persons** 72:22
75:24
**pertains** 91:12
**Pewaukee** 2:5
**phone** 8:12,12,15
**physical** 12:15
39:8 51:13 73:8
74:8 75:21,23
77:23,24 78:6
79:8,20 80:4
93:2 94:6 102:8
102:12
**physically** 22:1,9
28:11 50:16
73:12 74:12
76:18 86:24
91:6,21 109:9
111:18 115:4
**pick** 121:7
**picked** 34:21
44:24 50:16
66:21 121:23
**place** 8:11 37:18

67:21
**placed** 34:4 58:13
59:15 60:25
61:1,11,15
64:13 66:17,21
67:4 68:9 74:20
76:3 80:18,24
81:1,2,5,21
84:12 85:21
93:5,6,21 94:6
109:12 114:9
**places** 92:4
**Plaintiffs** 2:6
**played** 105:3
**please** 3:13,19 4:5
5:8 105:1,4
**point** 14:1,13,21
16:7,9 20:3,8
21:11 23:2,3,9
26:5 30:2,6,10
33:25 43:18
44:9 48:1 52:19
55:8 57:15,16
60:24 66:10
74:12,14,16,18
78:10,11,23
81:15 91:1 93:4
93:7 95:15
108:13 109:6
115:6 118:20
119:4
**pointed** 70:23
**police** 4:10,11,15
4:16 5:13 6:3
9:2 10:6,21 28:8
29:4 64:20 66:7
67:15 68:24
69:1,6,7,10,20
74:22 77:1,20
80:1 90:13
**policies** 72:4,8
90:18 91:15
**policy** 3:7 72:25
73:4 78:13 79:3
93:13
**pooped** 60:11

**portion** 57:5
**POs** 52:3
**position** 40:24
41:15 58:18
76:17
**positioned** 56:17
57:25 58:8
**poss** 116:17
**possible** 108:4
**power** 50:22
58:25
**PPS** 44:15 47:18
48:12,16,17
51:5,12,15,18
52:7,20 53:6,9
53:18,18,25
54:14,15,24,25
55:5 57:13,18
59:6,8 60:2 61:9
62:15,22 68:4
74:11 78:11,18
79:15 82:23
85:12 87:13
90:20,25 91:3
91:12,19,20
92:1,11 94:19
95:21 97:18
98:1,13 100:4
102:21 105:12
105:18,23
114:15 117:5,6
117:12 118:20
118:24 120:6
**precautions** 74:8
75:23
**prefer** 119:16
**preparation** 5:22
6:10 8:24 9:3
99:3
**prepare** 9:21
**preparing** 10:23
**presence** 24:13,25
28:3 86:1,24
92:20 102:6
105:13 107:6
**present** 9:19

21:11 27:12,15
37:17 71:12
110:21
**press** 25:5
**pressure** 15:2,8
**pretty** 44:23
90:11 119:15
**prevent** 96:15
97:2
**prevented** 98:12
98:14,15 107:7
**previously** 51:24
52:25 64:25
99:13
**prior** 6:7 86:8
96:20 113:9
117:8
**prisoner** 7:16
10:6,7,15,16
21:1,8 28:5,13
39:5 40:6 41:1
41:13,24 44:18
52:22 53:13
65:25 66:1
73:11,17 78:6
79:6 82:4,8
83:23 94:18,22
97:13 106:24
**prisoners** 28:6
63:17 72:5,22
73:5,7,8 85:14
91:7,14
**probably** 6:14 8:3
41:22 81:25
94:16,21 118:4
**problem** 102:13
117:17,21
**problems** 112:7
**procedure** 3:7
28:7 72:25
78:14 79:3
92:24 93:13
**procedures** 72:4,8
72:21 90:14,18
91:16
**process** 17:13

