# United States District Court
## Eastern District of Wisconsin

---

## Estate of Perry v. Wenzel
### 12-CV-664



### Video Deposition of
## Corey Kroes

### Recorded 12/09/2013 in Milwaukee, WI
### 10:17 am - 1:41 pm, 157 mins. elapsed

---

## Magne-Script
### (414) 352-5450



*20242 Condensed transcript with index*

| Page 1 | Page 3 |
|---|---|

**Page 1**

Witness
Corey Kroes

Monday 12/09/2013 at 10:15 by: Jeff Joseph

Milwaukee City Attorneys Office
841 N. Broadway #716
Milwaukee, WI 53202

Estate of Perry v. Wenzel
12-CV-664
United States District Court
Eastern District of Wisconsin

**Page 3**

1   Michael L. Johnson
2   Otjen, Van Ert & Weir, S.C.
3   700 N. Water St. #800
4   Milwaukee, WI 53202
5   On behalf of Aurora Healthcare Metro, Inc.
6
7   Mark E. Larson
8   Gutglass, Erickson, Bonville & Larson
9   735 N. Water St. #1400
10  Milwaukee, WI 53202-4267
11  On behalf of Paul Coogan, M.D.
12
13  Patrick D. McNally
14  Borgelt, Powell, Peterson & Frauen, S.C.
15  735 N. Water St. #1500
16  Milwaukee, WI 53202
17  On behalf of Injured Patients and Families Compensation
18  Fund
19
20
21
22
23
24
25

| Page 2 | Page 4 |
|---|---|

**Page 2**

1          A P P E A R A N C E S
2   James J. Gende
3   Gende Law Office, S.C.
4   N28 W23000 Roundy Dr.
5   Pewaukee, WI 53072
6   On behalf of the Plaintiffs
7
8   Christopher P. Katers
9   Judge, Lang & Glynn, S.C.
10  8112 W. Bluemound Rd. #71
11  Milwaukee, WI 53213
12  On behalf of the Plaintiffs
13
14  Charles H. Bohl
15  Whyte Hirschboeck Dudek S.C.
16  555 E. Wells St. #1900
17  Milwaukee, WI 53202
18  On behalf of the Milwaukee County Defendants
19
20  Susan E. Lappen
21  Milwaukee City Attorneys Office
22  841 N. Broadway #716
23  Milwaukee, WI 53202
24  On behalf of the City of Milwaukee Defendants
25

**Page 4**

1              I N D E X
2   EXAMINATION BY                           PAGE NO.
3   Mr. Gende . . . . . . . . . . . . . . . . . . . .   4, 119
4   Mr. Larson . . . . . . . . . . . . . . . . . .  106, 118
5   Mr. Johnson . . . . . . . . . . . . . . . . . .   113
6   EXHIBIT NO.                              PAGE NO.
7   27 - Notice of Video Deposition . . . . . . . . .   5
8   28 - Aurora Sinai medical records . . . . . . . .   31
9   29 - MPD medical screening form . . . . . . . . .   56
10  30 - MPD incident report from Kroes interview . .   57
11  31 - 5/19/10 MPD policy 090 . . . . . . . . . .   80
12  32 - MPD Incident Report. . . . . . . . . . . .   93
13  33 - Officer Responsibilities Bates 1032 and 1033   96
14  34 - Interview with inmate. . . . . . . . . . .   99
15          (The exhibits were returned to Mr. Gende;
16          pdf scans provided to all counsel)
17   (The sealed original transcript was sent to Mr. Gende)
18
19            E X A M I N A T I O N
20  BY MR. GENDE:
21  Q   Sir, please state your name and spell your last name
22      for the record.
23  A   Corey Kroes.  Last name is spelled K-r-o-e-s.
24  Q   Officer Kroes, I'm going to ask you a series of
25      questions regarding your knowledge as it relates to

## Page 5

1      Mr. Perry's in-custody death. If you don't understand
2      your question, please tell me so, and I'll attempt to
3      rephrase it in a manner that's more clear. Is that
4      fair?
5 A  Yes.
6 Q  If you answer the question, I will assume that you
7      understood it. Is that fair?
8 A  Yes.
9 Q  All your answers must be in a verbal manner because
10     the court reporter cannot take down nods of the head
11     or shrugs of the shoulders. Okay?
12 A  Yes.
13 Q  And finally, please allow me to ask my entire question
14     before you attempt to answer. That way we can keep
15     the record clear. Fair enough?
16 A  Yes.
17          (Exhibit 27 identified)
18 Q  Sir, I'm going to show you what we've marked as
19     Exhibit No. 27, which is a Notice of Video Deposition
20     duces tecum requesting your appearance here today.
21     Have you seen this document before?
22 A  No, I haven't.
23 Q  All right. What documents did you review in
24     preparation for your deposition?
25 A  The police reports.

## Page 6

1 Q  And when you say "police reports," there were a number
2     of pages of police reports. Were there ones in
3     particular that you reviewed, or did you look at all
4     of the investigative reports as it relates to Mr.
5     Perry's arrest, custody, and subsequent death?
6 A  I read the trans-- or the report that dealt with my
7     interview by the detective and my partner's interview.
8 Q  And your partner was who?
9 A  Crystal Jacks.
10 Q  And when you reviewed those interviews, did you --
11     Well, first of all, when you reviewed your interview,
12     did you find anything in there to be inaccurate or
13     incorrect?
14 A  No.
15 Q  When you reviewed Officer Jacks' interview, did you
16     find anything that she had related to be inaccurate or
17     incorrect?
18 A  No.
19 Q  Did you meet with your attorney in preparation for
20     your deposition here today?
21 A  Yes.
22 Q  On how many occasions?
23 A  One.
24 Q  And was your attorney Ms. Lappen?
25 A  Yes.

## Page 7

1 Q  And when did you meet with her?
2 A  That was the 5th of December.
3 Q  Okay. And how long did you meet with her for?
4 A  About two hours.
5 Q  Was there anybody else present during that meeting?
6 A  Crystal Jacks was present.
7 Q  And was Ms. Jacks present during that entire meeting?
8 A  Yes.
9 Q  Did you ever discuss with Ms. Jacks the events
10     surrounding Mr. Perry's death prior to the meeting
11     with the attorney and after the death occurred?
12 A  Yes.
13 Q  On how many occasions?
14 A  It was a few. I -- I would say less than ten.
15 Q  Less than ten. And can you tell me what time period
16     those discussions occurred?
17 A  Any time between the date of the incident and probably
18     leading up to the meeting.
19 Q  With the --
20 A  With --
21 Q  With your attorney?
22 A  On the 5th, yes.
23 Q  Okay. Can you estimate how many of those discussions
24     with Officer Jacks occurred prior to the lawsuit being
25     filed?

## Page 8

1 A  When was that? I don't know when the lawsuit was
2     filed.
3 Q  A little over a year ago, I believe.
4 A  I would guess maybe half.
5 Q  And who initiated those discussions?
6 A  I would say probably mutually, maybe. I don't know.
7 Q  She's your partner, correct?
8 A  No. She was that day, but not on a regular basis.
9 Q  Okay. Do you have a regular partner?
10 A  I do now, yes.
11 Q  And who is that?
12 A  Anthony Krueger.
13 Q  How long has Officer Krueger been your regular
14     partner?
15 A  Probably about -- On and off, about two years.
16 Q  Have you had discussions with Officer Krueger about
17     the events surrounding Mr. Perry's in-custody death?
18 A  Yes.
19 Q  And when you say he's your partner, do you guys travel
20     in the same squad together?
21 A  Yes. Well, we ride bicycles, but...
22 Q  Okay.
23 A  ...when it's cold we do in the car.
24 Q  Have you ever had any other in-custody deaths besides
25     Mr. Perry?

Case 2:12-cv-00664-JPS  Filed 01/18/16  Page 3 of 48  Document 124-4

|  | Page 9 |
|---|---|

1  A  No.
2  Q  Is it fair to say that Mr. Perry's death has weighed
3     heavily on your conscience?
4  A  I've thought about it. I'm not exactly sure, do you
5     mean "weighed heavily."
6  Q  Well, when you say you thought about it --
7  A  Mm-hmm?
8  Q  -- you spoke with Officer Jacks about it, you've spoke
9     with --
10 A  Mm-hmm.
11 Q  -- your current partner about it. And with the
12    current partner, how many occasions have you had
13    discussions regarding Mr. Perry's death?
14 A  I would say five or less.
15 Q  And when you talk to your current partner about it,
16    tell me the topic of those conversations.
17 A  Just, you know, what happened, what was the process
18    like. People have questions, you know, you have
19    questions like, you know, what happened. A lot of
20    people at work, you know, that are new or people I was
21    in the academy with, you know, they have never been
22    through anything like that and just have general -- I
23    don't know, kind of what was it like, because it's
24    kind of a long process afterwards. We get interviewed
25    and kind of more about that than anything.

|  | Page 10 |
|---|---|

1  Q  So Krueger was asking you questions about what your
2     experience was like?
3  A  Yes. And -- yeah.
4  Q  And what else?
5  A  Nothing.
6  Q  Did you ever seek any counseling as it relates to Mr.
7     Perry's in-custody death or the events surrounding it?
8  A  No.
9  Q  When you spoke with Officer Jacks prior to the lawsuit
10    being filed as it relates to Mr. Perry's in-custody
11    death, tell me about the topics of those
12    conversations.
13 A  I mean, we just kind of went over what happened and
14    recounted the events.
15 Q  During that process were there questions about what
16    could have been done differently to avoid Mr. Perry's
17    ultimate outcome where he passed away on the floor of
18    the prebooking facility for Milwaukee County?
19 A  No, not relating to what happened at CJF.
20 Q  Okay. What was it related to, then?
21 A  We had just both felt that we expressed our objections
22    at the hospital. And at that point, they told -- you
23    know, we thought that we told the hospital that we had
24    a concern and maybe it wasn't fully addressed.
25 Q  Your concerns were not fully addressed by hospital

|  | Page 11 |
|---|---|

1     staff?
2  A  Well --
3  Q  Is that what you're saying?
4  A  We made it known that we thought that his condition
5     when he left wasn't -- it didn't seem right to us.
6     And they assured us that it was, and that any -- how
7     he was acting, his condition, was all related to the
8     medication he had been given. And that both of us
9     just thought maybe the doctor should just look at him
10    again and just double-check, just to make sure.
11 Q  Is it fair to say that you never spoke with any doctor
12    regarding your concerns?
13 A  No. I mean, we did not speak to the doctor. We spoke
14    to the nurse, who said she would relay the information
15    to the doctor.
16 Q  And is it your position that the nurse, then,
17    expressed she relayed your concerns to the doctor?
18 A  Yes.
19 Q  And do you believe that she in fact did that?
20 A  Yes.
21 Q  And why do you believe that?
22 A  She left the room and walked towards where the doctors
23    -- I don't know if you call it the "Report Room," or
24    where they do their dictation.
25 Q  Do you know if Officer Jacks has any medical training?

|  | Page 12 |
|---|---|

1  A  I don't think so beyond what you get at the academy.
2  Q  How long have you been a Milwaukee police officer?
3  A  About -- It will be five years in March.
4  Q  Prior to that, you were an EMT?
5  A  A paramedic.
6  Q  For the City?
7  A  No. For -- I worked for St. Luke's South Shore,
8     Delafield Fire Department, and Bell Ambulance.
9  Q  How long were you a paramedic in those different
10    capacities?
11 A  Bell Ambulance, since 2007, and I was an EMT since
12    2004, prior, at Bell Ambulance. I only worked for
13    Delafield for roughly nine months before I got hired
14    here. And the hospital, I worked from 2005 until the
15    beginning of 2009.
16 Q  So from 2003 to 2009, you were an EMT and then a
17    paramedic?
18 A  2004, I was an EMT until 2007, when I completed the
19    paramedic class, and then I -- until 2009.
20 Q  Can you give me an overview of your educational
21    background?
22 A  I attended EMT school in 2004. That's a three or
23    four-month class you go to technical college for.
24    Paramedic school is a little bit longer. It's about a
25    year, roughly 2500 hours of training. That's also at

## Page 13

1 technical school. And I'm currently a undergraduate
2 student at UWM for IT stuff.
3 Q When did you enroll in UWM?
4 A Two-- I think 2011.
5 Q When did you graduate high school?
6 A 2003.
7 Q And what high school did you graduate from?
8 A Horlick High in Racine.
9 Q What prompted you to move from a EMT/paramedic into
10 the police department?
11 A It paid more, a lot more.
12 Q When do you intend on completing your education at
13 UWM?
14 A Well, I'm a very part-time student, and it kind of
15 depends on a lot of things. Maybe in 2016, at the
16 earliest.
17 Q Are you getting any assistance from the police
18 department regarding the educational courses you're
19 taking?
20 A We get up to I think it's $1200 a year in tuition
21 reimbursement.
22 Q Other than Officer Jacks and Officer Krueger -- KROO-
23 ger or KREE-ger?
24 A KREE-ger [Krueger].
25 Q -- what other conversations have you had regarding Mr.

## Page 14

1 Perry's death, not including your attorney?
2 A I talked to my wife about it.
3 Q How often?
4 A Once or twice after, like immediately after the event.
5 Q And was your wife questioning you about what happened
6 or were you just recounting to her your experience?
7 A I was just telling her what happened, because I ended
8 up staying very late in the morning and she was
9 wondering why.
10 Q Was it your opinion that Mr. Perry should not have
11 been discharged from the emergency room?
12 A Yes.
13 Q And tell me how you expressed that opinion, if at all,
14 on the date in question to the medical personnel.
15 A After we had received the discharge paperwork, I told
16 Becky Potterton, the nurse, that I just -- me and my
17 partner both felt that something was wrong. You know,
18 he doesn't seem -- You know, he came to the hospital,
19 you know, tired but conscious, and now he was moaning
20 and wasn't cooperating at all. And I just expressed
21 to her that I just feel like he should just be checked
22 out again. It just seemed like a change in his
23 condition.
24 Q Based on your medical training as a EMT and then
25 paramedic, does the term "change in condition" have

## Page 15

1 any meaning to you as a medical term?
2 A It does as a medical term, and in just, you know,
3 layman's terms.
4 Q When you just used the phrase "change in condition,"
5 were you using it as a medical term or as a layman's
6 term?
7 A More of a layman's term.
8 Q All right. Tell me what it means to you as a medical
9 term, that phrase "change in condition."
10 A That at the time of discharge he was less responsive
11 to -- You know, when we first -- when I first saw him
12 in the ambulance and we were riding to the hospital,
13 he was awake, he wasn't very talkative, he seemed very
14 tired. But by the end, he was moaning and groaning in
15 the bed, and he wasn't cooperative with anything. And
16 he was cooperative when we started. And, I mean, he
17 wouldn't even get dressed, he wouldn't walk, he
18 wouldn't sit up.
19 Q Is there a distinction in terms between "cooperative"
20 -- I'm sorry -- "noncooperative" and "combative," in
21 your opinion?
22 A Yes.
23 Q And tell me what that distinction is.
24 A I think "combative" would be best described as
25 physically fighting, you know, or trying to attack or

## Page 16

1 using large amounts of force.
2 Q Did you ever observe Mr. Perry to be combative based
3 on that definition that you've given me?
4 A No.
5 Q And when you've described him as "noncooperative"
6 based on your observations, was that as a result of
7 him attempting to resist or in your opinion was it
8 related to a medical condition that he was suffering
9 from?
10 A I'm not completely sure. I think it could be both.
11 Q At any point in time during your experience with Mr.
12 Perry did you decide more one way or the other as to
13 whether it was a noncooperation based on resistance or
14 medical condition?
15 A What I thought at the time was that he was probably
16 trying to be resistive but was unable to really be
17 resistive past a certain point because of the
18 medication that he was on.
19 Q So the noncooperation you believe was based on the
20 medication he received at the emergency room as
21 opposed to any change in his state of physical health
22 and well-being?
23 A Yes. I think that he was -- At the time, I believed
24 that he was attempting to resist us but was unable to
25 do so past a certain point because of this medication

## Page 17

1   that they described to make him tired and weak.
2   Q   Was that the Dilantin?
3   A   Yes.
4   Q   Do you have any understanding what Dilantin is for?
5   A   I know it's for seizures. It wasn't something that I
6       was trained to administer in my job as a paramedic.
7   Q   How long were you with Mr. Perry in the emergency room
8       for?
9   A   I would say probably two to three hours, roughly.
10  Q   And during that two to three-hour time period that you
11      were with Mr. Perry in the emergency room, were you in
12      his physical presence the entire time?
13  A   Not the entire time. But either myself or my partner,
14      Crystal, were in the room with him.
15  Q   And during that time period from when Mr. Perry
16      arrived to the moment when he was discharged, how
17      would you describe the deterioration in his condition,
18      if in fact there was a deterioration?
19  A   Well, like I said, he -- We got sent to ride with him
20      to the hospital because he had a seizure in the City
21      jail. When we got there, he was -- you know, he was
22      tired but awake, and he would answer questions. While
23      we were there he had two more seizures, after which he
24      would become, you know, more tired, weak, and less
25      responsive.

## Page 18

1   Q   Is it your opinion that the deterioration that you've
2       described from the moment he arrived at the ER until
3       the moment he left the ER was related to his state of
4       physical health or the Dilantin that he had received
5       for the two seizures at the emergency room?
6           MR. JOHNSON: Object to foundation.
7           Go ahead.
8   A   The -- From the Dilantin based on what we were told
9       would be the effect of the medication.
10  BY MR. GENDE:
11  Q   When was the second seizure prior to discharge? How
12      much time elapsed?
13  A   Well --
14          MS. LAPPEN: Just for clarification, because
15      he had one in the jail, do you mean --
16          THE WITNESS: Yeah.
17          MS. LAPPEN: -- the second one in time or
18      the second one at the hospital?
19          MR. GENDE: That's fair.
20  Q   I'm talking about the two seizures that you observed
21      at the emergency room.
22  A   Well, I didn't --
23  Q   And after this -- go ahead.
24  A   I'm sorry. I didn't observe -- I observed one of
25      them, and the other one happened while I was using the

## Page 19

1   bathroom, or something. But I know that he had two
2   while we were there.
3   Q   All right. And you know the approximate time of the
4       second seizure at the hospital?
5   A   Yes.
6   Q   And approximately what time did that occur?
7   A   Well, let's see. I would say forty-- Well, the first
8       one after we got there was roughly 45 minutes to an
9       hour, I think, and the other one was maybe 30 minutes.
10      So maybe an hour and a half.
11  Q   An hour and a half between the second seizure and the
12      discharge?
13  A   Close to that, I would say.
14  Q   Were you advised as to whether or not Mr. Perry had
15      struck any part of his body as a result of the first
16      seizure while he was at the police department?
17  A   I was under the impression that he hit his head. I
18      don't know where, but....
19  Q   And how did you come to be under that impression?
20  A   The -- One of the EMTs in the ambulance mentioned it.
21      And when we first got in the garage, the officer that
22      was originally handling the call said there was this
23      guy that had a seizure and hit his head in the bullpen
24      and now, you know, you got to go with him to the
25      hospital.

## Page 20

1   Q   You rode in the back of the ambulance with Mr. Perry?
2   A   Yes.
3   Q   Was he shackled at the time?
4   A   He was.
5   Q   Was he able to communicate with you?
6   A   Yes.
7   Q   Did you ask him any questions about what had happened?
8   A   I just asked him, you know, what, you know, "What
9       happened today? How did you get arrested?" And
10      understandably, he didn't want to talk about it. He
11      did mention that he wanted to use the bathroom.
12  Q   Did you do any check of his head or limbs while you
13      were riding in the back of the ambulance?
14  A   No.
15  Q   Never checked his head for potential injury as a
16      result of the fall that you were aware of?
17  A   No.
18  Q   Other than Mr. Perry being nonresponsive to some of
19      your inquiries regarding the prior arrest, did he
20      otherwise appear coherent and responsive to your
21      inquiries?
22  A   Yes. I mean, he was tired.
23  Q   Did you check his eyes at all?
24  A   No.
25  Q   Did he appear to be under the influence of any

## Page 21

1  intoxicants?
2  A  I don't know. I can say I don't remember him smelling
3  like alcohol, or anything. But I didn't assess him
4  for any of those things.
5  Q  Tell me how Mr. Perry was placed in the ambulance
6  prior to transport.
7  A  I don't know, because my first contact with him was
8  when he was already in the ambulance.
9  Q  And tell me how Mr. Perry was able to ambulate into
10  the emergency room at the time of the transfer.
11  A  They, the EMTs, pushed him in on the stretcher, and
12  then using the little sheet, they just carried him
13  over.
14  Q  Do you know whether he was able to ambulate on his own
15  at that point in time?
16  A  He was. Shortly after, he walked to the bathroom.
17  Q  And when he walked to the bathroom, did you notice
18  anything out of the ordinary regarding his gait?
19  A  He was able to walk on his own. He was -- I mean, he
20  was tired, so he wasn't moving quickly, but he was
21  able to move on his own power.
22  Q  Up to the point where he received the first dose of
23  Dilantin, were you able to determine any change in his
24  physical condition?
25  A  No. He may have been given something else too. I

## Page 22

1  don't know exactly what medications. Because I know
2  they gave him -- the Dilantin was in an I.V. bag, and
3  I think they gave him something else when he was
4  actively seizing, or they tried to.
5  Q  After Mister -- Well, tell me how Mr. Perry was
6  transported from the emergency room back to the police
7  department.
8  A  In the back of our squad car.
9  Q  And were you able to have any conversations with him
10  during that time period?
11  A  No.
12  Q  Tell me how he was acting or what your observations
13  were during that transport period.
14  A  He was -- We had him seatbelted in the back and he was
15  mumbling and making, like, moaning sounds.
16  Q  Did you inquire as to how he was feeling?
17  A  I don't remember doing that.
18  Q  Did you hear Officer Jacks inquire in that regard?
19  A  I don't think so.
20  Q  Were you and Officer Jacks having any conversation
21  during the transport period?
22  A  Not that I can recall. It's like a two-block drive to
23  the -- back to the police station.
24  Q  Did you make any type of call-in with your radio to
25  the police department regarding the transport?

## Page 23

1  A  We either did that or you can type it on the computer
2  and end up with the same result. I don't remember
3  which one we did.
4  Q  Do you know who that communication was directed
5  towards?
6  A  Whoever the dispatcher was.
7  Q  Did you have any discussions with the lieutenant in
8  charge about transporting or not transporting Mr.
9  Perry once he was released --
10  A  Yes.
11  Q  -- from the emergency room and prior to him arriving
12  back at the station?
13  A  Yeah. That was before we even loaded him into the
14  car. After we received the discharge paperwork and we
15  had voiced our concerns with the nurse, we called --
16  or Crystal called the jail lieutenant and said, you
17  know, here's the situation, this is what we think is
18  going on, this is -- they said he's medically clear.
19  And he said, "Well, you have to" -- "you'll have to
20  get him back somehow. If you got to, call for extra
21  officers to come help you carry him."
22  Q  So the direction that you received from the lieutenant
23  was Perry must be returned to the station.
24  A  Yes.
25  Q  And you received that direction after expressing your

## Page 24

1  concern to the lieutenant that Mr. Perry did not
2  appear to be physically stable?
3  A  Well, yes. Crystal talked -- I don't know exactly
4  what she said, but she said, "Look, you know, he's not
5  even walking. We told the hospital staff we don't
6  think this is right." And he said, "Well, if you have
7  the paperwork and they're saying he's discharged,
8  there's not much more else we can do. So bring him
9  back the safest way you can, and we'll deal with it
10  from there."
11  Q  And when you say "Crystal," you're referring to
12  Officer Jacks, correct?
13  A  Yes. Yes.
14  Q  Were you present when she had that conversation?
15  A  I was in the same room, but she was maybe ten feet
16  away from me. So I wasn't -- I knew she was calling
17  him, but I wasn't, you know, listening directly.
18  Q  And the condition that you observed and that concerned
19  you, you believe was related to the medication as
20  opposed to any other issues?
21  A  Well, eventually that's what we were told, and I
22  accepted the answer from the doctor. We originally
23  said, you know, this doesn't seem -- his condition
24  seems -- it seems wrong. You know, it seems odd.
25  They assured us it was from the medication, so I

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 7 of 48   Document 124-4

| Page 25 | Page 27 |
|---|---|

**Page 25**

1 believed them.
2 Q  And based on your own medical training, your concerns
3 about his physical state were satisfied by the nurse's
4 suggestion to you that the condition was solely
5 related to the medication.
6 A  Yes.
7 Q  Other than expressing your concern to the lieutenant
8 while still at the emergency room but prior to
9 transferring Perry back to the police station, did you
10 express your concerns about Perry's condition at any
11 point after that period?
12 A  I don't think I discussed it again until we were being
13 interviewed by the assistant district attorney later
14 in the evening.
15 Q  And was that interview on tape or was it being
16 recorded in any fashion?
17 A  I think it was a audio recording.
18 Q  Other than being interviewed by the district attorney,
19 were you interviewed by any other police department
20 individuals or --
21 A  Yes.  I was --
22 Q  -- entities.
23 A  -- interviewed by a detective prior to the other
24 interview.
25 Q  So you spoke to a detective first and then the

**Page 26**

1 District Attorney's Office?
2 A  Yes.
3 Q  And when you spoke to the detective, do you know if
4 that interview was recorded visually or with audio?
5 A  I believe audio recording.
6 Q  Have you ever heard that audio recording?
7 A  No.
8 Q  Had Mr. Perry soiled himself prior to you returning
9 him to the police station?
10 A  No.
11 Q  Was Mr. Perry able to sit up on his own in the back of
12 the squad car or did the seatbelt, was that required
13 to hold him in place?
14 A  Yes.
15 Q  The seatbelt was required to hold him in place?
16 A  Yes.
17 Q  And when you observed him moaning -- strike that.
18 When you heard him moaning and groaning in the back
19 seat, did you look back to check his physical
20 condition?
21 A  Mm-hmm.  I watched him probably the entire ride back
22 to the station.
23 Q  Officer Jacks was driving?
24 A  Yes.
25 Q  And when you watched him, was his head in a upward or

**Page 27**

1 down position?
2 A  I believe it was upwards, because he, if I remember
3 correctly, he was leaning against the back seat.
4 Q  Did you see his head rolling around at all?
5 A  I think it would move with, you know, turns and bumps.
6 Q  When you returned to the police station, did you check
7 Mr. Perry's pupils?
8 A  No.
9 Q  Did you check any of his vital signs?
10 A  No.
11 Q  What are vital signs to you?  What does that mean?
12 A  That would be your pulse, your blood pressure, things
13 like your breathing rate, oxygen saturation.
14 Q  And as an EMT and paramedic, is there any importance
15 to you in that capacity in checking somebody's vital
16 signs?
17 A  It gives you a good deal of information what's going
18 on with the patient.
19 Q  And as a first responder, what is one of the first
20 things that you're to do when you come upon a person
21 that you are concerned about their physical health?
22 A  I guess it depends on what that would be.
23 Q  Is checking the vital signs a part of that initial
24 process of determining what's wrong with an injured
25 individual?

