# United States District Court
## Eastern District of Wisconsin

---

## Estate of Perry v. Wenzel
### 12-CV-664



Video Deposition of

## Rick Bungert

Recorded 02/13/2014 in Milwaukee, WI

10:27 am - 11:31 am, 60 mins. elapsed

---

## Magne-Script

(414) 352-5450



PLAINTIFF'S
EXHIBIT
H

*20342 Condensed transcript with index*

## Page 1

Witness
Rick Bungert

Thursday 02/13/2014 at 10:15 by: Claire Ziffer

Milwaukee City Attorneys Office
841 N. Broadway #716
Milwaukee, WI  53202

Estate of Perry v. Wenzel
12-CV-664
United States District Court
Eastern District of Wisconsin

## Page 2

**A P P E A R A N C E S**

1
2 James J. Gende
3 Gende Law Office, S.C.
4 N28 W23000 Roundy Dr.
5 Pewaukee, WI  53072
6 On behalf of the Plaintiffs
7
8 Christopher P. Katers
9 Judge, Lang & Glynn, S.C.
10 8112 W. Bluemound Rd. #71
11 Milwaukee, WI  53213
12 On behalf of the Plaintiffs
13
14 Andrew A. Jones
15 Whyte Hirschboeck Dudek S.C.
16 555 E. Wells St. #1900
17 Milwaukee, WI  53202
18 On behalf of the Milwaukee County Defendants
19
20 Susan E. Lappen
21 Milwaukee City Attorneys Office
22 841 N. Broadway #716
23 Milwaukee, WI  53202
24 On behalf of the City of Milwaukee Defendants
25

## Page 3

1 Michael L. Johnson
2 Otjen, Gendelman, Zitzer, Johnson & Weir, S.C.
3 20935 Swenson Dr. #310
4 Waukesha, WI  53186
5 On behalf of Aurora Healthcare Metro, Inc.
6
7 Mark E. Larson
8 Gutglass, Erickson, Bonville & Larson
9 735 N. Water St. #1400
10 Milwaukee, WI  53202-4267
11 On behalf of Paul Coogan, M.D.
12
13 Patrick D. McNally
14 Borgelt, Powell, Peterson & Frauen, S.C.
15 735 N. Water St. #1500
16 Milwaukee, WI  53202
17 On behalf of Injured Patients and Families Compensation
18 Fund
19
20
21
22
23
24
25

## Page 4

**I N D E X**

1
2 EXAMINATION BY                            PAGE NO.
3 Mr. Gende . . . . . . . . . . . . . . . . . .   4
4 (There were no exhibits marked)
5 (The sealed original transcript was sent to Mr. Gende)
6
7 **E X A M I N A T I O N**
8 BY MR. GENDE:
9 Q   Sir, please state your name and spell your last name
10    for the record.
11 A   My name is Rick A. Bungert.  Last name, B-u-n-g-e-r-t.
12 Q   Officer Bungert, I'm going to ask you a series of
13    questions as it relates to Mr. Perry and his in-
14    custody death.  If you don't understand my question,
15    please tell me so and I'll attempt to rephrase it in a
16    manner that's more clear; is that fair?
17 A   Yes.
18 Q   If you answer my question, I will assume that you
19    understood it.  Okay?
20 A   Yes.
21 Q   Please allow me to ask my entire question before you
22    attempt to answer so that we may keep the record
23    clear.  Fair enough?
24 A   Sure.  Yes.
25 Q   Give me a brief overview of your educational

Magne-Script Video Court Reporting                    414-352-5450

## Page 5

1     background, please?
2  A  Graduated high school, two years of college, a little
3     bit of community college, the Air Force.
4  Q  When did you graduate high school?
5  A  1986.
6  Q  And the community colleges that you attended?
7  A  1991.
8  Q  And when were you appointed to the Milwaukee Police
9     Department?
10  A  1996.
11  Q  In between '91 and '96, can you give me a brief
12     overview of your employment background?
13  A  I drove truck for a concrete company. Actually, I
14     went to WCTC for two years, drove a dump truck for a
15     while, worked at a hotel, various jobs.
16  Q  What have been your assignments since you were
17     appointed to the Milwaukee Police Department?
18  A  Police officer.
19  Q  And doing what type of duties?
20  A  Patrol.
21  Q  What was your assignment on September 13th, 2010?
22  A  Assist officers with a combative subject.
23  Q  Were you assigned to the Prisoner Processing Section
24     at that time?
25  A  No.

## Page 6

1  Q  You were called off patrol to come to PPS?
2  A  Yes.
3  Q  Do you recall any other events of that evening other
4     than your call to PPS to assist with Mr. Perry?
5  A  No.
6  Q  Do you recall what time of the evening you arrived at
7     PPS?
8  A  Right around 6:30.
9  Q  By the way, did you review any documents in
10     preparation for your deposition here today?
11  A  I reviewed -- I reviewed with Sue Lappen. Other than
12     that, documents? No.
13  Q  Did you provide any statements regarding what you
14     observed on the evening in question?
15  A  Internal Affairs asked me a series of questions.
16  Q  That would have been after the lawsuit was filed?
17  A  I don't know when the lawsuit was filed.
18  Q  When did Internal Affairs ask you a series of
19     questions?
20  A  Maybe about six months ago, a year, something like
21     that.
22  Q  Okay. We'll come back to that. When you arrived at
23     PPS, did you observe Mr. Perry?
24  A  Yes.
25  Q  Did you have a partner with you that evening?

## Page 7

1  A  Yes.
2  Q  Who was your partner?
3  A  Officer Santiago.
4  Q  How long had you and Officer Santiago been partners
5     for?
6  A  Maybe six months to a year.
7  Q  When you received the call that you were to assist
8     with a combative prisoner, do you know who made that
9     call?
10  A  No, I don't.
11  Q  Did they provide you any additional information as to
12     Mr. Perry's status?
13  A  Not that I recall.
14  Q  What did you first observe when you arrived at PPS and
15     saw Mr. Perry?
16  A  I observed Mr. Perry being restrained by two officers
17     before we got on the elevator in the garage, but I
18     can't remember if he was standing or laying down.
19     It's been three and a half years. I don't exactly
20     remember the details.
21  Q  So you arrived in the garage in your squad, correct?
22  A  Yes. I believe so.
23  Q  And did you recognize the two officers that were
24     dealing with Mr. Perry at the time?
25  A  Yes.

## Page 8

1  Q  Who were they?
2  A  Officer Kroes and Officer Jacks.
3  Q  And when you first observed those three individuals,
4     were they outside of the squad car?
5  A  I believe so.
6  Q  And tell me what you recall of that observation.
7  A  Where we place our guns in a locker, I believe they
8     were standing there, but I don't know if Mr. Perry was
9     standing or laying down. I just remember them holding
10     him basically in that corner, waiting for us.
11  Q  When you first observed Mr. Perry, what physically did
12     you observe about him?
13  A  It's hard to remember. Nothing unusual.
14  Q  Do you recall him being cuffed at his arms?
15  A  Yes. I believe he was --
16  Q  Do you recall him --
17  A  I believe he was cuffed.
18  Q  Do you recall him being cuffed at his legs?
19  A  I don't remember.
20  Q  Do you recall him requiring assistance to stand?
21  A  No.
22  Q  Once you got to the garage, did you immediately
23     approach Kroes and Jacks and provide assistance?
24  A  Yes.
25  Q  Did you have any discussion with Mr. Perry at that

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 3 of 23   Document 124-8

## Page 9

1  time?
2  A  I don't remember.
3  Q  Did Kroes or Jacks explain to you that Mr. Perry was
4  being returned from a medical conveyance?
5  A  I don't remember exactly what they said, but I believe
6  I was told. It's been three and a half years. I
7  don't remember exactly what they said to me.
8  Q  Generally, what do you recall them saying?
9  A  I remember the hitch coming over as I thought it was a
10  combative subject, and they're restraining him
11  basically in the corner. I don't know the positioning
12  or anything like that. I don't remember what he said.
13  But it took me a while to even think of what part I
14  played in this whole role because it's been so long.
15  It's hard to quote or explain exactly what I did
16  because I don't remember it.
17  Q  Okay. Let's focus on the question at hand, which is:
18  what, if anything, do you recall Kroes or Jacks
19  explaining to you about Mr. Perry's medical
20  conveyance?
21  A  I don't remember.
22  Q  Did you observe Mr. Perry to be in a state of
23  distress?
24  A  Not that I recall, no.
25  Q  Did you observe him being combative?

## Page 10

1  A  He was -- I know he was jerking his arms around and
2  trying to move around a lot, but it's hard to
3  remember.
4  Q  This was the moment before he was taken to the
5  elevator up to PPS?
6  A  Yes.
7  Q  All right. Did Kroes and Jacks tell you that they'd
8  had any difficulty with Mr. Perry --
9  A  I believe they did, but I don't remember what exactly
10  they said.
11  Q  I don't need to know exactly. I want to know what
12  your best recollection is.
13  A  I don't remember.
14  Q  Okay. Tell me how you assisted in moving Mr. Perry
15  from the garage to the elevator.
16  A  I believe I was -- I believe I was on one of his
17  shoulders, and we went on the elevator, and we just
18  held him so he didn't flail around.
19  Q  Did he try to kick anyone that you saw?
20  A  I don't remember.
21  Q  Did he try and spit on anyone that you saw?
22  A  I don't remember.
23  Q  Do you recall him saying anything while you were
24  assisting him to the elevator?
25  A  No.

## Page 11

1  Q  Was his head up or down?
2  A  Well, if it was down, I'd remember that, so I would
3  say it was up.
4  Q  Do you recall observing any blood anywhere on his body
5  or face?
6  A  No.
7  Q  His clothing?
8  A  No, because that would -- If I saw blood on something,
9  I would put gloves on. I would be a lot more
10  cautions, so I would say no.
11  Q  Did you observe any urine or feces on Mr. Perry at
12  that time?
13  A  No.
14  Q  Did you smell any?
15  A  Not that I remember.
16  Q  Do you recall Kroes or Jacks telling you that Mr.
17  Perry had either urinated or defecated on himself?
18  A  No.
19  Q  When you were assisting Mr. Perry to the elevator, was
20  he able to walk on his own?
21  A  I don't think so. And the reason I say that is
22  because I saw a clip on the news, and I think we were
23  carrying him, but I'm not -- I don't actually remember
24  the actions.
25  Q  Other than seeing the video on the news which showed

## Page 12

1  Mr. Perry being carried once he was in PPS, you don't
2  recall whether or not he had to be carried while he
3  was in the garage and going to the elevator.
4  A  I don't remember.
5  Q  Were you advised by Kroes and Jacks that Mr. Perry's
6  medical emergency earlier in the evening had been a
7  seizure where he had struck his head?
8  A  No.
9  Q  Did you ever become aware of that information?
10  A  No.
11  Q  As you were riding up in the elevator, was Officer
12  Santiago assisting in any way as it relates to Mr.
13  Perry?
14  A  I know there were four of us on the elevator. We all,
15  I think, had a spot that we would try to control him,
16  or like a leg or an arm or shoulder or something to
17  try to control him.
18  Q  Did Mr. Perry appear to be coherent at the time?
19  A  I don't remember.
20  Q  Do you recall anything that Mr. Perry may have said to
21  you or any other officer from the moment you
22  approached him in the garage until the moment you got
23  up the elevator and walked into PPS?
24  A  I remember him yelling and -- yelling. And I just
25  said, "Hey, you have to behave, you have to be good."

