UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JAMES FRANKLIN
PERRY, by BETTIE A. RODGERS,
Special Administrator, and
JAMES FRANKLIN PERRY, JR. (a Minor),

   Plaintiffs,

              Case No. 12-CV-664

 v.

Cheryl Wenzel, RN, *et al.*,

   Defendants.

## MILWAUKEE COUNTY DEFENDANTS' PETITION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 28 U.S.C. § 1927

  Pursuant to this Court's Decision and Order of May 9, 2016 ("Decision and Order"), and 28 U.S.C. § 1927, defendants Cheryl Wenzel, Nicole Virgo, Tina Watts, Fatrena Hale, Kelly Kieckbusch, Abie Douglas, Anthony Arndt, Sheila Jeff, Darius Holmes, Richard R. Schmidt, David A. Clarke, Jr., Milwaukee County, and Wisconsin County Mutual Insurance Corporation (the "Milwaukee County Defendants") petition this Court for an order directing counsel for plaintiffs to pay their attorneys' fees and costs consistent with the Decision and Order. This petition is supported by the Brief in Support of the Milwaukee County Defendants' Petition for Attorneys' Fees and Costs Pursuant to 28 U.S.C. § 1927, and the Declaration of Charles H. Bohl, both filed contemporaneously herewith.

WHD/12734899.2

Dated this 24th day of May, 2016.

s/ Charles H. Bohl
Charles H. Bohl
Andrew A. Jones
Kurt M. Simatic
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
414-273-2100  Phone
414-223-5000  Fax
cbohl@whdlaw.com
ajones@whdlaw.com
ksimatic@whdlaw.com

Attorneys for Milwaukee County Defendants