# INDEX OF EXHIBITS ATTACHED TO PRETRIAL REPORT

**Exhibit A,** The Brief of City Defendants in Support of Applying the Fourteenth Amendment "Deliberate Indifference" Standard to the "Failure-to-Provide-Medical-Care-Claims," Rather than the Fourth Amendment "Objective Reasonableness" Standard, During the Upcoming Trial of this Matter.

**Exhibit B,** Plaintiffs' Brief in Opposition to the City Defendants' Argument that the Fourth Amendment Does Not Apply to this Matter.

**Exhibit C,** The Declaration on Robert E. Barnes in support of Plaintiffs' Brief in Opposition to the City Defendants' Argument that the Fourth Amendment Does Not Apply this matter.

**Exhibit D,** The Parties Witness and Exhibit Lists.

**Exhibit E,** Joint Proposed Voir Dire.

**Exhibit F,** Joint Proposed Substantive Jury Instructions with indication as to whether the parties agree or disagree on the particular instruction.

**Exhibit G,** Plaintiffs' Brief in Opposition to County Defendants' Proposal to add language to Seventh Circuit General Instruction 7.11 Fourth Amendment: Medical Care.

**Exhibit H,** Memorandum of Law of Defendants Cheryl Wenzel and Nichole Virgo Regarding Jury Instruction on Medical Care for Arrestees.

**Exhibit I,** Plaintiffs' Brief in Opposition to County Defendants' Proposal to Remove Language from the Seventh Circuit General Jury Instruction 7.26 Damages: Compensatory.

**Exhibit J,** Memorandum of Law of Defendants Cheryl Wenzel and Nichole Virgo Regarding Proposed Compensatory Damages Instruction.

**Exhibit K,** Plaintiffs' Brief in Support of James Franklin Perry Jr.'s Claim for the Loss of Society and Companionship of his Father.

**Exhibit L,** Memorandum of Law of Defendants Cheryl Wenzel and Nichole Virgo in Opposition to Proposed Jury Instruction on Damages for Loss of Society and Companionship on Behalf of JFP, JR.

**Exhibit M,** Plaintiffs' Brief in Response to Defendants' Proposed Striking of Seventh Circuit General Jury Instruction 1.26 Dismissed/Withdrawn Defendant from the Jury Instructions.

**Exhibit N,** Memorandum of Law of Defendants Cheryl Wenzel and Nichole Virgo in Opposition to Including an Instruction on Dismissed Defendants.

**Exhibit O,** Joint Proposed Verdict Form

**Exhibit P,** Plaintiffs' Brief in Regard to Defendants' Proposed Inclusion of Comparative Liability on Verdict Form.

**Exhibit Q,** Memorandum of Law of Defendants Cheryl Wenzel and Nichole Virgo in Support of an Apportionment Question on the Verdict Form.

**Exhibit R,** City Defendants Proposed Special Verdict Form.

**Exhibit S,** Plaintiffs' Certification of good faith attempts to resolve issues identified in the pretrial report.

**Exhibit T,** County Defendants' Certification of good faith attempts to resolve issues identified in the pretrial report.

**Exhibit U,** City Defendants' Certification of good faith attempts to resolve issues identified in the pretrial report.