UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JAMES FRANKLIN PERRY,
by BETTIE A. RODGERS, Special Administrator,
and JAMES FRANKLIN PERRY JR. (a Minor),

           Plaintiffs,

v.                                                                Case No. 12-C-0664

CHERYL WENZEL, R.N., DEPUTY KICKBUSH, NICOLE
VIRGO, R.N., TINA WATTS, R.N., SERGEANT FATRENA
HALE, SHERIFF DAVID A. CLARK, KELLY KIECKBUSCH,
ABIE DOUGLAS, ANTHONY ARNDT, SHEILA JEFF,
DARIUS HOLMES, RICHARD E. SCHMIDT, RICHARD LOPEZ,
FRANK SALINSKY, STEPHON BELL, MARGARITA
DIAZ-BERG, ALEXANDER C. AYALA, FROILAN SANTIAGO,
KARL ROBBINS, CRYSTAL JACKS, COREY KROES,
RICK BUNGERT, LUKE LEE, JACOB IVY, SHANNON D.
JONES, RICHARD MENZEL, EDWARD FLYNN, ROMAN [sic]
GALAVIZ, VICTOR E. BEECHER, THE CITY OF
MILWAUKEE, MILWAUKEE COUNTY, WISCONSIN COUNTY
MUTUAL INSURANCE CORPORATION, AURORA SINAI
MEDICAL CENTER, PAUL J. COOGAN, BECKY POTTERTON,
ABC INSURANCE COMPANY, and WISCONSIN PATIENTS
COMPENSATION FUND,

           Defendants.

## CITY DEFENDANTS' PROPOSED SPECIAL VERDICT

**Cheryl Wenzel**

1. While Mr. Perry was in her presence, did Cheryl Wenzel know that he was suffering from a diagnosed medical condition which required emergency medical care?

        Yes_____   No _____

EXHIBIT "B"



2. If you answered "No" to Question Number 1, then do not answer this question. If you answered "Yes" to Question Number 1, only then answer this question: Did Cheryl Wenzel deliberately fail to provide Mr. Perry with necessary emergency medical care?

Yes_____ No_____

3. If you answered "Yes" to Questions Numbers 1 and 2 above, then answer this question, otherwise, do not answer it: Did Cheryl Wenzel's failure to provide necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Nicole Virgo**

4. While Mr. Perry was in her presence, did Nicole Virgo know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

5. If you answered "No" to Question Number 4, then do not answer this question. If you answered "Yes" to Question Number 4, only then answer this question: Did Nicole Virgo deliberately fail to provide Mr. Perry with necessary emergency medical care?

Yes_____ No_____

6. If you answered "Yes" to Questions Numbers 4 and 5 above, then answer this question, otherwise, do not answer it: Did Nicole Virgo's failure to provide necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Richard Lopez**

7. While Mr. Perry was in his presence, and prior to his arrival at the CJF, did Richard Lopez know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

8. If you answered "No" to Question Number 7, then do not answer this question. If you answered "Yes" to Question Number 7, only then answer this question: Did Richard Lopez deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

9. If you answered "Yes" to Questions Numbers 7 and 8 above, then answer this question, otherwise, do not answer it: Did Richard Lopez' denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Frank Salinsky**

10. While Mr. Perry was in his presence, and prior to his arrival at the CJF, did Frank Salinsky know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

11. If you answered "No" to Question Number 10, then do not answer this question. If you answered "Yes" to Question Number 10 only then answer this question: Did Frank Salinsky deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

12. If you answered "Yes" to Questions Numbers 10 and 11 above, then answer this question, otherwise, do not answer it: Did Frank Salinsky's denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Margarita Diaz-Berg**

13. While Mr. Perry was in her presence, did Margarita Diaz-Berg know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

14. If you answered "No" to Question Number 13, then do not answer this question. If you answered "Yes" to Question Number 13, only then answer this question: Did Margarita Diaz-Berg deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

15. If you answered "Yes" to Questions Numbers 13 and 14 above, then answer this question, otherwise, do not answer it: Did Margarita Diaz-Berg's denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Alexander C. Ayala**

16. While Mr. Perry was in his presence, did Alexander C. Ayala know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

4

17. If you answered "No" to Question Number 16, then do not answer this question. If you answered "Yes" to Question Number 16, only then answer this question: Did Alexander C. Ayala deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

