# COURT MINUTES OF CONFERENCE

ESTATE OF JAMES FRANKLIN PERRY et al.,

v.  CASE NO. 12-CV-664-JPS

CHERYL WENZEL et al.

## HON. J. P. STADTMUELLER PRESIDING

DATE: October 4, 2018     TIME SCHEDULED: 11:00 a.m.

COURT DEPUTY/CLERK: Kate Maternowski     TIME CALLED: 11:00 a.m.

COURT REPORTER: Rich Ehrlich     TIME FINISHED: 11:20 a.m.

PURPOSE: Status Conference

PLAINTIFF BY: James Gende and Christopher Katers

DEFENDANTS BY: Susan Lappen (for the City defendants) and Timothy Posnanski, Charles Bohl, and Vicki Arrowood (for the County defendants)

Notes:

11:00 Case called; attorneys James Gende and Christopher Katers appear for the plaintiffs; attorney Susan Lappen appears for the City of Milwaukee defendants; attorneys Timothy Posnanski, Charles Bohl, and Vicki Arrowood appear for the Milwaukee County defendants

11:01 The Court discusses case posture following the referral to Magistrate Judge William Callahan, noting that the Court will set the case for trial as soon as the Court's calendar allows

11:04 The Court sets the following dates: trial to begin on Monday, March 25, 2019, at 8:30 a.m.; final pretrial conference to be held on March 12, 2018, at 8:30 a.m.; supplemental final pretrial report due on February 25, 2018, to include an updated exhibit and witness list, jury instructions, and verdict form. To the extent the parties are unable to agree with respect to any of these items, the supplemental report is to include a paragraph from each party presenting its position on the

> disputed matter. The parties must meet and confer in advance of February 25, 2018 in order to complete the work necessary to prepare this single document.

11:09 The Court inquires about the status of any claim by the minor plaintiff in this case, noting that the status of any such claim must be addressed before trial

11:10 Attorney Gende inquires about format for the February 25 submission; Court responds

11:16 Attorney Arrowood raises a scheduling issue; Court responds

11:18 Court advises that a template of the Court's standard trial scheduling order will be made available to the parties via the Court's staff; the parties are advised to review pages 2-4 for direction in preparing the February 25 submission

11:20 Court stands in recess