From: James Gende
Sent: Monday, June 11, 2018 10:58 AM
To: Jones, Andrew A. AAJ (5445) (Andrew.Jones@huschblackwell.com); 'Lappen, Susan'; Langley, Grant; Emile Banks (Emile@emilebankslaw.com)
Cc: ckaters@jlk-law.com; dlang@jlk-law.com; Matt Harding; Nathaniel Cade
Subject: STIP_22_2018-06-08_26744.pdf

Attached please find proposed stipulation and order dismissing state law negligence claims with prejudice and without costs, as well as defendants' waiver of affirmative defenses regarding said state law claims.

Sincerely,
James J. Gende II




*Million Dollar Advocate, Top 100 Trial Lawyer, Board Certified Civil Trial Specialist*
N28W23000 Roundy Dr., Ste. 200
Pewaukee, WI 53072
262.970.8500
Fax 970.7100
www.gjohelps.com

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JAMES FRANKLIN PERRY, et al.
    Plaintiffs,

v.                              Case No.12-CV-0664

CHERYL WENZEL, R.N., et al,
    Defendants.

## STIPULATION REGARDING DISMISSAL OF STATE LAW CLAIMS

The undersigned counsel on behalf of the parties in the above-captioned matter hereby agree and stipulate that plaintiff's Amended Complaint and all the causes of action set forth therein, as they relate to state law claims only, may be dismissed upon their merits, with prejudice and without costs to any party, and that all affirmative defenses related to state law claims of comparative and/or contributory negligence are waived by the remaining defendants.

Dated: 6-11-18                    GENDE LAW OFFICE, S.C.

                                  s/ James J. Gende II
                                  James J. Gende II
                                  State Bar No. 1030921
                                  *Attorneys for Plaintiffs*

Dated: _____        HUSCH BLACKWELL, S.C.

                                  s/
                                  Andrew A. Jones
                                  State Bar No. 1023074
                                  *Attorneys for Defendants, Milwaukee County and the individually-named Milwaukee County employers*

Dated: _____        GRANT F. LANGLEY, CITY ATTORNEY

                                  s/
                                  Susan E. Lappen
                                  State Bar No. 1003567
                                  *Attorneys for Defendants, City of Milwaukee and the individually-named City of Milwaukee employees*

Dated: 6-11-18					CADE LAW GROUP LLC

					s/ Nathaniel Cade, Jr.
					Nathaniel Cade, Jr.
					State Bar No. 1028115
					*Special Administrator for the Estate of James Franklin Perry*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JAMES FRANKLIN PERRY, et al,
    Plaintiffs,

v.

CHERYL WENZEL, R.N., et al,
    Defendants.

Case No.12-CV-0664

## ORDER REGARDING DISMISSAL OF STATE LAW CLAIMS

Pursuant to the forgoing stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's Amended Complaint and all the causes of action set forth therein, as they relate to state law claims only, may be dismissed upon their merits, with prejudice and without costs to any party, and

2. All affirmative defenses related to state law claims of comparative and/or contributory negligence are waived by the remaining defendants.

BY THE COURT:

_____
The Hon. J.P. Stadtmueller
U.S. District Court Judge

- 3 -
Case 2:12-cv-00664-JPS Filed 06/18/18 Page 4 of 4 Document 246-1
Case 2:12-cv-00664-JPS Filed 02/25/19 Page 4 of 4 Document 319-2