reScreening  
Page 1 of 1

**PEREZ, JAMES FRANKLIN** | Add Interfacility PreScreen | Add Return Clearance | Add IBO | save | Cancel

## Pre Screening

Date: 09/19/2010   Time: 5:43 PM   Staff: VIRGO, NICOLE - RN

Health Transfer Summary: ☐ Yes ☒ No     Own meds or med supplies: ☐ Yes ☒ No

☐ Inmate Refused Screening, answers are based on observation only

Reports or appears ill or injured, SA/SI   ☐ Yes ☐ No   Accepted ☐ Yes ☒ No   Screening: ☒ Standard ☐ Interfacility ☐ IBO ☐ MSDF ☐ Immediate ☐ HOC (used only at HOC)

Details:

### Reason For Refusal
- ☐ Yes — Unable to participate in the screening
- ☐ Yes — Mobility problem
- ☐ Yes — Chest pain
- ☐ Yes — Dyspnea
- ☐ Yes — Actively bleeding
- ☐ Yes — Untreated injury
- ☐ Yes — Blurred vision, headache, dizziness w/ High BP    BP: ____
- ☐ Yes — Medical problem requiring evaluation (ie labor pain or sickle cell crisis)
- ☐ Yes — Taser injury

Additional clinical information, fill in only if being rejected.

I/M BLEEDING PROFUSELY FROM MOUTH, UNSURE OF SOURCE AS HAS SPIT MASK ON. I/M ALSO SEEM TO BE HAVING LOOSE BOWELS. HX OF SEIZURES, WAS TAKEN TO SINAI EARLIER TODAY FOR EVALUATION PER MPD.

Refusal authorized by: ____   ☐ Medical Emergency (check if unable to authorize refusal)

### Return Clearance
Return Date: ____   Return Time: ____   Authorizing Medical Facility: ____  
Staff: ____

EXHIBIT F

MilwCnty 0014