# Major Incident Report


EXHIBIT 6

## Notification

| Sheriff: | Yes | Time: | Notified By: |
|---|---|---|---|
| Inspector: | Yes | | CPT Melissa Elliott |
| DI: | Yes | | CPT Melissa Elliott |
| PIO: | Yes | | |
| CID: | Yes | | Inspector Richard Schmidt |
| IA: | No | | |

## Vehicles

| Type | Plate | Towed | Towing Company | Owner |
|---|---|---|---|---|
| 1. NA | | | | |
| 2. | | | | |

## Evidence/Property

| Evidence/Property Seized | Type | Street Value |
|---|---|---|
| NA | | |

**Narrative:** On Monday, September 19, 2010, MPD notified Pre-Book that they were transporting a combative. Pre-Book Officer Darius Holmes notified me.

**2040 hours:** MPD Officers Frank Salinski and Richard Lopez escorted prisoner Franklin into Pre-Book in leg restraints, handcuffed behind back and wearing a spit mask. Blood was seeping from the spit mask.

**2045 hours:** RN Nicole Virgo assessed prisoner Franklin and determined he would be a refusal and needed to be transported to hospital for further treatment.

**2048 hours:** Sergeant Fatrena Hale called Master Control requesting an ambulance.

**2051 hours:** RN Cheryl Wenzel requested the spit mask removed to further assess prisoner Franklin.

**2052 hours:** Sergeant Hale requested additional security staff, additional nurses, EAD, orange bag, nurse supervisor, and estimated time of arrival for paramedics.

**2053 hours:** Officers Salinski and Lopez assisted prisoner Franklin to the floor as RN Virgo and Wenzel began CPR.

**2056 hours:** Milwaukee Fire Department Engine #2 arrived and took over administering CPR.
**2102 hours:** Paramedic Unit #6 arrived.

Routing: Shf_Major_Incident

MilwCnty
0032

# Major Incident Report

**2121 hours:** Paramedic Unit #6 in contact with Dr. Kathryn Sullivan villie pronounced prisoner Franklin deceased.

**2128 hours:** MPD SGT David Feldmeier from Neighborhood Task Force arrives. The scene was officially turned over to SGT Feldmeier.

**2203 hours:** MPD CPT Michael Dubis, Watch Commander, arrives.

**2219 hours:** MPD SGT James Bunker arrives on scene.

**2230 hours:** Forensic Investigator Eugene Williams arrived.

**2233 hours:** Assistant District Attorney Joanne Hardtke arrives.

**2237 hours:** ADA Investigators Anna Linden and James Thomas.

**2255 hours:** MPD Detective Patrick Pajot (#9535), MPD SGT Rochelle Gawina and ID Technician Scott Kempinski (#1825) arrived.

**2300 hours:** MPD Detective Dale Borman and Lieutenant Scott LaFleur arrived.

**2342 hours:** Medical Examiner staff Tom Anglim and Michael Bunzel arrived with cart to transport body.

**2346 hours:** Medical Examiner removed body from premises.

Per Lieutenant LaFleur, the Medical Examiner will perform an autopsy 9-15-2010.

Sergeant Fatrena Hale S28
Detention Services Bureau
(414) 226 - 7044
fhale@milwcnty.com

Name of Submitting Officer: Sergeant Fatrena Hale S28

Routing: Shf_Major_Incident