# UNITED STATES DISTRICT COURT

Eastern           DISTRICT OF           Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 03/25/2019 | | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | | | | Milwaukee County Health Transfer Summary dated 9/13/10. | |
| 2 | | | | | Milwaukee County Major Incident Report dated 9/13/10. | |
| 3 | | | | | Milwaukee County – Progress Notes Summary. | |
| 4 | | | | | Milwaukee Criminal Justice Facility Jail log dated 9/13/18. | |
| 5 | | | | | Time line for Perry, James Franklin. | |
| 6 | | | | | Incident Report Milwaukee Police Department Supplement 0015. | |
| 7 | | | | | Aurora Sinai Medical Center Certified Medical Records dated 9/13/10. | |
| 8 | | | | | City of Milwaukee Medical Receiving Screening Form dated 9/13/10. | |
| 9 | | | | | Incident Report Milwaukee Police Department Supplement 003. | |
| 10 | | | | | Milwaukee Police Department Standard Operating Procedure – Prisoners dated 5/19/10. | |
| 11 | | | | | Incident Report Milwaukee Police Department ORIG page 2 of 7. | |
| 12 | | | | | Milwaukee Police Department Educational Materials – Student Version. | |
| 13 | | | | | Incident Report Milwaukee Police Department Supplement 0022. | |
| 14 | | | | | Incident Report Milwaukee Police Department Supplement No 002 dated 9/13/10. | |
| 15 | | | | | Milwaukee Police Department: Positional Asphyxia. | |
| 16 | | | | | Detailed History for Police Call. | |
| 17 | | | | | Incident Report Milwaukee Police Department. | |
| 18 | | | | | Incident Milwaukee Police Department Supplement 0012. | |
| 19 | | | | | Incident Report Milwaukee Police Department Supplement 0012. | |
| 20 | | | | | Milwaukee Police Department Standard Operating Procedure – Prisoners – Investigative Holds. | |
| 21 | | | | | Incident Report Milwaukee Police Dept. Supplement No 0004. | |
| 22 | | | | | Incident Report Milwaukee Police Department Supplement No. 0005. | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT**
E

Case 2:12-cv-00664-JPS   Filed 02/25/19   Page 1 of 15   Document 323

# UNITED STATES DISTRICT COURT

Eastern          DISTRICT OF          Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE JUDGE J.P. Stadtmueller | | | | | PLAINTIFF'S ATTORNEY James J. Gende | DEFENDANT'S ATTORNEY Susan Lappen |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 03/25/2019 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | \multicolumn{2}{c}{DESCRIPTION OF EXHIBITS\* AND WITNESSES} |
| 23 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department Supplement no. 0012.} |
| 24 | | | | | \multicolumn{2}{l}{Daily Cell Block Check.} |
| 25 | | | | | \multicolumn{2}{l}{Milwaukee Police Department Paradigm Shift; Struggling and resistance can indicate an immediate} |
| 26 | | | | | \multicolumn{2}{l}{Major incident Report dated 9/13/10.} |
| 27 | | | | | \multicolumn{2}{l}{Milwaukee County Jail Log.} |
| 28 | | | | | \multicolumn{2}{l}{Transcript of Chief Ed Flynn U Tube Video 10/30/12.} |
| 29 | | | | | \multicolumn{2}{l}{Milwaukee Police Department Memorandum dated November 21, 2012.} |
| 30 | | | | | \multicolumn{2}{l}{News Article "Chief Ed Flynn on Derek Williams' Death" dated 10/24/12.} |
| 31 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department dated 9/13/10 Supplement 0025.} |
| 32 | | | | | \multicolumn{2}{l}{Second Supplement Responses of City of Milwaukee Defendants to Plaintiffs' Request Nos. 2 and} |
| 33 | | | | | \multicolumn{2}{l}{Milwaukee Police Department Standard Operating Procedure 090 Prisoners effective May 19, 2010} |
| 34 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department Supplement 0030 dated 10/12/12.} |
| 35 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department Supplement 0008 dated 9/14/10.} |
| 36 | | | | | \multicolumn{2}{l}{Milwaukee Police Department Memorandum dated 11/21/12.} |
| 37 | | | | | \multicolumn{2}{l}{Aurora Sinai Medical Center Medical Records 9/13/10.} |
| 38 | | | | | \multicolumn{2}{l}{Reports from Det. Davis Folder.} |
| 39 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department Supp. 23.} |
| 40 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department Supp. 003.} |
| 41 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department Supp. 0024.} |
| 42 | | | | | \multicolumn{2}{l}{Incident Report Milwaukee Police Department Supp. 0025.} |
| 43 | | | | | \multicolumn{2}{l}{Milwaukee Fire Department Ambulance Record.} |
| 44 | | | | | \multicolumn{2}{l}{Milwaukee Fire Department In Matter OF: 2/2/11.} |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

