UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF JAMES FRANKLIN
PERRY, et al.,

        Plaintiffs,

v.

        Case No. 12-CV-664

CHERYL WENZEL, RN, *et al.*,

        Defendants.

## STIPULATION FOR DISMISSAL OF REMAINING MILWAUKEE COUNTY DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendants Cheryl Wenzel and Nichole Virgo, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims against Defendants Wenzel and Virgo, which were, or could have been, asserted by the Plaintiffs are hereby dismissed, with prejudice, and without costs or attorneys' fees to any party. Defendants Wenzel and Virgo shall be dismissed as parties to this action and their names shall be removed from the caption.

Dated: 3/22/19

s/ James J. Gende II
James J. Gende, II
GENDE LAW OFFICES SC
N28 W23000 Roundy Drive, Suite 200
Pewaukee, WI 53072
(262) 970-8500 Phone
(262) 970-7100 Fax
jgende@jamesgendelaw.com

Attorney for Plaintiffs

Dated: 3/22/19

                                                        s/ Timothy H. Posnanski
                                                        Timothy H. Posnanski
HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 271-2300 Phone
(414) 223-5000 Fax
Timothy.Posnanski@huschblackwell.com

Emile H. Banks, Jr.
EMILE BANKS & ASSOCIATES, LLC
High Pointe, Suite 290
1200 North Mayfair Road
Milwaukee, WI 53226
(414) 777-0000 Phone
(414) 777-0090 Fax
emile@emilebankslaw.com

2

Case 2:12-cv-00664-JPS   Filed 03/22/19   Page 2 of 2   Document 354