UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF JAMES FRANKLIN PERRY,

    Plaintiff,

v.                                                                                                Case No. 12-C-0664

CHERYL WENZEL, et al.,

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

    The undersigned counsel for plaintiff, Estate of James Franklin Perry, and defendants, Richard Lopez, Frank Salinsky, Margarita Diaz-Berg, Alexander C. Ayala, Froilan Santiago, Karl Robbins, Crystal Jacks, Corey Kroes, Rick Bungert, Luke Lee, and Jacob Ivy, hereby stipulate that all claims raised by plaintiff in the above-captioned matter may be dismissed, upon their merits, and with prejudice, consistent with their settlement agreement, but without additional costs to any party.

                                                      JUDGE LANG & KATERS, LLC

Dated: 6/21/2019                             s/Christopher P. Katers
                                                ATTORNEY CHRISTOPHER P. KATERS
                                                State Bar No. 1067557
                                               Attorney for Plaintiff

Dated: 6/21/2019       	GRANT F. LANGLEY
                        City Attorney


                        s/Susan E. Lappen          
                        SUSAN E. LAPPEN
                        Assistant City Attorney
P.O. ADDRESS:           State Bar No. 01003567
800 City Hall           Attorney for Defendants
200 East Wells Street
Milwaukee, WI 53202
Telephone: 414-286-2601
Fax: 414-286-8550
Email: slappe@milwaukee.gov

1032-2012-1529.001/258144