UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF JAMES FRANKLIN PERRY, et al.,

    Plaintiffs,

v.      Case No. 12-C-0664

CHERYL WENZEL, R.N., et al.,

    Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the settlement agreement between the parties,

IT IS HEREBY ORDERED that all claims remaining in the above-captioned matter are dismissed, upon their merits, and with prejudice, but without additional costs to any party.

BY THE COURT:

_____
HONORABLE JP STADTMUELLER
District Court Judge

1032-2012-1529.001/258145