UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF JAMES FRANKLIN PERRY, et al.
    Plaintiffs,
       v.                                          Case No.12-CV-0664
CHERYL WENZEL, R.N., et al,
    Defendants.

---

## MOTION TO WITHDRAW DOCUMENT NO.364

---

**PLEASE TAKE NOTICE** that Notice of Motion and Motion to Adjudicate Attorney Lien was inadvertently filed in the federal court rather that the civil matter Case No. 10RP2059. Please strike D. from the record.

Dated at Pewaukee, Wisconsin this 29 day of July, 2019.

                                          **GENDE LAW OFFICE, S.C.**
                                          Attorneys for the Estate of James Perry,

                        By:_____
                                  James J. Gende II
                                  State Bar No. 1030921

**MAILING ADDRESS**:
N28 W23000 Roundy Drive, Ste 200
Pewaukee, WI 53072
Telephone: (262) 970-8500
Facsimile: (262) 970-7100
jgende@jamesgendelaw.com