18:6 35:10
41:23 42:21
49:8 82:19 83:1
83:5,12,21 84:5
101:17 108:25
111:6 114:19,22
**processing** 7:16
10:7,16 39:5
40:7 41:2,25
44:18 52:23
53:14 72:22
**pronounce** 104:10
**proper** 41:14
**properly** 69:9
**propped** 32:1,2
**provide** 36:17
59:19 100:13
**provided** 43:3
62:19 81:10
99:1 101:7
113:20
**providing** 29:14
61:21
**pulling** 111:12
114:3,4
**purpose** 8:15
39:23 42:4
72:20
**push** 27:18
**pushed** 43:16
**put** 11:4 13:3 14:3
15:8,9 20:18
21:2 26:7 27:11
30:16 34:7,16
34:16,22,23
35:4 36:13,13
42:16,18,25
44:23 46:11,20
47:4 53:25 54:7
54:10,24 57:7
60:2 62:4 64:11
65:23 66:11,22
67:25 69:8
114:16 117:13
117:18,19 121:2
121:6,8,14

putting 34:8
p.m 122:10

**Q**

qualified 4:22
question 3:19,23
　4:5 25:4 53:21
　55:3 62:3,13
　64:20 65:22
　78:9 79:2,11,15
　80:7,9 84:17
　86:15 87:18
　88:9 94:3,11
　97:6 104:25
　105:3 116:25
　117:16 119:12
　119:22
questioned 66:2,4
　88:7
questions 3:17
　7:11,13,19
　14:10,14,22,24
　16:21 24:7
　36:19 50:6
　108:4 116:6
　122:9
quick 11:11,13
quiet 51:15 99:24
　110:11,15
quir 14:23
quotes 65:7

**R**

R 2:1
radio 77:7 94:17
raised 90:7
rate 15:12
reached 23:10
reaction 88:23,24
　95:20
reactions 77:23
read 62:25 63:2
　66:13 68:25
　69:13,19 70:17
　70:18,25 71:1,3
　71:9 72:16
　74:21 79:4

90:14 98:19
　99:14 100:21
　104:25
reading 69:4
　98:15 113:13,24
reads 109:22
　110:10 113:1
　114:7
ready 30:24 112:1
really 11:12,12
　29:23 33:15
　45:5 51:2 67:24
　95:16 113:19
reapplied 20:13
　22:16
reason 8:16 14:8
　20:12 41:6,8
　52:2 66:19 67:7
　67:10 68:7
　75:15 78:8,13
　78:16 79:13
　90:15 113:19
　116:15 117:3
reassurances 60:4
recall 7:13 9:2
　10:14 11:9 23:3
　25:20,22 42:12
　47:20 49:24
　65:13,19 66:4
　67:23 75:4
　101:16 103:18
　103:21 104:11
　108:19 109:23
　110:1,12,21
　111:4 112:2,6
　112:18 113:6,8
　114:3,21 115:19
　120:8 121:10
receive 4:24 5:3
　5:17 43:4
received 5:18
　10:18 35:23
　36:18 43:8
receiving 10:14
recitation 70:12
　71:14,24

recollection 66:19
　99:12 108:9,11
　114:13
record 3:14 4:7
　52:15,16,17
　69:19 70:3,6,7,8
　70:21 71:4,5,6,7
　74:21 79:4 85:2
　89:21 90:14
　122:10
recuffed 108:18
referring 70:11
　71:10
reflect 96:7
reflected 96:18
　97:4
refresh 99:12
regard 15:7
　106:22 114:18
regarding 3:17
　9:25 51:12,24
　76:7 79:6 95:19
　108:7 114:4,22
regardless 79:18
registered 5:4
　40:23
regular 17:2
regularly 7:5
relate 100:17
　115:1
related 65:7
　100:18 104:7
　112:16
relates 39:11
　43:11 72:4,22
　73:5 84:4 95:15
　99:12 101:13
　104:5 106:14,17
　106:21 107:3
　108:15,17
　109:22 110:10
　111:1,23 113:2
　113:14,25 114:2
　114:8,10
relative 51:12
relay 101:1 108:3