**Page 28**

1 A  Yes.
2 Q  And why is that?
3 A  I guess it gives you, I mean, you -- It gives you a
4 baseline understanding of what is going on with their
5 body, and that can be measured over time.
6 Q  Did you ever check Mr. Perry's vital signs?
7 A  No.
8 Q  Do you know if Officer Jacks ever checked his vital
9 signs?
10 A  I don't think she did.
11 Q  Are you aware of anybody affiliated with the Milwaukee
12 Police Department that might have checked Mr. Perry's
13 vital signs at any point in time while he was in
14 custody?
15 A  No.
16 Q  Do you know if police officers are trained to check
17 vital signs?
18 A  Not beyond checking for a pulse when there's somebody
19 unconscious as a way to determine if CPR is necessary.
20 Q  When Mr. Perry was discharged and the discharge
21 instructions were provided, were they given to you or
22 Officer Jacks?
23 A  I don't remember who.
24 Q  Did you review those discharge instructions?
25 A  No.

## Page 29

1  Q   Did you see Officer Jacks review those discharge
2      instructions?
3  A   I don't think she did.  I don't remember.
4  Q   Did you give the discharge instructions to Mr. Perry?
5  A   He gets a copy of it, or he may get the -- he -- I
6      don't know if he gets the original or the copy, but
7      that goes with his property.  And then a copy goes to
8      the jail supervisor.
9  Q   Well, when you say a copy goes to Mr. Perry's
10     property, I'm trying to understand whether or not he
11     received a physical copy upon discharge so he could
12     review it and understand what the instructions were.
13 A   I don't think they gave the -- gave him, you know, his
14     own copy.  But a copy was provided so he could have
15     it, you know, at some point in the future.
16 Q   Were you aware of what the discharge instructions were
17     for Mr. Perry when he was released from the emergency
18     room?
19 A   I think all it was was that he needed to take
20     medication so he wouldn't have another seizure.
21 Q   In your opinion as a EMT and paramedic, was Mr. Perry
22     in a condition upon discharge where he could have read
23     and understood the instructions being provided by the
24     emergency room?
25         MR. JOHNSON:  Object to foundation.

## Page 30

1          Go ahead.
2  A   At the time, I didn't -- I was still under the
3      impression that part of his condition was from the
4      medication and part of it may have been that he wasn't
5      being cooperative, so I don't know if he could have
6      understood that.
7  BY MR. GENDE:
8  Q   And you certainly didn't have any conversations with
9      him about the discharge instructions, correct?
10 A   No.
11 Q   And did you hear Officer Jacks have any conversations
12     about the discharge instructions?
13 A   No.
14 Q   And when you returned to the police station with Mr.
15     Perry after that discharge, did you relate any
16     discharge instructions to any other MPD personnel?
17 A   Other than giving the lieutenant the paperwork, no.
18 Q   Now, when you say "giving the lieutenant the
19     paperwork," that would have been the release
20     paperwork, including discharge instructions from the
21     hospital, correct?
22 A   Yes.  Yes.
23 Q   Did he ask you any questions?
24 A   No.
25 Q   Did you have any conversation with the lieutenant when

## Page 31

1      Mr. Perry was brought back and you handed over the
2      paperwork, including the discharge instructions, as it
3      relates to Mr. Perry?
4  A   No.
5  Q   Did you observe or hear Officer Jacks having any
6      conversation to that effect with the lieutenant?
7  A   No.
8  Q   So the lieutenant just took the paper and walked away?
9  A   It may have been hand-- I don't know if I gave it to
10     him directly or if somebody, I hand it to them and
11     they gave it to him.  I'm not -- I don't remember.
12 Q   And what conversation did you have with that person
13     that you handed the paperwork to upon return to the
14     police station, if any?
15 A   I don't remember if -- It might have been something as
16     simple as, you know, "Do you have all his medical
17     stuff," and, "Okay.  Here you go."
18         (Exhibit 28 identified)
19 Q   Okay.  I'm going to show you what we've marked as
20     Exhibit No. 28, which is a copy of the certification
21     of medical records from Aurora Sinai as it relates to
22     Mr. Perry's stay in the emergency room on September
23     13th, 2010.  Have you ever seen this document or these
24     documents before?
25 A   No.

## Page 32

1  Q   After Mr. Perry died, did you ever attempt to secure
2      his medical records as it relates to the emergency
3      room stay?
4  A   No.
5  Q   Did you have any interest or concern about what the
6      doctors or nurses may have said about Mr. Perry's
7      physical condition while you were there at the
8      emergency room with him just prior to his death?
9  A   Yeah.  I guess I was wondering what their thoughts
10     were outside of the room.
11 Q   So you knew at the time Mr. Perry was discharged, or
12     at least you believed, that he was not right and you
13     wanted him to be reexamined, correct?
14 A   Yes.
15 Q   The emergency room, based on your testimony, refused
16     to do anything further and released him, true?
17         MR. JOHNSON:  Object to the form.
18         Go ahead.
19 A   They said -- Yeah.  They said, well, how he's acting
20     is because of the medication and anything else is
21     probably him just, you know, faking or....
22 BY MR. GENDE:
23 Q   So they refused to do further examination despite your
24     concerns, at least that's your testimony, correct?
25         MR. JOHNSON:  Object to form.

## Page 33

1   A   They said it wasn't necessary because he had been
2     medically cleared.
3   BY MR. GENDE:
4   Q   And did that relieve your concerns?
5   A   Yes.
6   Q   And then subsequently you transported Mr. Perry, and
7     you were involved with him back at the police station,
8     correct?
9   A   Yes.
10   Q   And would you say that your continued involvement with
11     him you observed him deteriorate further from the time
12     that he was discharged until he was returned to the
13     police station?
14   A   It seemed like he had stayed at that point, the same -
15     - how he was when he was discharged was consistent
16     until I left the jail.
17   Q   And when you left the jail, was Mr. Perry dead or
18     alive?
19   A   He was alive.
20   Q   When did you find out that Mr. Perry had passed away?
21   A   It was later. I don't know, maybe -- I think we left
22     the jail at 7:00, and maybe it was 8 or 9 o'clock.
23   Q   And how were you informed that he had passed away?
24   A   Well, I think my partner, Crystal Jacks, had called
25     the jail, I'm not sure what about, but the lieutenant

## Page 34

1     informed her that he had died.
2   Q   And then she called you?
3   A   Well, we were -- We were together in the squad car.
4   Q   And what was your reaction to that?
5   A   I was surprised. I wasn't expecting that.
6   Q   And what was Officer Jacks' reaction?
7   A   She was shocked.
8   Q   What did the two of you do next?
9   A   I mean, I think we had -- I don't remember if we went
10     on any calls after that, but at some point we had to
11     come in. You know, they said, "You have to go up to
12     the detective bureau, and now we got to conduct
13     interviews."
14   Q   And how much time elapsed from when you received the
15     call informing you of Mr. Perry's death until you
16     returned to the station and conducted interviews?
17   A   Maybe an hour. I'm not -- I'm not really sure. I
18     think it was right before the end of our shift, so
19     may-- which was 11:00 p.m., so maybe 10 o'clock. It
20     could have been earlier. I don't really....
21   Q   And during the course of that hour, did you and
22     Officer Jacks talk about anything else, other than the
23     sequence of events, as it relates to Mr. Perry and
24     then your subsequent knowledge that he expired in
25     police custody? Was there any other topic of

## Page 35

1     conversation?
2   A   Oh, I'm sure we talked about it.
3   Q   Do you recall talking about anything else, that's my
4     question.
5   A   I don't remember what we talked about.
6   Q   Would there have been any other more significant event
7     during that one-hour time period that would have
8     required your attention or --
9   A   No.
10   Q   -- topic of conversation other than Mr. Perry's in-
11     custody death?
12   A   No.
13   Q   And during that time period where you were with
14     Officer Jacks for an hour after learning of Mr.
15     Perry's in-custody death, tell me what the two of you
16     discussed in regards to your experience at the
17     emergency room, you experience upon discharge, and
18     your experience once you returned Mr. Perry to the
19     police department.
20   A   I don't remember exactly what we talked about.
21   Q   Tell me your best recollection of that conversation.
22   A   I'm sure that we mentioned how we objected to his
23     discharge and that probably playing a factor. But
24     exactly what we spoke about, I don't -- I don't
25     remember.

## Page 36

1   Q   So it's fair to say that after you learned of Mr.
2     Perry's death your primary concern was how you had
3     expressed your opinion upon discharge that Mr. Perry
4     was not right, and nevertheless, the emergency room
5     released him, true?
6   A   Yes.
7   Q   So based on that primary concern, what follow-up did
8     you do to determine, based on the medical records at
9     the emergency room, what those medical personnel did
10     or said as it relates to Mr. Perry's discharge?
11       MS. LAPPEN: I'm going to object as to the
12     form of the question. It's extremely vague and
13     multiple.
14       Go ahead and answer, if you can.
15   A   In a situation like that, the officers involved are
16     not included in the investigation, and that is tasked
17     to the detective bureau. So I didn't do any follow-
18     up.
19   BY MR. GENDE:
20   Q   As part of the follow-up investigation, did any of the
21     Milwaukee Police Department personnel share with you
22     information as it relates to the medical records of
23     Mr. Perry on September 13th, 2010?
24   A   No.
25   Q   What's a PP-42?

## Page 37

1   A   That is the form we have to fill out for transport of
2       prisoners to the hospital or if there's an intoxicated
3       person on the street that needs to go to the hospital
4       because he can't care for himself. And we also use it
5       for conveyances to Mental Health.
6   Q   Who was tasked on the night in question to complete
7       the PP-42 as it relates to Mr. Perry, you or Officer
8       Jacks?
9   A   I don't remember. One of us would have filled it out.
10  Q   Considering you were in the back of the ambulance with
11      Mr. Perry upon the initial transfer and were a
12      passenger in the squad upon his return to the police
13      department, is it more or less likely that you were
14      tasked with completing the PP-42?
15  A   It may have been that it was completed by the jail for
16      his initial transfer. I don't remember. But, if --
17      Yeah. If I was in the passenger seat, I probably
18      would have filled it out.
19  Q   All right. If you can look at Exhibit No. 28, and
20      there are Bates numbers in the lower right-hand corner
21      of the document?
22  A   Okay.
23  Q   If you could go to page 16, or Bates No. 16. What
24      document is this?
25  A   That's the PP-42.

## Page 38

1   Q   And is your handwriting anywhere on this document?
2   A   No.
3   Q   And this document is to be completed when a prisoner
4       is transported to the emergency room, correct?
5   A   Correct.
6   Q   And what about when the prisoner is returned from the
7       emergency room? Is there any document that needs to
8       be filled out?
9   A   Yes. Usually this form is filled out again.
10  Q   So there could be two of these forms as it relates to
11      Mr. Perry?
12  A   Yes, there could be.
13  Q   Do -- well, strike that. Did you fill out the PP-42
14      when Mr. Perry was returned from the emergency room?
15  A   I can't say for certain if I did.
16  Q   You would agree that one should have been completed,
17      correct, by either yourself or Officer Jacks?
18  A   Yes, they're usually filled out.
19  Q   Any reason why one was not filled out on the night Mr.
20      Perry was returned from the emergency room to the
21      police department?
22  A   Not that I can think of.
23  Q   And what is the purpose of completing this form once a
24      prisoner is returned from the emergency room to the
25      police department?

## Page 39

1   A   I don't know, but it's a form we have to fill out.
2   Q   As a former EMT and paramedic, what would be your best
3       estimate as to why one of these documents should be
4       filled out when a prisoner is returned from the
5       emergency room to the police department?
6   A   Well, we fill them out to take them to the hospital
7       because both the ambulance and the hospital requires
8       it for -- I'm assuming, for payment or proof that we
9       requested it. As for returning him, I -- I don't know
10      if it's just to keep track of the transport itself.
11  Q   You would agree that Exhibit 28, Bates No. 16
12      reflecting the PP-42 as it relates to Mr. Perry, was
13      in relation to his transfer to the ER, correct, not
14      his return?
15  A   Yes. That was the initial transfer.
16  Q   Is this form used when a prisoner is returned from the
17      emergency room to provide information to the receiving
18      police department personnel as to the condition...
19  A   No.
20  Q   ...of the patient being returned?
21  A   No. That's what we -- We have to have the discharge
22      paperwork and instructions.
23  Q   So what is the policy and procedure for the return of
24      a prisoner from the emergency room to the police
25      department in the process of advising the condition of

## Page 40

1       that prisoner?
2   A   That's based on the paperwork received from the
3       hospital.
4   Q   Is there a written policy and procedure that you're
5       aware of by MPD regarding that process?
6   A   I believe so.
7   Q   And what's your understanding of that written policy
8       and procedure?
9   A   That whenever someone returns from the hospital for
10      medical clearance you have to have the paperwork
11      showing that they were medically cleared.
12  Q   Including the discharge instructions?
13  A   I think that is the paperwork they want.
14  Q   And when you say "they" --
15  A   The department.
16  Q   -- that would be the receiving personnel, correct?
17  A   Yes.
18  Q   And the purpose of that policy and procedure in
19      returning a patient from the emergency room to the
20      police department and then the receiving police
21      department personnel getting a copy of the discharge
22      instructions is so those personnel can know the
23      physical well-being or health of that prisoner,
24      correct?
25  A   Yes. And so that when the prisoner goes to the County

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 11 of 48   Document 124-4

# Video Deposition of Corey Kroes  12/9/2013

## Page 41

1  jail, the nurses there can review it and then, you
2  know, follow the instructions accordingly.
3  Q  Do you know if that paperwork that you've described,
4  which includes the discharge instructions, was
5  misplaced upon Mr. Perry's return?
6  A  I don't know.
7  Q  Are you aware of any information which would suggest
8  the paperwork that you had in your possession and gave
9  to a Milwaukee Police Department personnel upon Mr.
10  Perry's return was misplaced or lost at some point in
11  time?
12  A  Not the discharge paperwork.
13  Q  Are you aware of any other paperwork that was
14  misplaced as it relates to Mr. Perry?
15  A  It was my understanding that he didn't go directly to
16  the County jail because whoever the arresting officers
17  were -- who weren't involved in the medical run at all
18  -- hadn't completed, you know, there's a couple of
19  forms you have to have for the County jail to accept a
20  prisoner.
21  Q  Which would include the discharge instructions from
22  the emergency room?
23  A  Yes.
24  Q  And you're not aware of any point in time where those
25  discharge instructions were lost or misplaced by

## Page 42

1  Milwaukee Police Department personnel?
2  A  No.
3  Q  If we could look at the next page of Exhibit No. 28,
4  Bates 17. Have you ever reviewed these type of
5  medical records before in your experience as either a
6  EMT or paramedic?
7  A  No. Not a hospital form.
8  Q  Do you understand the terms that are being used in
9  this document?
10  A  Yes.
11  Q  So for instance, under the first paragraph -- or
12  actually the second paragraph where it says
13  "Duration," "Timing," "Occurrence," and "Course,"
14  those are terms you're familiar with based on your
15  prior medical training?
16  A  Yes.
17  Q  Under "Course," it indicates that "Mr. Perry's
18  condition was resolved upon discharge," correct?
19  A  Yes.
20  Q  Do you agree with that estimation?
21  A  Well, I think in light of his seizures, well, he
22  didn't have any more seizures. His seizures were
23  resolved.
24  Q  The condition of seizures were resolved upon
25  discharge, correct?

## Page 43

1  A  Yes.
2  Q  And you're not aware of Mr. Perry having any further
3  seizures after his discharge.
4  A  No.
5  Q  True? You are aware that the -- strike that. Under
6  "Other Significant" at the bottom of the page it says,
7  "All systems otherwise negative." What, if anything,
8  does that mean to you as a prior medical professional?
9       MR. JOHNSON: Object to foundation.
10       But go ahead.
11  A  That he wasn't having any other problems.
12  BY MR. GENDE:
13  Q  Do you agree with that estimation?
14  A  At the time, I would have. I mean, knowing what I
15  know now, no.
16  Q  Let's move on to the next page. Under the
17  "Psychological Assessment," the discharging personnel
18  from the hospital documented that he was
19  "psychologically appropriate"?
20  A  I see that.
21  Q  Based on your prior medical training, do you have any
22  reason to disagree with that assessment?
23       MR. JOHNSON: Object to foundation.
24  A  I mean, I guess I would have said he was uncooperative
25  at the time of discharge. But as -- I don't know.

## Page 44

1  This -- To me, this is very -- When I think of psych,
2  like people having mental health issues. And this
3  seems to kind of just how a person is, their
4  alertness. I don't know if that would be -- For me, I
5  would have a difficult time using this scale, because
6  when I think of psych, I think of, you know, people
7  having mental health. And I don't think you could
8  evaluate him based on his condition. But I guess
9  "uncooperative" would be what I would circle.
10  BY MR. GENDE:
11  Q  What is a Glasgow Coma score?
12  A  That's, in my experience, that's something you use to
13  determine someone's state after, you know, like a
14  traumatic car accident or....
15  Q  And what is the purpose of that test?
16  A  When I was a paramedic, you would use that to, you
17  know, if someone was in an accident and they had less
18  than a score of 8, you would want to, you know,
19  consider doing an intubation, or....
20  Q  What's the highest score you can get on the Glasgow
21  Coma score?
22  A  I think it's 16.
23  Q  And if we're looking at Bates No. 18 of Exhibit 28,
24  the emergency room personnel scored him at a 15.
25  A  Mm-hmm.

## Page 45

1  Q   Do you see that in the middle of the page?
2  A   Yes.
3  Q   Would that suggest to you that Mr. Perry was alert and
4      oriented at the time he was discharged?
5  A   Yes.
6  Q   Let's go on to Bates 23 of Exhibit 28, the nursing
7      notes. The last entry is, "Assisted patient to MPD
8      squad car with officers. Patient transferred to back
9      seat of squad car. Alert and appropriate upon
10     discharge." Did I read that correctly?
11 A   Yes.
12 Q   Would you agree with that assessment that was made at
13     the time he was put into the back of your squad car?
14 A   No.
15 Q   And what would you disagree with as it relates to that
16     assessment?
17         MR. JOHNSON: Object to foundation.
18         Go ahead.
19 A   He was not very alert. Like, I mean, "appropriate,"
20     that's kind of a vague term.
21     BY MR. GENDE:
22 Q   And did that condition that you observed change from
23     the moment you transported him until you arrived at
24     the Milwaukee Police Department?
25 A   No.

## Page 46

1  Q   And tell me how you expressed those concerns that he
2      was not very alert to the receiving personnel at the
3      MPD.
4  A   I mean, I think the jail personnel, they all observed
5      him. And, you know, I said, "We went to the hospital,
6      and this is how he is now," and they said, "He's
7      fine."
8  Q   I understand that it's your opinion the jail personnel
9      could observe as easily as you. That's your
10     testimony, correct?
11 A   Yes.
12 Q   All right. My question to you is how, if at all, you
13     expressed any concerns you had as it relates to Mr.
14     Perry's discharge, your belief that he was not
15     appropriate at discharge, when you arrived at the MPD
16     facility.
17 A   Whoever was there, I would have told them, you know,
18     he was cleared and this is his state now, you know?
19 Q   "This is his state," meaning what?
20 A   Like, this is -- He's been cleared and, you know, he's
21     acting -- They knew we were coming from the hospital
22     and that we were having, you know, we had to carry him
23     and push him in a wheelchair. And they were all aware
24     of that. So I think they were under the impression
25     that, you know, he was uncooperative. And when we got

## Page 47

1      there said, you know, they're medically discharged --
2      or he's medically cleared, and I think it was just
3      understood. I don't think I had any, you know,
4      explicit conversations.
5  Q   How did MPD personnel know the method of his discharge
6      that you've just described, where he had to be carried
7      or transferred into the vehicle and -- how you just
8      described it?
9  A   I think what probably happened was after Officer Jacks
10     called the lieutenant, and he said, "Well, if you got
11     to carry him back, you know, then that's what you have
12     to do," and they knew that we were coming with him,
13     they were probably advised by him. Because we had
14     called a couple -- another squad to come help us bring
15     him upstairs, and so they were waiting for us when we
16     arrived.
17 Q   "They" being who?
18 A   The officers at the jail, which I believe was Officer
19     Ayala and Margarita. I can't think of the last name.
20 Q   So when you walked in with Perry, was he able to walk?
21 A   No.
22 Q   And you brought him up to the desk and sat him down in
23     an area next to the desk?
24 A   Yeah. We sat him on the floor next to where -- the
25     bench where prisoners normally sit.

## Page 48

1  Q   And you sat him on the floor because he couldn't sit
2      on the bench?
3  A   Correct.
4  Q   Unable to control his body, correct?
5  A   Correct.
6  Q   And then you approached the officers, the receiving
7      officers, and you said, "He's been medically cleared,"
8      correct?
9  A   Correct.
10 Q   Did you say anything else?
11 A   Not that I remember.
12 Q   And then the discharge instructions you gave to them
13     or you gave to the lieutenant?
14 A   I don't remember walking to the lieutenant's office,
15     which was down the hall, so I believe I handed it to
16     somebody.
17 Q   Did you feel that upon return of Mr. Perry to the
18     police department and based on his seizure history
19     that he should be kept in a safe position in the event
20     that he might seize again?
21 A   Yes.
22 Q   And tell me how you expressed that to the receiving
23     personnel.
24 A   I'm sorry. I misunderstood your question. I thought
25     to myself that he should, you know, be in an area free

## Page 49

1   of objects he could hit his head on if -- I didn't say
2   that to anybody.
3   Q   You did not say that to anybody?
4   A   No.
5   Q   If we can look at Bates 31 of Exhibit 28?  And
6   actually, before we get there, I just wanted to make
7   clear for the record, starting at page 29, you would
8   agree these are the discharge instructions for Mr.
9   Perry as it relates to the seizure activity he
10  suffered from and what he was treated for at the
11  emergency room, correct?
12          MR. JOHNSON:  Object to foundation.
13          Go ahead.
14  A   Yes.
15  BY MR. GENDE:
16  Q   Okay.  And at page 29 it says, "Home care for the
17  seizure," correct?
18  A   Yes.
19  Q   At the bottom of the page?  And then it goes on for
20  the next several pages to discuss what a person who
21  has suffered from a seizure should look out for and be
22  careful of, true?
23  A   Yes.
24  Q   And as we get to page 31 of the seizure instructions,
25  there's an area that talks about getting prompt

## Page 50

1   medical attention, correct?
2   A   Yes.
3   Q   And according to these discharge instructions, in the
4   event that Mr. Perry, a seizure victim, remains
5   confused for more than 30 minutes after a seizure, he
6   should get prompt medical attention, correct?
7   A   Correct.
8   Q   If he has injury during a seizure, he should get
9   prompt medical attention, correct?
10  A   Correct.
11  Q   If he has unusual irritability, drowsiness, or
12  confusion, he should get prompt medical attention,
13  correct?
14  A   Correct.
15  Q   Did any of -- well, strike that.  You would agree that
16  Mr. Perry was not able to be responsive or understand
17  his discharge instructions at the point of discharge
18  or at the point he was transferred back to the
19  Milwaukee Police Department, true?
20          MS. LAPPEN:  Object as to form and it's
21  multiple.
22          But go ahead and answer.
23  A   Yes.
24  BY MR. GENDE:
25  Q   Based on your attorney's objection -- I believe you

## Page 51

1   already answered the question, but to make the record
2   clear, I believe you previously testified that when
3   Mr. Perry was discharged, he was unable to understand
4   any discharge instructions, correct?
5   A   Correct.
6   Q   And you did not relay those to him, correct?
7   A   No.
8   Q   And then when you arrived at the Milwaukee Police
9   Department, you would agree that Mr. Perry's state of
10  physical health had not improved at that point in
11  time, correct?
12  A   Correct.
13  Q   And you would agree that at that point in time you
14  didn't relay any discharge instructions to him, true?
15  A   True.
16  Q   And in the event that you would have, you would agree
17  that Mr. Perry would not have been able to process
18  that information, true?
19  A   True.
20  Q   Based on that observation and your understanding, at
21  the least, Mr. Perry was confused at the time,
22  correct?
23  A   At the time, I -- I wouldn't say I could tell if he
24  was confused, because I still thought he was tired
25  because of the medication and that his actions were

## Page 52

1   either the result of the medication or because he was
2   being uncooperative.
3   Q   He was unable to ambulate on his own.  He needed
4   assistance.
5   A   I don't know if that's because he didn't want to or if
6   he couldn't.
7   Q   When he was moaning and groaning in the back of the
8   car, do you believe he was faking it at the time?
9   A   I don't know.  I mean, I didn't know what he -- if it
10  was.
11  Q   What, if anything, did you do to determine whether or
12  not Mr. Perry was actually continuing to suffer or was
13  faking moaning and groaning in the back of the squad
14  during the time period in question?
15  A   There was -- I don't think there was anything I could
16  do.  I was -- What I thought was based off of what I
17  was told by the hospital, that....
18  Q   Did you consider taking him to another hospital for a
19  further evaluation?
20  A   No.
21  Q   Anything that would have prevented you from doing
22  that?
23  A   No.
24  Q   Other hospitals in the local area can accept prisoners
25  that are in need of emergent medical attention,

## Page 53

1    correct?
2  A  Yes.
3  Q  There's no policy and procedure that you're aware of
4    that prevented you from taking Mr. Perry to another
5    hospital once he was discharged from Aurora, true?
6  A  True.
7  Q  Your testimony is that Mr. Perry was drowsy, correct?
8  A  Correct.
9  Q  Did you think it was usual or unusual that he was
10    suffering from this drowsiness?
11  A  Before discharge, I thought it was unusual.  But I was
12    assured that it was a side-effect of the medication.
13  Q  At any point in time did you consider getting prompt
14    medical attention for Mr. Perry based on his moaning
15    and groaning in the back of the squad during his
16    return to MPD, his inability to ambulate once you were
17    back at the police department, his inability to sit up
18    on a bench based on his physical condition and his
19    nonresponsiveness to any questions and inability to
20    process discharge instructions?
21  A  No.
22  Q  Did you instruct anybody upon Mr. Perry's return at
23    the Milwaukee Police Department to observe for
24    possible side-effects as it relates to the Dilantin of
25    wobbly gait, poor balance or coordination, slurred

## Page 54

1    speech, jerky eye movement, drowsiness?
2  A  No.
3  Q  If you can look at page 32 of Exhibit No. 28, you
4    would agree, at the top of the page, those were the
5    discharge instructions for Mr. Perry, correct?
6  A  Yes.
7  Q  And other than the fact that you didn't read the
8    discharge instructions yourself, is there any other
9    reason why you would fail to relay that information to
10    the receiving Milwaukee Police Department personnel?
11  A  Well, I handed them the paperwork and they would
12    review it themselves.
13  Q  So other than the fact that you didn't review the
14    discharge instructions, there is no other reason that
15    you're aware of that prevented you from relaying these
16    discharge instructions to the receiving MPD personnel
17    other than your assumption that they would read them
18    themselves.
19        MR. BOHL:  Object to the form of the
20    question.
21  BY MR. GENDE:
22  Q  Do you understand my question?
23  A  If you could rephrase it?
24  Q  Let me try and clean it up.
25  A  Okay.