## Page 13

1  I don't remember exactly what he said.
2  Q  Was he yelling something intelligible or was he
3  calling out for help? What do you generally
4  understand in that regard?
5  A  I don't remember him calling for help. I just -- I
6  don't know if -- I don't remember if he was calling us
7  derogatory comments. I just remember, "Hey, you got
8  to just calm down, just be" -- I was just trying to
9  calm him down.
10 Q  Were you successful in that regard?
11 A  I don't know if there were periods he seemed to be
12  better. He seemed coherent. I think if I said
13  something, he didn't seem like he had some off-the-
14  wall answer. But all I -- I remember just saying,
15  "Hey, you have to behave, just calm down." But I
16  don't remember exactly what he said to me.
17 Q  Did you inquire of Kroes or Jacks how Mr. Perry had
18  been combative, if at all, earlier in the evening?
19 A  Did I inquire?
20 Q  Yes.
21 A  I believe so.
22 Q  And what do you recall them saying, if anything?
23 A  I think they said that they had him at the hospital
24  and he was combative. But do I remember the exact
25  quotes? No.

## Page 14

1  Q  Do you recall having any further discussion with Kroes
2  or Jacks in that regard?
3  A  No.
4  Q  How much time elapsed from when you arrived in the
5  garage until Mr. Perry was transported up to PPS?
6  A  A few minutes.
7  Q  Were you aware of any paperwork problems that existed
8  with Mr. Perry that prevented him from being taken
9  directly to CJF?
10 A  I think it was said. I believe that's why -- because
11  -- I believe so. It's hard to remember exactly.
12 Q  What's your recollection? Did you understand that
13  when you were called to assist with a combative
14  prisoner, when you arrived at the garage, when you
15  stepped into PPS? Tell me your best recollection.
16 A  I don't remember.
17 Q  Were you advised how long you were to remain with Mr.
18  Perry?
19 A  No.
20 Q  Once you entered PPS, what's the next thing you
21  recall?
22 A  I remember we -- there's a booking -- there's a
23  booking long chair, and I remember -- I thought I had
24  -- I thought I had put my shins against his back so he
25  couldn't move around, so he couldn't hurt anybody or

## Page 15

1  hurt himself. I believe I was behind him, but it's
2  hard to remember that exact, if I was or not. I
3  believe that's where I was.
4  Q  Other than seeing the video of Mr. Perry at PPS and
5  subsequently at CJF, have you reviewed that video at
6  any other time?
7  A  No. I reviewed with Sue just bits of it. I don't
8  think I reviewed the view that was actually in that
9  corner.
10 Q  What portions of the video did you review with Ms.
11  Lappen?
12 A  There was one from the outside from the hallway, from
13  the elevators, and there's a door, and I could hear
14  some comments.
15 Q  What comments did you hear?
16 A  I could hear my voice and I thought I said, "Behave,"
17  things of that order. Something about like, "Behave,
18  calm down," or, "Behave."
19 Q  At some point, Mr. Perry was put into cell A3,
20  correct?
21 A  I know a cell but I don't know which number.
22 Q  Had you ever been to PPS before that evening?
23 A  That evening, I don't believe so.
24 Q  Were you by Mr. Perry --
25  MS. LAPPEN: Just for clarification, I think

## Page 16

1  he misunderstood.
2  Do you mean -- when he asked you if you had
3  been there before, did you --
4  BY MR. GENDE:
5  Q  Had you -- Had you --
6  MS. LAPPEN: Did you mean that evening or
7  ever before?
8  BY MR. GENDE:
9  Q  I'm talking about --
10 A  That evening.
11 Q  No. I'm talking about in your career had you been to
12  PPS before?
13  MS. LAPPEN: Yeah.
14 A  Oh, yes.
15  BY MR. GENDE:
16 Q  Okay.
17 A  I thought you meant that evening.
18 Q  So you're familiar with the layout, correct?
19 A  Yes.
20 Q  All right.
21 A  Yes.
22 Q  Did you leave Mr. Perry's side at any point in time
23  before he was put into cell A3, from the moment you
24  arrived in the garage until the moment the door was
25  closed on A3?

## Page 17

1  A  Not to my knowledge.
2  Q  Is it fair to say that as a responding officer to
3      assist with a combative or allegedly combative inmate,
4      it was your duty and responsibility to stay by Mr.
5      Perry until relieved of that duty?
6  A  I guess it depends how combative, but I don't remember
7      leaving him.
8  Q  Well, do you recall Mr. Perry being combative once he
9      was in PPS?
10 A  Yes.
11 Q  And tell me what you recall in that regard.
12 A  He was pulling his arms away from us when we were
13     trying to control him, moving around. We were just
14     telling him to calm down, and he just didn't seem to
15     respond at times.
16 Q  Do you know if a spit mask was applied?
17 A  I believe so.
18 Q  And when was that spit mask applied?
19 A  I'm guessing, I think we were up there about a half-
20     hour or so, about half the time frame through,
21     probably so like 15 minutes after we arrived up there,
22     but I don't know exactly when.
23 Q  Did you request that the spit mask be applied?
24 A  I don't remember.
25 Q  Did you see him spitting on himself?

## Page 18

1  A  I don't remember.
2  Q  Do you know why the spit mask was applied?
3  A  I assume because he was spitting, but I don't remember
4      him actually spitting.
5  Q  You mentioned earlier that you were positioned behind
6      Mr. Perry with your knees against his back, or your
7      shins against his back to try and keep him from
8      moving, correct?
9  A  I believe so.
10 Q  Was he on the floor or on a bench when that was
11     occurring?
12 A  He was actually -- his butt was on the floor.
13 Q  All right. How long had he been positioned on the
14     floor while you had your shins against his back?
15 A  I'm guessing 10 minutes.
16 Q  And during that 10-minute time period, did you hear
17     him say anything?
18 A  I know he was talking, but I don't remember exactly
19     what he was saying.
20 Q  Was he calling out for help?
21 A  I don't remember.
22 Q  Was he saying words to the extent that, "You officers
23     are killing me"?
24 A  It's possible.
25 Q  Did you hear him call for God?

## Page 19

1  A  No.
2  Q  Did you hear him say he was having difficulty
3      breathing?
4  A  I don't remember.
5  Q  When you viewed the video in preparation for your
6      deposition, did you see the part where you were next
7      to Mr. Perry in the hallway?
8  A  Yes.
9  Q  Did you listen to the audio?
10 A  Yes.
11 Q  And when you listened to the audio, what did you hear
12     him say?
13 A  I think he said, "I couldn't breathe."
14 Q  Did you see anybody assist him at that point in time?
15 A  We were all around him. But he was breathing.
16 Q  When he said he couldn't breathe, did you hear an
17     officer tell him that, "If you're talking, you're
18     breathing"?
19 A  I don't remember, but it's -- I've heard that term
20     many times, but I don't remember it that night.
21 Q  Have you used that term in the past?
22 A  Yes.
23 Q  Did you use that term with Mr. Perry on the evening in
24     question?
25 A  I don't remember.

## Page 20

1  Q  If you have an inmate that you're responsible for and
2      he tells you he's having difficulty breathing, is it
3      your general response to advise that inmate that, "If
4      you're talking, you're breathing"?
5  A  It's not a general response, no.
6  Q  What else have you said to inmates when they're --
7      told you they're having difficulty breathing?
8          MS. LAPPEN: Objection as to relevance.
9          But go ahead and answer.
10 A  What -- rephrase it or repeat the question.
11     BY MR. GENDE:
12 Q  You've told me you've used that phrase in the past
13     when you've had --
14 A  I've heard that phrase.
15 Q  Have you used that phrase yourself?
16 A  I don't remember while I was working ever saying that
17     to anybody.
18 Q  You've heard other officers say that?
19 A  I've heard medical people say that.
20 Q  I'm asking you if you've heard other police officers
21     for the Milwaukee Police Department say that.
22 A  I would say, yes, but I don't remember who or -- it's
23     just something common.
24 Q  It's something common within the Milwaukee Police
25     Department?

## Page 21

1  A  That I've heard.
2  Q  And when you've heard it being said by other police
3     officers to inmates or persons in custody that are
4     claiming they're having difficulty breathing, how have
5     you reacted to that?
6  A  It depends how they say it.  It depends if their chest
7     is moving, if I think they're breathing.  It's hard to
8     say.  It's hard to generalize it.
9  Q  Well, just because somebody -- somebody doesn't have
10    to stop breathing to be having difficulty breathing,
11    do they?
12 A  I don't believe so.
13 Q  What is your training on medical emergencies as a
14    Milwaukee police officer?
15 A  Academy training.
16 Q  And what's your training in that regard?  What do you
17    understand a medical emergency to be, sir?
18 A  Life or death.
19 Q  So if somebody is on the verge of death, only then are
20    they suffering from a medical emergency?  That's your
21    training?
22 A  No.  Can you repeat the question?
23 Q  I'm trying to understand what your training is in
24    observing and responding to a medical emergency as a
25    Milwaukee police officer.  And you just told me life

## Page 22

1     or death.  And then I asked for some clarification as
2     to whether only life or death, in your opinion, is a
3     medical emergency.
4  A  If someone is having a difficulty, I guess it's not an
5     emergency, but if it's a difficulty -- I don't
6     understand exactly what you're asking me.
7  Q  If somebody complains that they're having difficulty
8     breathing, could that be a medical emergency?  You
9     want people to keep breathing, right?
10 A  Absolutely.  But you --
11 Q  And if somebody --
12 A  When I think of emergency, I think of urgent emergency
13    is life or death to me.
14 Q  If somebody complains to you that they're having
15    difficulty breathing, could that be a medical
16    emergency?
17 A  It's possible.
18 Q  And when you heard Mr. Perry complain that he was
19    having difficulty breathing and either yourself or
20    another officer said to him, "If you're talking,
21    you're breathing," what else did the police officers
22    in his immediate vicinity do to determine whether or
23    not he was suffering from a medical emergency at that
24    point in time?
25 A  I don't remember.

## Page 23

1  Q  Do you recall them doing anything?
2  A  I recall us all making sure he didn't hit his head,
3     making sure he was upright so he could breathe,
4     controlling him so he doesn't spit on us.
5  Q  Did he have a spit mask on at the time?
6  A  I'm guessing it happened about halfway through the
7     process, but I don't remember if it happened before or
8     after.
9  Q  Do you know if pressing a man's chest forward towards
10    the ground would assist that person in breathing or
11    make it more difficult?
12 A  I don't know that we were, but I wouldn't know that it
13    would make a difference.
14 Q  Were you ever trained on compliance holds as a
15    Milwaukee police officer?
16 A  Yes.
17 Q  And what was your training on compliance holds?
18 A  You want to know my whole training procedure or...
19 Q  You can give me a general overview.
20 A  A compliance hold is just to control the subject so
21    they don't pull away from you.
22 Q  And are you aware as to whether or not those type of
23    holds can cause difficulty for your subjects as far as
24    breathing is concerned?
25 A  Not that I know of.

## Page 24

1  Q  Have you ever heard of positional asphyxia?
2  A  Yes.
3  Q  And what's your understanding in that regard?
4  A  My understanding is that you're not supposed to have
5     somebody on their chest because of the weight of the
6     body will give them difficulty breathing.
7  Q  Is that the only time that you're aware a subject can
8     suffer from positional asphyxia is if they are on
9     their chest?
10 A  Yes.
11 Q  Have you ever dealt with an inmate that suffered from
12    positional asphyxia?
13 A  No.
14 Q  Do you know if Mr. Perry was having difficulty with
15    positional asphyxia on the evening in question?
16 A  No.
17 Q  Do you think pressing Mr. Perry's chest forward in an
18    effort to gain compliance was making him more
19    comfortable or less comfortable?
20 A  I don't remember pushing his chest forward.  I don't
21    know how it's possible.
22 Q  Okay.  What do you recall doing with your shins, then?
23 A  Keeping him straight, upright.
24 Q  Did you see him press forward at all while you were
25    next to him?