18. If you answered "Yes" to Questions Numbers 16 and 17 above, then answer this question, otherwise, do not answer it: Did Alexander C. Ayala's denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Froilan Santiago**

19. While Mr. Perry was in his presence, did Froilan Santiago know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

20. If you answered "No" to Question Number 19, then do not answer this question. If you answered "Yes" to Question Number 19, only then answer this question: Did Froilan Santiago deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

21. If you answered "Yes" to Questions Numbers 19 and 20 above, then answer this question, otherwise, do not answer it: Did Froilan Santiago's denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Karl Robbins**

22. While Mr. Perry was in his presence, did Karl Robbins know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

23. If you answered "No" to Question Number 22, then do not answer this question. If you answered "Yes" to Question Number 22, only then answer this question: Did Karl Robbins deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

24. If you answered "Yes" to Questions Numbers 22 and 23 above, then answer this question, otherwise, do not answer it: Did Karl Robbins' denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Crystal Jacks**

25. While Mr. Perry was in her presence, did Crystal Jacks know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

26. If you answered "No" to Question Number 25, then do not answer this question. If you answered "Yes" to Question Number 25, only then answer this question: Did Crystal Jacks deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

27. If you answered "Yes" to Questions Numbers 25 and 26 above, then answer this question, otherwise, do not answer it: Did Crystal Jacks' denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Corey Kroes**

28. While Mr. Perry was in his presence, did Corey Kroes know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

29. If you answered "No" to Question Number 28, then do not answer this question. If you answered "Yes" to Question Number 28, only then answer this question: Did Corey Kroes deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

30. If you answered "Yes" to Questions Numbers 28 and 29 above, then answer this question, otherwise, do not answer it: Did Corey Kroes' denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Rick Bungert**

31. While Mr. Perry was in his presence, did Rick Bungert know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

7

32. If you answered "No" to Question Number 31, then do not answer this question. If you answered "Yes" to Question Number 31, only then answer this question: Did Rick Bungert deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

33. If you answered "Yes" to Questions Numbers 31 and 32 above, then answer this question, otherwise, do not answer it: Did Rick Bungert's denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

**Luke Lee**

34. While Mr. Perry was in his presence, did Luke Lee know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

35. If you answered "No" to Question Number 34, then do not answer this question. If you answered "Yes" to Question Number 34, only then answer this question: Did Luke Lee deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

36. If you answered "Yes" to Questions Numbers 34 and 35 above, then answer this question, otherwise, do not answer it: Did Luke Lee's denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

8

**Jacob Ivy**

37. While Mr. Perry was in his presence, did Jacob Ivy know that he was suffering from a diagnosed medical condition which required emergency medical care?

Yes_____ No_____

38. If you answered "No" to Question Number 37, then do not answer this question. If you answered "Yes" to Question Number 37, only then answer this question: Did Jacob Ivy deliberately deny Mr. Perry access to necessary emergency medical care?

Yes_____ No_____

39. If you answered "Yes" to Questions Numbers 37 and 38 above, then answer this question, otherwise, do not answer it: Did Jacob Ivy's denial of access to necessary emergency medical care to Mr. Perry cause Mr. Perry's death?

Yes_____ No_____

34. If you answered "Yes" to Question Numbers 3, 6, 9, 12, 15, 18, 21, 24, 27, 30, 33, 36 or 39 above, then answer this question, otherwise do not answer it: What sum of money will fairly and reasonably compensate Mr. Perry's estate for the damages Mr. Perry sustained as a result of such failure to provide him with necessary emergency medical care: $_____

35. If you answered "Yes" to Question Numbers 3, 6, 9, 12, 15, 18, 21, 24, 27, 30, 33, 36 or 39 above, then answer this question, otherwise do not answer it: Did the failure to provide necessary emergency medical care to Mr. Perry cause James Franklin Perry, Jr. to sustain any damages regarding the loss of society and companionship of his father, James Franklin Perry?

Yes_____ No_____

9

36. If you answered "Yes" to Question Number 35 above, then answer the following question, otherwise do not answer it: What sum of money will fairly and reasonably compensate James Franklin Perry, Jr. for the loss of society and companionship of his father, James Franklin Perry? $_____

1032-2012-1529.003/247604