Eastern           DISTRICT OF         Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 03/25/2019 | | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 45 | | | | | Incident Report Milwaukee Police Department Supplement No 0015. | |
| 46 | | | | | Sandry Notes. | |
| 47 | | | | | Draft Version of Sandry Report. | |
| 48 | . | | | | Email correspondence Susan Lappen to Sandry 2/5/15. | |
| 49 | | | | | Milwaukee Police Department Expectorant Shield Training. | |
| 50 | | | | | Email from Michelle Sandry to Susan Lappen 4/16/15. | |
| 51 | | | | | Pictures of the Scene after the Passing of Perry. | |
| 52 | | | | | Expert Report of Robert Prevot dated November 25, 2014. | |
| 53 | | | | | Expert Report of Rachel Waldron dated November 24, 2014. | |
| 54 | | | | | Medical Records from WLCFS Christian Family Counseling. | |
| 55 | | | | | Medical Examiners Investigative Report. | |
| 56 | | | | | Medical Examiners Hand Notes. | |
| 57 | | | | | Medical Examiners' Hand Notes. | |
| 58 | | | | | Milwaukee County Bates No 0463. | |
| 59 | | | | | Demographic Report. | |
| 60 | | | | | Milwaukee County Policy Legal Duty of Care. | |
| 61 | | | | | Video Recordings from Milwaukee County Jail. | |
| 62 | | | | | Video Compiled from Videos provided by Defendants. | |
| 63 | | | | | Video of PPS Adult Booking 1 Elevator Camera. | |
| 64 | | | | | Video of PPS Elevator Cam. | |
| 65 | | | | | Video Adult Booking Hallway Cam. | |
| 66 | | | | | Video Booking Room 513 Cam. | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:12-cv-00664-JPS Filed 02/25/19 Page 3 of 15 Document 323

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 03/25/2019 | | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 67 | | | | | Video Booking Room 515 Cam. | |
| 68 | | | | | Video PPS Elevator Cam. | |
| 89 | | | | | Video Booking Room 516 Cam. | |
| 70 | | | | | Video Booking Room 519 Cam. | |
| 71 | | | | | Amendment to SOP 090 Prisoners. | |
| 72 | | | | | Responses of the City of Milwaukee Defendants to Plaintiffs' First Requests for Defendants to Prod | |
| 73 | | | | | Supplemental Response of the City of Milwaukee Defendants to Plaintiffs' Request Nos. 1, 2, & 16 | |
| 74 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Alexander C. Ayala dated 03/06/2014. | |
| 75 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Jacob Ivy dated 03/07/2014. | |
| 76 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Luke Lee dated 03/07/2014. | |
| 77 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Rick Bungert dated 03/07/2014. | |
| 78 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Karl Robbins dated 03/07/2014. | |
| 79 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Froilan Santiago dated 03/07/2014. | |
| 80 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Margarita Diaz-Berg dated 03/07/2014. | |
| 81 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Corey Kroes dated 03/10/2014. | |
| 82 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Crystal Jacks dated 03/10/2014. | |
| 83 | | | | | Response to Plaintiffs' First Set of Interrogatories to Frank Salinsky dated 03/10/2014. | |
| 84 | | | | | Responses to Plaintiffs' First Set of Interrogatories to Richard Lopez dated 03/11/2014. | |
| 85 | | | | | Third Supplemental Responses of the City of Milwaukee Defendants to Plaintiffs' Request No. 4 for | |
| 86 | | | | | Responses to Plaintiffs' Second Request for Admissions to all City Defendants dated 08/12/2014. | |
| 87 | | | | | Responses to Plaintiffs Third Request for Admissions to all City Defendants dated 04/24/2015. | |
| 88 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Rich Bungert dated 07/ | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:12-cv-00664-JPS   Filed 02/25/19   Page 4 of 15   Document 323