relayed 7:13
release 76:7 79:21
released 51:7
relieved 54:5,9
remain 17:15
　28:3 32:6 34:25
　39:11 48:16
　53:24 76:22
　77:15 78:5
remained 22:22
　39:12 53:5
　62:22 64:22
　66:24 75:1,14
　80:4 85:25 94:5
remains 79:3
remember 25:11
　25:23,25 27:24
　43:12,13,19
　46:13 47:19,23
　50:1 51:20 56:2
　56:7,10 57:9,12
　57:24 59:1
　60:11,14,23
　61:18,25 63:6,8
　64:18,23 65:4
　65:21 66:23,24
　75:2 99:9,10,13
　99:15,16,22,23
　99:25 100:3
　101:3 104:9
　105:15 110:5,5
　113:17 114:17
　118:19 119:4
　120:15 121:13
remove 51:22
　52:3 59:23
　70:13
removed 13:4,13
　19:15,19 23:5
　50:13 55:4
　64:14,16,19
　67:8,9 68:8
　71:12,15,25
　74:22,24 81:11
　84:6 121:20
removing 50:10

repeat 54:8 82:20
　97:22 102:9
rephrase 3:20
　65:17
replied 60:14
reply 60:13
report 9:6 23:17
　62:1 65:20
　114:6 119:1
reporter 4:2
　52:15,17 70:6,8
　71:5,7 105:2,4
　107:16 122:8
reports 6:3 9:2
repositioned
　71:18
represent 84:24
request 34:15
　40:19 41:6 77:6
　94:17
requesting 25:6
require 76:23
　98:16
required 73:4
　78:1,4 91:15
requirement 77:3
　77:9,10,19
　91:19
requirements
　28:10 92:23
　93:8
requires 78:4
rescheduled 8:19
resistant 11:24
　13:18 47:5,14
resistive 36:9
　49:18
respond 14:9
　17:10 33:13
　34:18,20 41:16
　48:21 101:20
responded 23:24
　24:3 36:22
response 17:5
　27:23,24 34:14

37:5 45:4 54:18
59:10 87:15
102:10 108:4
**responsibilities**
72:21
**responsibility**
10:5
**responsible** 96:6
**responsive** 15:25
17:9 20:10 22:3
26:13 35:20
47:2 98:21
**rest** 38:10 39:1
**restrain** 73:17
**restrained** 18:12
28:11 35:1
73:12 74:12
76:18 91:22
**restraint** 73:8,22
73:25 74:4
75:21 94:6
**restraints** 73:15
74:8 75:23,24
77:17 78:6 79:8
79:20 80:4 93:2
**restroom** 19:14
19:20 20:14
21:19,21,24
22:24
**result** 16:17 82:18
82:25 83:4,12
83:21
**resulted** 97:8
**return** 53:5
**returned** 23:15
24:9,11 25:8
29:19 30:14
41:1 51:15
78:11,18 82:23
97:19 98:1,13
105:18 111:23
**returning** 24:5
**review** 5:22,25
6:15 9:6,10
70:10
**reviewed** 6:10

99:3,11
**reviewing** 9:2
**ride** 11:22
**right** 4:8,24 5:11
9:15 15:16
17:20 19:2
21:14,14 22:11
24:12 28:10
29:15 38:17,18
41:4 44:4 48:25
51:6,7 53:8
56:20 64:14
65:8 71:10,19
72:23 73:5,15
73:18,20,22,25
74:5,9,16,22
75:1,20 77:3,7
77:17 79:23
80:2,21 82:6
86:2,6,10,22,23
86:23 87:1,4,8
87:20 88:2,8
90:8,11 91:24
95:8 98:10
103:17 104:21
112:8 115:1
117:18 118:9,24
120:14,17,21,24
121:8
**right-hand** 68:16
68:19
**risk** 20:21,24
21:12
**Robbins** 39:18,20
39:23 40:8,13
40:17 41:16,21
42:3,8,12 60:6
62:16,19,20
63:5 76:16 95:9
95:12 101:14,19
103:14,19,21
**roll** 106:6
**rolled** 13:6,8,16
13:24
**rolling** 26:18
**room** 13:3,25 14:4

14:18 36:6
38:17 40:10
41:20 44:19
46:1,5 48:5,12
51:25 53:2 59:6
63:13 76:8
85:21 87:7,20
88:3,5 89:7,23
90:6,22 92:2,6
98:22 101:25
105:17 109:12
109:17 110:22
111:5,23 112:5
113:9 118:14,18
**Roundy** 2:4
**route** 114:13
**rub** 113:6
**rubbing** 100:1
113:3
**run** 56:18