## Page 55

1  Q  My first question is, other than the fact that you did
2    not review the discharge instructions yourself, was
3    there any other reason why you did not relay those
4    discharge instructions regarding Mr. Perry when you
5    brought him back to the police station and turned him
6    over to the receiving MPD personnel?
7  A  No.  We don't normally relay the instructions.  We
8    hand it to the jail supervisor, and they do whatever
9    they do with them.
10  Q  So other than not reading them --
11  A  Yeah.
12  Q  -- the only other reason you would not have relayed it
13    is because you assumed that the receiving personnel,
14    whether it's the supervisor or the police officers you
15    previously described, would look at those discharge
16    instructions and understand them without your further
17    involvement.
18  A  Yes.
19  Q  Do you know if that in fact occurred?
20  A  I don't know.
21  Q  Any reason as we sit here today why you could think of
22    that it would not have occurred the way that you've
23    described it?
24  A  No.
25  Q  And by the way, if you need to take a break at any

## Page 56

1    time, and I assume your attorney instructed you,
2    you're free to go off the record, and we can take a
3    break.  Do you need a break now?
4  A  No.
5        (Exhibit 29 identified)
6  Q  Okay.  I'm going to show you what we've marked as
7    Exhibit No. 29.  This is a medical receiving screening
8    form, Milwaukee Police Department, Bates No. 8.  Are
9    you familiar with this document?
10  A  Yes.
11  Q  Have you ever seen this document before as it relates
12    to Mr. Perry?
13  A  No.
14  Q  Have you ever filled out a document like this?
15  A  No.
16  Q  Do you know who Officer Chaquila Peavy is?
17  A  Yes.
18  Q  Did you ever have any discussions with her about Mr.
19    Perry at any point in time?
20  A  No.  I think at the time she worked late shift, so I
21    never had any contact with her.
22  Q  What is your understanding, if any, about this form as
23    it relates to Mr. Perry on the night in question?
24  A  I know that whenever a prisoner is booked in, they are
25    asked questions by the booking officer.  And then,

## Page 57

1      based -- you know, they generate this report based off
2      their answers.
3   Q   So this report, based on your understanding, would
4      have been generated prior to Mr. Perry seizing at the
5      police station and subsequently being transferred to
6      the emergency room, correct?
7   A   Yes.
8   Q   And according to this report, Mr. Perry had not
9      suffered from blackouts, correct?  That would be about
10     halfway down the page?
11   A   Correct.
12   Q   That Mr. Perry was not combative, correct?  Top of the
13     page?
14   A   Correct.
15   Q   And that Mr. Perry was not intoxicated, correct?
16   A   Correct.
17   Q   Any reason based on your observations to disagree with
18     the information documented in Exhibit No. 29?
19   A   No.
20   Q   I'm going to show you what we've marked as Exhibit No.
21     30.  Can you identify that document for the record?
22           (Exhibit 30 identified)
23   A   This is the incident report of when I was interviewed.
24   Q   And this is one of the documents that you testified
25     you reviewed prior to the deposition here today,

## Page 58

1     correct?
2   A   Yes.
3   Q   And that would have been done during the course of
4     your meeting with Ms. Lappen?
5   A   Correct.
6   Q   Had you reviewed it at any other point in time prior
7     to sitting down with Ms. Lappen?
8   A   I may have read it once when I was in the office.
9   Q   Read it before or after litigation had started?
10   A   Probably afterwards.
11   Q   Were you investigated as it relates to your conduct on
12     the night in question?
13   A   Outside of the interview, no.
14   Q   Did any MPD personnel suggest to you that you may be
15     subject to discipline based on your conduct on the
16     night in question?
17   A   No.
18   Q   The first page of the report says that your med run
19     with Mr. Perry was your first and ultimately only
20     assignment of the day.  Is that accurate?  It's the
21     third paragraph.
22   A   I -- Yeah.  I feel like we did -- we went to a
23     different -- a call afterwards, but I don't know for
24     sure.  That would end up being most of our day.
25   Q   At the bottom of the page, first page of this report,

## Page 59

1     it says, "Kroes spoke to Perry.  He asked Perry how he
2     got arrested.  Perry said nothing, but he was sitting
3     up, not fully alert.  Perry had a oxygen mask on."
4     This was during the transport in the ambulance,
5     correct?
6   A   Yes.
7   Q   And those were all accurate observations by you?
8   A   Yes.
9   Q   Did Perry remove his oxygen mask at any point in time
10     during the transport?
11   A   Not that I can remember.
12   Q   Did he have any coherent conversation with you through
13     the oxygen mask?
14   A   Yes.  He wanted to use the bathroom.
15   Q   So he said, "I want to use the bathroom," and you
16     could understand that through the mask?
17   A   Yes.
18   Q   Did he say anything else through the mask that you
19     were able to understand?
20   A   Not that I remember.
21   Q   You go on to state on the second page about the fifth
22     paragraph down that doctor -- "The doctor gave Perry a
23     five to ten-minute exam."  Do you see where I read
24     that?
25   A   Yes.

## Page 60

1   Q   Did you actually observe the doctor doing that?
2   A   Yes.
3   Q   Subsequently, you reported that "Perry seemed like he
4     was trying to say something."  Was that in the
5     presence of the doctor?
6         MR. LARSON:  Where are you looking at?  I'm
7     sorry.
8         MR. GENDE:  That's the next paragraph.
9   A   No.  I believe I was the only one in the room at the
10     time.
11   Q   Did he have anything over his mouth?
12   A   No.  I think the oxygen mask was removed.
13   Q   You understand or at least observed that Perry then
14     went into another full-body, violent seizure, correct?
15   A   Correct.
16   Q   Was he laying in the bed at the time?
17   A   Yes.
18   Q   Did he strike his head on anything?
19   A   No.
20   Q   Was he restrained to the bed?
21   A   He had one arm handcuffed to the bed, and I believe he
22     had the shackles on.
23   Q   Did you try holding him down?
24   A   No.
25   Q   Did you go to seek further assistance?

Page 61

1   A   Yes.
2   Q   How long were you away from Perry during that time?
3   A   I don't think I ever left the room. I just went to
4       the door and said, "Hey, he's having a seizure."
5   Q   Where was Officer Jacks at that time?
6   A   I think she was using the bathroom.
7   Q   After that first seizure, you observed him to be
8       breathing shallow and fast, he was being given oxygen,
9       and he was mumbling and you could not understand him,
10      true?
11  A   Yes.
12  Q   You then waited for 30 minutes and took a break?
13  A   Yes.
14  Q   And Jacks stayed with Perry during that time, correct?
15  A   Correct. Sorry.
16  Q   Did his physical condition from how you just described
17      it based on your interview get better or worse prior
18      to his subsequent discharge?
19  A   I would say it was about the same.
20  Q   So his breathing remained shallow and fast, he was
21      mumbling, and whatever he was saying was
22      unintelligible?
23  A   Yes.
24  Q   And that never changed from that moment forward, true?
25  A   No. I think it stayed the same.

Page 62

1   Q   Did it get any worse?
2   A   I don't think so.
3   Q   You go on to state in the next couple paragraphs that
4       "Perry seemed very tired, he had a much more difficult
5       time walking, he had a hard time keeping his balance."
6       And you said it was common for a seizure victim to be
7       very tired?
8   A   Yes.
9   Q   So that was your own observation as opposed to
10      something anybody at the emergency room told you?
11  A   Correct.
12  Q   Just prior to discharge, you were attempting to wake
13      Mr. Perry up and having difficulty, correct?
14  A   Correct.
15  Q   He kept falling back asleep?
16  A   Correct.
17  Q   You had to actually assist Mr. Perry in getting his
18      shoes on?
19  A   Yes.
20  Q   And when he was transferred, it took two officers and
21      a nurse to bear all of his weight, correct?
22  A   Correct.
23  Q   He was mumbling?
24  A   Correct.
25  Q   And occasionally he would scream, true?

Page 63

1   A   Correct.
2   Q   That sounds like his condition was deteriorating after
3       the first seizure, does it not?
4           MR. JOHNSON: Object to form.
5           Go ahead.
6   BY MR. GENDE:
7   Q   I'm sorry. After the second seizure.
8   A   And that was -- Well, that was after they gave him the
9       medication too, after he had an I.V. bag.
10  Q   Finally, you were able to get him to sit up with
11      yourself, Officer Jacks, and the nurse, correct?
12  A   Correct.
13  Q   And then he began drooling, correct?
14  A   Correct.
15  Q   At that point you felt there was something wrong,
16      right?
17  A   Correct.
18  Q   And tell me how your concern in that regard was
19      addressed.
20  A   I spoke with Becky, and I said, "You know, this
21      doesn't seem right. Can you just have the doctor come
22      back in?"
23  Q   Was the doctor brought back in?
24  A   No.
25  Q   Did the nurse actually say she thought Perry was

Page 64

1       faking?
2   A   Yes.
3   Q   And what, if anything, did you do to dispel the
4       nurse's belief that Mr. Perry was faking?
5   A   I just said, "I just don't think" -- "he just doesn't
6       seem like he's right."
7   Q   You didn't believe he was faking, correct?
8   A   No. Not at first.
9   Q   You'd seen him deteriorate over time to the point
10      where he was drooling, he couldn't support himself, he
11      was having difficulty breathing, he was mumbling, and
12      at one point screaming, you had to put his shoes on,
13      it took three of you to lift him up. Did that seem
14      like he was faking to you at the time?
15          MR. JOHNSON: Object to form.
16          Go ahead.
17  A   It's -- It was hard for me to say what he would have
18      been faking about. If, you know, sometimes what -- In
19      other cases when we arrest people, they will go limp,
20      you know, will do a lot of the things that he did, and
21      it was hard -- but it was hard to say that, what it
22      was, if it was from the medication or if he was doing
23      that intentionally.
24  Q   What --
25  A   I didn't think that -- I didn't think that his

Magne-Script Video Court Reporting                    414-352-5450

## Page 65

1  tiredness was him faking. I thought maybe some of the
2  other things, he might have been. Just as from
3  experience, it has happened before.
4  BY MR. GENDE:
5  Q  Do you think he was faking his violent seizure that
6     you observed and called for help?
7  A  No.
8  Q  Do you think he was faking his seizure when he was at
9     the police department initially and struck his head?
10 A  No.
11 Q  So based on the information that you had regarding Mr.
12    Perry's prior medical incidents and occurrences, the
13    totality of circumstances suggested to you that he was
14    now faking mumbling, screaming, inability to walk,
15    inability to set himself up, inability to put his own
16    shoes on?
17 A  At the time, I wasn't sure.
18 Q  At some point later in time did you become sure
19    whether you thought he was faking or actually
20    suffering from some medical condition?
21 A  No. I never -- I believed after he left that, you
22    know, since they were -- the hospital was so certain
23    that the medication was causing his tiredness and
24    weakness. But the other things, I -- no, I wasn't
25    sure.

## Page 66

1  Q  So when you return him to the police department, did
2     you think Mr. Perry was faking any of his conditions
3     at that point in time?
4  A  No, I don't -- Well, it's hard to say. I think that
5     it, you know, when -- The part of him not walking,
6     maybe he was doing that intentionally, but I wasn't
7     100 percent sure.
8  Q  Once you returned Mr. Perry to the police department
9     and sat him down or laid him down next to the bench
10    because he was unable to sit on his own, did you have
11    any further contact with him?
12 A  After -- Well, we carried him to the jail cell. And
13    after that, no.
14 Q  When you say "we carried him," how many people carried
15    him?
16 A  I believe six.
17 Q  And tell me how he was carried.
18 A  By his arms, legs, and torso.
19 Q  Was he able to ambulate on his own?
20 A  No.
21 Q  Was he responding to any inquiries by police
22    department personnel?
23 A  No.
24 Q  Did you check his eyes?
25 A  No.

## Page 67

1  Q  Were his eyes open?
2  A  I believe so.
3  Q  Had he urinated or defecated on himself at that point
4     in time?
5  A  He did at some point in the jail.
6  Q  But I'm talking about when you were carrying him with
7     five other individuals to the jail cell.
8  A  I -- Yes.
9  Q  He had.
10 A  Yes.
11 Q  Did you ask him why he did that?
12 A  No.
13 Q  Did you try and determine why somebody who you'd been
14    with at the hospital for several hours, were concerned
15    about his subsequent discharge, his ongoing inability
16    to respond to your questions, is mumbling, is
17    screaming, and now the fact that he'd urinated and
18    defecated on himself, did you try and determine the
19    cause of that?
20 A  No.
21 Q  Any particular reason why not?
22 A  No.
23 Q  Prior to the six-officer transfer from the floor to
24    the jail cell, you documented in your report that
25    Perry was weak, correct?

## Page 68

1  A  Correct.
2  Q  That his resistance was limited, true?
3  A  Correct.
4  Q  Did he get stronger?
5  A  No.
6  Q  Did his resistance get stronger?
7  A  No.
8  Q  You would agree that he continued to deteriorate,
9     correct?
10 A  I would -- I would say he stayed roughly the same.
11 Q  Had he urinated or defecated on himself prior to being
12    released from the emergency room?
13 A  No.
14 Q  Did that happen in the back of the squad upon transfer
15    back to MPD?
16 A  I don't think so.
17 Q  You would agree that somebody who urinates and
18    defecates on themself may not be in control of their
19    bodily functions?
20 A  I've -- I have had prisoners in the past that have
21    soiled themselves on purpose.
22 Q  Did you believe that Mr. Perry soiled himself on
23    purpose?
24 A  I don't know.
25 Q  Did you ask him if he soiled himself on purpose?

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 18 of 48   Document 124-4

## Page 69

1  A  No.
2  Q  In the event that you would have, was he coherent
3     enough to respond?
4  A  I don't think he would have responded.
5  Q  Why not?
6  A  I don't know.
7  Q  Why was there confusion as to what cell to place him
8     in?
9  A  I don't know.  That's probably a jail policy.
10    Sometimes there's prisoners that need to be isolated
11    because of something they're arrested for, and I think
12    they were trying to find -- I don't know.  There's --
13    We have so many jail cells that, you know, I'm not
14    sure how they do -- how they choose what goes where.
15 Q  Did anybody at the emergency room say that the
16    administration of Dilantin would cause an individual
17    to urinate and defecate on themselves?
18 A  No.
19 Q  That would have been outside the parameters of
20    something to watch for as it relates to how Dilantin
21    affects somebody, correct?
22    MS. LAPPEN: Objection as to form.
23    Go ahead and answer.
24 BY MR. GENDE:
25 Q  At least based on the instruction that you received

## Page 70

1     from the emergency --
2  A  It was never -- I'm sorry.  It was never mentioned.
3  Q  So you would agree that that condition that Mr. Perry
4     suffered from after release and upon the return to the
5     jail cell, the urination and the defecation on
6     himself, would certainly be a change in physical
7     condition, true?
8  A  It could be, yes.
9  Q  And what, if anything, did you do at that time to
10    determine whether or not Mr. Perry was faking
11    urination and defecation on himself or it was due to
12    his inability to control his bodily functions?
13 A  I didn't do anything.
14 Q  In the event that you were treating Mr. Perry as
15    either an EMT or a paramedic and he had suffered from
16    the same conditions over a two or three-hour time
17    period, what, if any, responsibility would you have
18    had to him to try and determine why he was now losing
19    his bodily functions after being unable to walk, you
20    observing him mumbling and screaming, not being able
21    to put on his own shoes, suffering from shallow
22    breathing, and essentially nonresponsive?
23 A  Find out why.
24 Q  As an EMT you would have done that, correct?
25 A  Correct.

## Page 71

1  Q  After Mr. Perry was put into this cell and after you -
2     - strike that.  After yourself and five other officers
3     carried Mr. Perry to his cell and then held him for
4     ten minutes because you didn't know what cell to put
5     him in, you removed his handcuffs, correct?
6  A  Somebody did.  I didn't do that myself, but it was --
7  Q  They were your cuffs?
8  A  Yes.
9  Q  And your next step in the process was to go and
10    disinfect your handcuffs, correct?
11 A  Correct.
12 Q  Did you ever check back on Mr. Perry?
13 A  No.
14 Q  So your primary concern after this two to three-hour
15    process with Mr. Perry, turning him over without
16    informing anybody of the discharge instructions,
17    observing that he had urinated and defecated on
18    himself, was unable to walk, you disinfected your
19    handcuffs and left.
20 A  Yes.
21    MR. GENDE: I think now is a good time for a
22    break.  How long would you like to take for
23    lunch?
24    THE REPORTER: Let's go off the record.
25    (Off the record 11:48 - 12:32)

## Page 72

1     THE REPORTER: We're back on the record.
2     We've taken a brief break for lunch.  Mr. Gende.
3     MR. GENDE: Thank you.
4  Q  Officer, when it took six individuals to transfer Mr.
5     Perry from the floor of the -- Is it called the
6     bullpen, or what would you call that at MPD?
7  A  I mean, it's kind of just a hallway.  The bull--
8  Q  Receiving area?
9  A  I mean, generally just the booking area.
10 Q  Okay.  When it took six officers to transfer Mr. Perry
11    from the booking area to the cell, did he have any
12    blood on his body at the time?
13 A  No.
14 Q  He was not bleeding from the ear or his mouth?
15 A  No.
16 Q  Had a spit mask been put on at that point?
17 A  Yes.
18 Q  So before he went into the cell, a spit mask was put
19    on?
20 A  Yes.
21 Q  And did you see any blood anywhere on the spit mask?
22 A  No.
23 Q  Did you see any blood anywhere on any part of his
24    clothing?
25 A  Not that I remember.

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 19 of 48   Document 124-4

| Page 73 | Page 75 |
|---|---|

**Page 73**

1  Q  Were his pants up or down at the time?
2  A  Up.
3  Q  And how did you know that he had urinated and
4     defecated on himself?
5  A  I saw that his pants were wet and you could smell it.
6  Q  You could smell it.  Do you know when he had urinated
7     and defecated on himself?
8  A  Sometime after we arrived at the jail.
9  Q  Did you observe him go through that process?
10 A  No.
11 Q  Was the spit mask put on Mr. Perry while he was still
12    on the ground and before being walked to the jail
13    cell?
14 A  It was while we were waiting to -- for wherever he was
15    going.
16 Q  And was anybody restraining Mr. Perry at the time...
17 A  I believe --
18 Q  ...while he was on the floor?
19 A  I believe he had -- still had handcuffs and shackles.
20 Q  Was anybody hands-on with Mr. Perry while he was on
21    the floor?
22 A  We were holding him upright.
23 Q  "We" being who?
24 A  Myself, I believe Officer Jacks was there, and Officer
25    Bungert.

**Page 74**

1  Q  Were you applying any pressure or any type of pressure
2     hold?
3  A  No.
4  Q  Was he resisting at the time?
5  A  Technically, I would -- we thought yes, but it wasn't
6     very strong resistance.
7  Q  He was not saying anything coherent to you, correct?
8  A  No.
9  Q  And were any questions asked while he was on the floor
10    before the transfer to the jail cell?
11 A  Not that I remember.
12 Q  Could you tell whether he was having any difficulty
13    breathing?
14 A  It didn't seem like he was.
15 Q  Were you aware of any point in time from when he was
16    returned to the jail and before he was -- I'm sorry --
17    when he was returned to the booking area and before he
18    was put into the jail cell where he was having
19    difficulty breathing?
20 A  He might have said -- I think -- Actually, now when he
21    had the spit mask on, I think he might said that he
22    couldn't breathe.
23 Q  Did you hear any officer say to him, "If you're
24    talking, you're breathing"?
25 A  That was me.

**Page 75**

1  Q  And is that a sort of unwritten policy or
2     understanding with the Milwaukee Police Department
3     that if a person in custody is talking then obviously
4     they're breathing?
5        MS. LAPPEN:  Objection as to form.
6        Go ahead and answer.
7  A  No.  That was -- That was something I learned from
8     working at the hospital.
9     BY MR. GENDE:
10 Q  Have you ever seen any interviews done by Chief Flynn
11    regarding this case?
12 A  Yeah, I think I watched an interview.  I don't know
13    which one.
14 Q  And do you recall Chief Flynn saying words to the
15    extent that, you know, "It's common sense to our
16    officers that if somebody is talking, they're
17    breathing"?
18 A  Yes.
19 Q  And when you heard Chief Flynn say that, was it your
20    understanding that it was kind of common knowledge
21    amongst your fellow officers that if you have somebody
22    in custody and they're complaining they can't breathe,
23    the response is, "If you're talking, you're
24    breathing"?
25        MS. LAPPEN:  Objection to form and

**Page 76**

1     foundation.
2        Go ahead and answer.
3     BY MR. GENDE:
4  Q  If you know.
5  A  I don't -- As for the department, I don't know.
6     That's something that was said a lot when I worked as
7     an EMT in the hospital.
8  Q  Something that you would say to somebody generally?
9  A  Mm-hmm.  Yes.
10 Q  If they would complain of having difficulty breathing,
11    your response as an EMT was, "If you're talking,
12    you're breathing"?
13 A  Sometimes, yes.
14 Q  Under what circumstances?
15 A  Well, the time I use it the most is like my wife has
16    asthma, she has really bad asthma.  And she'll think
17    she's having a really bad attack, and she'll start to
18    psych herself out.  And I will tell her that, and it's
19    helped her realize, okay, I am breathing, I just need
20    to focus on that.
21 Q  At the time when your wife would have these asthma
22    attacks and you would say, "You're talking, you're
23    breathing," and help her relax, was she coherent?
24 A  Yes.
25 Q  Had she urinated or defecated on herself?

| Page 77 |
|---|

1  A  No.
2  Q  Had you had to hold her up to transfer her from place
3     to place?
4  A  No.
5  Q  Had she suffered a minimum of three seizures within
6     the prior three hours?
7  A  No.
8  Q  Had she been given Dilantin?
9  A  No.
10 Q  Were you aware that if she had been given Dilantin,
11    she may be drowsy?
12 A  No.
13 Q  Do you know when blood first appeared on Mr. Perry's
14    spit mask after he was returned from the ER and after
15    you helped to place him in the jail cell?
16 A  No.
17 Q  Do you know when blood first appeared on his shirt?
18 A  No.
19 Q  Do you know when blood first appeared around his groin
20    area?
21 A  No.
22 Q  You would agree as an EMT that if there is blood on
23    somebody's shirt, blood in a spit mask, and blood in
24    the groin area, urination and defecation on the body,
25    that would suggest a change in condition from somebody

| Page 78 |
|---|

1     who had not suffered any of those symptoms previously.
2  A  It could be, yes.
3        MS. LAPPEN:  Objection as to form.
4        Go ahead and answer.
5     BY MR. GENDE:
6  Q  What's a "medical emergency," in your opinion?
7  A  That would be a situation where someone's life is in
8     immediate danger.
9  Q  Is that the full definition of "medical emergency" as
10    far as you're concerned?
11 A  Yes.
12 Q  Are Milwaukee Police Department personnel trained in
13    recognizing a medical emergency?
14 A  To an extent.  I would say with people that are
15    unconscious and not breathing.
16 Q  So is it your testimony here today that you were
17    trained as a Milwaukee Police Department officer that
18    a medical emergency is somebody who is a pulseless
19    nonbreather -- I'm sorry -- somebody who is
20    unconscious and not breathing?
21 A  Yes.
22 Q  Tell me how Mr. Perry was placed in the jail cell when
23    he was being transferred by six officers.
24 A  He was laid on the ground, flat on the ground.
25 Q  On his back?

| Page 79 |
|---|

1  A  Yes.
2  Q  Do you know if he was having any difficulty breathing
3     at that time?
4  A  I do not know.
5  Q  Were you able to take his vital signs?
6  A  No.
7  Q  Do you know if he had a temperature?
8  A  No.
9  Q  Do you know what his pulse was?
10 A  No.
11 Q  Do you know what his respiratory rate was?
12 A  No.
13 Q  Do you know if his eyes were open or closed?
14 A  No.
15 Q  So you don't know if he was conscious or unconscious
16    when he was placed on the floor.
17 A  He was still making noises.
18 Q  What kind of noises?
19 A  Mumbling and moaning.
20 Q  When you told Mr. Perry that "you're talking" --
21    strike that.  When Mr. Perry complained he couldn't
22    breathe and you said, "If you're talking, you're
23    breathing," did you hear anybody else say anything to
24    him at that time?
25 A  Not that I remember.

| Page 80 |
|---|

1  Q  And when Mr. Perry complained that he couldn't breathe
2     and you said, "You're talking, you're breathing," did
3     you check his pulse?
4  A  No.
5  Q  Did you check his respiratory rate?
6  A  No.
7  Q  Did you check his temperature?
8  A  No.
9  Q  Did you take any vital signs?
10 A  No.
11 Q  Did you attempt to render any first aid?
12 A  No.
13 Q  Did you ever determine whether Mr. Perry was suffering
14    from any pain or discomfort?
15 A  No.
16 Q  Did you ever attempt to make that determination?
17 A  No.
18        (Exhibit 31 identified)
19 Q  I'm going to show you what we've marked as Exhibit No.
20    31, "Milwaukee Police Department Standard Operating
21    Procedures 090," as it relates to prisoners, effective
22    date May 19th, 2010.  Would you agree that these
23    policies and procedures were in place prior to Mr.
24    Perry's death, at least according to Bates No.
25    MPD00463?