## Page 25

1  A  If he pressed forward, it was under his power. I did
2     not push him, that I recall, forward.
3  Q  Did you hear Mr. Perry say anything else on the
4     evening in question, other than what you've described
5     for me?
6  A  I don't remember. I know he said plenty, but I don't
7     remember exactly what he said.
8  Q  I'm not asking you exactly what he said. Give me your
9     best recollection, Officer.
10 A  I don't remember.
11 Q  So other than what you've described for me thus far,
12    you don't recall Mr. Perry saying anything else?
13 A  No.
14 Q  And when you reviewed the video clip where you were
15    next to him and Mr. Perry was seated on the ground,
16    you heard him say certain things. Did that refresh
17    your recollection?
18 A  Yes.
19 Q  And once your recollection was refreshed, did you
20    recall him saying anything else?
21 A  I think he said he shit himself.
22 Q  And when he said that, did anybody offer him any
23    assistance?
24 A  Not -- I don't remember.
25 Q  Did you verify whether or not he had defecated on

## Page 26

1     himself?
2  A  No.
3  Q  Did you smell anything?
4  A  Not that I recall.
5  Q  At any point in the evening, did you smell urine or
6     feces on Mr. Perry?
7  A  No.
8  Q  Did you ever observe any blood coming from any part of
9     his body before he was put into cell A3?
10 A  Like I said, no.
11 Q  Tell me what you did on the evening in question from
12    the moment you were next to Mr. Perry in the garage
13    until you assisted in putting him in A3 to distinguish
14    whether Mr. Perry was suffering from a medical
15    emergency or was simply being resistant.
16 A  What did I do?
17 Q  Yes.
18 A  Like I said, I controlled him; I tried to calm him
19    down; I prevented him from being on his chest; I
20    prevented him from his head moving around.
21 Q  Did you know whether or not during your presence next
22    to Mr. Perry if he was suffering from a medical
23    emergency at any point in time?
24 A  No.
25 Q  You did not know one way or the other?

## Page 27

1  A  No.
2  Q  So my question to you is, not knowing whether Mr.
3     Perry was suffering from a medical emergency, what did
4     you do as a police officer with a duty to protect his
5     health, safety, and welfare do to distinguish whether
6     it was a medical emergency or you had a resistant
7     inmate?
8        MS. LAPPEN: Objection as to the form of the
9     question.
10       Go ahead, if you can.
11 A  Like I said, I did what I instructed you I did. I
12    prevented him from moving around. I don't understand
13    what you're asking me.
14 BY MR. GENDE:
15 Q  In the event that you determine or believe an inmate
16    under your supervision and control is suffering from a
17    medical emergency, what are you supposed to do?
18 A  If I believe that he's suffering a medical emergency,
19    I'll call for paramedics or medical attention.
20 Q  And if you're uncertain as to whether an individual
21    under your custody and control is suffering from a
22    medical emergency, what is your training?
23 A  If I'm uncertain, I would call.
24 Q  Did you hear any officer in your presence discuss
25    either with yourself, the other officers, or Mr. Perry

## Page 28

1     whether or not he needed medical attention?
2  A  I don't remember. But I just remember that I know he
3     came back from the hospital.
4  Q  One question at a time. Do you recall either yourself
5     or any officer in your presence discussing amongst
6     themselves or Mr. Perry whether or not he was having a
7     medical emergency?
8  A  I don't remember.
9  Q  Are you familiar with a paradigm shift at the
10    Milwaukee Police Department which trains officers that
11    "Struggling and resistance can indicate an immediate
12    medical emergency and not a criminal act"?
13 A  No.
14 Q  You never heard of that training before?
15 A  No.
16 Q  Do you believe that's a true statement?
17 A  I believe it's possible.
18 Q  Do you think it's a false statement or a true
19    statement?
20 A  I believe it's true.
21 Q  What, if anything, did you do on the evening in
22    question to distinguish whether Mr. Perry's struggling
23    and resistance was an immediate medical emergency as
24    opposed to a potential criminal act?
25 A  I controlled him. His chest was moving, he's

## Page 29

1 breathing.
2 Q At some point, did he become unresponsive to
3 inquiries?
4 A I don't remember.
5 Q Do you ever recall Lieutenant Robbins approaching Mr.
6 Perry?
7 A I know he was -- he was working that night. I know
8 that I had seen him in and out and he knew of the
9 situation.
10 Q Did you hear Lieutenant Robbins have any conversation
11 with Mr. Perry?
12 A I believe he did, but I don't know exactly what he
13 said to him.
14 Q Generally, what do you recall, Officer?
15 A I recall a video that was very difficult to hear what
16 Lieutenant Robbins said. I was investigated for that.
17 But I don't remember anything he said that night as
18 far as my memory goes.
19 Q Do you have memory problems generally?
20 A No. But it's been three and a half years.
21 Q Okay. Do you have problems with your hearing or
22 eyesight?
23 A No.
24 Q Do you have any difficulties with your powers of
25 observation?

## Page 30

1 A No.
2 Q Have you been trained to be observant as a police
3 officer?
4 A Yes.
5 Q After this incident occurred on the evening in
6 question, did any detectives sit down with you and
7 inquire as to your conduct on the evening in question?
8 A No, not that I recall.
9 Q Do you have any understanding as to why no detective
10 sat down with you?
11 A I have no idea.
12 Q Did you know that detectives were sitting down with
13 other individuals that had contact with Mr. Perry on
14 the evening in question?
15 A I don't remember.
16 Q Have you ever testified in court before?
17 A Yes.
18 Q And when you've testified in court, have you ever
19 testified to the extent that you couldn't remember the
20 events of a crime that you were investigating or
21 responding to?
22      MS. LAPPEN: Objection as to relevance.
23      But go ahead and answer.
24 A Have I ever claimed that I couldn't remember?
25 BY MR. GENDE:

## Page 31

1 Q Yes.
2 A Yes.
3 Q On approximately how many occasions?
4 A I have no idea.
5 Q More than five, less than five?
6      MS. LAPPEN: Same objection. Relevance.
7      Go ahead and answer.
8 A I have no idea.
9 BY MR. GENDE:
10 Q More often than not when you're in court do you
11 testify that you can't recall the events of a scene
12 that you're investigating or responding to?
13      MS. LAPPEN: Same objection.
14      MR. BOHL: Object to the form of the
15      question as argumentative.
16      MS. LAPPEN: And I join in that objection.
17 BY MR. GENDE:
18 Q You can answer the question.
19 A I don't remember. I can't answer something I don't
20 know.
21 Q Did you speak with any other officers in preparation
22 for your deposition here today?
23 A Did I speak with any officers regarding the
24 preparation?
25 Q Yes.

## Page 32

1 A No.
2 Q When you met with Ms. Lappen, who else was present?
3 A Officer Salinsky, Officer Bell. Officer Salinsky,
4 Bell. I believe that's it. And myself.
5 Q Tell me how Mr. Perry was moved from his seated
6 position to the cell A3.
7 A How he was moved?
8 Q That's the question.
9 A He was carried, I believe.
10 Q And how was he carried?
11 A By his shoulders and his legs.
12 Q Where were you positioned as far as Mr. Perry being
13 carried to the cell?
14 A I don't remember. I think I was by his head, but I'm
15 not 100 percent sure.
16 Q Do you know if he was face up or face down?
17 A I don't remember.
18 Q Do you recall whether he was dropped or not dropped?
19 A Not dropped.
20 Q How do you recall that? Can't remember anything else,
21 so how do you remember that specific --
22 A Because I would know if he's dropped.
23      MS. LAPPEN: Objection to the form. It's
24      argumentative.
25      Go ahead and answer.

## Page 33

1    BY MR. GENDE:
2    Q   Do you know that there was an inmate who saw him being
3        dropped before he was put into cell A3?
4    A   No, I didn't.
5    Q   You were never informed of that by any investigating
6        officer?
7    A   I was informed by, I believe, Sue.
8    Q   Okay.  I don't want to know what your attorney told
9        you.  Other than Mr. Perry being dropped before he was
10       put into cell A3, are you aware of any other process
11       or conduct that might have caused bleeding from his
12       nose or ear on the evening in question?
13           MS. LAPPEN:  Objection as to the form of the
14           question.  It assumes testimony that this officer
15           has not given, so it assumes facts not of record.
16           Go ahead and answer.
17   A   Could you repeat the question?
18   BY MR. GENDE:
19   Q   Are you aware of any other conduct or activity with
20       Mr. Perry, other than him being dropped at the front
21       of cell A3, that would result in him bleeding from his
22       nose or his mouth or his ear?
23   A   When he was resisting.
24           MS. LAPPEN:  Objection as to the form of the
25           question.  This officer said he was not aware of

## Page 34

1        anything -- anybody being dropped.
2            With that objection, go ahead and answer.
3    A   Okay.  Well, like I said, he wasn't dropped.  Maybe
4        when he was resisting us, he could have cut a finger.
5        But I didn't see any blood.
6    BY MR. GENDE:
7    Q   Well, I'm not asking you to speculate.  I'm asking if
8        you know, other than him being dropped, and you say he
9        wasn't dropped, but I'm asking you, other than him
10       being dropped, are you aware of any other conduct or
11       activity that would have resulted in Mr. Perry
12       bleeding from his mouth, his nose, or his ear --
13   A   No.
14   Q   -- before he was put into cell A3?
15   A   No.
16   Q   Do you have any information as we sit here today as to
17       why an inmate would tell an investigating detective on
18       the evening in question that he observed Mr. Perry
19       being dropped before being put into cell A3?
20   A   Why would he say that?
21   Q   Do you have any information as to why --
22   A   I have no idea.
23   Q   Do you recall anybody asking Mr. Perry any questions
24       as he was being carried from his seated position to
25       the cell in A3?