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE<br>JUDGE J.P. Stadtmueller | | | | PLAINTIFF'S ATTORNEY<br>James J. Gende | DEFENDANT'S ATTORNEY<br>Susan Lappen |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>03/25/2019 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 89 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Karl Robbins date | |
| 90 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Margarita Diaz-Berg da | |
| 91 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Frank Salinsky dated 0 | |
| 92 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Corey Kroes dated 07/1 | |
| 93 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Richard Lopez dated 07 | |
| 94 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Crystal Jacks dated 07/ | |
| 95 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Luke Lee dated 07/15/2 | |
| 96 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Froilan Santiago dated | |
| 97 | | | | | Responses to Plaintiffs' First Request for Admissions and Interrogatories to Alexander Ayala dated | |
| 98 | | | | | Photograph of the Spit mask (DCF No. 90-4). | |
| | 1001 | | | | Perry Certified Medical Records from Aurora Sinai Medical Center (9/13/2010) | |
| | 1002 | | | | Medical Records Screening Form | |
| | 1003 | | | | MPD Incident Report 102560219 - Supplement No. 3 | |
| | 1004 | | | | SOP - 090-Prisonsers -- Effective May 19, 2010 | |
| | 1005 | | | | MPD Incident Report 102560219 - ORIGINAL.; Page 2 of 7 | |
| | 1006 | | | | MPD Educational Materials - Student Version - Officer Responsibilities (pp. 26-27) | |
| | 1007 | | | | MPD Incident Report 102560219 - Supplement No. 22 | |
| | 1008 | | | | MPD Incident Report 102560219 - Supplement No. 2 | |
| | 1009 | | | | MPD Educational Materials - Student Version - Positional Asphyxia (p. 46) | |
| | 1010 | | | | CAD #102561995 from 9/13/2010 | |
| | 1011 | | | | MPD Incident Report 102560219 - Original (pp. 6-7) | |
| | 1012 | | | | MPD Incident Report 102560219 - Supplement No. 12; MPD00193-196 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of ___ 15 ___ Pages

# UNITED STATES DISTRICT COURT

Eastern                    DISTRICT OF                    Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) 03/25/2019 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1013 | | | MPD Incident Report 102560219 - Supplement No. 12; MPD00083-86 | |
| | 1014 | | | MPD PPD PI-44 - Conclusion of Internal Investigation (PPD-2010-0532) | |
| | 1015 | | | SOP - 090-Prisoners -- Roll Call version RE: Investigative Holds -- Effective 3/23/2011 | |
| | 1016 | | | MPD Incident Report 102560219 - Supplement No. 4 | |
| | 1017 | | | MPD Incident Report 102560219 - Supplement No. 5 | |
| | 1018 | | | Daily Cell Block Check | |
| | 1019 | | | Paradigm Shift Worksheet | |
| | 1020 | | | Transcript of MPD Youtube Video recorded 10.30.12 with Aurora Patient Education | |
| | 1021 | | | IAD Memo from Sgt. Raclaw to Lt. Sgrignuoli RE: Lt. Karl Robbins (11/21/2012) | |
| | 1022 | | | Expressmilwaukee.com articles (2) | |
| | 1023 | | | MPD Incident Report 102560219 - Supplement No. 25 | |
| | 1024 | | | Letter with Second Supplemental Responses to Plaintiffs' Request Nos. 2 & 4 and Amended Respo | |
| | 1025 | | | SOP - 090 - Prisoners -- Effective 5/19/2010 (pp. 1-3 of 31) | |
| | 1026 | | | MPD Incident Report 102560219 - Supplement No. 30 (10/12/2012) | |
| | 1027 | | | MPD Incident Report 102560219 - Supplement No. 8 | |
| | 1028 | | | MPD PPD PI-44 - Conclusion of Internal Investigation (PPD-2010-0532) | |
| | 1029 | | | MPD Incident Report 102560020 - Original | |
| | 1030 | | | MPD Incident Report 102560020 - Supplement No. 5 | |
| | 1031 | | | MPD Incident Report 102560020 - Supplement No. 8 | |
| | 1032 | | | MPD Incident Report 102560219 - Supplement No. 13 | |
| | 1033 | | | MPD Incident Report 102560219 - Supplement No. 18 | |
| | 1034 | | | MPD Incident Report 102560219 - Supplement No. 19 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:12-cv-00664-JPS   Filed 02/25/19   Page 6 of 15   Document 323