---
**S**

**S** 2:1
**sadness** 106:20
**safe** 21:1
**safest** 103:24
**safety** 20:21 21:3
66:10,12
**Salinsky** 68:13,24
69:1,6,10,20
71:14
**Salinsky's** 70:12
71:23
**saliva** 54:21 87:17
**Santiago** 67:22
**Santiago's** 68:23
**sat** 17:20 56:17,24
57:7 117:5
**satisfied** 35:22
36:23,24 37:1
**saw** 11:2,9,13
12:17 13:13
14:17 24:5
30:25 45:24
67:12 81:21
111:11

**saying** 31:18
37:10 56:11
57:12 62:3
79:19 103:18,21
103:23 110:18
120:8
**says** 64:21 68:17
68:23 73:4
75:24 84:10
91:11,18 99:23
**scars** 111:14
**school** 5:10,11
**sealed** 3:9
**searched** 68:4
**seat** 49:19
**seatbelt** 47:4
**seated** 55:1
**second** 24:13,24
25:12 26:13,15
27:1 65:6 66:9
67:1,19 110:9
114:7
**secondly** 76:8
**section** 7:17 10:7
10:16 39:5 40:7
41:2,25 44:18
52:23 53:14
73:7
**see** 11:1 15:4,7
21:8 23:8 26:17
27:14 31:4
41:23 44:3 49:9
49:13 54:20
55:21,23 57:6
60:15 61:9,11
65:20 66:12
69:4,13 72:6
80:16,20 81:23
82:2 84:7 86:5
100:21 112:23
**seeing** 11:10 40:1
63:8 65:13,19
**seek** 106:16
**seen** 65:1 80:22
88:22,25 89:2
**seizure** 10:17

16:13,16,18,21
16:25 23:19,20
23:25 24:3,9,13
24:15,19,24
25:3,5,12 26:4,9
26:13,15 27:2
27:10,17,22
28:21,24 29:9
29:19,24 30:14
30:25 31:5 32:4
33:1 35:6
110:20,22
**seizures** 15:24
24:17 25:9
28:18 88:24
**sense** 110:14
**sent** 3:9
**sentence** 69:13,19
79:9,9 100:18
109:21
**September** 10:1
39:20 72:9
73:24
**series** 3:16 28:18
112:2
**set** 90:17 111:19
112:12 113:8
**Sets** 73:14
**setting** 90:24
**seven** 5:21
**shackled** 61:17,18
**shackles** 18:17
64:16 66:16,23
67:5 68:8
100:20 114:11
**shape** 47:15
**shield** 18:19 55:9
55:12 57:14
61:14,19 62:7
64:4,11,18,22,23
74:2,16 75:1,2
75:14,20 76:4,9
76:19 84:13
91:23
**shift** 106:1
**shifts** 92:14,15

Magne-Script Video Court Reporting

414-352-5450

**shirt** 34:3,7,9,16
    34:21,23 35:4
    36:13 55:24
    117:19
**shoes** 34:7,8,16
    36:13 117:19
**shooting** 111:14
**short** 48:14 67:2
**shortly** 95:21
**shoulders** 4:3
**show** 6:6 44:19
    64:25 66:6
    67:14 68:11
    70:2 72:3 98:25
**showed** 49:24
    50:2 51:22 52:3
**shown** 41:19 65:4
**shrugs** 4:3
**shut** 68:7
**sick** 97:13
**side** 17:15 22:18
    22:21 53:24
    63:7 65:9 85:20
    85:24
**signs** 12:4 15:5
    44:3
**simple** 94:3
**simply** 111:18
**single** 68:1 114:10
**sit** 17:21 22:24
    71:22 75:15
    78:17 79:11
    80:13 84:2 91:6
    93:19 94:4
    118:16 119:5,24
**sitting** 10:20
    11:14,15 18:7
    54:19 57:3
    58:12,18 64:5,6
    81:8 87:16
    90:11 95:8
    110:1,11 113:5
    113:17 114:12
    114:21
**situation** 41:13
**size** 115:16