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 21 of 48   Document 124-4

## Page 81

1  A  Yes.
2  Q  Had you ever reviewed these prior to Mr. Perry's
3     death?
4  A  Yes, I'm sure I've read over them.
5  Q  You would admit as a Milwaukee police officer you were
6     required to understand the policies and procedures
7     that regulated your conduct, correct?
8  A  Yes.
9  Q  Not only understand them, but to adhere to them, true?
10 A  Yes.
11 Q  Are you aware of any policies and procedures by the
12    Milwaukee Police Department that you're not required
13    to follow?
14 A  No.
15 Q  If we can look at Bates No. 0480 of Exhibit No. 31,
16    it's talking about prisoners, at the top, and
17    investigative holds.  Do you see where I've read that?
18 A  Yes.
19 Q  What is an "investigative hold"?
20 A  That's normally when someone is arrested and is at
21    some point on state charges where they would go to
22    CJF.  Normally, as soon as the paperwork, the arrest
23    paperwork is completed, the next time the prisoner bus
24    comes around, they just take them directly to CJF.  A
25    "hold" would be, is if someone wants to keep them at

## Page 82

1     the jail for a longer period time than that, up to 72
2     hours.
3  Q  Do you know if Mr. Perry was on an investigative hold
4     at the time he passed away?
5  A  I don't know.
6  Q  Under paragraph 2 of "Investigative Holds," it states
7     that, "The PPS supervisor in charge is responsible for
8     the well-being of all prisoners at PPS and has the
9     authority to reject prisoners, including those on
10    investigative holds."  Did I read that correctly?
11 A  Yes.
12 Q  Who would have been the PPS supervisor at the time Mr.
13    Perry was in the booking area?
14 A  That was Lieutenant Robbins.
15 Q  And Lieutenant Robbins was the individual that you
16    provided Mr. Perry's discharge papers from the
17    emergency room?
18 A  Yes.
19 Q  Or at least you assumed he would have gotten them.
20 A  Yes.
21 Q  Correct?
22 A  Yes.
23 Q  He was supposed to get them.
24 A  Correct.
25 Q  Did you ever see Lieutenant Robbins physically receive

## Page 83

1     the discharge papers?
2  A  No.
3  Q  Did you ever talk to Lieutenant Robbins after Mr.
4     Perry passed away --
5  A  No.
6  Q  -- about that incident?
7  A  No.
8  Q  And he never talked to you about it?
9  A  No.
10 Q  To you, is there a distinction between your definition
11    of a medical emergency and someone who is suffering
12    from a serious medical condition?
13 A  I guess, yeah, there could be.  There's people that,
14    you know, live every day with a serious condition.
15 Q  Would you agree that a serious medical condition is
16    defined as "a condition that is life-threatening, can
17    cause serious disability if not treated, can cause
18    significant pain or discomfort, and requires medical
19    treatment or medication or requires constant
20    monitoring by medical personnel"?
21 A  Yes.
22 Q  When Mr. Perry was saying he can't breathe and you
23    were standing over him and told him, "If you can talk,
24    you can breathe," did you also hear Mr. Perry, say,
25    call out to God for help?

## Page 84

1  A  I don't remember.
2  Q  Did you hear him expressing discomfort in his voice
3     when he said "I can't breathe"?
4  A  Yes.
5  Q  Was he grunting at the time?
6  A  Yes.
7  Q  When people express that they can't breathe and are
8     grunting, generally, as a medical personnel would you
9     assume that they might be in pain or discomfort?
10 A  Yes.
11 Q  And when that same individual, who we know is Mr.
12    Perry, has just recently urinated and defecated on
13    himself, you would agree that that could be a serious
14    medical condition if he involuntarily did so, correct?
15 A  Yes.
16 Q  And in the event that Mr. Perry, who we knew by that
17    point in time -- You'd seen him for two or three
18    hours, he's had three serious seizures, he had
19    screamed in pain, or for some reason at the emergency
20    room, he had to be transported from the moment he left
21    the emergency room until he ended up in the cell at
22    MPD, he had urinated and defecated on himself, he
23    expressed difficulty breathing, he was grunting in
24    pain, he appeared to be disoriented and confused.  Did
25    you have any inkling in your mind that he might be

## Page 85

1 suffering from a serious medical condition at the
2 time?
3 A No, I didn't think so.
4 Q And you didn't think so why?
5 A Well, his condition was relatively the same from when
6 we left the hospital and the hospital told us that it
7 was -- he was either from the medication or some of
8 the things, you know, where he was faking.
9 Q But you did nothing to try and determine whether he
10 was faking or not faking, correct?
11 A Correct.
12 Q And at the hospital, he hadn't urinated and defecated
13 on himself, had he?
14 A No. We took him to the bathroom.
15 Q And at the hospital, did you hear him complain of a
16 difficulty breathing?
17 A No.
18 Q At the hospital you were able to see him ambulate on
19 his own for a certain period of time, correct?
20 A Yes.
21 Q So by the time he was at MPD in the booking area and
22 as you were standing there, he was having difficulty
23 breathing, which he verbalized, he was groaning in
24 pain, he had to be transferred by six police officers,
25 he had urinated and defecated on himself. Was that or

## Page 86

1 was that not a condition change from when he was at
2 the emergency room, able to walk, not complaining of
3 difficulty breathing, able to urinate and defecate in
4 the bathroom?
5      MS. LAPPEN: Objection. It misstates the
6 officer's prior testimony.
7      Go ahead and answer.
8 A Him being able to walk was prior to medication. And
9 his complaints of difficulty breathing were only after
10 the mask was placed on, which I know can be -- you
11 know, if you're claustrophobic at all, it can be
12 unnerving, but it doesn't inhibit breathing at all.
13 And most people that have one put on say that they
14 can't breathe. And he never said that he had trouble
15 breathing prior to that at any point.
16 BY MR. GENDE:
17 Q Once he said, "I'm having trouble breathing," and once
18 you observed that he had urinated and defecated on
19 himself, which was not a condition that would be
20 related to the Dilantin, you would agree that there
21 was a change in his physical condition, true?
22 A I didn't know if he had soiled himself based on loss
23 of control of bodily functions or if it was done
24 intentionally.
25 Q I understand that you don't know that. The question

## Page 87

1 is it is a change in his physical condition as to what
2 he was suffering while at the emergency room, correct?
3 A It could be.
4 Q But it was, was it not? I mean, we've established
5 that he hadn't urinated and defecated on himself in
6 the emergency room, correct?
7 A Correct.
8 Q And he was able to tell you in the emergency room, "I
9 have to go to the bathroom," and he was allowed to go
10 to the bathroom, correct?
11 A Correct.
12 Q And once he was at the station, he never expressed to
13 you, "Hey, I have to go to the bathroom," and was
14 denied. Is that true?
15 A True.
16 Q So, and we know that he hadn't urinated and defecated
17 on himself prior to getting to the station, correct?
18 A Correct.
19 Q And we know that before he was put in the cell, he
20 urinated and defecated on himself, true?
21 A True.
22 Q So that is definitively a change in physical condition
23 which you were unaware of was either voluntary or
24 involuntary, true?
25 A True.

## Page 88

1 Q And you did nothing to establish one way or the other
2 whether it was voluntary or involuntary.
3 A True.
4 Q You agree that if you identify a prisoner with a
5 serious medical condition, as stated in the prior
6 definition, you have an obligation under policies and
7 procedures to render aid, true?
8 A True.
9 Q Did you ever see Officer Jacks vomit on the night in
10 question?
11 A No, I didn't see her. She was ill I think --
12 Q You were aware -- Go ahead.
13 A -- from the Lysol I use on the handcuffs.
14 Q The Lysol you used on the handcuffs you believed
15 resulted in Officer Jacks vomiting?
16 A Yes.
17 Q You don't think it was from the smell of Mr. Perry's
18 urination and defecation?
19 A I don't know. I remember -- I remember her saying
20 that Lysol bothered her a lot, and she got -- was sick
21 from it.
22 Q Are you aware of any discussion that after Mr. Perry
23 was returned by you from the emergency room to the
24 booking area, he was dropped on his head?
25 A No.

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 23 of 48   Document 124-4

## Page 89

1  Q   You're not aware of that allegation?
2  A   No.
3  Q   Are you aware as to whether any other prisoners were
4      in the vicinity in the booking area or the holding
5      cells while Mr. Perry was being dealt with by yourself
6      and other MPD personnel?
7  A   I mean, the -- There's usually people in the jail so,
8      you know, I....
9  Q   Do you know a man who was being held at the time by
10     the name of Tyrone Evans?
11 A   No.
12 Q   Did you ever speak to Tyrone Evans after Mr. Perry
13     passed away?
14 A   No.
15 Q   Were you ever advised by any of the investigating
16     officers that Tyrone Evans gave a statement that he
17     saw transferring personnel by MPD drop Mr. Perry on
18     his head?
19 A   No.
20 Q   Did you see the spit mask placed on Mr. Perry?
21 A   Yes.
22 Q   Did you assist in that process?
23 A   No.  I was -- I believe I was holding him up at -- or
24     just keeping him upright.
25 Q   And you are sure that the spit mask was placed prior

## Page 90

1      to the six officers carrying him to the holding cell.
2  A   Yes.
3  Q   Was any medical screen done of Mr. Perry when you
4      returned him to the booking area at the Milwaukee
5      Police Department?
6  A   No.
7  Q   Are there any medical personnel on duty at the
8      Milwaukee Police Department?
9  A   No.
10 Q   In the event there's a medical emergency or somebody
11     is -- strike that.  In the event that there's a
12     medical emergency, what is the policy and procedure?
13 A   The jail supervisor calls for the fire department.
14 Q   In the event that somebody is suffering from a serious
15     medical condition, what is the policy and procedure?
16 A   Exactly the same.
17 Q   At what point are -- strike that.  If a prisoner is
18     suffering from a serious medical condition, is there
19     any policy and procedure in place for officers to
20     render first aid until medical personnel can arrive?
21 A   I think there is.
22 Q   And what is your thought in that regard?
23 A   To, within your training, do what you can.
24 Q   Are you trained on CPR?
25 A   Yes.

## Page 91

1  Q   Are you trained how to comfort somebody who is
2      suffering from a serious medical condition until
3      medical personnel can arrive?
4  A   Yes.
5  Q   Did you offer any comfort to Mr. Perry on the evening
6      in question?
7  A   No.
8  Q   Did you offer any first aid to him whatsoever?
9  A   No.
10 Q   Have you ever been trained on the concept that a
11     struggling and resistant person in custody can
12     indicate an immediate medical emergency as opposed to
13     a criminal act?
14 A   Yes.
15 Q   And when did you receive that training, sir?
16 A   I don't -- I don't know if it was an, you know, an
17     official training, but people have spoke of, you know
18     -- What was that called?  You know, as soon as you --
19     someone is in your custody you, you know, you take
20     them off their back, you put them on their side, or
21     you sit them up.  There was times in the past where
22     officers would stay on top of a prisoner, and that
23     would cause them to have difficulty breathing.
24 Q   The concept that I just spoke of, that somebody who is
25     struggling and resistant can be an indication of an

## Page 92

1      immediate medical emergency as opposed to a criminal
2      act, was that discussed before or after Mr. Perry died
3      in police custody?
4  A   It was probably in the academy, so before.
5  Q   Based on the training that you received in the academy
6      and considering the totality of the circumstances that
7      you observed and were involved with as relates to Mr.
8      Perry on the evening in question, did it ever cross
9      your mind that after Mr. Perry was discharged from the
10     emergency room that he may be suffering from a medical
11     emergency as opposed to faking some injuries or only
12     dealing with the effects of Dilantin?
13 A   No.
14 Q   What responsibility do you as a Milwaukee police
15     officer have to a person who is in your custody and
16     control as far as their physical well-being is
17     concerned?
18 A   To make sure that, you know, if there is a medical
19     concern, it's taken care of, that they go to the
20     hospital.  You know, that they can use the bathroom.
21     They're offered something to eat if they're in
22     custody.
23 Q   And tell me how you undertook that duty and
24     responsibility to Mr. Perry upon his discharge from
25     the emergency room.

| Page 93 |
|---|
| 1 A I can only do -- I mean, if someone is -- If it's |
| 2 under the pretense that someone is not cooperating, I |
| 3 can only do so much. So there really -- You know, |
| 4 given the situation, I made sure he was in a cell that |
| 5 didn't have objects that he could hit his head on or |
| 6 become injured with, and he was medically cleared at |
| 7 the hospital. |
| 8 Q Are you aware of any point in time prior to Mr. |
| 9 Perry's death when he was no longer in the custody of |
| 10 the Milwaukee Police Department? |
| 11 A I'm sorry. Can you say that again? |
| 12 Q Yes. Were you aware or do you have an understanding |
| 13 that at any point in time Mr. Perry was no longer in |
| 14 the custody of the Milwaukee Police Department prior |
| 15 to his death? |
| 16 A I don't think so. I mean.... |
| 17 (Exhibit 32 identified) |
| 18 Q I'm going to show you what we've marked as Exhibit No. |
| 19 32, MPD Bates No. 51. Have you ever seen this |
| 20 incident report before? |
| 21 A I may have. I'm -- I don't -- I may have read it. I |
| 22 don't -- It's not completely familiar. |
| 23 Q Under the "Narrative" portion, it documents, "Victim |
| 24 died on September 13th, 2010, at 9:21 p.m. while in |
| 25 the custody of the City of Milwaukee Police Department |

| Page 94 |
|---|
| 1 in the prebooking room at the Milwaukee County Justice |
| 2 Facility, 949 North 9th Street." Do you have any |
| 3 reason to dispute that documentation? |
| 4 A No. No, I don't. |
| 5 Q Did you ever tell anybody at the Milwaukee Police |
| 6 Department that Mr. Perry was combative? |
| 7 A Sometimes that -- I don't think I did. But sometimes |
| 8 that term is used very loosely for any prisoner that |
| 9 isn't completely cooperative. |
| 10 Q But you don't recall using that terminology as it |
| 11 relates to Mr. Perry, correct? |
| 12 A No. |
| 13 Q Did you ever discuss with Officer Jacks that she may |
| 14 have thought Perry was combative at some point in |
| 15 time? |
| 16 A I don't recall if I -- |
| 17 Q Do you -- |
| 18 A No. |
| 19 Q You don't recall her ever saying that to you, that he |
| 20 was combative? |
| 21 A No. |
| 22 Q And I'm sorry if I asked you this already. Are you |
| 23 aware of any compression or pressure holds ever being |
| 24 used on Mr. Perry after he was returned from the |
| 25 emergency room? |

| Page 95 |
|---|
| 1 A Yes. |
| 2 Q And tell me about your understanding in that regard. |
| 3 A While we were waiting -- While we were in the booking |
| 4 hallway waiting for a cell, one of the officers, Rick |
| 5 Bungert, used a compression hold. |
| 6 Q And tell me what you observed in that regard, and what |
| 7 was going on. |
| 8 A Well, we were waiting for the cell assignment, and |
| 9 Officer Bungert thought that -- he must have -- I |
| 10 can't say exactly what he was thinking, but that Mr. |
| 11 Perry was being resistive, and he used that in an |
| 12 attempt to counter his resistance. |
| 13 Q Was it your opinion at that point in time that Mr. |
| 14 Perry was being resistant? |
| 15 A In a very limited fashion. |
| 16 Q Did you agree with the compression hold being used? |
| 17 A No. |
| 18 Q Did you instruct the officer to stop that process? |
| 19 A He did it once, and then he didn't do it anymore. |
| 20 Q So there was no discussion after that. |
| 21 A No. |
| 22 Q Did you inform that officer of Mr. Perry's prior |
| 23 medical conditions leading up to his position on the |
| 24 floor on the date and time in question? |
| 25 A I think he had an idea. |

| Page 96 |
|---|
| 1 Q From you, or just generally? |
| 2 A The situation. |
| 3 Q Do you think that officer was overreacting to Mr. |
| 4 Perry at the time? |
| 5 A I don't know. I think, you know, based -- I don't |
| 6 know what he was thinking, and he may have had a |
| 7 different opinion of what was going on. I wouldn't |
| 8 have done it. |
| 9 Q Was anybody else holding onto Mr. Perry when this |
| 10 compression hold was being used? |
| 11 A I think there were some officers there. I don't know |
| 12 exactly where they were. |
| 13 Q Did Mr. Perry have a spit mask on at the time? |
| 14 A I don't remember if he had it on at that time or not. |
| 15 Q Was this before or after he had urinated and defecated |
| 16 on himself? |
| 17 A I don't know. |
| 18 (Exhibit 33 identified) |
| 19 Q I'm going to show you what we've marked as Exhibit No. |
| 20 33, Bates stamped MPD1032 and 1033. Have you been |
| 21 trained on the policies and procedures set forth in |
| 22 this document? Where it talks about arresting |
| 23 officer's responsibilities? |
| 24 A I've never seen this document before. |
| 25 Q Would you agree that under paragraph 1 at the top of |

## Page 97

1  the page it says, "Once arrested, the PO is
2  responsible for monitoring an arrestee's physical
3  condition"?
4  A  Yes.
5  Q  Tell me how you were monitoring Mr. Perry's condition
6  after he was released from the emergency room.
7  A  I mean, we were with him and we had been with him for
8  the medical clearance and, you know, his status was
9  roughly the same at the jail.  So, I mean, we were
10  with him and that's about it.
11  Q  Under the next paragraph, G, it states, "Throughout
12  the arrest, conveyance, and transport of prisoners
13  there is an overriding concern to monitor arrestee
14  health."  Did I read that correctly?
15  A  Yes.
16  Q  And did you have an overriding concern to monitor Mr.
17  Perry's health?
18  A  I mean, we were in his presence through the process.
19  So in that sense, we were monitoring him.
20  Q  The question is did you have an overriding concern to
21  monitor his health when you transferred him from the
22  emergency room back to the Milwaukee Police
23  Department?
24  A  No.  Once we left, I wasn't -- I mean, my concerns
25  were addressed.

## Page 98

1  Q  Do you think that it's an option as far as Milwaukee
2  Police Department policies and procedures are
3  concerned to either have or not have an overriding
4  concern for a -- strike that.  Do you think it is an
5  option according to Milwaukee Police Department
6  policies and procedures as to whether or not you as an
7  officer can have or not have an overriding concern to
8  monitor an arrestee's health?
9  A  Are you asking if the policy allows us to make a
10  choice?
11  Q  Correct.
12  A  No.
13  Q  It is not optional, correct?
14  A  No.  Correct.
15  Q  On the second page of the conveying officer's
16  responsibilities -- And by the way, you were a
17  conveying officer, correct?
18  A  Yes.
19  Q  That was your job, and according to police reports,
20  your only job on that evening, true?
21  A  True.
22  Q  Under the first paragraph, it states, "Once
23  transferred to conveying PO, he/she is responsible for
24  monitoring prisoner physical condition."  True?
25  A  True.

## Page 99

1  Q  Is that an option for a Milwaukee police officer?
2  A  No.
3        (Exhibit 34 identified)
4  Q  I'm going to show you what we've marked as Exhibit No.
5  34.  This is an interview of one of the persons in
6  custody on the night of Mr. Perry's death.  Have you
7  ever seen this report?
8  A  No.
9  Q  On the second page, first paragraph, the report
10  documents, "Tyrone Evans stated that there were
11  several police officers present when this was
12  occurring, relating that there were males and females
13  present and that he remembers one of the female
14  officers was Diaz-Berg.  Evans related that once the
15  officers got to the cell door, he observed the officer
16  on the right side of the male drop the male, causing
17  him to fall to the floor and hit his face."  Did I
18  read that correctly?
19  A  Yes.
20  Q  Where were you positioned of the six officers
21  transporting -- or transferring Mr. Perry from the
22  floor in the booking area to the holding cell?
23  A  I think I was on his right side.
24  Q  Is it possible that you might have dropped Mr. Perry?
25  A  No.

## Page 100

1  Q  As we sit here today, are you able to explain why a
2  inmate interviewed on the night in question would
3  report to a detective of the Milwaukee Police
4  Department that Mr. Perry was dropped?
5  A  No.
6  Q  You would agree that the blood coming out of Mr.
7  Perry's face that ended up on the spit mask could have
8  been the result of Mr. Perry being dropped during the
9  process in question?
10        MS. LAPPEN:  Objection.  Calls for
11     speculation.  Foundation.
12        Go ahead and answer, if you can.
13  A  He wasn't dropped while I was with him.  Bleeding can
14  result from many different things.
15  BY MR. GENDE:
16  Q  Were you aware that there was blood ultimately found
17  on Mr. Perry's spit mask?
18  A  No.
19  Q  Were you aware that there was blood found on his
20  T-shirt?
21  A  No.
22  Q  Were you aware that there was blood found in his groin
23  area?
24  A  No.
25  Q  Based on your experience with Mr. Perry on the night

## Page 101

1  in question, are you able to explain or offer any
2  explanation as we sit here today why there was blood
3  in Mr. Perry's spit mask, on his shirt, and in his
4  groin area?
5  A  No.
6      MR. GENDE: I think I'm done. I'm going to
7      take a moment to review my notes. We may or may
8      not go back on the record. Thank you.
9      THE REPORTER: Off the record.
10     MR. LARSON: I've got a few -- I've got a
11     few questions.
12     MR. GENDE: You want to do them now?
13     MR. LARSON: Sure.
14     MR. GENDE: Okay.
15     THE REPORTER: Let's go off for a second.
16     (Off the record 1:14 - 1:17)
17     THE REPORTER: We're back on the record.
18  BY MR. GENDE:
19  Q  Officer, did you ever watch any of the police videos
20     while Mr. Perry was at the MPD?
21  A  Yes. I watched one for some investigation about
22     something I think the lieutenant said while we were
23     there. It was basically of us carrying him to the
24     jail cell.
25  Q  Did you ever hear any officer, either on the tape that

## Page 102

1  you watched or when you were personally present, tell
2  Perry they were going to treat him like they would
3  treat somebody in prison?
4  A  Yes.
5  Q  Who did you hear say that?
6  A  Lieutenant Robbins.
7  Q  And in what context did he say that? Where was Perry
8     at when that occurred?
9  A  We were kind of at the end of the hallway. I didn't
10    know he said it until it was -- I was brought and they
11    asked me about it at that point.
12  Q  So you didn't hear Lieutenant Robbins say that, but
13    you were informed by investigating detectives that he
14    said it?
15  A  Correct.
16  Q  And what were you asked in that regard?
17  A  If I heard it, and then what I thought.
18  Q  And what did you think?
19  A  I said I definitely wouldn't have said that.
20  Q  You thought that was not the way to treat somebody who
21    appeared at least to be in significant physical
22    distress?
23  A  I just -- I didn't think it was appropriate in any
24    context.
25  Q  Did you ever observe Lieutenant Robbins do any type of

## Page 103

1  assessment of Mr. Perry?
2  A  No.
3  Q  Can you explain as we sit here today what Mr. Robbins
4     -- I'm sorry -- Lieutenant Robbins did as the
5     supervisor in charge who is most responsible for
6     prisoner health and safety did on the night in
7     question as it relates to Mr. Perry?
8  A  Usually, they have an officer do cell checks every --
9     I don't know if it's 10 or 15 minutes. But him
10    personally? No, I can't say.
11  Q  Okay. So Lieutenant Robbins, you would agree, was the
12    supervisor on the scene, correct?
13  A  Yes.
14  Q  And at least as it relates to all the other Milwaukee
15    police officers onsite at the time, he was the one
16    primarily in charge, true?
17  A  Yes.
18  Q  He had the ultimate responsibility for prisoners'
19    health, welfare, and safety, correct?
20  A  Yes.
21  Q  And what are you aware of that he did on the night in
22    question as it relates to protecting Mr. Perry's
23    health, welfare, and safety?
24  A  I can't think of anything.
25  Q  Did you see on the videos Lieutenant Robbins walking

## Page 104

1  down the hallway at one point, observing Mr. Perry on
2  the floor, immediately turning around and laughing
3  into the camera, or at least laughing and it was
4  caught on camera?
5  A  No, I never saw that.
6  Q  So you have no idea what Lieutenant Robbins may be
7     laughing about as it relates to Mr. Perry being on the
8     floor surrounded by police officers?
9  A  No, I had no idea that happened.
10  Q  In your opinion, do you think that is appropriate for
11    a supervising police personnel?
12     MS. LAPPEN: Objection. It's vague, and
13     foundation.
14     Go ahead and answer.
15  A  No.
16  BY MR. GENDE:
17  Q  Do you personally know Lieutenant Robbins?
18  A  No.
19  Q  Did you ever hear any other police officers or
20    personnel say during the course of Mr. Perry's stay in
21    the booking area or in the holding cell that he was
22    faking?
23  A  Yes.
24  Q  Who did you hear say that?
25  A  I'm not 100 percent sure.