## Page 35

1    A   No.
2    Q   Do you recall smelling any feces or urine at the time?
3    A   Like I said, no.
4    Q   I'm talking at the time he was being carried until he
5        was put in the cell.
6    A   No.
7    Q   Were you aware that a custodian at PPS told an
8        investigating officer that there were gobs of blood,
9        spit, and feces in the cell where Mr. Perry was after
10       he was removed from the cell?
11   A   No.
12   Q   Do you have any reason to dispute that custodian's
13       information in that regard?
14   A   I don't even know the custodian you're talking about,
15       but, no.
16   Q   Do you know a custodian by the name of Puechner?
17   A   No.
18   Q   How was Mr. Perry put into cell A3?
19   A   I believe he was carried in.
20   Q   Was he able to sit up on his own, was he deposited on
21       the floor?  Describe that for me.
22   A   I believe he was on the floor.
23   Q   Face up, face down?
24   A   I don't remember.
25   Q   Did anybody inquire at that time whether Mr. Perry

## Page 36

1        needed medical assistance?
2    A   No.
3    Q   Did anybody discuss at that time as far as the
4        officers were concerned that were in your presence
5        whether or not Mr. Perry was suffering from a medical
6        emergency?
7    A   I don't -- no.  I don't believe so.
8    Q   Did Officer Kroes ever tell you words to the extent
9        that he did not believe Mr. Perry should have been
10       released from the emergency room?
11   A   Yes, I believe he said that.
12   Q   At what point in time did he say that?
13   A   It's possible when we were sitting by the bench area,
14       but I can't remember exactly where I was.
15   Q   Were you behind Mr. Perry at that time with your shins
16       against his back?
17   A   I believe I was.
18   Q   And how did you respond to Officer Kroes's suggestion
19       that he did not believe Mr. Perry should have been
20       released from the emergency room?
21   A   I don't remember what I'd said to him.
22   Q   Did you say anything?
23   A   I don't remember.
24   Q   Do you recall any other officers saying anything in
25       response to Officer Kroes saying, "I don't think Mr.

| Page 37 |
|---|
| 1     Perry should have been released from the emergency<br>2     room"?<br>3   A   No.<br>4   Q   So here's Mr. Perry calling for help, saying he's<br>5     having difficulty breathing, and Officer Kroes at some<br>6     point tells all the officers in his presence, "I don't<br>7     think he should have been released from the emergency<br>8     room," and it was met with silence?  Is that your<br>9     testimony?<br>10   A   I don't remember.<br>11   Q   Did it occur to you that when Officer Kroes said he<br>12     did not think Mr. Perry should have been released from<br>13     the emergency room, Mr. Perry was calling for help and<br>14     complaining of difficulty breathing, that at that<br>15     point in time he might be suffering from a medical<br>16     emergency?  Did it cross your mind?<br>17   A   I believed he just got back from the hospital, so I<br>18     didn't -- no, I didn't believe he was.<br>19   Q   I'm asking you if it crossed your mind that he might<br>20     be suffering from a medical emergency --<br>21   A   No, I don't think it did.<br>22   Q   Was Mr. Perry able to walk to the cell under his own<br>23     power?<br>24   A   I know he was carried, so I would say no.<br>25   Q   Considering Mr. Perry was unable to walk to the cell |

| Page 38 |
|---|
| 1     under his own power, he'd been complaining of<br>2     difficulty breathing, he had called out for help, he<br>3     had stated words to the effect that he believed the<br>4     officers were killing him, that the transporting<br>5     officer, Kroes, expressed the opinion that he should<br>6     not have been released from the emergency room, is it<br>7     your testimony that it never crossed your mind that<br>8     Mr. Perry may be suffering from a medical emergency?<br>9   A   No.<br>10   Q   It never crossed your mind, correct?<br>11   A   Like I said, I don't remember what I was thinking, but<br>12     I don't believe it did, because he just was released<br>13     from the hospital.<br>14   Q   What's that mean to you?<br>15   A   It means a doctor checked him.<br>16   Q   Okay.  And does that mean to you as a Milwaukee police<br>17     officer that once a doctor checks somebody they can't<br>18     have a medical emergency after that?  Is there some<br>19     magic pill that's given?<br>20   A   It's possible.  Anything is possible.<br>21   Q   So it's possible that once a doctor releases somebody<br>22     they may not have a medical emergency, correct?<br>23   A   Correct.<br>24   Q   But is it your training that once an individual is<br>25     released from a hospital or is medically cleared that |

| Page 39 |
|---|
| 1     they can never suffer from a medical emergency again?<br>2   A   Anything can happen.<br>3   Q   So it's possible that Mr. Perry could suffer from a<br>4     medical emergency after being cleared.<br>5   A   I suppose it's possible.<br>6   Q   Did you see Mr. Perry move at all once he was put into<br>7     the cell?<br>8   A   We walked out.  I didn't monitor him.<br>9   Q   The question is, did you see him move once he was put<br>10     into the cell.<br>11   A   I don't remember.<br>12   Q   Do you know if his handcuffs or leg shackles were<br>13     taken off?<br>14   A   I believe they were.<br>15   Q   Why do you believe they were?<br>16   A   Because we always pull them off when we leave the<br>17     cell.<br>18   Q   So that's something you recall or you're just relying<br>19     on standard operating procedures?<br>20   A   I'm just relying on standard operating.  I don't<br>21     remember.<br>22   Q   Do you know if his spit mask was removed?<br>23   A   I don't remember.<br>24   Q   What did you do after the cell door was closed?<br>25   A   Went back in service. |

| Page 40 |
|---|
| 1   Q   Left PPS?<br>2   A   Yes.<br>3   Q   Did you have any further contact with Mr. Perry?<br>4   A   No.<br>5   Q   Do you have any recollection of a discussion about Mr.<br>6     Perry occurring at the next morning's roll call?<br>7   A   No.<br>8   Q   When were you informed that Mr. Perry passed away at<br>9     CJF?<br>10   A   That night.<br>11   Q   Where were you?<br>12   A   I believe I was in my squad.<br>13   Q   Okay.  Were you driving or a passenger?<br>14   A   I don't remember.<br>15   Q   Who told you that Mr. Perry expired?<br>16   A   It's either -- It was either Jacks or Kroes.<br>17   Q   And what was your response to that?<br>18   A   I don't remember what I said.<br>19   Q   Do you have any recollection of what you thought about<br>20     a prisoner who was under your supervision and control<br>21     earlier in the evening having passed away?<br>22   A   I don't remember.<br>23   Q   You don't remember if you thought about it?<br>24   A   No.<br>25   Q   Did you have any concern that somebody you were |

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 11 of 23   Document 124-8

## Page 41

1    responsible for earlier in the evening passed away
2    shortly thereafter?
3  A  You're asking me what exactly I remembered about that
4    night, and I don't remember it, so... I would think I
5    would -- I would ask myself why, but I don't -- I'm
6    just anticipating, or just trying to -- but I don't
7    remember.
8  Q  That's what we're here to determine, what your
9    recollection of the event is. So my question to you
10    is, when you were informed by Officer Kroes or Jacks
11    that Mr. Perry had expired and you understood that
12    he'd been under your supervision and control earlier
13    in the evening, did you have any concern? Do you
14    recall having concern or not?
15  A  I don't recall.
16  Q  Did you recall having a discussion with your partner,
17    Santiago, about what might have happened earlier in
18    the evening?
19  A  No.
20  Q  Do you recall discussing with anybody after Mr. Perry
21    died what the circumstances were surrounding his
22    death?
23  A  No, I don't.
24  Q  When you were carrying Mr. Perry from his seated
25    position into cell A3, did he kick anybody?

## Page 42

1  A  I know he was kicking his legs.
2  Q  The question is, did he kick anybody?
3  A  But I don't remember him actually directly kicking
4    anybody.
5  Q  Did he strike anybody with his hands?
6  A  He was cuffed.
7  Q  So the answer is?
8  A  So it would be no.
9  Q  Was he cuffed with his hands in front of him or behind
10    him?
11  A  SOP is behind, so I believe it was behind.
12  Q  I want to know what you recall as opposed to SOP.
13  A  It was behind his back.
14  Q  And do you know if the spit mask was still affixed to
15    his face?
16  A  From what point? What are you talking about?
17  Q  We're talking about when you carried him from his
18    seated position and placed him on the floor of cell
19    A3.
20  A  It was in position.
21  Q  Could you see his eyes?
22  A  No.
23  Q  Could you see his nose?
24  A  No.
25  Q  Could you see his mouth?

## Page 43

1  A  No.
2  Q  And can you tell me why you were unable to observe any
3    of those areas of his face?
4  A  Because his spit mask was on.
5  Q  Okay. What is it about the spit mask that prevents
6    you from seeing his eyes, nose, or mouth?
7  A  There's material over his face.
8  Q  Okay. Is the material netted or is it a solid
9    material?
10  A  I think it's half and half.
11  Q  And what half is where?
12  A  The netted part is usually over his face. But when
13    people fight, it gets moved around and they squirm or
14    they try to -- if they're noncompliant, sometimes it
15    moves around.
16  Q  Do you know if Mr. Perry's spit mask had moved around?
17  A  I don't remember.
18  Q  So when you looked at it, did it appear to be in
19    proper position or did it look like it had moved
20    around?
21  A  I don't remember exactly what position it was in, but
22    I don't remember seeing his eyes or his face.
23  Q  Did you make any attempt to observe his eyes to see if
24    they were open or closed?
25  A  I was busy carrying him.

## Page 44

1  Q  So the answer is no?
2  A  No.
3  Q  Do you know if he was conscious or unconscious?
4  A  He was conscious. He was resisting us.
5  Q  He was moving.
6  A  He was moving.
7  Q  Was he saying anything while he was being carried?
8  A  I don't remember.
9  Q  Were any officers saying anything to him?
10  A  I don't know what they said to him. I can't remember.
11  Q  Do you recall Lieutenant Robbins saying words to the
12    effect that Mr. Perry, if he was going to act like an
13    animal, he's going to be treated like he was in
14    prison?
15  A  I remember viewing the audio, but I don't remember
16    that at the time.
17  Q  Was there anything that prevented you from hearing
18    Lieutenant Robbins saying that?
19  A  Mr. Perry was resisting us when we were carrying him.
20  Q  Did Lieutenant Robbins say that while Mr. Perry was
21    being carried or while he was sitting on the floor?
22  A  Based on the video I saw by Internal Affairs, we were
23    carrying him.
24  Q  Was anybody yelling at the time, other than Lieutenant
25    Robbins?

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 12 of 23   Document 124-8

## Page 45

1 A  Not that I remember.
2 Q  Do you know Lieutenant Robbins?
3 A  Yes.
4 Q  How long have you known Lieutenant Robbins for?
5 A  Seven, eight years.
6 Q  And have you spoken to him?
7 A  Yes.
8 Q  Does he have a loud voice or a soft voice?
9 A  It varies.
10 Q  When he's attempting to gain compliance with a
11     prisoner, have you heard him use a loud voice or a
12     soft voice?
13 A  Are you talking about Mr. Perry, the incident with Mr.
14     Perry when he was trying to gain compliance?
15 Q  We can talk about that in a second. I'm talking about
16     in general.
17 A  In general?
18 Q  Yes.
19 A  I never heard him try to gain compliance with a
20     prisoner.
21 Q  When he attempted to gain compliance with Mr. Perry by
22     using that phrase, did he use a loud voice or a soft
23     voice?
24 A  I could barely hear it on the audio, so I would say
25     it's a soft voice.

## Page 46

1 Q  Okay. I think we're going to take a five-minute break
2     and I might have some more questions for you. Thank
3     you.
4 A  Okay.
5     THE REPORTER: Off the record.
6         (Off the record)
7     THE REPORTER: We're back on the record.
8 BY MR. GENDE:
9 Q  I'm going to show you what we've previously marked as
10     Exhibit No. 31, Officer, which are Milwaukee Police
11     Department SOPs. And I direct your attention to Bates
12     No. MPD00481. In the lower right-hand corner, you'll
13     find the page numbers.
14 A  481?
15 Q  Yes.
16 A  And which number?
17 Q  We're going to look at paragraph B at the top of the
18     page. Are you familiar with these policies and
19     procedures?
20 A  Yes.
21 Q  All right. Under paragraph B it states, "The prisoner
22     has an injury or serious medical condition that
23     requires immediate attention. A serious medical
24     condition is defined as a condition that is life-
25     threatening, can cause serious disability if not

## Page 47

1     treated, can cause significant pain or discomfort, and
2     requires medical treatment or medication or requires
3     constant monitoring by medical personnel." Did I read
4     that correctly?
5 A  Yes.
6 Q  Do you have a different definition for a serious
7     medical condition other than what's contained in the
8     policies and procedures?
9 A  No.
10 Q  And what, if anything, did you do to determine whether
11     or not Mr. Perry was suffering from a serious medical
12     condition while you were in his presence, other than
13     being resistive or noncompliant?
14     MS. LAPPEN: Objection as to the form of the
15     question.
16     Go ahead and answer.
17 A  Well, he was breathing, he was at a hospital, so -- I
18     was making sure he didn't hurt himself. So as far as
19     I was concerned that night, knowing what I knew, I was
20     doing everything I could.
21 BY MR. GENDE:
22 Q  Everything you could to do what?
23 A  To make sure -- I thought he was fine. I thought we
24     were just controlling him because he was combative,
25     based on information I had.