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664 .

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| 03/25/2019 | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1035 | | | | MPD Incident Report 102560219 - Supplement No. 21 |
| | 1036 | | | | Guardianship Paperwork for minor child – 3/8/2010 |
| | 1037 | | | | Uniform Child Custody Affidavit – 3/8/2010 |
| | 1038 | | | | Birth Certificate of Minor Child (James F. Perry I; DOB: 12/22/2001) |
| | 1039 | | | | Determination and Order on Petition for Guardianship of Minor – 4/30/2010 |
| | 1040 | | | | Verification Letter for Kinship Care payments (4/22/2014) |
| | 1041 | | | | Divorce Documents of Anglia Garner – November 1996 |
| | 1042 | | | | SSA-1099 for 2013 Payments received by Anglia Garner for James F Perry |
| | 1043 | | | | Cover Letter from Messmer Catholic Schools (encl. Application) |
| | 1044 | | | | Decedent's Social Security Card and State ID |
| | 1045 | | | | Decedent's Birth Certificate – James Franklin Perry Jr. DOB: 4/18/1969 |
| | 1046 | | | | MPD Incident Report 102560219 – Original & Supplement Nos. 1, 2, 4-13, 15, 17-19, 21-23, 26-31 |
| | 1047 | | | | MPD Incident Report 102560219 - Supplement Nos. 23, 10, 11, 4, 9, 5 |
| | 1048 | | | | MPD Incident Report 102560219 - Supplement No. 24 |
| | 1049 | | | | MFD Ambulance Records |
| | 1050 | | | | MFD Memo from Kimber to Lt. Behling re: 8/13/2010 run (dated 11/2/2011) |
| | 1051 | | | | Handwritten Notes "Admit & Release" |
| | 1052 | | | | Draft Version of Sandry Report |
| | 1053 | | | | Lappen e-mail to Sandry dated 2/25/2015 |
| | 1054 | | | | MPD Expectorant Shield Training - In-Service 2003-2004 |
| | 1055 | | | | Sandry e-mail to Lappen dated 4/16/2015 |
| | 1056 | | | | MacGillis Report with Curriculum Vitae |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:12-cv-00664-JPS   Filed 02/25/19   Page 7 of 15   Document 323