**skin** 111:15,19
**sleep** 37:16
**sleepy** 26:21
    33:25 37:15
    38:6
**slumped** 31:23,25
**slumping** 26:19
**smell** 49:11 55:19
    61:6 121:14,17
    121:20,20,23
    122:1
**smelled** 55:2
    118:21,22
**smock** 116:21
    117:1
**soiled** 82:9,10
    83:4,11
**solely** 104:7
**somebody** 7:4
    21:2 28:11
    44:11 46:5 82:9
    82:9 91:21 92:5
    92:7 115:17
    119:9 120:23,25
    121:2
**SOP** 3:7 72:5,20
    80:5 93:8
**sorrow** 106:20
**sorry** 54:8 59:19
    65:17 69:12,15
    100:18 101:23
    102:9 105:7
    115:25 119:1
    120:7
**sound** 85:7 119:5
**sounded** 41:21
**sounds** 85:11
**spare** 117:20
    119:13,19
**speak** 6:18,21
    7:24 31:9 60:6
**speaking** 31:10
**specific** 16:14
    41:8 43:12
    55:14 62:23
    65:4,21 94:25

    110:5,16
**specifically** 10:8
    32:8 36:25
    40:11,12 42:7
    46:14 47:25
    62:24 63:14
    64:18 65:13
    72:5 76:12 79:8
    81:14 83:2
    84:21 100:15,16
    102:17,25
    104:11 120:16
**speculation** 84:18
    85:9 86:16
    93:15 96:12,24
    107:9
**spell** 3:13
**spent** 87:19 96:8
    96:20
**spit** 18:19 47:12
    49:16 54:21
    62:7 64:2,7,10
    66:16,23,24
    67:5,7 69:2,2,8
    69:21 71:16,24
    81:12,17,20,22
    114:8,9
**spitting** 16:2 44:6
    69:10
**spoke** 108:10
**spot** 81:13
**sprayed** 61:6
**squad** 10:2,20
    11:23 12:20,25
    42:17 44:21
    46:11,20 47:16
    47:18,21,23
    48:17 50:11,14
    52:4,6,7 54:23
    92:2,8 100:4
    121:3,6,8,15,21
    121:24
**St** 2:10
**staff** 13:17 14:9
    14:14,22 15:1,4
    15:13,18 23:2

    23:24 24:2 27:4
    27:12 29:22,25
    30:3,7,18 32:24
    33:3 34:3 38:22
    42:6 43:1
    103:17 118:4,7
    120:4
**staggered** 85:5
    86:4
**stamp** 68:17
**stand** 45:7,7
    105:2,4
**standard** 28:7
    90:13 92:23
**standing** 36:20
    63:7 109:10
**start** 5:10 70:16
    70:19 87:24
    99:19 102:3
**started** 14:5,7
    24:24 26:15
    34:21 44:6
    49:16 64:6
    80:14 87:17
    102:16,20
**starting** 26:5 64:2
    69:19
**starts** 108:14
**state** 3:13 77:22
    88:25
**stated** 66:15 67:2
    69:1,6,10,20
    70:1 108:16,22
    109:21 113:5
**statement** 3:8 9:4
    9:11 61:21 65:2
    67:1,10,17
    68:15,23 99:1,3
    99:9,11,15,16
    100:9 101:10
    109:24
**statements** 66:7
    67:15 101:13
**states** 1:12 65:7
    66:10 71:15
    72:20 76:21