## Page 105

1  Q  And when you heard somebody who was MPD personnel say
2     that, what, if anything, did you respond or do?
3  A  Nothing.
4  Q  And, again, I apologize if I asked you this question,
5     but I need to be clear.  As a former EMT -- And what's
6     "EMT" mean?
7  A  Emergency medical technician.
8  Q  -- and paramedic, were you trained in assessing
9     physical conditions of patients?
10 A  Yes.
11 Q  And you were trained in observing whether or not such
12    physical condition may be deteriorating or improving,
13    correct?
14 A  Correct.
15 Q  You would agree that whatever condition Mr. Perry was
16    suffering from after he was released from the
17    emergency room and upon his return to the Milwaukee
18    Police Department facility, it was no longer seizure
19    activity, correct?
20 A  Correct.
21    MR. GENDE:  I don't think I have anything
22    further at this time.  Thank you.
23    MR. LARSON:  Just a few questions.
24    And those are the exhibits?
25    MS. LAPPEN:  Yes.

## Page 106

1     MR. LARSON:  Okay.  Can you put them by the
2     witness, please?  Thank you.
3     E X A M I N A T I O N
4  BY MR. LARSON:
5  Q  Officer Kroes, I indicated earlier, I represent Dr.
6     Coogan.
7  A  Okay.
8  Q  You mentioned Dr. Coogan by name in your interview...
9  A  Yes.
10 Q  ...that was marked as Exhibit No. 30.  Did you know
11    Dr. Coogan at all before?
12 A  Not personally, but I was familiar with him.
13 Q  Okay.  You're familiar with him as an emergency room
14    physician at Aurora Sinai?
15 A  Yes.
16 Q  All right.  If you look at Exhibit 30, which is your
17    interview, I believe.  And make sure I'm looking at
18    the same thing.  It's three pages?
19 A  Yes.
20 Q  Can you tell me when did the interview take place?
21 A  I would say it would have to be at sometime probably -
22    - I would say after 11:00 p.m. on that day.
23 Q  I mean, is there something -- When you look at the
24    "Administrative Information" portion --
25 A  Yeah.

## Page 107

1  Q  -- does that tell us when the interviewed occurred?
2  A  Which part?
3  Q  Well, see where it's labeled "Administrative
4     Information" above?
5  A  Yeah.  No.  That's -- Sometimes that's when whoever is
6     writing the report, when they, you know, they sign in
7     and they open the report up.  And whatever time it is
8     goes in that box.
9  Q  So, I mean, am I correct, though, that this document -
10    - it looks like it was recorded at 5:26 a.m. on the
11    14th?
12 A  Yes.
13 Q  So that's when the actual typed portion would have
14    been entered?
15 A  I don't know if they -- A lot of the detectives do
16    dictation, they don't write the reports themselves.
17    So I don't know if that's when that happened or
18    exactly, you know, what happened at that time.
19 Q  And one thing I want to be clear about from your
20    report, when you look here, if you go to the second
21    page a little more than halfway down, see where it
22    says, "Becky told the officers that the I.V. would
23    take 30 minutes"?
24 A  Yes.
25 Q  And then the next sentence starts with, "After that,

## Page 108

1     Perry would be released."  And then it says, "Again,
2     Perry asked to use the bathroom."  Am I correct in
3     interpreting this that the I.V. of the Dilantin took
4     30 minutes?
5  A  Yes.
6  Q  And then it was after he received the 30-minute I.V.
7     of Dilantin he asked to use the bathroom again.
8  A  Yes.
9  Q  So then all of the subsequent things that you're
10    talking about, seemed very tired, much more difficult
11    time walking, a hard time keeping his balance, that
12    was all after he had received the I.V. of Dilantin.
13 A  Yes.
14 Q  You mentioned Dr. Coogan by name at the beginning, at
15    the part of the examination, correct?
16 A  Yes.
17 Q  Did you ever see Dr. Coogan again, physically, after
18    that?
19 A  After his examination?
20 Q  Yes.
21 A  No.  I don't think so.
22 Q  Okay.  And you said you hadn't seen the medical
23    records --
24 A  No.
25 Q  -- prior to today?

Page 109

1   A   No.
2   Q   What I --
3   A   I have not seen them.
4   Q   All right. So if the medical records document that
5       Dr. Coogan transferred the care of Mr. Perry to
6       another physician at 1720, which would be 5:20 in the
7       afternoon...
8   A   Mm-hmm?
9   Q   ...you would have no reason to dispute that?
10  A   No, I would have no idea that that happened.
11  Q   Okay. And Mr. Perry wasn't discharged until,
12      according to the records, 1848, which would be quarter
13      to 7:00?
14  A   Okay.
15  Q   Is that correct?
16  A   Yeah. That's about the right time.
17  Q   Now, Ms. Jacks, the interview portion, at least what
18      I've seen, she indicated that she did not see any
19      signs of trauma on Mr. Perry when he was transported
20      to the E.D.
21  A   Okay.
22  Q   Is that consistent with your recollection?
23  A   I never looked.
24  Q   All right. And so if Bell Ambulance also documented
25      that there was no trauma or injury from the seizure

Page 110

1       when they transported him to Sinai's emergency
2       department, you'd have no basis for disputing that,
3       correct?
4   A   No. I mean, we --
5   Q   What I said is correct?
6   A   Yeah. It was my -- And whether it was right or wrong,
7       it was my understanding when we started that he had
8       had a seizure and hit his head. I don't know if that
9       in fact was the case, but....
10  Q   But if Bell documented there was no trauma or injury,
11      do you have any personal knowledge to dispute the
12      accuracy in that?
13  A   No.
14  Q   And then if I'm reading your interview, if you go to
15      the third page, if I'm reading this accurately -- And
16      can you tell me, what's the PPS?
17  A   That's the City jail. That's the -- It's "Prisoner
18      Processing Section."
19  Q   So is that the booking area you're talking about --
20  A   Yes.
21  Q   -- or is that somewhere else?
22  A   That's the booking area and the bullpen and the
23      individual jail cells.
24  Q   All right. So if I'm looking at the third page, tell
25      me if I'm getting the chronology wrong here.

Page 111

1   A   Okay.
2   Q   You're in the garage, and am I reading that the spit
3       mask was placed on him while he was in the garage?
4   A   No. That was in the booking room.
5   Q   Okay. And if we go to the last paragraph, it says,
6       "Perry urinated on himself during the struggle at
7       PPS."
8   A   Okay.
9   Q   Is that your recollection?
10  A   Yes.
11  Q   And by "PPS," you meant in that screening area?
12  A   Right. In the hallway.
13  Q   And the struggle you're describing was what?
14  A   His uncooperativeness or his limited resistance.
15  Q   And that occurred in the screening area.
16  A   Yeah, in -- yes.
17  Q   All right. There's no mention in this report of him
18      defecating him-- at that point in time or any time
19      before that, correct?
20  A   No, I don't see that.
21  Q   Now, at the time you were interviewed, you knew that
22      Mr. Perry had died?
23  A   Yes.
24  Q   You didn't know from what.
25  A   No.

Page 112

1   Q   Has anyone ever informed you as to the cause of death?
2   A   Officer Jacks told me it was from a heart attack. I
3       don't know where she learned that from.
4   Q   At the time that you gave this interview, were you
5       assuming that the Dilantin or the seizuring had some
6       connection with the cause of death?
7           MR. GENDE: Objection. It calls for
8       speculation.
9   A   I wasn't sure what the cause was.
10  BY MR. LARSON:
11  Q   And just so I'm clear, you never or Officer Jacks
12      never communicated any concerns to Dr. Coogan
13      personally that there was something other than his
14      seizure activity that needed to be addressed?
15  A   We spoke with Becky Potterton and asked her if the
16      doctor could come, whoever the doctor was, I guess,
17      could come back in and just kind of double-check that
18      his -- that he was okay.
19  Q   Right. My question is, you never expressed any
20      concern directly to Dr. Coogan that there was
21      something other than the seizure activity as an issue
22      with Mr. Perry while you were in the emergency
23      department on September 13th.
24  A   No, nothing specific.
25          MR. LARSON: That's all I have. Thanks.

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 29 of 48   Document 124-4

## Page 113

1     MR. JOHNSON: I have a couple.
2     THE REPORTER: Mr. Johnson.
3         E X A M I N A T I O N
4  BY MR. JOHNSON:
5  Q   Officer Kroes, I introduced myself this morning, and I
6     represent Aurora Sinai Medical Center. You have a
7     copy of the incident report concerning your interview
8     in front of you?
9  A   Yes.
10  Q   And on page 2, if you could go to the bottom
11     paragraph, there's a sentence that says, "The nurses
12     said Perry was faking." Do you see that?
13  A   Mm-hmm.
14  Q   Do you know how many nurses said Mr. Perry was faking?
15  A   There was Becky Potterton, and there was one other,
16     but I don't know who that was.
17  Q   Can you describe him or her?
18  A   It was a white female, roughly like 30. I don't
19     remember. Maybe darker hair. That's all I really --
20     I don't know if even the hair is right. I don't
21     remember exactly.
22  Q   Prior to the date in question, did you know Nurse
23     Potterton?
24  A   I used to work with her.
25  Q   Where did you work with her?

## Page 114

1  A   At St. Luke's South Shore.
2  Q   Can you recall any other statements made by Nurse
3     Potterton relative to her perception of Mr. Perry's
4     condition?
5  A   No.
6  Q   Other than Ms. Potterton saying that Mr. Perry was
7     faking, do you recall her saying anything else about
8     his condition to you?
9  A   That it was from the medi-- It was a result of the
10     medication.
11  Q   Other than the faking and the condition being the
12     result of the medication, do you recall her saying
13     anything else to you about his condition?
14  A   No.
15  Q   So we've covered everything you recall Nurse Potterton
16     saying to you about her perception of Mr. Perry's
17     condition.
18  A   Yes.
19  Q   Do you have any knowledge as to what conversation
20     transpired between Nurse Potterton and any physician
21     relative to Mr. Perry?
22  A   No.
23  Q   I think you testified, and correct me if I'm wrong,
24     but it was your understanding that Nurse Potterton had
25     spoken to a physician, and then she relayed the

## Page 115

1     physician's findings to you prior to discharge?
2  A   Yes. She said she was going to go talk to the doctor.
3  Q   Whether or not she did, you don't know, fair?
4  A   Correct. I never -- She exited the room and she went
5     to the -- where the physician's office, I guess you
6     could call it, was. But I never left the room to see
7     where she ended up.
8  Q   On how many occasions did Nurse Potterton say to you
9     that she thought Mr. Perry was faking?
10  A   I would say it was all, you know, at the time of
11     discharge.
12  Q   So this was all following the administration of the
13     Dilantin via I.V.?
14  A   Yes.
15  Q   Same question for the other nurse that you don't
16     remember. Did all those conversations about faking
17     take place after the administration of Dilantin?
18  A   Yes.
19  Q   Other than those two nurses, do you recall anyone else
20     at the hospital saying that Mr. Perry was faking?
21  A   No.
22  Q   Have you spoken to Ms. Potterton since the date of
23     this incident?
24  A   No.
25  Q   Have you spoken to anyone at Aurora Sinai Medical

## Page 116

1     Center about Mr. Perry since the day of the incident?
2  A   No.
3  Q   Do you have Exhibit 28?
4  A   Yes.
5  Q   And are those the medical records?
6  A   Yes.
7  Q   You were asked some questions about entries occurring
8     on pages 17 to 19, if you can turn to that document?
9     Do you know who authored that document, and I believe
10     it's a three-page document that begins on page 17?
11  A   No.
12  Q   Do you know when it was authored or written?
13  A   No.
14  Q   Did you ever report to anyone at Aurora Sinai Medical
15     Center that you believed Mr. Perry had sustained a
16     seizure and had bumped his head?
17  A   I did not. But the -- I recall the ambulance -- the
18     EMTs saying that to whoever took the report from the
19     ambulance.
20  Q   Do you recall in your training or education as an EMT
21     or a paramedic learning about the side-effects of
22     Dilantin?
23  A   Mostly related to, you know, obviously it stopped
24     seizures, and it can make you tired.
25  Q   Do you have an understanding, or did you back then, as

| Page 117 |
|---|
| 1  to what would be considered a therapeutic range of |
| 2  Dilantin? |
| 3  A  No. |
| 4  Q  Any idea as to what the onset time of Dilantin would |
| 5  be? |
| 6  A  I don't know. |
| 7  Q  At the outset of your testimony, you indicated that |
| 8  you and Officer Jacks expressed your objections at the |
| 9  hospital and you didn't think they were fully |
| 10  addressed.  Can you explain that for me? |
| 11  A  Well, we just mentioned how we thought it was odd that |
| 12  he was acting the way he was and, you know, he |
| 13  wouldn't -- he came in walking and now he wasn't |
| 14  walking.  And we just found that to be odd that -- But |
| 15  they -- We were assured it was as a result of the |
| 16  medication. |
| 17  Q  And after receiving those assurances, that's when you |
| 18  determined it was okay to transport him back to the |
| 19  jail? |
| 20  A  Yes. |
| 21  Q  Have you served in the military? |
| 22  A  Yes. |
| 23  Q  That's what the -- It says "Army" on your -- |
| 24  A  Yes. |
| 25  Q  When did you serve? |

| Page 118 |
|---|
| 1  A  In -- From 2003 to 2007. |
| 2  Q  And what was the nature of your service? |
| 3  A  I was a Paladin Howitzer mechanic. |
| 4  Q  Any overseas? |
| 5  A  No. |
| 6  Q  Okay. |
| 7       MR. JOHNSON:  Thanks.  That's all I have. |
| 8       MR. LARSON:  Actually, I have one follow-up |
| 9  with that. |
| 10       E X A M I N A T I O N |
| 11  BY MR. LARSON: |
| 12  Q  Maybe I misunderstood you.  You were just asked -- You |
| 13  never gave a history of Mr. Perry hitting his head to |
| 14  anyone in the emergency department at Aurora St. |
| 15  Luke's, correct? |
| 16  A  No. |
| 17  Q  I'm sorry.  Aurora Sinai? |
| 18  A  No, I didn't. |
| 19  Q  All right.  And if you look at the beginning of page |
| 20  28 -- I'm sorry -- of Exhibit 28?  If you flip through |
| 21  the first couple of pages, you see where there's a |
| 22  Bell Ambulance report? |
| 23  A  Yes. |
| 24  Q  Okay.  And if the information contained in that report |
| 25  is that there is no history of trauma or injury with |

| Page 119 |
|---|
| 1  the seizure, do you have any basis to say that any |
| 2  different information was given to the emergency room |
| 3  personnel? |
| 4  A  No. |
| 5       MR. LARSON:  That's all I have. |
| 6       E X A M I N A T I O N |
| 7  BY MR. GENDE: |
| 8  Q  Mr. Larson, the attorney in the very nice lavender |
| 9  shirt had asked you on his first round of questioning |
| 10  some inquiries about faking.  In any event, did you |
| 11  ever determine that the resistance or the limited |
| 12  resistance that Mr. Perry undertook was "faking"? |
| 13  A  No. |
| 14  Q  Was he faking limited resistance? |
| 15  A  I -- I don't -- I don't know.  I don't think you can |
| 16  fake resistance. |
| 17  Q  Was he faking noncooperation? |
| 18  A  I don't think so. |
| 19  Q  So those things you were sure he was actually not |
| 20  faking.  The others you're unsure of? |
| 21  A  I'm not sure. |
| 22  Q  So you don't know what he was faking or not faking? |
| 23  A  No. |
| 24  Q  You don't even know if he was faking. |
| 25  A  No. |

| Page 120 |
|---|
| 1       MR. GENDE:  Okay.  I've nothing further. |
| 2  Thanks. |
| 3       THE REPORTER:  Okay.  There being no further |
| 4  questions, the deposition is concluded at 1:41 |
| 5  p.m.  Off the record. |

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 31 of 48   Document 124-4

**A**

able 20:5 21:9,14
21:19,21,23
22:9 26:11
47:20 50:16
51:17 59:19
63:10 66:19
70:20 79:5
85:18 86:2,3,8
87:8 100:1
101:1
academy 9:21
12:1 92:4,5
accept 41:19
52:24
accepted 24:22
accident 44:14,17
accuracy 110:12
accurate 58:20
59:7
accurately 110:15
act 91:13 92:2
acting 11:7 22:12
32:19 46:21
117:12
actions 51:25
actively 22:4
activity 49:9
105:19 112:14
112:21
actual 107:13
addressed 10:24
10:25 63:19
97:25 112:14
117:10
adhere 81:9
administer 17:6
administration
69:16 115:12,17
Administrative
106:24 107:3
admit 81:5
advised 19:14
47:13 89:15
advising 39:25
affiliated 28:11

afternoon 109:7
ago 8:3
agree 38:16 39:11
42:20 43:13
45:12 49:8
50:15 51:9,13
51:16 54:4 68:8
68:17 70:3
77:22 80:22
83:15 84:13
86:20 88:4
95:16 96:25
100:6 103:11
105:15
ahead 18:7,23
30:1 32:18
36:14 43:10
45:18 49:13
50:22 63:5
64:16 69:23
75:6 76:2 78:4
86:7 88:12
100:12 104:14
aid 80:11 88:7
90:20 91:8
alcohol 21:3
alert 45:3,9,11
46:2 59:3
alertness 44:4
alive 33:18,19
allegation 89:1
allow 5:13
allowed 87:9
allows 98:9
ambulance 12:8
12:11,12 15:12
19:20 20:1,13
21:5,8 37:10
39:7 59:4
109:24 116:17
116:19 118:22
ambulate 21:9,14
52:3 53:16
66:19 85:18
amounts 16:1
answer 5:6,14

17:22 24:22
36:14 50:22
69:23 75:6 76:2
78:4 86:7
100:12 104:14
answered 51:1
answers 5:9 57:2
Anthony 8:12
anybody 7:5
28:11 49:2,3
53:22 62:10
69:15 71:16
73:16,20 79:23
94:5 96:9
anymore 95:19
apologize 105:4
appear 20:20,25
24:2
appearance 5:20
appeared 77:13
77:17,19 84:24
102:21
applying 74:1
approached 48:6
appropriate
43:19 45:9,19
46:15 102:23
104:10
approximate 19:3
approximately
19:6
area 47:23 48:25
49:25 52:24
72:8,9,11 74:17
77:20,24 82:13
85:21 88:24
89:4 90:4 99:22
100:23 101:4
104:21 110:19
110:22 111:11
111:15
arm 60:21
arms 66:18
Army 117:23
arrest 6:5 20:19
64:19 81:22

97:12
arrested 20:9
59:2 69:11
81:20 97:1
arrestee 97:13
arrestee's 97:2
98:8
arresting 41:16
96:22
arrive 90:20 91:3
arrived 17:16
18:2 45:23
46:15 47:16
51:8 73:8
arriving 23:11
asked 20:8 56:25
59:1 74:9 94:22
102:11,16 105:4
108:2,7 112:15
116:7 118:12
119:9
asking 10:1 98:9
asleep 62:15
assess 21:3
assessing 105:8
assessment 43:17
43:22 45:12,16
103:1
assignment 58:20
95:8
assist 62:17 89:22
assistance 13:17
52:4 60:25
assistant 25:13
Assisted 45:7
assume 5:6 56:1
84:9
assumed 55:13
82:19
assuming 39:8
112:5
assumption 54:17
assurances
117:17
assured 11:6
24:25 53:12

117:15
asthma 76:16,16
76:21
attack 15:25
76:17 112:2
attacks 76:22
attempt 5:2,14
32:1 80:11,16
95:12
attempting 16:7
16:24 62:12
attended 12:22
attention 35:8
50:1,6,9,12
52:25 53:14
attorney 6:19,24
7:11,21 14:1
25:13,18 56:1
119:8
Attorneys 1:6
2:21
attorney's 26:1
50:25
audio 25:17 26:4
26:5,6
Aurora 3:5 4:8
31:21 53:5
106:14 113:6
115:25 116:14
118:14,17
authored 116:9
116:12
authority 82:9
avoid 10:16
awake 15:13
17:22
aware 20:16
28:11 29:16
40:5 41:7,13,24
43:2,5 46:23
53:3 54:15
74:15 77:10
81:11 88:12,22
89:1,3 93:8,12
94:23 100:16,19
100:22 103:21

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 32 of 48   Document 124-4

Ayala 47:19
a.m 107:10

**B**
back 20:1,13 22:6
22:8,14,23
23:12,20 24:9
25:9 26:11,18
26:19,21 27:3
31:1 33:7 37:10
45:8,13 47:11
50:18 52:7,13
53:15,17 55:5
62:15 63:22,23
68:14,15 71:12
72:1 78:25
91:20 97:22
101:8,17 112:17
116:25 117:18
background
12:21
bad 76:16,17
bag 22:2 63:9
balance 53:25
62:5 108:11
based 14:24 16:2
16:6,13,19 18:8
25:2 32:15 36:7
36:8 40:2 42:14
43:21 44:8
48:18 50:25
51:20 52:16
53:14,18 57:1,1
57:3,17 58:15
61:17 65:11
69:25 86:22
92:5 96:5
100:25
baseline 28:4
basically 101:23
basis 8:8 110:2
119:1
Bates 4:13 37:20
37:23 39:11
42:4 44:23 45:6
49:5 56:8 80:24

81:15 93:19
96:20
bathroom 19:1
20:11 21:16,17
59:14,15 61:6
85:14 86:4 87:9
87:10,13 92:20
108:2,7
bear 62:21
Becky 14:16
63:20 107:22
112:15 113:15
bed 15:15 60:16
60:20,21
began 63:13
beginning 12:15
108:14 118:19
begins 116:10
behalf 2:6,12,18
2:24 3:5,11,17
belief 46:14 64:4
believe 8:3 11:19
11:21 16:19
24:19 26:5 27:2
40:6 47:18
48:15 50:25
51:2 52:8 60:9
60:21 64:7
66:16 67:2
68:22 73:17,19
73:24 89:23
106:17 116:9
believed 16:23
25:1 32:12
65:21 88:14
116:15
Bell 12:8,11,12
109:24 110:10
118:22
bench 47:25 48:2
53:18 66:9
best 15:24 35:21
39:2
better 61:17
beyond 12:1
28:18

bicycles 8:21
bit 12:24
blackouts 57:9
bleeding 72:14
100:13
blood 27:12 72:12
72:21,23 77:13
77:17,19,22,23
77:23 100:6,16
100:19,22 101:2
**Bluemound** 2:10
bodily 68:19
70:12,19 86:23
body 19:15 28:5
48:4 72:12
77:24
**Bohl** 2:14 54:19
**Bonville** 3:8
booked 56:24
booking 56:25
72:9,11 74:17
82:13 85:21
88:24 89:4 90:4
95:3 99:22
104:21 110:19
110:22 111:4
**Borgelt** 3:14
bothered 88:20
bottom 43:6
49:19 58:25
113:10
box 107:8
break 55:25 56:3
56:3 61:12
71:22 72:2
breathe 74:22
75:22 79:22
80:1 83:22,24
84:3,7 86:14
breathing 27:13
61:8,20 64:11
70:22 74:13,19
74:24 75:4,17
75:24 76:10,12
76:19,23 78:15
78:20 79:2,23

80:2 84:23
85:16,23 86:3,9
86:12,15,17
91:23
brief 72:2
bring 24:8 47:14
**Broadway** 1:7
2:22
brought 31:1
47:22 55:5
63:23 102:10
bull 72:7
bullpen 19:23
72:6 110:22
bumped 116:16
bumps 27:5
**Bungert** 73:25
95:5,9
bureau 34:12
36:17
bus 81:23