## Page 48

1 Q  Okay. I understand that. You believe he was
2     combative. We've just read into the record what a
3     serious medical condition is. It's defined as a
4     condition that is life-threatening, can cause serious
5     disability if not treated, can cause significant pain
6     or discomfort, and requires medical treatment or
7     medication. Right?
8 A  Yes.
9 Q  Okay. Now I'm asking you what you did to distinguish
10     whether Mr. Perry was being resistive or noncompliant
11     as opposed to suffering from a serious medical
12     condition that was causing him pain or discomfort and
13     required medical treatment.
14     MS. LAPPEN: Objection as to the form of the
15     question. Also, it's been -- parts of it have
16     been asked and answered several times already.
17     But go ahead and answer.
18 A  Like I keep saying, he was breathing, he was coherent.
19     As far as I knew, I'd ask him a question or make a
20     statement and he would respond. He was coherent. He
21     -- just making sure he didn't hit his head. And --
22 BY MR. GENDE:
23 Q  What led you to --
24 A  -- he was just seen by a doctor.
25 Q  What led you to believe Mr. Perry was coherent?

## Page 49

1   A  Because if I -- based on the audio, if I said
2     something, he responded back with an answer that was
3     -- made sense to me, so I thought he was coherent.
4   Q  What do you recall him responding -- What do you
5     recall you saying and him responding when you watched
6     the video?
7   A  I just -- I kept telling him to behave, and he would
8     stop moving his hands and flailing his arms. And I
9     said, "You just have to calm down." It's hard to
10     remember.
11   Q  Well, that's what we're here to figure out today,
12     Officer. So you're telling me you believe he was
13     coherent, and I'm trying to understand your memory in
14     that regard. So do you remember him being coherent or
15     do you remember him not being coherent, or do you not
16     remember, period?
17   A  I would remember if he was not coherent. If he had
18     some off-the-wall answers that, if I would say
19     something, he would come up with, I would remember
20     that.
21   Q  What do you recall him saying in response to any of
22     your verbal inquiries?
23         MS. LAPPEN: Objection. That's been asked
24     and answered.
25         But go ahead and answer again.

## Page 50

1   A  It's difficult to remember. But I remember him not
2     being coherent. If the answers just absolutely didn't
3     make sense to me, I would remember that.
4   Q  I want to know what you recall him saying in response
5     to any inquiry you made.
6         MS. LAPPEN: Objection. That's been asked
7     and answered.
8         But go ahead and answer again.
9   A  I don't remember.
10   BY MR. GENDE:
11   Q  Tell me how you determined that Mr. Perry was coherent
12     as four officers were carrying him down the hallway
13     and placed him face down in the cell A3.
14   A  He wasn't always being carried. He was carried for
15     about a minute.
16   Q  And during that minute when he was carried, tell me
17     how you determined that he was coherent. Did you see
18     his eyes open?
19   A  Well, during that minute, no, I didn't.
20   Q  Did you hear him say anything?
21   A  I don't remember.
22   Q  Was he able to walk under his own power?
23   A  He might have been, but we were carrying him because
24     he was combative.
25   Q  When he was placed down, did he stand up?

## Page 51

1   A  I left.
2   Q  Did you see him move under his own power from when you
3     carried him down the hall until he was face down in
4     the cell?
5   A  No.
6   Q  Did you see his eyes open?
7   A  No.
8   Q  Did you hear him say anything?
9   A  I believe he was talking, but I don't remember what he
10     was exactly saying.
11   Q  Do you recall him saying anything?
12   A  Based on audio, yes.
13   Q  What do you recall him saying when you were carrying
14     him down the hallway and when you placed him face down
15     in the cell?
16   A  I don't remember anything there.
17   Q  That's what the question is.
18   A  Okay.
19   Q  So you didn't see his eyes open, you didn't hear him
20     say anything, you're unsure as to whether he could
21     walk under his own power because he was being carried,
22     and you didn't see him move when he was placed face
23     down in the cell, correct?
24   A  Correct.
25   Q  How do you know he was coherent during that time

## Page 52

1     period?
2   A  I was referring to when he was in the seated position.
3   Q  Okay. Now we're at a different spot. Tell me how you
4     knew he was coherent during the time period we just
5     discussed.
6   A  Within that minute, I don't recall.
7   Q  You don't recall if he was coherent or not coherent
8     during that time period?
9   A  I remember he was moving and resisting us. Other than
10     that, I don't remember him saying anything.
11   Q  We're not talking about whether he said anything. We
12     are talking about whether he was coherent when four
13     officers picked him up, carried him down the hallway,
14     and then placed him face down in the cell. We know
15     that you don't recall him saying anything, right?
16   A  Yes.
17   Q  We know that you don't recall seeing whether his eyes
18     were open, correct?
19   A  Correct.
20   Q  You don't know whether he was able to walk under his
21     own power at that point because he was being carried,
22     right?
23   A  Correct.
24   Q  And you didn't see him move when he was placed face
25     down in the cell, correct?

Page 53

1   A   Correct.
2   Q   So tell me how you knew whether or not Mr. Perry was
3       coherent during that time period.
4   A   I don't.
5   Q   Tell me how you know whether Mr. Perry was suffering
6       from a medical emergency during that time period.
7   A   I don't.
8   Q   Did Lieutenant Robbins ever inform either you or any
9       other officers in your presence of any instructions
10      from the emergency room as relates to Mr. Perry's
11      condition?
12  A   No.
13  Q   Were you aware as to whether or not any other officers
14      had been informed to keep an eye on Mr. Perry because
15      he'd been recently released from the emergency room?
16  A   No.
17  Q   If an officer said in post-death reports that you were
18      placing Mr. Perry in a compliance hold, would you have
19      any reason to disagree with that officer's statement?
20  A   No.
21  Q   Tell me what your training is on compliance holds.
22  A   Well, when someone is being resistive, you basically,
23      while they are cuffed, you put pressure on the outer
24      part of their hand to make them comply.
25  Q   Is that the compliance hold that you used on Mr.

Page 54

1       Perry?

2   A   Yes.

3   Q   You put pressure on his outer hands?

4   A   Yes.

5   Q   Did you use any other compliance hold with him?

6   A   Not that I know of.

7       MR. GENDE:  I don't think I have anything

8       further.

9       THE REPORTER:  There being nothing further

10      for the record, this deposition is concluded at

11      11:31.  Off the record.

**A**

able 11:20 35:20 37:22 50:22 52:20
absolutely 22:10 50:2
Academy 21:15
act 28:12,24 44:12
actions 11:24
activity 33:19 34:11
additional 7:11
advise 20:3
advised 12:5 14:17
Affairs 6:15,18 44:22
affixed 42:14
ago 6:20
ahead 20:9 27:10 30:23 31:7 32:25 33:16 34:2 47:16 48:17 49:25 50:8
Air 5:3
allegedly 17:3
allow 4:21
Andrew 2:14
animal 44:13
answer 4:18,22 13:14 20:9 30:23 31:7,18 31:19 32:25 33:16 34:2 42:7 44:1 47:16 48:17 49:2,25 50:8
answered 48:16 49:24 50:7
answers 49:18 50:2
anticipating 41:6
anybody 14:25 19:14 20:17 25:22 34:1,23

35:25 36:3 41:20,25 42:2,4 42:5 44:24
appear 12:18 43:18
applied 17:16,18 17:23 18:2
appointed 5:8,17
approach 8:23
approached 12:22
approaching 29:5
approximately 31:3
area 36:13
areas 43:3
argumentative 31:15 32:24
arm 12:16
arms 8:14 10:1 17:12 49:8
arrived 6:6,22 7:14,21 14:4,14 16:24 17:21
asked 6:15 16:2 22:1 48:16 49:23 50:6
asking 20:20 22:6 25:8 27:13 34:7 34:7,9,23 37:19 41:3 48:9
asphyxia 24:1,8 24:12,15
assigned 5:23
assignment 5:21
assignments 5:16
assist 5:22 6:4 7:7 14:13 17:3 19:14 23:10
assistance 8:20,23 25:23 36:1
assisted 10:14 26:13
assisting 10:24 11:19 12:12
assume 4:18 18:3
assumes 33:14,15

attempt 4:15,22 43:23
attempted 45:21
attempting 45:10
attended 5:6
attention 27:19 28:1 46:11,23
attorney 33:8
Attorneys 1:6 2:21
audio 19:9,11 44:15 45:24 49:1 51:12
Aurora 3:5
aware 12:9 14:7 23:22 24:7 33:10,19,25 34:10 35:7 53:13
A3 15:19 16:23,25 26:9,13 32:6 33:3,10,21 34:14,19,25 35:18 41:25 42:19 50:13

**B**

B 46:17,21
back 6:22 14:24 18:6,7,14 28:3 36:16 37:17 39:25 42:13 46:7 49:2
background 5:1 5:12
barely 45:24
based 44:22 47:25 49:1 51:12
basically 8:10 9:11 53:22
Bates 46:11
behalf 2:6,12,18 2:24 3:5,11,17 behave 12:25 13:15 15:16,17 15:18 49:7

believe 7:22 8:5,7 8:15,17 9:5 10:9 10:16,16 13:21 14:10,11 15:1,3 15:23 17:17 18:9 21:12 27:15,18 28:16 28:17,20 29:12 32:4,9 33:7 35:19,22 36:7,9 36:11,17,19 37:18 38:12 39:14,15 40:12 42:11 48:1,25 49:12 51:9
believed 37:17 38:3
Bell 32:3,4
bench 18:10 36:13
best 10:12 14:15 25:9
better 13:12
bit 5:3
bits 15:7
bleeding 33:11,21 34:12
blood 11:4,8 26:8 34:5 35:8
Bluemound 2:10
body 11:4 24:6 26:9
BOHL 31:14
Bonville 3:8
booking 14:22,23
Borgelt 3:14
break 46:1
breathe 19:13,16 23:3
breathing 19:3,15 19:18 20:2,4,7 21:4,7,10,10 22:8,9,15,19,21 23:10,24 24:6 29:1 37:5,14 38:2 47:17 48:18

brief 4:25 5:11
Broadway 1:7 2:22
Bungert 1:2 4:11 4:12
busy 43:25
butt 18:12
B-u-n-g-e-r-t 4:11

**C**

C 2:1
call 6:4 7:7,9 18:25 27:19,23 40:6
called 6:1 14:13 38:2
calling 13:3,5,6 18:20 37:4,13
calm 13:8,9,15 15:18 17:14 26:18 49:9
car 8:4
career 16:11
carried 12:1,2 32:9,10,13 34:24 35:4,19 37:24 42:17 44:7,21 50:14 50:14,16 51:3 51:21 52:13,21
carrying 11:23 41:24 43:25 44:19,23 50:12 50:23 51:13
cause 23:23 46:25 47:1 48:4,5
caused 33:11
causing 48:12
cautions 11:10
cell 15:19,21 16:23 26:9 32:6 32:13 33:3,10 33:21 34:14,19 34:25 35:5,6 35:18 37:22,25 39:7,10,17,24