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Wisconsin |
|---|---|---|

### EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE<br>JUDGE J.P. Stadtmueller | | | | | PLAINTIFF'S ATTORNEY<br>James J. Gende | DEFENDANT'S ATTORNEY<br>Susan Lappen |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>03/25/2019 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1057 | | | | MacGillis handwritten notes | |
| | 1058 | | | | CIRB Report | |
| | 1059 | | | | Email to MacGillis from Lappen 1/29/2015 | |
| | 1060 | | | | Email to MacGillis from Lappen 2/4/2015 | |
| | 1061 | | | | Email to IAD from Lappen re: MacGillis 2/26/2015 | |
| | 1062 | | | | Email from MacGillis to Lappen 3/24/2015 | |
| | 1063 | | | | Email from MacGillis to Lappen 3/27/2015 | |
| | 1064 | | | | Email from MacGillis to IAD/KW 3/30/2015 | |
| | 1065 | | | | Complete critical incident file 10-0532 (Dkt. No. 95-2) | |
| | 1066 | | | | Property Control/Property Sheet (MPD00313-314; Dkt. No. 95-4) | |
| | 1067 | | | | Orders for Detention/Release (Dkt. No. 95-7) | |
| | 1068 | | | | CPR Training video cover 2001-2009 (Dkt. No. 95-9) | |
| | 1069 | | | | In-service training powerpoint for first responders (Dkt. No. 95-10) | |
| | 1070 | | | | Timeline of Events on 9/13/2010 (based on Incident Report) (Dkt. No. 95-11) | |
| | 1071 | | | | 24-40 Hour Temporary Holding Facility Course -- Instructor version, Student version, & Powerpoint | |
| | 1072 | | | | MacGillis CV - Current | |
| | 1073 | | | | Waldron Expert Opinion with Curriculum Vitae (Dkt. No. 72-2) | |
| | 1074 | | | | Prevot Resume | |
| | 1075 | | | | Prevot Schedule of Fees | |
| | 1076 | | | | Prevot Expert Report (Dkt. No. 72-1) | |
| | 1077 | | | | Investigative Report (Medical Examiner) | |
| | 1078 | | | | CD containing autopsy photos | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8 of ___15___ Pages

# UNITED STATES DISTRICT COURT

Eastern                                          DISTRICT OF                                          Wisconsin

### EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| 03/25/2019 | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1079 | | | Hand notes taken on scene | |
| | 1080 | | | Hand notes made during video viewing | |
| | 1081 | | | Bates Milwaukee County 0463 | |
| | 1082 | | | Demographic Report | |
| | 1083 | | | County Policy Legal Duty of Care | |
| | 1084 | | | Poulos CV - Current | |
| | 1085 | | | Allen, Warren deposition transcript | |
| | 1086 | | | Arndt, Anthony deposition transcript | |
| | 1087 | | | Ayala, Alexander (Part I) deposition transcript | |
| | 1088 | | | Ayala, Alexander (Part II) deposition transcript | |
| | 1089 | | | Bell, Stephen deposition transcript | |
| | 1090 | | | Borman Jr., Dale deposition transcript | |
| | 1091 | | | Bungert, Rick deposition transcript | |
| | 1092 | | | Coogan MD, Paul deposition transcript | |
| | 1093 | | | Davis, Marlon deposition transcript | |
| | 1094 | | | Diaz-Berg, Margarita deposition transcript | |
| | 1095 | | | Flynn, Chief Edward deposition transcript | |
| | 1096 | | | Franklin, Marquita deposition transcript | |
| | 1097 | | | Garner, Angila deposition transcript | |
| | 1098 | | | Hale, Fatrena deposition transcript | |
| | 1099 | | | Holmes, Dariusdeposition transcript | |
| | 1100 | | | Ivy, Jacob (Part I) deposition transcript | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 9 of    15    Pages

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE JUDGE J.P. Stadtmueller | | | | PLAINTIFF'S ATTORNEY James J. Gende | DEFENDANT'S ATTORNEY Susan Lappen |
|---|---|---|---|---|---|
| TRIAL DATE (S) 03/25/2019 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1101 | | | Ivy, Jacob (Part II) deposition transcript | |
| | 1102 | | | Jacks, Crystal deposition transcript | |
| | 1103 | | | Jahnke MD, Renee deposition transcript | |
| | 1104 | | | Jeff, Sheila deposition transcript | |
| | 1105 | | | Jones, Shannon deposition transcript | |
| | 1106 | | | Kleckbusch, Kelly DVD of deposition | |
| | 1106a | | | Kleckbusch, Kelly deposition transcript | |
| | 1107 | | | Kimber, Jarod deposition transcript | |
| | 1108 | | | Kroes, Corey deposition transcript | |
| | 1109 | | | Lee, Luke deposition transcript | |
| | 1110 | | . | Lopez, Richard deposition transcript | |
| | 1111 | | | MacGillis, James deposition transcript | |
| | 1112 | | | Menzel, Richard deposition transcript | |
| | 1113 | | | Pope-Wright, Monica deposition transcript | |
| | 1114 | | | Potterton, Rebecca DVD of deposition | |
| | 1114a | | | Potterton, Rebecca deposition transcript | |
| | 1115 | | | Poulos MD, Christopher deposition transcript | |
| | 1116 | | | Prevot, Robert deposition transcript | |
| | 1117 | | | Puechner, Andrew deposition transcript | |
| | 1118 | | | Robbins, Karl deposition transcript | |
| | 1119 | | | Salinsky, Frank deposition transcript | |
| | 1120 | | | Sandry, Michelle deposition transcript | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Wisconsin |
|---------|-------------|-----------|