    110:18
**stating** 100:10
    112:15
**station** 10:21
**status** 25:14
**stay** 22:18 28:5,13
    38:8,12 53:2
    93:6
**stayed** 92:17
**Stephon** 7:25
**steps** 83:18 84:19
**stood** 69:11 85:20
**straps** 14:5
**strictly** 91:2
**strike** 28:17 47:17
    61:20 62:9 81:1
    81:10 104:3
    114:23
**strip** 119:16
**stuff** 75:7
**stumble** 115:13
**subsequently** 9:21
    84:5 108:17
    111:2 114:9
**successful** 111:25
    112:13
**sudden** 110:19
**Sue** 9:8,23
**sued** 6:3
**suffer** 82:4
**suffering** 102:7
    102:12
**suggest** 35:7
**suggestion** 48:3
**suggests** 36:8
**suit** 119:21
**supervised** 109:5
**supervising** 40:19
**supervision** 40:25
    42:5
**supervisor** 39:4
    39:16,18 40:3
    105:13 119:16
**supervisors** 53:13
**supplies** 116:23
    117:10

supporting 50:4
  51:21
supposed 71:19
  91:4,6,20
sure 82:21 119:15
surrounding 3:18
Susan 2:14
suspected 112:22
system 73:22
S.C 2:3,9

**T**

T 3:11 107:18
  116:8
take 4:2 8:11
  10:15 16:15
  23:8 27:7 40:5
  40:20 51:7 52:9
  52:11,11 71:3
  75:7 76:17
  78:23,24 85:5
  97:15 103:4,9
  112:22 117:11
taken 13:2 15:14
  34:4 36:8 40:25
  52:22 64:17,23
  65:2 66:7,16
  67:3,13 75:2,10
  80:2 84:19 97:8
  100:4 120:19
takes 15:3 17:2
talk 7:18,21 8:20
  27:3 56:3 95:14
  98:6
talked 7:10 91:9
  104:17 106:4,9
talking 17:8 33:23
  51:17 55:14
  58:11,15 60:19
  86:21 87:18
  88:2 104:11
  105:17
talks 73:8 74:7
telephone 77:6
tell 3:19 7:10 11:9
  12:23 15:13,16

16:24 18:6 24:2
  29:25 32:16
  35:10 36:23
  37:25 42:21
  44:21 45:11,14
  46:5 50:24
  54:13 60:9,18
  62:23 63:14,18
  64:19 76:12
  90:15,20 91:11
  91:18 94:24
  95:12 101:4,23
  101:24 105:9
telling 27:25 30:1
  37:2 43:12
  63:23 92:3
  105:15 112:18
  113:4 120:10
ten 67:21
term 48:8
testified 98:5
testimony 6:15
  86:8 89:22
  117:8
Thank 72:18
  107:13,17 122:5
  122:6
Thanks 116:2
thing 20:25 25:22
  33:18 34:10,12
  59:9 70:22
  87:15 119:20
things 29:17
  37:11 98:17
  99:9,13
think 9:14 67:24
  70:17,18 78:16
  79:13 82:1
  89:22 98:10
  103:17 107:12
  108:6,8,9 113:5
thinking 94:20
  119:13
third 27:17 29:19
  30:14,25 32:3
  32:25 35:5

76:21
Thirteen 4:13
thoroughly 63:1
thought 29:12
  40:21 45:11
  89:4,6 95:1
  96:14 98:3
  101:5,21 103:15
  105:9,16 112:22
three 7:20 9:9
  39:15 45:21
  54:22 57:17
  69:17 87:19
  88:24 94:16
three-quarters
  69:22 70:16
Thursday 1:4
time 5:20 7:1,8
  8:6 11:20 12:2,8
  12:17 13:18
  14:1,11,13,21
  16:2,7,9 17:18
  18:11,20,22
  21:11 23:2,9
  25:10,12,15,15
  26:22 27:7,9,20
  27:24 28:4 30:2
  30:6,10 31:1,4,8
  32:3,13,25
  34:25 35:5
  36:12 39:2
  40:17 43:18
  44:9 45:9,12,15
  47:5,12 48:1,11
  48:23 55:3,14
  58:10 67:3 69:3
  75:4 78:11
  81:15 87:1,12
  87:13 88:16
  90:12 91:2,3
  92:20 93:7
  100:11 103:14
  107:25 108:9
  110:15,16
  113:15 115:6,9
  118:22 121:4,12