**C**
C 2:1
call 11:23 19:22
23:20 34:15
58:23 72:6
83:25 115:6
called 23:15,16
33:24 34:2
47:10,14 65:6
72:5 91:18
calling 24:16
calls 34:10 90:13
100:10 112:7
call-in 22:24
camera 104:3,4
capacities 12:10
capacity 27:15
car 8:23 22:6
23:14 26:12
34:3 44:14 45:8
45:9,13 52:8
care 37:4 49:16
92:19 109:5
careful 49:22

carried 21:12
47:6 66:12,14
66:14,17 71:3
carry 23:21 46:22
47:11
carrying 67:6
90:1 101:23
case 75:11 110:9
cases 64:19
caught 104:4
cause 67:19 69:16
83:17,17 91:23
112:1,6,9
causing 65:23
99:16
cell 66:12 67:7,24
69:7 70:5 71:1,3
71:4 72:11,18
73:13 74:10,18
77:15 78:22
84:21 87:19
90:1 93:4 95:4,8
99:15,22 101:24
103:8 104:21
cells 69:13 89:5
110:23
**Center** 113:6
116:1,15
certain 16:17,25
38:15 65:22
85:19
certainly 30:8
70:6
certification
31:20
change 14:22,25
15:4,9 16:21
21:23 45:22
70:6 77:25 86:1
86:21 87:1,22
changed 61:24
**Chaquila** 56:16
charge 23:8 82:7
103:5,16
charges 81:21
**Charles** 2:14

check 20:12,23
  26:19 27:6,9
  28:6,16 66:24
  71:12 80:3,5,7
checked 14:21
  20:15 28:8,12
checking 27:15,23
  28:18
checks 103:8
Chief 75:10,14,19
choice 98:10
choose 69:14
Christopher 2:8
chronology
  110:25
circle 44:9
circumstances
  65:13 76:14
  92:6
City 1:6 2:21,24
  12:6 17:20
  93:25 110:17
CJF 10:19 81:22
  81:24
clarification
  18:14
class 12:19,23
claustrophobic
  86:11
clean 54:24
clear 5:3,15 23:18
  49:7 51:2 105:5
  107:19 112:11
clearance 40:10
  97:8
cleared 33:2
  40:11 46:18,20
  47:2 48:7 93:6
Close 19:13
closed 79:13
clothing 72:24
coherent 20:20
  59:12 69:2 74:7
  76:23
cold 8:23
college 12:23

Coma 44:11,21
combative 15:20
  15:24 16:2
  57:12 94:6,14
  94:20
come 19:19 23:21
  27:20 34:11
  47:14 63:21
  112:16,17
comes 81:24
comfort 91:1,5
coming 46:21
  47:12 100:6
common 62:6
  75:15,20
communicate
  20:5
communicated
  112:12
communication
  23:4
Compensation
  3:17
complain 76:10
  85:15
complained 79:21
  80:1
complaining
  75:22 86:2
complaints 86:9
complete 37:6
completed 12:18
  37:15 38:3,16
  41:18 81:23
completely 16:10
  93:22 94:9
completing 13:12
  37:14 38:23
compression
  94:23 95:5,16
  96:10
computer 23:1
concept 91:10,24
concern 10:24
  24:1 25:7 32:5
  36:2,7 63:18

71:14 92:19
  97:13,16,20
  98:4,7 112:20
concerned 24:18
  27:21 67:14
  78:10 92:17
  98:3
concerning 113:7
concerns 10:25
  11:12,17 23:15
  25:2,10 32:24
  33:4 46:1,13
  97:24 112:12
concluded 120:4
condition 11:4,7
  14:23,25 15:4,9
  16:8,14 17:17
  21:24 24:18,23
  25:4,10 26:20
  29:22 30:3 32:7
  39:18,25 42:18
  42:24 44:8
  45:22 53:18
  61:16 63:2
  65:20 70:3,7
  77:25 83:12,14
  83:15,16 84:14
  85:1,5 86:1,19
  86:21 87:1,22
  88:5 90:15,18
  91:2 97:3,5
  98:24 105:12,15
  114:4,8,11,13,17
conditions 66:2
  70:16 95:23
  105:9
conduct 34:12
  58:11,15 81:7
conducted 34:16
confused 50:5
  51:21,24 84:24
confusion 50:12
  69:7
connection 112:6
conscience 9:3
conscious 14:19

79:15
consider 44:19
  52:18 53:13
considered 117:1
considering 37:10
  92:6
consistent 33:15
  109:22
constant 83:19
contact 21:7
  56:21 66:11
contained 118:24
context 102:7,24
continued 33:10
  68:8
continuing 52:12
control 48:4
  68:18 70:12
  86:23 92:16
conversation
  22:20 24:14
  30:25 31:6,12
  35:1,10,21
  59:12 114:19
conversations
  9:16 10:12
  13:25 22:9 30:8
  30:11 47:4
  115:16
conveyance 97:12
conveyances 37:5
conveying 98:15
  98:17,23
Coogan 3:11
  106:6,8,11
  108:14,17 109:5
  112:12,20
cooperating 14:20
  93:2
cooperative 15:15
  15:16,19 30:5
  94:9
coordination
  53:25
copy 29:5,6,7,9,11
  29:14,14 31:20

40:21 113:7
Corey 1:2 4:23
corner 37:20
correct 8:7 24:12
  30:9,21 32:13
  32:24 33:8 38:4
  38:5,17 39:13
  40:16,24 42:18
  42:25 46:10
  48:3,4,5,8,9
  49:11,17 50:1,6
  50:7,9,10,13,14
  51:4,5,6,11,12
  51:22 53:1,7,8
  54:5 57:6,9,11
  57:12,14,15,16
  58:1,5 59:5
  60:14,15 61:14
  61:15 62:11,13
  62:14,16,21,22
  62:24 63:1,11
  63:12,13,14,17
  64:7 67:25 68:1
  68:3,9 69:21
  70:24,25 71:5
  71:10,11 74:7
  81:7 82:21,24
  84:14 85:10,11
  85:19 87:2,6,7
  87:10,11,17,18
  94:11 98:11,13
  98:14,17 102:15
  103:12,19
  105:13,14,19,20
  107:9 108:2,15
  109:15 110:3,5
  111:19 114:23
  115:4 118:15
correctly 27:3
  45:10 82:10
  97:14 99:18
counsel 4:16
counseling 10:6
counter 95:12
County 2:18
  10:18 40:25

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 34 of 48   Document 124-4

41:16,19 94:1
couple 41:18
  47:14 62:3
  113:1 118:21
course 34:21
  42:13,17 58:3
  104:20
courses 13:18
court 1:12 5:10
covered 114:15
CPR 28:19 90:24
criminal 91:13
  92:1
cross 92:8
Crystal 6:9 7:6
  17:14 23:16
  24:3,11 33:24
cuffs 71:7
current 9:11,12
  9:15
currently 13:1
custody 6:5 28:14
  34:25 35:11
  75:3,22 91:11
  91:19 92:3,15
  92:22 93:9,14
  93:25 99:6

**D**

D 3:13 4:1
danger 78:8
darker 113:19
date 7:17 14:14
  80:22 95:24
  113:22 115:22
day 8:8 58:20,24
  83:14 106:22
  116:1
dead 33:17
deal 24:9 27:17
dealing 92:12
dealt 6:6 89:5
death 5:1 6:5 7:10
  7:11 8:17 9:2,13
  10:7,11 14:1
  32:8 34:15

35:11,15 36:2
  80:24 81:3 93:9
  93:15 99:6
  112:1,6
deaths 8:24
December 7:2
decide 16:12
defecate 69:17
  86:3
defecated 67:3,18
  68:11 71:17
  73:4,7 76:25
  84:12,22 85:12
  85:25 86:18
  87:5,16,20
  96:15
defecates 68:18
defecating 111:16
defecation 70:5
  70:11 77:24
  88:18
Defendants 2:18
  2:24
defined 83:16
definitely 102:19
definition 16:3
  78:9 83:10 88:6
definitively 87:22
Delafield 12:8,13
denied 87:14
department 12:8
  13:10,18 19:16
  22:7,25 25:19
  28:12 35:19
  36:21 37:13
  38:21,25 39:5
  39:18,25 40:15
  40:20,21 41:9
  42:1 45:24
  48:18 50:19
  51:9 53:17,23
  54:10 56:8 65:9
  66:1,8,22 75:2
  76:5 78:12,17
  80:20 81:12
  90:5,8,13 93:10

93:14,25 94:6
  97:23 98:2,5
  100:4 105:18
  110:2 112:23
  118:14
depends 13:15
  27:22
deposition 4:7
  5:19,24 6:20
  57:25 120:4
describe 17:17
  113:17
described 15:24
  16:5 17:1 18:2
  41:3 47:6,8
  55:15,23 61:16
describing 111:13
desk 47:22,23
despite 32:23
detective 6:7
  25:23,25 26:3
  34:12 36:17
  100:3
detectives 102:13
  107:15
deteriorate 33:11
  64:9 68:8
deteriorating
  63:2 105:12
deterioration
  17:17,18 18:1
determination
  80:16
determine 21:23
  28:19 36:8
  44:13 52:11
  67:13,18 70:10
  70:18 80:13
  85:9 119:11
determined
  117:18
determining
  27:24
Diaz-Berg 99:14
dictation 11:24
  107:16

died 32:1 34:1
  92:2 93:24
  111:22
different 12:9
  58:23 96:7
  100:14 119:2
differently 10:16
difficult 44:5 62:4
  108:10
difficulty 62:13
  64:11 74:12,19
  76:10 79:2
  84:23 85:16,22
  86:3,9 91:23
Dilantin 17:2,4
  18:4,8 21:23
  22:2 53:24
  69:16,20 77:8
  77:10 86:20
  92:12 108:3,7
  108:12 112:5
  115:13,17
  116:22 117:2,4
directed 23:4
direction 23:22
  23:25
directly 24:17
  31:10 41:15
  81:24 112:20
disability 83:17
disagree 43:22
  45:15 57:17
discharge 14:15
  15:10 18:11
  19:12 23:14
  28:20,24 29:1,4
  29:11,16,22
  30:9,12,15,16,20
  31:2 35:17,23
  36:3,10 39:21
  40:12,21 41:4
  41:12,21,25
  42:18,25 43:3
  43:25 45:10
  46:14,15 47:5
  48:12 49:8 50:3

50:17,17 51:4
  51:14 53:11,20
  54:5,8,14,16
  55:2,4,15 61:18
  62:12 67:15
  71:16 82:16
  83:1 92:24
  115:1,11
discharged 14:11
  17:16 24:7
  28:20 32:11
  33:12,15 45:4
  47:1 51:3 53:5
  92:9 109:11
discharging 43:17
discipline 58:15
discomfort 80:14
  83:18 84:2,9
discuss 7:9 49:20
  94:13
discussed 25:12
  35:16 92:2
discussion 88:22
  95:20
discussions 7:16
  7:23 8:5,16 9:13
  23:7 56:18
disinfect 71:10
disinfected 71:18
disoriented 84:24
dispatcher 23:6
dispel 64:3
dispute 94:3
  109:9 110:11
disputing 110:2
distinction 15:19
  15:23 83:10
distress 102:22
district 1:12,13
  25:13,18 26:1
doctor 11:9,11,13
  11:15,17 24:22
  59:22,22 60:1,5
  63:21,23 112:16
  112:16 115:2
doctors 11:22

32:6
**document** 5:21
  31:23 37:21,24
  38:1,3,7 42:9
  56:9,11,14
  57:21 96:22,24
  107:9 109:4
  116:8,9,10
**documentation**
  94:3
**documented**
  43:18 57:18
  67:24 109:24
  110:10
**documents** 5:23
  31:24 39:3
  57:24 93:23
  99:10
**doing** 22:17 44:19
  52:21 60:1
  64:22 66:6
**door** 61:4 99:15
**dose** 21:22
**double-check**
  11:10 112:17
**Dr** 2:4 106:5,8,11
  108:14,17 109:5
  112:12,20
**dressed** 15:17
**drive** 22:22
**driving** 26:23
**drooling** 63:13
  64:10
**drop** 89:17 99:16
**dropped** 88:24
  99:24 100:4,8
  100:13
**drowsiness** 50:11
  53:10 54:1
**drowsy** 53:7
  77:11
**duces** 5:20
**Dudek** 2:15
**due** 70:11
**Duration** 42:13
**duty** 90:7 92:23

**E**

**E** 2:1,1,16,20 3:7
  4:1,19 106:3
  113:3 118:10
  119:6
**ear** 72:14
**earlier** 34:20
  106:5
**earliest** 13:16
**easily** 46:9
**Eastern** 1:13
**eat** 92:21
**education** 13:12
  116:20
**educational** 12:20
  13:18
**effect** 18:9 31:6
**effective** 80:21
**effects** 92:12
**either** 17:13 23:1
  38:17 42:5 52:1
  70:15 85:7
  87:23 98:3
  101:25
**elapsed** 18:12
  34:14
**emergency** 14:11
  16:20 17:7,11
  18:5,21 21:10
  22:6 23:11 25:8
  29:17,24 31:22
  32:2,8,15 35:17
  36:4,9 38:4,7,14
  38:20,24 39:5
  39:17,24 40:19
  41:22 44:24
  49:11 57:6
  62:10 68:12
  69:15 70:1 78:6
  78:9,13,18
  82:17 83:11
  84:19,21 86:2
  87:2,6,8 88:23
  90:10,12 91:12
  92:1,10,11,25
  94:25 97:6,22

105:7,17 106:13
  110:1 112:22
  118:14 119:2
**emergent** 52:25
**EMT** 12:4,11,16
  12:18,22 14:24
  27:14 29:21
  39:2 42:6 70:15
  70:24 76:7,11
  77:22 105:5,6
  116:20
**EMTs** 19:20
  21:11 116:18
**EMT/paramedic**
  13:9
**ended** 14:7 84:21
  100:7 115:7
**enroll** 13:3
**entered** 107:14
**entire** 5:13 7:7
  17:12,13 26:21
**entities** 25:22
**entries** 116:7
**entry** 45:7
**ER** 18:2,3 39:13
  77:14
**Erickson** 3:8
**Ert** 3:2
**essentially** 70:22
**establish** 88:1
**established** 87:4
**Estate** 1:10
**estimate** 7:23
  39:3
**estimation** 42:20
  43:13
**evaluate** 44:8
**evaluation** 52:19
**Evans** 89:10,12
  89:16 99:10,14
**evening** 25:14
  91:5 92:8 98:20
**event** 14:4 35:6
  48:19 50:4
  51:16 69:2
  70:14 84:16

90:10,11,14
  119:10
**events** 7:9 8:17
  10:7,14 34:23
**eventually** 24:21
**exactly** 9:4 22:1
  24:3 35:20,24
  90:16 95:10
  96:12 107:18
  113:21
**exam** 59:23
**examination** 4:2
  32:23 108:15,19
**Exhibit** 4:6 5:17
  5:19 31:18,20
  37:19 39:11
  42:3 44:23 45:6
  49:5 54:3 56:5,7
  57:18,20,22
  80:18,19 81:15
  93:17,18 96:18
  96:19 99:3,4
  106:10,16 116:3
  118:20
**exhibits** 4:15
  105:24
**exited** 115:4
**expecting** 34:5
**experience** 10:2
  14:6 16:11
  35:16,17,18
  42:5 44:12 65:3
  100:25
**expired** 34:24
**explain** 100:1
  101:1 103:3
  117:10
**explanation** 101:2
**explicit** 47:4
**express** 25:10
  84:7
**expressed** 10:21
  11:17 14:13,20
  36:3 46:1,13
  48:22 84:23
  87:12 112:19

117:8
**expressing** 23:25
  25:7 84:2
**extent** 75:15
  78:14
**extra** 23:20
**extremely** 36:12
**eye** 54:1
**eyes** 20:23 66:24
  67:1 79:13
**E.D** 109:20

**F**

**face** 99:17 100:7
**facility** 10:18
  46:16 94:2
  105:18
**fact** 11:19 17:18
  54:7,13 55:1,19
  67:17 110:9
**factor** 35:23
**fail** 54:9
**fair** 5:4,7,15 9:2
  11:11 18:19
  36:1 115:3
**fake** 119:16
**faking** 32:21 52:8
  52:13 64:1,4,7
  64:14,18 65:1,5
  65:8,14,19 66:2
  70:10 85:8,10
  85:10 92:11
  104:22 113:12
  113:14 114:7,11
  115:9,16,20
  119:10,12,14,17
  119:20,22,22,24
**fall** 20:16 99:17
**falling** 62:15
**familiar** 42:14
  56:9 93:22
  106:12,13
**Families** 3:17
**far** 78:10 92:16
  98:1
**fashion** 25:16

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 36 of 48   Document 124-4

95:15
**fast** 61:8,20
**feel** 14:21 48:17
 58:22
**feeling** 22:16
**feet** 24:15
**fellow** 75:21
**felt** 10:21 14:17
 63:15
**female** 99:13
 113:18
**females** 99:12
**fifth** 59:21
**fighting** 15:25
**filed** 7:25 8:2
 10:10
**fill** 37:1 38:13
 39:1,6
**filled** 37:9,18 38:8
 38:9,18,19 39:4
 56:14
**finally** 5:13 63:10
**find** 6:12,16 33:20
 69:12 70:23
**findings** 115:1
**fine** 46:7
**fire** 12:8 90:13
**first** 6:11 15:11,11
 19:7,15,21 21:7
 21:22 25:25
 27:19,19 42:11
 55:1 58:18,19
 58:25 61:7 63:3
 64:8 77:13,17
 77:19 80:11
 90:20 91:8
 98:22 99:9
 118:21 119:9
**five** 9:14 12:3
 59:23 67:7 71:2
**flat** 78:24
**flip** 118:20
**floor** 11:17 47:24
 48:1 67:23 72:5
 73:18,21 74:9
 79:16 95:24

99:17,22 104:2
 104:8
**Flynn** 75:10,14,19
**focus** 76:20
**follow** 36:17 41:2
 81:13
**following** 115:12
**follow-up** 36:7,20
 118:8
**force** 16:1
**form** 4:9 32:17,25
 36:12 37:1 38:9
 38:23 39:1,16
 42:7 50:20
 54:19 56:8,22
 63:4 64:15
 69:22 75:5,25
 78:3
**former** 39:2 105:5
**forms** 38:10 41:19
**forth** 96:21
**forty** 19:7
**forward** 61:24
**found** 100:16,19
 100:22 117:14
**foundation** 18:6
 29:25 43:9,23
 45:17 49:12
 76:1 100:11
 104:13
**four-month** 12:23
**Frauen** 3:14
**free** 48:25 56:2
**front** 113:8
**full** 78:9
**fully** 10:24,25
 59:3 117:9
**full-body** 60:14
**functions** 68:19
 70:12,19 86:23
**Fund** 3:18
**further** 32:16,23
 33:11 43:2
 52:19 55:16
 60:25 66:11
 105:22 120:1,3

**future** 29:15

### G

G 97:11
**gait** 21:18 53:25
**garage** 19:21
 111:2,3
**Gende** 2:2,3 4:3
 4:15,17,20
 18:10,19 30:7
 32:22 33:3
 36:19 43:12
 44:10 45:21
 49:15 50:24
 54:21 60:8 63:6
 65:4 69:24
 71:21 72:2,3
 75:9 76:3 78:5
 86:16 100:15
 101:6,12,14,18
 104:16 105:21
 112:7 119:7
 120:1
**general** 9:22
**generally** 72:9
 76:8 84:8 96:1
**generate** 57:1
**generated** 57:4
**ger** 13:23
**getting** 13:17
 40:21 49:25
 53:13 62:17
 87:17 110:25
**give** 12:20 29:4
**given** 11:8 16:3
 21:25 28:21
 61:8 77:8,10
 93:4 119:2
**gives** 27:17 28:3,3
**giving** 30:17,18
**Glasgow** 44:11,20
**Glynn** 2:9
**go** 12:23 18:7,23
 19:24 30:1
 31:17 32:18
 34:11 36:14

37:3,23 41:15
 43:10 45:6,18
 49:13 50:22
 56:2 59:21
 60:25 62:3 63:5
 64:16,19 69:23
 71:9,24 73:9
 75:6 76:2 78:4
 81:21 86:7 87:9
 87:9,13 88:12
 92:19 100:12
 101:8,15 104:14
 107:20 110:14
 111:5 113:10
 115:2
**God** 83:25
**goes** 29:7,7,9
 40:25 49:19
 69:14 107:8
**going** 4:24 5:18
 23:18 27:17
 28:4 31:19
 36:11 56:6
 57:20 73:15
 80:19 93:18
 95:7 96:7,19
 99:4 101:6
 102:2 115:2
**good** 27:17 71:21
**gotten** 82:19
**graduate** 13:5,7
**groaning** 15:14
 26:18 52:7,13
 53:15 85:23
**groin** 77:19,24
 100:22 101:4
**ground** 73:12
 78:24,24
**grunting** 84:5,8
 84:23
**guess** 8:4 27:22
 28:3 32:9 43:24
 44:8 83:13
 112:16 115:5
**Gutglass** 3:8
**guy** 19:23

**guys** 8:19

### H

**H** 2:14
**hair** 113:19,20
**half** 8:4 19:10,11
**halfway** 57:10
 107:21
**hall** 48:15
**hallway** 72:7 95:4
 102:9 104:1
 111:12
**hand** 31:9,10 55:8
**handcuffed** 60:21
**handcuffs** 71:5,10
 71:19 73:19
 88:13,14
**handed** 31:1,13
 48:15 54:11
**handling** 19:22
**hands-on** 73:20
**handwriting** 38:1
**happen** 68:14
**happened** 9:17,19
 10:13,19 14:5,7
 18:25 20:7,9
 47:9 65:3 104:9
 107:17,18
 109:10
**hard** 62:5 64:17
 64:21,21 66:4
 108:11
**head** 5:10 19:17
 19:23 20:12,15
 26:25 27:4 49:1
 60:18 65:9
 88:24 89:18
 93:5 110:8
 116:16 118:13
**health** 16:21 18:4
 27:21 37:5
 40:23 44:2,7
 51:10 97:14,17
 97:21 98:8
 103:6,19,23
**Healthcare** 3:5

hear 22:18 30:11
  31:5 74:23
  79:23 83:24
  84:2 85:15
  101:25 102:5,12
  104:19,24
heard 26:6,18
  75:19 102:17
  105:1
heart 112:2
heavily 9:3,5
held 71:3 89:9
help 23:21 47:14
  65:6 76:23
  83:25
helped 76:19
  77:15
Hey 61:4 87:13
he/she 98:23
high 13:5,7,8
highest 44:20
hired 12:13
Hirschboeck 2:15
history 48:18
  118:13,25
hit 19:17,23 49:1
  93:5 99:17
  110:8
hitting 118:13
hold 26:13,15
  74:2 77:2 81:19
  81:25 82:3 95:5
  95:16 96:10
holding 60:23
  73:22 89:4,23
  90:1 96:9 99:22
  104:21
holds 81:17 82:6
  82:10 94:23
Home 49:16
Horlick 13:8
hospital 10:22,23
  10:25 12:14
  14:18 15:12
  17:20 18:18
  19:4,25 24:5

30:21 37:2,3
  39:6,7 40:3,9
  42:7 43:18 46:5
  46:21 52:17,18
  53:5 65:22
  67:14 75:8 76:7
  85:6,6,12,15,18
  92:20 93:7
  115:20 117:9
hospitals 52:24
hour 19:9,10,11
  34:17,21 35:14
hours 7:4 12:25
  17:9 67:14 77:6
  82:2 84:18
Howitzer 118:3

**I**
idea 95:25 104:6,9
  109:10 117:4
identified 5:17
  31:18 56:5
  57:22 80:18
  93:17 96:18
  99:3
identify 57:21
  88:4
ill 88:11
immediate 78:8
  91:12 92:1
immediately 14:4
  104:2
importance 27:14
impression 19:17
  19:19 30:3
  46:24
improved 51:10
improving 105:12
inability 53:16,17
  53:19 65:14,15
  65:15 67:15
  70:12
inaccurate 6:12
  6:16
incident 4:10,12
  7:17 57:23 83:6

93:20 113:7
  115:23 116:1
incidents 65:12
include 41:21
included 36:16
includes 41:4
including 14:1
  30:20 31:2
  40:12 82:9
incorrect 6:13,17
indicate 91:12
indicated 106:5
  109:18 117:7
indicates 42:17
indication 91:25
individual 27:25
  69:16 82:15
  84:11 110:23
individuals 25:20
  67:7 72:4
influence 20:25
inform 95:22
information
  11:14 27:17
  36:22 39:17
  41:7 51:18 54:9
  57:18 65:11
  106:24 107:4
  118:24 119:2
informed 33:23
  34:1 102:13
  112:1
informing 34:15
  71:16
inhibit 86:12
initial 27:23 37:11
  37:16 39:15
initially 65:9
initiated 8:5
injured 3:17
  27:24 93:6
injuries 92:11
injury 20:15 50:8
  109:25 110:10
  118:25
inkling 84:25

inmate 4:14 100:2
inquire 22:16,18
inquiries 20:19,21
  66:21 119:10
instance 42:11
instruct 53:22
  95:18
instructed 56:1
instruction 69:25
instructions 28:21
  28:24 29:2,4,12
  29:16,23 30:9
  30:12,16,20
  31:2 39:22
  40:12,22 41:2,4
  41:21,25 48:12
  49:8,24 50:3,17
  51:4,14 53:20
  54:5,8,14,16
  55:2,4,7,16
  71:16
intend 13:12
intentionally
  64:23 66:6
  86:24
interest 32:5
interpreting
  108:3
interview 4:10,14
  6:7,7,11,15
  25:15,24 26:4
  58:13 61:17
  75:12 99:5
  106:8,17,20
  109:17 110:14
  112:4 113:7
interviewed 9:24
  25:13,18,19,23
  57:23 100:2
  107:1 111:21
interviews 6:10
  34:13,16 75:10
intoxicants 21:1
intoxicated 37:2
  57:15
introduced 113:5

intubation 44:19
investigated
  58:11
investigating
  89:15 102:13
investigation
  36:16,20 101:21
investigative 6:4
  81:17,19 82:3,6
  82:10
involuntarily
  84:14
involuntary 87:24
  88:2
involved 33:7
  36:15 41:17
  92:7
involvement
  33:10 55:17
in-custody 5:1
  8:17,24 10:7,10
  35:15
irritability 50:11
isolated 69:10
issue 112:21
issues 24:20 44:2
I.V 22:2 63:9
  107:22 108:3,6
  108:12 115:13