41:25 42:18
50:13 51:4,15
51:23 52:14,25
**certain** 25:16
**chair** 14:23
**checked** 38:15
**checks** 38:17
**chest** 21:6 23:9
24:5,9,17,20
26:19 28:25
**Christopher** 2:8
**circumstances**
41:21
**City** 1:6 2:21,24
**CJF** 14:9 15:5
40:9
**claimed** 30:24
**claiming** 21:4
**Claire** 1:4
**clarification**
15:25 22:1
**clear** 4:16,23
**cleared** 38:25
39:4
**clip** 11:22 25:14
**closed** 16:25
39:24 43:24
**clothing** 11:7
**coherent** 12:18
13:12 48:18,20
48:25 49:3,13
49:14,15,17
50:2,11,17
51:25 52:4,7,7
52:12 53:3
**college** 5:2,3
**colleges** 5:6
**combative** 5:22
7:8 9:10,25
13:18,24 14:13
17:3,3,6,8 47:24
48:2 50:24
**come** 6:1,22 49:19
**comfortable**
24:19,19
**coming** 9:9 26:8

**comments** 13:7
15:14,15
**common** 20:23,24
**community** 5:3,6
**company** 5:13
**Compensation**
3:17
**complain** 22:18
**complaining**
37:14 38:1
**complains** 22:7
22:14
**compliance** 23:14
23:17,20 24:18
45:10,14,19,21
53:18,21,25
54:5
**comply** 53:24
**concern** 40:25
41:13,14
**concerned** 23:24
36:4 47:19
**concluded** 54:10
**concrete** 5:13
**condition** 46:22
46:24,24 47:7
47:12 48:3,4,12
53:11
**conduct** 30:7
33:11,19 34:10
**conscious** 44:3,4
**Considering**
37:25
**constant** 47:3
**contact** 30:13
40:3
**contained** 47:7
**control** 12:15,17
17:13 23:20
27:16,21 40:20
41:12
**controlled** 26:18
28:25
**controlling** 23:4
47:24
**conversation**

29:10
**conveyance** 9:4
9:20
**Coogan** 3:11
**corner** 8:10 9:11
15:9 46:12
**correct** 7:21
15:20 16:18
18:8 38:10,22
38:23 51:23,24
52:18,19,23,25
53:1
**correctly** 47:4
**County** 2:18
**court** 1:12 30:16
30:18 31:10
**crime** 30:20
**criminal** 28:12,24
**cross** 37:16
**crossed** 37:19
38:7,10
**cuffed** 8:14,17,18
42:6,9 53:23
**custodian** 35:7,14
35:16
**custodian's** 35:12
**custody** 4:14 21:3
27:21
**cut** 34:4

**D**

**D** 3:13 4:1
**dealing** 7:24
**dealt** 24:11
**death** 4:14 21:18
21:19 22:1,2,13
41:22
**defecated** 11:17
25:25
**Defendants** 2:18
2:24
**defined** 46:24
48:3
**definition** 47:6
**Department** 5:9
5:17 20:21,25

28:10 46:11
**depends** 17:6 21:6
21:6
**deposited** 35:20
**deposition** 6:10
19:6 31:22
54:10
**derogatory** 13:7
**Describe** 35:21
**described** 25:4,11
**details** 7:20
**detective** 30:9
34:17
**detectives** 30:6,12
**determine** 22:22
27:15 41:8
47:10
**determined** 50:11
50:17
**died** 41:21
**difference** 23:13
**different** 47:6
52:3
**difficult** 23:11
29:15 50:1
**difficulties** 29:24
**difficulty** 10:8
19:2 20:2,7 21:4
21:10 22:4,5,7
22:15,19 23:23
24:6,14 37:5,14
38:2
**direct** 46:11
**directly** 14:9 42:3
**disability** 46:25
48:5
**disagree** 53:19
**discomfort** 47:1
48:6,12
**discuss** 27:24 36:3
**discussed** 52:5
**discussing** 28:5
41:20
**discussion** 8:25
14:1 40:5 41:16
**dispute** 35:12

**distinguish** 26:13
27:5 28:22 48:9
**distress** 9:23
**District** 1:12,13
**doctor** 38:15,17
38:21 48:24
**documents** 6:9,12
**doing** 5:19 23:1
24:22 47:20
**door** 15:13 16:24
39:24
**Dr** 2:4 3:3
**driving** 40:13
**dropped** 32:18,18
32:19,22 33:3,9
33:20 34:1,3,8,9
34:10,19
**drove** 5:13,14
**Dudek** 2:15
**dump** 5:14
**duties** 5:19
**duty** 17:4,5 27:4

**E**

**E** 2:1,1,16,20 3:7
4:1,7
**ear** 33:12,22
34:12
**earlier** 12:6 13:18
18:5 40:21 41:1
41:12,17
**Eastern** 1:13
**educational** 4:25
**effect** 38:3 44:12
**effort** 24:18
**eight** 45:5
**either** 11:17 22:19
27:25 28:4
40:16,16 53:8
**elapsed** 14:4
**elevator** 7:17 10:5
10:15,17,24
11:19 12:3,11
12:14,23
**elevators** 15:13
**emergencies**

21:13
**emergency** 12:6
21:17,20,24
22:3,5,8,12,12
22:16,23 26:15
26:23 27:3,6,17
27:18,22 28:7
28:12,23 36:6
36:10,20 37:1,7
37:13,16,20
38:6,8,18,22
39:1,4 53:6,10
53:15
**employment** 5:12
**entered** 14:20
**entire** 4:21
**Erickson** 3:8
**Estate** 1:10
**evening** 6:3,6,14
6:25 12:6 13:18
15:22,23 16:6
16:10,17 19:23
24:15 25:4 26:5
26:11 28:21
30:5,7,14 33:12
34:18 40:21
41:1,13,18
**event** 27:15 41:9
**events** 6:3 30:20
31:11
**exact** 13:24 15:2
**exactly** 7:19 9:5,7
9:15 10:9,11
13:1,16 14:11
17:22 18:18
22:6 25:7,8
29:12 36:14
41:3 43:21
51:10
**EXAMINATION**
4:2
**Exhibit** 46:10
**exhibits** 4:4
**existed** 14:7
**expired** 40:15
41:11

**explain** 9:3,15
**explaining** 9:19
**expressed** 38:5
**extent** 18:22
30:19 36:8
**eye** 53:14
**eyes** 42:21 43:6,22
43:23 50:18
51:6,19 52:17
**eyesight** 29:22

**— F —**

**face** 11:5 32:16,16
35:23,23 42:15
43:3,7,12,22
50:13 51:3,14
51:22 52:14,24
**facts** 33:15
**fair** 4:16,23 17:2
**false** 28:18
**familiar** 16:18
28:9 46:18
**Families** 3:17
**far** 23:23 25:11
29:18 32:12
36:3 47:18
48:19
**feces** 11:11 26:6
35:2,9
**fight** 43:13
**figure** 49:11
**filed** 6:16,17
**find** 46:13
**fine** 47:23
**finger** 34:4
**first** 7:14 8:3,11
**five** 31:5,5
**five-minute** 46:1
**flail** 10:18
**flailing** 49:8
**floor** 18:10,12,14
35:21,22 42:18
44:21
**focus** 9:17
**Force** 5:3
**form** 27:8 31:14

32:23 33:13,24
47:14 48:14
**forward** 23:9
24:17,20,24
25:1,2
**four** 12:14 50:12
52:12
**frame** 17:20
**Frauen** 3:14
**front** 33:20 42:9
**Fund** 3:18
**further** 14:1 40:3
54:8,9

**— G —**

**gain** 24:18 45:10
45:14,19,21
**garage** 7:17,21
8:22 10:15 12:3
12:22 14:5,14
16:24 26:12
**Gende** 2:2,3 4:3,5
4:8 16:4,8,15
20:11 27:14
30:25 31:9,17
33:1,18 34:6
46:8 47:21
48:22 50:10
54:7
**Gendelman** 3:2
**general** 20:3,5
23:19 45:16,17
**generalize** 21:8
**generally** 9:8 13:3
29:14,19
**give** 4:25 5:11
23:19 24:6 25:8
**given** 33:15 38:19
**gloves** 11:9
**Glynn** 3:24
**go** 20:9 27:10
30:23 31:7
32:25 33:16
34:2 47:16
48:17 49:25
50:8

**gobs** 35:8
**God** 18:25
**goes** 29:18
**going** 4:12 12:3
44:12,13 46:1,9
46:17
**good** 12:25
**graduate** 5:4
**Graduated** 5:2
**ground** 23:10
25:15
**guess** 17:6 22:4
**guessing** 17:19
18:15 23:6
**guns** 8:7
**Gutglass** 3:8

**— H —**

**half** 7:19 9:6
17:19,20 29:20
43:10,10,11
**halfway** 23:6
**hall** 51:3
**hallway** 15:12
19:7 50:12
51:14 52:13
**hand** 9:17 53:24
**handcuffs** 39:12
**hands** 42:5,9 49:8
54:3
**happen** 39:2
**happened** 23:6,7
41:17
**hard** 8:13 9:15
10:2 14:11 15:2
21:7,8 49:9
**head** 11:1 12:7
23:2 26:20
32:14 48:21
**health** 27:5
**Healthcare** 3:5
**hear** 15:13,15,16
18:16,25 19:2
19:11,16 25:3
27:24 29:10,15
45:24 50:20

51:8,19
**heard** 19:19 20:14
20:18,19,20
21:1,2 22:18
24:1 25:16
28:14 45:11,19
**hearing** 29:21
44:17
**held** 10:18
**help** 13:3,5 18:20
37:4,13 38:2
**Hey** 12:25 13:7,15
**high** 5:2,4
**Hirschboeck** 2:15
**hit** 23:2 48:21
**hitch** 9:9
**hold** 23:20 53:18
53:25 54:5
**holding** 8:9
**holds** 23:14,17,23
53:21
**hospital** 13:23
28:3 37:17
38:13,25 47:17
**hotel** 5:15
**hour** 17:20
**hurt** 14:25 15:1
47:18

**— I —**

**idea** 30:11 31:4,8
34:22
**immediate** 22:22
28:11,23 46:23
**immediately** 8:22
**incident** 30:5
45:13
**indicate** 28:11
**individual** 27:20
38:24
**individuals** 8:3
30:13
**inform** 53:8
**information** 7:11
12:9 34:16,21
35:13 47:25

40:8 41:10
53:14
**Injured** 3:17
**injury** 46:22
**inmate** 17:3 20:1
20:3 24:11 27:7
27:15 33:2
34:17
**inmates** 20:6 21:3
**inquire** 13:17,19
30:7 35:25
**inquiries** 29:3
49:22
**inquiry** 50:5
**instructed** 27:11
**instructions** 53:9
**intelligible** 13:2
**Internal** 6:15,18
44:22
**investigated**
29:16
**investigating**
30:20 31:12
33:5 34:17 35:8

**J**

**J** 2:2
**Jacks** 8:2,23 9:3
9:18 10:7 11:16
12:5 13:17 14:2
40:16 41:10
**James** 2:2
**jerking** 10:1
**jobs** 5:15
**Johnson** 3:1,2
**join** 31:16
**Jones** 2:14
**Judge** 2:9