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE<br>JUDGE J.P. Stadtmueller | PLAINTIFF'S ATTORNEY<br>James J. Gende | DEFENDANT'S ATTORNEY<br>Susan Lappen |
|---|---|---|
| TRIAL DATE (S)<br>03/25/2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1121 |  |  |  | Santiago, Froilan deposition transcript |
|  | 1122 |  |  |  | Schmidt, Richard deposition transcript |
|  | 1123 |  |  |  | Thomas, Harold deposition transcript |
|  | 1124 |  |  |  | Virgo, Nichole deposition transcript |
|  | 1125 |  |  |  | Waldron MD, Rachel (Part I) deposition transcript |
|  | 1126 |  |  |  | Waldron MD, Rachel (Part II) deposition transcript |
|  | 1127 |  |  |  | Watts, Tina deposition transcript |
|  | 1128 |  |  |  | Wenzel, Cheryl deposition transcript |
|  | 1129 |  |  |  | Medical Release Documents From ER |
|  | 1130 |  |  |  | Detective Fischer interview of Perry AUDIO CD |
|  | 1130a |  |  |  | Detective Fischer Interview of Perry Transcript |
|  | 1131 |  |  |  | Video from PPS pre-booking hallway |
|  | 1131a |  |  |  | Video from PPS pre-booking hallway transcript |
|  | 1131b-l |  |  |  | PPS pre-booking hallway still photos (11 total; b-l) |
|  | 1132 |  |  |  | Video from PPS booking room 511 |
|  | 1132a |  |  |  | Video from PPS booking room 511 transcript |
|  | 1132b-n |  |  |  | Room 511 still photos (13 total; b-n) |
|  | 1133 |  |  |  | Video from PPS booking room 515 |
|  | 1133a |  |  |  | Video from PPS booking room 515 transcript |
|  | 1134 |  |  |  | Video from PPS booking room 516 |
|  | 1134a |  |  |  | Video from PPS booking room 516 transcript |
|  | 1134b-i |  |  |  | Room 516 still photos (8 total; a-i) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:12-cv-00664-JPS   Filed 02/25/19   Page 11 of 15   Document 323

# UNITED STATES DISTRICT COURT

Eastern      DISTRICT OF      Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) 03/25/2019 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 1135 | | | | Video from PPS booking room 519 |
| | 1135a | | | | Video from PPS booking room 519 transcript |
| | 1136 | | | | Video from elevator (1) |
| | 1136a-d | | | | Elevator 1 still photos (4 total; a-d) |
| | 1137 | | | | Video from Elevator (2) |
| | 1137a-b | | | | Elevator 2 still photos (2 total; a-b) |
| | 1138 | | | | Video from CJF - by door |
| | 1138a-f | | | | CJF - by door still photos (6 total; a-f) |
| | 1139 | | | | Video from CJF - by desk station |
| | 1139a-d | | | | CJF - by desk station still photos (4 total; a-d) |
| | 1140 | | | | Diagram of 5th Floor (City Jail) |
| | 1141 | | | | Diagram of Basement Sallyport area of City Jail |
| | 1142 | | | | Map showing PPS, CJF, MFD & Aurora locations |
| | 1143 | | | | Demonstrative Spit Mask |
| | 1143a | | | | Photo of demonstrative spit mask |
| | 1144a-g | | | | Photos of Perry's spit mask & MPD evidence bag (7 total; a-g; Dkt. No. 90-4) |
| | 1145a-o | | | | Cell A-3 Photos (5) |
| | 1146 | | | | DVD of Kleckbusch deposition excerpts |
| | 1147 | | | | Kleckbusch deposition excerpts transcript |
| | 1148 | | | | DVD of Potterton deposition excerpts |
| | 1149 | | | | Potterton deposition excerpts transcript |
| | 1150 | | | | Medical Records highlighted by Potterton |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:12-cv-00664-JPS Filed 02/25/19 Page 12 of 15 Document 323