times 91:14
tissue 111:15
today 6:11 9:22
  65:14,19 71:23
  75:16 78:17
  79:11 80:14
  84:2 93:20 94:4
  108:11,22 110:1
  110:11 113:5,17
  114:12,21
  118:16 119:6,24
toe 82:3
toilet 66:12
told 7:11 8:18
  23:19 24:16
  25:2 33:14,15
  34:10 37:13
  38:5,7 40:12
  50:8 52:5,25
  68:5 70:19
  75:14 81:14
  85:2 86:9 92:14
  94:14,22 95:1,2
  98:3 101:21
  103:12,17 104:8
  111:25 120:12
  121:7
top 67:2 68:23
  72:6
totally 20:24 89:2
track 111:13
trained 72:8
  97:14
training 4:21,23
  4:24 29:3 41:3
  80:1
transcript 3:9
transfer 42:21
transferred 44:21
  119:10
transport 30:24
  42:1 44:14,17
  51:1 114:22
  120:23,25
transported 36:4
  118:8

transporting
  100:11
travel 114:13
treatment 16:15
  35:18,23 36:17
  37:13 41:14
  73:7 76:24 77:5
  79:16 98:2
tried 108:3 111:3
  113:2,15
triggered 77:24
trip 48:14
true 13:14 18:20
  21:13 23:13
  44:6 53:6 73:2
  73:12 74:2,18
  75:16,19,21,22
  75:25 76:24
  77:20 78:1,2,6
  83:25 85:18
  93:9 94:7
try 17:25 18:1
  36:11 47:7,12
  47:17 103:5
  118:12 120:20
trying 26:8 29:11
  34:23 44:12
  67:25 95:17
  111:5
Twenty 109:18
two 7:20 9:8
  17:21 18:9 25:9
  39:14 45:21
  50:1,4 51:15
  83:8 90:19 92:4
type 4:24 5:3
  11:18 15:2,3
  23:4 30:18
  35:15 75:20
  88:22,24 97:14
  104:15
types 7:11
Tyrone 65:2,6

**U**

Uh-huh 87:21

ultimate 114:15
unable 41:18
unconscious
  11:16 31:17
  34:9,12 43:20
  58:10 59:3 89:2
understand 3:19
  37:6 53:22 75:4
  79:19 84:17
  86:21 92:12
  120:7
understanding
  111:8
understood 3:24
undertake 15:4
undressed 34:2
unfold 35:10
unhandcuffed
  68:3
Unh-unh 69:15
United 1:12
unprofessional
  101:22
unsatisfied 35:25
  41:11
unsecured 18:23
unshackled 68:4
unsteady 20:5
unsuccessful
  111:3,6
untruthful 99:7
unusual 114:2,3
upright 68:3
upset 36:3 95:23
  96:1,3
upstairs 48:22
uri 56:21
urinate 81:25
  116:12 117:2
  118:1,6,17
urinated 12:7
  13:22 16:4 20:7
  44:1 49:7 54:25
  55:6,8,18 57:2,4
  82:17,22 83:20
  113:16 118:13

119:2,6,25
120:9 121:3
urine 59:24 118:9
  120:5,24 121:12
  121:13
use 5:2 18:3,8
  20:15,17 36:25
  47:7 73:23
  91:22 108:16,24

_____
V
_____
v 1:10
vague 65:15 80:9
vehicle 45:2 50:17
  50:21 51:17,22
  55:4 90:22
verbal 4:1 27:24
  59:11,13
verbally 34:19
  56:7
verbiage 36:25
vigilantly 21:6
visible 12:4 44:3
visit 33:24
vital 15:5
vitals 15:13
voluntarily 82:17
  82:22 83:3,11
  83:19 100:14
  101:1
vomit 60:24
vomiting 61:5

_____
W
_____
wagon 100:5
waited 49:21
waiting 48:20
  108:15
wake 113:3
walk 20:3 22:5
  40:14 41:17
  44:25 57:18
  88:20 89:18
  117:13
walked 19:21
  22:11 70:2
  108:19 109:8