**J**
J 2:2
Jacks 6:9,15 7:6,7
  7:9,24 9:8 10:9
  11:25 13:22
  22:18,20 24:12
  26:23 28:8,22
  29:1 30:11 31:5
  33:24 34:6,22
  35:14 37:8
  38:17 47:9 61:5
  61:14 63:11
  73:24 88:9,15
  94:13 109:17
  112:2,11 117:8
jail 17:21 18:15

23:16 29:8
33:16,17,22,25
37:15 41:1,16
41:19 46:4,8
47:18 55:8
66:12 67:5,7,24
69:9,13 70:5
73:8,12 74:10
74:16,18 77:15
78:22 82:1 89:7
90:13 97:9
101:24 110:17
110:23 117:19
**James** 2:2
**Jeff** 1:4
**jerky** 54:1
**job** 17:6 98:19,20
**Johnson** 3:1 4:5
18:6 29:25
32:17,25 43:9
43:23 45:17
49:12 63:4
64:15 113:1,2,4
118:7
**Joseph** 1:4
**Judge** 2:9
**Justice** 94:1

**K**

**Katers** 2:8
**keep** 5:14 39:10
81:25
**keeping** 62:5
89:24 108:11
**kept** 48:19 62:15
**kind** 9:23,24,25
10:13 13:14
44:3 45:20 72:7
75:20 79:18
102:9 112:17
**knew** 24:16 32:11
46:21 47:12
84:16 111:21
**know** 8:1,6 9:17
9:18,19,20,21,23
10:23 11:23,25

14:17,18,19
15:2,11,25 17:5
17:21,24 19:1,3
19:18,24 20:8,8
21:2,7,14 22:1,1
23:4,17 24:3,4
24:17,23,24
26:3 27:5 28:8
28:16 29:6,13
29:15 30:5 31:9
31:16 32:21
33:21 34:11
39:1,9 40:22
41:2,3,6,18
43:15,25 44:4,6
44:13,17,18
46:5,17,18,20,22
46:25 47:1,3,5
47:11 48:25
52:5,9,9 55:19
55:20 56:16,24
57:1 58:23
63:20 64:18,20
65:22 66:5
68:24 69:6,9,12
69:13 71:4 73:3
73:6 75:12,15
76:4,5 77:13,17
77:19 79:2,4,7,9
79:11,13,15
82:3,5 83:14
84:11 85:8
86:10,11,22,25
87:16,19 88:19
89:8,9 91:16,16
91:17,18,19
92:18,20 93:3
96:5,5,6,11,17
97:8 102:10
103:9 104:17
106:10 107:6,15
107:17,18 110:8
111:24 112:3
113:14,16,20,22
115:3,10 116:9
116:12,23 117:6

117:12 119:15
119:22,24
**knowing** 43:14
**knowledge** 4:25
34:24 75:20
110:11 114:19
**known** 11:4
**KREE-ger** 13:23
13:24
**Kroes** 1:2 4:10,23
4:24 59:1 106:5
113:5
**KROO** 13:22
**Krueger** 8:12,13
8:16 10:1 13:22
13:24
**K-r-o-e-s** 4:23

**L**

**L** 3:1
**labeled** 107:3
**laid** 66:9 78:24
**Lang** 2:9
**Lappen** 2:20 6:24
18:14,17 36:11
50:20 58:4,7
69:22 75:5,25
78:3 86:5
100:10 104:12
105:25
**large** 16:1
**Larson** 3:7,8 4:4
60:6 101:10,13
105:23 106:1,4
112:10,25 118:8
118:11 119:5,8
**late** 14:8 56:20
**laughing** 104:2,3
104:7
**lavender** 119:8
**Law** 2:3
**lawsuit** 7:24 8:1
10:9
**laying** 60:16
**layman's** 15:3,5,7
**leading** 7:18

95:23
**leaning** 27:3
**learned** 36:1 75:7
112:3
**learning** 35:14
116:21
**left** 11:5,22 18:3
33:16,17,21
61:3 65:21
71:19 84:20
85:6 97:24
115:6
**legs** 66:18
**let's** 19:7 43:16
45:6 71:24
101:15
**lieutenant** 23:7,16
23:22 24:1 25:7
30:17,18,25
31:6,8 33:25
47:10 48:13
82:14,15,25
83:3 101:22
102:6,12,25
103:4,11,25
104:6,17
**lieutenant's** 48:14
**life** 78:7
**life-threatening**
83:16
**lift** 64:13
**light** 42:21
**limbs** 20:12
**limited** 68:2 95:15
111:14 119:11
119:14
**limp** 64:19
**listening** 24:17
**litigation** 58:9
**little** 8:3 12:24
21:12 107:21
**live** 83:14
**loaded** 23:13
**local** 52:24
**long** 7:3 8:13 9:24
12:2,9 17:7 61:2

71:22
**longer** 12:24 82:1
93:9,13 105:18
**look** 6:3 11:9 24:4
26:19 37:19
42:3 49:5,21
54:3 55:15
81:15 106:16,23
107:20 118:19
**looked** 109:23
**looking** 44:23
60:6 106:17
110:24
**looks** 107:10
**loosely** 94:8
**losing** 70:18
**loss** 86:22
**lost** 41:10,25
**lot** 9:19 13:11,15
64:20 76:6
88:20 107:15
**lower** 37:20
**Luke's** 12:7 114:1
118:15
**lunch** 71:23 72:2
**Lysol** 88:13,14,20

**M**

**M** 4:19 106:3
113:3 118:10
119:6
**making** 22:15
79:17
**male** 99:16,16
**males** 99:12
**man** 89:9
**manner** 5:3,9
**March** 12:3
**Margarita** 47:19
**Mark** 3:7
**marked** 5:18
31:19 56:6
57:20 80:19
93:18 96:19
99:4 106:10
**mask** 59:3,9,13,16

59:18 60:12
72:16,18,21
73:11 74:21
77:14,23 86:10
89:20,25 96:13
100:7,17 101:3
111:3
**McNally** 3:13
**mean** 9:5 10:13
11:13 15:16
18:15 20:22
21:19 27:11
28:3 34:9 43:8
43:14,24 45:19
46:4 52:9 72:7,9
87:4 89:7 93:1
93:16 97:7,9,18
97:24 105:6
106:23 107:9
110:4
**meaning** 15:1
46:19
**means** 15:8
**meant** 111:11
**measured** 28:5
**mechanic** 118:3
**med** 58:18
**medi** 114:9
**medical** 4:8,9
11:25 14:14,24
15:1,2,5,8 16:8
16:14 25:2
31:16,21 32:2
36:8,9,22 40:10
41:17 42:5,15
43:8,21 50:1,6,9
50:12 52:25
53:14 56:7
65:12,20 78:6,9
78:13,18 83:11
83:12,15,18,20
84:8,14 85:1
88:5 90:3,7,10
90:12,15,18,20
91:2,3,12 92:1
92:10,18 95:23

97:8 105:7
108:22 109:4
113:6 115:25
116:5,14
**medically** 23:18
33:2 40:11 47:1
47:2 48:7 93:6
**medication** 11:8
16:18,20,25
18:9 24:19,25
25:5 29:20 30:4
32:20 51:25
52:1 53:12 63:9
64:22 65:23
83:19 85:7 86:8
114:10,12
117:16
**medications** 22:1
**meet** 6:19 7:1,3
**meeting** 7:5,7,10
7:18 58:4
**mental** 37:5 44:2
44:7
**mention** 20:11
111:17
**mentioned** 19:20
35:22 70:2
106:8 108:14
117:11
**method** 47:5
**Metro** 3:5
**Michael** 3:1
**middle** 45:1
**military** 117:21
**Milwaukee** 1:6,8
2:11,17,18,21,23
2:24 3:4,10,16
10:18 12:2
28:11 36:21
41:9 42:1 45:24
50:19 51:8
53:23 54:10
56:8 75:2 78:12
78:17 80:20
81:5,12 90:4,8
92:14 93:10,14

93:25 94:1,5
97:22 98:1,5
99:1 100:3
103:14 105:17
**mind** 84:25 92:9
**minimum** 77:5
**minutes** 19:8,9
50:5 61:12 71:4
103:9 107:23
108:4
**misplaced** 41:5,10
41:14,25
**misstates** 86:5
**Mister** 22:5
**misunderstood**
48:24 118:12
**Mm-hmm** 9:7,10
26:21 44:25
76:9 109:8
113:13
**moaning** 14:19
15:14 22:15
26:17,18 52:7
52:13 53:14
79:19
**moment** 17:16
18:2,3 45:23
61:24 84:20
101:7
**Monday** 1:4
**monitor** 97:13,16
97:21 98:8
**monitoring** 83:20
97:2,5,19 98:24
**months** 12:13
**morning** 14:8
113:5
**mouth** 60:11
72:14
**move** 13:9 21:21
27:5 43:16
**movement** 54:1
**moving** 21:20
**MPD** 4:9,10,11,12
30:16 40:5 45:7
46:3,15 47:5

53:16 54:16
55:6 58:14
68:15 72:6
84:22 85:21
89:6,17 93:19
101:20 105:1
**MPD00463** 80:25
**MPD1032** 96:20
**multiple** 36:13
50:21
**mumbling** 22:15
61:9,21 62:23
64:11 65:14
67:16 70:20
79:19
**mutually** 8:6
**M.D** 3:11

## N

**N** 1:7 2:1,22 3:3,9
3:15 4:1,19,19
106:3,3 113:3,3
118:10,10 119:6
119:6
**name** 4:21,21,23
47:19 89:10
106:8 108:14
**Narrative** 93:23
**nature** 118:2
**necessary** 28:19
33:1
**need** 52:25 55:25
56:3 69:10
76:19 105:5
**needed** 29:19 52:3
112:14
**needs** 37:3 38:7
**negative** 43:7
**never** 9:21 11:11
20:15 56:21
61:24 65:21
70:2,2 83:8
86:14 87:12
96:24 104:5
109:23 112:11
112:12,19 115:4

115:6 118:13
**nevertheless** 36:4
**new** 9:20
**nice** 119:8
**night** 37:6 38:19
56:23 58:12,16
88:9 99:6 100:2
100:25 103:6,21
**nine** 12:13
**nods** 5:10
**noises** 79:17,18
**nonbreather**
78:19
**noncooperation**
16:13,19 119:17
**noncooperative**
15:20 16:5
**nonresponsive**
20:18 70:22
**nonresponsiven...**
53:19
**normally** 47:25
55:7 81:20,22
**North** 94:2
**notes** 45:7 101:7
**notice** 4:7 5:19
21:17
**number** 6:1
**numbers** 37:20
**nurse** 11:14,16
14:16 23:15
62:21 63:11,25
113:22 114:2,15
114:20,24 115:8
115:15
**nurses** 32:6 41:1
113:11,14
115:19
**nurse's** 25:3 64:4
**nursing** 45:6
**N28** 2:4

## O

**O** 4:19 106:3
113:3 118:10
119:6

object 18:6 29:25
  32:17,25 36:11
  43:9,23 45:17
  49:12 50:20
  54:19 63:4
  64:15
objected 35:22
objection 50:25
  69:22 75:5,25
  78:3 86:5
  100:10 104:12
  112:7
objections 10:21
  117:8
objects 49:1 93:5
obligation 88:6
observation 51:20
  62:9
observations 16:6
  22:12 57:17
  59:7
observe 16:2
  18:24 31:5 46:9
  53:23 60:1 73:9
  102:25
observed 18:20,24
  24:18 26:17
  33:11 45:22
  46:4 60:13 61:7
  65:6 86:18 92:7
  95:6 99:15
observing 70:20
  71:17 104:1
  105:11
obviously 75:3
  116:23
occasionally
  62:25
occasions 6:22
  7:13 9:12 115:8
occur 19:6
occurred 7:11,16
  7:24 55:19,22
  102:8 107:1
  111:15
Occurrence 42:13

occurrences
  65:12
occurring 99:12
  116:7
odd 24:24 117:11
  117:14
offer 91:5,8 101:1
offered 92:21
office 1:6 2:3,21
  26:1 48:14 58:8
  115:5
officer 4:13,24
  6:15 7:24 8:13
  8:16 9:8 10:9
  11:25 12:2
  13:22,22 19:21
  22:18,20 24:12
  26:23 28:8,22
  29:1 30:11 31:5
  34:6,22 35:14
  37:7 38:17 47:9
  47:18 56:16,25
  61:5 63:11 72:4
  73:24,24 74:23
  78:17 81:5 88:9
  88:15 92:15
  94:13 95:9,18
  95:22 96:3 98:7
  98:17 99:1,15
  101:19,25 103:8
  106:5 112:2,11
  113:5 117:8
officers 23:21
  28:16 36:15
  41:16 45:8
  47:18 48:6,7
  55:14 62:20
  71:2 72:10
  75:16,21 78:23
  85:24 89:16
  90:1,19 91:22
  95:4 96:11
  99:11,14,15,20
  103:15 104:8,19
  107:22
officer's 86:6

96:23 98:15
official 91:17
Oh 35:2
okay 5:11 7:3,23
  8:9,22 10:20
  31:17,19 37:22
  49:16 54:25
  56:6 72:10
  76:19 101:14
  103:11 106:1,7
  106:13 108:22
  109:11,14,21
  111:1,5,8
  112:18 117:18
  118:6,24 120:1
  120:3
once 14:4 23:9
  35:18 38:23
  53:5,16 58:8
  66:8 86:17,17
  87:12 95:19
  97:1,24 98:22
  99:14
ones 6:2
one-hour 35:7
ongoing 67:15
onset 117:4
onsite 103:15
open 67:1 79:13
  107:7
Operating 80:20
opinion 14:10,13
  15:21 16:7 18:1
  29:21 36:3 46:8
  78:6 95:13 96:7
  104:10
opposed 16:21
  24:20 62:9
  91:12 92:1,11
option 98:1,5 99:1
optional 98:13
ordinary 21:18
oriented 45:4
original 4:17 29:6
originally 19:22
  24:22

Otjen 3:2
outcome 10:17
outset 117:7
outside 32:10
  58:13 69:19
overreacting 96:3
overriding 97:13
  97:16,20 98:3,7
overseas 118:4
overview 12:20
oxygen 27:13 59:3
  59:9,13 60:12
  61:8
o'clock 33:22
  34:19

**P**

P 2:1,1,8
page 4:2,6 37:23
  42:3 43:6,16
  45:1 49:7,16,19
  49:24 54:3,4
  57:10,13 58:18
  58:25,25 59:21
  97:1 98:15 99:9
  107:21 110:15
  110:24 113:10
  116:10 118:19
pages 6:2 49:20
  106:18 116:8
  118:21
paid 13:11
pain 80:14 83:18
  84:9,19,24
  85:24
Paladin 118:3
pants 73:1,5
paper 31:8
papers 82:16 83:1
paperwork 14:15
  23:14 24:7
  30:17,19,20
  31:2,13 39:22
  40:2,10,13 41:3
  41:8,12,13
  54:11 81:22,23

paragraph 42:11
  42:12 58:21
  59:22 60:8 82:6
  96:25 97:11
  98:22 99:9
  111:5 113:11
paragraphs 62:3
paramedic 12:5,9
  12:17,19,24
  14:25 17:6
  27:14 29:21
  39:2 42:6 44:16
  70:15 105:8
  116:21
parameters 69:19
part 19:15 27:23
  30:3,4 36:20
  66:5 72:23
  107:2 108:15
particular 6:3
  67:21
partner 6:8 8:7,9
  8:14,19 9:11,12
  9:15 14:17
  17:13 33:24
partner's 6:7
part-time 13:14
passed 10:17
  33:20,23 82:4
  83:4 89:13
passenger 37:12
  37:17
patient 27:18
  39:20 40:19
  45:7,8
patients 3:17
  105:9
Patrick 3:13
Paul 3:11
payment 39:8
pdf 4:16
Peavy 56:16
people 9:18,20,20
  44:2,6 64:19
  66:14 78:14
  83:13 84:7

86:13 89:7
91:17
**percent** 66:7
104:25
**perception** 114:3
114:16
**period** 7:15 17:10
17:15 22:10,13
22:21 25:11
35:7,13 52:14
70:17 82:1
85:19
**Perry** 1:10 8:25
14:10 16:2,12
17:7,11,15
19:14 20:1,18
21:5,9 22:5 23:9
23:23 24:1 25:9
26:8,11 28:20
29:4,17,21
30:15 31:1,3
32:1,11 33:6,17
33:20 34:23
35:18 36:3,23
37:7,11 38:11
38:14,20 39:12
41:14 43:2 45:3
47:20 48:17
49:9 50:4,16
51:3,17,21
52:12 53:4,7,14
54:5 55:4 56:12
56:19,23 57:4,8
57:12,15 58:19
59:1,1,2,3,9,22
60:3,13 61:2,14
62:4,13,17
63:25 64:4 66:2
66:8 67:25
68:22 70:3,10
70:14 71:1,3,12
71:15 72:5,10
73:11,16,20
78:22 79:20,21
80:1,13 82:3,13
83:4,22,24

84:12,16 88:22
89:5,12,17,20
90:3 91:5 92:2,8
92:9,24 93:13
94:6,11,14,24
95:11,14 96:4,9
96:13 99:21,24
100:4,8,25
101:20 102:2,7
103:1,7 104:1,7
105:15 108:1,2
109:5,11,19
111:6,22 112:22
113:12,14 114:6
114:21 115:9,20
116:1,15 118:13
119:12
**Perry's** 5:1 6:5
7:10 8:17 9:2,13
10:7,10,16 14:1
25:10 27:7 28:6
28:12 29:9
31:22 32:6
34:15 35:10,15
36:2,10 41:5,10
42:17 46:14
51:9 53:22
65:12 77:13
80:24 81:2
82:16 88:17
93:9 95:22 97:5
97:17 99:6
100:7,17 101:3
103:22 104:20
114:3,16
**person** 27:20
31:12 37:3 44:3
49:20 75:3
91:11 92:15
**personal** 110:11
**personally** 102:1
103:10 104:17
106:12 112:13
**personnel** 14:14
30:16 36:9,21
39:18 40:16,21

40:22 41:9 42:1
43:17 44:24
46:2,4,8 47:5
48:23 54:10,16
55:6,13 58:14
66:22 78:12
83:20 84:8 89:6
89:17 90:7,20
91:3 104:11,20
105:1 119:3
**persons** 99:5
**Peterson** 3:14
**Pewaukee** 2:5
**phrase** 15:4,9
**physical** 16:21
17:12 18:4
21:24 25:3
26:19 27:21
29:11 32:7
40:23 51:10
53:18 61:16
70:6 86:21 87:1
87:22 92:16
97:2 98:24
102:21 105:9,12
**physically** 15:25
24:2 82:25
108:17
**physician** 106:14
109:6 114:20,25
**physician's** 115:1
115:5
**place** 26:13,15
69:7 77:2,3,15
80:23 90:19
106:20 115:17
**placed** 21:5 78:22
79:16 86:10
89:20,25 111:3
**Plaintiffs** 2:6,12
**playing** 35:23
**please** 4:21 5:2,13
106:2
**PO** 97:1 98:23
**point** 10:22 16:11
16:17,25 21:15

21:22 25:11
28:13 29:15
33:14 34:10
41:10,24 50:17
50:18 51:10,13
53:13 56:19
58:6 59:9 63:15
64:9,12 65:18
66:3 67:3,5
72:16 74:15
81:21 84:17
86:15 90:17
93:8,13 94:14
95:13 102:11
104:1 111:18
**police** 5:25 6:1,2
12:2 13:10,17
19:16 22:6,23
22:25 25:9,19
26:9 27:6 28:12
28:16 30:14
31:14 33:7,13
34:25 35:19
36:21 37:12
38:21,25 39:5
39:18,24 40:20
40:20 41:9 42:1
45:24 48:18
50:19 51:8
53:17,23 54:10
55:5,14 56:8
57:5 65:9 66:1,8
66:21 75:2
78:12,17 80:20
81:5,12 85:24
90:5,8 92:3,14
93:10,14,25
94:5 97:22 98:2
98:5,19 99:1,11
100:3 101:19
103:15 104:8,11
104:19 105:18
**policies** 80:23
81:6,11 88:6
96:21 98:2,6
**policy** 4:11 39:23

40:4,7,18 53:3
69:9 75:1 90:12
90:15,19 98:9
**poor** 53:25
**portion** 93:23
106:24 107:13
109:17
**position** 11:16
27:1 48:19
95:23
**positioned** 99:20
**possession** 41:8
**possible** 53:24
99:24
**potential** 20:15
**Potterton** 14:16
112:15 113:15
113:23 114:3,6
114:15,20,24
115:8,22
**Powell** 3:14
**power** 21:21
**PPS** 82:7,8,12
110:16 111:7,11
**PP-42** 36:25 37:7
37:14,25 38:13
39:12
**prebooking** 10:18
94:1
**preparation** 5:24
6:19
**presence** 17:12
60:5 97:18
**present** 7:5,6,7
24:14 99:11,13
102:1
**pressure** 27:12
74:1,1 94:23
**pretense** 93:2
**prevented** 52:21
53:4 54:15
**previously** 51:2
55:15 78:1
**primarily** 103:16
**primary** 36:2,7
71:14

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 42 of 48   Document 124-4

prior 7:10,24 10:9
  12:4,12 18:11
  20:19 21:6
  23:11 25:8,23
  26:8 32:8 42:15
  43:8,21 57:4,25
  58:6 61:17
  62:12 65:12
  67:23 68:11
  77:6 80:23 81:2
  86:6,8,15 87:17
  88:5 89:25 93:8
  93:14 95:22
  108:25 113:22
  115:1
prison 102:3
prisoner 38:3,6
  38:24 39:4,16
  39:24 40:1,23
  40:25 41:20
  56:24 81:23
  88:4 90:17
  91:22 94:8
  98:24 103:6
  110:17
prisoners 37:2
  47:25 52:24
  68:20 69:10
  80:21 81:16
  82:8,9 89:3
  97:12 103:18
probably 7:17 8:6
  8:15 16:15 17:9
  26:21 32:21
  35:23 37:17
  47:9,13 58:10
  69:9 92:4
  106:21
problems 43:11
procedure 39:23
  40:4,8,18 53:3
  90:12,15,19
procedures 80:21
  80:23 81:6,11
  88:7 96:21 98:2
  98:6

process 9:17,24
  10:15 27:24
  39:25 40:5
  51:17 53:20
  71:9,15 73:9
  89:22 95:18
  97:18 100:9
Processing 110:18
professional 43:8
prompt 49:25
  50:6,9,12 53:13
prompted 13:9
proof 39:8
property 29:7,10
protecting 103:22
provide 39:17
provided 4:16
  28:21 29:14,23
  82:16
psych 44:1,6
  76:18
Psychological
  43:17
psychologically
  43:19
pulse 27:12 28:18
  79:9 80:3
pulseless 78:18
pupils 27:7
purpose 38:23
  40:18 44:15
  68:21,23,25
push 46:23
pushed 21:11
put 45:13 64:12
  65:15 70:21
  71:1,4 72:16,18
  73:11 74:18
  86:13 87:19
  91:20 106:1
p.m 34:19 93:24
  106:22 120:5

_____
Q
_____

quarter 109:12
question 5:2,6,13

14:14 35:4
  36:12 37:6
  46:12 48:24
  51:1 52:14
  54:20,22 55:1
  56:23 58:12,16
  86:25 88:10
  91:6 92:8 95:24
  97:20 100:2,9
  101:1 103:7,22
  105:4 112:19
  113:22 115:15
questioning 14:5
  119:9
questions 4:25
  9:18,19 10:1,15
  17:22 20:7
  30:23 53:19
  56:25 67:16
  74:9 101:11
  105:23 116:7
  120:4
quickly 21:20

_____
R
_____

R 2:1
Racine 13:8
radio 22:24
range 117:1
rate 27:13 79:11
  80:5
Rd 2:10
reaction 34:4,6
read 6:6 29:22
  45:10 54:7,17
  58:8,9 59:23
  81:4,17 82:10
  93:21 97:14
  99:18
reading 55:10
  110:14,15 111:2
realize 76:19
really 16:16 34:17
  34:20 76:16,17
  93:3 113:19
reason 38:19