**K**

**Katers** 2:8
**keep** 4:22 18:7
22:9 48:18
53:14
**Keeping** 24:23
**kept** 49:7
**kick** 10:19 41:25

42:2
**kicking** 42:1,3
**killing** 18:23 38:4
**knees** 18:6
**knew** 29:8 47:19
48:19 52:4 53:2
**know** 6:17 7:8 8:8
9:11 10:1,11,11
12:14 13:6,11
15:21,21 17:16
17:22 18:2,18
23:9,12,12,18,25
24:14,21 25:6
26:21,25 28:2
29:7,7,12 30:12
31:20 32:16,22
33:2,8 34:8
35:14,16 37:24
39:12,22 42:1
42:12,14 43:16
44:3,10 45:2
50:4 51:25
52:14,17,20
53:5 54:6
**knowing** 27:2
47:19
**knowledge** 17:1
**known** 45:4
**Kroes** 8:2,23 9:3
9:18 10:7 11:16
12:5 13:17 14:1
36:8,25 37:5,11
38:5 40:16
41:10
**Kroes's** 36:18

**L**

**L** 3:1
**Lang** 2:9
**Lappen** 2:20 6:11
15:11,25 16:6
16:13 20:8 27:8
30:22 31:6,13
31:16 32:2,23
33:13,24 47:14
48:14 49:23

50:6
**Larson** 3:7,8
**Law** 2:3
**lawsuit** 6:16,17
**laying** 7:18 8:9
**layout** 16:18
**leave** 16:22 39:16
**leaving** 17:7
**led** 48:23,25
**left** 40:1 51:1
**leg** 12:16 39:12
**legs** 8:18 32:11
42:1
**Let's** 9:17
**Lieutenant** 29:5
29:10,16 44:11
44:18,20,24
45:2,4 53:8
**life** 21:18,25 22:2
22:13 46:24
**life-threatening**
48:4
**listen** 19:9
**listened** 19:11
**little** 5:2
**locker** 8:7
**long** 7:4 9:14
14:17,23 18:13
45:4
**look** 43:19 46:17
**looked** 43:18
**lot** 10:2 11:9
**loud** 45:8,11,22
**lower** 46:12

**M**

**M** 4:7
**magic** 38:19
**making** 23:2,3
24:18 47:18
48:21
**manner** 4:16
**man's** 23:9
**Mark** 3:7
**marked** 4:4 46:9
**mask** 17:16,18,23

18:2 23:5 39:22
42:14 43:4,5,16
**material** 43:7,8,9
**McNally** 3:13
**mean** 16:2,6
38:14,16
**means** 38:15
**meant** 16:17
**medical** 9:4,19
12:6 20:19
21:13,17,20,24
22:3,8,15,23
26:14,22 27:3,6
27:17,18,19,22
28:1,7,12,23
36:1,5 37:15,20
38:8,18,22 39:1
39:4 46:22,23
47:2,3,7,11 48:3
48:6,11,13 53:6
**medically** 38:25
**medication** 47:2
48:7
**memory** 29:18,19
49:13
**mentioned** 18:5
**met** 32:2 37:8
**Metro** 3:5
**Michael** 3:1
**Milwaukee** 1:6,8
2:11,17,18,21,23
2:24 3:10,16 5:8
5:17 20:21,24
21:14,25 23:15
28:10 38:16
46:10
**mind** 37:16,19
38:7,10
**minute** 50:15,16
50:19 52:6
**minutes** 14:6
17:21 18:15
**misunderstood**
16:1
**moment** 10:4
12:21,22 16:23

16:24 26:12
**monitor** 39:8
**monitoring** 47:3
**months** 6:20 7:6
**morning's** 40:6
**mouth** 33:22
34:12 42:25
43:6
**move** 10:2 14:25
39:6,9 51:2,22
52:24
**moved** 32:5,7
43:13,16,19
**moves** 43:15
**moving** 10:14
17:13 18:8 21:7
26:20 27:12
28:25 44:5,6
49:8 52:9
**MPD00481** 46:12
**M.D** 3:11

**N**

**N** 1:7 2:1,22 3:9
3:15 4:1,7,7
**name** 4:9,9,11,11
35:16
**need** 10:11
**needed** 28:1 36:1
**netted** 43:8,12
**never** 28:14 33:5
38:7,10 39:1
45:19
**news** 11:22,25
**night** 19:20 29:7
29:17 40:10
41:4 47:19
**noncompliant**
43:14 47:13
48:10
**nose** 33:12,22
34:12 42:23
43:6
**number** 15:21
46:16
**numbers** 46:13

| | | | | |
|---|---|---|---|---|
| **N28** 2:4 | 22:21 27:25 | 26:8 43:12 | 53:2,5,14,18 | positioned 18:5 |
| | 28:10 31:21,23 | 53:24 | 54:1 | 18:13 32:12 |
| **O** | 36:4,24 37:6 | **partner** 6:25 7:2 | **Perry's** 7:12 9:19 | positioning 9:11 |
| **O** 4:7 | 38:4 44:9 50:12 | 41:16 | 12:5 16:22 | possible 18:24 |
| **Object** 31:14 | 52:13 53:9,13 | **partners** 7:4 | 24:17 28:22 | 22:17 24:21 |
| objection 20:8 | officer's 53:19 | parts 48:15 | 43:16 53:10 | 28:17 36:13 |
| 27:8 30:22 31:6 | off-the 13:13 | passed 40:8,21 | person 23:10 | 38:20,20,21 |
| 31:13,16 32:23 | off-the-wall 49:18 | 41:1 | personnel 47:3 | 39:3,5 |
| 33:13,24 34:2 | Oh 16:14 | passenger 40:13 | persons 21:3 | post-death 53:17 |
| 47:14 48:14 | Okay 4:19 6:22 | **Patients** 3:17 | Peterson 3:14 | potential 28:24 |
| 49:23 50:6 | 9:17 10:14 | **Patrick** 3:13 | Pewaukee 2:5 | **Powell** 3:14 |
| observant 30:2 | 16:16 24:22 | patrol 5:20 6:1 | phrase 20:12,14 | power 25:1 37:23 |
| observation 8:6 | 29:21 33:8 34:3 | **Paul** 3:11 | 20:15 45:22 | 38:1 50:22 51:2 |
| 29:25 | 38:16 40:13 | people 20:19 22:9 | physically 8:11 | 51:21 52:21 |
| observe 6:23 7:14 | 43:5,8 46:1,4 | 43:13 | picked 52:13 | powers 29:24 |
| 8:12 9:22,25 | 48:1,9 51:18 | percent 32:15 | pill 38:19 | **PPS** 6:1,4,7,23 |
| 11:11 26:8 43:2 | 52:3 | period 18:16 | place 8:7 | 7:14 10:5 12:1 |
| 43:23 | once 8:22 12:1 | 49:16 52:1,4,8 | placed 42:18 | 12:23 14:5,15 |
| observed 6:14 | 14:20 17:8 | 53:3,6 | 50:13,25 51:14 | 14:20 15:4,22 |
| 7:16 8:3,11 | 25:19 38:17,21 | periods 13:11 | 51:22 52:14,24 | 16:12 17:9 35:7 |
| 34:18 | 38:24 39:6,9 | **Perry** 1:10 4:13 | placing 53:18 | 40:1 |
| observing 11:4 | open 43:24 50:18 | 6:4,23 7:15,16 | **Plaintiffs** 2:6,12 | preparation 6:10 |
| 21:24 | 51:6,19 52:18 | 7:24 8:8,11,25 | played 9:14 | 19:5 31:21,24 |
| occasions 31:3 | operating 39:19 | 9:3,22 10:8,14 | please 4:9,15,21 | presence 26:21 |
| occur 37:11 | 39:20 | 11:11,17,19 | 5:1 | 27:24 28:5 36:4 |
| occurred 30:5 | opinion 22:2 38:5 | 12:1,13,18,20 | plenty 25:6 | 37:6 47:12 53:9 |
| occurring 18:11 | opposed 28:24 | 13:17 14:5,8,18 | point 15:19 16:22 | present 32:2 |
| 40:6 | 42:12 48:11 | 15:4,19,24 17:5 | 19:14 22:24 | press 24:24 |
| offer 25:22 | order 15:17 | 17:8 18:6 19:7 | 26:5,23 29:2 | pressed 25:1 |
| **Office** 1:6 2:3,21 | original 4:5 | 19:23 22:18 | 36:12 37:6,15 | pressing 23:9 |
| officer 4:12 5:18 | Otjen 3:2 | 24:14 25:3,12 | 42:16 52:21 | 24:17 |
| 7:3,4 8:2,2 | outer 53:23 54:3 | 25:15 26:6,12 | police 5:8,17,18 | pressure 53:23 |
| 12:11,21 17:2 | outside 8:4 15:12 | 26:14,22 27:3 | 20:20,21,24 | 54:3 |
| 19:17 21:14,25 | overview 4:25 | 27:25 28:6 29:6 | 21:2,14,25 | prevented 14:8 |
| 22:20 23:15 | 5:12 23:19 | 29:11 30:13 | 22:21 23:15 | 26:19,20 27:12 |
| 25:9 27:4,24 | | 32:5,12 33:9,20 | 27:4 28:10 30:2 | 44:17 |
| 28:5 29:14 30:3 | **P** | 34:11,18,23 | 38:16 46:10 | prevents 43:5 |
| 32:3,3,3 33:6,14 | **P** 2:1,1,8 | 35:9,18,25 36:5 | policies 46:18 | previously 46:9 |
| 33:25 35:8 36:8 | page 4:2 46:13,18 | 36:9,15,19 37:1 | 47:8 | prison 44:14 |
| 36:18,25 37:5 | pain 47:1 48:5,12 | 37:4,12,13,22,25 | portions 15:10 | prisoner 5:23 7:8 |
| 37:11 38:5,17 | paperwork 14:7 | 38:8 39:3,6 40:3 | position 32:6 | 14:14 40:20 |
| 41:10 46:10 | paradigm 28:9 | 40:6,8,15 41:11 | 34:24 41:25 | 45:11,20 46:21 |
| 49:12 53:17 | paragraph 46:17 | 41:20,24 44:12 | 42:18,20 43:19 | probably 17:21 |
| officers 5:22 7:16 | 46:21 | 44:19,20 45:13 | 43:21 52:2 | problems 14:7 |
| 7:23 18:22 | paramedics 27:19 | 45:14,21 47:11 | positional 24:1,8 | 29:19,21 |
| 20:18,20 21:3 | part 9:13 19:6 | 48:10,25 50:11 | 24:12,15 | procedure 23:18 |

procedures 39:19
  46:19 47:8
process 23:7
  33:10
Processing 5:23
proper 43:19
protect 27:4
provide 6:13 7:11
  8:23
Puechner 35:16
pull 23:21 39:16
pulling 17:12
push 25:2
pushing 24:20
put 11:9 14:24
  15:19 16:23
  26:9 33:3,10
  34:14,19 35:5
  35:18 39:6,9
  53:23 54:3
putting 26:13

**Q**

question 4:14,18
  4:21 6:14 9:17
  19:24 20:10
  21:22 24:15
  25:4 26:11 27:2
  27:9 28:4,22
  30:6,7,14 31:15
  31:18 32:8
  33:12,14,17,25
  34:18 39:9 41:9
  42:2 47:15
  48:15,19 51:17
questions 4:13
  6:15,19 34:23
  46:2
quote 9:15
quotes 13:25