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| 03/25/2019 | | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1151 | | | | Potterton diagram (hand-drawn) | |
| | 1152 | | | | Jeffrey A. Breall, M.D. Curriculum Vitae | |
| | 1153 | | | | Jeffrey A. Breall Expert Report | |
| | 1154 | | | | Chad J. Zawitz, M.D. Curriculum Vitae | |
| | 1155 | | | | Chad J. Zawitz Expert Report | |
| | | | | | WITNESS: Garner, Anglia | |
| | | | | | WITNESS: Perry Jr., James Franklin | |
| | | | | | WITNESS: Virgo, Nicole | |
| | | | | | WITNESS: Kroes, Corey | |
| | | | | | WITNESS: Santiago, Froilan | |
| | | | | | WITNESS: Ivy, Jacob | |
| | | | | | WITNESS: Lee, Luke | |
| | | | | | WITNESS: Ayala, Alexander | |
| | | | | | WITNESS: Salinsky, Frank | |
| | | | | | WITNESS: Robbins, Karl | |
| | | | | | WITNESS: Bungert, Rick | |
| | | | | | WITNESS: Diaz-Berg, Margarita | |
| | | | | | WITNESS: Jacks, Crystal | |
| | | | | | WITNESS: Lopez, Richard | |
| | | | | | WITNESS: Puechner, Andrew | |
| | | | | | WITNESS: Kimber, Jarod | |
| | | | | | WITNESS: Hale, Fatrena | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| JUDGE J.P. Stadtmueller | | | | | James J. Gende | Susan Lappen |
| TRIAL DATE (S) 03/25/2019 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | WITNESS: Flynn, Edward | |
| | | | | | WITNESS: Davis, Marlon | |
| | | | | | WITNESS: Bormann Jr., Dale | |
| | | | | | WITNESS: Allen, Warren | |
| | | | | | WITNESS: Thomas, Harold | |
| | | | | | WITNESS: Evans, Tyrone | |
| | | | | | WITNESS: Harrison, Michele R. | |
| | | | | | WITNESS: Bell, Stephon | |
| | | | | | WITNESS: Coogan M.D., Dr. Paul | |
| | | | | | WITNESS: Fischer, Todd | |
| | | | | | WITNESS: Franklin, Marquita | |
| | | | | | WITNESS: Jahnke M.D., Dr. Renee | |
| | | | | | WITNESS: Jones, Shannon | |
| | | | | | WITNESS: Kleckbusch, Kelly | |
| | | | | | WITNESS: Polterton R.N., Rebecca | |
| | | | | | WITNESS: Wenzel, Cheryl | |
| | | | | | EXPERT WITNESS:Waldron M.D., Dr. Rachel L. | |
| | | | | | EXPERT WITNESS: Prevot, Robert | |
| | | | | | EXPERT WITNESS: Sandry, Michelle | |
| | | | | | EXPERT WITNESS: Poulos, Dr. Christopher | |
| | | | | | EXPERT WITNESS: Macgillis, Lt. James | |
| | | | | | EXPERT WITNESS: Zawitz M.D., Dr. Chad | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

## EXHIBIT AND WITNESS LIST

V.

Case Number: 12-CV-664

| PRESIDING JUDGE JUDGE J.P. Stadtmueller | | | | | PLAINTIFF'S ATTORNEY James J. Gende | DEFENDANT'S ATTORNEY Susan Lappen |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 03/25/2019 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | \multicolumn{2}{c}{DESCRIPTION OF EXHIBITS* AND WITNESSES} |
| | | | | | EXPERT WITNESS: Breall M.D., Dr. Jaffrey A. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 15 of 15 Pages