121:24
walking 69:5
  89:19 103:16
want 5:9 21:7,8
  56:3,18 107:21
  108:13 120:23
  120:25 121:2
wanted 19:11
  38:8,25 40:22
  67:25
wasn't 16:14
  30:22 31:10,25
  32:17,18 34:3
  35:13 37:1 40:4
  41:13,25 42:23
  43:22,24 45:5
  47:5 51:2 56:9
  56:11,14 67:9
  67:12,24 71:20
  71:20 79:20
  84:20 89:1,17
  89:18,19 96:5
  109:18
watch 106:25
way 18:11 21:2,15
  31:9,17 39:6
  47:14 49:3
  50:25 54:22
  59:4 69:22
  70:16 73:17,20
  73:22 81:7
  86:18,19 88:20
  90:16 92:9,10
  97:14 103:24
  114:7,24 115:12
  122:1
ways 73:11
wear 116:21
weeks 84:25
welfare 53:2
Wells 2:10
well-being 28:20
went 5:14 8:18
  12:19 18:6
  19:20 22:18,25
  28:22 40:9 55:5

61:23 70:13,21
  79:9 87:22
  92:20 109:3,6
  110:19,21
Wenzel 1:10
weren't 31:10
  89:1
wet 55:11 81:23
  81:24
we'll 55:12 71:3
  103:25
we're 41:12,15
  52:17,19 58:12
  67:19 70:8 71:7
we've 6:6 35:1
  64:25 66:6
  67:14 68:12
  72:3 90:14 91:8
  97:14 98:25
whatsoever 36:8
wheelchair 42:17
  42:18,22,24,25
  43:16 44:22
white 25:23
Whyte 2:9
WI 1:8 2:5,11,17
Wisconsin 1:13
Witness 1:1 70:5
  99:21
witness's 117:8
wobbly 20:5
wondering 32:17
words 37:7 42:10
  43:13 46:9
  56:11 60:19
  103:18,21
work 6:14 7:4
  39:22 62:11
  85:13 91:3
worked 4:16,17
  4:18,19
working 39:4
worse 32:19,20
  33:10 37:5,6,11
  38:19 40:9,11
  41:18 86:6

87:10 88:18
  89:7,9,24
wouldn't 20:24
  29:23 82:1
  116:15 118:8
  120:1
W23000 2:4

_____
X
_____
X 3:1,11 37:10
  107:18 116:8

_____
Y
_____
Y 37:10
yeah 24:10 27:16
  28:13 33:5
  34:23 45:23,25
  46:22 48:15
  51:16 52:13
  55:1,2,10 57:3,4
  61:18 63:20
  66:2,15 70:21
  72:15 86:21
  120:22
years 4:13 5:21
yell 60:7
yelled 99:24
  110:19
yelling 12:10 56:2
Yep 91:25
younger 26:1

_____
Z
_____
Z 37:10

_____
#
_____
#1900 2:10
#716 1:7 2:16

_____
0
_____
05/22/2014 1:4
090 3:7 72:5 91:8
  92:24 93:8

_____
1
_____
1:00 105:3
1:01 105:3

**1:21** 122:9
**10:00** 1:4
**100** 45:1
**107** 3:4
**11:33** 52:16
**11:45** 52:16
**12-CV-664** 1:11
**12:11** 70:7,7
**12:12** 71:6
**12:13** 71:6
**13th** 10:1 39:20
**15** 86:4
**15-minute** 85:5
  92:14,15
**19th** 72:5

**2**
**2** 76:21 79:9 100:9
  100:22 108:13
**20s** 26:2
**2010** 10:1 39:21
  72:6,9 73:24
**23** 13:1

**3**
**3** 3:3 68:21 69:15
  76:13
**30** 38:15 39:6
  67:15 112:1
**30-minute** 39:2
**34** 65:1
**36** 66:7

**4**
**4** 68:21 69:15,16

**5**
**51** 68:12
**53072** 2:5
**53202** 1:8 2:11,17
**555** 2:10

**6**
**6** 3:6
**60** 5:18

**7**

**72** 3:7
**75** 3:6 6:5,7
**76** 3:7 72:2,4
  84:10,11
**77** 3:8 98:24 99:1
  101:8 107:20

**8**
**841** 1:7 2:16

**9**
**9465** 68:17,19
**98** 3:8