43:22 54:9,14
  55:3,12,21
  57:17 67:21
  84:19 94:3
  109:9
recall 22:22 35:3
  75:14 94:10,16
  94:19 114:2,7
  114:12,15
  115:19 116:17
  116:20
receive 82:25
  91:15
received 14:15
  16:20 18:4
  21:22 23:14,22
  23:25 29:11
  34:14 40:2
  69:25 92:5
  108:6,12
receiving 39:17
  40:16,20 46:2
  48:6,22 54:10
  54:16 55:6,13
  56:7 72:8
  117:17
recognizing 78:13
recollection 35:21
  109:22 111:9
record 4:22 5:15
  49:7 51:1 56:2
  57:21 71:24,25
  72:1 101:8,9,16
  101:17 120:5
recorded 25:16
  26:4 107:10
recording 25:17
  26:5,6
records 4:8 31:21
  32:2 36:8,22
  42:5 108:23
  109:4,12 116:5
recounted 10:14
recounting 14:6
reexamined 32:13
referring 24:11

reflecting 39:12
refused 32:15,23
regard 22:18
  63:18 90:22
  95:2,6 102:16
regarding 4:25
  9:13 11:12
  13:18,25 20:19
  21:18 22:25
  40:5 55:4 65:11
  75:11
regards 35:16
regular 8:8,9,13
regulated 81:7
reimbursement
  13:21
reject 82:9
relate 30:15
related 6:16 10:20
  11:7 16:8 18:3
  24:19 25:5
  86:20 99:14
  116:23
relates 4:25 6:4
  10:6,10 31:3,21
  32:3 34:23
  36:10,22 37:7
  38:10 39:12
  41:14 45:15
  46:13 49:9
  53:24 56:11,23
  58:11 69:20
  80:21 92:7
  94:11 103:7,14
  103:22 104:7
relating 10:19
  99:12
relation 39:13
relative 114:3,21
relatively 85:5
relax 76:23
relay 11:14 51:6
  51:14 54:9 55:3
  55:7
relayed 11:17
  55:12 114:25

relaying 54:15
release 30:19 70:4
released 23:9
  29:17 32:16
  36:5 68:12 97:6
  105:16 108:1
relieve 33:4
remained 61:20
remains 50:4
remember 21:2
  22:17 23:2 27:2
  28:23 29:3
  31:11,15 34:9
  35:5,20,25 37:9
  37:16 48:11,14
  59:11,20 72:25
  74:11 79:25
  84:1 88:19,19
  96:14 113:19,21
  115:16
remembers 99:13
remove 59:9
removed 60:12
  71:5
render 80:11 88:7
  90:20
rephrase 5:3
  54:23
report 4:10,12 6:6
  11:23 57:1,3,8
  57:23 58:18,25
  67:24 93:20
  99:7,9 100:3
  107:6,7,20
  111:17 113:7
  116:14,18
  118:22,24
reported 60:3
reporter 5:10
  71:24 72:1
  101:9,15,17
  113:2 120:3
reports 5:25 6:1,2
  6:4 98:19
  107:16
represent 106:5

113:6
requested 39:9
requesting 5:20
required 26:12,15
  35:8 81:6,12
requires 39:7
  83:18,19
resist 16:7,24
resistance 16:13
  68:2,6 74:6
  95:12 111:14
  119:11,12,14,16
resistant 91:11,25
  95:14
resisting 74:4
resistive 16:16,17
  95:11
resolved 42:18,23
  42:24
respiratory 79:11
  80:5
respond 67:16
  69:3 105:2
responded 69:4
responder 27:19
responding 66:21
response 75:23
  76:11
responsibilities
  4:13 96:23
  98:16
responsibility
  70:17 92:14,24
  103:18
responsible 82:7
  97:2 98:23
  103:5
responsive 15:10
  17:25 20:20
  50:16
restrained 60:20
restraining 73:16
result 16:6 19:15
  20:16 23:2 52:1
  100:8,14 114:9
  114:12 117:15

resulted 88:15
return 31:13
  37:12 39:14,23
  41:5,10 48:17
  53:16,22 66:1
  70:4 105:17
returned 4:15
  23:23 27:6
  30:14 33:12
  34:16 35:18
  38:6,14,20,24
  39:4,16,20 66:8
  74:16,17 77:14
  88:23 90:4
  94:24
returning 26:8
  39:9 40:19
returns 40:9
review 5:23 28:24
  29:1,12 41:1
  54:12,13 55:2
  101:7
reviewed 6:3,10
  6:11,15 42:4
  57:25 58:6 81:2
Rick 95:4
ride 8:21 17:19
  26:21
riding 15:12
  20:13
right 5:23 11:5
  15:8 19:3 24:6
  32:12 34:18
  36:4 37:19
  46:12 63:16,21
  64:6 99:16,23
  106:16 109:4,16
  109:24 110:6,24
  111:12,17
  112:19 113:20
  118:19
right-hand 37:20
Robbins 82:14,15
  82:25 83:3
  102:6,12,25
  103:3,4,11,25

104:6,17
rode 20:1
rolling 27:4
room 11:22,23
  14:11 16:20
  17:7,11,14 18:5
  18:21 21:10
  22:6 23:11
  24:15 25:8
  29:18,24 31:22
  32:3,8,10,15
  35:17 36:4,9
  38:4,7,14,20,24
  39:5,17,24
  40:19 41:22
  44:24 49:11
  57:6 60:9 61:3
  62:10 68:12
  69:15 82:17
  84:20,21 86:2
  87:2,6,8 88:23
  92:10,25 94:1
  94:25 97:6,22
  105:17 106:13
  111:4 115:4,6
  119:2
roughly 12:13,25
  17:9 19:8 68:10
  97:9 113:18
round 119:9
Roundy 2:4
run 41:17 58:18

**S**

S 2:1
safe 48:19
safest 24:9
safety 103:6,19,23
sat 47:22,24 48:1
  66:9
satisfied 25:3
saturation 27:13
saw 15:11 73:5
  89:17 104:5
saying 11:3 24:7
  61:21 74:7

75:14 83:22
  88:19 94:19
  114:6,7,12,16
  115:20 116:18
says 42:12 43:6
  49:16 58:18
  59:1 97:1
  107:22 108:1
  111:5 113:11
  117:23
scale 44:5
scans 4:16
scene 103:12
school 12:22,24
  13:1,5,7
score 44:11,18,20
  44:21
scored 44:24
scream 62:25
screamed 84:19
screaming 64:12
  65:14 67:17
  70:20
screen 90:3
screening 4:9
  56:7 111:11,15
sealed 4:17
seat 26:19 27:3
  37:17 45:9
seatbelt 26:12,15
seatbelted 22:14
second 18:11,17
  18:18 19:4,11
  42:12 59:21
  63:7 98:15 99:9
  101:15 107:20
Section 110:18
secure 32:1
see 19:7 27:4 29:1
  43:20 45:1
  59:23 72:21,23
  81:17 82:25
  85:18 88:9,11
  89:20 103:25
  107:3,21 108:17
  109:18 111:20

113:12 115:6
118:21
**seek** 10:6 60:25
**seen** 5:21 31:23
  56:11 64:9
  75:10 84:17
  93:19 96:24
  99:7 108:22
  109:3,18
**seize** 48:20
**seizing** 22:4 57:4
**seizure** 17:20
  18:11 19:4,11
  19:16,23 29:20
  48:18 49:9,17
  49:21,24 50:4,5
  50:8 60:14 61:4
  61:7 62:6 63:3,7
  65:5,8 105:18
  109:25 110:8
  112:14,21
  116:16 119:1
**seizures** 17:5,23
  18:5,20 42:21
  42:22,22,24
  43:3 77:5 84:18
  116:24
**seizuring** 112:5
**sense** 75:15 97:19
**sent** 4:17 17:19
**sentence** 107:25
  113:11
**September** 31:22
  36:23 93:24
  112:23
**sequence** 34:23
**series** 4:24
**serious** 83:12,14
  83:15,17 84:13
  84:18 85:1 88:5
  90:14,18 91:2
**serve** 117:25
**served** 117:21
**service** 118:2
**set** 65:15 96:21
**shackled** 20:3

**shackles** 60:22
  73:19
**shallow** 61:8,20
  70:21
**share** 36:21
**sheet** 21:12
**she'll** 76:16,17
**shift** 34:18 56:20
**shirt** 77:17,23
  101:3 119:9
**shocked** 34:7
**shoes** 62:18 64:12
  65:16 70:21
**Shore** 12:7 114:1
**Shortly** 21:16
**shoulders** 5:11
**show** 5:18 31:19
  56:6 57:20
  80:19 93:18
  96:19 99:4
**showing** 40:11
**shrugs** 5:11
**sick** 88:20
**side** 91:20 99:16
  99:23
**side-effect** 53:12
**side-effects** 53:24
  116:21
**sign** 107:6
**significant** 35:6
  43:6 83:18
  102:21
**signs** 27:9,11,16
  27:23 28:6,9,13
  28:17 79:5 80:9
  109:19
**simple** 31:16
**Sinai** 4:8 31:21
  106:14 113:6
  115:25 116:14
  118:17
**Sinai's** 110:1
**sir** 4:21 5:18
  91:15
**sit** 15:18 26:11
  47:25 48:1

53:17 55:21
  63:10 66:10
  91:21 100:1
  101:2 103:3
**sitting** 58:7 59:2
**situation** 23:17
  36:15 78:7 93:4
  96:2
**six** 66:16 72:4,10
  78:23 85:24
  90:1 99:20
**six-officer** 67:23
**slurred** 53:25
**smell** 73:5,6 88:17
**smelling** 21:2
**soiled** 26:8 68:21
  68:22,25 86:22
**solely** 25:4
**somebody** 28:18
  31:10 48:16
  67:13 68:17
  69:21 71:6
  75:16,21 76:8
  77:25 78:18,19
  90:10,14 91:1
  91:24 102:3,20
  105:1
**somebody's** 27:15
  77:23
**someone's** 44:13
  78:7
**soon** 81:22 91:18
**sorry** 15:20 18:24
  48:24 60:7
  61:15 63:7 70:2
  74:16 78:19
  93:11 94:22
  103:4 118:17,20
**sort** 75:1
**sounds** 22:15 63:2
**South** 12:7 114:1
**speak** 11:13 89:12
**specific** 112:24
**speculation**
  100:11 112:8
**speech** 54:1

**spell** 4:21
**spelled** 4:23
**spit** 72:16,18,21
  73:11 74:21
  77:14,23 89:20
  89:25 96:13
  100:7,17 101:3
  111:2
**spoke** 9:8,8 10:9
  11:11,13 25:25
  26:3 35:24 59:1
  63:20 91:17,24
  112:15
**spoken** 114:25
  115:22,25
**squad** 8:20 22:8
  26:12 34:3
  37:12 45:8,9,13
  47:14 52:13
  53:15 68:14
**St** 2:16 3:3,9,15
  12:7 114:1
  118:14
**stable** 24:2
**staff** 11:1 24:5
**stamped** 96:20
**Standard** 80:20
**standing** 83:23
  85:22
**start** 76:17
**started** 15:16 58:9
  110:7
**starting** 49:7
**starts** 107:25
**state** 4:21 16:21
  18:3 25:3 44:13
  46:18,19 51:9
  59:21 62:3
  81:21
**stated** 88:5 99:10
**statement** 89:16
**statements** 114:2
**states** 1:12 82:6
  97:11 98:22
**station** 22:23
  23:12,23 25:9

26:9,22 27:6
  30:14 31:14
  33:7,13 34:16
  55:5 57:5 87:12
  87:17
**status** 97:8
**stay** 31:22 32:3
  91:22 104:20
**stayed** 33:14
  61:14,25 68:10
**staying** 14:8
**step** 71:9
**stop** 95:18
**stopped** 116:23
**street** 37:3 94:2
**stretcher** 21:11
**strike** 26:17 38:13
  43:5 50:15
  60:18 71:2
  79:21 90:11,17
  98:4
**strong** 74:6
**stronger** 68:4,6
**struck** 19:15 65:9
**struggle** 111:6,13
**struggling** 91:11
  91:25
**student** 13:2,14
**stuff** 13:2 31:17
**subject** 58:15
**subsequent** 6:5
  34:24 61:18
  67:15 108:9
**subsequently** 33:6
  57:5 60:3
**suffer** 52:12
**suffered** 49:10,21
  57:9 70:4,15
  77:5 78:1
**suffering** 16:8
  53:10 65:20
  70:21 80:13
  83:11 85:1 87:2
  90:14,18 91:2
  92:10 105:16
**suggest** 41:7 45:3

58:14 77:25
suggested 65:13
suggestion 25:4
supervising
104:11
supervisor 29:8
55:8,14 82:7,12
90:13 103:5,12
support 64:10
supposed 82:23
sure 9:4 11:10
16:10 33:25
34:17 35:2,22
58:24 65:17,18
65:25 66:7
69:14 81:4
89:25 92:18
93:4 101:13
104:25 106:17
112:9 119:19,21
surprised 34:5
surrounded 104:8
surrounding 7:10
8:17 10:7
Susan 2:20
sustained 116:15
symptoms 78:1
systems 43:7
S.C 2:3,9,15 3:2
3:14

**T**

T 4:19 106:3
113:3 118:10
119:6
take 5:10 29:19
39:6 55:25 56:2
71:22 79:5 80:9
81:24 91:19
101:7 106:20
107:23 115:17
taken 72:2 92:19
talk 9:15 20:10
34:22 83:3,23
115:2
talkative 15:13

talked 14:2 24:3
35:2,5,20 83:8
talking 18:20 35:3
67:6 74:24 75:3
75:16,23 76:11
76:22 79:20,22
80:2 81:16
108:10 110:19
talks 49:25 96:22
tape 25:15 101:25
tasked 36:16 37:6
37:14
technical 12:23
13:1
Technically 74:5
technician 105:7
tecum 5:20
tell 5:2 7:15 9:16
10:11 14:13
15:8,23 21:5,9
22:5,12 35:15
35:21 46:1
48:22 51:23
63:18 66:17
74:12 76:18
78:22 87:8
92:23 94:5 95:2
95:6 97:5 102:1
106:20 107:1
110:16,24
telling 14:7
temperature 79:7
80:7
ten 7:14,15 24:15
71:4
ten-minute 59:23
term 14:25 15:1,2
15:5,6,7,9 45:20
94:8
terminology
94:10
terms 15:3,19
42:8,14
test 44:15
testified 51:2
57:24 114:23

testimony 32:15
32:24 46:10
53:7 78:16 86:6
117:7
Thank 72:3 101:8
105:22 106:2
Thanks 112:25
118:7 120:2
themself 68:18
therapeutic 117:1
thing 106:18
107:19
things 13:15 21:4
27:12,20 64:20
65:2,24 85:8
100:14 108:9
119:19
think 12:1 13:4,20
15:24 16:10,23
19:9 22:3,19
23:17 24:6
25:12,17 27:5
28:10 29:3,13
29:19 33:21,24
34:9,18 38:22
40:13 42:21
44:1,6,6,7,22
46:4,24 47:2,3,9
47:19 52:15
53:9 55:21
56:20 60:12
61:3,6,25 62:2
64:5,25,25 65:5
65:8 66:2,4
68:16 69:4,11
71:21 74:20,21
75:12 76:16
85:3,4 88:11,17
90:21 93:16
94:7 95:25 96:3
96:5,11 98:1,4
99:23 101:6,22
102:18,23
103:24 104:10
105:21 108:21
114:23 117:9

119:15,18
thinking 95:10
96:6
third 58:21
110:15,24
thought 9:4,6
10:23 11:4,9
16:15 48:24
51:24 52:16
53:11 63:25
65:1,19 74:5
90:22 94:14
95:9 102:17,20
115:9 117:11
thoughts 32:9
three 12:22 17:9
64:13 77:5,6
84:17,18 106:18
three-hour 17:10
70:16 71:14
three-page 116:10
time 7:15,17
15:10 16:11,15
16:23 17:10,12
17:13,15 18:12
18:17 19:3,6
20:3 21:10,15
22:10 28:5,13
30:2 32:11
33:11 34:14
35:7,13 41:11
41:24 43:14,25
44:5 45:4,13
51:11,13,21,23
52:8,14 53:13
56:1,19,20 58:6
59:9 60:10,16
61:2,5,14 62:5,5
64:9,14 65:17
65:18 66:3 67:4
70:9,16 71:21
72:12 73:1,16
74:4,15 76:15
76:21 79:3,24
81:23 82:1,4,12
84:5,17 85:2,19

85:21 89:9 93:8
93:13 94:15
95:13,24 96:4
96:13,14 103:15
105:22 107:7,18
108:11,11
109:16 111:18
111:18,21 112:4
115:10 117:4
times 91:21
Timing 42:13
tired 14:19 15:14
17:1,22,24
20:22 21:20
51:24 62:4,7
108:10 116:24
tiredness 65:1,23
today 5:20 6:20
20:9 55:21
57:25 78:16
100:1 101:2
103:3 108:25
told 10:22,23
14:15 18:8 24:5
24:21 46:17
52:17 62:10
79:20 83:23
85:6 107:22
112:2
top 54:4 57:12
81:16 91:22
96:25
topic 9:16 34:25
35:10
topics 10:11
torso 66:18
totality 65:13
92:6
track 39:10
trained 17:6
28:16 78:12,17
90:24 91:1,10
96:21 105:8,11
training 11:25
12:25 14:24
25:2 42:15

43:21 90:23
91:15,17 92:5
116:20
**trans** 6:6
**transcript** 4:17
**transfer** 21:10
37:11,16 39:13
39:15 67:23
68:14 72:4,10
74:10 77:2
**transferred** 45:8
47:7 50:18 57:5
62:20 78:23
85:24 97:21
98:23 109:5
**transferring** 25:9
89:17 99:21
**transpired** 114:20
**transport** 21:6
22:13,21,25
37:1 39:10 59:4
59:10 97:12
117:18
**transported** 22:6
33:6 38:4 45:23
84:20 109:19
110:1
**transporting** 23:8
23:8 99:21
**trauma** 109:19,25
110:10 118:25
**traumatic** 44:14
**travel** 8:19
**treat** 102:2,3,20
**treated** 49:10
83:17
**treating** 70:14
**treatment** 83:19
**tried** 22:4
**trouble** 66:14,17
**true** 32:16 36:5
43:5 49:22
50:19 51:14,15
51:18,19 53:5,6
61:10,24 62:25
68:2 70:7 81:9

86:21 87:14,15
87:20,21,24,25
88:3,7,8 98:20
98:21,24,25
103:16
**try** 54:24 60:23
67:13,18 70:18
85:9
**trying** 15:25
16:16 29:10
60:4 69:12
**tuition** 13:20
**turn** 116:8
**turned** 55:5
**turning** 71:15
104:2
**turns** 27:5
**twice** 14:4
**two** 7:4 8:15 13:4
17:9,10,23 18:5
18:20 19:1 34:8
35:15 38:10
62:20 70:16
71:14 84:17
115:19
**two-block** 22:22
**type** 22:24 23:1
42:4 74:1
102:25
**typed** 107:13
**Tyrone** 89:10,12
89:16 99:10
**T-shirt** 100:20

**U**

**ultimate** 10:17
103:18
**ultimately** 58:19
100:16
**unable** 16:16,24
48:4 51:3 52:3
66:10 70:19
71:18
**unaware** 87:23
**unconscious**
28:19 78:15,20

79:15
**uncooperative**
43:24 44:9
46:25 52:2
**uncooperativen...**
111:14
**undergraduate**
13:1
**understand** 5:1
29:10,12 42:8
46:8 50:16 51:3
54:22 55:16
59:16,19 60:13
61:9 81:6,9
86:25
**understandably**
20:10
**understanding**
17:4 28:4 40:7
41:15 51:20
56:22 57:3 75:2
75:20 93:12
95:2 110:7
114:24 116:25
**understood** 5:7
29:23 30:6 47:3
**undertook** 92:23
119:12
**unintelligible**
61:22
**United** 1:12
**unnerving** 86:12
**unsure** 119:20
**unusual** 50:11
53:9,11
**unwritten** 75:1
**upright** 73:22
89:24
**upstairs** 47:15
**upward** 26:25
**upwards** 27:2
**urinate** 69:17
86:3
**urinated** 67:3,17
68:11 71:17
73:3,6 76:25

84:12,22 85:12
85:25 86:18
87:5,16,20
96:15 111:6
**urinates** 68:17
**urination** 70:5,11
77:24 88:18
**use** 20:11 37:4
44:12,16 59:14
59:15 76:15
88:13 92:20
108:2,7
**usual** 53:9
**usually** 38:9,18
89:7 103:8
**UWM** 13:2,3,13

**V**

**v** 1:10
**vague** 36:12 45:20
104:12
**Van** 3:2
**vehicle** 47:7
**verbal** 5:9
**verbalized** 85:23
**vicinity** 89:4
**victim** 50:4 62:6
93:23
**Video** 4:7 5:19
**videos** 101:19
103:25
**violent** 60:14 65:5
**visually** 26:4
**vital** 27:9,11,15
27:23 28:6,8,13
28:17 79:5 80:9
**voice** 84:2
**voiced** 23:15
**voluntary** 87:23
88:2
**vomit** 88:9
**vomiting** 88:15

**W**

**W** 2:10
**waited** 61:12
**waiting** 47:15

73:14 95:3,4,8
**wake** 62:12
**walk** 15:17 21:19
47:20 65:14
70:19 71:18
86:2,8
**walked** 11:22
21:16,17 31:8
47:20 73:12
**walking** 24:5
48:14 62:5 66:5
103:25 108:11
117:13,14
**want** 20:10 40:13
44:18 52:5
59:15 101:12
107:19
**wanted** 20:11
32:13 49:6
59:14
**wants** 81:25
**wasn't** 10:24 11:5
14:20 15:13,15
17:5 21:20
24:16,17 30:4
33:1 34:5 43:11
65:17,24 66:6
74:5 97:24
100:13 109:11
112:9 117:13
**watch** 69:20
101:19
**watched** 26:21,25
75:12 101:21
102:1
**Water** 3:3,9,15
**way** 5:14 16:12
24:9 28:19
55:22,25 88:1
98:16 102:20
117:12
**weak** 17:1,24
67:25
**weakness** 65:24
**weighed** 9:2,5
**weight** 62:21

**Weir** 3:2
**welfare** 103:19,23
**Wells** 2:16
**well-being** 16:22
 40:23 82:8
 92:16
**went** 10:13 34:9
 46:5 58:22
 60:14 61:3
 72:18 115:4
**Wenzel** 1:10
**weren't** 41:17
**wet** 73:5
**we'll** 24:9
**we're** 44:23 72:1
 101:17
**we've** 5:18 31:19
 56:6 57:20 72:2
 80:19 87:4
 93:18 96:19
 99:4 114:15
**whatsoever** 91:8
**wheelchair** 46:23
**white** 113:18
**Whyte** 2:15
**WI** 1:8 2:5,11,17
 2:23 3:4,10,16
**wife** 14:2,5 76:15
 76:21
**Wisconsin** 1:13
**witness** 1:1 18:16
 106:2
**wobbly** 53:25
**wondering** 14:9
 32:9
**words** 75:14
**work** 9:20 113:24
 113:25
**worked** 12:7,12
 12:14 56:20
 76:6
**working** 75:8
**worse** 61:17 62:1
**wouldn't** 15:17,17
 15:18 29:20
 51:23 96:7

 102:19 117:13
**write** 107:16
**writing** 107:6
**written** 40:4,7
 116:12
**wrong** 14:17
 24:24 27:24
 63:15 110:6,25
 114:23
**W23000** 2:4

---
**X**
---

**X** 4:1,19 106:3
 113:3 118:10
 119:6

---
**Y**
---

**yeah** 10:3 18:16
 23:13 32:9,19
 37:17 47:24
 55:11 58:22
 75:12 83:13
 106:25 107:5
 109:16 110:6
 111:16
**year** 8:3 12:25
 13:20
**years** 8:15 12:3

---
**$**
---

**$1200** 13:20

---
**#**
---

**#1400** 3:9
**#1500** 3:15
**#1900** 2:16
**#71** 2:10
**#716** 1:7 2:22
**#800** 3:3

---
**0**
---

**0480** 81:15
**090** 4:11 80:21

---
**1**
---

**1** 96:25
**1:14** 101:16

**1:17** 101:16
**1:41** 120:4
**10** 34:19 103:9
**10:15** 1:4
**100** 66:7 104:25
**1032** 4:13
**1033** 4:13 96:20
**106** 4:4
**11:00** 34:19
 106:22
**11:48** 71:25
**113** 4:5
**118** 4:4
**119** 4:3
**12-CV-664** 1:11
**12/09/2013** 1:4
**12:32** 71:25
**13th** 31:23 36:23
 93:24 112:23
**14th** 107:11
**15** 44:24 103:9
**16** 37:23,23 39:11
 44:22
**17** 42:4 116:8,10
**1720** 109:6
**18** 44:23
**1848** 109:12
**19** 116:8
**19th** 80:22

---
**2**
---

**2** 82:6 113:10
**2003** 12:16 13:6
 118:1
**2004** 12:12,18,22
**2005** 12:14
**2007** 12:11,18
 118:1
**2009** 12:15,16,19
**2010** 31:23 36:23
 80:22 93:24
**2011** 13:4
**2016** 13:15
**23** 45:6
**2500** 12:25
**27** 4:7 5:17,19

**28** 4:8 31:18,20
 37:19 39:11
 42:3 44:23 45:6
 49:5 54:3 116:3
 118:20,20
**29** 4:9 49:7,16
 56:5,7 57:18

---
**3**
---

**30** 4:10 19:9 50:5
 57:21,22 61:12
 106:10,16
 107:23 108:4
 113:18
**30-minute** 108:6
**31** 4:8,11 49:5,24
 80:18,20 81:15
**32** 4:12 54:3 93:17
 93:19
**33** 4:13 96:18,20
**34** 4:14 99:3,5

---
**4**
---

**4** 4:3
**45** 19:8

---
**5**
---

**5** 4:7
**5th** 7:2,22
**5/19/10** 4:11
**5:20** 109:6
**5:26** 107:10
**51** 93:19
**53072** 2:5
**53202** 1:8 2:17,23
 3:4,16
**53202-4267** 3:10
**53213** 2:11
**555** 2:16
**56** 4:9
**57** 4:10

---
**7**
---

**7:00** 33:22 109:13
**700** 3:3
**72** 82:1
**735** 3:9,15

---
**8**
---

**8** 33:22 44:18 56:8
**80** 4:11
**8112** 2:10
**841** 1:7 2:22

---
**9**
---

**9** 33:22
**9th** 94:2
**9:21** 93:24
**93** 4:12
**949** 94:2
**96** 4:13
**99** 4:14

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 48 of 48   Document 124-4