**R**

R 2:1
Rd 2:10
reacted 21:5
read 47:3 48:2
reason 11:21

35:12 53:19
recall 6:3,6 7:13
  8:6,14,16,18,20
  9:8,18,24 10:23
  11:4,16 12:2,20
  13:22 14:1,21
  17:8,11 23:1,2
  24:22 25:2,12
  25:20 26:4 28:4
  29:5,14,15 30:8
  31:11 32:18,20
  34:23 35:2
  36:24 39:18
  41:14,15,16,20
  42:12 44:11
  49:4,5,21 50:4
  51:11,13 52:6,7
  52:15,17
received 7:7
recognize 7:23
recollection 10:12
  14:12,15 25:9
  25:17,19 40:5
  40:19 41:9
record 4:10,22
  33:15 46:5,6,7
  48:2 54:10,11
referring 52:2
refresh 25:16
refreshed 25:19
regard 13:4,10
  14:2 17:11
  21:16 24:3
  35:13 49:14
regarding 6:13
  31:23
relates 4:13 12:12
  53:10
released 36:10,20
  37:1,7,12 38:6
  38:12,25 53:15
releases 38:21
relevance 20:8
  30:22 31:6
relieved 17:5
relying 39:18,20

remain 14:17
remember 7:18
  7:20 8:9,13,19
  9:2,5,7,9,12,16
  9:21 10:3,9,13
  10:20,22 11:2
  11:15,23 12:4
  12:19,24 13:1,5
  13:6,7,14,16,24
  14:11,16,22,23
  15:2 17:6,24
  18:1,3,18,21
  19:4,19,20,25
  20:16,22 22:25
  23:7 24:20 25:6
  25:7,10,24 28:2
  28:2,8 29:4,17
  30:15,19,24
  31:19 32:14,17
  32:20,21 35:24
  36:14,21,23
  37:10 38:11
  39:11,21,23
  40:14,18,22,23
  41:4,7 42:3
  43:17,21,22
  44:8,10,15,15
  45:1 49:10,14
  49:15,16,17,19
  50:1,1,3,9,21
  51:9,16 52:9,10
remembered 41:3
removed 35:10
  39:22
repeat 20:10
  21:22 33:17
rephrase 4:15
  20:10
REPORTER 46:5
  46:7 54:9
reports 53:17
request 17:23
required 48:13
requires 46:23
  47:2,2 48:6
requiring 8:20

resistance 28:11
  28:23
resistant 26:15
  27:6
resisting 33:23
  34:4 44:4,19
  52:9
resistive 47:13
  48:10 53:22
respond 17:15
  36:18 48:20
responded 49:2
responding 17:2
  21:24 30:21
  31:12 49:4,5
response 20:3,5
  36:25 40:17
  49:21 50:4
responsibility
  17:4
responsible 20:1
  41:1
restrained 7:16
restraining 9:10
result 33:21
resulted 34:11
returned 9:4
review 6:9 15:10
reviewed 6:11,11
  15:5,7,8 25:14
Rick 1:2 4:11
riding 12:11
right 6:8 10:7
  16:20 18:13
  22:9 46:21 48:7
  52:15,22
right-hand 46:12
Robbins 29:5,10
  29:16 44:11,18
  44:20,25 45:2,4
  53:8
role 9:14
roll 40:6
room 36:10,20
  37:2,8,13 38:6
  53:10,15

Roundy 2:4

**S**

S 2:1
safety 27:5
Salinsky 32:3,3
Santiago 7:3,4
  12:12 41:17
sat 30:10
saw 7:15 10:19,21
  11:8,22 33:2
  44:22
saying 9:8 10:23
  13:14,22 18:19
  18:22 20:16
  25:12,20 36:24
  36:25 37:4 44:7
  44:9,11,18
  48:18 49:5,21
  50:4 51:10,11
  51:13 52:10,15
scene 31:11
school 5:2,4
sealed 4:5
seated 25:15 32:5
  34:24 41:24
  42:18 52:2
second 45:15
Section 5:23
see 17:25 19:6,14
  24:24 34:5 39:6
  39:9 42:21,23
  42:25 43:23
  50:17 51:2,6,19
  51:22 52:24
seeing 11:25 15:4
  43:6,22 52:17
seen 29:8 48:24
seizure 12:7
sense 49:3 50:3
sent 4:5
September 5:21
series 4:12 6:15
  6:18
serious 46:22,23
  46:25 47:6,11

48:3,4,11
**service** 39:25
**Seven** 45:5
**shackles** 39:12
**shift** 28:9
**shins** 14:24 18:7
18:14 24:22
36:15
**shit** 25:21
**shortly** 41:2
**shoulder** 12:16
**shoulders** 10:17
32:11
**show** 46:9
**showed** 11:25
**side** 16:22
**significant** 47:1
48:5
**silence** 37:8
**simply** 26:15
**sir** 4:9 21:17
**sit** 30:6 34:16
35:20
**sitting** 30:12
36:13 44:21
**situation** 29:9
**six** 6:20 7:6
**smell** 11:14 26:3,5
**smelling** 35:2
**soft** 45:8,12,22,25
**solid** 43:8
**somebody** 21:9,9
21:19 22:7,11
22:14 24:5
38:17,21 40:25
**SOP** 42:11,12
**SOPs** 46:11
**speak** 31:21,23
**specific** 32:21
**speculate** 34:7
**spell** 4:9
**spit** 10:21 17:16
17:18,23 18:2
23:4,5 35:9
39:22 42:14
43:4,5,16

**spitting** 17:25
18:3,4
**spoken** 45:6
**spot** 12:15 52:3
**squad** 7:21 8:4
40:12
**squirm** 43:13
**St** 2:16 3:9,15
**stand** 8:20 50:25
**standard** 39:19,20
**standing** 7:18 8:8
8:9
**state** 4:9 9:22
**stated** 38:3
**statement** 28:16
28:18,19 48:20
53:19
**statements** 6:13
**states** 1:12 46:21
**status** 7:12
**stay** 17:4
**stepped** 14:15
**stop** 21:10 49:8
**straight** 24:23
**strike** 42:5
**struck** 12:7
**struggling** 28:11
28:22
**subject** 5:22 9:10
23:20 24:7
**subjects** 23:23
**subsequently** 15:5
**successful** 13:10
**Sue** 6:11 15:7
33:7
**suffer** 24:8 39:1,3
**suffered** 24:11
**suffering** 21:20
22:23 26:14,22
27:3,16,18,21
36:5 37:15,20
38:8 47:11
48:11 53:5
**suggestion** 36:18
**supervision** 27:16
40:20 41:12

**suppose** 39:5
**supposed** 24:4
27:17
**sure** 4:24 23:2,3
32:15 47:18,23
48:21
**surrounding**
41:21
**Susan** 2:20
**Swenson** 3:3
**S.C** 2:3,9,15 3:2
3:14

---

**T**

**T** 4:7
**take** 46:1
**taken** 10:4 14:8
39:13
**talk** 45:15
**talking** 16:9,11
18:18 19:17
20:4 22:20 35:4
35:14 42:16,17
45:13,15 51:9
52:11,12
**tell** 4:15 8:6 10:7
10:14 14:15
17:11 19:17
26:11 32:5
34:17 36:8 43:2
50:11,16 52:3
53:2,5,21
**telling** 11:16
17:14 49:7,12
**tells** 20:2 37:6
**term** 19:19,21,23
**testified** 30:16,18
30:19
**testify** 31:11
**testimony** 33:14
37:9 38:7
**Thank** 46:2
**they'd** 10:7
**thing** 14:20
**things** 15:17
25:16

**think** 9:13 11:21
11:22 12:15
13:12,23 14:10
15:8,25 17:19
19:13 21:7
22:12,12 24:17
25:21 28:18
32:14 36:25
37:7,12,21 41:4
43:10 46:1 54:7
**thinking** 38:11
**thought** 9:9 14:23
14:24 15:16
16:17 40:19,23
47:23,23 49:3
**threatening** 46:25
**three** 7:19 8:3 9:6
29:20
**Thursday** 1:4
**time** 5:24 6:6 7:24
9:1 11:12 12:18
14:4 15:6 16:22
17:20 18:16
19:14 22:24
23:5 24:7 26:23
28:4 35:2,4,25
36:3,12,15
37:15 44:16,24
51:25 52:4,8
53:3,6
**times** 17:15 19:20
48:16
**today** 6:10 31:22
34:16 49:11
**told** 9:6 20:7,12
21:25 33:8 35:7
40:15
**top** 46:17
**trained** 23:14
30:2
**training** 21:13,15
21:16,21,23
23:17,18 27:22
28:14 38:24
53:21
**trains** 28:10

**transcript** 4:5
**transported** 14:5
**transporting** 38:4
**treated** 44:13
47:1 48:5
**treatment** 47:2
48:6,13
**tried** 26:18
**truck** 5:13,14
**true** 28:16,18,20
**try** 10:19,21 12:15
12:17 18:7
43:14 45:19
**trying** 10:2 13:8
17:13 21:23
41:6 45:14
49:13
**two** 5:2,14 7:16,23
**type** 5:19 23:22

---

**U**

**unable** 37:25 43:2
**uncertain** 27:20
27:23
**unconscious** 44:3
**understand** 4:14
13:4 14:12
21:17,23 22:6
27:12 48:1
49:13
**understanding**
24:3,4 30:9
**understood** 4:19
41:11
**United** 1:12
**unresponsive**
29:2
**unsure** 51:20
**unusual** 8:13
**upright** 23:3
24:23
**urgent** 22:12
**urinated** 11:17
**urine** 11:11 26:5
35:2
**use** 19:23 45:11

Case 2:12-cv-00664-JPS   Filed 01/18/16   Page 22 of 23   Document 124-8

45:22 54:5
usually 43:12

**V**

v 1:10
varies 45:9
various 5:15
verbal 49:22
verge 21:19
verify 25:25
vicinity 22:22
video 11:25 15:4,5
 15:10 19:5
 25:14 29:15
 44:22 49:6
view 15:8
viewed 19:5
viewing 44:15
voice 15:16 45:8,8
 45:11,12,22,23
 45:25

**W**

W 2:10
waiting 8:10
walk 11:20 37:22
 37:25 50:22
 51:21 52:20
walked 12:23 39:8
wall 13:14
want 10:11 22:9
 23:18 33:8
 42:12 50:4
wasn't 34:3,9
 50:14
watched 49:5
Water 3:9,15
Waukesha 3:4
way 6:9 12:12
 26:25
WCTC 5:14
weight 24:5
Weir 3:2
welfare 27:5
Wells 2:16
went 5:14 10:17
 39:25

Wenzel 1:10
We'll 6:22
we're 41:8 42:17
 46:1,7,17 49:11
 52:3,11
we've 46:9 48:2
Whyte 2:15
WI 1:8 2:5,11,17
 2:23 3:4,10,16
Wisconsin 1:13
Witness 1:1
words 18:22 36:8
 38:3 44:11
worked 5:15
working 20:16
 29:7
wouldn't 23:12
W23000 2:4

**X**

X 4:1,7

**Y**

Yeah 16:13
year 6:20 7:6
years 5:2,14 7:19
 9:6 29:20 45:5
yelling 12:24,24
 13:2 44:24

**Z**

Ziffer 1:4
Zitzer 3:2

**#**

#1400 3:9
#1500 3:15
#1900 2:16
#310 3:3
#71 2:10
#716 1:7 2:22

**0**

02/13/2014 1:4

**1**

10 18:15

10-minute 18:16
10:15 1:4
100 32:15
11:31 54:11
12-CV-664 1:11
13th 5:21
15 17:21
1986 5:5
1991 5:7
1996 5:10

**2**

2010 5:21
20935 3:3

**3**

31 46:10

**4**

4 4:3
481 46:14

**5**

53072 2:5
53186 3:4
53202 1:8 2:17,23
 3:16
53202-4267 3:10
53213 2:11
555 2:16

**6**

6:30 6:8

**7**

735 3:9,15

**8**

8112 2:10
841 1:7 2:22

**9**

91 5:11
96 5:11

Magne-Script Video Court Reporting

414-352-5450